United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**  **CATHERINE O'HAGAN WOLFE**
**CHIEF JUDGE**  **CLERK OF COURT**

Date: February 07, 2014                        DC Docket #: 05–md–1720
Docket #: 12–4671cv                            DC Court: EDNY (BROOKLYN)
Short Title: In re Payment Card Interchange    DC Judge: Gleeson
                                               DC Judge: Orenstein

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212–857–8612.