# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand and fourteen.

_____

**ORDER**

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

Docket No.    12-4671(L)

_____

Counsel for the Appellants have filed scheduling notifications pursuant to the Court's Local Rule 31.2, setting May 29, 2014 as the brief/appendix filing date.

It is HEREBY ORDERED that Appellants' briefs/appendices must be filed on or before May 29, 2014. The appeals are dismissed effective May 29, 2014 if the briefs are not filed by that date. A motion to extend the time to file the briefs or seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

