# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2ⁿᵈ day of July, two thousand and fourteen.

Before:     Ralph K. Winter,
                 *Circuit Judge.*

_____

**IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**

**ORDER**

Docket Nos.    12-4671(L), 12-4708(con), 12-4765(con), 13-4719(con), 13-4750(con), 13-4751(con), 13-4752(con), 14-32(con), 14-117(con), 14-119(con), 14-133(con), 14-157(con), 14-159(con),14-192(con), 14-197(con), 14-219(con), 14-225(con), 14-241(con),14-250(con),14-266(con), 14-303(con), 14-331(con), 14-349(con) 14-443(con), 14-404(con), 14-422(con), 14-443(con), 14-480(con), 14-497(con), 14-530(con), 14-567(con), 14-584(con), 14-606(con), 14-663(con), 14-837(con).

_____

On behalf of all the plaintiffs-appellees and defendants-appellees, Appellees Citigroup, Inc., Citibank, N.A., and Citicorp request that the briefs of all plaintiffs-appellees and defendants-appellees be due October 15, 2014. This deadline exceeds the time permitted under the Rules.

IT IS HEREBY ORDERED that the request is GRANTED. The Clerk is instructed to treat this case as ready for calendaring as of October 15, 2014, whether or not Appellees' briefs have been filed. *See RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

