Elizabeth Wolstein
Partner

212 612-0688
ewolstein@schlamstone.com

SCHLAM STONE & DOLAN LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

November 25, 2014

<u>VIA CM/ECF</u>
Honorable Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*,
No. 12-4671-cv (L); 14-480 (Con)

Dear Ms. Wolfe:

We represent Objector-Appellant National Federation of Independent Business ("NFIB") in the above-referenced consolidated appeals.

Pursuant to Federal Rule of Appellate Procedure 28(i) and this Court's May 27, 2014 Order (ECF No. 936), NFIB adopts the arguments presented in the Merchant-Appellants' Joint Reply Brief.

Please do not hesitate to contact me with any questions.

Respectfully,

  s/

Elizabeth Wolstein

<u>Copies To:</u>
Counsel of Record (via CM/ECF)