Sam P. Cannata, Attorney
30799 Pinetree Rd., #254
Cleveland, Ohio 44124
(216) 214-0796
spc@cplpa.com

November 25, 2014


VIA CM/ECF
Honorable Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.,* No. 12-4671-cv (L); 14-480 (Con)


Dear Ms. Wolfe:

We represent Objector-Appellant Falls Auto Gallery LLC ("Falls") in the above-referenced consolidated appeals.

Pursuant to Federal rule of Appellate Procedure 28(i) and this Court's May 27, 2014 Order (ECF No. 936), Falls adopts the arguments presented in the Merchant-Appellants' Joint Reply Brief.

Please contact me with any questions.

Sincerely,
s/
Sam P. Cannata

Copies To:
Counsel of Record (via CM/ECF)