# 12-4671-cv(L)

**12-4708-cv(CON), 12-4765-cv(CON), 13-4719-cv(CON),
13-4750-cv(CON), 13-4751-cv(CON), 13-4752-cv(CON), 14-32-cv(CON),
14-117-cv(CON), 14-119-cv(CON), 14-133-cv(CON), 14-157-cv(CON),
14-159-cv(CON), 14-192-cv(CON), 14-197-cv(CON), 14-219-cv(CON),
14-225-cv(CON), 14-241-cv(CON), 14-250-cv(CON), 14-266-cv(CON),
14-303-cv(CON), 14-331-cv(CON), 14-349-cv(CON), 14-404-cv(CON)
14-422-cv(CON), 14-443-cv(CON),14-480-cv(CON), 14-497-cv(CON),
14-530-cv(CON), 14-567-cv(CON), 14-584-cv(CON), 14-606-cv(CON),
14-663-cv(CON), 14-837-cv(CON)**

IN THE

## United States Court of Appeals

FOR THE SECOND CIRCUIT



IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

*On Appeal from the United States District Court
for the Eastern District of New York*

## JOINT DEFERRED APPENDIX
## VOLUME II OF XXII
## Pages A251 to A500

*Submitted on Behalf of All Parties*

# **Table of Contents**

**Page**

## **Volume I**

District Court Docket Entries ................................................................. A1

## **Volume II**

District Court Docket Entries (cont'd) ..................................................... A251

## **Volume III**

District Court Docket Entries (cont'd) ..................................................... A501

## **Volume IV**

District Court Docket Entries (cont'd) ..................................................... A751

Transfer Order, dated October 20, 2005 [Docket No. 2] ....................... A822

Excerpts of First Consolidated Amended Class Action Complaint,
    dated April 24, 2006 [Docket No. 317] ......................................... A825

Excerpts of Settlement Agreement - *In re Visa Check/MasterMoney
    Antitrust Litigation*, CV-96-5238, dated July 21, 2006
    [Docket No. 455-4] ....................................................................... A844

Excerpts of Settlement Agreement - *In re Visa Check/MasterMoney
    Antitrust Litigation*, CV-96-5238,
    dated July 21, 2006 [Docket No. 455-5] ........................................ A850

Excerpts of First Amended Supplemental Class Action Complaint
    (redacted), dated February 20, 2009 [Docket No. 1152] ................ A856

Excerpts of Second Consolidated Amended Class Action
    Complaint (redacted), dated February 20, 2009
    [Docket No. 1153] ......................................................................... A858

i

**Table of Contents**
**(continued)**

**Page**

Excerpts of Second Supplemental Class Action Complaint
(redacted), dated February 20, 2009 [Docket No. 1154]................ A908

Excerpts of Memorandum of Law in Support of Class
Plaintiffs' Motion for Class Certification (redacted),
dated May 8, 2008 [Docket No. 1165] ............................................ A921

Excerpts of Class Plaintiffs' Memorandum of Law in Opposition to
Defendants' Motion to Dismiss the Second Consolidated
Amended Class Action Complaint, dated June 2, 2009
[Docket No. 1226] ......................................................... A929

Excerpts of Class Plaintiffs' Memorandum of Law in Opposition to
Defendants' Motion for Summary Judgment (Unannotated)
(redacted), dated October 21, 2011 [Docket No. 1533]................ A932

Excerpts of Individual Plaintiffs' Statement of Material Undisputed
Facts (redacted), dated October 21, 2011 [Docket No. 1536] ........ A935

Excerpts of Class Plaintiffs' Memorandum of Law in Support of
Their Motion for Summary Judgment (redacted), ated October
21, 2011 [Docket No. 1538] ............................................ A941

Excerpts of Class Plaintiffs' Statement of Undisputed Facts
Pursuant to Local Rule 56.1 (redacted),
dated December 21, 2011 [Docket No. 1543] ................................ A945

**Volume V**

Excerpts of Class Plaintiffs' Counterstatement of Facts in Response
to Defendants' Rule 56.1 Statement of Facts (Unannotated)
(redacted), dated October 21, 2011 [Docket No. 1545]................. A1011

# **Table of Contents**
## **(continued)**

**Page**

Excerpts of Defendants' Counter-Statement in Opposition to Class
    Plaintiffs' Statement of Undisputed Facts, Pursuant to Local
    Rule 56.1(b) (redacted), dated October 21, 2011
    [Docket No. 1550] ....................................................................... A1014

Excerpts of Network Defendants' Memorandum in Opposition to
    the Individual Plaintiffs' Motion for Summary Judgment
    (redacted), dated October 21, 2011 [Docket No. 1551]................. A1030

Excerpts of European Commission Notification Pursuant to Article
    254 of the EC Treaty (redacted), dated November 23, 2011
    [Docket No. 1573-3] ...................................................................... A1032

Notice of Filing of Memorandum of Understanding,
    dated July 13, 2012 [Docket No. 1587] ......................................... A1042

Memorandum of Understanding, dated July 13, 2012
    [Docket No. 1588] .......................................................................... A1043

Excerpts of Class Settlement Agreement, dated July 13, 2012
    [Docket No. 1588-1] ....................................................................... A1061

Letter from Robert Vizas to Jeffrey I. Shinder,
    dated August 21, 2012 [Docket No. 1616-3]................................. A1074

Notice of Class Plaintiffs' Motion for Class Settlement Preliminary
    Approval, dated October 19, 2012 [Docket No. 1656].................. A1086

Excerpts of Appendices to Definitive Class Settlement
    Agreement,dated October 19, 2012 [Docket No. 1656-1]............. A1088

Excerpts of Transcript of Civil Cause for Oral Argument Before the
    Honorable John Gleeson, US District Judge,
    dated November 9, 2012 [Docket No. 1732]................................. A1096

# **Table of Contents**
## (continued)

**Page**

Excerpts of Revised Appendix F2: Notice of Class Action
Settlement Authorized by the U.S. District Court, Eastern
District of New York, dated November 26, 2012
[Docket No. 1740-2] ..................................................................... A1098

Class Settlement Preliminary Approval Order,
dated November 27, 2012 [Docket No. 1745] ............................... A1100

Excerpts of Individual Plaintiffs' Opposition to Objecting
Plaintiffs' Motion to Stay Class Settlement Preliminary
Approval Order, dated November 29, 2012 [Docket No. 1751] ... A1111

Letter from Class Counsel to Judge Orenstein,
dated December 10, 2012 [Docket No. 1760] ............................... A1114

Excerpts of Defendants' Memorandum in Support of Final
Approval of Definitive Class Settlement Agreement,
dated April 11, 2013 [Docket No. 2110] ....................................... A1118

Excerpts of Memorandum in Support of Class Plaintiffs' Motion
for Final Approval of Settlement, dated April 11, 2013
[Docket No. 2111-1] ....................................................................... A1120

Declaration of the Honorable Edward A. Infante (Ret.) in Support
of Class Plaintiffs' Motion for Final Approval of Settlement,
dated April 11, 2013 [Docket No. 2111-2] .................................... A1131

Declaration of Eric D. Green, dated April 11, 2013
[Docket No. 2111-3] ....................................................................... A1137

Declaration of Alan S. Frankel, Ph.D. Relating to the Proposed
Class Settlement, dated April 11, 2013 [Docket No. 2111-5] ....... A1145

Excerpts of Declaration of Nicole F. J. Hamann on Class
Administrator's Implementation of Settlement Notice Plan,
dated April 11, 2013 [Docket No. 2111-6] .................................... A1200

iv

# **Table of Contents**
## **(continued)**

**Page**

Excerpts of Declaration of Cameron R. Azari, Esq. on
  Implementation and Adequacy of Settlement Notice Program,
  dated April 11, 2013 [Docket No. 2113-7].....................................  A1215

Declaration of Professor Charles Silver Concerning the
  Reasonableness of Class Counsel's Request for an Award of
  Attorneys' Fees, dated April 11, 2013 [Docket No. 2113-5] ........  A1238

### **Volume VI**

Declaration of Professor Charles Silver Concerning the
  Reasonableness of Class Counsel's Request for an Award of
  Attorneys' Fees, dated April 11, 2013 [Docket No. 2113-5]
  (Cont'd)..........................................................................................  A1251

Declaration of K. Craig Wildfang, Esq. in Support of Class
  Plaintiffs' Motion for Final Approval of Settlement and Class
  Plaintiffs' Joint Motion for Award of Attorneys' Fees,
  Expenses and Class Plaintiffs' Awards,
  dated April 11, 2013 [Docket No. 2113-6]....................................  A1296

Excerpts of Objection of City of Oakland to Final Approval of
  Proposed Settlement, dated May 15, 2013 [Docket No. 2279] .....  A1434

Retailers and Merchants' Objection to Final Approval of the Class
  Action Definitive Settlement Agreement, dated May 15, 2013
  [Docket No. 2281] .........................................................................  A1437

Objection of U.S. Public Interest Research Group to Final
  Approval of Proposed Class Settlement, dated May 23, 2013
  [Docket No. 2361] .........................................................................  A1470

Excerpts of Statement of Objections by Jo-Ann Stores, Inc.,
  dated May 23, 2013 [Docket No. 2364] ........................................  A1476

Statement of Objections of B & H Foto Electronics Corp.,
  d/b/a B & H Photo, dated May 22, 2013 [Docket No. 2408] ........  A1480

## **Table of Contents**
### (continued)

**Page**

Excerpts of Statement of Objections by Boscov's,
dated May 24, 2013 [Docket No. 2411] ........................................ A1483

Retailers and Merchants' Objection to Final Approval of the Class
Action Definitive Settlement Agreement, dated May 24, 2013
[Docket No. 2421] ......................................................................... A1486

### **Volume VII**

Retailers and Merchants' Objection to Final Approval of the Class
Action Definitive Settlement Agreement, dated May 24, 2013
[Docket No. 2421] (cont'd) ........................................................... A1501

Notice of Opt Outs, dated May 24, 2013 [Docket No. 2422] .............. A1512

Excerpts of Objections of First Data Corporation, First Data
Merchant Services, TASQ Technology, Inc., TRS Recovery
Services Inc., First Data Government Solutions, and TeleCheck
Services Inc. to Final Approval of Definitive Class Settlement
Agreement, dated May 24, 2013 [Docket No. 2427] .................... A1528

Excerpts of Objection of Aldo US Inc. to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2432] ..... A1538

Excerpts of Objection of BJ's Wholesale Club, Inc. to Final
Approval of the Settlement, dated May 24, 2013
[Docket No. 2433] ......................................................................... A1541

Excerpts of Objection of David's Bridal to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2434] ..... A1544

Excerpts of Objection of Dillard's, Inc. to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2435] ..... A1553

Declaration of John R. Manna, Vice President Operational
Controller, Lowe's Companies, Inc., dated May 24, 2013
[Docket No. 2437] ......................................................................... A1555

**Table of Contents**
**(continued)**

Page

Excerpts of Objection of RaceTrac Petroleum, Inc. to Final
    Approval of the Proposed Settlement, dated May 24, 2013
    [Docket No. 2438] ........................................................................ A1566

Excerpts of Objection of Roundy's Supermarkets, Inc. to Final
    Approval of the Proposed Settlement, dated May 24, 2013
    [Docket No. 2439] ........................................................................ A1568

Excerpts of Objection of Family Dollar Stores, Inc. to Final
    Approval of the Proposed Settlement, dated May 24, 2013
    [Docket No. 2441] ........................................................................ A1570

Excerpts of Objection of 7-Eleven, Inc. to Final Approval of the
    Proposed Settlement, dated May 25, 2013 [Docket No. 2442] ..... A1575

Objection of The National Railroad Passenger Corporation to
    Final Approval of the Proposed Settlement, dated May 25,
    2013 [Docket No. 2444] ............................................................... A1580

Objections of Best Buy Stores, L.P. to Final Approval of the
    Settlement, dated May 25, 2013 [Docket No. 2445] ..................... A1588

Excerpts of Objection of Carter's to Final Approval of the
    Settlement, dated May 25, 2013 [Docket No. 2446] ..................... A1601

Objection of Coborn's Incorporated to Final Approval of the
    Proposed Settlement, dated May 25, 2013 [Docket No. 2447] ..... A1606

Excerpts of Objection of Costco Wholesale Corporation to
    Final Approval of the Proposed Settlement,
    dated May 25, 2013 [Docket No. 2448] ....................................... A1613

Objection of D'Agostino Supermarkets, Inc. to Final Approval of
    the Settlement, dated May 25, 2013 [Docket No. 2449] ............... A1615

Objection of Alon USA, LP to Final Approval of the Proposed
    Settlement, dated May 25, 2013 [Docket No. 2450] ..................... A1621

## **Table of Contents**
### (continued)

**Page**

Excerpts of Objection of Barnes & Noble, Inc. to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2451] ........................................................................ A1627

Objection of IKEA US to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2458] .................... A1632

Objection of Jetro Holdings, LLC to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2459] ..... A1650

Objection of Michaels Stores, Inc. to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2460] ..... A1656

Objection of NATSO Inc. to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2461] .................... A1659

Objection of National Restaurant Association to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2464] ........................................................................ A1667

Objection of Panera Bread Company to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2466] ..... A1678

Objection of PetSmart, Inc. to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2467] .................... A1681

Objection of Retail Industry Leaders Association to Final Approval
of the Settlement, dated May 25, 2013 [Docket No. 2469] .......... A1690

Excerpts of Objection of Sears Holdings Corp. to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2470] ........................................................................ A1697

Excerpts of Objection of The Wet Seal, Inc. to Final Approval of
the Settlement, dated May 25, 2013 [Docket No. 2471] .............. A1699

# **Table of Contents**
## **(continued)**

**Page**

Excerpts of Objection of The Wendy's Company to Final Approval
of the Proposed Settlement, dated May 25, 2013
[Docket No. 2473] ......................................................................... A1703

Objection of National Grocers Association to Final Approval of the
Proposed Settlement, dated May 26, 2013 [Docket No. 2475] ..... A1707

Objection of Petco Animal Supplies, Inc. to Final Approval of the
Proposed Settlement, dated May 26, 2013 [Docket No. 2491] ..... A1715

Statement of Objections of WellPoint Entities, dated May 27, 2013
[Docket No. 2493] ......................................................................... A1724

Memorandum in Support of Objections of Putative Rule 23(b)(2)
Class Members WellPoint, Inc., etc., to the Proposed Rule
23(b)(2) Settlement Agreement, dated May 27, 2013
[Docket No. 2493-1] ...................................................................... A1734

Excerpts of Declaration of David Kretschmer in Support of
Objections of WellPoint Entities, dated May 17, 2013
[Docket No. 2493-2] ...................................................................... A1746

### **Volume VIII**

Statement of Objections of Target Corporation, Target Commercial
Interiors, Inc., and TCC Cooking Co., dated May 27, 2013
[Docket No. 2495] ......................................................................... A1752

**Table of Contents**
(continued)

**Page**

Excerpts of Memorandum in Support of Objections of Absent
Putative Rule 23(b)(2) Class Members Target Corporation,
Macy's, Inc., Kohl's Corporation, The TJX Companies, Inc.,
Staples, Inc., J.C. Penney Corporation, Inc., Office Depot, Inc.,
L Brands, Inc., Big Lots Stores, Inc., PNS Stores, Inc., C.S.
Ross Company, Closeout Distribution, Inc., Ascena Retail
Group, Inc., Abercrombie & FitchCo., OfficeMax
Incorporated, Saks Incorporated, The Bon-Ton Stores, Inc.,
Chico's FAS, Inc., Luxottica U.S. Holdings Corp., and
American Signature, Inc. to the Proposed Rule 23(b)(2) Class
and Rule 23(b)(2) Settlement Agreement, dated May 27, 2013
[Docket No. 2495-1] ....................................................................... A1756

Complaint and Demand for Jury Trial, *Target Corporation, et al.,
v. Visa Inc., et al.*, Civil Action No. 13 CV 3477,
dated May 27, 2013 [Docket No. 2495-2] ..................................... A1768

Statement of Objections of J. C. Penney, dated May 27, 2013
[Docket No. 2509] ........................................................................... A1824

Statement of Objections of Macy's, Inc., Macy's Retail Holdings,
Inc., Macy's West Stores Inc., Macy's Florida Stores, LLC,
Macy's Puerto Rico, Inc., Macys.com, Inc., Bloomingdale's,
Inc., Bloomingdale's By Mail, Ltd., and Bloomingdale's The
Outlet Store, Inc., dated May 27, 2013 [Docket No. 2517] ........... A1828

Statement of Objections of Office Depot, Inc., Viking Office
Products, Inc., 4Sure.com, Inc., Computers4Sure.com, Inc.,
and Solutions4Sure.com, Inc., dated May 27, 2013
[Docket No. 2519] ........................................................................... A1832

Statement of Objections of Staples, Inc., Staples the Office
Superstore East, Inc., Staples the Office Superstore, LLC,
Staples Contract & Commercial, Inc., Quill Corporation, Quill
Lincolnshire, Inc., Medical Arts Press, Inc., SmileMakers, Inc.,
Thrive Networks, Inc., and SchoolKidz.com,
dated May 27, 2013 [Docket No. 2525] ......................................... A1836

x

**Table of Contents**
**(continued)**

Page

Excerpts of Declaration of Michael S. Weisbach,
    dated May 27, 2013 [Docket No. 2533-2].....................................  A1841

Excerpts of Objection of Crate & Barrel to Final Approval of the
    Settlement, dated May 27, 2013 [Docket No. 2534] .....................  A1843

Excerpts of Objection of Gap Inc. to Final Approval of the
    Settlement, dated May 27, 2013 [Docket No. 2536] .....................  A1847

Objections to Final Approval of Proposed Class Action Settlement
    and Notice of Intent to Appear of The Iron Barley Restaurant,
    Homestead Restaurant (Historical Homestead, Inc.), The Feral
    Pig (KP Group LLC), Paris Beauty Salon, Rachel Mustoe
    (d/b/a Tousled Hair Studio), and Kristina Newman – Hair,
    dated May 28, 2013 [Docket No. 2537] .........................................  A1850

National Retail Federation Statement of Objection to Final
    Approval of the Proposed Rule 23(B)(2) Agreement,
    dated May 28, 2013 [Docket No. 2538] .........................................  A1875

Excerpts of Declaration of Mallory Duncan Made Pursuant to
    28 U.S.C. § 1746, dated May 28, 2013 [Docket No. 2538-2] .......  A1903

Declaration of Dave's Pet City Made Pursuant to 28 U.S.C. § 1746,
    dated May 28, 2013 [Docket No. 2538-20]...................................  A1911

Declaration of Lipert International Inc. d/b/a Keith Lippert Gallery
    Made Pursuant to 28 U.S.C. § 1746, dated May 28, 2013
    [Docket No. 2538-21]....................................................................  A1916

Excerpts of State of Objections of Wawa, Inc., dated May 23, 2013
    [Docket No. 2540] .........................................................................  A1924

Objection of National Cooperative Grocers Association to Final
    Approval of the Proposed Settlement, dated May 28, 2013
    [Docket No. 2546] .........................................................................  A1926

**Table of Contents**
**(continued)**

**Page**

Objection of Whole Foods Market Entities to Final Approval of the
    Proposed Settlement, dated May 28, 2013 [Docket No. 2559] .....   A1934

Objection of National Association of Convenience Stores to Final
    Approval of Proposed Settlement, dated May 28, 2013
    [Docket No. 2561] .......................................................................   A1942

Objection of Affiliated Foods Midwest to Final Approval of the
    Proposed Settlement, dated May 28, 2013 [Docket No. 2563] .....   A1955

Objection of Foot Locker, Inc. to Final Approval of the Proposed
    Settlement, dated May 28, 2013 [Docket No. 2587] ....................   A1963

The Home Depot's Statement of Objections to the Proposed Class
    Settlement and Memorandum in Support, dated May 28, 2013
    [Docket No. 2591] .......................................................................   A1973

**Volume IX**

The Home Depot's Statement of Objections to the Proposed Class
    Settlement and Memorandum in Support, dated May 28, 2013
    [Docket No. 2591] (Cont'd) .........................................................   A2001

Excerpts of Declaration of Dwaine Kimmet in Support of The
    Home Depot's Objection to the Proposed Class Settlement,
    dated May 28, 2013 [Docket No. 2591-2] ....................................   A2026

Excerpts of Dell Inc.'s Statement of Objection to Final Approval of
    Settlement, dated May 28, 2013 [Docket No. 2592] ....................   A2028

Objection of Consumers Union of United States, Inc. to Final
    Approval of Proposed Class Settlement, dated May 28, 2013
    [Docket No. 2598] .......................................................................   A2030

Objection of Amazon.com, Inc. to Final Approval of the Proposed
    Settlement, dated May 28, 2013 [Docket No. 2605] ....................   A2040

**Table of Contents**
**(continued)**

**Page**

Excerpts of Objection of Starbucks to Final Approval of the
Proposed Settlement, dated May 28, 2013 [Docket No. 2606] ..... A2047

Objection of 1001 Property Solutions LLC and Temple Eagle
Partners LLC, dated May 28, 2013 [Docket No. 2613]................. A2053

Declaration of Rick Bandas in Support of Objection to Settlement,
dated May 28, 2013 [Docket No. 2613-1]..................................... A2075

Objection of National Community Pharmacists Association to Final
Approval of the Proposed Settlement, dated May 28, 2013
[Docket No. 2619] ......................................................................... A2107

Statement of Objections and Amici Curiae Brief of States to Final
Approval of the Settlement, dated May 28, 2013
[Docket No. 2623] ......................................................................... A2116

Blue Cross and Blue Shield Entities' Objections to Proposed
Settlement, dated May 28, 2013 [Docket No. 2643] .................... A2147

Excerpts of Declaration of David Cote in Support of BlueCross
BlueShield of South Carolina Objections to Proposed
Settlement, dated May 28, 2013 [Docket No. 2643-3]................. A2178

Excerpts of Declaration of Garrett Calissi in Support of Blue Cross
and Blue Shield of Arizona, Inc. Objections to Proposed
Settlement, dated May 28, 2013 [Docket No. 2643-4]................. A2180

Excerpts of Declaration of Matthew Brolly in Support of
Independence Blue Cross Objections to Proposed Settlement,
dated May 28, 2013 [Docket No. 2643-6]..................................... A2182

Excerpts of Declaration of William J. Farrell in Support of Blue
Cross of Northeastern Pennsylvania Objections to Proposed
Settlement, dated May 28, 2013 [Docket No. 2643-7]................. A2184

# Table of Contents
## (continued)

**Page**

Walmart's Objection to the Proposed Settlement, dated May 28,
2013 [Docket No. 2644] ................................................................. A2186

Excerpts of Objection of American Express Company, American
Express Travel Related Services Company, Inc., Travel
Impressions, Ltd., American Express Publishing Corp., Serve
Virtual Enterprises, Inc., ANCA 7 LLC d/b/a Vente Privee,
USA, Amex Assurance Company, and Accertify, Inc. to the
Class Settlement Agreement, dated May 28, 2013 [Docket No.
2648] ........................................................................................... A2213

Declaration of Stephen B. McCurdy in Support of Objections of
American Express, dated May 23, 2013 [Docket No. 2648-1] ..... A2245

## Volume X

Notice of Motion of DFS Services LLC and Discover Bank to
Intervene, dated May 28, 2013 [Docket No. 2655] ...................... A2249

Excerpts of Declaration of Roger Hochschild, dated May 28, 2013
[Docket No. 2657-6] ..................................................................... A2252

Objection of DFS Services LLC, Discover Loans, Inc., and
Discover Bank to Final Approval of Proposed Settlement,
dated May 28, 2013 [Docket No. 2659] ........................................ A2263

Discover Financial Services' Notice of Intent to Opt-Out of Rule
23(b)(3) Damages Case, dated May 28, 2013
[Docket No. 2663] ......................................................................... A2277

Excerpts of Objecting Plaintiffs' and Objectors' Memorandum in
Opposition to Motion for Final Approval of Settlement, dated
May 28, 2013 [Docket No. 2670] .................................................. A2278

# **Table of Contents**
## (continued)

**Page**

Excerpts of Declaration of Jeffrey I. Shinder in Support of
Opposition to Class Plaintiffs' Motion for Final Approval of
the Proposed Class Settlement, dated May 28, 2013
[Docket No. 2670-1] ....................................................... A2300

Excerpts of Report of Professor Jerry Hausman,
dated May 28, 2013 [Docket No. 2670-5] .................................... A2302

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I.
Shinder: "Industry Facts Concerning Debit Card Regulation
Under Section 920," by Stephen Craig Mott,
BetterBuyDesigns, on Behalf of the Merchants Payments
Coalition, submitted to Federal Reserve System, October 29,
2010; Attachment F: "2011 Interchange Fee Revenue, Covered
Issuer Costs, and Covered Issuer and Merchant Fraud Losses
Related to Debit Card Transactions," Board of Governors of
the Federal Reserve System, March 5, 2013
[Docket No. 2670-6] ....................................................... A2327

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I.
Shinder: Ex. 66: Visa Management Discusses Q3 2012 Results
- Earnings Call Transcript; Ex. 67: "'We Won' vs. 'You Lost':
Reactions to Credit Card Settlement", by Maria Aspan and
Victoria Finkle, American Banker, July 16, 2012; Ex. 68: "An
Analysis of the Proposed Interchange Fee Litigation
Settlement," by Adam J. Levitin, Georgetown Law and
Economics Research Paper No. 12-033, August 21, 2012; Ex.
70: The Nilson Report, February 2013, Issue 1,011; American
Express Merchant Reference Guide - U.S., April 2013; Ex. 73:
"Merchant Surcharging – Understanding Payment Card
Changes," Visa, May 20, 2013; Ex. 76: "Operating Regulations
to Support the U.S. Merchant Litigation Settlement," Visa,
2013; Ex, 77: "Notice of MasterCard Rule Changes,"
MasterCard Worldwide, December 2012; Ex. 78:
Memorandum from Visa Inc. to Merchants in the U.S. and U.S.
Territories, regarding Merchant Class Action Litigation
Settlement – Important Changes to Merchant Acceptance

**Table of Contents**
(continued)

Practices, December 20, 2012; Ex. 82: "Visa's CEO Discusses
Q2 2012 Results - Earnings Call Transcript," Visa, May 20,
2013; Ex. 84: "New Visa, MasterCard fees stir debate within
industry," The Green Sheet Online, March 12, 2013; Ex. 94:
MasterCard Incorporated Management Discusses Q2 2012
Results - Earnings Call Transcript, May 20, 2013; Ex. 95:
MasterCard's CEO Discusses Q4 2012 Results - Earnings Call
Transcript, May 20, 2013 [Docket No. 2670-8] ........................... A2339

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I. Shinder:
Ex. 97: "Reform of Australia's Payments System: Preliminary
Conclusions of the 2007/08 Review," Reserve Bank of Australia,
April, 2008; Ex. 108: Amended and Restated Global Restructuring
Agreement [Docket No. 2670-9] .................................................. A2394

Excerpts of Objections of Bridgestone Americas, Inc. to Proposed
Class Settlement Agreement, dated June 5, 2013
[Docket No. 3074] ........................................................................ A2400

Statement of Objection of Heinen's Fine Foods, dated June 5, 2013
[Docket No. 3755] ........................................................................ A2403

Excerpts of Objections of Williams-Sonoma, Inc. to the Proposed
Class Settlement Agreement, dated June 6, 2013
[Docket No. 4237] ........................................................................ A2405

Excerpts of Statement of Objections of the Society of Independent
Gasoline Marketers of America, dated June 7, 2013
[Docket No. 4640] ........................................................................ A2407

Excerpts of Objections of First Data Corporation, First Data
Merchant Services, TASQ Technology, Inc., TRS Recovery
Services Inc., First Data Government Solutions, and TeleCheck
Services Inc. to Final Approval of Definitive Class Settlement
Agreement, dated June 7, 2013 [Docket No. 4654] ...................... A2415

**Table of Contents**
**(continued)**

**Page**

Statement of Objections of Life Time Fitness, Inc.,
dated June 11, 2013 [Docket No. 5385] ........................................ A2423

Letter from Kenneth A. Gallo to Judge Gleeson,
dated June 11, 2013 [Docket No. 5406] ...................................... A2433

Letter from Class Plaintiffs' to Judge Gleeson, dated June 12, 2013
[Docket No. 5651] ......................................................................... A2434

Excerpts of Defendants' Reply Memorandum in Support of
Final Approval of Definitive Class Settlement Agreement,
dated August 16, 2013 [Docket No. 5937] ................................... A2435

Excerpts of Class Plaintiffs' Reply Memorandum of Law in
Further Support of Settlement Final Approval,
dated August 16, 2013 [Docket No. 5939] ................................... A2443

Excerpts of Declaration of Ryan W. Marth, dated August 16, 2013
[Docket No. 5939-3] ...................................................................... A2448

Excerpts of Reply Declaration of Alan S. Frankel, Ph.D. Relating
to the Proposed Class Settlement (redacted),
dated August 16, 2013 [Docket No. 5939-5] ................................ A2463

Excerpts of Declaration of H. Theodore Grindal in Support of Class
Plaintiffs' Motion for Final Approval of the Proposed Class
Settlement, dated August 16, 2013 [Docket No. 5939-6] .............. A2468

Excerpts of Reply Memorandum in Support of Class Plaintiffs'
Joint Motion for Award of Attorneys' Fees, Expenses and
Class Plaintiffs' Awards, dated August 16, 2013
[Docket No. 5940] ......................................................................... A2471

Excerpts of Reply Memorandum in Support of FDC's
Motion to Opt Out of Rule 23(b)(2) Class Settlement,
dated August 23, 2013 [Docket No. 5957] ................................... A2473

**Table of Contents**
**(continued)**

**Page**

Report from Court appointed expert Professor Alan O. Sykes,
    dated August 28, 2013 [Docket No. 5965] ................................... A2475

**Volume XI**

Report from Court appointed expert Professor Alan O. Sykes,
    dated August 28, 2013 [Docket No. 5965] (Cont'd) .................... A2501

Excerpts of Class Plaintiffs' Letter to Judge Gleeson Responding to
    Report of Professor Alan O. Sykes, dated September 4, 2013
    [Docket No. 5978] ......................................................... A2526

Excerpts of Response by Professor Jerry Hausman to the Report of
    Professor Alan O. Sykes, dated September 4, 2013
    [Docket No. 5982] ......................................................... A2531

Excerpts of Declaration of Henry Ogden Armour, NACS, to
    Correct Misstatements in Supplemental Declaration of
    Craig Wildfang and in Opposition to Final Approval,
    dated September 10, 2013 [Docket No. 6006-1] .......................... A2536

Excerpts of Declaration of Robynn Shrader, NCGA, to Correct
    Misstatements in Supplemental Declaration of Craig Wildfang
    and in Opposition to Final Approval, dated September 10, 2013
    [Docket No. 6006-2] ..................................................... A2543

Excerpts of Declaration of Jennifer T. Mallon, NCPA, to Correct
    Misstatements in Supplemental Declaration of Craig Wildfang
    and in Opposition to Final Approval, dated September 10, 2013
    [Docket No. 6006-3] ..................................................... A2549

Excerpts of Declaration of Peter J. Larkin, NGA, to Correct
    Misstatements in Supplemental Declaration of Craig Wildfang
    and in Opposition to Final Approval, dated September 10, 2013
    [Docket No. 6006-4] ..................................................... A2553

**Table of Contents**
**(continued)**

**Page**

Excerpts of Transcript of Fairness Heating before the
    Honorable John Gleeson, U.S. District Court Judge,
       dated September 12, 2013 [Docket No. 6094] .............................. A2559

Notice of Appeal of Objecting Plaintiffs and Objectors,
    dated December 13, 2013 [Docket No. 6125] ............................. A2587

Notice of Appeal by Home Depot U.S.A., Inc.,
    dated December 13, 2013 [Docket No. 6126] ............................. A2588

Notice of Appeal of Target Group Objectors,
    dated December 13, 2013 [Docket No. 6128] ............................. A2589

Notice of Appeal of National Retail Federation,
    dated January 2, 2014 [Docket No. 6148] .................................... A2590

Notice of Appeal of R & M Objectors, dated January 10, 2014
    [Docket No. 6175] ........................................................................ A2591

Notice of Appeal of Blue Cross and Blue Shield Objectors and
    WellPoint Objectors, dated January 10, 2014
    [Docket No. 6176] ........................................................................ A2597

Notice of Appeal of Temple Eagle, dated January 10, 2014
    [Docket No. 6178] ........................................................................ A2602

Notice of Appeal of First Data Corporation, First Data Merchant
    Services, TASQ Technology, Inc., TRS Recovery Services,
    Inc., First Data Government Solutions, and Telecheck Services,
    Inc., dated January 10, 2014 [Docket No. 6179] .......................... A2605

Notice of Appeal of The Iron Barley Restaurant, Homestead
    Restaurant (Historical Homestead, Inc.), The Feral Pig (KP
    Group LLC), Paris Beauty Salon, Rachel Mustoe (d/b/a
    Tousled Hair Studio), and Kristina Newman – Hair,
    dated January 10, 2014 [Docket No. 6182] ................................... A2606

xix

# Table of Contents
## (continued)

**Page**

Notice of Appeal of U.S. PIRG, dated January 13, 2014
    [Docket No. 6189] ........................................................... A2608

Notice of Appeal of Consumers Union of United States, Inc.,
    dated January 13, 2014 [Docket No. 6190] .................................. A2609

Amended Notice of Appeal of Target Group Objectors,
    dated January 21, 2014 [Docket No. 6212] ................................... A2610

Amended Notice of Appeal of Temple Eagle,
    dated January 13, 2014 [Docket No. 6227] ................................... A2611

Notice of Appeal of National Federation of Independent Business,
    dated February 7, 2014 [Docket No. 6234] ................................... A2614

Subsequent Notice of Appeal by Blue Cross and Blue Shield
    Objectors and WellPoint Objectors, dated February 7, 2014
    [Docket No. 6238] ......................................................... A2615

Amended Notice of Appeal of The Iron Barley Restaurant,
    Homestead Restaurant (Historical Homestead, Inc.), The Feral
    Pig (KP Group LLC), Paris Beauty Salon, Rachel Mustoe
    (d/b/a Tousled Hair Studio), and Kristina Newman – Hair,
    dated February 13, 2014 [Docket No. 6245] ................................. A2620

Amended Notice of Appeal by Home Depot U.S.A., Inc.
    (Amending Notice Of Appeal Filed December 13, 2013),
    dated February 13, 2014 [Docket No. 6248] ................................. A2622

Amended Notice of Appeal of Objecting Plaintiffs and Target
    Group Objectors, dated February 13, 2014 [Docket No. 6249] .... A2623

Notice of Appeal of Retail Industry Leaders Association,
    dated February 13, 2014 [Docket No. 6251] ................................. A2625

**Table of Contents**
**(continued)**

Second Amended Notice of Appeal of 1001 Property Solutions
LLC and Temple Eagle Partners LLC, dated February 18, 2014
[Docket No. 6257] ........................................................................ A2626

Amended Notice of Appeal of R & M Objectors,
dated February 25, 2014 [Docket No. 6263] ................................. A2630

Excerpts of Expert Report of Joseph Stiglitz, Ph.D.,
dated June 25, 2009 ....................................................................... A2636

U.S. Government Accountability Office, Pub. No. GAO-10-45,
Credit Cards: *Rising Interchange Fees Have Increased Costs
for Merchants, but Options for Reducing Fees Pose
Challenges*, dated 11/2009 ............................................................. A2638

Final Judgment as to Defendants MasterCard International
Incorporated and Visa Inc., *U.S. v. American Express Co*.,
CV-10-4496 (E.D.N.Y. ), dated July 20, 2011 [Docket No. 10-
CV-4996 DE 143].......................................................................... A2707

Visa International Operating Regulations, dated October 15, 2012 .... A2722

**Volume XII**

Visa International Operating Regulations,
dated October 15, 2012 (Cont'd) ................................................... A2751

**Volume XIII**

Visa International Operating Regulations,
dated October 15, 2012 (Cont'd) ................................................... A3001

**Volume XIV**

Visa International Operating Regulations,
dated October 15, 2012 (Cont'd) ................................................... A3251

# **Table of Contents**
## **(continued)**

**Page**

## **Volume XV**

Visa International Operating Regulations,
  dated October 15, 2012 (Cont'd) .................................................... A3501

## **Volume XVI**

Visa International Operating Regulations,
  dated October 15, 2012 (Cont'd) .................................................... A3751

## **Volume XVII**

Interlink Network, Inc. Operating Regulations,
  dated November 15, 2012 ............................................................ A4009

## **Volume XVIII**

MasterCard Rules, dated April 11, 2012 ............................................ A4259

## **Volume XIX**

MasterCard Rules, dated April 11, 2012 (Cont'd) ............................... A4501

Excerpts of *Mastercard, Inc. and Others v. Eur. Comm'n*,
  Case T-111/08, Judgment of the General Court
  (Seventh Chamber), dated May 24, 2012 ...................................... A4614

Minute Order deeming all pending motions for relief withdrawn
  without prejudice to reinstatement if the settlement is not
  consummated, dated July 17, 2012 ................................................ A4616

Minute Order upholding Judge Orenstein's order denying
  disclosure of settlement agreement, dated September 19, 2013 .... A4618

Visa Form 10K (Annual Report), dated November 22, 2013 .............. A4620

**Table of Contents**
**(continued)**

**Page**

Excerpts of Class Settlement Agreement, *In re Am. Express
Anti-Steering Rules Antitrust Litig*. (NGG)(RER),
No. 11-md-2221 (E.D.N.Y.), dated January 7, 2014
[Docket No. 11-md-2221 DE 306-2]............................................. A4623

**Volume XX**

Excerpts of Class Settlement Agreement, *In re Am. Express
Anti-Steering Rules Antitrust Litig*. (NGG)(RER),
No. 11-md-2221 (E.D.N.Y.), dated January 7, 2014
[Docket No. 11-md-2221 DE 306-2] (Cont'd) .............................. A4751

Class Plaintiffs' Memorandum of Law in Support of Motion for
Final Approval of Class Action Settlement, *In re: American
Express Anti-Steering Rules Antitrust Litig*., 11-md-2221
(NGG)(RER), (Redacted - Public Version), dated April 15,
2014 [Docket No. 11-md-2221 DE 362] ...................................... A4790

Excerpts of Declaration of Alan S. Frankel, Ph.D *In re: American
Express Anti-Steering Rules Antitrust Litig*., 11-md-02221
(NGG)(RER) (redacted), dated April 15, 2014
[Docket No. 11-md-2221 DE 370] ................................................ A4831

Civil Cause for Conference, *In re Payment Card Interchange Fee
and Merchant Discount Antitrust Litig*., No. 14-md-1720
(JG)(JO), dated July 18, 2014
[Docket No. 14-md-1720 DE 104] ................................................ A4834

Transcript of Hearing before Judge Gleeson, *In re Payment Card
Interchange Fee and Merchant Discount Antitrust Litig*.,
No. 14-md-1720 (JG)(JO), dated July 18, 2014
 [Docket No. 14-md-1720 DE 105] ............................................... A4836

# Table of Contents
### (continued)

**Page**

### Volume XXI

*MasterCard and Others v. European Comm'n*, Case C-382/12 P,
    Judgment of the Court (Third Chamber),
    dated September 11, 2014................................................................... A4925

Third Amended Complaint and Jury Demand, *7-Eleven, Inc. v.
    Visa Inc*., Nos. 13-cv-5746 (JG)(JO), 14-md-1720(JG)(JO),
    dated September 26, 2014 [Docket No. 13-cv-5746 DE 41]......... A4972

Appellate Docket: *Expressions Hair Design v. Schneiderman*,
    No. 13-4537 ...................................................................................... A5076

Excerpts of Card Acceptance Guidelines for Visa Merchants ............. A5085

The MasterCard Convenience Fee Program for Government and
    Education ......................................................................................... A5088

Excerpts of Notice of Class Action Settlement Authorized by the
    U.S. District Court, Eastern District of New York ...................... A5090

### Volume XXII

### *Volume Filed Under Seal*

Excerpts of Corrected First Amended Supplemental Complaint
    (filed under seal), dated March 27, 2009 [Docket No. 1170-4]..... A5104

Excerpts of Network Defendants' Counter-Statement in Opposition
    to Individual Plaintiffs' Statement of Undisputed Facts,
    Pursuant to Local Rule 56.1(b) (filed under seal),
    dated May 6, 2011 [Docket No. 1477-7]...................................... A5114

Excerpts of Defendants' Statement of Material Facts as to Which
    There is No Genuine Issue to be Tried (filed under seal), dated
    February 11, 2011 [Docket No. 1478-4] ...................................... A5125

# **Table of Contents**
## **(continued)**

**Page**

Excerpts of Report of Mike McCormack (filed under seal),
dated July 2, 2009 [Docket No. 2088]............................................. A5135

Excerpts of Expert Report of Professor Kevin M. Murphy (filed
under seal), dated December 14, 2009 [Docket No. 2088]............ A5137

Excerpts of Report of Professor Kenneth G. Elzinga (filed under
seal), dated December 14, 2009 [Docket No. 2088]....................... A5177

Excerpts of Declaration of William M. Sheedy (filed under seal),
dated May 3, 2011 [Docket No. 2088] ........................................... A5183

Excerpts of Declaration of Timothy H. Murphy (filed under seal),
dated May 3, 2011 [Docket No. 2088] ........................................... A5191

Memorandum of Law in Support of Motion to Intervene of DFS
Services LLC and Discover Bank (filed under seal), dated May
28, 2013 [Docket No. 2657-1]........................................................ A5200

Declaration of Jennifer M. Selendy (filed under seal),
dated May 28, 2013 [Docket No. 2657-3]...................................... A5229

DFS Services LLC v. Visa, Complaint (filed under seal),
dated May 28, 2013 [Docket No. 2657-4]...................................... A5231

Declaration of Roger Hochschild (filed under seal),
dated May 28, 2013 [Docket No. 2657-5]...................................... A5250

Exhibit 1 to May 28, 2013 Declaration of Roger Hochschild:
Notice of Class Action Settlement Authorized by the U.S.
District Court, Eastern District of New York (filed under seal)
[Docket No. 2657-7] ...................................................................... A5261

Excerpts of Report of Alan S. Frankel, Ph.D. (filed under seal),
dated July 2, 2009 ......................................................................... A5290

Excerpts of Expert Report of Robert H. Topel (filed under seal),
dated December 15, 2009 .............................................................. A5295

xxv

## **Table of Contents**
### **(continued)**

**Page**

Excerpts of Rebuttal Report of Alan S. Frankel (filed under seal),
dated June 22, 2010 ....................................................................... A5297

**Objector**

**VoiceStream Wireless Corporation**

**Objector**

**Western PCS Corporation**

**Objector**

| | | |
|---|---|---|
| **Hermes of Paris, Inc.** | represented by | **Jonathan Peter Shaub**<br>Prokauer Rose<br>11 Times Square<br>New York, NY 10036<br>212-969-3000<br>Fax: 212-969-2900<br>Email: jshaub@proskauer.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Jared Skinner**<br>Prookauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>212-969-3804<br>Fax: 212-969-2900<br>Email: mskinner@proskauer.com<br>*TERMINATED: 10/28/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Metropolitan Transportation Authority**<br>347 Madison Avenue<br>New York, NY 10017<br>212-878-7214 | represented by | **Helene Fromm**<br>Office of the General Counsel<br>Metropolitan Transportation Authority<br>347 Madison Avenue<br>New York, NY 10017<br>212-878-7214<br>Fax: 212-878-7398<br>Email: hfromm@mtahq.org<br>*ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **99 Only Stores** | represented by | **Jonathan Peter Shaub**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Jared Skinner**<br>(See above for address)<br>*TERMINATED: 10/28/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Smart & Final Holdings, Inc.** | represented by | **Jonathan Peter Shaub**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Jared Skinner** |

(See above for address)
*TERMINATED: 10/28/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**City of New York**    represented by    **Amy Nkemka Okereke**
New York City Law Department
Office of the Corporation Counsel
Affirmative Litigation Division
100 Church Street
New York, NY 10007
(212)788-9790
Fax: (212)788-1633
Email: aokereke@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Etc. Optical**

**Objector**

**Jon M Zimmerman**    represented by    **Joshua R. Furman**
Joshua R. Furman Law Corp.
15260 Ventura Blvd, Suite 2250
Sherman Oaks, CA 91403
818-646-4300
Fax: 818-646-4301
Email: jrf@furmanlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Bill Papenhausen Bail Bonds**

**Objector**

**Bill Papenhausen nvestigations**

**Objector**

**Professional Nails**

**Objector**

**Professionailand Spa 858**

**Objector**

**DFS Services, LLC**    represented by    **William H. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer M. Selendy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Discover Home Loans, Inc.**    represented by    **William H. Pratt**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer M. Selendy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Discover Bank**                    represented by   **William H. Pratt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer M. Selendy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Fill-Up Mart INC**

**Objector**

**JDR Associates, Inc. dba Subway**

**Objector**

**Krupa Econo Inc.**

**Objector**

**Cary Oil Co., Inc.**

**Objector**

**Burnell Herbolsheimer**

**Objector**

**CAR INC**

**Objector**

**Mother & Son LLC dba Bionic Chevron**

**Objector**

**Carniceria y Taqueria RS, LLC**

**Objector**

**Varahima Inc**

**Objector**

**varahi ma inc-subway 23890**

**Objector**

**Tom-lin enterprises inc**

**Objector**

**Star Chaser's Austin, LLC**

**Objector**

**Fit TRI Run**

**Objector**

**Downs Energy**

**Objector**

**Star Goals, LLC**

**Objector**

**B&J, LLC**

**Objector**

**Bernard Karcher Investments, Inc.**

**Objector**

**Alsaker Corp--wolly buggers, inc--Hare's Ear, Inc.**

**Objector**

**Alsaker Corp/Jackrabbit Red Casino/B & H Casino/Hare's Ear Casino**

**Objector**

**Metro Mattress Corp.**

**Objector**

**Northsider Car Wash**

**Objector**

**Alsaker Corp/Broadway Truck Stops**

**Objector**

**Golden Good Foods Ltd**

**Objector**

**Double J Enterprises, Inc.**

**Objector**

**A & M Pizza, Inc.**

**Objector**

**Valley Petroleum, LLC**

**Objector**

**Longhouse Market & Deli**

**Objector**

**Reel-Strong Fuel Company**

**Objector**

**Alsaker Corp.**

**Objector**

**Valentine Stores, Inc.**

**Objector**

**GFR Inc dba Gallagher Fitness Resources**

**Objector**

**MBR Management Corp.**

**Objector**

**Ratteau Pizza, LLC dba Dominos**

**Objector**

**Lowell Automatic Transmission Co.**

**Objector**

**Tri-State Running Company**

**Objector**

**Kusy No. 3065, Ltd.**

**Objector**

**Kusy Ventures, Ltd.**

**Objector**

**RCGF, LLC**

**Objector**

**Sprint Food Stores, Inc.**

**Objector**

**Hodges Convenience Stores, INC**

**Objector**

**Fredon Holdings LLC**

**Objector**

**Pico Aviation**

**Objector**

**Rod's Auto & Align INC.**

**Objector**

**Bohica Investment, Ltd.**

**Objector**

**TMR & Associates Inc. dba Subway**

**Objector**

**Rite Way Oil & Gas Co., Inc.**

**Objector**

**cleve-hill auto**

**Objector**

**Spellbound Children's Bookshop**

**Objector**

**Westex Capital, Ltd.**

**Objector**

**Clothes Garden, Inc.**

**Objector**

**Kazco Inc.**

**Objector**

**Buffalo Wings National Franchisee Association (BWNFA)**

**Objector**

**Quicks Supermarket INC.**

**Objector**

**Gate Fuel Service, Inc.**

**Objector**

**Fastway Market**

**Objector**

**Miller Mall Car Wash**

**Objector**

**GlenRose, Inc., DBA Glenn's 1-stop**

**Objector**

**Square Books**

**Objector**

**Ponte Vedra Corporation**

**Objector**

**22 Shawno, LLC**

**Objector**

**Tennessee Fuel and Convenience Store Association**

**Objector**

**Interstate Petroleum, Inc.**

**Objector**

**2000 C-Store, Inc.**

**Objector**

**Bowlin Travel Centers, Inc.**

**Objector**

**Wagner Medford Shell, LLC**

**Objector**

**London Road Car Wash**

**Objector**

**Wagner Medford Shell**

**Objector**

**The Lodge at Ponte Vedra Beach, Ltd.**

**Objector**

**Wagner/Ghidorzi Oil Co. of Cottage Grove, LLC**

**Objector**

**Queen City Wholesale, Inc.**

**Objector**

**Wagner/Ghidorzi Oil Co. of Weston, LLC**

**Objector**

**Wagner Point Shell, LLC**

**Objector**

**Nino Corp.**

**Objector**

**Breakwater Books LLC**

**Objector**

**David J Daily**

**Objector**

**RC Stores, Inc.**

**Objector**

**Express Stop AZ, LLC**

**Objector**

**Paulin Inc.**

**Objector**

**Rockford Stop-N-Go, Inc.**

**Objector**

**Cargo Express Peterson LC**

**Objector**

**Stop-N-Go of Madison, Inc.**

**Objector**

**EAM Enterprises Inc**

**Objector**

**Mellen Shell, LLC**

**Objector**

**Van Doren Oil Company**

<u>**Objector**</u>

**Big Dipper Ice Cream Inc**

<u>**Objector**</u>

**Wanger Shell, 4611 LLC**

<u>**Objector**</u>

**FountainPark Gas-N-Go. Inc.**

<u>**Objector**</u>

**Wittenberg Shell, LLC**

<u>**Objector**</u>

**Radhe Corp**

<u>**Objector**</u>

**Radhe Corp**

<u>**Objector**</u>

**Dira Corp.**

<u>**Objector**</u>

**Wagner Shell Food Mart**

<u>**Objector**</u>

**Kishori Corp**

<u>**Objector**</u>

**G.W. Lippincott, Inc.**

<u>**Objector**</u>

**Clarksville Subway Inc.**

<u>**Objector**</u>

**Merrill Shell, LLC**

<u>**Objector**</u>

**Shoreview Bp**

<u>**Objector**</u>

**Keje Corp.**

<u>**Objector**</u>

**North Suburban BP**

<u>**Objector**</u>

**Harivansh Corp.**

<u>**Objector**</u>

**Shoreview Diagnostic Center**

<u>**Objector**</u>

**Sevakji LLC**

**Objector**

**Wash N Fill of New Brighton**

**Objector**

**5 Star Pizza LLC**

**Objector**

**Mike's Tire One Corporation**

**Objector**

**Pipeline Petroleum Inc**

**Objector**

**Main Stop BP**

**Objector**

**Domino's Pizza**

**Objector**

**Citgo Main Stop**

**Objector**

**Automotive Paradigm, INC.**

**Objector**

**Young Oil, Inc.**

**Objector**

**Whitley's Auto Specialist Inc**

**Objector**

**Gibson Subway Enterprises, Inc.**

**Objector**

**North Oaks Amoco, Inc.**

**Objector**

**Riverside Gas & Oil Co., Inc.**

**Objector**

**Citi Brands, LLC**

**Objector**

**Citizens Fuel Co.**

**Objector**

**Narrow and Wide, Inc.**

**Objector**

**Playmakers, Inc.**

**Objector**

**Subway #3931**

**Objector**

**Jade Inc.**

**Objector**

**GK United Enterprises Inc.**

**Objector**

**JUNIOR'S CS**

**Objector**

**Geo. H. Green Oil, Inc.**

**Objector**

**Assonet Star Mkt**

**Objector**

**Twin Boys LLC**

**Objector**

**Mason Corner Mini Storage**

**Objector**

**Green Toad Bookstore**

**Objector**

**E.J. Pope & Son, Inc/dba Handy Mart**

**Objector**

**SC of PA, Inc.**

**Objector**

**Old Fields Country Store**

**Objector**

**Jay Petroleum/Pak-A-Sak**

**Objector**

**Mystery Loves Company, Inc.**

**Objector**

**North Rim Country Store**

**Objector**

**Bitter Creek Books, Inc.**

**Objector**

**PAJCO, Inc. dba Rhodes 101 Convenience Stores**

**Objector**

**Eastgate Shell Inc.**

**Objector**

**SC of Upstate NY, Inc.**

**Objector**

**The Voracious Reader**

**Objector**

**Valley Springs Smoke & Sprit Inc**

**Objector**

**Bienville Books LLC**

**Objector**

**SC of Mid Hudson NY, Inc.**

**Objector**

**el Grillo**

**Objector**

**Harleysville Books LLC**

**Objector**

**JR's Shoppe II**

**Objector**

**K-Mac Project, Inc.**

**Objector**

**DPL-Surveillance-Equipment.com LLC**

**Objector**

**M.A. Roy & Associates**

**Objector**

**Jos. A. Majka & Sons, Inc.**

**Objector**

**HCL Subway Inc.**

**Objector**

**KML Subway Inc.**

**Objector**

**F&R Inc of Bemis**

**Objector**

**Coulee View Enterprises LLC**

**Objector**

**Serv-U-Best Geeting Co dba Subway**

**Objector**

**BraKia Inc**

**Objector**

**Convenience Retailing, LLC**

**Objector**

**Mountain Counties Supply Company**

**Objector**

**Kowalski's Woodbury Market**

**Objector**

**Shop Quik Stores LLC**

**Objector**

**We're Not Pizza Co. Dba Domino's Pizza**

**Objector**

**Kowalski's White Bear Market Inc.**

**Objector**

**Kowalski's Uptown Markets Inc.**

**Objector**

**The River Club, Inc.**

**Objector**

**L.E. Belcher Inc.**

**Objector**

**Magic Tree Bookstore**

**Objector**

**Country View Enterprises Inc.**

**Objector**

**C.H.R. Corporation D/B/A Rutter's Farm Stores**

**Objector**

**midtex**

**Objector**

**Supreme Foods**

**Objector**

**The Sequel**

**Objector**

**CCC Express, LLC**

**Objector**

**Titcomb's Bookshop**

**Objector**

**Carolina Cinemas LLC**

**Objector**

**Norwich Bookstore, Inc.**

**Objector**

**GA ASSN OF CONV STORES**

**Objector**

**Reading Frenzy BookShop**

**Objector**

**j.s.rusch,inc**

**Objector**

**A Novel Experience**

**Objector**

**Burger Buds Incorporated**

**Objector**

**Children's Book Cellar**

**Objector**

**The Bookstore**

**Objector**

**EPIC Battle Customs USA, LLC**

**Objector**

**Rooney Family LLC dba Nicola's Books**

**Objector**

**Daniel Voltz Inc. Dba Norski**

**Objector**

**Second Chapter Books, LLC**

**Objector**

**Kerasotes ShowPlace Theatres LLC**

**Objector**

**The Muse Book Shop**

**Objector**

**Southton Quick Stop**

**Objector**

**Paperbacks and Pieces**

**Objector**

**Pickwick Theatre Inc.**

**Objector**

**Diana's Bookstore**

**Objector**

**Artistic Ephemera**

**Objector**

**Books and Books Westhampton Beach**

**Objector**

**GLOTZBECKERS SERVICE**

**Objector**

**Kiwi & Co., Inc.**

**Objector**

**Fiction Addiction LLC**

**Objector**

**Al's Quick Stop**

**Objector**

**Susan Thurin**

**Objector**

**MILK JUG**                              represented by    **MILK JUG**
                                                           PRO SE

**Objector**

**Katy Budget Books, LLC**

**Objector**

**FARZEEN ENTERPRISES INC.**

**Objector**

**StL Books LLC ("StL Books")**

**Objector**

**MANGUM ENTERPRISES INC**

**Objector**

**Crystal Books and Gifts**

**Objector**

**Shell Food Mart**

**Objector**

**Buxton Village Books, Inc.**

**Objector**

**Gordie's BP**

**Objector**

**Baxter Oil Company, Inc.**

**Objector**

**Baxter Oil Company, Inc.**

**Objector**

**Perry's Village Market, INC**

**Objector**

**Online Business System**

**Objector**

**Pour Richards Tavern**

**Objector**

**Shell Merchant & Valero merchant**

**Objector**

**Market Street Fast Serv Inc**      represented by    **Market Street Fast Serv Inc**
PRO SE

**Objector**

**Giovanni's Room**

**Objector**

**Mitten Inc., dba Mitten Truck Stop**

**Objector**

**T & R Enterprise, Inc.**

**Objector**

**Shariq Investments Inc**

**Objector**

**MPRM Investment, Inc.**

**Objector**

**Willis Oil Company**

**Objector**

**Violet Crown Cinema**

**Objector**

**Pacer Fuels LLC**

**Objector**

**HOme Oil Co, Inc**

**Objector**

**lonestar grocer supply**

**Objector**

**The Toadstool Bookshops inc.**

**Objector**

**Kohn's Corner Mart Inc.**

**Objector**

**IFRAN Investments Inc.**

**Objector**

**Tradelines International**

Case 12-4671, Document 1255, 12/09/2014, 1389312, Page 43 of 277

**Objector**

**I Star Enterprises Inc.**

**Objector**

**the river's end bookstore**

**Objector**

**STEVEN FICACCI T/A FLORHAM PARK EXXON**

**Objector**

**New Copperfield's Book Service, Inc.**

**Objector**

**Homer Bookstore Inc.**

**Objector**

**Shoukri Bros. Inc.**

**Objector**

**Al's Newsstand**

**Objector**

**Orca Books**

**Objector**

**Burnsville Auto Repair**

**Objector**

**Pacific Island Books**

**Objector**

**Cornelius Fast Serv Inc.**

**Objector**

**Lyon Books & Learning Center**

**Objector**

**Gateway Fast Serv Inc**

**Objector**

**Hooked on Books**

**Objector**

**Highland Food Mkt Inc**

**Objector**

**Bestsellers Cafe, Inc.**

**Objector**

**Woodburn Fast Serv Inc**

**Objector**

**LMD Ventures Inc.**

**Objector**

**New Reliable Corporation**

**Objector**

**Jet Food Stores of Georgia, Inc**

**Objector**

**Elliott Bay Book Company**

**Objector**

**Green Apple Books**

**Objector**

**Kari, Inc. DBA Duck In Market**

**Objector**

**The King's English Bookshop**

**Objector**

**Cattani, Inc.**

**Objector**

**Grand Central Foods, Inc.**

**Objector**

**Scrivener Oil Company dba Signal Food Stores**

**Objector**

**Walton Food Enterprises, LLC**

**Objector**

**Gray Oil Co., Inc.**

**Objector**

**Cascade**

**Objector**

**Jerome Food Enterprises, LLC**

**Objector**

**Mermini Corp dba Moose Crossing**

**Objector**

**Subway**

**Objector**

**Creekside Gas and Food Mart**

**Objector**

**Bartow Foods, LLC**

**Objector**

**Kowalski Companies Inc.**

**Objector**

**Crawford Pharmacy**

**Objector**

**Kasier Grand Mart**

**Objector**

**Fordham Foods, LLC**

**Objector**

**Wisconsin Petroleum Marketers &
Convenience Store Association**

**Objector**

**Colonial Fuel Oil Corporation**

**Objector**

**L&B Food Enterprises, LLC**

**Objector**

**Hank's Chicken, Fish & More**

**Objector**

**Amb Enterprises Subway of Mayville**

**Objector**

**Epping Forest Yacht Club, Inc.**

**Objector**

**Staples and Associates Inc dba Diminos Pizza**

**Objector**

**Lambert & Lambert Enterprises, Inc. D/B/A
Metro Petro**

**Objector**

**Quad Investments of Maple Grove Inc.**

**Objector**

**Quad Investments of Maple Grove Inc.**

**Objector**

**Krupa Inc**

**Objector**

**Holiday station store 3593**

**Objector**

**Yoginkurpa Inc**

**Objector**

**J & R Quick Stop**

**Objector**

**Shrijina Inc**

**Objector**

**Carpat, Inc. DBA Burnt Mills Sunoco**

**Objector**

**Subway**

**Objector**

**TDI SUCCESS INC dba Domino's Pizza**

**Objector**

**M&E Sickmiller, Inc. dba SUBWAY**

**Objector**

**Runner Runner Enterprises DBA Metro Run & Walk**

**Objector**

**Quiznos Sub**

**Objector**

**Page After Page Bookstore**

**Objector**

**Vanella Oil Inc.**

**Objector**

**P & R Sickmiller, Inc, dba SUBWAY**

**Objector**

**Sioux Oil Company**

**Objector**

**Odenville Discount Store**

**Objector**

**Pipeline Petroleum Inc**

**Objector**

**Convenience Plus LLC**

**Objector**

**SSS Enterprises Inc Whitney Corner**

**Objector**

**Kids and Sports of Arizona, Inc.**

**Objector**

**Certified Tax Professionals Inc.**

**Objector**

**Black's Mercantile**

**Objector**

**Cummings Oil Inc.**

<u>Objector</u>

**C & M of Jackson LLC**

<u>Objector</u>

**7-Eleven**

<u>Objector</u>

**Off'n Running Inc**

<u>Objector</u>

**Roth IGA Foodliner, Inc.**

<u>Objector</u>

**Losa Enterprises Inc - Subway #981**

<u>Objector</u>

**Zora Fast Food, Inc.**

<u>Objector</u>

**Crosstown Bp**

<u>Objector</u>

**CES Pizza Inc. dba Domino's Pizza**

<u>Objector</u>

**Newport Ventures, Inc/Newport Exxon**

<u>Objector</u>

**Penn Mobil**

<u>Objector</u>

**Crosby's Markets Inc.**

<u>Objector</u>

**L & L FOOD ENTERPRISES, LLC**

<u>Objector</u>

**Rajendra Kumar**

<u>Objector</u>

**Paniha, Inc.**

<u>Objector</u>

**Lansman Enterprises, L.L.C.**

<u>Objector</u>

**D & G Duncan Ent. Inc**

<u>Objector</u>

**SOUTHERN FOOD ENTERPRISES, LLC**

<u>Objector</u>

**Hamilton Family Markets, Inc. dba Crosby's Markets Inc.**

<u>Objector</u>

**Sonoran Subway Investments, LLC**

<u>Objector</u>

**MBR Management Corp dba Domino's Pizza**

<u>Objector</u>

**Jerry Kid Oil Co., Inc.**

<u>Objector</u>

**Big Guy Subway, LLC**

<u>Objector</u>

**David & sam Enterprises**

<u>Objector</u>

**USP Belmar Inc.**

<u>Objector</u>

**Bridgestone Americas, Inc.**

<u>Objector</u>

**Fowl Investments, Inc.**

<u>Objector</u>

**BriRoJo Inc.**

<u>Objector</u>

**North Georgia Foods, Inc. d/b/a Burger King #5791**

<u>Objector</u>

**Desert Subway, Inc.**

<u>Objector</u>

**RianArk Corp**

<u>Objector</u>

**The Corner Store**

<u>Objector</u>

**Gearjammer, Inc.**

<u>Objector</u>

**Pennsylvania Retailers' Association**

<u>Objector</u>

**Alin Party Supply Co., Inc.**

<u>Objector</u>

**Jack in the Box, Inc.**

**Objector**

Basic Needs Food Mart

**Objector**

Pine Tree Shop and Bayview Gallery

**Objector**

Ford's Foodliner, Inc. dba Paxton IGA

**Objector**

Pic A Pac

**Objector**

Walt Churchill's Market

**Objector**

C & S Inc

**Objector**

Lake Rabun Properties d/b/a Valley Springs

**Objector**

Liberty Shell, Inc.

**Objector**

H.N. Williams Store

**Objector**

North Georgia Foods, Inc. d/b/a Burger King #7494

**Objector**

Ingram Micro Inc.

**Objector**

Brigemi Corp

**Objector**

Southland Foods, Inc. d/b/a Burger King #9255

**Objector**

Victory Energy, LLC

**Objector**

Burger King Restaurants

**Objector**

Dutch Pharmacies, Inc.

**Objector**

North Georgia Foods, Inc. d/b/a Burger King #12196

**Objector**

**Portville Food Service LLC**

**Objector**

**Parkers Chevron**

**Objector**

**Stinkers Stores, Inc.**

**Objector**

**Nancy Fitzpatrick**

**Objector**

**Subway21154**

**Objector**

**Overlook Foods, Inc. d/b/a Arby's #7290**

**Objector**

**Nancy J Fitzpatrick**

**Objector**

**Liberty Truckstop Inc.**

**Objector**

**Subway6295**

**Objector**

**Northern Lights Marketing**

**Objector**

**Tahoe Valley Pharmacy**

**Objector**

**My Toy Garden**

**Objector**

**AVP Metro Petroleum, LLC**

**Objector**

**MHR Enterprises Store List**

**Objector**

**Foodmart II Inc.**

**Objector**

**AKA Group LLC**

**Objector**

**Downtown Eagles Inc.**

**Objector**

**White Castle Restaurants**

**Objector**

**Hometown Foods**

**Objector**

**H & K Stevens, Inc.**

**Objector**

**PTC Subs Inc**

**Objector**

**Lube N' Oil, Inc.**

**Objector**

**Panera Bread**

**Objector**

**Peter Clarke**

**Objector**

**NY Applebee's**

**Objector**

**Bobby Steves Auto World Eden Prairie**

**Objector**

**Rush Stop**

**Objector**

**BDS Systems LLC**

**Objector**

**Christopher & Banks, C.J. Banks and Acorn**

**Objector**

**Jeffs Bobby & Steves Auto World LLP**

**Objector**

**Andrea's Beau, LLC**

**Objector**

**Newell Oil Co. Inc.**

**Objector**

**TJs Bobby & Steve's Auto World LLP**

**Objector**

**Page & Palette**

**Objector**

**C&S Mini-Market**

**Objector**

**Nancy Lee Meredith**

**Objector**

**Bobby & Steve's Auto World Nicollet, LLP**

**Objector**

**Muller Family Theatres of Lakeville**

**Objector**

**Capitol Book & News Company**

**Objector**

**NJ Applebee's**

**Objector**

**Muller Family Theatres of Delano**

**Objector**

**Muller Family Theatres of East Bethel**

**Objector**

**New Seven Heaven**

**Objector**

**Dutch Lubricants, LLC**

**Objector**

**Raymond Bittner Polish Art Center**

**Objector**

**Downtown Hartford Citgo**

**Objector**

**Subway of Mat-Su**

**Objector**

**Charlie's Chocolate & Cravings Inc**

**Objector**

**WLRBOOKS, Inc dba Misty Valley Books**

**Objector**

**United Airlines, Inc.**

**Objector**

**Muller Family Theatres of Monticello**

**Objector**

**Seminary Co-operative Bookstore, Inc.**

**Objector**

**Boulder Book Store**

**Objector**

**Carol Goldstein dba Mackerel Sky**

Case 12-4671, Document 1255, 12/09/2014, 1389312, Page 53 of 277

**Objector**

subway

**Objector**

Muller Family Theatres of Rogers

**Objector**

Muller Family Theatres of Waconia

**Objector**

Kaposia Convenience Center

**Objector**

h.h. gregg Appliances & Electronics

**Objector**

Doc's Food Store Inc

**Objector**

Builders Booksource

**Objector**

Thomco Enterprises, Inc dba Subway

**Objector**

Covelli Enterprises d.b.a. Panera Bread and O'Charley's Restaurants

**Objector**

Muller Family Theatres of White Bear Township

**Objector**

Muller Family Theatres of Willow Creek

**Objector**

Mahalaxmi Petroleum Inc

**Objector**

Tiger Point Subway Inc

**Objector**

Cox Enterprises, Inc.

**Objector**

Bauer Service Inc.

**Objector**

NOK Foods LLC

**Objector**

Destinations Booksellers

**Objector**

**Dinasubs Inc.**

Objector

**Wagner Shell Antigo**

Objector

**Europe Holdings, Inc. and its affiliates Hertz UK Limited**

Objector

**Odyssey Foods of 10826, LLC**

Objector

**Other Tiger Associates LLC**

Objector

**Odyssey Foods of 101, LLC**

Objector

**Whale of a Tale Children's Bookshoppe**

Objector

**Odyssey Foods of 684, LLC**

Objector

**PR Restaurants LLC d/b/a Panera Bread**

Objector

**Europe Holdings, Inc. and its affiliates Hertz UK Limited**

Objector

**Bindings Bookstore**

Objector

**Schofield Avenue Shell, LLC**

Objector

**QualityCoach.Net**

Objector

**Aardvark Sports Shop, Inc**

Objector

**Manheim, Inc.**

Objector

**Dobco Booksellers Inc.**

Objector

**Martin Eagle Oil Company, Inc.**

Objector

**A Snail's Pace, Inc.**

**Objector**

**Cox Media Group, Inc.**

**Objector**

**Needler Enterprises, Inc. Fresh Encounter, Inc.**

**Objector**

**Powell Foods of Irvington, LLC**

**Objector**

**Burry Bookstore**

**Objector**

**Fordham Chicken and Biscuits, LLC**

**Objector**

**Lions Quick Marts**

**Objector**

**Odyssey Foods of 3801, LLC**

**Objector**

**Bryson Enterprises**

**Objector**

**Sonic America's Drive In**

**Objector**

**Odyssey Foods of 2106, LLC**

**Objector**

**LuLou's Restaurant**

**Objector**

**Food Marketing Institute (FMI)**

**Objector**

**Changing Hands Bookstore, INC**

**Objector**

**Belleville Shell**

**Objector**

**Tri Star Energy, LLC**

**Objector**

**Sonic Restaurants, Inc.**

**Objector**

**Denevi Inc**

**Objector**

**NBIFOOD Food Services, Inc.**

# A279

**Objector**

**Treads Footwear**

**Objector**

**WORD**

**Objector**

**Pacific Pie, Inc DBA Domino's Pizza**

**Objector**

**Browseabout Shops, INC**

**Objector**

**MIDWEST ENERGY, INC.**

**Objector**

**Politics & Prose Bookstore**

**Objector**

**Gilt Groupe Inc.**

**Objector**

**Rum River Enterprises, LLC**

**Objector**

**All Objectors**

**Objector**

**QSF Incorporated dba Wendy's**

**Objector**

**Palmyra Citgo**

**Objector**

**Texaco**

**Objector**

**Nice N Easy Grocery Shoppe, Inc.**

**Objector**

**Cross Petroleum**

**Objector**

**Blackwood & Brower Booksellers Ltd.**

**Objector**

**A.G. Supermarkets, Inc.**

**Objector**

**Urban Outfitters, Inc. and Subsidiaries**

**Objector**

**S&S Pizza Corp. dba Domino's Pizza**

**Objector**

**A & M Discount Beverage #2**

**Objector**

**KWGV, LLC**

**Objector**

**Tesoro Refining & Marketing Company LLC**

**Objector**

**Sunoco APlus Mini Market #5033 (Perwil Inc)**

**Objector**

**Tilly & Salvy's Bacon Street Farm**

**Objector**

**New Hampshire Antique Corp., Inc.**

**Objector**

**Nimrah Corp.**

**Objector**

**Stop-N-Go Foodmart**

**Objector**

**Jiffy Mart Stores**

**Objector**

**Visa, Mastercard**

**Objector**

**Franchise Owner**

**Objector**

**Nicson Inc and Abrams BP, Inc**

**Objector**

**Bam Investments of Marinette - Stateline Mini Mart**

**Objector**

**Bam Investments of Marinette - Waterfront Store**

**Objector**

**Mike Biehl D.B.A. Golden Sands Mini Mart**

**Objector**

**Pete's of Erie, Inc. d/b/a Pump N Pete's**

**Objector**

**deer paark service station**

**Objector**

**s.s. metro exxon**

**Objector**

**Phillips Energy, Inc.**

**Objector**

**Rainier Liquors(DK 11 inc.)**

**Objector**

**Urbana Fuel and Treats, LLC**

**Objector**

**Imperial Marathon of Findlay Ohio Inc**

**Objector**

**Just Us Enterprises dba Best Pharmacy**

**Objector**

**Danforth Services dba WYogurt**

**Objector**

**Edge Efficiency Corporation**

**Objector**

**Cairns Brothers Realty Partnership**

**Objector**

**Smith and Friends**

**Objector**

**L&M Auto Service Inc**

**Objector**

**Framco Services, Inc.**

**Objector**

**OSK Investments Corp**

**Objector**

**Import Auto Service, Inc.**

**Objector**

**Heritage Market**

**Objector**

**Gautams LLC**

**Objector**

**Crafty Bees**

**Objector**

**Moose Lake Cooperative Association**

**Objector**

**Buckingham Automotive**

**Objector**

**Bagwell Oil Company, Inc.**

**Objector**

**Green Petroleum, LLC**

**Objector**

**Chelan Shell Foodmart**

**Objector**

**Martin's Trailside Express, Inc.**

**Objector**

**Martin J. Gallagher, Inc.**

**Objector**

**Middle Ridge, Inc.**

**Objector**

**Chatham Auto Repair**

**Objector**

**Minnesota Grocers Association**

**Objector**

**7-Eleven #33912**

**Objector**

**TV 7 INC**

**Objector**

**UNI-MART Forestville**

**Objector**

**Sat A Gee, Inc.**

**Objector**

**Horner's Spirit, Horner's Fuel**

**Objector**

**All Background Checks**

**Objector**

**Campus Service Center Inc**

**Objector**

**Vermont Grocers' Association**

**Objector**

**Royal River Natural Foods**

Case 12-4671, Document 1255, 12/09/2014, 1389312, Page 60 of 277

**Objector**

**LJ Norby Company dba Norby's
Department Store**

**Objector**

**JJZ Enterprises, Inc.**

**Objector**

**California Fuel Stops**

**Objector**

**Adirondack Spirits Inc.**

**Objector**

**Sensible Foods, LLC**

**Objector**

**Georgetown-Wisconsin, Inc.**

**Objector**

**12th & Pennsylvania, Inc.**

**Objector**

**Miller Oil Co Inc**

**Objector**

**HAH Group, Inc.**

**Objector**

**Georgetown-Q, LLC**

**Objector**

**Watertown Confectionary**

**Objector**

**A&ZYY, LLC**

**Objector**

**King Enterprises of VA, Inc**

**Objector**

**Jackson Enterprises, Inc**

**Objector**

**AHZ of Chantilly, Inc.**

**Objector**

**A&H of Falls Chruch Inc**

**Objector**

**Modern Screenprint, Inc**

**Objector**

**CNC of Virginia Inc**

**Objector**

**RDS Management LLC**

**Objector**

**Virginia Forest, LLC**

**Objector**

**Annandale Liberty, LLC**

**Objector**

**Phinney's Automotive Center**

**Objector**

**Thompson's Redemption & Convenience, Inc.**

**Objector**

**Annis Petroleum Products Inc**

**Objector**

**Becklund's Auto Repair & Towing**

**Objector**

**Sam Annis & Company**

**Objector**

**Mountain View Pharmacy, Inc.**

**Objector**

**Elm Mott Grocery**

**Objector**

**Duran Central Pharmacy**

**Objector**

**McIntosh Energy Co., Inc.**

**Objector**

**Cummings Oil Inc.**

**Objector**

**Bostick Prescription Pharmacy, Inc.**

**Objector**

**Famcare Prescription and Health Center**

**Objector**

**Cobb's Westside Pharmacy**

**Objector**

**blueplate LLC**

**Objector**

**Sinclair's Cafe, Ltd.**

**Objector**

**Real-Tuff Inc**

**Objector**

**Durand Mart**

**Objector**

**Richie's Gas N Go, Inc.**

**Objector**

**Haven's Candies**

**Objector**

**Lundgren Inc. dba Central Drugs**

**Objector**

**3 Stef Corp./Stef Corp./14020 Darnestown LLC**

**Objector**

**Anne M Barr Enterprises, LLC**

**Objector**

**Duncan Services, Inc.**

**Objector**

**Bolton's Pharmacy II, Inc**

**Objector**

**Smokey Mountain Pharmacy**

**Objector**

**CWP INC.**

**Objector**

**Conwell's Pharmacy**

**Objector**

**Bos-Quas Automotive Inc.**

**Objector**

**Moordough, Inc DBA: Angelina's Pizza**

**Objector**

**Warm Springs Auto Services Inc**

**Objector**

**Advanced Auto Tech**

**Objector**

**AAMIR ENTERPRISES INC**

**Objector**

**Parkway Express**

Case 12-4671, Document 1255, 12/09/2014, 1389312, Page 63 of 277

**Objector**

**Smokin' Wally's BBQ**

**Objector**

**Wyndmoor Auto Services Inc**

**Objector**

**AFCO MANAGEMENT INC**

**Objector**

**IMPACT ENTERPRISES INC**

**Objector**

**Keewatin Sinclair**

**Objector**

**Home Depot U.S.A., Inc.**

**Objector**

**Buc-ee's Ltd**

**Objector**

**R&M Objectors**                   represented by **Jerrold S. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**Falls Auto Gallery dba Falls Car Collection**   represented by **Sam P. Cannata**
Cannata Phillips LPA
30799 Pinetree Rd
#254
Cleveland, OH 44124
216-214-0796
Fax: 440-893-9953
Email: spc@cplpa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Daniel Hall**

**Objector**

**Vicente Consulting LLC**

**Objector**

**Sunoco, Inc. (R&M)**             represented by **Arthur Christopher Young**
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth And Arch Streest
Philadelphia, PA 19103
215-981-4190
Fax: 215-893-8301
Email: youngac@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah S. Rabinovici**
Pepper Hamilton LLP
620 Eighth Avenue
New York, NY 10018
212-808-2739
Fax: 866-422-2995
Email: rabinovicis@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Objector**

**C.S. Ross Company**

**Objector**

**Closeout Distribution, Inc.**

**Objector**

**PNS Stores, Inc.**

**Objector**

**National Federation of Independent
Businesses**

**Objector**

**Daniel Hall**

**Objector**

**Temple Eagle Partners LLC**     represented by    **David Stein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Serve Virtual Enterprises, Inc**     represented by    **Donald L. Flexner**
Boies, Schiller & Flexner LLP
575 Lexington Avenue
7th floor
New York, NY 10022
212-446-2300
Fax: 212-446-2350
Email: dflexner@bsfllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Francis LaSalle**
Boies Schiller & Flexner LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
212-446-2300
Fax: 212-446-2350
Email: jlasalle@bsfllp.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Philip C. Korologos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Amex Assurance Company**     represented by   **Donald L. Flexner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Francis LaSalle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip C. Korologos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**Accertify, Inc**     represented by   **Donald L. Flexner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Francis LaSalle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip C. Korologos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**ANCA 7 LLC**     represented by   **Donald L. Flexner**
*doing business as*
Vente Privee, USA
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Brenner**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Francis LaSalle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip C. Korologos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**State of Arizona**                    represented by **Robert Lee Hubbard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Objector**

**State of California**                   represented by **Robert Lee Hubbard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2005 | 1 | Letter from the MDL Panel to the Clerk, EDNY, enclosing a copy of the MDL Panel's Transfer Order placing this MDL action in EDNY and assigning it to Judge Gleeson. (Vaughn, Terry) (Entered: 10/20/2005) |
| 10/20/2005 | 2 | Transfer Order rec'd. from the MDL Panel transferring the civil actions listed in Schedule A to EDNY for consolidated pretrial proceedings. (Vaughn, Terry) (Entered: 10/20/2005) |
| 10/20/2005 | 3 | MDL Panel - Attorney Service List. (Vaughn, Terry) (Entered: 10/20/2005) |
| 10/21/2005 | | Case assigned to Judge Cheryl L. Pollak. (Brown, Marc) (Entered: 10/21/2005) |
| 10/31/2005 | 4 | NOTICE of Appearance by Jonathan Mitchell Jacobson on behalf of American Express Travel Related Services Company, Inc. (Jacobson, Jonathan) (Entered: 10/31/2005) |
| 10/31/2005 | 5 | NOTICE of Appearance by Sammi Malek on behalf of American Express Travel Related Services Company, Inc. (Malek, Sammi) (Entered: 10/31/2005) |
| 10/31/2005 | 6 | STIPULATION *to Extend Time of Defendants to Respond to Complaint and Stay All Pretrial Deadlines* by Mastercard International Incorporated. (Powell, Wesley) (Entered: 10/31/2005) |
| 11/02/2005 | | ORDER re 6 Stipulation, the stipulation is "so ordered." Defendants will move, answer or otherwise respond on or before December 19, 2005. All other pre-trial deadlines are continued until a coordinated schedule for pre-trial proceedings has been set. Ordered by Judge John Gleeson on November 2, 2005. (Gleeson, John) (Entered: 11/02/2005) |
| 11/02/2005 | 7 | STIPULATION *to Extend Time of Defendants to Respond to Complaint and Stay All Pretrial Deadlines* by Mastercard International Incorporated. (Powell, Wesley) (Entered: 11/02/2005) |
| 11/03/2005 | 8 | STIPULATION *to Extend Time of Defendants to Move, Answer or Otherwise Respond to Plaintiffs' Complaint and Continue All Other Pretrial Deadlines* by Bank One Corporation, Bank One Delaware, N.A., Chase Manhattan Bank USA, N.A., JPMorgan Chase & Co.. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv- |

Case 12-4671, Document 1255, 12/09/2014, 1389312, Page 67 of 277

| | | |
|---|---|---|
| | | 04677-JG-RLM(Greene, Peter) (Entered: 11/03/2005) |
| 11/04/2005 | 9 | NOTICE of Appearance by Wesley Railey Powell on behalf of Mastercard International Incorporated Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Powell, Wesley) (Entered: 11/04/2005) |
| 11/04/2005 | 10 | Corporate Disclosure Statement by Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Powell, Wesley) (Entered: 11/04/2005) |
| 11/04/2005 | 11 | STIPULATION *to Extend Time of Defendants to Respond to Raley's Complaint and Stay All Pretrial Deadlines* by Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Powell, Wesley) (Entered: 11/04/2005) |
| 11/04/2005 | 12 | STIPULATION *to Extend Time of Defendants to Respond to SuperValu Complaint and Stay All Pretrial Deadlines* by Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Powell, Wesley) (Entered: 11/04/2005) |
| 11/04/2005 | 13 | NOTICE of Appearance by Anthony D. Boccanfuso on behalf of Visa U.S.A. Inc. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Boccanfuso, Anthony) (Entered: 11/04/2005) |
| 11/07/2005 | 14 | Letter from Jonathan Jacobson to The Honorable John Gleeson Regarding In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Case No.: 1:05-md-01720-JG-CLP. (Attachments: # 1 Exhibit # 2 Exhibit)Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04677-JG-RLM(Malek, Sammi) (Entered: 11/07/2005) |
| 11/07/2005 | 15 | CERTIFICATE OF SERVICE by American Express Travel Related Services Company Inc. re 14 Letter, Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Malek, Sammi) (Entered: 11/07/2005) |
| 11/08/2005 | 16 | NOTICE of Appearance by Robert C. Mason on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Mason, Robert) (Entered: 11/08/2005) |
| 11/09/2005 | 17 | Corporate Disclosure Statement by American Express Travel Related Services Company, Inc.. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Malek, Sammi) (Entered: 11/09/2005) |
| 11/09/2005 | 18 | NOTICE of Appearance by Sammi Malek on behalf of American Express Travel Related Services Company, Inc. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Malek, Sammi) (Entered: 11/09/2005) |
| 11/09/2005 | 19 | NOTICE of Appearance by Jonathan Mitchell Jacobson on behalf of American Express Travel Related Services Company, Inc. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Jacobson, Jonathan) (Entered: 11/09/2005) |
| 11/09/2005 | | ORDER the stipulation extending defendants' time is "so ordered." All defendants will move, answer or otherwise respond on or before December 19, 2005. All other pre-trial deadlines are continued as to all defendants until a coordinated schedule for pre-trial proceedings has been set. Ordered by Judge John Gleeson on November 9, 2005. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Gleeson, John) (Entered: 11/09/2005) |
| 11/09/2005 | 20 | CERTIFICATE OF SERVICE by American Express Travel Related Services Company, Inc. re 19 Notice of Appearance,, 17 Corporate Disclosure Statement,, 18 Notice of Appearance, Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG- |

| | | |
|---|---|---|
| | | RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Malek, Sammi) (Entered: 11/09/2005) |
| 11/09/2005 | 21 | Corporate Disclosure Statement by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Mason, Robert) (Entered: 11/09/2005) |
| 11/10/2005 | 22 | Letter from Mark Reinhardt to Hon. John Gleeson Regarding Request for pre-motion conference Re: Arbitration. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM, 1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Shube, Noah) (Entered: 11/10/2005) |
| 11/10/2005 | 23 | Letter from Jonathan M. Jacobson to The Honorable John Gleeson Regarding In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-RLM,1:05-cv-04521-JG-RLM,1:05-cv-04650-JG-RLM,1:05-cv-04677-JG-RLM,1:05-cv-04799-JG-RLM,1:05-cv-05073-JG-CLP(Malek, Sammi) (Entered: 11/10/2005) |
| 11/15/2005 | 24 | CERTIFICATE OF SERVICE by American Express Travel Related Services Company, Inc. re 23 Letter, Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-CLP,1:05-cv-04521-JG-CLP,1:05-cv-04650-JG-CLP, 1:05-cv-04677-JG-CLP,1:05-cv-04799-JG-CLP,1:05-cv-05073-JG-CLP,1:05-cv-05207-JG-CLP, 1:05-cv-05319-JG-CLP(Malek, Sammi) (Entered: 11/15/2005) |
| 11/15/2005 | 25 | CERTIFICATE OF SERVICE by American Express Travel Related Services Company, Inc. re 23 Letter, Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-CLP,1:05-cv-04521-JG-CLP,1:05-cv-04650-JG-CLP, 1:05-cv-04677-JG-CLP,1:05-cv-04799-JG-CLP,1:05-cv-05073-JG-CLP,1:05-cv-05207-JG-CLP, 1:05-cv-05319-JG-CLP(Malek, Sammi) (Entered: 11/15/2005) |
| 11/15/2005 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 11/15/2005) |
| 11/17/2005 | 26 | Letter dated 10/6/05 from MDL Pannel's to to Judge Korman Regarding transfer of cases. (Drayton, Lorraine) (Entered: 11/17/2005) |
| 11/22/2005 | 27 | Letter from K. Craig Wildfang, Esq. to The Honorable John Gleeson Regarding Notice of Motion and Motion, a Memorandum in Support of that Motion, and proposed Pretrial Orders Nos. 1 and 2. (Attachments: # 1 Notice of Motion and Motion# 2 Memorandum of Law in Support of the Motion of Certain Class Plaintiffs and Certain Non-Class Plaintiffs to Consolidate, Coordinate, Appoint Lead and Liaison Counsel and Other Relief# 3 Appendix A# 4 Text of Proposed Order [Proposed] Pretrial Order No. 1# 5 Text of Proposed Order [Proposed] Pretrial Order No. 2)Associated Cases: 1:05-md-01720-JG-CLP,1:05-cv-04520-JG-CLP,1:05-cv-04521-JG-CLP,1:05-cv-04650-JG-CLP,1:05-cv-04677-JG-CLP,1:05-cv-04728-JG-CLP,1:05-cv-04799-JG-CLP,1:05-cv-05073-JG-CLP, 1:05-cv-05207-JG-CLP,1:05-cv-05319-JG-CLP(Wildfang, K.) (Entered: 11/22/2005) |
| 11/23/2005 | | Mag. Judge James Orenstein added. Judge Cheryl L. Pollak no longer assigned to case. (Vaughn, Terry) (Entered: 11/23/2005) |
| 11/23/2005 | 28 | NOTICE of referring actions to Magistrate Judge James Orenstein. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-CLP,1:05-cv-04521-JG-CLP,1:05-cv-04650-JG-CLP, 1:05-cv-04677-JG-CLP,1:05-cv-04728-JG-CLP,1:05-cv-04799-JG-CLP,1:05-cv-05073-JG-CLP, 1:05-cv-05207-JG-CLP,1:05-cv-05319-JG-CLP(Vaughn, Terry) (Entered: 11/23/2005) |
| 11/25/2005 | 57 | Letter dtd. 11/18/05 from Denise Morgan of the MDL Panel to EDNY, enclosing their certified transfer order (CTO-1), so that EDNY can now request the following listed cases from (1-CaL-Central, 1-KY-Westrn., 1-NJ, 5-NY-Sthrn., 1-OH-Nthrn., 3-Penn.-Eastern and 1-from WI-Eastern) for their consolidation into MDL-1720 in the Eastern Dist. of N.Y. (Forwarded for assignment of new EDNY civil case numbers.(Attachments: # 1 Cond. Trasfer Order re CTO-1)). Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG- |

# A292

| | | |
|---|---|---|
| | | JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05080-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Layne, Monique) (Entered: 12/14/2005) |
| 11/28/2005 | | ORDER re 14 Letter, American Express has requested a pre-motion conference regarding the filing of motions to dismiss or stay the three cases pending against it in this litigation. This request is respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on November 28, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gleeson, John) (Entered: 11/28/2005) |
| 12/01/2005 | | Email Notification Test - DO NOT REPLY (Glenn, Marilyn) (Entered: 12/01/2005) |
| 12/05/2005 | 29 | Corporate Disclosure Statement by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Nagin, Benjamin) (Entered: 12/05/2005) |
| 12/05/2005 | 30 | NOTICE of Appearance by Benjamin R. Nagin on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Nagin, Benjamin) (Entered: 12/05/2005) |
| 12/05/2005 | 31 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation *Defendants' Response to Motion of Certain Class Plaintiffs and Certain Non-Class Plaintiffs to Consolidate, Coordinate, Appoint Lead and Liaison Counsel and Other Relief* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Mason, Robert) (Entered: 12/05/2005) |
| 12/06/2005 | 32 | Letter from Charles S. Hellman, Drubner Hartley & O'Connor to The Honorable John Gleeson Regarding Response to 11/22/2005 Letter From Craig Wildfang, Robins, Kaplan, Miller & Ciresi. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Hellman, Charles) (Entered: 12/06/2005) |
| 12/06/2005 | 33 | Letter from Kenneth A. Gallo to The Honorable John Gleeson Regarding MasterCard's Anticipated Motion to Disqualify the Law Firm of Robins, Kaplan, Miller & Ciresi LLP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Carney, Gary) (Entered: 12/06/2005) |
| 12/06/2005 | 34 | Notice of MOTION to Appoint Counsel *Notice of Motion by Non-Class Plaintiffs to Appoint Liaison Counsel* by all plaintiffs. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Campbell, Thomas) (Entered: 12/06/2005) |
| 12/06/2005 | 35 | MOTION to Appoint Counsel *Non-Class Plaintiffs' Motion to Appoint the Law Firm of Kenny Nachwalter, P.A., as Liaison Counsel for Non-Class Plaintiffs in MDL 1720* by all plaintiffs. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Campbell, Thomas) (Entered: 12/06/2005) |
| 12/07/2005 | 36 | Letter from K. Craig Wildfang to The Honorable John Gleeson Regarding responsive to K. |

| | | |
|---|---|---|
| | | Gallo's letter to the Court of December 6 with regard to disqualification issues. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Wildfang, K.) (Entered: 12/07/2005) |
| 12/07/2005 | 144 | Letter dtd. 8/19/05 from K. Craig Wildfang of law office Robins, Kaplan, Miller & Ciresi, LLP to Clerk of MDL Panel, enclosing the following documents for filing with the Panel, GMRI's, Inc.'s Response Brief in Opposition to Defts' and Kroger Pltffs'Motions for Transfer Under 28 USC sec. 1407; Exhibits to Response Brief in Opposition to Defts' and Kroger Pltffs' Motion for Transfer Under 28 U.S.C. sec. 1407; Reasons Why Oral Argument Should Be Heard; and Certificate of Service of the same. (Documents listed filed in Hard Copy in Court file). Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Layne, Monique) (Entered: 01/12/2006) |
| 12/08/2005 | | NOTICE to all counsel of record: To add your name to a docket sheet as representing a specific party, a Notice of Appearance must be filed separately in each and every case that that party is in, including the lead case 05md1720. If your name is already on a docket sheet, then there is no need to file a Notice of Appearance in that case. (Please note that the lead case 05md1720 does not list parties individually, but rather All Plaintiffs In 05cv4520, or All Defendants In 05cv4520, for example.)(For any questions, please call Ms. Piper at 718-260-2610.) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO (Vaughn, Terry) (Entered: 12/08/2005) |
| 12/08/2005 | 37 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation *of Association of Counsel in Connecticut Food Association, Inc. et al. v. Visa U.S.A., Inc., et al.* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Hellman, Charles) (Entered: 12/08/2005) |
| 12/08/2005 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 12/08/2005) |
| 12/08/2005 | 38 | NOTICE of Appearance by David P. Friedman on behalf of Texas Independent Bancshares, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO (Friedman, David) (Entered: 12/08/2005) |
| 12/08/2005 | 39 | Corporate Disclosure Statement by Texas Independent Bancshares, Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Friedman, David) (Entered: 12/08/2005) |
| 12/08/2005 | 40 | Letter from Richard A. Bieder to The Honorable John Gleeson Regarding response to C. Hellman's letter with regard to conversations about leadership in this matter. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Wildfang, K.) (Entered: 12/08/2005) |
| 12/08/2005 | 41 | Letter from Kenneth A. Gallo to The Honorable John Gleeson Regarding Letter dated December 7, 2005 from Craig Wildfang of Robins, Kaplan, Miller & Ciresi L.L.P.. |

| | | |
|---|---|---|
| | | Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05073-JG-JO, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO(Carney, Gary) (Entered: 12/08/2005) |
| 12/12/2005 | 42 | MOTION for Protective Order *(LIMITED)* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-CLP,1:05-cv-05070-JG-CLP, 1:05-cv-05073-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Carney, Gary) (Entered: 12/12/2005) |
| 12/12/2005 | 43 | MOTION to Appoint Counsel *Application of Foote, Meyers, Mielke & Flowers, LLC and Gray & White for Appointment to Plaintiffs Steering Committee* by all parties. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-CLP,1:05-cv-05070-JG-CLP, 1:05-cv-05074-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gray, Mark) (Entered: 12/12/2005) |
| 12/13/2005 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 12/13/2005) |
| 12/13/2005 | 44 | NOTICE of Appearance by Patricia A. Sullivan on behalf of Providian Financial Corporation, Providian National Bank Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO (Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | | ORDER re 33 , 36 , 41 Letters, defendants MasterCard Incorporated and MasterCard International Incorporated anticipate filing a motion to disqualify the law firm of Robins, Kaplan, Miller & Ciresi LLP, counsel for certain plaintiffs, from this case. This issue is respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on December 13, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-CLP,1:05-cv-05070-JG-CLP, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO (Gleeson, John) (Entered: 12/13/2005) |
| 12/13/2005 | 45 | NOTICE of Appearance by Patricia A. Sullivan on behalf of Providian Financial Corporation, Providian National Bank Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04521-JG-JO (Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | 46 | NOTICE of Appearance by Patricia A. Sullivan on behalf of Providian Financial Corporation, Providian National Bank Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO (Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | 47 | NOTICE of Appearance by Patricia A. Sullivan on behalf of Providian Financial Corporation, Providian National Bank Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05319-JG-JO (Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | 48 | NOTICE of Change of Firm Name by Patricia A. Sullivan Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | 49 | NOTICE of Change of Firm Name by Patricia A. Sullivan Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04521-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | 50 | MOTION to Appoint Counsel *Plaintiffs' Dr. Roy Hyman and Sharp Pro-Formance LLC, by their attorneys Foote, Meyers, Mielke and Flowers, LLC and Gray & White, Motion in Support of the Application of Milberg Weiss Bershad & Schulman, LLP as Lead Counsel* by all parties. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-CLP,1:05-cv-05070-JG-CLP, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gray, Mark) (Entered: 12/13/2005) |

| 12/13/2005 | 51 | NOTICE of Change of Firm Name by Patricia A. Sullivan Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) |
|---|---|---|
| 12/13/2005 | 52 | NOTICE of Change of Firm Name by Patricia A. Sullivan Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05319-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | 53 | Corporate Disclosure Statement by Providian Financial Corporation, Providian National Bank. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | 54 | Corporate Disclosure Statement by Providian Financial Corporation, Providian National Bank. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04521-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | 55 | Corporate Disclosure Statement by Providian Financial Corporation, Providian National Bank. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | 56 | Corporate Disclosure Statement by Providian Financial Corporation, Providian National Bank. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05319-JG-JO(Sullivan, Patricia) (Entered: 12/13/2005) |
| 12/13/2005 | | ORDER the motion to appoint Foote, Meyers, Mielke & Flowers, LLC and Gray & White to the plaintiffs' steering committee, docket entry 43 , the motion for a limited protective order, docket entry 42 , and the motion to appoint the law firm of Kenny Nachwalter, P.A., as liason counsel for non-class plaintiffs, docket entry 35 , are respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on December 13, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-CLP,1:05-cv-05070-JG-CLP, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gleeson, John) (Entered: 12/13/2005) |
| 12/14/2005 | 58 | Letter from Gary R. Carney to The Honorable James Orenstein Regarding Disqualification and Protective Order Issues. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05080-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Carney, Gary) (Entered: 12/14/2005) |
| 12/14/2005 | 59 | Letter from Robert C Mason to Judge Gleeson Regarding extension of time to answer. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05080-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Mason, Robert) (Entered: 12/14/2005) |
| 12/14/2005 | 60 | ORDER -- An initial conference is scheduled for January 12, 2006 at 9:30 a.m. **SEE ATTACHED ORDER.** Signed by Judge James Orenstein on 12/14/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05080-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Adams-Ciardullo, Diana) (Entered: 12/14/2005) |
| 12/15/2005 | 61 | NOTICE of Appearance by Lawrence B. Friedman on behalf of Bank of America Corporation, Bank Of America, N.A., Fleet Bank (RI), N.A. n/k/a Bank of America, N.A. (USA), Fleet National Bank n/k/a Bank of America, N.A., National Processing, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG- |

| | | |
|---|---|---|
| | | CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Friedman, Lawrence) (Entered: 12/15/2005) |
| 12/15/2005 | 62 | Corporate Disclosure Statement by Bank of America Corporation, Bank Of America, N.A., Fleet Bank (RI), N.A. n/k/a Bank of America, N.A. (USA), Fleet National Bank n/k/a Bank of America, N.A., National Processing, Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Friedman, Lawrence) (Entered: 12/15/2005) |
| 12/15/2005 | 63 | NOTICE of Appearance by Mark P. Ladner on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Ladner, Mark) (Entered: 12/15/2005) |
| 12/16/2005 | | ORDER re 59 Letter, the request for an extension of time to respond is granted. All defendants will answer or otherwise respond to the complaint on or before January 31, 2006. Ordered by Judge John Gleeson on December 16, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Gleeson, John) (Entered: 12/16/2005) |
| 12/16/2005 | 64 | NOTICE of Appearance by Mark P. Ladner on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Ladner, Mark) (Entered: 12/16/2005) |
| 12/16/2005 | | ORDER re 58 -- SO ORDERED. The defendant's application for a limited protective order is granted as unopposed. Approved by Judge James Orenstein on 12/16/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Adams-Ciardullo, Diana) (Entered: 12/16/2005) |
| 12/16/2005 | 65 | NOTICE of Appearance by Lawrence B. Friedman on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO(Friedman, Lawrence) (Entered: |

| | | 12/16/2005) |
|---|---|---|
| 12/20/2005 | 66 | NOTICE by All Plaintiffs in Civil Action 05-cv-5069 *Notice of Appearance for Kenny Nachwalter, P.A. and Attorneys Richard Alan Arnold, William J. Blechman and Scott E. Perwin* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO (Campbell, Thomas) (Entered: 12/20/2005) |
| 12/20/2005 | 94 | Letter dtd. 12/16/05 from M. Carter of the Panel to EDNY, enclosing a certified copy of their Cond. Transf. Order (CTO-2), so that EDNY can now request the transfer of the action The Kroger Co., et al v. MasterCard Inc. et al from N.Y-Sthrn. for consol. into MDL-1720. ***Fwd. for assignment of new EDNY civil no. (Attachments: # 1 Cond. Transfer Order re CTO-2)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Layne, Monique) (Entered: 12/30/2005) |
| 12/21/2005 | 67 | NOTICE of Appearance by James T. Shearin on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Shearin, James) (Entered: 12/21/2005) |
| 12/21/2005 | 68 | NOTICE of Appearance by William J. Ban on behalf of all plaintiffs Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Ban, William) (Entered: 12/21/2005) |
| 12/21/2005 | 69 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Shearin, James) (Entered: 12/21/2005) |
| 12/21/2005 | 70 | NOTICE of Appearance by Steven F. Molo on behalf of Juniper Financial Corporation (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG- |

| | | |
|---|---|---|
| | | CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Molo, Steven) (Entered: 12/21/2005) |
| 12/22/2005 | 71 | NOTICE of Appearance by John M. Majoras on behalf of All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM (Majoras, John) (Entered: 12/22/2005) |
| 12/22/2005 | 72 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Majoras, John) Modified on 12/23/2005 (Piper, Francine). (Entered: 12/22/2005) |
| 12/22/2005 | 73 | Corporate Disclosure Statement by Juniper Financial Corporation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Molo, Steven) (Entered: 12/22/2005) |
| 12/22/2005 | 74 | NOTICE of Appearance by William Harry Rooney on behalf of USAA Federal Savings Bank Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Rooney, William) (Entered: 12/22/2005) |
| 12/22/2005 | 75 | NOTICE of Appearance by Joseph N. Froehlich on behalf of All Defendants in Civil Action 05-cv-4650, All Defendants in Civil Action 05-cv-4677, All Defendants in Civil Action 05-cv-4728, All Defendants in Civil Action 05-cv-4799, All Defendants in Civil Action 05-cv-5073, All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5083, All Defendants in Civil Action 05-cv-5082, All Defendants in Civil Action 05-cv-5080, All Defendants in Civil Action 05-cv-5076, All Defendants in Civil Action 05-cv-5072, All Defendants in Civil Action 05-cv-5081, All Defendants in Civil Action 05-cv-5077, All Defendants in Civil Action 05-cv-5075, All Defendants in Civil Action 05-cv-5866, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Froehlich, Joseph) (Entered: 12/22/2005) |
| 12/22/2005 | 76 | NOTICE of Appearance by Michael M. Buchman on behalf of Payment Card Interchange Fee |

| | | and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Buchman, Michael) (Entered: 12/22/2005) |
|---|---|---|
| 12/23/2005 | 77 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-4650, All Defendants in Civil Action 05-cv-4677, All Defendants in Civil Action 05-cv-4728, All Defendants in Civil Action 05-cv-4799, All Defendants in Civil Action 05-cv-5073, All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5083, All Defendants in Civil Action 05-cv-5082, All Defendants in Civil Action 05-cv-5080, All Defendants in Civil Action 05-cv-5076, All Defendants in Civil Action 05-cv-5072, All Defendants in Civil Action 05-cv-5081, All Defendants in Civil Action 05-cv-5077, All Defendants in Civil Action 05-cv-5075, All Defendants in Civil Action 05-cv-5866, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP, 1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-KAM(Froehlich, Joseph) (Entered: 12/23/2005) |
| 12/26/2005 | 78 | NOTICE of Appearance by Noah Shube on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Shube, Noah) (Entered: 12/26/2005) |
| 12/26/2005 | 79 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5207. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Wildfang, K.) (Entered: 12/26/2005) |
| 12/26/2005 | 80 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5207. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Wildfang, K.) (Entered: 12/26/2005) |
| 12/26/2005 | 81 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5207. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Wildfang, K.) (Entered: 12/26/2005) |
| 12/26/2005 | 82 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5207. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Wildfang, K.) (Entered: 12/26/2005) |
| 12/26/2005 | 83 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5207. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO(Wildfang, K.) (Entered: 12/26/2005) |
| 12/26/2005 | 84 | Corporate Disclosure Statement by All Plaintiffs in Civil Action 05-cv-5319. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05319-JG-JO(Wildfang, K.) (Entered: 12/26/2005) |
| 12/26/2005 | 85 | NOTICE of Appearance by K. Craig Wildfang on behalf of All Plaintiffs in Civil Action 05-cv-4520, All Plaintiffs in Civil Action 05-cv-4521, All Plaintiffs in Civil Action 05-cv-5207, All Plaintiffs in Civil Action 05-cv-5319 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG- |

| | | |
|---|---|---|
| | | CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP, 1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM (Wildfang, K.) (Entered: 12/26/2005) |
| 12/27/2005 | 86 | NOTICE of Appearance by Christopher M. Burke on behalf of All Plaintiffs in Civil Action 05-cv-5075 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP, 1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Burke, Christopher) (Entered: 12/27/2005) |
| 12/28/2005 | 87 | Letter from William J. Blechman to The Honorable Judge Gleeson Regarding Notice Of Motion And Non-Class Plaintiffs' Motion To Appoint The Law Firm Of Kenny Nachwalter, P.A. As Liason Counsel For Non-Class Plaintiffs In MDL 1720. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Campbell, Thomas) (Entered: 12/28/2005) |
| 12/28/2005 | 88 | NOTICE of Appearance by Bonny E. Sweeney on behalf of All Plaintiffs in Civil Action 05-cv-5075 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Sweeney, Bonny) (Entered: 12/28/2005) |
| 12/28/2005 | 89 | RESPONSE in Opposition re 50 MOTION to Appoint Counsel *Plaintiffs' Dr. Roy Hyman and Sharp Pro-Formance LLC, by their attorneys Foote, Meyers, Mielke and Flowers, LLC and Gray & White, Motion in Support of the Application of Milberg Weiss Bershad & Schulman, LLP as Lead C Certain Class Plaintiffs' Opposition to the Payless shoeshource Group's Cross-Motion filed by all plaintiffs. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Sweeney, Bonny) (Entered: 12/28/2005)* |
| 12/28/2005 | 90 | AFFIDAVIT re 89 Response in Opposition to Motion,,, *Declaration of Christopher M. Burke in Support of Certain Class Plaintiffs' Opposition to the Payless Shoesoure Group's Cross-Motion* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Sweeney, Bonny) (Entered: 12/28/2005) |
| 12/29/2005 | 91 | Letter *to Magistrate Judge Orenstein in re: January 12 Hearing* by All Plaintiffs in Civil Action 05-cv-5069. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv- |

**A301**

| | | |
|---|---|---|
| | | 04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Campbell, Thomas) (Entered: 12/29/2005) |
| 12/29/2005 | 92 | Letter *to Magistrate Judge Orenstein in re: January 12 Hearing* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Wildfang, K.) (Entered: 12/29/2005) |
| 12/29/2005 | 93 | PRETRIAL ORDER 1: Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings. Approved by Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP, 1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP, 1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Adams-Ciardullo, Diana) (Entered: 12/29/2005) |
| 12/29/2005 | | ORDER the motion to appoint Milberg Weiss Bershad & Schulman, LLP, as lead counsel for class plaintiffs is hereby respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on December 29, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Gleeson, John) (Entered: 12/29/2005) |
| 12/29/2005 | | ORDER re 91 Letter, 92 Letter -- The initial conference remains scheduled for January 12, 2006 at 9:30 a.m. All deadlines in the December 14, 2005 order, docket entry 60, remain in effect. Approved Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 12/29/2005) |
| 01/03/2006 | 95 | Letter *to Hon John Gleeson and Hon. James Orenstein* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Schedule of NSR Counsel and cases)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Shube, Noah) (Entered: 01/03/2006) |

**A302**

| | | |
|---|---|---|
| 01/03/2006 | 96 | NOTICE of Appearance by Robert C. Mason on behalf of Visa U.S.A. Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Mason, Robert) (Entered: 01/03/2006) |
| 01/03/2006 | 97 | Corporate Disclosure Statement by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO (Mason, Robert) (Entered: 01/03/2006) |
| 01/03/2006 | 98 | Cross MOTION to Consolidate Cases *Appoint Lead Counsel and Liaison Counsel and Other Relief* by THE PAYLESS SHOESOURCE GROUP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO (Buchman, Michael) (Entered: 01/03/2006) |
| 01/03/2006 | 99 | RESPONSE in Support re 98 Cross MOTION to Consolidate Cases *Appoint Lead Counsel and Liaison Counsel and Other Relief and in Opposition to Certain Class Plaintiffs' Motion to Consolidate etc. (Doc. # 27)* filed by THE PAYLESS SHOESOURCE GROUP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/03/2006) |
| 01/04/2006 | 100 | NOTICE of Appearance by Brian C. Roche on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO, 1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO, 1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05866-JG-JO(Roche, Brian) (Entered: 01/04/2006) |
| 01/04/2006 | 101 | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases *Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Exhibits A through D)* filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO, 1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/04/2006) |

| 01/04/2006 | 102 | NOTICE of Appearance by Jason S. Cowart on behalf of All Plaintiffs in Civil Action 05-cv-3924 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/04/2006) |
| 01/04/2006 | 103 | NOTICE of Appearance by Jason S. Cowart on behalf of All Plaintiffs in Civil Action 05-cv-5080 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/04/2006) |
| 01/04/2006 | 104 | NOTICE of Appearance by Jason S. Cowart on behalf of All Plaintiffs in Civil Action 05-cv-5076 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/04/2006) |
| 01/04/2006 | 105 | NOTICE of Appearance by Jason S. Cowart on behalf of All Plaintiffs in Civil Action 05-cv-5075 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/04/2006) |
| 01/05/2006 | 106 | NOTICE of Appearance by Linda P. Nussbaum on behalf of All Plaintiffs in Civil Action 05-cv-4131 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Nussbaum, Linda) (Entered: 01/05/2006) |
| 01/05/2006 | 107 | NOTICE of Appearance by David Sapir Lesser on behalf of HSBC Finance Corporation and HSBC North America Holdings Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Lesser, David) (Entered: |

| | | 01/05/2006) |
|---|---|---|
| 01/05/2006 | 108 | NOTICE of Appearance by Mark E. Tully on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Tully, Mark) (Entered: 01/05/2006) |
| 01/05/2006 | 109 | Corporate Disclosure Statement by HSBC Finance Corporation and HSBC North America Holdings Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Lesser, David) (Entered: 01/05/2006) |
| 01/05/2006 | 110 | NOTICE of Appearance by Robert Donald Carroll on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carroll, Robert) (Entered: 01/05/2006) |
| 01/05/2006 | 111 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Tully, Mark) (Entered: 01/05/2006) |
| 01/05/2006 | 112 | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases *Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Exhibit E, Part 1 and Part 2)* filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Exhibit Exhibit E Part 1# 2 Exhibit E Part 2)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/05/2006) |
| 01/05/2006 | [113](#) | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases *Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Exhibit E Part 3)* filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Exhibit E Part 3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/05/2006) |
| 01/05/2006 | [114](#) | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases *Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Exhibit E Part 4)* filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Exhibit E Part 4)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/05/2006) |
| 01/05/2006 | [115](#) | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases *Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Proposed Order)* filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/05/2006) |
| 01/05/2006 | [116](#) | CERTIFICATE OF SERVICE by THE PAYLESS SHOESOURCE GROUP re 98 Cross MOTION to Consolidate Cases *Appoint Lead Counsel and Liaison Counsel and Other Relief (Certificate of Service)* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/05/2006) |
| 01/05/2006 | [169](#) | FILING FEE: $ 150.00, receipt number 319587 - Pro Hac Vice - Robert Vizas, David Gersc, Mark Merley, Julie Rottenberg, Matthew Eisenstein and Michael Rubin. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Piper, Francine) (Entered: 01/25/2006) |
| 01/05/2006 | [170](#) | ORDER, endorsed on letter dated 1/5/06 from Eric Grush to Clerk, Pro Hac Vice granted. (Ordered by Judge John Gleeson on 1/10/06) (SEE DOCUMENT #171 FOR FILING FEE RECEIPT) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) |
| 01/05/2006 | [171](#) | FILING FEE: $ 100.00, receipt number 319583 - Pro Hac Vice - David Graham, David Schiffman, Eric Grush and Craig Sonnenschein. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) |
| 01/06/2006 | [117](#) | Letter *re: payment of pro hac vice admission fee* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # [1](#) Text of Proposed Order December 29, 2005 Court Order# [2](#) Supplement Check to Clerk for admission fee# [3](#) Affidavit Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Leveridge, Richard) (Entered: 01/06/2006) |
| 01/06/2006 | [118](#) | NOTICE of Appearance by Jason S. Cowart on behalf of All Plaintiffs in Civil Action 05-cv-5080, All Plaintiffs in Civil Action 05-cv-5076, All Plaintiffs in Civil Action 05-cv-5075, All Plaintiffs in Civil Action 05-cv-3924 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/06/2006) |
| 01/09/2006 | [119](#) | Letter *from Jonathan M. Jacobson on behalf of American Express Travel Related Services Company, Inc. to The Honorable James Orenstein Regarding In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Jacobson, Jonathan) (Entered: 01/09/2006) |
| 01/09/2006 | [120](#) | MOTION for Extension of Time to File Response/Reply *(Letter to Magistrate Judge James Orenstein from Kenneth A. Gallo)* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/09/2006) |
| 01/09/2006 | [121](#) | NOTICE of Appearance by Michael J. Kane on behalf of All Plaintiffs in Civil Action 05-cv-5072 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Kane, Michael) (Entered: 01/09/2006) |
| 01/09/2006 | [122](#) | Letter *to Magistrate Judge Orenstein enclosing Certain Defendants' Proposed Initial Conference Agenda and Case Management Plan* by All Defendants in Civil Action 05-cv-4650, All Defendants in Civil Action 05-cv-4677, All Defendants in Civil Action 05-cv-4728, All Defendants in Civil Action 05-cv-4799, All Defendants in Civil Action 05-cv-5073, All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5069, All Defendants in Civil Action 05-cv-5070, All Defendants in Civil Action 05-cv-5074, All Defendants in Civil Action 05-cv-5083, All Defendants in Civil Action 05-cv-5082, All Defendants in Civil Action 05-cv-5080, All Defendants in Civil Action 05-cv-5076, All Defendants in Civil Action 05-cv-5072, All Defendants in Civil Action 05-cv-5081, All Defendants in Civil Action 05-cv-5077, All Defendants in Civil Action 05-cv-5075, All Defendants in Civil Action 05-cv-5866, All Defendants in Civil Action 05-cv-3800, All Defendants in Civil Action 05-cv-3924, All Defendants in Civil Action 05-cv-3925, All Defendants in Civil Action 05-cv-4131, All Defendants in Civil Action 05-cv-4974, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-5078, All Defendants in Civil Action 05-cv-5153, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Mason, Robert) (Entered: 01/09/2006) |
| 01/09/2006 | [123](#) | Letter *to Judge Orenstein* by All Plaintiffs in Civil Action 05-cv-3925. (Attachments: # [1](#) Non-Class Plaintiffs' Case Management Plan# [2](#) Certificate of Service)Associated Cases: |

| | | |
|---|---|---|
| | | 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Campbell, Thomas) (Entered: 01/09/2006) |
| 01/09/2006 | 124 | Letter *to Judge Orenstein* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Non-Class Plaintiffs' Case Management Plan# 2 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Campbell, Thomas) (Entered: 01/09/2006) |
| 01/09/2006 | 125 | Letter *to Magistrate Judge Orenstein enclosing Class plaintiffs' 26(f) Report, Proposed Agenda for Initial Status Conference and Certificate of Service* by All Plaintiffs in Civil Action 05-cv-5069, All Plaintiffs in Civil Action 05-cv-5070, All Plaintiffs in Civil Action 05-cv-5074, All Plaintiffs in Civil Action 05-cv-5083, All Plaintiffs in Civil Action 05-cv-5082, All Plaintiffs in Civil Action 05-cv-5080, All Plaintiffs in Civil Action 05-cv-5076, All Plaintiffs in Civil Action 05-cv-5072, All Plaintiffs in Civil Action 05-cv-5081, All Plaintiffs in Civil Action 05-cv-5077, All Plaintiffs in Civil Action 05-cv-5075, All Plaintiffs in Civil Action 05-cv-5866, All Plaintiffs in Civil Action 05-cv-3800, All Plaintiffs in Civil Action 05-cv-3924, All Plaintiffs in Civil Action 05-cv-3925, All Plaintiffs in Civil Action 05-cv-4974, All Plaintiffs in Civil Action 05-cv-5071, All Plaintiffs in Civil Action 05-cv-5153, All Plaintiffs in Civil Action 05-cv-4520, All Plaintiffs in Civil Action 05-cv-4521, All Plaintiffs in Civil Action 05-cv-4728, All Plaintiffs in Civil Action 05-cv-5073, All Plaintiffs in Civil Action 05-cv-5207, All Plaintiffs in Civil Action 05-cv-5319. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/09/2006) |
| 01/09/2006 | 126 | REPLY to Response to Motion re 98 Cross MOTION to Consolidate Cases *Appoint Lead Counsel and Liaison Counsel and Other Relief (The Payless ShoeSource Group's Reply Memorandum in Support of the Cross-Motion)* filed by THE PAYLESS SHOESOURCE GROUP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/09/2006) |
| 01/09/2006 | 127 | AFFIDAVIT in Support re 98 Cross MOTION to Consolidate Cases *Appoint Lead Counsel and Liaison Counsel and Other Relief (Declaration of Michael M. Buchman with Exhibits A, B and C)* filed by THE PAYLESS SHOESOURCE GROUP. (Attachments: # 1 Exhibit A# 2 |

| | | |
|---|---|---|
| | | Exhibit B# [3](#) Exhibit C)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/09/2006) |
| 01/09/2006 | [128](#) | CERTIFICATE OF SERVICE by THE PAYLESS SHOESOURCE GROUP re [126](#) Reply to Response to Motion,,, Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/09/2006) |
| 01/09/2006 | [129](#) | CERTIFICATE OF SERVICE by THE PAYLESS SHOESOURCE GROUP re [127](#) Affidavit in Support of Motion,,, Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/09/2006) |
| 01/09/2006 | [173](#) | NOTICE of Appearance by Ronald A. Bloch on behalf of All Plaintiffs in Civil Action 05-cv-5207 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) |
| 01/10/2006 | [130](#) | NOTICE of Appearance by Richard P. Jeffries on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Jeffries, Richard) (Entered: 01/10/2006) |
| 01/10/2006 | | Email Notification Test - DO NOT REPLY (Greene, Donna) (Entered: 01/10/2006) |
| 01/10/2006 | | ORDER re [120](#) MOTION for Extension of Time to File Response/Reply -- The application is granted. The defendants' reply shall be submitted by January 18, 2006, and shall be no more than twenty pages. Approved by Judge James Orenstein on 01/10/06. Associated Cases: 1:05- |

| | | |
|---|---|---|
| | | md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 01/10/2006) |
| 01/11/2006 | | Motions terminated: 120 MOTION for Extension of Time to File Response/Reply *(Letter to Magistrate Judge James Orenstein from Kenneth J. Gallo)* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,,( Ordered by Judge James Orenstein on 1/10/06) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/11/2006) |
| 01/11/2006 | 131 | NOTICE by All Plaintiffs in Civil Action 05-cv-5069 *Letter To The Honorable Judge Orenstein with Notice Of Filing Revised (Chart) Exhibit 1 To Non-Class Plaintiffs' Case Management Plan and attached Certificate Of Service* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Campbell, Thomas) (Entered: 01/11/2006) |
| 01/11/2006 | 132 | Letter *to Sandra Jones re: payment of pro hac vice admission fee* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Froehlich, Joseph) (Entered: 01/11/2006) |
| 01/11/2006 | 133 | NOTICE of Appearance by Brian A. Herman on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Herman, Brian) (Entered: 01/11/2006) |

| 01/11/2006 | [134](#) | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO, 1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Herman, Brian) (Entered: 01/11/2006) |
| 01/11/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 01/11/2006) |
| 01/11/2006 | [135](#) | NOTICE of Appearance by Harold Stephen Harris on behalf of all parties (Attachments: # [1](#) Service List)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Harris, Harold) (Entered: 01/11/2006) |
| 01/11/2006 | [136](#) | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-4520. (Attachments: # [1](#) Service List)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Harris, Harold) (Entered: 01/11/2006) |
| 01/11/2006 | [137](#) | NOTICE of Appearance by William Harry Rooney on behalf of All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 (Attachments: # [1](#) Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Rooney, William) (Entered: 01/11/2006) |
| 01/11/2006 | [138](#) | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. (Attachments: # [1](#) Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO |

| | | |
|---|---|---|
| | | (Rooney, William) (Entered: 01/11/2006) |
| 01/11/2006 | 139 | Letter *from Hal R. Lieberman (counsel for Robins Kaplan Miller & Ciresi, LLP) dated 01/10/06 opposing MasterCard's request for an extension of time to file a reply brief* by All Plaintiffs in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Kraus, Schuyler) (Entered: 01/11/2006) |
| 01/11/2006 | 140 | Letter *to Magistrate Judge Orenstein concerning three minor typographical errors in Class plaintiffs' 26(f) Report and proposed agenda, and enclosing corrected versions of same with certificate of service* by All Plaintiffs in Civil Action 05-cv-5069, All Plaintiffs in Civil Action 05-cv-5070, All Plaintiffs in Civil Action 05-cv-5074, All Plaintiffs in Civil Action 05-cv-5083, All Plaintiffs in Civil Action 05-cv-5082, All Plaintiffs in Civil Action 05-cv-5080, All Plaintiffs in Civil Action 05-cv-5076, All Plaintiffs in Civil Action 05-cv-5072, All Plaintiffs in Civil Action 05-cv-5081, All Plaintiffs in Civil Action 05-cv-5077, All Plaintiffs in Civil Action 05-cv-5075, All Plaintiffs in Civil Action 05-cv-5866, All Plaintiffs in Civil Action 05-cv-3800, All Plaintiffs in Civil Action 05-cv-3924, All Plaintiffs in Civil Action 05-cv-3925, All Plaintiffs in Civil Action 05-cv-4974, All Plaintiffs in Civil Action 05-cv-5071, All Plaintiffs in Civil Action 05-cv-5153, All Plaintiffs in Civil Action 05-cv-4520, All Plaintiffs in Civil Action 05-cv-4521, All Plaintiffs in Civil Action 05-cv-4650, All Plaintiffs in Civil Action 05-cv-4728, All Plaintiffs in Civil Action 05-cv-5073, All Plaintiffs in Civil Action 05-cv-5207, All Plaintiffs in Civil Action 05-cv-5319. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/11/2006) |
| 01/11/2006 | 141 | MEMORANDUM in Support *(Memorandum of Law in Response to Defendants' Motion for Transfer Under 28 U.S.C. 1407* by THE PAYLESS SHOESOURCE GROUP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Buchman, Michael) (Entered: 01/11/2006) |
| 01/12/2006 | 142 | FILING FEE: $ 100.00, receipt number 319586 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/12/2006) |

| | | |
|---|---|---|
| 01/12/2006 | 143 | FILING FEE: $ 25.00, receipt number 319580 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/12/2006) |
| 01/12/2006 | 145 | Letter *to Clerk for Pro Hac Vice Admission for Richard Alan Arnold, William J. Blechman, Scott E. Perwin, and Kevin J. Murray and Attached Certificate of Service* by All Plaintiffs in Civil Action 05-cv-4520. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Campbell, Thomas) (Entered: 01/12/2006) |
| 01/12/2006 | 168 | FILING FEE: $ 100.00, receipt number 319738 - Pro Hac Vice - Richard Alan Arnold, William J. Blechman, Scott E. Perwin and Kevin J. Murray. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) |
| 01/12/2006 | 172 | FILING FEE: $ 50.00, receipt number 319607 - Pro Hac Vice - Ann-Marie Luciano and Jodi Trulove. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/25/2006) |
| 01/13/2006 | 146 | NOTICE of Appearance by Patricia I. Avery on behalf of all parties Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Avery, Patricia) (Entered: 01/13/2006) |
| 01/13/2006 | 147 | NOTICE of Appearance by Lisl J. Dunlop on behalf of All Defendants in Civil Action 05-cv-4520 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO(Dunlop, Lisl) (Entered: 01/13/2006) |

**A314**

| | | |
|---|---|---|
| 01/13/2006 | 148 | NOTICE of Appearance by Lisl J. Dunlop on behalf of All Defendants in Civil Action 05-cv-4521 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04521-JG-JO(Dunlop, Lisl) (Entered: 01/13/2006) |
| 01/13/2006 | 149 | NOTICE of Appearance by Lisl J. Dunlop on behalf of All Defendants in Civil Action 05-cv-5071 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05071-JG-JO(Dunlop, Lisl) (Entered: 01/13/2006) |
| 01/13/2006 | 150 | NOTICE of Appearance by Patricia I. Avery on behalf of All Plaintiffs in Civil Action 05-cv-5083 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05083-JG-JO(Avery, Patricia) (Entered: 01/13/2006) |
| 01/13/2006 | 151 | Letter *to the Clerk of Court re: Payment of Pro Hac Vice Admission for Michael Lazerwitz and Steven Kaiser* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Friedman, Lawrence) (Entered: 01/13/2006) |
| 01/13/2006 | 311 | Letter dtd. 1/9/06 from Adam Biegel of law firm Alston & Bird, LLP to EDNY, requesting the removal of his name from electronic distribution in re the above-mentioned matter. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Layne, Monique) (Entered: 04/04/2006) |
| 01/16/2006 | 152 | NOTICE of Appearance by Jason L. Solotaroff on behalf of All Plaintiffs in Civil Action 05-cv-5077 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Solotaroff, Jason) (Entered: 01/16/2006) |
| 01/17/2006 | | To: Jason Solotaroff, Please advise Co-Counsel, Robert J. LaRocca and Kate Reznick to register for ECF and to file individual Notice of Appearances. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Piper, Francine) (Entered: 01/17/2006) |

| 01/17/2006 | 153 | NOTICE of Appearance by Peter Edward Greene on behalf of Bank One Corporation, Bank One, Delaware, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Greene, Peter) (Entered: 01/17/2006) |
| 01/17/2006 | 154 | NOTICE of Appearance by Jonathan B. Orleans on behalf of Texas Independent Bancshares, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Orleans, Jonathan) (Entered: 01/17/2006) |
| 01/17/2006 | | ORDER -- Oral argument on defendant MasterCard's motion to disqualify Craig Wildfang and the law firm Robins, Kaplan, Miller & Ciresi, LLP is scheduled for January 27, 2006 at 11:30 a.m. Approved by Judge James Orenstein on 01/17/06. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Adams-Ciardullo, Diana) (Entered: 01/17/2006) |
| 01/18/2006 | 155 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04520-JG-JO (Greene, Peter) (Entered: 01/18/2006) |
| 01/18/2006 | 156 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04521-JG-JO (Greene, Peter) (Entered: 01/18/2006) |
| 01/18/2006 | 157 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05207-JG-JO (Greene, Peter) (Entered: 01/18/2006) |
| 01/18/2006 | 158 | Corporate Disclosure Statement by All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05319-JG-JO (Greene, Peter) (Entered: 01/18/2006) |
| 01/18/2006 | 159 | NOTICE by All Defendants in Civil Action 05-cv-4650, All Defendants in Civil Action 05-cv-4677, All Defendants in Civil Action 05-cv-4728, All Defendants in Civil Action 05-cv-4799, All Defendants in Civil Action 05-cv-5073, All Defendants in Civil Action 05-cv-5207, All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-5069, All Defendants in Civil Action 05-cv-5070, All Defendants in Civil Action 05-cv-5074, All Defendants in Civil Action 05-cv-5083, All Defendants in Civil Action 05-cv-5082, All |

| | | |
|---|---|---|
| | | Defendants in Civil Action 05-cv-5080, All Defendants in Civil Action 05-cv-5076, All Defendants in Civil Action 05-cv-5072, All Defendants in Civil Action 05-cv-5081, All Defendants in Civil Action 05-cv-5077, All Defendants in Civil Action 05-cv-5075, All Defendants in Civil Action 05-cv-5866, All Defendants in Civil Action 05-cv-3800, All Defendants in Civil Action 05-cv-3924, All Defendants in Civil Action 05-cv-3925, All Defendants in Civil Action 05-cv-4131, All Defendants in Civil Action 05-cv-4974, All Defendants in Civil Action 05-cv-5071, All Defendants in Civil Action 05-cv-5078, All Defendants in Civil Action 05-cv-5153, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521 *of filing of receipt for payment of Pro Hac Vice fee* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Mason, Robert) (Entered: 01/18/2006) |
| 01/20/2006 | 160 | PRETRIAL ORDER 2 -- The attached order consolidates cases for pretrial purposes and provides instructions on filing and serving court submissions. **SEE ATTACHED ORDER.** Signed by Judge James Orenstein on 01/20/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 01/20/2006) |
| 01/20/2006 | 161 | NOTICE of Appearance by Tracey L. Kitzman on behalf of All Plaintiffs in Civil Action 05-cv-4974 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Kitzman, Tracey) (Entered: 01/20/2006) |
| 01/20/2006 | 162 | NOTICE of Appearance by Jerald M. Stein on behalf of All Plaintiffs in Civil Action 05-cv-3800 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO(Stein, Jerald) (Entered: 01/20/2006) |
| 01/20/2006 | 163 | NOTICE of Change of Firm Address by Michael Kelly Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Kelly, Michael) (Entered: 01/20/2006) |
| 01/20/2006 | 164 | NOTICE of Appearance by W. Joseph Bruckner on behalf of All Plaintiffs in Civil Action 05-cv-5081 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520- |

**A317**

| | | |
|---|---|---|
| | | JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Bruckner, W.) (Entered: 01/20/2006) |
| 01/23/2006 | | Email Notification Test - DO NOT REPLY (Permaul, Jenny) (Entered: 01/23/2006) |
| 01/23/2006 | 165 | Letter *attaching Pro Hac Vice admission fee for Patricia Sullivan, attorney for Providian Financial Corporation, and Providian National Bank* by All Defendants in Civil Action 05-cv-5319, All Defendants in Civil Action 05-cv-4520, All Defendants in Civil Action 05-cv-4521. (Attachments: # 1 Supplement Receipt of Pro Hac Vice fee# 2 Certificate of Service) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Sullivan, Patricia) (Entered: 01/23/2006) |
| 01/23/2006 | 224 | FILING FEE: $ 25.00, receipt number 320218. Pro Hac Vice - Patricia Sullivan. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Piper, Francine) (Entered: 02/06/2006) |
| 01/24/2006 | 166 | NOTICE of Appearance by Mark Reinhardt on behalf of All Plaintiffs in Civil Action 05-cv-5074 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05074-JG-JO(Reinhardt, Mark) (Entered: 01/24/2006) |
| 01/24/2006 | 167 | Letter *to Magistrate Judge Orenstein, filed on behalf of Dennis Stewart, regarding Class Plaintiff leadership issues (Dkt. 27 and 98)* by All Plaintiffs in Civil Action 05-cv-5076, All Plaintiffs in Civil Action 05-cv-5075. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/24/2006) |
| 01/25/2006 | 174 | Letter *to M.J. Orenstein from Keila D. Ravelo re: Status of Protective Order Negotiations* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Powell, Wesley) (Entered: 01/25/2006) |
| 01/25/2006 | 175 | Letter *to Magistrate Judge Orenstein dated January 25, 2006* by Defendent(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Blechman, William) (Entered: 01/25/2006) |
| 01/25/2006 | 176 | Letter *to M.J. Orenstein from H. Laddie Montague, Jr. re: Status of Protective Order Negotiations* by All Plaintiffs in Civil Action 05-cv-5072, Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Kane, Michael) (Entered: 01/25/2006) |
| 01/26/2006 | 177 | NOTICE of Appearance by Karl Cambronne on behalf of Randall Jasperson Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Cambronne, Karl) (Entered: 01/26/2006) |
| 01/26/2006 | 178 | Letter *on behalf of Joseph Goldberg, regarding Pro Hac Vice Admission* by All Plaintiffs in Civil Action 05-cv-5075. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cowart, Jason) (Entered: 01/26/2006) |
| 01/26/2006 | 179 | Letter *from Gary R. Carney to Robert C. Heinemann, Clerk of the Court, enclosing documents for filing* by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4521-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) |
| 01/26/2006 | [180](#) | Notice of MOTION to Disqualify Counsel *Robins, Kaplan, Miller & Ciresi, L.L.P.* by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) |
| 01/26/2006 | [181](#) | CERTIFICATE OF SERVICE by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO re [180](#) Notice of MOTION to Disqualify Counsel *Robins, Kaplan, Miller & Ciresi, L.L.P.* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Carney, Gary) (Entered: 01/26/2006) |
| 01/26/2006 | [182](#) | CERTIFICATE OF SERVICE by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO *(Reply Papers re: Motion to Disqualify, #180)* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) |
| 01/26/2006 | [183](#) | Letter *from Hal R. Lieberman to Hon. James Orenstein, enclosing courtesy copies of Sur-Reply Papers in opposition to MasterCard's motion to disqualify* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) |
| 01/26/2006 | 184 | RESPONSE in Opposition re 180 Notice of MOTION to Disqualify Counsel *Robins, Kaplan, Miller & Ciresi, L.L.P. Supplemental Declaration of Hal R. Lieberman* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Supplemental Declaration of Prof. Bruce A. Green# 2 Supplemental Declaration of Charles W. Wolfram# 3 Transcript of Case Management Conference held January 12, 2006, pp. 46-48, 70-83) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) |
| 01/26/2006 | 185 | RESPONSE in Opposition re 180 Notice of MOTION to Disqualify Counsel *Robins, Kaplan, Miller & Ciresi, L.L.P. Submission of Certain Plaintiffs' Counsel re: Motion to Disqualify K. Craig Wildfang and His Law Firm* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/26/2006) |
| 01/26/2006 | 1769 | SEALED Declaration of Gary R. Carney in Support of Motion of Defendants Mastercard Incorporated and Mastercard International Incorporated for Disqualification of Counsel Robins, Kaplan, Miller & Ciresi and two volume of Exhibits. Modified on 1/9/2013 (Marziliano, August). (Entered: 01/09/2013) |
| 01/26/2006 | 1770 | DECLARATION on Oposition to Mastercard's Motion to Disqualify (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1771 | SEALED Exhibits to Declaration of Craig Wildfang, Esq, (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1772 | SEALED Reply DECLARATION of Gary R. Carney in Support of Motion for Disqualification (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1773 | SEALED DECLARATION of Geoffrey Hazard in support of Motion for Disqulification (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1774 | SEALED MEMORANDUM in Support Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqualification of Counsel Robins, Kaplan, Miller & Ciresi LLP. (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1775 | MEMORANDUM in Opposition to Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqualification of Counsel Robins, Kaplan, Miller & Ciresi LLP. (Marziliano, August) (Entered: 01/09/2013) |

| | | |
|---|---|---|
| 01/26/2006 | 1776 | REPLY in Support of Geoffrey Hazard of Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP. (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1777 | DECLARATION of Noah Hanft in Support of Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1778 | DECLARATION of Kenneth Gallo in Support of Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1779 | DECLARATION of Eileen Simon in Support of Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1780 | REPLY in Support of Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP. (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1781 | SUR- REPLY Memorandum of Law in Opposition Defendants MasterCard Incorporated and Mastercard International Incorporated Motion for Disqulification of Counsel Robins, Kaplan, Miller & Ciresi LLP. (Marziliano, August) (Entered: 01/09/2013) |
| 01/26/2006 | 1782 | SUPPLEMENTAL DECLARATION of Craig Wildfang (Marziliano, August) (Entered: 01/09/2013) |
| 01/27/2006 | 186 | NOTICE of Appearance by Bart D. Cohen on behalf of All Plaintiffs in Civil Action 05-cv-5072 Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cohen, Bart) (Entered: 01/27/2006) |
| 01/27/2006 | 187 | Letter *re: payment of pro hac vice admission fee for Teresa T. Bonder, Esq.* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Harris, Harold) (Entered: 01/27/2006) |
| 01/27/2006 | 188 | NOTICE of Appearance by Joseph R. Saveri on behalf of Harris Stationers, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Saveri, Joseph) (Entered: 01/27/2006) |
| 01/27/2006 | 189 | PRETRIAL ORDER 3: (1) As stated on the record at the conference on January 27, 2006, I |

| | | |
|---|---|---|
| | | denied the motion of defendants MasterCard Incorporated and MasterCard International Incorporated (together "MasterCard") for an order disqualifying attorney K. Craig Wildfang and the law firm of Robins, Kaplan, Miller & Ciresi from representing plaintiffs in this litigation. I will later issue a separate memorandum setting forth in detail the basis for my ruling. (2) I will hear oral argument on the motions by various counsel to be appointed lead plaintiffs' counsel on Monday, February 13, 2006, at 1:30 p.m. Any party wishing to submit its views relating to the possibility of appointing some combination of attorneys other than those identified in the parties' motion papers as co-lead counsel may submit a letter of no more than three pages no later than February 6, 2006. (3) A summary of parties to this action and information disclosed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure is attached to this order as Exhibit A. All counsel are responsible for reviewing it and providing any updates or corrections to the law firm of Pomerantz Haudek Block Grossman & Gross LLP, counsel for certain plaintiffs, which firm is directed to submit updated summaries as needed to keep Judge Gleeson and me aware of potential conflicts of interest. **SEE ATTACHED ORDER.** Signed by Judge James Orenstein on 1/27/06. (Attachments: # 1 Exhibit A)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 01/27/2006) |
| 01/30/2006 | 190 | NOTICE of Appearance by H. Laddie Montague on behalf of Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Montague, H.) (Entered: 01/30/2006) |
| 01/30/2006 | 191 | Letter *to Sandra A. Jones, Attorney Admission Clerk, enclosing the pro hac vice admission fee for Kenneth A. Gallo* by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Carney, Gary) (Entered: 01/30/2006) |
| 01/30/2006 | 192 | NOTICE of Appearance by Richard J. Leveridge on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG- |

# A323

| | | |
|---|---|---|
| | | JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Leveridge, Richard) (Entered: 01/30/2006) |
| 01/30/2006 | 193 | CERTIFICATE of Counsel re 192 Notice of Appearance,, by Richard J. Leveridge on behalf of all defendants. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Leveridge, Richard) (Entered: 01/30/2006) |
| 01/30/2006 | 194 | NOTICE of Appearance by Ann-Marie Luciano on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Luciano, Ann-Marie) (Entered: 01/30/2006) |
| 01/30/2006 | 195 | NOTICE of Appearance by Jodi Trulove on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Trulove, Jodi) (Entered: 01/30/2006) |
| 01/30/2006 | 196 | Letter *to Attorney Admission Clerk requesting Pro Hac Admission and enclosing the requisite fee for Joseph M. Vanek and David P. Germaine* by Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Vanek, Joseph) (Entered: 01/30/2006) |
| 01/30/2006 | 197 | NOTICE of Appearance by Cyrus Amir-Mokri on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Amir-Mokri, Cyrus) (Entered: 01/30/2006) |
| 01/30/2006 | 198 | NOTICE of Appearance by Joseph Michael Vanek on behalf of Supervalu Inc., Wekefern Food Corporation, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Vanek, Joseph) (Entered: 01/30/2006) |
| 01/30/2006 | 199 | NOTICE of Appearance by David P. Germaine on behalf of Supervalu Inc., Wekefern Food Corporation, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Germaine, David) (Entered: 01/30/2006) |
| 01/30/2006 | 200 | NOTICE of Appearance by Peter S. Julian on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-04521-JG-JO (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Julian, Peter) (Entered: 01/30/2006) |
| 01/31/2006 | 201 | NOTICE of Appearance by Gary R. Carney, Jr on behalf of Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO |

| | | |
|---|---|---|
| | | (Carney, Gary) (Entered: 01/31/2006) |
| 01/31/2006 | 202 | NOTICE of Appearance by Ann-Marie Luciano on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO (Luciano, Ann-Marie) (Entered: 01/31/2006) |
| 01/31/2006 | 223 | FILING FEE: $ 25.00, receipt number 320606 - Pro Hac Vice, Attorney, Ann D. White. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Piper, Francine) (Entered: 02/06/2006) |
| 02/01/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/01/2006) |
| 02/01/2006 | 203 | NOTICE of Appearance by Kenneth G. Walsh on behalf of Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Walsh, Kenneth) (Entered: 02/01/2006) |
| 02/01/2006 | 204 | NOTICE of Appearance by Gary B. Friedman on behalf of Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Friedman, Gary) (Entered: 02/01/2006) |
| 02/01/2006 | 205 | NOTICE of Appearance by Kenneth A. Gallo on behalf of Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action National Grocers Association et al. v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG - JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05- |

| | | |
|---|---|---|
| | | cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG -JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800 JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Gallo, Kenneth) (Entered: 02/01/2006) |
| 02/02/2006 | 206 | NOTICE of Appearance by Jay S. Cohen on behalf of Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO(Cohen, Jay) (Entered: 02/02/2006) |
| 02/02/2006 | 207 | NOTICE of Appearance by Jonathan J. Lerner on behalf of Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Lerner, Jonathan) (Entered: 02/02/2006) |
| 02/02/2006 | 208 | NOTICE of Appearance by Richard A. Lockridge on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Lockridge, Richard) (Entered: 02/02/2006) |
| 02/02/2006 | 209 | NOTICE of Appearance by Joseph R. Saveri on behalf of Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Saveri, Joseph) (Entered: 02/02/2006) |
| 02/02/2006 | 210 | NOTICE of Appearance by Charles N. Nauen on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Nauen, Charles) (Entered: 02/02/2006) |
| 02/02/2006 | 211 | NOTICE of Appearance by William A. Gengler on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Gengler, William) (Entered: 02/02/2006) |
| 02/02/2006 | 212 | NOTICE of Appearance by Darla Jo Boggs on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Boggs, Darla Jo) (Entered: 02/02/2006) |
| 02/02/2006 | 213 | NOTICE of Appearance by Carmen B. Copher on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Copher, Carmen) (Entered: 02/02/2006) |
| 02/02/2006 | 214 | NOTICE of Appearance by Jay Cohen on behalf of Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Lee et al v Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in |

| | | |
|---|---|---|
| | | civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Cohen, Jay) (Entered: 02/02/2006) |
| 02/02/2006 | 215 | NOTICE of Appearance by Joseph Goldberg on behalf of Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Goldberg, Joseph) (Entered: 02/02/2006) |
| 02/02/2006 | 216 | NOTICE of Appearance by Dennis Stewart on behalf of Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO(Stewart, Dennis) (Entered: 02/02/2006) |
| 02/02/2006 | 228 | FILING FEE: $ 100.00, receipt number 320733 - Pro Hac Vice, Attorney's, Eugene A. Spector, Jay S. Cohen, Willim G. Caldes and David Feldman. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-KAM (Piper, Francine) (Entered: 02/06/2006) |
| 02/03/2006 | 217 | NOTICE of Appearance by Hector Daniel Geribon on behalf of Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG- |

|  |  |  |
|---|---|---|
|  |  | JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-KAM(Geribon, Hector) (Entered: 02/03/2006) |
| 02/03/2006 | 218 | Letter *to Attorney Admission Clerk requesting Pro Hac Admission and enclosing the requisite fee for Joseph R. Saveri, Gretchen M. Nelson, Joshua P. Davis, Arthur Martin and George A. Shoher* by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-KAM (Geribon, Hector) (Entered: 02/03/2006) |
| 02/03/2006 | 219 | Letter *to Magistrate Judge James Orenstein re: status of parties' negotiations of a proposed protective order* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 [Proposed] Protective Order)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-KAM,1:05-cv-05884-JG-KAM(Powell, Wesley) (Entered: 02/03/2006) |
| 02/06/2006 | 220 | ORDER re 219 Letter -- The parties' proposal to submit letters in support of their respective positions regarding a protective order by February 8, 2006 is approved. Approved by Judge James Orenstein on 02/06/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Adams-Ciardullo, Diana) (Entered: 02/06/2006) |
| 02/06/2006 | 221 | NOTICE of Appearance by Michael J. Boni on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Boni, Michael) (Entered: 02/06/2006) |
| 02/06/2006 | 222 | FILING FEE: $ 50.00, receipt number 320746 Pro Hac Vice, Attorneys Joseph M. Vanek and David P. Germaine. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv- |

**A330**

| | | |
|---|---|---|
| | | 04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Piper, Francine) (Entered: 02/06/2006) |
| 02/06/2006 | 225 | NOTICE of Appearance by J. Douglas Richards on behalf of Connecticut Food Association, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Richards, J.) (Entered: 02/06/2006) |
| 02/06/2006 | 226 | Letter *"IN REPLY TO THE JANUARY 23RD LETTER OF MR. STEWART OF HULETT HARPER STEWART LLP"* by THE PAYLESS SHOESOURCE GROUP. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-KAM(Richards, J.) (Entered: 02/06/2006) |
| 02/06/2006 | 227 | NOTICE of Appearance by Eric H. Grush on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-KAM(Grush, Eric) (Entered: 02/06/2006) |
| 02/06/2006 | 229 | NOTICE of Appearance by Andrew J. McDonald on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194- |

| | | |
|---|---|---|
| | | JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-KAM(McDonald, Andrew) (Entered: 02/06/2006) |
| 02/06/2006 | 230 | NOTICE of Appearance by Michael M. Buchman on behalf of Connecticut Food Association, Inc. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-RLM,1:05-cv-05881-JG-RLM, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-KAM(Buchman, Michael) (Entered: 02/06/2006) |
| 02/06/2006 | 231 | RESPONSE in Support re 50 MOTION to Appoint Counsel *Plaintiffs' Dr. Roy Hyman and Sharp Pro-Formance LLC, by their attorneys Foote, Meyers, Mielke and Flowers, LLC and Gray & White, Motion in Support of the Application of Milberg Weiss Bershad & Schulman, LLP as Lead C ounsel filed by Connecticut Food Association, Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-RLM,1:05-cv-05881-JG-RLM, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-KAM(Hellman, Charles) (Entered: 02/06/2006)* |
| 02/06/2006 | 232 | Letter *to Judge Orenstein* by Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-RLM,1:05-cv-05881-JG-RLM, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-KAM (Reinhardt, Mark) (Entered: 02/06/2006) |
| 02/06/2006 | 233 | Letter *to Magistrate Judge Orenstein* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, |

| | | |
|---|---|---|
| | | 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-RLM,1:05-cv-05881-JG-RLM, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-KAM(Foote, Robert) (Entered: 02/06/2006) |
| 02/06/2006 | [234](#) | Letter *to Magistrate Judge James Orenstein re: motions for appointment of lead counsel* by Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-RLM,1:05-cv-05881-JG-RLM, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-KAM,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-KAM(Wildfang, K.) (Entered: 02/06/2006) |
| 02/07/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/07/2006) |
| 02/07/2006 | [235](#) | NOTICE of Appearance by Richard P. Rouco on behalf of Plaintiff(s) in civil action Connecticut Food Association, Inc., et al v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO(Rouco, Richard) (Entered: 02/07/2006) |
| 02/07/2006 | [236](#) | Letter *Regarding Leadership Motions* by Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO(Rouco, Richard) (Entered: 02/07/2006) |
| 02/07/2006 | | Email Notification Test - DO NOT REPLY (Permaul, Jenny) (Entered: 02/07/2006) |
| 02/07/2006 | [237](#) | NOTICE of Appearance by H. Laddie Montague on behalf of Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, |

| | | |
|---|---|---|
| | | 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO(Montague, H.) (Entered: 02/07/2006) |
| 02/07/2006 | | Email Notification Test - DO NOT REPLY (Permaul, Jenny) (Entered: 02/07/2006) |
| 02/07/2006 | 238 | NOTICE of Appearance by Joseph Michael Vanek on behalf of Supervalu Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Vanek, Joseph) (Entered: 02/07/2006) |
| 02/07/2006 | 239 | NOTICE of Appearance by David P. Germaine on behalf of Plaintiff(s) in civil action 05-cv-4650 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Germaine, David) (Entered: 02/07/2006) |
| 02/07/2006 | 240 | NOTICE of Appearance by Mark P. Ladner on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Ladner, Mark) (Entered: 02/07/2006) |
| 02/08/2006 | 241 | Corporate Disclosure Statement by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa |

| | | |
|---|---|---|
| | | U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO, 1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Lazerwitz, Michael) (Entered: 02/08/2006) |
| 02/08/2006 | 242 | NOTICE of Appearance by Michael R. Lazerwitz on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Lazerwitz, Michael) (Entered: 02/08/2006) |
| 02/08/2006 | 243 | *Letter from Jonathan M. Jacobson on behalf of American Express Travel Related Services Company, Inc. to The Honorable James Orenstein Regarding In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* by Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Jacobson, Jonathan) (Entered: 02/08/2006) |
| 02/08/2006 | 244 | Letter *on behalf of All Defendants re: proposed protective order* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Powell, Wesley) (Entered: 02/08/2006) |
| 02/08/2006 | 245 | Letter *on behalf of Class Plaintiffs re: proposed protective order* by Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO. (Attachments: # 1 Appendix of Exhibits A-C)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Cohen, Bart) (Entered: 02/08/2006) |
| 02/08/2006 | 246 | Letter *from Non-Class Plaintiffs to Mag. Judge Orenstein regarding Protective Order* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Blechman, William) (Entered: 02/08/2006) |
| 02/09/2006 | | ORDER -- The hearing on the motions by various counsel to be appointed lead plaintiffs' counsel will take place on Monday, February 13, 2006, at 1:30 p.m in Courtroom 920 of the United States Federal Courthouse in **Central Islip**, New York. Approved by Judge James Orenstein on 02/09/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 02/09/2006) |
| 02/09/2006 | 247 | FILING FEE: $ 125.00, receipt number 320801 - Pro Hac Vice Attorneys - Joseph Saveri, Gretchen Nelson, Joshua Davis, Arthur Martin and George Shohet. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-KAM,1:05-cv-05870-JG-KAM,1:05-cv-05871-JG-KAM, 1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 02/09/2006) |

# A336

| | | |
|---|---|---|
| 02/09/2006 | 248 | NOTICE of Appearance by Charles S. Hellman on behalf of Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-KAM,1:05-cv-05871-JG-KAM, 1:05-cv-05879-JG-KAM,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Hellman, Charles) (Entered: 02/09/2006) |
| 02/09/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/09/2006) |
| 02/10/2006 | | Email Notification Test - DO NOT REPLY. (Valle, Christine) (Entered: 02/10/2006) |
| 02/10/2006 | 249 | Letter *From Gary B. Friedman, Esq. to Hon. Judge Gleeson and Magistrate Orenstein* by Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Shube, Noah) (Entered: 02/10/2006) |
| 02/10/2006 | 250 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation *for Pro Hac Vice Admission of Alicia J. Batts* (Attachments: # 1 Text of Proposed Order # 2 Supplement Check for admission fee)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Batts, Alicia) (Entered: 02/10/2006) |
| 02/10/2006 | 251 | NOTICE of Appearance by Alicia Batts on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv- |

|            |     |                                                                                 |
|------------|-----|---------------------------------------------------------------------------------|
|            |     | 05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Batts, Alicia) (Entered: 02/10/2006) |
| 02/10/2006 | 252 | NOTICE of Appearance by Dianne M. Nast on behalf of Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Nast, Dianne) (Entered: 02/10/2006) |
| 02/10/2006 | 253 | *Letter from Jonathan M. Jacobson to The Honorable James Orenstein re: Proposed Protective Order* by Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Jacobson, Jonathan) (Entered: 02/10/2006) |
| 02/12/2006 | 254 | **ORDER: In light of the weather and travel conditions, the conference scheduled for Monday February 13, 2006, in the Central Islip courthouse is ADJOURNED to a later date to be determined.** I will contact counsel to reschedule the oral argument on the cross-motions for appointment as lead counsel. **All counsel are requested to notify their colleagues of this order as soon and as widely as possible to avoid needless travel burdens.** Ordered by Judge James Orenstein on February 12, 2006. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Orenstein, James) (Entered: 02/12/2006) |
| 02/13/2006 | 255 | NOTICE of Appearance by Ryan G. Kriger on behalf of Connecticut Food Association, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv- |

| | | |
|---|---|---|
| | | 05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kriger, Ryan) (Entered: 02/13/2006) |
| 02/14/2006 | 256 | NOTICE of Appearance by Jason S. Kilene on behalf of Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Kilene, Jason) (Entered: 02/14/2006) |
| 02/14/2006 | 257 | CERTIFICATE OF SERVICE by Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO re 256 Notice of Appearance,,,, Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kilene, Jason) (Entered: 02/14/2006) |
| 02/14/2006 | 260 | Letter *to Magistrate Judge J. Orenstein with regard to telephone conference to re-schedule the hearing on the leadership motions* by Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wildfang, K.) (Entered: 02/14/2006) |
| 02/14/2006 | | ORDER -- A telephone conference is scheduled for February 15, 2006 at 1:30 p.m. to discuss the respective proposals for a protective order and to reschedule oral argument on the cross |

| | | |
|---|---|---|
| | | motions for appointment as lead plaintiffs' counsel. The call-in number for the conference call is 1-800-289-5126 and the participants' passcode is 212-661-1100. Approved by Judge James Orenstein on 02/14/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 02/14/2006) |
| 02/14/2006 | 272 | FILING FEE: $ 50.00, receipt number 321228 - Pro Hac Vice - Attorneys, Dianne Nast and Eric Burns. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 02/21/2006) |
| 02/15/2006 | 261 | NOTICE of Appearance by Alicia Batts on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Batts, Alicia) (Entered: 02/15/2006) |
| 02/15/2006 | 262 | PRETRIAL ORDER 4. On February 15, 2006, I held a telephone conference and made the following rulings: (1) Oral argument on the cross motions for appointment as lead plaintiffs' counsel was rescheduled for February 23, 2006 at 3:30 p.m. (2) The parties discussed the respective proposals for a protective order. The proposed protective order submitted on February 3, 2006, docket entry 219-2, is SO ORDERED with the modifications specified in the attached order. (3) I will entertain any application to modify paragraph 13(c) to include additional specific third parties to whom disclosure of confidential materials is prohibited. (4) The protective order, as modified, is effective immediately. In the interest of a clear record, the parties are directed to submit by February 17, 2006, a revised version of the protective order that incorporates the modifications ordered above. In addition, by the same date Liaison Counsel shall file a document listing the counsel who participated in today's telephone conference. **SEE ATTACHED ORDER.** Signed by Judge James Orenstein on 02/15/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) Modified on 2/15/2006 (Dasaro-Savona, Michele). (Entered: 02/15/2006) |
| 02/15/2006 | | ORDER terminating 42 Motion for Protective Order. SEE DOCKET ENTRY #262. Ordered by JudgeJames Orenstein on 2/15/06. (Guy, Alicia) (Entered: 09/18/2006) |
| 02/16/2006 | 263 | NOTICE by National City Corporation *Filing Fee Received* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Majoras, John) (Entered: 02/16/2006) |
| 02/16/2006 | 264 | NOTICE of Appearance by Keila D. Ravelo on behalf of Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 02/16/2006) |
| 02/16/2006 | 265 | NOTICE of Appearance by Craig Gordon Harley on behalf of Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Harley, Craig) (Entered: 02/16/2006) |
| 02/17/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/17/2006) |
| 02/17/2006 | 266 | Letter *to Honorable Magistrate James Orenstein regarding participants in February 15, 2006 telephone conference* by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & |

| | | Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Cowart, Jason) (Entered: 02/17/2006) |
| 02/17/2006 | 267 | NOTICE of Appearance by Keila D. Ravelo on behalf of Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069 JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A. Inc. 05-cv-5082 JG-JO, Defendant(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO, 1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 02/17/2006) |
| 02/17/2006 | 268 | FILING FEE: $ 50.00, receipt number 320850 - Pro Hac Vice - Attorneys Charles Hadden and Jason Hartley. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 02/17/2006) |
| 02/17/2006 | 269 | Letter *to Magistrate Judge Orenstein submitting a Revised Protective Order on Behalf of All Parties* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:06-cv-00039-JG-JO(Powell, Wesley) (Entered: 02/17/2006) |
| 02/17/2006 | 270 | FILING FEE: $ 100.00, receipt number 320830 - Pro Hac Vice Attorneys- Michael Boni, Robert LaRocca, Kate Reznick and Joshua Snyder. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 02/17/2006) |
| 02/17/2006 | 271 | NOTICE of Appearance by Teresa T. Bonder on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05- |

| | | |
|---|---|---|
| | | md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bonder, Teresa) (Entered: 02/17/2006) |
| 02/21/2006 | | ORDER re 269 -- The protective order is SO ORDERED. Approved by Judge James Orenstein on 02/21/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO, 1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 02/21/2006) |
| 02/21/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/21/2006) |
| 02/21/2006 | 273 | NOTICE of Appearance by Keila D. Ravelo on behalf of Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant (s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendant(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil |

| | | |
|---|---|---|
| | | action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 02/21/2006) |
| 02/22/2006 | 274 | NOTICE of Appearance by Matthew Stephen Freimuth on behalf of Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc.. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, |

| | | |
|---|---|---|
| | | Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Freimuth, Matthew) (Entered: 02/22/2006) |
| 02/22/2006 | 275 | NOTICE of Appearance by Jeffrey D. Bores on behalf of Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bores, Jeffrey) (Entered: 02/22/2006) |
| 02/22/2006 | 276 | NOTICE of Appearance by Stewart C. Loper on behalf of Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Loper, Stewart) (Entered: 02/22/2006) |
| 02/22/2006 | 277 | Letter *to Magistrate Judge Orenstein regarding updated Conflict of Interest Schedule* by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. (Attachments: # 1 Conflict of Interest Schedule)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Cowart, Jason) (Entered: 02/22/2006) |
| 02/23/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 02/23/2006) |
| 02/24/2006 | 278 | ORDER -- For the reasons forth in the attached Memorandum and Order, I grant the motion of the Certain Class Plaintiffs group, DE 27, deny the cross-motion of the Payless Shoesource group, DE 98, and appoint as plaintiffs' co-lead counsel the following three law firms: Robins, Kaplan, Miller & Ciresi L.L.P.; Berger & Montague, P.C.; and Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P. **SEE ATTACHED ORDER.** Signed by Judge James Orenstein on 02/24/06. (Adams-Ciardullo, Diana) (Entered: 02/24/2006) |
| 02/24/2006 | 279 | PRETRIAL ORDER 5: (1) The attached order specifies the responsibilities of co-lead plaintiffs' counsel and designates liaison counsel. (2) The first status conference will take place on March 8, 2006, at 9:30 a.m., at the Brooklyn courthouse in courtroom 5. **SEE ATTACHED ORDER.** Signed by Judge James Orenstein on 02/24/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 02/24/2006) |
| 02/24/2006 | | ORDER terminating 34 Motion to Appoint Counsel, terminating 35 Motion to Appoint Counsel, terminating 43 Motion to Appoint Counsel, terminating 50 Motion to Appoint Counsel. SEE DOCKET ENTRY #278. Ordered by JudgeJames Orenstein on 2/24/06. (Guy, Alicia) (Entered: 09/18/2006) |
| 02/27/2006 | 280 | NOTICE of Appearance by Jason S. Hartley on behalf of Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Hartley, Jason) (Entered: 02/27/2006) |
| 02/27/2006 | 281 | NOTICE of Appearance by Jason S. Hartley on behalf of Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:06-cv-00039-JG-JO(Hartley, Jason) (Entered: 02/27/2006) |
| 03/01/2006 | 282 | STATUS REPORT *PARTIES' CASE STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGMENT CONFERENCE NO. 2* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sweeney, Bonny) (Entered: 03/01/2006) |
| 03/02/2006 | 283 | NOTICE of Appearance by Brian N. Toder on behalf of Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-KAM,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Toder, Brian) (Entered: 03/02/2006) |
| 03/03/2006 | 284 | Letter MOTION for Extension of Time to File Answer *to the Complaint* by Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bartel, Paul) (Entered: 03/03/2006) |
| 03/05/2006 | | ORDER granting 284 Motion for Extension of Time to Answer -- SO ORDERED. Mr. Bartel is reminded that pursuant to Pretrial Order 2, DE 160, submissions should only be docketed on the Master File and counsel should opt not to spread text across the individual actions. Approved by Judge James Orenstein on 03/06/06. (Adams-Ciardullo, Diana) (Entered: 03/05/2006) |
| 03/06/2006 | 285 | Corporate Disclosure Statement by Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05073-JG-JO(Cohen, Jay) (Entered: 03/06/2006) |

**A348**

| 03/06/2006 | 286 | Corporate Disclosure Statement by Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bores, Jeffrey) (Entered: 03/06/2006) |
| 03/07/2006 | 287 | NOTICE of Appearance by Patrick A. Klingman on behalf of Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Klingman, Patrick) (Entered: 03/07/2006) |
| 03/07/2006 | 288 | NOTICE of Appearance by Bernard Persky on behalf of Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Persky, Bernard) (Entered: 03/07/2006) |
| 03/07/2006 | 301 | FILING FEE: $ 50.00, receipt number 019119 - Pro Hac Vice - Attorney, Joe R. Whatley and Richard Rouco. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 03/21/2006) |
| 03/08/2006 | 289 | Minute Entry for proceedings held before James Orenstein : Status Conference held on |

| | | |
|---|---|---|
| | | 3/8/2006. SCHEDULING: The next status conference will be held on May 9, 2006, at 9:30 a.m. THE FOLLOWING RULINGS WERE MADE: (1) The class plaintiffs will file a Consolidated Amended Class Complaint by April 24, 2006. (2) The parties' respective counsel will meet and confer regarding a discovery schedule and submit either a joint report or competing proposals by March 22, 2006. (3) The parties report that they have reached an agreement to amend the Protective Order, master file docket entry 269. The parties directed to submit for my approval an amended order that reflects the terms to which they have agreed. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650 JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Orenstein, James) (Entered: 03/08/2006) |
| 03/08/2006 | 290 | NOTICE of Appearance by Merrill G. Davidoff on behalf of Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Davidoff, Merrill) (Entered: 03/08/2006) |
| 03/08/2006 | 298 | Letter dated 3/7/06 from Allan Steyer, Esq. to Clerk of Court enclosing a receipt showing payment of $50 to cover the pro hac vice motions of Allan Steyer and D. Scott Macrae. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05075-JG-JO(Chee, Alvin) (Entered: 03/17/2006) |
| 03/09/2006 | 296 | FILING FEE: $ 75.00, receipt number 322302 for attorney Douglas G. Thompson, Hilary K. Ratway, and Richard M. Volin admission pro hac vice Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Greene, Donna) (Entered: 03/16/2006) |
| 03/10/2006 | 291 | NOTICE of Appearance by Michael Edward Johnson on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa |

| | | |
|---|---|---|
| | | U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Johnson, Michael) (Entered: 03/10/2006) |
| 03/10/2006 | 292 | NOTICE of Appearance by Hilary K Ratway on behalf of Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Ratway, Hilary) (Entered: 03/10/2006) |
| 03/10/2006 | 293 | Letter *Regarding Amended Protective Order* by Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO. (Attachments: # 1 # 2 # 3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Powell, Wesley) (Entered: 03/10/2006) |
| 03/13/2006 | 294 | PRETRIAL ORDER 6 re 293 Letter -- The proposed amended protective order, DE 293, Attachments 1-2, is SO ORDERED. Approved by Judge James Orenstein on 03/14/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 03/13/2006) |
| 03/14/2006 | 295 | NOTICE of Appearance by Benjamin R. Nagin on behalf of Defendant(s) in civil action |

| | | |
|---|---|---|
| | | National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Nagin, Benjamin) (Entered: 03/14/2006) |
| 03/15/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 03/15/2006) |
| 03/16/2006 | 297 | Letter dated 1/26/06 from Gary Carney to the Clerk, enclosing confidential documents in connection with the Motion of deft. MasterCard for disqualification of counsel Robins, Kaplan, Miller & Ciresi, LLP. (Documents (in a box) placed in vault.) (Vaughn, Terry) (Entered: 03/16/2006) |
| 03/20/2006 | 299 | NOTICE of Appearance by Steven A. Asher on behalf of Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05083-JG-JO(Asher, Steven) (Entered: 03/20/2006) |
| 03/20/2006 | 300 | Letter *To Honorable Magistrate Orenstein enclosing updated Conflict of Interest Schedule* by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. (Attachments: # 1 Conflict of Interest Schedule Update)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Cowart, Jason) (Entered: 03/20/2006) |
| 03/21/2006 | 307 | ORDER, endorsed on letter dated 3/20/06 from Robert Kitchenoff to Sandra Jones, regarding pro hac vice admissions of attorneys Robert S. Kitchenoff and Robert D. Greenbaum. (Ordered by Judge John Gleeson on 3/23/06) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 03/27/2006) |
| 03/21/2006 | 308 | FILING FEE: $ 50.00, receipt number 322756 - Pro Hac Vice Attorneys - Robert S. Kitchenoff and Robert D. Greenbaum. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 03/27/2006) |
| 03/22/2006 | 302 | Letter *to the Honorable James Orenstein dated March 22, 2006 re Proposed Scheduling Order* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Davidoff, Merrill) (Entered: 03/22/2006) |
| 03/22/2006 | 303 | Proposed Scheduling Order by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Davidoff, Merrill) (Entered: 03/22/2006) |
| 03/23/2006 | | ORDER re 303 Proposed Scheduling Order -- SO ORDERED. Approved by Judge James Orenstein on 03/23/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv- |

| | | |
|---|---|---|
| | | 05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 03/23/2006) |
| 03/24/2006 | 304 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 1731201. by Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Giskan, Oren) (Entered: 03/24/2006) |
| 03/24/2006 | 305 | NOTICE of Appearance by Jayne A. Goldstein on behalf of Fringe, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO(Goldstein, Jayne) (Entered: 03/24/2006) |
| 03/24/2006 | 306 | NOTICE of Appearance by Lee Albert on behalf of Fringe, Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO(Albert, Lee) (Entered: 03/24/2006) |
| 03/24/2006 | | Email Notification Test - DO NOT REPLY (Layne, Monique) (Entered: 03/24/2006) |
| 03/24/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 03/24/2006) |
| 03/27/2006 | 309 | FILING FEE: $ 25.00, receipt number 323054. Pro Hac Vice attorney Donald L. Perelman at Fine, Kaplan and Black, R.P.C. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Greene, Donna) (Entered: 03/30/2006) |
| 04/03/2006 | 310 | NOTICE of Appearance by Thomas G. Wilhelm on behalf of Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wilhelm, Thomas) (Entered: 04/03/2006) |
| 04/06/2006 | 312 | NOTICE of Appearance by Leslie Hurst on behalf of Plaintiff(s) in civil action NuCity |

| | | |
|---|---|---|
| | | Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Hurst, Leslie) (Entered: 04/06/2006) |
| 04/12/2006 | 313 | FILING FEE: $ 25.00, receipt number 323842 Pro Hac Vice - Lerach, Coughlin, Stoia, Gellar, Rudman Robbins LLP - Attorney, Amelia Burroughs. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 04/14/2006) |
| 04/14/2006 | 314 | Letter dtd. 4/12/06 from M. Carter of the J.P.M.L. to Mr. Heinemann, enclosing a certified copy of the Transfer Order filed on 4/12, ORDERED that these (4)actions pursuant to 28:1407, are transferred to the Eastern Dist.of N.Y. and assigned to Judge Gleeson for inclusion in the coord./consol. pretrial proceedings there re MDL-1720. **Fwd. for assignment of new civil no's. (Rec'd for docketing 4/18/06).Associated Cases:1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Layne, Monique) (Entered: 04/19/2006) |
| 04/24/2006 | 315 | NOTICE of Appearance by Robert D. Greenbaum on behalf of Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05083-JG-JO(Greenbaum, Robert) (Entered: 04/24/2006) |
| 04/24/2006 | 316 | NOTICE of Appearance by Robert S. Kitchenoff on behalf of Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-05083-JG-JO(Kitchenoff, Robert) (Entered: 04/24/2006) |
| 04/24/2006 | 317 | AMENDED COMPLAINT *FIRST CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* against all defendants, filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et |

al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintfff (s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff (s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. (Wildfang, K.) (Entered: 04/24/2006)

| 05/02/2006 | 318 | NOTICE of Appearance by Donald L. Perelman on behalf of Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Perelman, Donald) (Entered: 05/02/2006) |
| 05/02/2006 | 319 | MOTION to Withdraw as Attorney by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)Associated Cases: 1:05- |

| | | |
|---|---|---|
| | | md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Lazerwitz, Michael) (Entered: 05/02/2006) |
| 05/02/2006 | 320 | STATUS REPORT *and Proposed Agenda for Case Management Conference No. 3* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Blechman, William) (Entered: 05/02/2006) |
| 05/03/2006 | | ORDER granting 319 Motion to Withdraw as Attorney -- SO ORDERED. Approved by Judge James Orenstein on 05/03/06.(Adams-Ciardullo, Diana) (Entered: 05/03/2006) |
| 05/05/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 05/05/2006) |
| 05/09/2006 | 321 | PRETRIAL ORDER 7: (1) A conference is scheduled for May 17, 2006, at 4:00 p.m. to discuss the status of securing the necessary third parties' consent to the production of confidential documents. (2) A status conference is scheduled for June 20, 2006, at 2:00 p.m. The conference will be canceled if the parties file a joint submission by June 18, 2006 stating that there are no discovery disputes requiring my intervention. **SEE ATTACHED ORDER.** Signed by Judge James Orenstein on 05/09/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/09/2006) |
| 05/09/2006 | 322 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 5/9/2006. (Court Reporter Ron Tolkin.) (Attachments: # 1Appearance Sheet) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Guy, Alicia) (Entered: 05/10/2006) |
| 05/10/2006 | 323 | NOTICE of Appearance by Ann D. White on behalf of Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (White, Ann) (Entered: 05/10/2006) |
| 05/10/2006 | 324 | NOTICE of Appearance by Joshua N Holian on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Holian, Joshua) (Entered: 05/10/2006) |
| 05/10/2006 | 325 | Corporate Disclosure Statement by Wells Fargo & Company. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Holian, Joshua) (Entered: 05/10/2006) |
| 05/12/2006 | 326 | FILING FEE: $ 125.00, receipt number 325128 - Pro Hac Vice - Attorneys, Daniel Wall, Joshua Holian, Erica Grossman, Eric McCarthy and Jason Cruise. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv- |

**A358**

| | | |
|---|---|---|
| | | 05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 05/15/2006) |
| 05/16/2006 | [327] | STATUS REPORT *Statement of Defendants Visa U.S.A. Inc. and Mastercard International Incorporated Concerning the Status of the Third-Party Notice Process* by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant (s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performce Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant (s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Defendant (s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG- |

**A359**

|  |  |  |
|---|---|---|
|  |  | JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 05/16/2006) |
| 05/17/2006 | 328 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 5/17/2006. SCHEDULING: The next status conference will be held on June 6, 2006, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: See Pretrial Order No. 8. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Adams-Ciardullo, Diana) (Entered: 05/17/2006) |
| 05/17/2006 | 329 | PRERIAL ORDER 8: (1) The parties are working cooperatively with respect to the production of confidential documents from the Wal-Mart litigation and do not require my intervention. (2) For reasons discussed in the attached Order, counsel for the defendants shall submit a proposed order concerning the production of outstanding confidential documents from USA v. Visa by May 19, 2006. (3) At the next status conference I will address the status of securing the necessary third parties' consent to the production of confidential documents from the First Data litigation. (SEE ATTACHED ORDER.) Signed by Judge James Orenstein on 05/17/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/17/2006) |
| 05/18/2006 | 330 | AMENDED Minute Entry for proceedings held before James Orenstein: Status Conference held on 5/18/2006. The prior minute entry incorrectly listed the date of the next status conference. The next status conference will be held on June 20, 2006, at 2:00 p.m. Accordingly, the deadline for the defendants to file a statement listing each necessary third party that has not consented to the production of confidential materials from the First Data litigation is extended until June 16, 2006. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/18/2006) |
| 05/19/2006 | 331 | NOTICE by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 |

JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant (s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO *Proposed Order re production of documents from DOJ action* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Mason, Robert) (Entered: 05/19/2006)

05/22/2006

| | | ORDER re 331 Notice -- Liason Counsel shall notify the court as to whether any of the plaintiffs object to the defendants proposed order by COB on May 24, 2006. Approved by Judge James Orenstein on 05/22/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | 332 | First MOTION for Leave to File *Supplemental Complaint* by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5870 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A. Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. (Attachments: # 1 Supplement Class Plaintiffs' First Supplemental Class Action Complaint)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wildfang, K.) (Entered: 05/22/2006) |
| 05/23/2006 | 333 | NOTICE of Appearance by Patricia A. Sullivan on behalf of all defendants Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Sullivan, Patricia) (Entered: 05/23/2006) |
| 05/23/2006 | | ORDER The plaintiffs' motion for leave to file a supplemental complaint, docket entry 332 , is hereby respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on May 23, 2006. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO, 1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Gleeson, John) (Entered: 05/23/2006) |
| 05/23/2006 | 334 | Corporate Disclosure Statement by Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728 JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant (s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendant(s) in civil action |

| | | |
|---|---|---|
| | | Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sullivan, Patricia) (Entered: 05/23/2006) |
| 05/23/2006 | | ORDER re 332 First MOTION for Leave to File *Supplemental Complaint* -- The defendants shall respond to the plaintiffs' application by May 26, 2006. If the defendants consent to the plaintiffs' request, they should confer with counsel for the plaintiffs and report whether the parties agree to any change in the agreed-upon date for responding to the complaint. Approved by Judge James Orenstein on 05/23/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/23/2006) |
| 05/23/2006 | | MOTIONS 332 First MOTION for Leave to File *Supplemental Complaint* REFERRED to Judge Mag. James Orenstein. (Piper, Francine) (Entered: 05/24/2006) |
| 05/24/2006 | | Email Notification Test - DO NOT REPLY. (Barrett, C.) (Entered: 05/24/2006) |
| 05/24/2006 | 335 | Letter *to court responsive to minute order of May 22, 2006, regarding the proposed order submitted by defendants* by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869-JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., |

| | |
|---|---|
| | et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintfff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-JO-00039-JG-JO(Wildfang, K.) (Entered: 05/24/2006) |
| 05/25/2006 | ORDER re 331 -- The proposed order submitted by defendants is SO ORDERED. Approved by Judge James Orenstein on 05/25/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sunshine, Jason) (Entered: 05/25/2006) |
| 05/26/2006 | 336 | Letter *to Attorney Admission Clerk requesting Pro Hac Admission and enclosing the requisite fee for Kimberly Keevers Palmer, Michael J. Brickman, Daniel O. Myers and Daniel M. Bradley* by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Geribon, Hector) (Entered: 05/26/2006) |
| 05/26/2006 | 337 | Corporate Disclosure Statement by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Geribon, Hector) (Entered: 05/26/2006) |
| 05/26/2006 | 338 | Corporate Disclosure Statement by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Geribon, Hector) (Entered: 05/26/2006) |
| 05/26/2006 | 339 | NOTICE of Change of the address of counsel Jaffe & Martin by Hector Daniel Geribon Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv- |

| | | |
|---|---|---|
| | | 05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Geribon, Hector) (Entered: 05/26/2006) |
| 05/26/2006 | 340 | NOTICE of Change of New York address by Regina Marie Calcaterra Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Calcaterra, Regina) (Entered: 05/26/2006) |
| 05/26/2006 | 341 | Letter *to Judge Orenstein Opposing Class Plaintiffs' Application for Leave and Requesting a Pre-Motion Conference with the Court* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Gallo, Kenneth) (Entered: 05/26/2006) |
| 05/26/2006 | 342 | Letter *to Judge Gleeson on Behalf of Mastercard Incorporated and Mastercard International Incorporated, Requesting a Pre-Motion Conference with the Court.* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Gallo, Kenneth) (Entered: 05/26/2006) |
| 05/26/2006 | 343 | Letter *to Judge Gleeson on Behalf of All Defendants Requesting a Pre-Motion Conference with the Court for the Purpose of Obtaining Permission to File a Motion Pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO, 1:06-cv-00039-JG-JO(Gallo, Kenneth) (Entered: 05/26/2006) |
| 05/30/2006 | [363](#) | FILING FEE: $ 100.00, receipt number 325700 Pro Hac Vice - Attorneys, Kimberly Keevers Palmer, Michael J. Brickman, Daniel O. Myers and Daniel M. Bradely. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Piper, Francine) (Entered: 06/08/2006) |
| 05/31/2006 | [344](#) | PRETRIAL ORDER 9: (1) A conference is scheduled for June 5, 2006, at 2:00 p.m. to discuss the class plaintiffs' application for leave to file a supplemental complaint. (2) The deadline for the defendants to file a responsive motion to the Consolidated Amended Class Complaint is adjourned without a date. The parties shall be prepared to discuss a revised briefing schedule at the next conference. **SEE ATTACHED ORDER**. Signed by Judge James Orenstein on 05/31/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 05/31/2006) |
| 05/31/2006 | [345](#) | Letter *to Magistrate Judge James Orenstein with regard to adjourning the previously set deadline for defendants to respond to the Consolidated Amended Class Complaint* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Wildfang, K.) (Entered: 05/31/2006) |
| 06/01/2006 | [346](#) | NOTICE of Appearance by David Sapir Lesser on behalf of HSBC Bank USA, N.A. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv- |

**A368**

| | | |
|---|---|---|
| | | 05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Lesser, David) (Entered: 06/01/2006) |
| 06/01/2006 | 347 | Corporate Disclosure Statement by HSBC Bank USA, N.A.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Lesser, David) (Entered: 06/01/2006) |
| 06/02/2006 | 431 | FILING FEE: $ 150.00, receipt number 019906 - Pro Hac Vice - Attorneys, Ross Abbey; Kenneth Freeling; Kevin Magnuson; M. Ginger McCauley; Sonya Seidl and Lyzette Wallace. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/27/2006) |
| 06/05/2006 | | ORDER the defendants' motion to dismiss is respectfully referred to Magistrate Judge James Orenstein for a report and recommendation. The motion is to be briefed and argued on a schedule to be set by Judge Orenstein. Ordered by Judge John Gleeson on June 5, 2006. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Gleeson, John) (Entered: 06/05/2006) |
| 06/05/2006 | 348 | NOTICE of Appearance by Eric Bloom on behalf of Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bloom, Eric) (Entered: 06/05/2006) |
| 06/05/2006 | 349 | Minute Entry for proceedings held before James Orenstein: Pre Motion Conference held on 6/5/2006. SCHEDULING: The next status conference will be held on June 20, 2006, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: See Pretrial Order No. 10. (Court Reporter Burt Sulzer.)Associated Cases: 05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO, 1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/05/2006) |
| 06/05/2006 | 350 | PRETRIAL ORDER 10 granting 332 Motion for Leave to File -- The attached Order grants the class plaintiffs' application for leave to file a supplemental complaint and addresses a number of scheduling issues. **SEE ATTACHED ORDER.** Signed by Judge James Orenstein on 06/05/06.(Adams-Ciardullo, Diana) (Entered: 06/05/2006) |
| 06/05/2006 | 426 | ADMISSION TO PRACTICE PRO HAC VICE, This Order confirms the appearance of Richard L. Creighton, Jr., Patrick F. Fischer, Joseph M. Callow,, Jr. and Drew M. Hicks as counsel. ( Ordered by Judge John Gleeson on 6/13/06) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/23/2006) |
| 06/05/2006 | 427 | FILING FEE: $ 100.00, receipt number 326005 - Pro Hac Vice Attorneys - Richard Creighton, Patrick Fischer, Joseph Callow and Drew Hicks. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv- |

| | | 02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/23/2006) |
|---|---|---|
| 06/06/2006 | 351 | NOTICE of Appearance by Patricia A. Sullivan on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sullivan, Patricia) (Entered: 06/06/2006) |
| 06/06/2006 | 352 | NOTICE of Appearance by Florence Amanda Crisp on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Crisp, Florence) (Entered: 06/06/2006) |
| 06/06/2006 | 353 | Letter *to Hon. Magistrate Judge Orenstein* by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. (Attachments: # 1 Updated Conflict of Interest Schedule)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Cowart, Jason) (Entered: 06/06/2006) |
| 06/06/2006 | 354 | Letter *Corrected to Hon. Magistrate Judge Orenstein* by Plaintiff(s) in civil action Discount |

Case 12-4671, Document 1255, 12/09/2014, 1389312, Page 148 of 277

| | | |
|---|---|---|
| | | Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. (Attachments: # 1 Updated Conflict of Interest Schedule)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800 JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Cowart, Jason) (Entered: 06/06/2006) |
| 06/07/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 06/07/2006) |
| 06/07/2006 | 355 | Corporate Disclosure Statement by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sullivan, Patricia) (Entered: 06/07/2006) |
| 06/07/2006 | 356 | STIPULATION of Dismissal *Without Prejudice* by Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wildfang, K.) (Entered: 06/07/2006) |
| 06/08/2006 | 357 | Corporate Disclosure Statement by Capital One Bank, Capital One F S B, Capital One Financial Corp. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO, 1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Frackman, Andrew) (Entered: 06/08/2006) |
| 06/08/2006 | 358 | NOTICE of Appearance by Andrew J. Frackman on behalf of Capital One Bank, Capital One F S B, Capital One Financial Corp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Frackman, Andrew) (Entered: 06/08/2006) |
| 06/08/2006 | 359 | NOTICE of Appearance by Edward D. Hassi on behalf of Capital One Bank, Capital One F S B, Capital One Financial Corp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Hassi, Edward) (Entered: 06/08/2006) |
| 06/08/2006 | 360 | NOTICE of Voluntary Dismissal by Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO *[same as #356]* (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Wildfang, K.) (Entered: 06/08/2006) |
| 06/08/2006 | 361 | Corporate Disclosure Statement by Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 06/08/2006) |
| 06/08/2006 | 362 | NOTICE of Change of Firm Name by Patricia A. Sullivan Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04774-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Piper, Francine) (Entered: 06/08/2006) |
| 06/08/2006 | 364 | ANSWER to Amended Complaint *(Answer of Defendants JPMorgan Chase & Co. and Chase Bank USA, N.A.)* by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant (s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant (s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant (s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv- |

Case 12-4671, Document 1255, 12/09/2014, 1389312, Page 151 of 277

| | | |
|---|---|---|
| | | 4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Greene, Peter) (Entered: 06/08/2006) |
| 06/08/2006 | 365 | Corporate Disclosure Statement by Wells Fargo & Company. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Grossman, Erica) (Entered: 06/08/2006) |
| 06/09/2006 | 366 | *Defendant Visa U.S.A. Inc.'s* ANSWER to Complaint *of Hy-Vee, Inc.* by Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) |
| 06/09/2006 | 367 | *Defendant Visa U.S.A. Inc.'s* ANSWER to Complaint *of Raley's* by Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) |

| | | |
|---|---|---|
| | | (Entered: 06/09/2006) |
| 06/09/2006 | 368 | *Defendant Visa U.S.A. Inc.'s* ANSWER to Complaint *of Supervalu Inc.* by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Mason, Robert) Modified on 6/9/2006 to indicate that the defendant filed this document (Barrett, C.) (Entered: 06/09/2006) |
| 06/09/2006 | 369 | *Defendant Visa U.S.A. Inc.'s* ANSWER to Complaint *Rite Aid Corporation et al.* by Defendant(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al 05-cv-5352 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) |
| 06/09/2006 | 370 | *Defendant Visa U.S.A. Inc.'s* ANSWER to Complaint *Supervalu Inc.* by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) |
| 06/09/2006 | 371 | *Defendant Visa U.S.A. Inc.'s* ANSWER to Complaint *of Kroger Co.* by Defendant(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) |

| | | |
|---|---|---|
| | | (Entered: 06/09/2006) |
| 06/09/2006 | 372 | *Defendant Visa U.S.A. Inc.'s* ANSWER to Complaint *of Meijer, Inc. et al.* by Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Mason, Robert) (Entered: 06/09/2006) |
| 06/09/2006 | 373 | *Defendant Visa U.S.A. Inc.'s* ANSWER to Complaint *Publix Supermarkets, Inc.* by Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG(Mason, Robert) (Entered: 06/09/2006) |
| 06/09/2006 | 374 | ANSWER to Complaint by Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant (s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, |

| | | |
|---|---|---|
| | | Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Jeffries, Richard) (Entered: 06/09/2006) |
| 06/09/2006 | 375 | *Defendant's Visa U.S.A. Inc's* ANSWER to Complaint *of All Class Actions* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Mason, Robert) (Entered: 06/09/2006) |
| 06/09/2006 | 376 | MOTION to Dismiss by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO. Responses due by 7/21/2006 (Attachments: # 1 MEMORANDUM OF LAW OF DEFENDANTS MASTERCARD INTERNATIONAL INCORPORATED AND MASTERCARD INCORPORATED IN SUPPORT OF THEIR MOTION TO DISMISS INDIVIDUAL MERCHANT PLAINTIFFS' CLAIMS UNDER SHERMAN ACT SECTION 2# 2 DECLARATION OF ADAV NOTI)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Carney, Gary) (Entered: 06/09/2006) |
| 06/09/2006 | 377 | ANSWER to Complaint *(Answer of Defendants Bank of America Corp., Bank of America,* |

| | | |
|---|---|---|
| | | *N.A., BA Merchant Services LLC, and MBNA America Bank, N.A.)* by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ladner, Mark) (Entered: 06/09/2006) |
| 06/09/2006 | 378 | ANSWER to Complaint *First Consolidated Amended Class Action Complaint* by Wells Fargo & Company.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Holian, Joshua) (Entered: 06/09/2006) |
| 06/09/2006 | 379 | *Defendant Texas Independent Bancshares, Inc.* ANSWER to Complaint *First Consolidated Amended Class Action Complaint* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Orleans, Jonathan) (Entered: 06/09/2006) |
| 06/09/2006 | 380 | NOTICE of Appearance by Eric J. McCarthy on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(McCarthy, Eric) (Entered: 06/09/2006) |
| 06/09/2006 | 381 | NOTICE of Appearance by Erica T. Grossman on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Grossman, Erica) (Entered: 06/09/2006) |
| 06/09/2006 | 382 | NOTICE of Appearance by Jason D. Cruise on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Cruise, Jason) (Entered: 06/09/2006) |
| 06/09/2006 | 383 | Letter *to Attorney Admissions Clerk, re: Pro Hac Vice Admission for Joseph W. Clark* by National City Bank of Kentucky, National City Corporation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Majoras, John) (Entered: 06/09/2006) |
| 06/09/2006 | 384 | *Defendants Providian National Bank, Providian Financial Corporation and Washington Mutual, Inc.'s* ANSWER to Complaint *First Consolidated Amended Class Action Complaint* by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. et al 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv- |

**A380**

| | | |
|---|---|---|
| | | 05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Sullivan, Patricia) (Entered: 06/09/2006) |
| 06/09/2006 | 385 | ANSWER to Complaint by National City Corporation.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Majoras, John) (Entered: 06/09/2006) |
| 06/09/2006 | 386 | ANSWER to Complaint by National City Bank of Kentucky.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Majoras, John) (Entered: 06/09/2006) |
| 06/09/2006 | 387 | MOTION to Dismiss by Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant (s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant (s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action |

| | | |
|---|---|---|
| | | Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant (s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant (s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Responses due by 7/21/2006 (Attachments: # 1 MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE PLAINTIFFS' PRE-2004 DAMAGES CLAIMS# 2 DECLARATION OF KENNETH A. GALLO# 3 DECLARATION OF BRETT KITT# 4 DECLARATION OF BRETT KITT PART 2# 5 DECLARATION OF BRETT KITT PART 3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Carney, Gary) (Entered: 06/09/2006) |
| 06/09/2006 | 388 | ANSWER to Complaint /Answer of Defendant Juniper Financial Corp. to the First Consolidated Amended Class Action Complaint by Juniper Financial Corporation. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Bagley, Lisa) (Entered: 06/09/2006) |
| 06/09/2006 | 389 | ANSWER to Complaint / Answer of Defendants MasterCard Incorporated and MasterCard International Incorporated to First Consolidated Amended Class Action Complaint by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv- |

**A382**

Eastern District of New York - LIVE Database V6.1                    Page 382 of 821

| | | |
|---|---|---|
| | | 05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) |
| 06/09/2006 | [390](#) | ANSWER to Complaint by HSBC Finance Corporation, HSBC North America Holdings, Inc. (Attachments: # 1 Exhibit Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Lesser, David) (Entered: 06/09/2006) |
| 06/09/2006 | [391](#) | *Visa International's* ANSWER to Complaint by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) |
| 06/09/2006 | [392](#) | ANSWER to Complaint with Jury Demand / *Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated* by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) |
| 06/09/2006 | [393](#) | ANSWER to Complaint with Jury Demand / *Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to The Kroger Co. Complaint 05-cv- 6913* by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Ravelo, Keila) (Entered: 06/09/2006) |
| 06/09/2006 | 394 | ANSWER to Complaint by Capital One Bank, Capital One F S B, Capital One Financial Corp.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Frackman, Andrew) (Entered: 06/09/2006) |
| 06/09/2006 | 395 | ANSWER to Complaint with Jury Demand / *Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to the Raley's Complaint (05-cv-4799)* by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Ravelo, Keila) (Entered: 06/09/2006) |
| 06/09/2006 | 396 | *Visa International's* ANSWER to Complaint *by Supervalu* by Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Kelly, Michael) (Entered: 06/09/2006) |
| 06/09/2006 | 397 | ANSWER to Complaint with Jury Demand / *Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to the Publix Super Markets, Inc Complaint (05-cv-4677)* by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, |

| | | |
|---|---|---|
| | | 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO, 1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) |
| 06/09/2006 | 398 | *Visa International's* ANSWER to Complaint *Rite Aid* by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) |
| 06/09/2006 | 399 | *Visa International's* ANSWER to Complaint *by Raley's* by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) |
| 06/09/2006 | 400 | ANSWER to Complaint with Jury Demand / *Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to the Rite Aid Corporation and Pathmark Store, Inc. Complaint (05-cv-0078)* by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Ravelo, Keila) (Entered: 06/09/2006) |
| 06/09/2006 | 401 | *Visa International's* ANSWER to Complaint *by Publix* by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) |

| 06/09/2006 | 402 | *Visa International's* ANSWER to Complaint *by Meijer* by all defendants. (Attachments: # 1 Certificate if Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO, 1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael): 06/09/2006) |
| 06/09/2006 | 403 | ANSWER to Complaint with Jury Demand */ Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to the Hy-Vee, Inc. Complaint (05-cv-3925)* by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO (Ravelo, Keila) (Entered: 06/09/2006) |
| 06/09/2006 | 404 | *Visa International's* ANSWER to Complaint *by Kroger* by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) |
| 06/09/2006 | 405 | *Visa International's* ANSWER to Complaint *by Hy-Vee* by all defendants. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Kelly, Michael) (Entered: 06/09/2006) |
| 06/09/2006 | 406 | ANSWER to Complaint with Jury Demand by Wachovia Bank, N.A., Wachovia Corporation.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520- |

| | | |
|---|---|---|
| | | JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Harris, Harold) (Entered: 06/09/2006) |
| 06/09/2006 | 407 | ANSWER to Complaint by Citibank N A, Citicorp, Citigroup Inc.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Nagin, Benjamin) (Entered: 06/09/2006) |
| 06/12/2006 | 408 | STIPULATION re 350 Order on Motion for Leave to File, *AND [PROPOSED] SCHEDULING ORDER* by Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05--cv-4728 JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S. A, Inc. et al, 05-cv-3924 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071- |

|  |  | JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Carney, Gary) (Entered: 06/12/2006) |
| 06/12/2006 | 409 | MEMORANDUM to all counsel concerning electronic filing. **SEE ATTACHED MEMORANDUM.** Signed by Judge James Orenstein on 06/12/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/12/2006) |
| 06/12/2006 | 424 | ORDER, granting Joseph W. Clark request for admission pro hac vice. (Ordered by Judge John Gleeson on 6/14/06)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Piper, Francine) (Entered: 06/23/2006) |
| 06/12/2006 | 425 | FILING FEE: $ 25.00, receipt number 326389. Pro Hac Vice, - Attorney, Joseph W. Clark. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv- |

| | | |
|---|---|---|
| | | 01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/23/2006) |
| 06/13/2006 | | ORDER re 408 Stipulation -- SO ORDERED. Approved by Judge James Orenstein on 06/13/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/13/2006) |
| 06/14/2006 | | Email Notification Test - DO NOT REPLY (Levine, Evelyn) (Entered: 06/14/2006) |
| 06/15/2006 | 410 | Letter *from Peter E. Greene, Esq. to the Honorable James Orenstein* by Chase Bank USA, N.A., JP Morgan Chase & Co.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO (Greene, Peter) (Entered: 06/15/2006) |
| 06/15/2006 | 411 | NOTICE of Appearance by Patrick F. Fischer on behalf of Fifth Third Bancorp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Fischer, Patrick) (Entered: 06/15/2006) |
| 06/15/2006 | 412 | NOTICE of Appearance by Richard L. Creighton on behalf of Fifth Third Bancorp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Creighton, Richard) (Entered: |

| | | 06/15/2006) |
|---|---|---|
| 06/15/2006 | 413 | NOTICE of Appearance by Drew M. Hicks on behalf of Fifth Third Bancorp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Hicks, Drew) (Entered: 06/15/2006) |
| 06/15/2006 | 414 | NOTICE of Appearance by Joseph M. Callow on behalf of Fifth Third Bancorp Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Callow, Joseph) (Entered: 06/15/2006) |
| 06/15/2006 | 415 | Letter to *Hon. Judge Orenstein regarding Status Conference currently scheduled for June 20, 2006,* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 06/15/2006) |
| 06/16/2006 | 416 | MOTION to Substitute Attorney *and terminate notices to Attorney Paul F. Donsbach* by Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Jeffries, Richard) (Entered: 06/16/2006) |

| | | |
|---|---|---|
| 06/16/2006 | | ORDER -- In the absence of consent, the defendants' application to adjourn the next conference is denied. If there are matters that are unripe for decision as of the date of the conference, I will schedule further proceedings as appropriate.Approved by Judge James Orenstein on 06/16/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/16/2006) |
| 06/16/2006 | 417 | STATUS REPORT *Parties' Joint Agenda and Status Report for June 20, 2006 Conference* by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 06/16/2006) |
| 06/19/2006 | | ORDER granting 416 Motion to Substitute Attorney -- SO ORDERED. Approved by Judge James Orenstein on 06/19/06. (Adams-Ciardullo, Diana) (Entered: 06/19/2006) |
| 06/19/2006 | 418 | STIPULATION *and [Proposed] Order to Extend Time for Defendants to Respond to Complaint* by Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Defendant(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Defendant(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2534 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 06/19/2006) |
| 06/20/2006 | 419 | Letter *re: payment of Pro Hac Vice fee for Valarie C. Williams* by Wachovia Bank, N.A., Wachovia Corporation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Harris, Harold) (Entered: 06/20/2006) |
| 06/20/2006 | | ORDER re 418 Stipulation -- SO ORDERED. Approved by Judge James Orenstein on 06/20/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/20/2006) |
| 06/20/2006 | 420 | NOTICE of Appearance by Charles S. Hellman on behalf of Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Hellman, Charles) (Entered: 06/20/2006) |
| 06/20/2006 | 421 | NOTICE of Appearance by Harold Stephen Harris on behalf of Wachovia Bank, N.A., Wachovia Corporation Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Harris, Harold) (Entered: 06/20/2006) |
| 06/20/2006 | 422 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 6/20/2006. APPEARANCES: See attachment. SCHEDULING: The next status conference will be held on August 8, 2006, at 9:30 a.m. THE FOLLOWING RULINGS WERE MADE: (1) Legacy discovery is proceeding as discussed on the record. (2) Counsel for parties with an interest in the issue of the production of the objective coding of documents produced in the Wal-Mart litigation, together with Lead Class Counsel in that litigation, will continue to discuss the matter and report further at the next conference. Lead Class Counsel from the |

| | | |
|---|---|---|
| | | Wal-Mart litigation is encouraged to attend the next conference if the matter has not been resolved by that time. (3) Counsel for the class plaintiffs shall provide a copy of this minute order to the Wal-Mart Lead Class Counsel. (Attachments: # 1 Exhibit) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 06/20/2006) |
| 06/21/2006 | 432 | FILING FEE: $ 25.00, receipt number 326738. Pro Hac Vice attorney Cary L. Talbot. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Donna) (Entered: 06/29/2006) |
| 06/22/2006 | 423 | MOTION to Withdraw as Attorney by Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Raabe, Craig) (Entered: 06/22/2006) |
| 06/23/2006 | | ORDER granting 423 Motion to Withdraw as Attorney -- SO ORDERED. Approved by Judge James Orenstein on 06/23/06.(Adams-Ciardullo, Diana) (Entered: 06/23/2006) |
| 06/26/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 06/26/2006) |
| 06/26/2006 | 428 | NOTICE of Appearance by Valerie C. Williams on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of |

| | | |
|---|---|---|
| | | Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/26/2006) |
| 06/26/2006 | 429 | FILING FEE: $ 15.00, receipt number 326656 - Pro Hac Vice - Attorney, Valerie Williams Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 06/26/2006) |
| 06/26/2006 | 430 | STIPULATION *(Amended) and [Proposed] Order to Extend Time for Defendants to Respond to Complaint* by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 06/26/2006) |
| 06/27/2006 | | ORDER re 430 Stipulation -- SO ORDERED. Approved by Judge James Orenstein on 06/27/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, |

**A394**

| | | |
|---|---|---|
| | | Diana) (Entered: 06/27/2006) |
| 06/30/2006 | 439 | PRO HACE VICE FILING FEE: $ 50.00, receipt number 327050 as to Gregory S. Seador and Allyson M. Maltas. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Donna) (Entered: 07/11/2006) |
| 07/05/2006 | 433 | NOTICE of Change of Firm Name/Address to Dickstein Shapiro LLP 1825 Eye Street, NW Washington, DC 20006-5403 by Alicia Batts *for Visa International Service Association* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Batts, Alicia) (Entered: 07/05/2006) |
| 07/05/2006 | 434 | AMENDED COMPLAINT *Class Plaintiffs' First Supplemental Class Action Complaint* against Bank Of America, N.A., HSBC Bank USA, N.A., HSBC Bank USA, N.A., Capital One Bank, Capital One F S B, Capital One Financial Corp, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff (s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, |

| | | |
|---|---|---|
| | | Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff (s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO.(Wildfang, K.) (Entered: 07/05/2006) |
| 07/06/2006 | 435 | ANSWER to Amended Complaint by Fifth Third Bancorp.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Fischer, Patrick) (Entered: 07/06/2006) |
| 07/06/2006 | 436 | *Defendant SunTrust Bank's* ANSWER to Amended Complaint by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Williams, Valerie) (Entered: 07/06/2006) |
| 07/07/2006 | 437 | Letter *Requesting Admittance of Michael P. Kenny Pro Hac Vice* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Williams, Valerie) (Entered: 07/07/2006) |
| 07/10/2006 | 438 | Letter *to Magistrate Judge Orenstein re: MasterCard's Motion for Disqualification of Counsel* by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gallo, Kenneth) (Entered: 07/10/2006) |
| 07/10/2006 | 446 | ORDER, Admission for Pro Hac Vice is granted. ( Ordered by Judge John Gleeson on 7/10/06) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/18/2006) |
| 07/10/2006 | 447 | FILING FEE: $ 25.00, receipt number 327320 - Pro Hac Vice Attorney, Michael P. Kenny, Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/18/2006) |
| 07/11/2006 | 440 | Letter dated 7/6/06 from Eva A. Temkin, Law Clerk to the Honorable John Gleeson to K. Craig Wildfang, forwarding three letters received by the Court regarding the Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, also enclosing a copy of the letter sent in response. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Donna) (Entered: 07/11/2006) |
| 07/11/2006 | 441 | NOTICE of Appearance by Allyson M. Maltas on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Maltas, Allyson) (Entered: 07/11/2006) |
| 07/11/2006 | 442 | NOTICE of Appearance by Gregory S. Seador on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Seador, Gregory) (Entered: 07/11/2006) |
| 07/11/2006 | 443 | Letter *Re: Pro Hace Vice Admission of Timothy M. Maggio, Jennifer A. Kenedy, and P. Russell Perdew* by Visa International Service Association. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kelly, Michael) (Entered: 07/11/2006) |
| 07/12/2006 | 444 | NOTICE of Appearance by Jennifer A. Kenedy on behalf of Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520- |

| | | |
|---|---|---|
| | | JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kenedy, Jennifer) (Entered: 07/12/2006) |
| 07/13/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 07/13/2006) |
| 07/13/2006 | 445 | NOTICE of Appearance by P. Russell Perdew on behalf of Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05153-JG-JO, 1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Perdew, P.) (Entered: 07/13/2006) |
| 07/20/2006 | 448 | NOTICE of Appearance by Jeffrey M Norton on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Norton, Jeffrey) (Entered: 07/20/2006) |
| 07/20/2006 | 449 | NOTICE of Appearance by Jeffrey M Norton on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv- |

| | | 02532-JG-JO,1:06-cv-02534-JG-JO(Norton, Jeffrey) (Entered: 07/20/2006) |
|---|---|---|
| 07/20/2006 | 450 | NOTICE of Appearance by Jeffrey M Norton on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Norton, Jeffrey) (Entered: 07/20/2006) |
| 07/21/2006 | 451 | RESPONSE in Opposition re 376 MOTION to Dismiss filed by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 07/21/2006) |
| 07/21/2006 | 452 | Letter by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 07/21/2006) |
| 07/21/2006 | 453 | RESPONSE in Opposition re 387 MOTION to Dismiss *or Alternatively to Strike Plaintiffs' Pre-2004 Damages Claims* filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted |

Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff (s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff (s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 07/21/2006)

| 07/21/2006 | 454 | AFFIDAVIT in Opposition re 387 MOTION to Dismiss *Declaration of K. Craig Wildfang in Opposition to Defendants' Motion to Dismiss or Alternatively to Strike Plaintiffs' Pre-2004 Damages Claims* filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff (s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil |

| | | |
|---|---|---|
| | | action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3A# 4 Exhibit 3B# 5 Exhibit 3C# 6 Exhibit 4A# 7 Exhibit 4B# 8 Exhibit 5# 9 Exhibit 6)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 07/21/2006) |
| 07/21/2006 | 455 | AFFIDAVIT in Opposition re 387 MOTION to Dismiss *Declaration of Ryan W. Marth in Opposition to Defendants' Motion to Dismiss or Alternatively to Strike Plaintiffs' Pre-2004 Damages Claims* filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff (s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff (s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil |

| | | |
|---|---|---|
| | | action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 07/21/2006) |
| 07/21/2006 | 457 | FILING FEE: $25.00, receipt number 328129 - Pro Hac Vice Admission - Walter W. Noss. (Piper, Francine) Modified on 8/22/2006 (Mahon, Cinthia). (Entered: 07/25/2006) |
| 07/21/2006 | 459 | FILING FEE: $ 25.00, receipt number 328131 - Pro Hac Vice Attorney Admission - Mark V. Jackowski. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/25/2006) |
| 07/21/2006 | 460 | FILING FEE: $ 25.00, receipt number 328130 - Pro Hac Vice Attorney Admission - Edmund W. Searby. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) |

| | | |
|---|---|---|
| | | (Entered: 07/25/2006) |
| 07/25/2006 | 456 | ORDER, admission pro hac vice is granted. (Ordered by Judge John Gleeson on 7/19/06) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/25/2006) |
| 07/25/2006 | 458 | FILING FEE: $ 75.00, receipt number 327423 - Pro Hac Vice Attorney Admission - Timothy Maggio, Jennifer Kenedy and P. Russell Perdew. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 07/25/2006) |
| 07/25/2006 | 461 | NOTICE of Appearance by Daniel O. Myers on behalf of Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Myers, Daniel) (Entered: 07/25/2006) |
| 07/25/2006 | 462 | NOTICE of Appearance by Kimberly Keevers Palmer on behalf of Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG- |



| | | |
|---|---|---|
| | | JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Keevers Palmer, Kimberly) (Entered: 07/25/2006) |
| 07/25/2006 | 463 | NOTICE of Appearance by Daniel M. Bradley on behalf of Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Bradley, Daniel) (Entered: 07/25/2006) |
| 07/25/2006 | 464 | TRANSCRIPT of Conference held on May 17, 2006 before Judge James Orenstein. Court Reporter: Gene Rudolph. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Permaul, Jenny) (Entered: 07/25/2006) |
| 07/26/2006 | 465 | Letter dated 5/25/06 from Melanie Orzel, Process Specialist to Arnold & Porter LLP to advise it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Wells Fargo & Company. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Guzzi, Roseann) (Entered: 07/26/2006) |
| 07/26/2006 | 466 | Letter dated 5/25/06 from Melanie Orzel, Process Specialist to Arnold & Porter LLP to advise it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Wells Fargo & Company. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv- |

|  |  | 04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1,05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Guzzi, Roseann) (Entered: 07/26/2006) |
| 08/02/2006 | 467 | MOTION for Extension of Time to File *Joint Status Report and Agenda* by all parties. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 08/02/2006) |
| 08/03/2006 |  | ORDER granting 467 Motion for Extension of Time to File -- The application is granted. In the future, however, all counsel should avoid assuming that my failure to act instantly on an application submitted at the eleventh hour means that the application has been granted, as that assumption will normally be incorrect. Absent an emergency, I will normally deny an application to adjourn a deadline or conference made less than 48 hours before that deadline or conference. Approved by Judge James Orenstein on 08/03/06. (Adams-Ciardullo, Diana) (Entered: 08/03/2006) |
| 08/03/2006 | 468 | NOTICE of Appearance by Jeffrey M Norton on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO, 1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Norton, Jeffrey) (Entered: 08/03/2006) |
| 08/04/2006 | 469 | ANSWER to Complaint *of Bi-Lo LLC and Bruno's Supermarkets, Inc.* by Visa International Service Association. (Attachments: # 1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO, 1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv- |

| | | |
|---|---|---|
| | | 05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1,05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kelly, Michael) (Entered: 08/04/2006) |
| 08/04/2006 | 470 | ANSWER to Complaint *of Bi-Lo LLC and Bruno's Supermarkets, Inc.* by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 08/04/2006) |
| 08/04/2006 | 471 | STIPULATION *and [Proposed] Order Adopting the Briefing of Defendant's Previously Filed Motion to Dismiss and Extending the Time for Defendants to Respond to Complaint* by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1,05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Freimuth, Matthew) (Entered: 08/04/2006) |
| 08/04/2006 | 472 | ANSWER to Complaint *in BI-LO, LLC, and Bruno's Supermarkets, Inc. v. Visa U.S.A. Inc, et al.* by Visa U.S.A. Inc..Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 08/04/2006) |
| 08/04/2006 | 473 | STATUS REPORT *Parties' Case Status Report and Proposed Agenda for Case Management Conference No. 5* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Attachment No. 1# 2 Exhibit Attachment No. 2a# 3 Exhibit Attachment No. 2b# 4 Exhibit Attachment No. 2c# 5 Exhibit Attachment No. 3# 6 |

| | | |
|---|---|---|
| | | Exhibit Attachment No. 4# <u>7</u> Exhibit Attachment No. 5# <u>8</u> Exhibit Attachment No. 6# <u>9</u> Exhibit Attachment No. 7# <u>10</u> Exhibit Attachment No. 8# <u>11</u> Exhibit Attachment No. 9# <u>12</u> Exhibit Attachment No. 10)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO, 1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Wildfang, K.) (Entered: 08/04/2006) |
| 08/07/2006 | | ORDER re <u>471</u> Stipulation -- SO ORDERED. Ordered by Judge James Orenstein on 08/08/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO, 1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/07/2006) |
| 08/07/2006 | <u>474</u> | MEMORANDUM AND ORDER: (1) For the reasons set forth in the attached document, as well as those orally stated on the record on January 27, 2006, I denied the motion of defendants MasterCard Incorporated and MasterCard International Incorporated to disqualify attorney K. Craig Wildfang and the law firm of Robins, Kaplan, Miller & Ciresi from further representation of the plaintiffs in this litigation. (2) The movants may seek Judge Gleeson's review of the denial of its disqualification motion no later than August 21, 2006. I will entertain an application for a further enlargement of the time to seek such review on a showing of good cause filed before that deadline. (3) I have temporarily issued this attached Memorandum and Order under seal. No later than August 21, 2006, the parties shall identify the portions of this document, if any, that they wish to redact and maintain under seal, and explain the need for such continued secrecy; I will thereupon unseal the portions of this document as to which there is no such showing of need. SEE ATTACHED DOCUMENT. Signed by JudgeJames Orenstein on 08/07/06. (Adams-Ciardullo, Diana) Additional attachment(s) added on 8/7/2006 (Guy, Alicia). Modified on 8/17/2006 (Guy, Alicia). (Entered: 08/07/2006) |
| 08/07/2006 | <u>475</u> | Letter *regarding the Parties' Case Management Report and Proposed Agenda for Case Management Conference No. 5* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 08/07/2006) |
| 08/07/2006 | | Document sealed -- The Clerk of the court is directed to seal docket entry 473, attachments 6 & 8. Approved by Judge James Orenstein on 08/08/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/07/2006) |
| 08/07/2006 | 476 | Letter *Regarding Payment for Naeemah Clark's Admission Pro Hac Vice* by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Williams, Valerie) (Entered: 08/07/2006) |
| 08/07/2006 | 477 | Letter *requesting additional attachment to the Status Report to be placed under seal* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 08/07/2006) |
| 08/07/2006 | 478 | NOTICE of Appearance by Naeemah Clark on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil |

| | | action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Clark, Naeemah) (Entered: 08/07/2006) |
| 08/07/2006 | 479 | Letter *to Magistrate Judge James Orenstein from Julie Rottenberg* by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 08/07/2006) |
| 08/07/2006 | 480 | FILING FEE: $ 25.00, receipt number 328398 - Pro Hac Vice Attorney - Naeemah Clark Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 08/08/2006) |
| 08/08/2006 | 481 | STIPULATION *and Proposed Order* by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Cowart, Jason) (Entered: 08/08/2006) |
| 08/08/2006 | 482 | Letter *to Magistrate Judge Orenstein re. Dkt. No. 481* by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Cowart, Jason) (Entered: 08/08/2006) |
| 08/09/2006 | 483 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 8/9/2006. SCHEDULING: The next status conference will be held on September 20, 2006, at 2:00 p.m. Further status conferences will be held on: November 7, 2006, at 9:30 a.m., December 18, 2006, at 9:30 a.m., January 29, 2007, at 9:30 a.m., and March 12, 2007, at 10:30 a.m. THE FOLLOWING RULINGS WERE MADE: (1) Discovery is proceeding as discussed on the record. (2) The schedule for future conferences is merely presumptive: Counsel should feel free to confer and propose alternate dates and times to which all parties consent. (Court Reporter Anthony Mancuso.) (Attachments: # 1 Exhibit A) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/09/2006) |
| 08/09/2006 | 484 | ORDER re 481 Stipulation -- The attached stipulation is SO ORDERED. Approved by Judge James Orenstein on 08/09/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Adams-Ciardullo, Diana) (Entered: 08/09/2006) |
| 08/09/2006 | | ORDER re 477 Letter, 479 Letter -- The Clerk of the Court is directed to seal attachments 2, 2b, 2c, and 5 to docket entry 473. Counsel shall submit redacted versions of these documents for public filing. Ordered by Judge James Orenstein on 08/09/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/09/2006) |
| 08/11/2006 | 485 | STIPULATION *and [PROPOSED] SCHEDULING ORDER* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Carney, Gary) (Entered: 08/11/2006) |
| 08/14/2006 | | ORDER re 485 Stipulation -- SO ORDERED. Ordered by Judge James Orenstein on 08/14/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/14/2006) |
| 08/16/2006 | 486 | Letter *to Magistrate Judge Orenstein re: the Court's August 7, 2006 Memorandum and Order* |

Eastern District of New York - LIVE Database V6.1                                    Page 412 of 821

| | | |
|---|---|---|
| | | by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gallo, Kenneth) (Entered: 08/16/2006) |
| 08/17/2006 | 487 | Letter *to Magistrate Judge Orenstein re: August 16, 2006 Letter* by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gallo, Kenneth) (Entered: 08/17/2006) |
| 08/17/2006 | | ORDER TO UNSEAL DOCUMENT 474 Order on Motion to Disqualify Counsel -- The Clerk of the Court is directed to unseal document 474. Ordered by Judge James Orenstein on 08/17/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/17/2006) |
| 08/17/2006 | | PRETRIAL ORDER 11 re 486 Letter -- The application is granted. The time within which MasterCard may seek Judge Gleeson's review of the denial of its disqualification motion is extended through September 29, 2006. Approved by Judge James Orenstein on 08/17/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/17/2006) |
| 08/17/2006 | 488 | Letter *to Judge Gleeson on behalf of all Defendants Requesting Permission to Submit a Reply Brief of up to Fifteen Pages in Length* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO, 1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Gallo, Kenneth) (Entered: 08/17/2006) |
| 08/18/2006 | | ORDER re 488 Letter -- The application is granted. Ordered by Judge James Orenstein on 08/18/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 08/18/2006) |
| 08/18/2006 | 489 | REPLY to Response to Motion re 376 MOTION to Dismiss *REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MASTERCARD'S MOTION TO DISMISS INDIVIDUAL MERCHANT PLAINTIFFS' CLAIMS UNDER SHERMAN ACT SECTION 2* filed by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Carney, Gary) (Entered: 08/18/2006) |
| 08/18/2006 | 490 | REPLY to Response to Motion re 387 MOTION to Dismiss *REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE PLAINTIFFS' PRE-2004 DAMAGES CLAIMS* filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 SECOND DECLARATION OF BRETT KITT)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Carney, Gary) (Entered: 08/18/2006) |
| 08/29/2006 | 491 | Letter *to Magistrate Judge Orenstein dated August 29, 2006* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO, 1:06-cv-02534-JG-JO(Blechman, William) (Entered: 08/29/2006) |
| 08/30/2006 | 492 | Letter MOTION for Discovery by all plaintiffs. (Attachments: # 1 Appendix Appendix A - F) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 08/30/2006) |
| 08/30/2006 | 493 | NOTICE by Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO *Notice of Withdrawal* Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Volin, Richard) (Entered: 08/30/2006) |

| | | |
|---|---|---|
| 08/30/2006 | 494 | CERTIFICATE of Counsel *Pro Hac Notice for Hadley Roeltgen* by Michael J. Boni on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Boni, Michael) (Entered: 08/30/2006) |
| 09/05/2006 | 495 | RESPONSE in Opposition re 492 Letter MOTION for Discovery *containing exhibits A-C* filed by Mastercard Incorporated, Mastercard International Incorporated, Visa International Service Association, Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ravelo, Keila) (Entered: 09/05/2006) |
| 09/05/2006 | 496 | NOTICE of Change of Firm name by Tracey L. Kitzman Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kitzman, Tracey) (Entered: 09/05/2006) |
| 09/08/2006 | | ORDER re 491 Letter -- The individual plaintiffs' request that I hear oral argument on MasterCard's motion to dismiss certain of their claims at the September 20, 2006, status conference is denied. I will set a schedule for oral argument on both pending dismissal motions at the next conference. Ordered by Judge James Orenstein on 09/08/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG- |

**A416**

| | | |
|---|---|---|
| | | JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 09/08/2006) |
| 09/11/2006 | [497](#) | Letter *Brief moving the Court for and Order resolving discovery disputes* by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. v. Visa 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO. (Attachments: # [1](#) Appendix Appendix# [2](#) Exhibit Exhibit A# [3](#) Exhibit Exhibit B# [4](#) Exhibit Exhibit C# [5](#) Exhibit Exhibit D# [6](#) Exhibit Exhibit E# [7](#) Exhibit Exhibit F# [8](#) Exhibit Exhibit G)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 09/11/2006) |
| 09/12/2006 | 498 | ANSWER to Complaint *Answer of Defendant Visa U.S.A. Inc.* by Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 09/12/2006) |
| 09/12/2006 | 499 | Letter *to Magistrate Orenstein compelling discovery* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 09/12/2006) |
| 09/12/2006 | 500 | ANSWER to Complaint *in Meijer, Inc and Meijer Stores Limited Partnership* by Mastercard Incorporated, Mastercard International Incorporated.Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ravelo, Keila) (Entered: 09/12/2006) |
| 09/12/2006 | 501 | ANSWER to Complaint *of Meijer Inc. and Meijer Stores Limited Partnership* by Visa International Service Association. (Attachments: # 1 Certificate of Service)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO, 1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02534-JG-JO(Kelly, Michael) (Entered: 09/12/2006) |
| 09/13/2006 | 502 | NOTICE of Appearance by Yeshimebet Abebe on behalf of Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Abebe, Yeshimebet) (Entered: 09/13/2006) |
| 09/13/2006 | 503 | NOTICE of Appearance by James M. Wilson, Jr on behalf of Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wilson, James) (Entered: 09/13/2006) |
| 09/14/2006 | 504 | First MOTION for Extension of Time to File Response/Reply as to 497 Letter,,,,,,,,,,,,,,,,,, by Visa International Service Association. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kelly, Michael) (Entered: 09/14/2006) |
| 09/14/2006 | | ORDER re 504 First MOTION for Extension of Time to File Response/Reply as to 497 Letter |

| | | |
|---|---|---|
| | | -- The application is granted. Defendants Visa International and Visa U.S.A. shall respond to the plaintiffs' motion by September 18, 2006. Ordered by Judge James Orenstein on 09/14/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: 09/14/2006) |
| 09/14/2006 | [505](#) | STATUS REPORT *and Proposed Agenda for Case Management Conference No. 6* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # [1](#) Exhibit 1-3)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 09/14/2006) |
| 09/14/2006 | | ORDER granting [504](#) Motion for Extension of Time to File Response/Reply re [504](#) First MOTION for Extension of Time to File Response/Reply as to [497](#) Letter (Ordered by Judge James Orenstein on 9/14/06) (Piper, Francine) (Entered: 09/18/2006) |
| 09/15/2006 | [506](#) | Letter *Response in opposition re 499 Plaintiffs' September 12, 2006 letter motion on behalf of all defendants* by Visa U.S.A Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Mason, Robert) (Entered: 09/15/2006) |
| 09/15/2006 | [507](#) | MOTION to Dismiss *Class Plaintiffs' First Supplemental Class Action Complaint* by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # [1](#) Memorandum of Law of Defendants Mastercard International Incorporated and Mastercard Incorporated in Support of Their Motion to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint# [2](#) Declaration of Adav Noti)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Carney, Gary) (Entered: 09/15/2006) |
| 09/18/2006 | 508 | Letter *in response re 497 Plaintiffs' September 11, 2006 letter motion* by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 09/18/2006) |
| 09/18/2006 | 509 | Letter *in response re 497 Plaintiffs' September 11, 2006 letter motion* by Visa International Service Association. (Attachments: # 1 Exhibit Appendix and Exhibits A-D)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Kelly, Michael) (Entered: 09/18/2006) |
| 09/20/2006 | 510 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 9/20/2006. APPEARANCES: See attachment. SCHEDULING: The next status conference will be held on November 7, 2006, at 9:30 a.m. THE FOLLOWING RULINGS WERE MADE: See attached document. (Attachments: # 1 Exhibit Appearances) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Adams-Ciardullo, Diana) (Entered: |


| | | 09/20/2006) |
|---|---|---|
| 09/21/2006 | [511] | Letter *to Magistrate Judge Orenstein re: Requesting Oral Argument* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gallo, Kenneth) (Entered: 09/21/2006) |
| 10/02/2006 | 512 | 4 Sealed Envelopes labeled 1 of 4 placed in vault filed by Larry Coury. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 10/02/2006) |
| 10/04/2006 | [513] | STIPULATION *Concerning Production of Copies of Documents* by Citibank N A, Citicorp, Citigroup Inc. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Grush, Eric) (Entered: 10/04/2006) |
| 10/04/2006 | [514] | Letter *to Magistrate Judge Orenstein in Response to Minute Order dated September 20, 2006 on Behalf of All Parties* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO |

| | | |
|---|---|---|
| | | JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:05-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ladner, Mark) (Entered: 10/04/2006) |
| 10/04/2006 | | **SCHEDULING ORDER:** Oral argument on the two pending motions to dismiss is scheduled for November 21, 2006 at 9:30 a.m. in Courtroom 6 North, 4th floor. Ordered by Judge James Orenstein on 10/04/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO. (Pallak, Michelle) (Entered: 10/04/2006) |
| 10/05/2006 | 515 | ORDER re 492 Letter MOTION for Discovery, 495 Response in Opposition to Motion -- The attached order addresses the temporal scope of discovery. **SEE ATTACHED ORDER** . Ordered by Judge James Orenstein on 10/05/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO. (Pallak, Michelle) Additional attachment(s) added on 10/5/2006 (Guy, Alicia). (Entered: 10/05/2006) |
| 10/05/2006 | | ORDER re 513 Stipulation -- The stipulation is SO ORDERED. Ordered by Judge James Orenstein on 10/05/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 10/05/2006) |
| 10/05/2006 | | ORDER re 514 Letter -- The parties' application to continue discussions and report on the status of any remaining disputes by October 13, 2006 is SO ORDERED. Ordered by Judge James Orenstein on 10/05/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, |

| | | |
|---|---|---|
| | | 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 10/05/2006) |
| 10/05/2006 | 516 | Letter *to Judge Gleeson Re: MasterCard's Objection to Judge Orenstein's Order Denying Disqualification of Counsel* by Hal R. Lieberman. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Lieberman, Hal) (Entered: 10/05/2006) |
| 10/05/2006 | 517 | Letter *to Magistrate Judge Orenstein requesting protection from Amex subpoenas* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Exhibit Meet and confer correspondence# 2 Exhibit Comparison Chart# 3 Exhibit Subpoena# 4 Exhibit Subpoena# 5 Exhibit Hearing transcript excerpts# 6 Exhibit Amex Order) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 10/05/2006) |
| 10/05/2006 | 518 | Letter *to Magistrate Judge Orenstein regarding coordination of discovery* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Exhibit Meet and confer correspondence)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG- |

| | | |
|---|---|---|
| | | JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Blechman, William) (Entered: 10/05/2006) |
| 10/05/2006 | 519 | Letter *to Magistrate Judge Orenstein* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 10/05/2006) |
| 10/10/2006 | 520 | NOTICE of Appearance by Randall A. Hack on behalf of Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Hack, Randall) (Entered: 10/10/2006) |
| 10/11/2006 | 521 | CERTIFICATE of Counsel *Pro Hac Vice Notice for Alan C. Promer of Hangley Aronchick Segal & Pudlin* by Eric Bloom on behalf of Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Bloom, Eric) (Entered: 10/11/2006) |
| 10/11/2006 | 522 | Letter *Response re docket # 517 by Defendants Visa U.S.A., Visa International, MasterCard, Captial One, Chase, Providian and Wells Fargo to Plaintiffs letter motion dated October 5, 2006* by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG- |

**A425**

| | | |
|---|---|---|
| | | JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05883-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Mason, Robert) (Entered: 10/11/2006) |
| 10/11/2006 | 523 | Letter *Response re 518 by Defendants MasterCard International Incorporated, MasterCard Incorporated, Visa U.S.A., Visa International, Captial One, Chase, Providian and Wells Fargo to Plaintiffs letter motion dated October 5, 2006* by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ravelo, Keila) (Entered: 10/11/2006) |
| 10/12/2006 | 535 | FILING FEE: $ 25.00, receipt number 331016 - Pro Hac Vice Attorney - Alan C. Promer. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 10/26/2006) |
| 10/12/2006 | 536 | FILING FEE: $ 25.00, receipt number 331012 - Pro Hac Vice Attorney - Michael Alexander Johnson. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Piper, Francine) (Entered: 10/26/2006) |
| 10/13/2006 | 524 | Letter *on behalf of Plaintiffs regarding progress on various discovery issues* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Supplement Attachment 1# 2 Supplement Attachment 2# 3 Supplement Attachment 3# 4 Supplement |

| | | |
|---|---|---|
| | | Attachment 4)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 10/13/2006) |
| 10/13/2006 | 525 | Letter *to Magistrate Judge Orenstein on behalf of Defendants regarding progress on various discovery issues* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ladner, Mark) (Entered: 10/13/2006) |
| 10/16/2006 | 526 | Letter MOTION to Compel by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Boccanfuso, Anthony) (Entered: 10/16/2006) |
| 10/16/2006 | 527 | NOTICE of Appearance by Michael J. Gaertner on behalf of Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gaertner, Michael) (Entered: 10/16/2006) |
| 10/17/2006 | 528 | Letter dtd. 10/11/2006 from M. Carter of the Panel to EDNY, enclosing a certified copy of their Cond. Transf. Order (CTO-3), so that EDNY can now request the transfer of the action Esdacy, Inc vs. Visa U.S.A. st al from South Carolina 2:06-2192 for consol. into MDL-1720. ***Fwd. for assignment of new EDNY civil no. Additional attachment(s) added on 10/17/2006 (Marziliano, August). (Entered: 10/17/2006) |
| 10/17/2006 | | Email Notification Test - DO NOT REPLY (Lee, Tiffeny) (Entered: 10/17/2006) |
| 10/17/2006 | 529 | Sealed document containing letter motion to compel. Sealed as per order of MJ Orenstein. Date of sealing: 2/21/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05879-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Chee, Alvin) (Entered: 10/18/2006) |
| 10/18/2006 | 530 | Letter *in response to C. Wildfang's 10/13/06 letter to the Court* by Visa International Service Association. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO, 1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gaertner, Michael) (Entered: 10/18/2006) |
| 10/19/2006 | 531 | MOTION for Extension of Time to File Response/Reply as to 526 Letter MOTION to Compel by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO, 1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 10/19/2006) |

| | | |
|---|---|---|
| 10/19/2006 | | ORDER granting 531 Motion for Extension of Time to File Response/Reply. The motion is granted and time to respond is enlarged to October 23, 2006. Ordered by Judge James Orenstein on 10/19/06. (Pallak, Michelle) (Entered: 10/19/2006) |
| 10/23/2006 | 532 | NOTICE of Appearance by Edward C. Fitzpatrick on behalf of Visa International Service Association Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Fitzpatrick, Edward) (Entered: 10/23/2006) |
| 10/23/2006 | 533 | RESPONSE in Opposition re 526 Letter MOTION to Compel *on Behalf of Individual Plaintiffs* filed by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Blechman, William) (Entered: 10/23/2006) |
| 10/23/2006 | 534 | Letter *to Hon. James Orenstein in response to Michael A. Johnson's 10-16-06 letter to Court* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Sweeney, Bonny) (Entered: 10/23/2006) |
| 10/26/2006 | 537 | Letter MOTION to Compel *Responses to Discovery* by all plaintiffs. (Attachments: # 1 Appendix of Exhibits 1-4# 2 Appendix of Exhibits 5-9)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Cohen, Bart) (Entered: 10/26/2006) |
| 10/27/2006 | 538 | Letter *to Magistrate Judge Orenstein requesting Plaintiffs' be allowed to file one brief in response to the two pending motions before the Court* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO, 1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO, 1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 10/27/2006) |
| 10/30/2006 | | ORDER re 538 -- The application is granted. Ordered by Judge James Orenstein on 10/30/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 10/30/2006) |
| 10/30/2006 | 539 | RESPONSE in Opposition re 507 MOTION to Dismiss *Class Plaintiffs' First Supplemental Class Action Complaint* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 10/30/2006) |
| 10/30/2006 | 540 | AFFIDAVIT in Opposition re 507 MOTION to Dismiss *Class Plaintiffs' First Supplemental Class Action Complaint Declaration of K. Craig Wildfang* filed by Payment Card Interchange |

| | | |
|---|---|---|
| | | Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 10/30/2006) |
| 10/30/2006 | 541 | AFFIDAVIT in Opposition re 507 MOTION to Dismiss *Class Plaintiffs' First Supplemental Class Action Complaint Declaration of Ryan W. Marth* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit #1)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 10/30/2006) |
| 10/31/2006 | 542 | RESPONSE in Opposition re 537 Letter MOTION to Compel *Responses to Discovery* filed by all defendants. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO, 1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Grush, Eric) (Entered: 10/31/2006) |
| 10/31/2006 | 543 | Letter *from Bonny Sweeney to The Honorable James Orenstein* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Sweeney, Bonny) (Entered: 10/31/2006) |
| 10/31/2006 | 544 | STATUS REPORT *Parties' Case Status Report and Proposed Agenda for Case Management Conference No. 7* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A# 2 Exhibit B)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Freimuth, Matthew) (Entered: 10/31/2006) |
| 11/01/2006 | 545 | NOTICE of Change of Address by William J. Ban Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Ban, William) (Entered: 11/01/2006) |
| 11/01/2006 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 11/01/2006) |
| 11/03/2006 | 546 | Letter *Response re docket # 543 by Defendants to Plaintiffs' Letter Motion dated October 31, 2006* by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO, 1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Mason, Robert) (Entered: 11/03/2006) |
| 11/06/2006 | 547 | Letter *re Pro Hac Vice Admission for J. Craig Smith, Esq.* by One or more Plaintiffs in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JO(Smith, J. Craig) (Entered: 11/06/2006) |
| 11/06/2006 | 548 | Letter *re: Pro Hac Vice Admission of Angus M. Lawton, Esq.* by One or more Plaintiffs in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO, 1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO, 1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Lawton, Angus) (Entered: 11/06/2006) |
| 11/07/2006 | 549 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 11/7/2006. SCHEDULING: (1) The next status conference will be held on December 18, 2006, at 9:30 a.m. (2) A further status conference will be held on January 29, 1007, at 9:30 a.m. (3) A further status conference will be held on March 12, 2007, at 10:30 a.m. THE FOLLOWING RULINGS WERE MADE: I will enter a separate order detailing the rulings made at today's conference. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Orenstein, James) (Entered: 11/07/2006) |
| 11/07/2006 | 550 | PRETRIAL ORDER 13 -- As described in the attached order: (1) I deny individual plaintiffs' motion to compel accelerated production here of documents that defendants have produced in Amex, 517 . (2) The parties resolved on mutual consent the plaintiffs' motion to coordinate discovery in this case with discovery in Amex, 518 . (3)The parties have largely resolved the defendants' motion to compel, 526 . (4) For the reasons discussed in the attached order, I grant plaintiffs' motion to compel identification of specific documents responsive to Interrogatories 31,33,51 and 55, 537 . (5) Plaintiffs' privilege log motion, 543 is resolved. (6) The parties agreed that, as used in my Order of October 5, 2006, 515 , the reference to "the present" as a date relevant to the parties' discovery obligations means August 1, 2006. **SEE ATTACHED ORDER.** Ordered by Judge James Orenstein on 11/7/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 11/07/2006) |
| 11/08/2006 | | ORDER terminating 492 *see* 515 , and terminating 526 , 537 *see* 550 . Ordered by Judge James Orenstein on 11/8/06. (Pallak, Michelle) (Entered: 11/08/2006) |
| 11/14/2006 | 551 | NOTICE of Appearance by Holly Tate on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Tate, Holly) (Entered: 11/14/2006) |
| 11/14/2006 | 552 | NOTICE of Appearance by Andrew Howard Warren on behalf of Wells Fargo & Company Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO, 1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Warren, Andrew) (Entered: 11/14/2006) |
| 11/17/2006 | | NOTICE OF CHANGE IN LOCATION -- The oral arguments scheduled for November 21, 2006 at 9:30 a.m. will be heard in **Courtroom 8D.** (Pallak, Michelle) (Entered: 11/17/2006) |
| 11/20/2006 | 553 | AFFIDAVIT in Opposition re 507 MOTION to Dismiss *Class Plaintiffs' First Supplemental Class Action Complaint SUPPLEMENTAL DECLARATION OF K. CRAIG WILDFANG IN FURTHER SUPPORT OF CLASS PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Affidavit Affidavit of Neil Zola# 2 Exhibit Ex. 1-3 of Affidavit of Neil Zola# 3 Exhibit Ex. 4a of Affidavit of Neil Zola# 4 Exhibit Ex. 4b of Affidavit of Neil Zola# 5 Exhibit Ex. 5 of Affidavit of Neil Zola)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 11/20/2006) |
| 11/21/2006 | 554 | STIPULATION *AND PROPOSED ORDER CONCERNING DEFENDANTS' OBLIGATION TO RESPOND TO THE ESDACY CASE CLASS ACTION COMPLAINT* by Visa U.S.A. Inc.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Mason, Robert) (Entered: 11/21/2006) |
| 11/21/2006 | 555 | Minute Entry for proceedings held before James Orenstein: Motion Hearing held on 11/21/2006 re 387 , 376 MOTIONS TO DISMISS (Court Reporter Burt Sulzer.) -- SCHEDULING: (1) The next status conference will be held on December 18, 2006, at 9:30 a.m. (2) A further status conference will be held on January 29, 2007, at 9:30 a.m. (3) A further status conference will be held on March 12, 2007, at 10:30 a.m. THE FOLLOWING RULINGS WERE MADE: I heard oral argument on the two pending fully-briefed motions to dismiss and reserved decision. I will issue a report and recommendation shortly. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO,1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO. (Pallak, Michelle) Additional attachment(s) added on 11/22/2006 (Guy, Alicia). (Entered: 11/21/2006) |
| 11/21/2006 | 556 | Letter *to Magistrate Judge Orenstein submitting Second Amended Protective Order on Behalf of All Parties* by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Second Amended Protective Order# 2 Blacklined Protective Order) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: |

**A435**

| | | |
|---|---|---|
| | | 11/21/2006) |
| 11/22/2006 | | ORDER re 554 Stipulation -- The stipulation is so ordered. Ordered by Judge James Orenstein on 11/22/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO, 1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) Modified on 11/22/2006 (Guy, Alicia). (Entered: 11/22/2006) |
| 11/22/2006 | | ORDER re 556 Letter -- The Second Amended Protective Order, submitted upon the consent of all parties, is so ordered. Ordered by Judge James Orenstein on 11/22/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 11/22/2006) |
| 11/27/2006 | 557 | STIPULATION *and [Proposed] Order Regarding Discovery Related to Testifying Experts* by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728 JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799-JG-JO, Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc 05-cv-5073-JG-JO, Plaintiff(s) in civil action Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5884 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5885 JG-JO, Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendant(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG- |

JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Performace Labs, Inc. v. American Express Travel Related Services Co., Inc., et al 05-cv-5869 JG-JO, Defendant(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Defendant(s) in civil action LDC, Inc. v. Visa U.S.A., Inc. et al. 05-cv-5871 JG-JO, Defendant(s) G.E.S. Bakery, Inc. v. Visa U.S.A., Inc,. et al. 05-cv-5879 JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Defendant(s) in civil action Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Defendants in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-cv-5882 JG-JO, Defendant(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Defendant(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., et al. 05-cv-5884 JG-JO, Defendant(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Defendant(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc. et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Defendant(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-cv-5069-JG-JO, Defendant(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Defenant(s) in civil action Animal Land, Inc. v. Visa U.S.A., Inc. 05-cv-5074-JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Defendant(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Defendant(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2534 JG-JO, One or more Plaintiffs in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, One or more Defendants in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Defendant(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Defendant(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Defendent(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Defendant(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076-JG-JO, Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Defendant(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 -JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG-JO, Defendant(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081 JG-JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Defendant(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077-JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Defendant(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5070-JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Defendant(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG -JO, Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Defendant(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-03800, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Defendant(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A, Inc. et al, 05-cv-3924 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Defendant(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131 JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Defendant(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974-JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Defendant(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia,

|  |  |
|---|---|
|  | Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Defendant(s) in civil case Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et a 05-cv-5153 JG -JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plainitff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant (s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Grush, Eric) (Entered: 11/27/2006) |
| 11/28/2006 | ORDER re 557 -- The stipulation is so ordered. Ordered by Judge James Orenstein on 11/28/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 11/28/2006) |
| 11/29/2006 | 558 Notice of MOTION to Dismiss *of Bank Defendants of Class Plaintiffs' First Supplemental Class Action Complaint* by Capital One Bank, Capital One F S B, Capital One Financial Corp, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG- |

| | | |
|---|---|---|
| | | JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Peter) (Entered: 11/29/2006) |
| 11/29/2006 | 559 | MEMORANDUM in Support re 558 Notice of MOTION to Dismiss *of Bank Defendants of Class Plaintiffs' First Supplemental Class Action Complaint* by Capital One Bank, Capital One F S B, Capital One Financial Corp, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Greene, Peter) (Entered: 11/29/2006) |
| 11/29/2006 | 560 | REPLY in Support re 558 Notice of MOTION to Dismiss *of Bank Defendants of Class Plaintiffs' First Supplemental Class Action Complaint* by Capital One Bank, Capital One F S B, Capital One Financial Corp, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A.. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO, 1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Greene, Peter) (Entered: 11/29/2006) |
| 11/29/2006 | 561 | REPLY to Response to Motion re 507 MOTION to Dismiss *Class Plaintiffs' First Supplemental Class Action Complaint [REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MASTERCARD'S MOTION TO DISMISS CLASS PLAINTIFFS' FIRST SUPPLEMENTAL CLASS ACTION COMPLAINT]* filed by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-03925-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO, 1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO,1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Carney, Gary) (Entered: 11/29/2006) |
| 12/01/2006 | | ORDER REFERRING MOTION: The following motions to dismiss are respectfully referred |

| | | |
|---|---|---|
| | | to Magistrate Judge Orenstein for report and recommendation: 558 Notice of MOTION to Dismiss of Class Plaintiffs' First Supplemental Class Action Complaint; 387 MOTION to Dismiss; 507 MOTION to Dismiss Class Plaintiffs' First Supplemental Class Action Complaint; 376 MOTION to Dismiss. Ordered by Judge John Gleeson on December 1, 2006. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Gleeson, John) (Entered: 12/01/2006) |
| 12/01/2006 | 562 | Letter *to Magistrate Judge Orenstein regarding questions raised by the Court at the November 21, 2006, Hearing* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Wildfang, K.) (Entered: 12/01/2006) |
| 12/04/2006 | 563 | Letter *To Magistrate Orenstein with updated Conflict of Interest Schedule* by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG-JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO. (Attachments: # 1 Conflict of Interest Schedule) Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Cowart, Jason) (Entered: 12/04/2006) |
| 12/05/2006 | 564 | CERTIFICATE OF SERVICE by Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, Plaintiff(s) in civil action Fairmont |

| | | |
|---|---|---|
| | | Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Cowart, Jason) (Entered: 12/05/2006) |
| 12/11/2006 | 565 | Letter MOTION to Compel *the Court to Order MasterCard to add to List of Custodians* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Burke, Christopher) (Entered: 12/11/2006) |
| 12/11/2006 | 566 | STATUS REPORT / *Parties Case Status Report and Proposed Agenda for Case Management Conference No. 8* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Stipulation and [Proposed] Order as to Discovery Format Agreement)Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Powell, Wesley) (Entered: 12/11/2006) |
| 12/12/2006 | | **SCHEDULING ORDER:** Oral argument on the two pending motions to dismiss, 507 and 558 , will be heard on January 29, 2007 at 9:30 a.m. in Courtroom 4A. Ordered by Judge James Orenstein on 12/12/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG- |

| | | |
|---|---|---|
| | | JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 12/12/2006) |
| 12/14/2006 | 567 | STIPULATION *and [Proposed] Order Adopting the Briefing of Previously Filed Motion to Dismiss and Extending the Time for Defendants to Respond to Complaint by MasterCard Incorporated, MasterCard International Incorporated and Wakefern Food Corporation* by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO, 1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO, 1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO,1:05-cv-05878-JG-JO, 1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Freimuth, Matthew) (Entered: 12/14/2006) |
| 12/14/2006 | 568 | Letter *to Honorable James Orenstein from Christopher Burke, Lerach Coughlin, withdrawing plaintiffs' Dec. 11, 2006 letter motion to compel* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO(Burke, Christopher) (Entered: 12/14/2006) |
| 12/15/2006 | | ORDER re 567 -- The stipulation is SO ORDERED. Ordered by Judge James Orenstein on 12/15/06. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO, 1:05-cv-05882-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO,1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 12/15/2006) |
| 12/15/2006 | | ORDER finding as moot 565 Motion to Compel -- *See* 568 . Ordered by Judge James |

Eastern District of New York - LIVE Database V6.1                                    Page 442 of 821

| | | |
|---|---|---|
| | | Orenstein on 12/15/06. (Pallak, Michelle) (Entered: 12/15/2006) |
| 12/18/2006 | 569 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 12/18/2006 (Court Reporter Henry Shapiro)(Attachments: # 1 Exhibit Appearances). SCHEDULING: The next status conference will be held on January 29, 2007, at 9:30 a.m. Further status conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: See attached document. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-03800-JG-JO,1:05-cv-03924-JG-JO,1:05-cv-03925-JG-JO,1:05-cv-04131-JG-JO, 1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04728-JG-JO, 1:05-cv-04799-JG-JO,1:05-cv-04974-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05071-JG-JO, 1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO, 1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO, 1:05-cv-05083-JG-JO,1:05-cv-05153-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05352-JG-JO, 1:05-cv-05866-JG-JO,1:05-cv-05868-JG-JO,1:05-cv-05869-JG-JO,1:05-cv-05870-JG-JO,1:05-cv-05871-JG-JO, 1:05-cv-05878-JG-JO,1:05-cv-05879-JG-JO,1:05-cv-05880-JG-JO,1:05-cv-05881-JG-JO,1:05-cv-05882-JG-JO, 1:05-cv-05883-JG-JO,1:05-cv-05884-JG-JO,1:05-cv-05885-JG-JO,1:06-cv-00039-JG-JO,1:06-cv-01829-JG-JO, 1:06-cv-01830-JG-JO,1:06-cv-01831-JG-JO,1:06-cv-01832-JG-JO,1:06-cv-02532-JG-JO,1:06-cv-02534-JG-JO (Pallak, Michelle) (Entered: 12/18/2006) |
| 12/29/2006 | 570 | Letter *to Magistrate Judge Orenstein* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 12/29/2006) |
| 12/29/2006 | | ORDER re 570 -- The application is granted. Ordered by Judge James Orenstein on 12/29/06. (Pallak, Michelle) (Entered: 12/29/2006) |
| 12/29/2006 | 571 | Letter *to Magistrate Judge Orenstein regarding the upcoming Status Conference scheduled for January 29, 2007* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 12/29/2006) |
| 01/02/2007 | 572 | ANSWER to Complaint *Answer of Defendant Visa U.S.A. Inc. to Complaint of Wakefern Food Corporation* by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 01/02/2007) |
| 01/02/2007 | 573 | Letter *to Judge Orenstein regarding Individual Plaintiffs' estoppel argument on behalf of all Defendants* by Mastercard Incorporated, Mastercard International Incorporated (Attachments: # 1 Exhibit 1-4# 2 Exhibit 5-6# 3 Exhibit 7-8# 4 Exhibit 9-10) (Powell, Wesley) (Entered: 01/02/2007) |
| 01/02/2007 | 574 | Letter *from W. Blechman to Judge Orenstein regarding metadata* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit Exhibits 1-3# 2 Exhibit Exhibits 4-6# 3 Exhibit Exhibits 7-14) (Blechman, William) (Entered: 01/02/2007) |
| 01/03/2007 | | SCHEDULING ORDER: The conference previously scheduled for January 29, 2007 is rescheduled for **February 2, 2007 at 9:30 a.m. in Courtroom 8A.** Ordered by Judge James Orenstein on 1/03/07. (Pallak, Michelle) (Entered: 01/03/2007) |
| 01/03/2007 | 575 | ANSWER to Complaint *of Wakefern Food Corporation* by Visa International Service Association. (Gaertner, Michael) (Entered: 01/03/2007) |
| 01/09/2007 | 576 | ANSWER to Complaint *Answer and Defenses of Defendants MasterCard Incoporated and MasterCard International Incorporated to Complaint filed by Plaintiff Wakefern Food Corporation* by Mastercard Incorporated, Mastercard International Incorporated. (Freimuth, Matthew) (Entered: 01/09/2007) |
| 01/12/2007 | 577 | ORDER -- For the reasons set forth in the attached order, I grant in part and deny in part the Individual Plaintiffs' application for a protective order governing their obligations with respect to metadata. **SEE ATTACHED ORDER.** Ordered by Judge James Orenstein on 1/12/07. (Pallak, Michelle) (Entered: 01/12/2007) |
| 01/19/2007 | 578 | Letter *to the Honorable James Orenstein from Peter E. Greene, Esq.* by JP Morgan Chase & Co. (Greene, Peter) (Entered: 01/19/2007) |

| 01/22/2007 | | ORDER re 578 Letter filed by JP Morgan Chase & Co. -- The Class Plaintiffs and the Individual Plaintiffs shall respond to this request in writing no later than January 24, 2007. Ordered by Judge James Orenstein on 1/22/07. (Pallak, Michelle) (Entered: 01/22/2007) |
| 01/22/2007 | 579 | Letter *to Judge Orenstein dated January 22, 2007* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 01/22/2007) |
| 01/22/2007 | 580 | Letter *to Magistrate Judge James Orenstein on behalf of Class Plaintiffs with regard to discovery deadline of February 15, 2007* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 01/22/2007) |
| 01/23/2007 | | ORDER re 579 Letter filed by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO -- The application is granted and Individual Plaintiffs' time to respond is enlarged to January 26, 2007. Ordered by Judge James Orenstein on 1/23/07. (Pallak, Michelle) (Entered: 01/23/2007) |
| 01/26/2007 | 581 | Letter *to Judge Orenstein dated January 26, 2007 regarding substantial completion date of discovery* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 01/26/2007) |
| 01/26/2007 | 582 | STATUS REPORT *Parties' Joint Agenda and Status Report for February 2, 2007 Status Conference* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Grush, Eric) (Entered: 01/26/2007) |
| 01/31/2007 | 583 | NOTICE of Appearance by Michael B. Miller on behalf of Bank of America Corporation, Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Defendant(s) in civil action Dr. Roy Hyman, et al. v. Visa International Service Association, Inc., et al. 05-cv-5866, Defendant(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al 05-cv-5880 JG-JO, Bank Of America, N.A., Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (Miller, Michael) (Entered: 01/31/2007) |
| 02/02/2007 | 584 | Minute Entry for proceedings held before James Orenstein: Motion Hearing and Status Conference held on 2/02/2007 -- **SEE ATTACHED ORDER.** (Court Reporter Ron Tolkin.) (Attachments: # 1 Appendix Appearances) (Pallak, Michelle) (Entered: 02/02/2007) |
| 02/02/2007 | 585 | PRETRIAL ORDER 14: The attached order details the discovery issues discussed at the conference on February 2, 2007. **SEE ATTACHED ORDER.** Ordered by Judge James Orenstein on 2/02/07. (Pallak, Michelle) (Entered: 02/02/2007) |
| 02/08/2007 | 586 | NOTICE of Appearance by Richard J. Kilsheimer on behalf of Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO (Kilsheimer, Richard) (Entered: 02/08/2007) |
| 02/08/2007 | 587 | NOTICE of Appearance by Richard J. Kilsheimer on behalf of Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. 05-cv-4677 -JG-JO (Kilsheimer, Richard) (Entered: 02/08/2007) |
| 02/08/2007 | 588 | NOTICE of Appearance by Richard J. Kilsheimer on behalf of Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO (Kilsheimer, Richard) (Entered: 02/08/2007) |
| 02/12/2007 | 589 | Letter *from Peter E. Greene to the Honorable James Orenstein dated February 12, 2007* by JP Morgan Chase & Co. (Greene, Peter) (Entered: 02/12/2007) |
| 02/12/2007 | 590 | RESPONSE in Support re 507 MOTION to Dismiss *Class Plaintiffs' First Supplemental Class Action Complaint* filed by Mastercard Incorporated, Mastercard International Incorporated. (Carney, Gary) (Entered: 02/12/2007) |

**A444**

| | | |
|---|---|---|
| 02/12/2007 | 591 | TRANSCRIPT of Proceedings held on February 2, 2007 before Judge James Orenstein. Court Reporter: Ronald Tolkin. (Guy, Alicia) (Entered: 02/13/2007) |
| 02/22/2007 | 592 | RESPONSE in Opposition re 507 MOTION to Dismiss *Class Plaintiffs' First Supplemental Class Action Complaint Letter to Court following the February 2, 2007, oral argument on Motion to Dismiss filed by Defendants* filed by all plaintiffs. (Wildfang, K.) (Entered: 02/22/2007) |
| 02/22/2007 | 593 | NOTICE by QVC, Inc. *of Motion to Admit L. Webb Campbell Pro Hac Vice* (Attachments: # 1 Affidavit of L. Webb Campbell II in Support of Motion to Admit Counsel Pro Hac Vice# 2 Proposed Order Granting The Application of L. Webb Campbell Pro Hac Vice) (Kilsheimer, Richard) (Entered: 02/22/2007) |
| 02/22/2007 | 594 | NOTICE by QVC, Inc. *of Motion to Admit Phillip F. Cramer Pro Hac Vice* (Attachments: # 1 Affidavit of Phillip F. Cramer in Support of Motion to Admit Counsel Pro Hac Vice# 2 Proposed Order Granting The Application of Phillip F. Cramer Pro Hac Vice# 3 Certificate of Service) (Kilsheimer, Richard) (Entered: 02/22/2007) |
| 02/27/2007 | 595 | NOTICE of Appearance by Richard J. Kilsheimer on behalf of all plaintiffs Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04799-JG-JO (Kilsheimer, Richard) (Entered: 02/27/2007) |
| 03/01/2007 | | ORDER re 593 Notice(Other), Notice(Other) filed by QVC, Inc., 594 Notice(Other), Notice (Other) filed by QVC, Inc. -- Attorneys L. Webb Campbell and Phillip F. Cramer shall be deemed admitted pro hac vice upon payment of the admission fee. *See Order dated December 29, 2005, DE 93 .* Ordered by Judge James Orenstein on 3/01/07. (Pallak, Michelle) (Entered: 03/01/2007) |
| 03/02/2007 | 596 | STIPULATION *AND [PROPOSED] ORDER ADOPTING THE BRIEFING OF PREVIOUSLY FILED MOTION TO DISMISS AND EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY MASTERCARD, QVC AND VISA USA* by Mastercard Incorporated, Mastercard International Incorporated (Freimuth, Matthew) (Entered: 03/02/2007) |
| 03/05/2007 | | ORDER re 596 Stipulation, filed by Mastercard International Incorporated, Mastercard Incorporated -- The stipulation is SO ORDERED. Ordered by Judge James Orenstein on 3/5/07. (Pallak, Michelle) (Entered: 03/05/2007) |
| 03/06/2007 | 597 | STATUS REPORT *Joint Status Report for Case Management Conference No. 10 filed by* Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (Blechman, William) (Entered: 03/06/2007) |
| 03/07/2007 | 598 | Letter *to Hon. James Orenstein* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 03/07/2007) |
| 03/08/2007 | 599 | NOTICE of Appearance by John P. Passarelli on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (aty to be noticed) (Passarelli, John) (Entered: 03/08/2007) |
| 03/08/2007 | 600 | NOTICE by Payless Shoe Source, Inc. *of substitution of counsel* (Buchman, Michael) (Entered: 03/08/2007) |
| 03/12/2007 | | Incorrect Case/Document/Entry Information. Attorneys Michael Buchman and J. Douglas Richards previously filed a Notice/Other substituting counsel for pltffs. You are each directed to file a Notice of Appearance. (Piper, Francine) (Entered: 03/12/2007) |
| 03/12/2007 | 601 | ANSWER to Complaint *of QVC, Inc.* by Visa International Service Association. (Gaertner, Michael) (Entered: 03/12/2007) |

| 03/13/2007 | 602 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 3/13/2007 (Court Reporter Allan Sherman.) (Attachments: # 1 Appendix Appearances) -- SCHEDULING: The next status conference will be held on April 24, 2007, at 2:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: 1. The parties discussed several discovery issues, as set out on the record, none of which is ripe for my review. 2. If the parties agree that the date scheduled for the next conference is inconvenient, they shall confer and contact chambers no later than March 31, 2007, to propose alternate dates to which all consent. **SEE ATTACHED ORDER.** (Pallak, Michelle) (Entered: 03/13/2007) |
| 03/13/2007 | 605 | FILING FEE: $ 25.00, receipt number 336657 -Pro Hac Vice Motion - Attorney, John Passarelli. (Piper, Francine) (Entered: 03/21/2007) |
| 03/20/2007 | 603 | ANSWER to Complaint *Answer of Defendant Visa U.S.A. Inc. to Complaint of QVC, Inc.* by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 03/20/2007) |
| 03/20/2007 | 604 | ANSWER to Complaint *Answer and Defenses of Defendants MasterCard Incorporated and MasterCard International Incorporated to Complaint of QVC Inc.* by Mastercard Incorporated, Mastercard International Incorporated. (Freimuth, Matthew) (Entered: 03/20/2007) |
| 03/23/2007 | 606 | NOTICE of Appearance by Robert M. Frost on behalf of Texas Independent Bancshares, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Frost, Robert) (Entered: 03/23/2007) |
| 03/27/2007 | 610 | FILING FEE: $ 25.00, receipt number 337206 - Pro Hac Vice - Attorney, Robert M. Frost. (Piper, Francine) (Entered: 03/30/2007) |
| 03/28/2007 | 607 | Letter *to Thomas P. Abt regarding electronic discovery* by Payless Shoe Source, Inc. (Buchman, Michael) (Entered: 03/28/2007) |
| 03/28/2007 | 608 | STIPULATION *AND [PROPOSED] ORDER AS TO DISCOVERY FORMAT AGREEMENT ON BEHALF OF ALL PARTIES* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Freimuth, Matthew) (Entered: 03/28/2007) |
| 03/29/2007 | | ORDER re 607 Letter filed by Payless Shoe Source, Inc. -- Counsel is reminded that pursuant to Federal Rule of Civil Procedure 5(d), discovery requests and materials produced in pretrial disclosure and discovery shall not be filed with the clerk's office except by order of the court. Fed. R. Civ. P. 5(d) ("[D]iscovery requests and responses must not be filed until they are used in the proceeding or the court orders filing...."). Ordered by Judge James Orenstein on 3/29/07. (Movahed, Michelle) (Entered: 03/29/2007) |
| 03/29/2007 | | ORDER re 608 Stipulation filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The stipulation is SO ORDERED. Ordered by Judge James Orenstein on 3/29/07. (Movahed, Michelle) (Entered: 03/29/2007) |
| 03/29/2007 | 609 | NOTICE by Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO *OF WITHDRAWAL OF APPEARANCE* (Attachments: # 1 Declaration of Service) (Torell, Catherine) (Entered: 03/29/2007) |
| 04/03/2007 | 611 | NOTICE of Change of Firm Affiliation by Michael J. Boni *and Kate Reznick and Entry of Appearance* Associated Cases: 1:05-md-01720-JG-JO et al. (Boni, Michael) (Entered: 04/03/2007) |
| 04/03/2007 | 612 | NOTICE of Change of Firm Affiliation by Linda P. Nussbaum Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-04131-JG-JO (Nussbaum, Linda) (Entered: 04/03/2007) |
| 04/06/2007 | 613 | Letter *to The Honorable James Orenstein re: Status Conference* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/06/2007) |
| 04/09/2007 | | ORDER re 613 Letter filed by Visa U.S.A. Inc. -- The application is granted. Accordingly, the conference previously scheduled for April 24, 2007 is rescheduled for May 3, 2007 at 2:00 p.m. and the next status report shall be submitted on April 26, 2007. Ordered by Judge |

| | | James Orenstein on 4/9/07. (Movahed, Michelle) (Entered: 04/09/2007) |
|---|---|---|
| 04/24/2007 | 614 | Letter *from Gary Carney to Magistrate Judge Orenstein requesting the Court to compel the Individual Plaintiffs to employ keyword searches to all of each of their custodian's reasonably accessible e-mail* by Mastercard Incorporated, Mastercard International Incorporated, Visa International Service Association, Visa U.S.A. Inc. (Carney, Gary) (Entered: 04/24/2007) |
| 04/24/2007 | 615 | Letter *from Gary Carney to Magistrate Judge Orenstein requesting the Court to compel the putative class Plaintiff Payless Shoesource, Inc. to apply to its e-mail search a set of keyword search terms that is substantially similar to the set the comparably-sized Individual Plaintiffs have agreed to utilize* by Mastercard Incorporated, Mastercard International Incorporated, Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1-3# 2 Exhibit 4-7) (Carney, Gary) (Entered: 04/24/2007) |
| 04/24/2007 | 616 | NOTICE of Appearance by Joanne Zack on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Parkway Coporation, Parkway Corp. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Zack, Joanne) (Entered: 04/24/2007) |
| 04/24/2007 | 617 | NOTICE of Appearance by Kate Reznick on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, Parkway Coporation, Parkway Corp. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Reznick, Kate) (Entered: 04/24/2007) |
| 04/25/2007 | 618 | DOCUMENT REMOVED as per Order dated 4/26/07 by Judge James Orenstein (Guy, Alicia). (Entered: 04/25/2007) |
| 04/26/2007 | | ORDER re 618 Letter -- I respectfully direct the Clerk to remove from the docket document number 618, a letter (which I have not read) submitted for filing under seal without my permission and contrary to the instructions for seeking such permission previously communicated to counsel by my law clerk in response to his telephonic inquiry. Any counsel wishing to submit a matter for *ex parte* review may submit a letter on the public docket explaining the need for such secrecy accompanied by a redacted version of the proposed submission that permits all other parties and the public to view the portions of the proposed submission as to which there is no need for secrecy. Ordered by Judge James Orenstein on 4/26/07. (Movahed, Michelle) (Entered: 04/26/2007) |
| 04/26/2007 | 619 | Letter *to Judge James Orenstein* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 04/26/2007) |
| 04/26/2007 | 620 | Letter *on behalf of Class Plaintiffs requesting permission to file letter brief in support of motion to declassify documents as privileged* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/26/2007) |
| 04/26/2007 | 621 | Letter *to The Honorable James Orenstein re filing under seal of Defendants' Letter Motion to Compel Wakefern Food Corporation to Provide Discovery for All Entities that assigned Claims to Wakefern* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/26/2007) |
| 04/26/2007 | 622 | Letter *in connection with Case Status Report filed requesting that attached Highly Confidential documents be filed under seal* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/26/2007) |
| 04/26/2007 | 623 | Letter *to the Honorable James Orenstein re sealing of Defendants' Letter Motion to Compel Plaintiffs Bi-Lo, Rite Aid, and Pathmark to Treat Certain Executives as Document Custodians* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/26/2007) |
| 04/26/2007 | 624 | STATUS REPORT *Parties' Joint Case Status Report and Proposed Agenda for Case Management Conference No. 11* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6) (Sweeney, Bonny) (Entered: 04/26/2007) |
| 04/26/2007 | 625 | SEALED DOCUMENT: Letter Motion to Compel by Visa U.S.A. Inc. (Black, Amanda) . (Entered: 05/03/2007) |

| 04/26/2007 | 626 | SEALED DOCUMENT: Letter Motion to Compel by Visa U.S.A. Inc. (Black, Amanda) . (Entered: 05/03/2007) |
|---|---|---|
| 04/27/2007 | | ORDER re 619 Letter filed by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO -- The application is granted and the Individual Plaintiffs' time to respond to the defendants' motion, docket entry 614 , is enlarged to May 1, 2007. Ordered by Judge James Orenstein on 4/27/07. (Movahed, Michelle) (Entered: 04/27/2007) |
| 04/27/2007 | | ORDER re 620 ; 622 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The applications to file under seal certain information designated as "highly confidential" within the meaning of the Second Amended Protective Order, docket entry 556 , are granted. Ordered by Judge James Orenstein on 4/27/07. (Movahed, Michelle) Modified on 4/27/2007 (Guy, Alicia). (Entered: 04/27/2007) |
| 04/27/2007 | 627 | Letter *to Judge James Orenstein* by Wakefern Food Corporation Associated Cases: 1:05-md-01720-JG-JO, 1:06-cv-05765-JG-JO (Nussbaum, Linda) (Entered: 04/27/2007) |
| 04/27/2007 | 628 | MOTION to Withdraw as Attorney *(Richard Jeffries)* by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Passarelli, John) (Entered: 04/27/2007) |
| 04/27/2007 | 629 | Letter *to Judge Orenstein* by Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc et al 05-cv-4677 -JG-JO (Attachments: # 1 Exhibit) Associated Cases: 1:05-md-01720-JG-JO, 1:06-cv-05765-JG-JO (Nussbaum, Linda) (Entered: 04/27/2007) |
| 04/27/2007 | 630 | Letter *submitting materials for consideration at the May 3, 2007, Status Conference on behalf of third-party McKinsey, filed under seal* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 04/27/2007) |
| 04/27/2007 | 631 | Letter *to Judge Orenstein* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit) (Nussbaum, Linda) (Entered: 04/27/2007) |
| 04/27/2007 | 632 | Letter *to Judge Orenstein* by Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO (Attachments: # 1 Exhibit) (Nussbaum, Linda) (Entered: 04/27/2007) |
| 04/27/2007 | 633 | Letter *to Judge Orenstein* by Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO (Attachments: # 1 Exhibit) (Nussbaum, Linda) (Entered: 04/27/2007) |
| 04/27/2007 | 634 | Letter *to Judge Orenstein* by Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc et al 05-cv-4799 JG-JO (Attachments: # 1 Exhibit) (Nussbaum, Linda) (Entered: 04/27/2007) |
| 04/27/2007 | 635 | Letter *to Judge Orenstein* by QVC, Inc. (Attachments: # 1 Exhibit) (Nussbaum, Linda) (Entered: 04/27/2007) |
| 04/27/2007 | 636 | RESPONSE to Motion re 565 Letter MOTION to Compel *the Court to Order MasterCard to add to List of Custodians* filed by Payless Shoe Source, Inc.. (Buchman, Michael) (Entered: 04/27/2007) |
| 04/27/2007 | 637 | STATUS REPORT *PARTIES' JOINT CASE STATUS REPORT AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 11 (EXHIBITS FILED UNDER SEAL)* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6) (Sweeney, Bonny) (Entered: 04/27/2007) |
| 04/27/2007 | 638 | SEALED DOCUMENT: Exhibit 6 to parties joint case status report and proposed agenda for case management conference No. 11. (Black, Amanda) (Entered: 04/30/2007) |
| 04/27/2007 | 639 | SEALED DOCUMENT: Letter Brief from C. Wildfang to Hon. James Orenstein. (Black, Amanda) (Entered: 04/30/2007) |

| 04/27/2007 | 640 | SEALED DOCUMENT: Exhibit to status report for 5/3/07 status conference. (Black, Amanda) (Entered: 04/30/2007) |
|---|---|---|
| 04/30/2007 | | ORDER re 627 Letter filed by Wakefern Food Corporation -- The application is SO ORDERED. Ordered by Judge James Orenstein on 4/30/07. (Movahed, Michelle) (Entered: 04/30/2007) |
| 04/30/2007 | | ORDER granting 628 Motion to Withdraw as Attorney. Attorney Richard P. Jeffries terminated. Ordered by Judge James Orenstein on 4/30/07. (Movahed, Michelle) (Entered: 04/30/2007) |
| 04/30/2007 | 641 | MOTION for Extension of Time to File Response/Reply as to 623 Letter by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al 05-cv-5352 JG-JO, Plaintiff (s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO. (Bloom, Eric) (Entered: 04/30/2007) |
| 04/30/2007 | 642 | Letter *to Magistrate Judge Orenstein regarding response to Defendants' motion to compel* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff (s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 04/30/2007) |
| 04/30/2007 | | ORDER re 636 Response to Motion filed by Payless Shoe Source, Inc. -- The application to file a seven-page response is granted. I deny the request by counsel for Payless to adjourn argument on the defendants' pending motion to compel Payless to use a specified list of search terms. If all relevant parties are represented at the next status conference by counsel prepared to discuss the motion, I will hear argument at that time; otherwise, I will decide the motion on the record currently before me. Ordered by Judge James Orenstein on 4/30/07. (Movahed, Michelle) (Entered: 04/30/2007) |
| 04/30/2007 | | ORDER granting 641 Motion for Extension of Time to File Response/Reply -- The application for an extension of time is SO ORDERED. Ordered by Judge James Orenstein on 4/30/07. (Movahed, Michelle) (Entered: 04/30/2007) |
| 04/30/2007 | | ORDER re 642 Letter, filed by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO -- The application is granted and the page limit extension is SO ORDERED.Ordered by Judge James Orenstein on 4/30/07. (Movahed, Michelle) (Entered: 04/30/2007) |
| 04/30/2007 | | Email Notification Test - DO NOT REPLY (Piper, Francine) (Entered: 04/30/2007) |
| 04/30/2007 | 643 | Letter *to Judge Orenstein* by Wakefern Food Corporation Associated Cases: 1:05-md-01720-JG-JO, 1:06-cv-05765-JG-JO (Nussbaum, Linda) (Entered: 04/30/2007) |
| 05/01/2007 | 644 | Letter *seeking permission to file under seal* by Visa International Service Association (Gaertner, Michael) (Entered: 05/01/2007) |
| 05/01/2007 | | ORDER re 644 Letter filed by Visa International Service Association -- The application to file under seal certain information designated as "highly confidential" within the meaning of the Second Amended Protective Order, docket entry 556 , is granted. Ordered by Judge James Orenstein on 5/1/07. (Movahed, Michelle) (Entered: 05/01/2007) |
| 05/01/2007 | 645 | Letter *Brief to Magistrate Judge Orenstein regarding custodial e-mail searches* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10) (Blechman, William) (Entered: 05/01/2007) |
| 05/01/2007 | 671 | MOTION for Leave to Appear Pro Hac Vice *(Attorney), Paul E. Slater* by QVC, Inc., Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, |

| | | |
|---|---|---|
| | | Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc et al 05-cv-4799 JG-JO. (Piper, Francine) (Entered: 05/14/2007) |
| 05/02/2007 | 646 | Letter *seeking permission to file under seal* by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Bloom, Eric) (Entered: 05/02/2007) |
| 05/02/2007 | 647 | Letter *To Justice Orenstein* by Wakefern Food Corporation (Attachments: # 1 Exhibit N# 2 Exhibit O# 3 Exhibit P# 4 Exhibit Q# 5 Exhibit R) Associated Cases: 1:05-md-01720-JG-JO, 1:06-cv-05765-JG-JO (Nussbaum, Linda) (Entered: 05/02/2007) |
| 05/02/2007 | 648 | SEALED DOCUMENT: Response filed by Visa International Service Association to Letter Brief from C. Wildfang 639 . (Black, Amanda). Modified on 5/4/2007 (Guy, Alicia). (Entered: 05/03/2007) |
| 05/02/2007 | 649 | SEALED DOCUMENT: Individual Plaintiff Wakerfern's Response to Defendant's MOTION to Compel 626 . (Black, Amanda). Modified on 5/4/2007 (Guy, Alicia). (Entered: 05/03/2007) |
| 05/02/2007 | 652 | SEALED DOCUMENT: RESPONSE to Motion re 626 MOTION to Compel, 625 MOTION to Compel filed by Plaintiff(s) in civil action Pathmark Stores, Inc. v. Visa U.S.A., Inc et al 05-cv-0078, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO. (Black, Amanda). (Entered: 05/03/2007) |
| 05/03/2007 | 651 | Letter *to Magistrate Orenstein regarding supplement to response to Defendants' Motion to Compel* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/03/2007) |
| 05/03/2007 | 653 | REDACTION *Letter Motion to Compel Plaintiff Wakefern Food Corporation* by Visa U.S.A. Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M) (Mason, Robert) (Entered: 05/03/2007) |
| 05/03/2007 | 654 | REDACTION *Letter Motion to Compel Individual Plaintiffs Bi-Lo, Rite Aid and Pathmark* by Visa U.S.A. Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22) (Mason, Robert) (Entered: 05/03/2007) |
| 05/03/2007 | 655 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 5/3/2007 -- SCHEDULING: The next status conference will be held on June 5, 2007, at 2:00 p.m. Further status conferences are scheduled as set out in the attached document. THE FOLLOWING RULINGS WERE MADE: The parties addressed several discovery matters. I will enter a separate order reflecting the disposition of each. **SEE ATTACHED DOCUMENT.** (Movahed, Michelle) Additional attachment(s) added on 5/4/2007 (Guy, Alicia). (Entered: 05/03/2007) |
| 05/03/2007 | 656 | ORDER: The attached order details the discovery issues discussed at the conference on May 3, 2007. **SEE ATTACHED ORDER.** Ordered by Judge James Orenstein on 5/3/07. (Movahed, Michelle) (Entered: 05/03/2007) |
| 05/03/2007 | 673 | FILING FEE: $ 25.00, receipt number 338681 (Piper, Francine) (Entered: 05/14/2007) |
| 05/06/2007 | 657 | NOTICE of Appearance by Robert M. Frost on behalf of Texas Independent Bancshares, Inc. (aty to be noticed) (Frost, Robert) (Entered: 05/06/2007) |

| 05/09/2007 | 658 | Letter *to Judge Orenstein regarding Motion for Protection* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/09/2007) |
|---|---|---|
| 05/09/2007 | 659 | Letter *to Judge Orenstein regarding Motion to Compel Search Term Protocol* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Attachments: # 1 Exhibit) (Blechman, William) (Entered: 05/09/2007) |
| 05/09/2007 | 660 | Letter *to Judge Orenstein requesting hearing on Individual Plaintiffs' Motions* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 05/09/2007) |
| 05/10/2007 | 661 | Letter *seeking permission to file supplemental response under seal* by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Bloom, Eric) (Entered: 05/10/2007) |
| 05/10/2007 | 663 | Letter *to Magistrate Judge Orenstein* by HSBC Bank USA, N.A., Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Fifth Third Bancorp, Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, QVC, Inc., Texas Independent Bancshares, Inc. (Attachments: # 1 Exhibit 1) (Carney, Gary) (Entered: 05/10/2007) |
| 05/10/2007 | 664 | Letter *with attached objections to Defendants' Motion to Compel* by Payless Shoe Source, Inc. (Buchman, Michael) (Entered: 05/10/2007) |
| 05/10/2007 | 678 | SEALED DOCUMENT: Supplement to Rite Aid Corp., Pathmark Stores, Inc. and BI-LO LLC's Response to Defendants Letter Motion to Compel. (Guy, Alicia) (Entered: 05/17/2007) |
| 05/11/2007 | 665 | Letter *to Honorable Judge Orenstein dated May 10, 2007 with Exhibits A and B attached* by Payless Shoe Source, Inc. (Buchman, Michael) (Entered: 05/11/2007) |
| 05/11/2007 | 666 | Letter *Requesting Seven Days to Respond* by Visa International Service Association (Gaertner, Michael) (Entered: 05/11/2007) |
| 05/11/2007 | 667 | REDACTION *Response of Individual Plaintiffs BI-LO, Pathmark, and Rite Aid to Defendants Letter Motion to Compel* by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5) (Bloom, Eric) (Entered: 05/11/2007) |
| 05/11/2007 | 668 | Letter *to Magistrate Judge Orenstein requesting leave to refile Motion to Compel and Motion for Protection* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/11/2007) |
| 05/11/2007 | | ORDER re 666 Letter filed by Visa International Service Association -- The application is granted and Visa International Service Association shall respond by May 17, 2007 to the Class Plaintiffs' letter, docket entry 662 . Ordered by Judge James Orenstein on 5/11/07. (Movahed, Michelle) (Entered: 05/11/2007) |
| 05/11/2007 | 669 | ORDER re 668 Letter, filed by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO -- The application is granted as set forth in the attached order. I direct all counsel to use one-inch margins and 12-point (or larger) fonts in all submissions to me. **SEE ATTACHED** |

| | | |
|---|---|---|
| | | **ORDER.** Ordered by Judge James Orenstein on 5/11/07. (Movahed, Michelle) (Entered: 05/11/2007) |
| 05/11/2007 | 670 | MOTION for Extension of Time to File Response/Reply *[Letter to Magistrate Judge Orenstein]* by all defendants. (Carney, Gary) (Entered: 05/11/2007) |
| 05/14/2007 | | ORDER granting 670 Motion for Extension of Time to File Response/Reply -- The application is granted on consent. Accordingly, the defendants' time to respond to the Individual Plaintiffs' motion to compel, docket entry 659 , and motion for a protective order, docket entry 658 , is extended to May 18, 2007, at 2:00 p.m. Ordered by Judge James Orenstein on 5/14/07. (Movahed, Michelle) (Entered: 05/14/2007) |
| 05/14/2007 | 672 | ORDER granting 671 Motion for Leave to Appear Pro Hac Vice. (Ordered by JudgeJohn Gleeson on 5/7/07) (Piper, Francine) (Entered: 05/14/2007) |
| 05/14/2007 | 674 | First MOTION to Consolidate Cases by GMRI, Inc.. (Wildfang, K.) (Entered: 05/14/2007) |
| 05/14/2007 | 675 | AFFIDAVIT/AFFIRMATION re 674 First MOTION to Consolidate Cases *Declaration of K. Craig Wildfang Regarding Motion to Amend Complaint and Consolidate Case with MDL 1720* by GMRI, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B PART 1# 3 Exhibit B PART 2# 4 Exhibit B PART 3# 5 Exhibit C) (Wildfang, K.) (Entered: 05/14/2007) |
| 05/14/2007 | 676 | Proposed Pretrial Order *Re: Motion to Amend Complaint and Consolidate Case with MDL 1720* by GMRI, Inc. (Wildfang, K.) (Entered: 05/14/2007) |
| 05/15/2007 | 677 | Letter *to Magistrate Judge Orenstein enclosing Exhibit 1 to Motion to Compel* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/15/2007) |
| 05/17/2007 | 679 | REDACTION *Supplemental Response to Defendants' Letter Motion to Compel* by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al. v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Attachments: # 1 Exhibit A - C) (Bloom, Eric) (Entered: 05/17/2007) |
| 05/17/2007 | 680 | Letter *advising court of intent to file letter response to plaintiffs' 5/10/07 letter under seal* by Visa International Service Association (Gaertner, Michael) (Entered: 05/17/2007) |
| 05/18/2007 | | ORDER re 680 Letter filed by Visa International Service Association: The application to seal the Class Plaintiffs' letter, docket entry 662 , is granted and the Clerk's office is respectfully directed to seal that docket entry. Ordered by Judge James Orenstein on 5/18/07. (Movahed, Michelle) (Entered: 05/18/2007) |
| 05/18/2007 | 681 | Letter *to Magistrate Judge Orenstein opposing Plaintiffs' Motion to Compel* by Wells Fargo & Company (McCarthy, Eric) (Entered: 05/18/2007) |
| 05/18/2007 | | ORDER re 615 Letter, filed by Visa International Service Association, Visa U.S.A., Inc., Mastercard International Incorporated, Mastercard Incorporated -- The defendants' motion to compel plaintiff Payless ShoeSource, Inc. to use certain search terms, *see* docket entry 663 , Ex. 1, is GRANTED. Ordered by Judge James Orenstein on 5/18/07. (Movahed, Michelle) (Entered: 05/18/2007) |
| 05/18/2007 | | ORDER granting 625 Motion to Compel -- The defendants' motion to compel plaintiffs Bi-Lo, Rite Aid, and Pathmark to treat certain executives as document custodians is GRANTED. Ordered by Judge James Orenstein on 5/18/07. (Movahed, Michelle) (Entered: 05/18/2007) |
| 05/18/2007 | | ORDER re 678 Letter filed by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO -- The application by plaintiffs Bi-Lo, Rite Aid and Pathmark for an order requiring the defendants to confer with those plaintiffs regarding a narrower set of search terms is DENIED without prejudice to any later application for relief. Ordered by Judge James Orenstein on 5/18/07. (Movahed, Michelle) (Entered: 05/18/2007) |

**A452**

Eastern District of New York - LIVE Database V6.1                                      Page 452 of 821

| | | |
|---|---|---|
| 05/18/2007 | 682 | Letter *to Magistrate Judge Orenstein Opposing Plaintiffs' Motion to Compel* by Fifth Third Bancorp (Creighton, Richard) (Entered: 05/18/2007) |
| 05/18/2007 | | ORDER terminating 626 Motion to Compel plaintiff Wakefern -- *See* docket entry 656 . Ordered by Judge James Orenstein on 5/18/07. (Movahed, Michelle) (Entered: 05/18/2007) |
| 05/18/2007 | 683 | Letter *from SunTrust Bank to Magistrate Judge Orenstein Opposing Individual Plaintiffs' Motion to Compel* by Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO (Clark, Naeemah) (Entered: 05/18/2007) |
| 05/18/2007 | 684 | Letter *from Wachovia Corporation and Wachovia Bank, N.A. to Magistrate Orenstein Opposing Individual Plaintiffs' Motion to Compel* by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, One or more Defendants in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (Clark, Naeemah) (Entered: 05/18/2007) |
| 05/18/2007 | 685 | Letter *to Magistrate Judge Orenstein opposing Individual Plaintiffs' Motion For a Protective Order* by Mastercard Incorporated, Mastercard International Incorporated, Visa International Service Association, Visa U.S.A. Inc. (Attachments: # 1 Exhibit) (Carney, Gary) (Entered: 05/18/2007) |
| 05/18/2007 | 686 | Letter *Response to Individual Plaintiffs May 9, 2007 Letter* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 05/18/2007) |
| 05/18/2007 | 687 | Letter *to Judge Orenstein Opposing Plaintiffs' Motion to Compel* by National City Bank of Kentucky, National City Corporation (Majoras, John) (Entered: 05/18/2007) |
| 05/18/2007 | 694 | SEALED DOCUMENT PLACED IN VAULT Associated Cases: 1:05-md-01720-JG-JO et al. (Sica, Michele) (Entered: 05/31/2007) |
| 05/21/2007 | 688 | NOTICE of Appearance by Phillip F. Cramer on behalf of QVC, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO, 1:07-cv-00592-JG-JO (Cramer, Phillip) (Entered: 05/21/2007) |
| 05/22/2007 | | ORDER: The 674 Motion to Consolidate Cases is respectfully referred to Judge Orenstein. Ordered by Judge John Gleeson on May 22, 2007. (Gleeson, John) (Entered: 05/22/2007) |
| 05/22/2007 | | ORDER re 674 First MOTION to Consolidate Cases filed by GMRI, Inc. -- Any party wishing to respond to this motion shall do so no later than May 25, 2007. Ordered by Judge James Orenstein on 5/22/07. (Movahed, Michelle) (Entered: 05/22/2007) |
| 05/22/2007 | | MOTIONS REFERRED: 674 First MOTION to Consolidate Cases. Motions referred to James Orenstein. (Piper, Francine) (Entered: 05/23/2007) |
| 05/24/2007 | 689 | Letter *to Magistrate Judge Orenstein regarding search protocols* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 05/24/2007) |
| 05/25/2007 | 690 | RESPONSE to Motion re 674 First MOTION to Consolidate Cases *Joinder in Response of Bank Defendants* filed by Visa International Service Association. (Gaertner, Michael) (Entered: 05/25/2007) |
| 05/25/2007 | 691 | RESPONSE to Motion re 674 First MOTION to Consolidate Cases *VISA U.S.A. INC.'S RESPONSE TO GMRI'S MOTION TO AMEND COMPLAINT AND CONSOLIDATE CASE WITH MDL 1720* filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 05/25/2007) |
| 05/25/2007 | 692 | RESPONSE to Motion re 674 First MOTION to Consolidate Cases :*Response of Bank |

| | | |
|---|---|---|
| | | *Defendants to GMRI's Motion to Amend Complaint and Consolidate Case with MDL1720* filed by HSBC Finance Corporation, HSBC North America Holdings, Inc. (Lesser, David) (Entered: 05/25/2007) |
| 05/29/2007 | 693 | STATUS REPORT *JOINT CASE STATUS REPORT & PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 12* by Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO (Cohen, Bart) (Entered: 05/29/2007) |
| 05/30/2007 | | ORDER -- The first paragraph of Pretrial Order 15, docket entry ("DE") 656, is vacated. Accordingly, the following motions are withdrawn: the defendants' motion to compel Individual Plaintiffs to use certain search terms, DE 614; the Individual Plaintiffs' motion for a protective order, DE 668; and the Individual Plaintiffs' motion to compel the defendants to use certain search terms, DE 668. *See* DE 689; DE 693 at 4-5. Ordered by Judge James Orenstein on 5/30/07. (Movahed, Michelle) (Entered: 05/30/2007) |
| 05/30/2007 | 700 | FILING FEE: $ 25.00, receipt number 339706 - Pro Hac Vice Attorney - Karen H. Riebel of Lockridge Grindal Nauen. (Piper, Francine) (Entered: 06/07/2007) |
| 06/01/2007 | 695 | Letter *to Magistrate Judge James Orenstein* by GMRI, Inc. (Wildfang, K.) (Entered: 06/01/2007) |
| 06/01/2007 | 696 | NOTICE by GMRI, Inc. re 674 First MOTION to Consolidate Cases *(Withdrawal of Motion )* (Wildfang, K.) (Entered: 06/01/2007) |
| 06/04/2007 | | ORDER terminating 674 Motion to Consolidate Cases -- *See* docket entry 696 . Ordered by Judge James Orenstein on 6/4/07. (Movahed, Michelle) (Entered: 06/04/2007) |
| 06/05/2007 | 697 | MOTION to Withdraw as Attorney by Visa International Service Association. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion for Leave to Withdraw) (Lucianoc, Ann-Marie) (Entered: 06/05/2007) |
| 06/05/2007 | 698 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 6/5/2007 (Court Reporter Shelly Silverman). SCHEDULING: Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: 1. The parties addressed several discovery matters, none of which is yet ripe for my review. 2. I heard further argument *in camera* on the outstanding issues regarding the Class Plaintiffs' sealed motion to declassify a previously-produced document, docket entry 639, and reserved decision. The transcript of the *in camera* proceeding is sealed pending further order. **SEE ATTACHED DOCUMENT.** (Attachments: # 1 Appendix Appearances) (Movahed, Michelle) (Entered: 06/05/2007) |
| 06/05/2007 | 699 | Letter *on behalf of Thomas R. Merrick re pro hac vice* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 06/05/2007) |
| 06/06/2007 | | ORDER denying 697 Motion to Withdraw as Attorney -- The application is denied without prejudice to renewal in compliance with Local Civil Rule 1.4. Ordered by Judge James Orenstein on June 6, 2007. (Movahed, Michelle) (Entered: 06/06/2007) |
| 06/06/2007 | 705 | FILING FEE: $ 25.00, receipt number 339940 - Pro Hac Vice Motion - Thomas R. Merrick. (Piper, Francine) (Entered: 06/14/2007) |
| 06/11/2007 | 701 | NOTICE of Appearance by L. Webb Campbell, II on behalf of QVC, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO, 1:07-cv-00592-JG-JO (Campbell, L.) (Entered: 06/11/2007) |
| 06/13/2007 | 702 | Letter *to Magistrate Judge Orenstein* by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (Wildfang, K.) (Entered: 06/13/2007) |
| 06/13/2007 | 703 | NOTICE of Appearance by Paul E. Slater on behalf of QVC, Inc., Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action |

| | | Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO (aty to be noticed) (Slater, Paul) (Entered: 06/13/2007) |
|---|---|---|
| 06/13/2007 | 704 | Letter *Advising Court of Intent to File Letter-Response Under Seal* by Visa International Service Association (Gaertner, Michael) (Entered: 06/13/2007) |
| 06/14/2007 | | ORDER re 702 Letter filed by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO -- Although I do not see the need for further briefing and the Class Plaintiffs' letter does not specify the issue upon which it seeks to provide such additional argument, I recognize the complexity of the issue before me and therefore grant the Class Plaintiffs leave to submit a letter of no more than three pages in length, no later than June 21, 2007, that presents argument not substantively provided in their earlier written and oral submissions. Visa International may submit a responsive letter not exceeding three pages no later than June 28, 2007, provided that if, after reviewing the Class Plaintiffs' letter, I find nothing substantively new or worthy of a response in that letter, I will so advise the parties by June 25, 2007, so that Visa International will avoid the needless expenditure of additional resources. Ordered by Judge James Orenstein on June 14, 2007. (Movahed, Michelle) (Entered: 06/14/2007) |
| 06/14/2007 | 706 | SEALED DOCUMENT PLACED IN VAULT (Sica, Michele) (Entered: 06/18/2007) |
| 06/21/2007 | 707 | MOTION to Withdraw as Attorney by Visa International Service Association. (Attachments: # 1 Text of Proposed Order # 2 Affidavit # 3 Affidavit # 4 Affidavit # 5 Affidavit) (Lucianoc, Ann-Marie) (Entered: 06/21/2007) |
| 06/21/2007 | 708 | MOTION for Discovery *Class Plaintiffs' Supplemental Letter Brief in Support of Motion to Declassify Visa International Document (REDACTED)* by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Cohen, Bart) (Entered: 06/21/2007) |
| 06/21/2007 | 709 | MOTION to Seal Document 708 MOTION for Discovery *Class Plaintiffs' Supplemental Letter Brief in Support of Motion to Declassify Visa International Document (REDACTED)* MOTION for Discovery *Class Plaintiffs' Supplemental Letter Brief in Support of Motion to Declassify Visa International Document (REDACTED)* by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Attachments: # 1 Application for Leave to File Document Under Seal) (Cohen, Bart) (Entered: 06/21/2007) |
| 06/22/2007 | | ORDER re 707 Motion to Withdraw as Attorney -- The motion is GRANTED. Ordered by Judge James Orenstein on June 22, 2007. (Movahed, Michelle) (Entered: 06/22/2007) |
| 06/22/2007 | | ORDER granting 709 Motion to Seal Document -- The application to file under seal certain information designated as "highly confidential" within the meaning of the Second Amended Protective Order, docket entry 556, is granted. Ordered by Judge James Orenstein on June 22, 2007. (Movahed, Michelle) (Entered: 06/22/2007) |
| 06/22/2007 | | Motions terminated, docketed incorrectly: 708 MOTION for Discovery *Class Plaintiffs' Supplemental Letter Brief in Support of Motion to Declassify Visa International Document (REDACTED)* MOTION for Discovery *Class Plaintiffs' Supplemental Letter Brief in Support of Motion to Declassify Visa International Document (REDACTED)* filed by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO -- This is a supplemental letter brief, not a motion. (Movahed, Michelle) (Entered: 06/22/2007) |
| 06/25/2007 | 710 | FILING FEE: $ 25.00, receipt number 023259 -Pro Hac Vice Motion - Thomas B. Batch (Piper, Francine) (Entered: 06/25/2007) |
| 06/26/2007 | 711 | MOTION for Extension of Time to File *Status Report on behalf of all parties* by Mastercard Incorporated, Mastercard International Incorporated. (Powell, Wesley) (Entered: 06/26/2007) |
| 06/27/2007 | | ORDER granting 711 Motion for Extension of Time to File -- The application is granted and the parties shall file the next status report on or before July 12, 2007. Ordered by Judge James Orenstein on June 27, 2007. (Movahed, Michelle) (Entered: 06/27/2007) |

Eastern District of New York - LIVE Database V6.1                                    Page 455 of 821

| 06/28/2007 | 712 | NOTICE of Change of Address by Linda P. Nussbaum Associated Cases: 1:05-md-01720-JG-JO, 1:06-cv-05765-JG-JO, 1:07-cv-00592-JG-JO (Nussbaum, Linda) (Entered: 06/28/2007) |
| --- | --- | --- |
| 06/28/2007 | 713 | NOTICE of Appearance by Gregory Scott Asciolla on behalf of Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO (aty to be noticed) (Asciolla, Gregory) (Entered: 06/28/2007) |
| 06/28/2007 | 714 | Letter *Responding to Class Plaintiffs' 6/21/07 Letter* by Visa International Service Association (Gaertner, Michael) (Entered: 06/28/2007) |
| 06/29/2007 | 722 | Sealed Letter Response filed by Michael J. Gaertner placed in vault. (Piper, Francine) (Entered: 07/16/2007) |
| 07/09/2007 | 715 | Letter *Seeking Entry of Proposed Scheduling Order* by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (Attachments: # 1 Text of Proposed Order) (Cohen, Bart) (Entered: 07/09/2007) |
| 07/10/2007 | | ORDER re 715 Letter filed by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO -- The application is granted and the deadlines contained in the proposed second scheduling order, annexed to docket entry 715 as Attachment 1, are SO ORDERED. Ordered by Judge James Orenstein on July 10, 2007. (Movahed, Michelle) (Entered: 07/10/2007) |
| 07/10/2007 | 716 | Letter MOTION to Compel *production from former defendant RBC* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A and B# 2 Exhibit C - H) (Wildfang, K.) (Entered: 07/10/2007) |
| 07/11/2007 | 717 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 716 Letter MOTION to Compel *production from former defendant RBC* (Wildfang, K.) (Entered: 07/11/2007) |
| 07/11/2007 | | ORDER re 716 Letter MOTION to Compel *production from former defendant RBC* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- RBC Royal Bank of Canada and RBC Centura Banks, Inc. are directed to respond to this motion no later than July 13, 2007. The Class Plaintiffs shall promptly serve a copy of this order and the underlying papers on RBC Royal Bank of Canada and RBC Centura Banks, Inc. Ordered by Judge James Orenstein on July 11, 2007. (Movahed, Michelle) (Entered: 07/11/2007) |
| 07/11/2007 | 718 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re Order,, (Wildfang, K.) (Entered: 07/11/2007) |
| 07/12/2007 | 719 | STATUS REPORT *AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 13* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Powell, Wesley) (Entered: 07/12/2007) |
| 07/13/2007 | 720 | Letter MOTION to Compel *Production of Privilege Logs by Defendant Texas Independent Bancshares, Inc.* by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Cohen, Bart) (Entered: 07/13/2007) |
| 07/13/2007 | 721 | Letter *in regard to Plaintiffs' letter brief of July 10, 2007* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Wildfang, K.) (Entered: 07/13/2007) |
| 07/16/2007 | | ORDER terminating 716 Motion to Compel -- The motion is terminated as withdrawn without prejudice to renewal. *See* docket entry 721 . Ordered by Judge James Orenstein on July 16, 2007. (Movahed, Michelle) (Entered: 07/16/2007) |
| 07/16/2007 | 723 | RESPONSE to Motion re 720 Letter MOTION to Compel *Production of Privilege Logs by Defendant Texas Independent Bancshares, Inc.* filed by Texas Independent Bancshares, Inc.. (Orleans, Jonathan) (Entered: 07/16/2007) |
| 07/17/2007 | 724 | Minute Entry for proceedings held before James Orenstein: Status Conference held on |

| | | |
|---|---|---|
| | | 7/17/2007. (Court Reporter Fred Guerino.) SCHEDULING: (1) The next status conference will be held on August 28, 2007, at 2:00 p.m. (2) A further status conference will be held on October 9, 2007, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: The parties addressed several discovery matters, none of which is yet ripe for my review. **SEE ATTACHED DOCUMENT.** (Attachments: # 1 Appendix Appearances) (Movahed, Michelle) (Entered: 07/17/2007) |
| 07/17/2007 | | ORDER finding as moot 720 Motion to Compel as stated on the record at the status conference on 7/17/07. Ordered by JudgeJames Orenstein on 7/17/07. (Guy, Alicia) (Entered: 08/14/2007) |
| 07/20/2007 | | Email Notification Test - DO NOT REPLY (Guy, Alicia) (Entered: 07/20/2007) |
| 07/26/2007 | 725 | NOTICE of Appearance by Karen Hanson Riebel on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO (aty to be noticed) (Riebel, Karen) (Entered: 07/26/2007) |
| 07/31/2007 | 726 | CERTIFICATE of Counsel *Pro Hac Vice Notice for Ashely M. Chan* by Ashely M. Chan on behalf of Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Chan, Ashely) (Entered: 07/31/2007) |
| 08/01/2007 | 727 | Letter *responding to Court's directive at July Status Conference re: document productions* by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Bloom, Eric) (Entered: 08/01/2007) |
| 08/01/2007 | 731 | FILING FEE: $ 25.00, receipt number 342073 - Pro Hac Vice Motion for Ashely M. Chan. (Piper, Francine) (Entered: 08/08/2007) |
| 08/02/2007 | 728 | Letter *on behalf of all parties to Judge Orenstein regarding the Status Conference scheduled for August 28, 2007* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 08/02/2007) |
| 08/02/2007 | 729 | NOTICE of Appearance by Dean Martin Solomon on behalf of Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO (aty to be noticed) (Solomon, Dean) (Entered: 08/02/2007) |
| 08/06/2007 | 730 | Letter *from Kristen Anderson on behalf of Christopher Burke, re pro hac vice admission* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Burke, Christopher) (Entered: 08/06/2007) |
| 08/07/2007 | 733 | FILING FEE: $ 25.00, receipt number 342241 - Pro Hac Vice Motion - Kristen Anderson. (Piper, Francine) (Entered: 08/22/2007) |
| 08/09/2007 | 732 | Letter *on behalf of all parties to Judge Orenstein regarding the Status Conference scheduled for August 28, 2007* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 08/09/2007) |
| 08/14/2007 | | ORDER re 732 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted and the conference previously scheduled for August 28, 2007 is rescheduled for September 25, 2007 at 2:00 p.m. Ordered by Judge James Orenstein on August 14, 2007. (Movahed, Michelle) (Entered: 08/14/2007) |
| 08/22/2007 | 734 | TRANSCRIPT of Proceedings held on 12/18/06 before Judge James Orenstein. Court Reporter: Henry Shapiro. (Guy, Alicia) (Entered: 08/22/2007) |
| 08/22/2007 | 735 | TRANSCRIPT of Proceedings held on 7/17/07 before Judge James Orenstein. Court Reporter: Fred Guerino. (Guy, Alicia) (Entered: 08/22/2007) |
| 08/28/2007 | 736 | Letter *on behalf of Defendants to Judge James Orenstein* by Payment Card Interchange Fee |

| | | |
|---|---|---|
| | | and Merchant Discount Antitrust Litigation (Carney, Gary) (Entered: 08/28/2007) |
| 08/30/2007 | 737 | Letter *in regard to Defendants' Letter Motion to Compel of August 28, 2007* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 08/30/2007) |
| 08/31/2007 | | ORDER re 737 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application to extend Payless's time to respond to the defendants' motion, docket entry 736, is granted on consent. If the matter is not resolved on consent, I direct Payless to submit a response no later than September 7, 2007, that includes a specific proposed date for substantial completion of its production as well as an explanation for the undue delays to date. Ordered by Judge James Orenstein on August 31, 2007. (Movahed, Michelle) (Entered: 08/31/2007) |
| 09/05/2007 | 738 | TRANSCRIPT of Proceedings held on 11/21/06 before Judge James Orenstein. Court Reporter: Burt Sulzer. (Movahed, Michelle) Additional attachment(s) added on 9/6/2007 (Guy, Alicia). (Entered: 09/05/2007) |
| 09/06/2007 | 739 | NOTICE of Change of Firm Name by Christopher M. Burke Associated Cases: 1:05-md-01720-JG-JO et al. (Burke, Christopher) (Entered: 09/06/2007) |
| 09/07/2007 | 740 | REPORT AND RECOMMENDATIONS re 387 MOTION to Dismiss -- For the reasons set forth in the attached order, I respectfully recommend that the court grant in full the defendants' motion to dismiss the Class Plaintiffs' claims for damages to the extent that those damages were incurred prior to January 1, 2004. Objections to R&R due by 9/24/2007. Ordered by Judge James Orenstein on September 7, 2007. (Movahed, Michelle) (Entered: 09/07/2007) |
| 09/07/2007 | 741 | Letter *In Opposition to Motion to Compel* by Payless Shoe Source, Inc. (Buchman, Michael) (Entered: 09/07/2007) |
| 09/10/2007 | 742 | Letter MOTION for Extension of Time to File Response/Reply as to 740 REPORT AND RECOMMENDATIONS re 387 MOTION to Dismiss filed by Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, DefendantREPORT AND RECOMMENDATIONS re 387 MOTION to Dismiss filed by Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Defendant *s'* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 09/10/2007) |
| 09/11/2007 | | ORDER granting 742 Motion for Extension of Time to File Response/Reply -- The application is granted; the deadline for filing objections, if any, is extended until October 15, 2007. Ordered by Judge James Orenstein on September 11, 2007. (Movahed, Michelle) (Entered: 09/11/2007) |
| 09/12/2007 | 743 | MOTION for Extension of Time to File *Status Report* by all parties. (Powell, Wesley) (Entered: 09/12/2007) |
| 09/12/2007 | 744 | Letter *on behalf of Defendants in Response to 741* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Carney, Gary) (Entered: 09/12/2007) |
| 09/12/2007 | 745 | NOTICE of Appearance by Francis J. Balint on behalf of Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO (aty to be noticed) (Attachments: # 1 Exhibit Exhibit A) (Balint, Francis) (Entered: 09/12/2007) |
| 09/12/2007 | 758 | FILING FEE: $ 50.00, receipt number 343530 - Pro Hac Vice - Attorney, Brenna L. Penrose and Trenton Douthett (Piper, Francine) (Entered: 09/28/2007) |
| 09/12/2007 | 759 | FILING FEE: $ 25.00, receipt number 343633 - Pro Hac Vice Motion - Attorney James Sulentic. (Piper, Francine) (Entered: 09/28/2007) |

| 09/13/2007 | | ORDER granting 743 Motion for Extension of Time to File -- The application is granted. Ordered by Judge James Orenstein on September 13, 2007. (Movahed, Michelle) (Entered: 09/13/2007) |
|---|---|---|
| 09/14/2007 | 746 | Letter MOTION to Compel *Putative Class Plaintiffs to Answer Interrogatories 1, 2, 3, 6, 13, 14 and 19 of the First Set of Interrogatories Propounded to Each Putative Class Plaintiff by All Defendants, Filed* by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 09/14/2007) |
| 09/17/2007 | 747 | Letter *to Hon. James Orenstein re Payless Cross-Motion Reply* by Payless Shoe Source, Inc. (Buchman, Michael) (Entered: 09/17/2007) |
| 09/18/2007 | | ORDER re 747 Letter filed by Payless Shoe Source, Inc. -- Pursuant to Rule III.A.2.c. of my individual practice rules, replies are not permitted on letter motions. Accordingly, this improper submission will be disregarded. Ordered by Judge James Orenstein on September 18, 2007. (Movahed, Michelle) (Entered: 09/18/2007) |
| 09/19/2007 | 748 | RESPONSE in Opposition re 746 Letter MOTION to Compel *Putative Class Plaintiffs to Answer Interrogatories 1, 2, 3, 6, 13, and 19 of the First Set of Interrogatories Propounded to Each Putative Class Plaintiff by All Defendants, Filed* filed by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Cohen, Bart) (Entered: 09/19/2007) |
| 09/19/2007 | 749 | Letter *MOTION to Compel Complete Production of Transcripts and Exhibits of Overlapping Custodians in AmEx case* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO REDACTED (Blechman, William) . (Entered: 09/19/2007) |
| 09/19/2007 | 750 | MOTION for Leave to File *Document Under Seal* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Blechman, William) (Entered: 09/19/2007) |
| 09/19/2007 | 751 | STATUS REPORT by Visa U.S.A. Inc. (Attachments: # 1 Exhibit A) (Mason, Robert) (Entered: 09/19/2007) |
| 09/19/2007 | | ORDER granting 750 Motion for Leave to File -- The application to file under seal certain information designated as "highly confidential" within the meaning of the Second Amended Protective Order, docket entry 556 , is granted. Ordered by Judge James Orenstein on September 19, 2007. (Movahed, Michelle) (Entered: 09/19/2007) |
| 09/24/2007 | 752 | ORDER regarding Judge Orenstein's Memorandum and Order of August 7, 2006, 474 . Please see attached order. Ordered by Judge John Gleeson on September 24, 2007. Associated Cases: 1:05-md-01720-JG-JO et al. (Gleeson, John) (Entered: 09/24/2007) |
| 09/24/2007 | 753 | Letter *in Opposition to Plaintiffs' 749 Letter Motion to Compel Complete Production of Transcripts and Exhibits of Overlapping Custodians in AmEx case* by Wells Fargo & Company (McCarthy, Eric) (Entered: 09/24/2007) |
| 09/25/2007 | 755 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 9/25/2007 (Court Reporter Sheldon Silverman.) SCHEDULING: The next status conference will be held on October 30, 2007, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: (1) For the reasons set forth on the record, I granted in part the defendants' motion to compel class plaintiff Payless Shoesource, Inc. ("Payless") to produce certain discovery. Specifically, in light of the fact that it would at this point be unrealistic to order Payless to make substantially complete production of documents responsive to the defendants' requests by September 28, 2007, I ordered that Payless do so no later than October 24, 2007. I denied Payless's cross-motion for a protective order. *See* Docket Entry ("DE") 736; DE 741. (2) For the reasons set forth on the record, I granted the plaintiffs' motion to compel defendant Wells Fargo, Inc. to produce in unredacted form certain documents produced in connection with litigation pending elsewhere. *See* DE 749. (3)The parties will continue discussions in an attempt to resolve on consent the defendants' motion to compel the Class Plaintiffs to answer certain interrogatories. *See* DE 746. (4) The parties discussed a number of other issues on the record, none of which is ripe for my review. **SEE ATTACHED ORDER.** (Attachments: # 1 Appendix Appearances) |

| | | |
|---|---|---|
| | | (Movahed, Michelle) Additional attachment(s) added on 9/25/2007 (Guy, Alicia). Modified on 9/26/2007 (Guy, Alicia). Additional attachment(s) added on 9/26/2007 (Guy, Alicia). (Entered: 09/25/2007) |
| 09/25/2007 | | ORDER granting 754 SEALED Motion to Compel and [749](#) REDACTED Motion to Compel. Ordered by JudgeJames Orenstein on 9/25/07. (Guy, Alicia) (Entered: 09/26/2007) |
| 09/27/2007 | [756](#) | NOTICE of Appearance by James M. Sulentic on behalf of Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG - JO, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO (aty to be noticed) (Sulentic, James) (Entered: 09/27/2007) |
| 09/27/2007 | [757](#) | Letter *to Judge Orenstein re Request for Deposition Protocol Orders* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # [1](#) Exhibit A# [2](#) Exhibit B) (Burke, Christopher) (Entered: 09/27/2007) |
| 10/01/2007 | [760](#) | TRANSCRIPT of Status Conference held on 9/25/2007 before Judge Orenstein. Counsel for parties present. Court Reporter: Anthony Mancuso. Associated Cases: 1:05-md-01720-JG-JO et al. (Toribio, Winnethka) (Entered: 10/01/2007) |
| 10/01/2007 | [761](#) | NOTICE of Appearance by Linda Wong Cenedella on behalf of Chase Bank USA, N.A., JP Morgan Chase & Co. (aty to be noticed) (Cenedella, Linda) (Entered: 10/01/2007) |
| 10/03/2007 | [762](#) | NOTICE by Visa International Service Association *of Firm Name Change* (Gaertner, Michael) (Entered: 10/03/2007) |
| 10/04/2007 | [763](#) | NOTICE of Change of Firm name and e-mail address by Michael J. Gaertner (Gaertner, Michael) (Entered: 10/04/2007) |
| 10/04/2007 | [764](#) | Letter *request of Plaintiffs for telephone conference with the Court.* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/04/2007) |
| 10/05/2007 | | ORDER re [764](#) Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- If any party objects to the proposed conference, it may submit a letter explaining its position by October 10, 2007. If there is no objection, I direct Mr. Wildfang to arrange a telephone conference for all interested participants on October 12, 2007, at 2:00 p.m. Ordered by Judge James Orenstein on October 5, 2007. (Kochendorfer, Kate) (Entered: 10/05/2007) |
| 10/05/2007 | [765](#) | Letter *attaching Stipulation and Order for entry* by Visa International Service Association (Gaertner, Michael) (Entered: 10/05/2007) |
| 10/09/2007 | | ORDER re [765](#) Letter filed by Visa International Service Association -- The stipulation is so ordered. Ordered by Judge James Orenstein on October 9, 2007. (Kochendorfer, Kate) (Entered: 10/09/2007) |
| 10/10/2007 | [766](#) | Letter *from Peter E. Greene, Esq. to the Honorable James Orenstein* by Chase Bank USA, N.A., JP Morgan Chase & Co. (Greene, Peter) (Entered: 10/10/2007) |
| 10/10/2007 | [767](#) | Letter *of Plaintiffs in response to letter of Mr. Greene of October 10, 2007* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/10/2007) |
| 10/10/2007 | | ORDER re [764](#) Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- I will conduct the telephone conference as scheduled. Ordered by Judge James Orenstein on October 10, 2007. (Kochendorfer, Kate) (Entered: 10/10/2007) |
| 10/11/2007 | [768](#) | Letter *containing dial-in instructions for October 12, 2007 telephone conference with the* |

| | | *Court.* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/11/2007) |
|---|---|---|
| 10/12/2007 | 769 | Minute Entry for proceedings held before James Orenstein : Telephone Conference held on 10/12/2007. No later than October 22, 2007, the Class Plaintiffs will submit a letter or brief setting forth their arguments as to how my Report and Recommendation of September 7, 2007, docket entry 740 (the "R&R"), should affect the claims of non-party members of the putative class who opted out of the earlier class action styled as *In re Visa Check/ MasterMoney Antitrust Litigation*, docket no. CV 96-5238 (E.D.N.Y.). The defendants will submit their response by October 29, 2007. After reviewing the submissions, I will issue a supplement to the R&R setting forth such further analysis and recommendations as I believe to be warranted under the circumstances. The deadline for submitting objections to the R&R is accordingly adjourned without date; I will set a new deadline in the supplemental document to be issued after reviewing the parties' submissions. (Orenstein, James) (Entered: 10/12/2007) |
| 10/15/2007 | 770 | MOTION for Leave to File *Document Under Seal* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/15/2007) |
| 10/15/2007 | 771 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation *Plaintiffs' Notice of Motion and Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents* (Sweeney, Bonny) Modified on 10/16/2007 to change this document from a Notice(other) to a Motion to Compel.(Vaughn, Terry). (Entered: 10/15/2007) |
| 10/15/2007 | 772 | MOTION to Compel *Memorandum of Law in Support of Plaintiffs' Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 10/15/2007) |
| 10/15/2007 | 773 | AFFIDAVIT/AFFIRMATION *[Redacted] Declaration of Dennis Stewart in Support of Plaintiffs' Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (Sweeney, Bonny) (Entered: 10/15/2007) |
| 10/16/2007 | | Motions terminated, docketed incorrectly: 772 MOTION to Compel *Memorandum of Law in Support of Plaintiffs' Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (THESE DOCUMENTS ARE SUPPORTING PAPERS TO THE MOTION TO COMPEL) (Piper, Francine) (Entered: 10/16/2007) |
| 10/16/2007 | 774 | NOTICE of Appearance by Trenton B. Douthett on behalf of Fifth Third Bancorp (aty to be noticed) (Douthett, Trenton) (Entered: 10/16/2007) |
| 10/16/2007 | 775 | NOTICE of Appearance by Brenna L. Penrose on behalf of Fifth Third Bancorp (aty to be noticed) (Penrose, Brenna) (Entered: 10/16/2007) |
| 10/16/2007 | | ORDER granting 770 Motion for Leave to File -- The application to file under seal is granted. Ordered by Judge James Orenstein on October 16, 2007. (Kochendorfer, Kate) (Entered: 10/16/2007) |
| 10/16/2007 | 776 | MOTION for Leave to File *Documents Under Seal re Class Plaintiffs' Motion* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Notice of Motion and Motion# 2 Memorandum in Support of Motion# 3 Declaration of K. Craig Wildfang# 4 Exhibits to Declaration of K. Craig Wildfang# 5 Text of Proposed Order [Proposed] Order re Motion# 6 Certificate of Service) (Wildfang, K.) (Entered: 10/16/2007) |
| 10/16/2007 | 777 | MOTION for Leave to File *Motion to Declare as Not Privileged Certain Documents Produced by MasterCard* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Notice of Motion and Motion# 2 Memorandum in Support of Motion# 3 Declaration of Thomas B. Hatch# 4 Exhibit List in re Declaration of Thomas B. |

| | | |
|---|---|---|
| | | Hatch# 5 Exhibit 1# 6 Exhibit 2# 7 Exhibit 3# 8 Errata 4# 9 Exhibit 5# 10 Exhibit 6# 11 Exhibit 7# 12 Exhibit 8# 13 Text of Proposed Order # 14 Certificate of Service) (Wildfang, K.) (Entered: 10/16/2007) |
| 10/16/2007 | 778 | SEALED AFFIDAVIT/AFFIRMATION Declaration of Dennis Stewart in Support of Plaintiffs' Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Guy, Alicia) (Entered: 10/17/2007) |
| 10/17/2007 | 779 | Letter *to Sandra Jones re Pro Hac Vice admission of Barry L. Refsin* by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Refsin, Barry) (Entered: 10/17/2007) |
| 10/17/2007 | 780 | Letter *to the Honorable James Orenstein requesting an extension of time to respond to Plaintiff's Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/17/2007) |
| 10/18/2007 | 781 | Letter *to the Honorable James Orenstein requesting leave to file letter motion to compel under seal* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/18/2007) |
| 10/18/2007 | 782 | Letter *of Plaintiffs' re briefing schedule with MasterCard* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/18/2007) |
| 10/18/2007 | 783 | Letter *Response of Class Plaintiffs to Ms. Rottenberg's Request for Extension of Time to Respond* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/18/2007) |
| 10/18/2007 | 784 | MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Motion to Declare As Not Privileged Certain Documents, Produced by Citigroup, But Claimed to be Privileged by MasterCard (docket no. 776) and Class Plaintiffs' Motion to Declare As Not Privileged Certain Documents Produced by MasterCard (docket no. 777)* by Mastercard Incorporated, Mastercard International Incorporated, Citibank N A, Citicorp, Citigroup Inc. (Ravelo, Keila) (Entered: 10/18/2007) |
| 10/18/2007 | | ORDER denying 771 Motion to Compel -- The plaintiffs' notice of motion to compel defendant First National Bank of Omaha to produce certain documents, docket entry 771, was filed without leave obtained at a pre-motion conference, in violation of rule III.A.3 of my individual practice rules. I note that the motion was addressed to my colleague, the Honorable Michael L. Orenstein, who is not assigned to this litigation but whose individual rules do not require a pre-motion conference. Assuming that the plaintiffs intended to address their motion to me, I deny it without prejudice to renewal, either as an informal letter motion pursuant to Local Civil Rule 37.3 or as a motion on notice in conformity with my individual practice rules. Ordered by Judge James Orenstein on October 18, 2007. (Kochendorfer, Kate) (Entered: 10/18/2007) |
| 10/18/2007 | 785 | Notice of MOTION to Withdraw as Attorney by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Motion to Withdraw the Appearance of Bradley M. Orschel# 2 Certificate of Service) (Wildfang, K.) (Entered: 10/18/2007) |
| 10/18/2007 | 786 | MOTION for Leave to File *Document Under Seal* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Burke, Christopher) (Entered: 10/18/2007) |
| 10/18/2007 | | ORDER finding as moot 780 Letter filed by Visa U.S.A. Inc. requesting an extension of time to respond to Plaintiff's Motion to Compel as the Motion to Compel 771 is denied. Ordered by Judge James Orenstein on 10/18/07. (Guy, Alicia) (Entered: 10/19/2007) |
| 10/18/2007 | 798 | FILING FEE: $ 25.00, receipt number 345034 - Pro Hac Vice Motion - Attorney, Barry Refsin. (Piper, Francine) (Entered: 10/23/2007) |
| 10/19/2007 | | ORDER re 781 Letter filed by Visa U.S.A. Inc. -- The application to file under seal certain |

| | | |
|---|---|---|
| | | information designated as "highly confidential" or "confidential" within the meaning of the Second Amended Protective Order, docket entry 556, is granted. Ordered by Judge James Orenstein on October 19, 2007. (Kochendorfer, Kate) (Entered: 10/19/2007) |
| 10/19/2007 | | ORDER re 786 MOTION for Leave to File *Document Under Seal* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application to file under seal is granted. Ordered by Judge James Orenstein on October 19, 2007. (Kochendorfer, Kate) (Entered: 10/19/2007) |
| 10/19/2007 | 788 | NOTICE of Appearance by William F. Cavanaugh on behalf of Wells Fargo & Company (aty to be noticed) (Cavanaugh, William) (Entered: 10/19/2007) |
| 10/19/2007 | 789 | Letter MOTION to Compel *Defendants' Production of Native Excel Files* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E, Pt. 1# 6 Exhibit E, Pt. 2# 7 Exhibit E, Pt. 3# 8 Exhibit E, Pt. 4# 9 Exhibit E, Pt. 5# 10 Exhibit E, Pt. 6# 11 Exhibit E, Pt. 7# 12 Exhibit E, Pt. 8# 13 Exhibit E, Pt. 9# 14 Exhibit E, Pt. 10# 15 Exhibit F) (Slaughter, Stacey) (Entered: 10/19/2007) |
| 10/19/2007 | 790 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 789 Letter MOTION to Compel *Defendants' Production of Native Excel Files* (Slaughter, Stacey) (Entered: 10/19/2007) |
| 10/19/2007 | 791 | NOTICE of Appearance by Thomas B. Hatch on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1) (Hatch, Thomas) (Entered: 10/19/2007) |
| 10/19/2007 | | ORDER granting 785 Motion to Withdraw as Attorney -- The motion is granted. Ordered by Judge James Orenstein on October 19, 2007. (Kochendorfer, Kate) (Entered: 10/19/2007) |
| 10/19/2007 | 792 | Letter *Brief Re Privilege Log Issues* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 # 2) (Hatch, Thomas) (Entered: 10/19/2007) |
| 10/19/2007 | 793 | ORDER -- As explained in the attached document, I deem each of the plaintiffs' motions (DE 771; DE 776; DE 777) to be a request for a pre-motion conference. Any party that wishes to respond to the request for a pre-motion conference may submit a letter explaining its position by October 24, 2007. As a result of the foregoing, the various applications for extensions of time to respond to the substantive motions, DE 780; DE 784, are moot. Finally, to the extent the parties' respective submissions also seek leave to file materials under seal in connection with the anticipated motion practice, I grant such relief. **SEE ATTACHED ORDER.** Ordered by Judge James Orenstein on October 19, 2007. (Kochendorfer, Kate) (Entered: 10/19/2007) |
| 10/19/2007 | | ORDER terminating 776 Motion for Leave to File; terminating 777 Motion for Leave to File; terminating 784 Motion for Extension of Time to File Response/Reply ; granting 786 Motion for Leave to File. See Docket Entry 793. Ordered by Judge James Orenstein on October 19, 2007. (Kochendorfer, Kate) (Entered: 10/19/2007) |
| 10/19/2007 | 794 | Letter MOTION to Compel *Challenging Defendant First Nationa Bank of Omaha's Privilege Designation* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (Burke, Christopher) (Entered: 10/19/2007) |
| 10/22/2007 | 795 | Letter *Motion by Class Plaintiffs for clarification of the Court's Report and Recommendation* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment A -part 1# 2 Attachment A - part 2# 3 Attachment A - part 3# 4 Attachment A- part 4# 5 Attachment A- part 5# 6 Attachment B - part 1# 7 Attachment B - part 2) (Wildfang, K.) (Entered: 10/22/2007) |
| 10/22/2007 | 796 | NOTICE of Appearance by Stacey Slaughter on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (notification declined) (Attachments: # 1 Certificate of Service) (Slaughter, Stacey) (Entered: 10/22/2007) |
| | | |

| | | |
|---|---|---|
| 10/22/2007 | 797 | Letter MOTION to Compel *third party Auriemma Consulting Group* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2 [redacted]# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6) (Wildfang, K.) (Entered: 10/22/2007) |
| 10/22/2007 | 807 | SEALED MOTION to Compel Challenging Defendant First Nationa Bank of Omaha's Privilege Designation by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. REDACTED copy is docket entry 794 . (Guy, Alicia) (Entered: 10/24/2007) |
| 10/22/2007 | 808 | SEALED EXHIBITS 9-22 as attached to the Declaration of Thomas B. Hatch in re Class Plaintiff's Motion to Declare as Not Priviledged Certain Documents Produced by Mastercard, Docket Entry 777 . (Guy, Alicia) (Entered: 10/24/2007) |
| 10/23/2007 | | ORDER re 797 Letter MOTION to Compel *third party Auriemma Consulting Group* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- Third party Auriemma Consulting Group shall respond in writing by October 25, 2007. Attorney Wildfang shall provide a copy of this order to them. Ordered by Judge James Orenstein on October 23, 2007. (Kochendorfer, Kate) (Entered: 10/23/2007) |
| 10/23/2007 | 799 | FILING FEE: $ 25.00, receipt number 345146 re: Pro Hace Vice Admission for Stacey Slaughter. (Guy, Alicia) (Entered: 10/23/2007) |
| 10/23/2007 | 800 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 795 Letter, *Motion of Class Plaintiffs requesting clarification of the Court's September 7, 2007 Report and Recommendation* (Wildfang, K.) (Entered: 10/23/2007) |
| 10/23/2007 | 801 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 797 Letter MOTION to Compel *third party Auriemma Consulting Group* (Wildfang, K.) (Entered: 10/23/2007) |
| 10/23/2007 | 802 | MOTION for Leave to File *Document Under Seal [re DE 797]* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 10/23/2007) |
| 10/23/2007 | 803 | Letter *to The Honorable James Orenstein with respect to Plaintiffs' Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/23/2007) |
| 10/23/2007 | 804 | Letter *response of plaintiffs to Ms. Rottenberg's October 23, 2007 letter re motion to compel FNBO production* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 10/23/2007) |
| 10/23/2007 | 805 | Letter *to The Honorable James Orenstein withdrawing Defendants' motion to compel against Coborn's Inc.(Docket No. 781)* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/23/2007) |
| 10/23/2007 | 806 | STATUS REPORT *Parties' Joint Case Status Report & Proposed Agenda For Case Management Conference No. 15, filed on behalf of all parties* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/23/2007) |
| 10/24/2007 | | ORDER withdrawing 787 Sealed Motion as reported to the Court in docket entry 805 . Ordered by JudgeJames Orenstein on 10/24/07. (Guy, Alicia) (Entered: 10/24/2007) |
| 10/24/2007 | | ORDER re 803 Letter filed by Visa U.S.A. Inc. -- Any party wishing to respond to the letter motion may do so by October 26, 2007, provided that multiple parties represented by common counsel shall file a single common response. The motion on notice is deemed withdrawn. Ordered by Judge James Orenstein on October 24, 2007. (Kochendorfer, Kate) (Entered: 10/24/2007) |
| 10/24/2007 | 809 | Letter *to the Honorable James Orenstein withdrawing motion re privilege issues (Docket 792)* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Hatch, Thomas) (Entered: 10/24/2007) |
| 10/24/2007 | | ORDER granting 802 Motion for Leave to File -- The application to file under seal is granted. |

| | | |
|---|---|---|
| | | Ordered by Judge James Orenstein on October 24, 2007. (Kochendorfer, Kate) (Entered: 10/24/2007) |
| 10/24/2007 | 810 | Letter *to Judge Orenstein Regarding Class Plaintiffs' Motion to Compel Certain Defendants, etc.* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 10/24/2007) |
| 10/24/2007 | 811 | Letter *to The Honorable James Orenstein concerning the pre-motion conference* by Mastercard Incorporated, Mastercard International Incorporated, Citibank N A, Citicorp, Citigroup Inc (Attachments: # 1 Exhibit) (Ravelo, Keila) (Entered: 10/24/2007) |
| 10/24/2007 | 812 | RESPONSE in Opposition re 789 Letter MOTION to Compel *Defendants' Production of Native Excel Files* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Certificate of Service) (Ladner, Mark) (Entered: 10/24/2007) |
| 10/25/2007 | 813 | RESPONSE in Opposition re 797 Letter MOTION to Compel *third party Auriemma Consulting Group* filed by Auriemma Consulting Group, Inc.. (Wright, Lita) (Entered: 10/25/2007) |
| 10/26/2007 | 814 | NOTICE of Appearance by Lita B. Wright on behalf of Auriemma Consulting Group, Inc. (aty to be noticed) (Wright, Lita) (Entered: 10/26/2007) |
| 10/26/2007 | 815 | Letter *to The Honorable James Orenstein with respect to filing under seal of Visa U.S.A. Inc.'s letter in opposition to Plaintiffs' Letter Motion to Compel Defendant First National Bank of Omaha to Produce Certain Documents (No. 794)* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/26/2007) |
| 10/26/2007 | 816 | RESPONSE in Opposition re 794 Letter MOTION to Compel *Challenging Defendant First Nationa Bank of Omaha's Privilege Designation* filed by First National Bank of Omaha. (Attachments: # 1 Affidavit John Passarelli with Exhibits A-E) (Passarelli, John) (Entered: 10/26/2007) |
| 10/26/2007 | 817 | SEALED Response to Motion re 794 Letter MOTION to Compel *Challenging Defendant First National Bank of Omaha's Privilege Designation* filed by Visa U.S.A. Inc. Placed in vault. (Toribio, Winnethka) (Entered: 10/29/2007) |
| 10/29/2007 | 818 | RESPONSE in Opposition re 795 MOTION for More Definite Statement filed by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Greene, Peter) (Entered: 10/29/2007) |
| 10/30/2007 | 819 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 10/30/2007 -- SCHEDULING: The next status conference will be held on December 11, 2007, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: I heard argument on a number of discovery motions and resolved some as set forth in detail in Pretrial Order 16. **SEE ATTACHED ORDER.** (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 10/30/2007) |
| 10/30/2007 | 820 | PRETRIAL ORDER 16: The attached order details the discovery issues discussed at the conference on October 30, 2007. **SEE ATTACHED ORDER.** Ordered by Judge James Orenstein on October 30, 2007. (Kochendorfer, Kate) (Entered: 10/30/2007) |
| 10/30/2007 | | ORDER denying 789 Motion to Compel; granting 794 Motion to Compel; denying 795 Motion for More Definite Statement. See Docket Entry 820. Ordered by Judge James Orenstein on October 30, 2007. (Kochendorfer, Kate) (Entered: 10/30/2007) |
| 10/30/2007 | 821 | SEALED EXHIBIT 2 as attached to 797 Letter MOTION to Compel *third party Auriemma Consulting Group* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Guy, Alicia) (Entered: 10/31/2007) |
| 11/01/2007 | 822 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Antitrust Litigation *re service of Judge Orenstein's Pretrial Order (DE 820) on Auriemma* |

| | | |
|---|---|---|
| | | (Wildfang, K.) (Entered: 11/01/2007) |
| 11/01/2007 | 823 | NOTICE of Appearance by Eric Bloom on behalf of Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (aty to be noticed) (Bloom, Eric) (Entered: 11/01/2007) |
| 11/01/2007 | 824 | TRANSCRIPT of Proceedings held on 10/30/07 before Judge James Orenstein. Court Reporter: Burt Sulzer. (Kochendorfer, Kate) (Entered: 11/01/2007) |
| 11/02/2007 | 825 | Letter *to Sandra Jones re admission pro hac vice of Susan G. Lee and Thomas William Stoever, Jr.* by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Entered: 11/02/2007) |
| 11/05/2007 | 826 | Letter *on Behalf of Alexandra S. Bernay re pro hac vice* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Burke, Christopher) (Entered: 11/05/2007) |
| 11/06/2007 | 827 | MOTION to Compel *Documents Claimed as Privileged by MasterCard* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Certificate of Service) (Hatch, Thomas) (Entered: 11/06/2007) |
| 11/06/2007 | 828 | FILING FEE: $ 50, receipt number 345648 re: Pro Hac Vice Admission for Attoneys, Susan G. Lee and Thomas Stoever, Jr. (Guy, Alicia) (Entered: 11/06/2007) |
| 11/08/2007 | 829 | MOTION to Withdraw as Attorney by Wells Fargo & Company. (Attachments: # 1 Certificate of Service) (McCarthy, Eric) (Entered: 11/08/2007) |
| 11/09/2007 | | ORDER granting 829 Motion to Withdraw as Attorney -- The motion is granted. Ordered by Judge James Orenstein on November 9, 2007. (Roehm, Scott) (Entered: 11/09/2007) |
| 11/09/2007 | 830 | MOTION to Compel *Wells Fargo* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 October 16, 2007 letter# 2 October 23, 2007 letter) (Perelman, Donald) (Entered: 11/09/2007) |
| 11/13/2007 | 831 | MOTION for Leave to File , *Under Seal, the Supplemental Declaration of K. Craig Wildfang in support of Class Plaintiffs' Objections to Report and Recommendation Filed on September 7, 2007* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Memorandum, # 2 [Redacted] Supplemental Declaration, # 3 Under Seal Cover Page) (Wildfang, K.) (Entered: 11/13/2007) |
| 11/14/2007 | 832 | See Doc. No. 831. Included in Doc. No. 831 is Class Plaintiffs' OBJECTION to 740 Report and Recommendations filed 9/7/07. A copy of these objections are attached to this entry. (Vaughn, Terry) (Entered: 11/14/2007) |
| 11/14/2007 | | ORDER granting 831 Motion for Leave to File -- The application to file under seal is granted. Ordered by Magistrate-Judge James Orenstein on November 14, 2007. (Kochendorfer, Kate) (Entered: 11/14/2007) |
| 11/14/2007 | 833 | Letter *seeking leave to file motion* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Attachment 1) (Wildfang, K.) (Entered: 11/14/2007) |
| 11/14/2007 | 834 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 831 MOTION for Leave to File , *Under Seal, the Supplemental Declaration of K. Craig Wildfang in support of Class Plaintiffs' Objections to Report and Recommendation Filed on September 7, 2007*, 832 Objection to Report and Recommendations (Wildfang, K.) (Entered: 11/14/2007) |
| 11/15/2007 | 835 | RESPONSE in Opposition re 830 MOTION to Compel *Wells Fargo (Letter in Opposition to Motion to Compel Wells Fargo & Company)* filed by Wells Fargo & Company. (Cavanaugh, William) (Entered: 11/15/2007) |
| 11/15/2007 | 836 | Letter *on Behalf of Defendants to Magistrate Judge Orenstein* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Carney, Gary) (Entered: 11/15/2007) |
| 11/16/2007 | | ORDER finding as moot 830 Motion to Compel -- The motion is deemed moot, without prejudice to renewal, in compliance with all applicable rules, after the plaintiffs review the revised privilege log to be produced by December 7, 2007 which will comply in all respects |

| | | |
|---|---|---|
| | | with the requirements of Rule 26(b)(5). Ordered by Magistrate-Judge James Orenstein on November 16, 2007. (Kochendorfer, Kate) (Entered: 11/16/2007) |
| 11/16/2007 | | ORDER: The defendants' request, 836 , for time to respond to the class plaintiffs' objections to the September 7, 2007 Report and Recommendation is granted. All responses to the objections to the Report and Recommendation shall be served and filed on or before December 13, 2007. Ordered by Judge John Gleeson on November 16, 2007. Associated Cases: 1:05-md-01720-JG-JO et al. (Gleeson, John) (Entered: 11/16/2007) |
| 11/19/2007 | 838 | Letter *on behalf of all Defendants in response to Plaintiffs' Request Seeking Leave to Move For a Case Management Order* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 11/19/2007) |
| 11/19/2007 | 843 | FILING FEE: $ 25.00, receipt number 346415 -Pro Hac Vice Motion - Saren K. Sudel, Law Office of Robins, Kaplan, Miller & Ceresi LLP. (Piper, Francine) (Entered: 11/28/2007) |
| 11/20/2007 | 840 | TRANSCRIPT of Proceedings held on 10/30/07 before Judge James Orenstein. Court Reporter: Burton Sulzer. (Piper, Francine) (Entered: 11/21/2007) |
| 11/21/2007 | 839 | Letter *to The Honorable James Orenstein re procedures for resolving privilege disputes* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 11/21/2007) |
| 11/26/2007 | 841 | NOTICE of Appearance by Barry L. Refsin on behalf of Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (aty to be noticed) (Refsin, Barry) (Entered: 11/26/2007) |
| 11/26/2007 | 842 | ORDER re 838 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, 839 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, 833 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. At the next status conference on December 11, 2007, I will discuss procedures for challenging assertions of privilege, as raised in the parties' recent submissions. If the matter is not resolved at that conference, I will set an expedited briefing schedule and resolve the dispute on the basis of the written submissions. Ordered by Magistrate Judge James Orenstein on November 26, 2007. (Orenstein, James) (Entered: 11/26/2007) |
| 11/30/2007 | 844 | NOTICE of Appearance by Saren Sudel on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Sudel, Saren) (Entered: 11/30/2007) |
| 11/30/2007 | 845 | Notice of MOTION for Leave to File *Documents Under Seal Relating to the Motion to Declare as Not Privileged Certain Documents, Produced by Citigroup, But Claimed to be Privileged by MasterCard [Relating to Docket Number 776]* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 11/30/2007) |
| 12/03/2007 | 846 | MOTION for Leave to File *Documents Under Seal Related to Letter Motion To Compel Third Party McKinsey* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Letter Motion to Compel third party McKinsey, # 2 Exhibit A (redacted), # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D (redacted), # 6 Exhibit E (redacted), # 7 Exhibit F, # 8 Exhibit G (redacted), # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J) (Wildfang, K.) (Entered: 12/03/2007) |
| 12/03/2007 | 847 | MOTION to Compel *Defendant MasterCard to Provide a Designated Corporate Representative To Testify And To Compy With Their Discovery Agreement of Last June* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 ATTACHMENT 1, # 2 ATTACHMENT 2, # 3 ATTACHMENT 3, # 4 ATTACHMENT 4, # 5 ATTACHMENT 5, # 6 ATTACHMENT 6, # 7 ATTACHMENT 7, # 8 ATTACHMENT 8, |

| | | |
|---|---|---|
| | | # 9 ATTACHMENT 9, # 10 ATTACHMENT 10, # 11 ATTACHMENT 11) (Wildfang, K.) (Entered: 12/03/2007) |
| 12/04/2007 | 848 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 846 MOTION for Leave to File *Documents Under Seal Related to Letter Motion To Compel Third Party McKinsey* (Wildfang, K.) (Entered: 12/04/2007) |
| 12/04/2007 | 849 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 847 MOTION to Compel *Defendant MasterCard to Provide a Designated Corporate Representative To Testify and To Comply With Their Discovery Agreement of Last June* (Wildfang, K.) (Entered: 12/04/2007) |
| 12/04/2007 | 850 | RESPONSE to Motion re 777 MOTION for Leave to File *Motion to Declare as Not Privileged Certain Documents Produced by MasterCard with Cover Letter to Magistrate Judge James Orenstein* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Application to file under seal, # 2 Exhibit MasterCard's Memorandum of Law in Opposition to Class Plaintiffs' Motion to Declare as Not Privileged Certain Documents Produced by MasterCard, # 3 Exhibit Declaration of Wesley R. Powell, # 4 Exhibit Declaration of Joshua Peirez, # 5 Exhibit Declaration of Noah J. Hanft, # 6 Exhibit Declaration of Carl Munson, # 7 Exhibit Declaration of James Masterson, # 8 Exhibit Declaration of Dana Lorberg, # 9 Exhibit Declaration of Michael Rethorn, # 10 Exhibit Declaration of Charles Hillock, # 11 Exhibit Class Plaintiffs' Reply Memorandum in Support of Their Motion to Declare as Not Privileged Certain Documents Produced by MasterCard [relating to Docket No. 777], # 12 Exhibit Supplemental Declaration of Thomas Hatch and Exhibit A [relating to Docket No. 777]) (Slaughter, Stacey) (Entered: 12/04/2007) |
| 12/04/2007 | 851 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 850 Response to Motion,,,, (Slaughter, Stacey) (Entered: 12/04/2007) |
| 12/04/2007 | 852 | Letter *re date of service on third party McKinsey related to DE 846* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 12/04/2007) |
| 12/04/2007 | 853 | STATUS REPORT *AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 16* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit Stipulation and Order of Case Management Order) (Powell, Wesley) (Entered: 12/04/2007) |
| 12/06/2007 | 854 | NOTICE of Appearance by Marion Brenda Johnson on behalf of McKinsey & Company (aty to be noticed) (Johnson, Marion) (Entered: 12/06/2007) |
| 12/06/2007 | 855 | RESPONSE in Opposition re 847 MOTION to Compel *Defendant MasterCard to Provide a Designated Corporate Representative To Testify and To Comply With Their Discovery Agreement of Last June* filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Ravelo, Keila) (Entered: 12/06/2007) |
| 12/06/2007 | 863 | SEALED MEMORANDUM in Opposition by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation placed in vault. (Toribio, Winnethka) (Entered: 12/12/2007) |
| 12/07/2007 | 856 | RESPONSE in Opposition re 846 MOTION for Leave to File *Documents Under Seal Related to Letter Motion To Compel Third Party McKinsey* filed by McKinsey & Company. (Attachments: # 1 Exhibit A) (Johnson, Marion) (Entered: 12/07/2007) |
| 12/07/2007 | 857 | REPLY to Response to Motion re 777 MOTION for Leave to File *Motion to Declare as Not Privileged Certain Documents Produced by MasterCard Amended Class Plaintiffs' Reply Memorandum* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Application to File Document Under Seal, # 2 Exhibit Amended Class Plaintiffs' Reply Memorandum in Support of Their Motion to Declare as Not Privileged Certain Documents Produced by MasterCard [Relating to Docket Nos. 777 and 850], # 3 Exhibit Certificate of Service) (Slaughter, Stacey) (Entered: 12/07/2007) |

**A468**

| 12/10/2007 | 858 | Letter *of Plaintiffs requesting additional item for discussion at the Status Conference of Tuesday, December 11, 2007* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 12/10/2007) |
|---|---|---|
| 12/10/2007 | 859 | Letter *to Judge Orenstein correcting Parties' Joint Case Status Report #16* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Undlin, Thomas) (Entered: 12/10/2007) |
| 12/10/2007 | 860 | Letter *Of Peter E. Greene To Honorable James Orenstein In Response To Plaintiff's Request For An Additional Item For Discussion At The Status Conference Of Tuesday, December 11, 2007, Filed* by Chase Bank USA, N.A., JP Morgan Chase & Co. (Attachments: # 1 Attachment A) (Greene, Peter) (Entered: 12/10/2007) |
| 12/11/2007 | 861 | PRETRIAL ORDER 17 -- The attached order details the discovery issues discussed at the conference on December 11, 2007. **SEE ATTACHED ORDER.** Ordered by Magistrate Judge James Orenstein on December 11, 2007. (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 12/11/2007) |
| 12/13/2007 | | ORDER -- According to Pretrial Order 17, docket entry 861, a conference is scheduled for March 2, 2008; that conference will be held on **March 4, 2008.** Ordered by Magistrate Judge James Orenstein on December 13, 2007. (Kochendorfer, Kate) (Entered: 12/13/2007) |
| 12/13/2007 | 864 | REPLY in Opposition re 832 Objection to Report and Recommendations *DEFENDANTS' RESPONSE TO CLASS PLAINTIFFS' OBJECTIONS TO RECOMMENDATION AND REPORT FILED ON SEPTEMBER 7, 2007* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Appendix of Exhibits Pt.1, # 2 Appendix of Exhibits Pt. 2, # 3 Appendix of Exhibits Pt.3, # 4 Appendix of Exhibits Pt. 4, # 5 Appendix of Exhibits Pt. 5) (Carney, Gary) (Entered: 12/13/2007) |
| 12/14/2007 | 865 | Letter *to Judge Orenstein re agreement concerning MasterCard's 30(b)(6) witness (DE 847)* by Mastercard Incorporated, Mastercard International Incorporated (Ravelo, Keila) (Entered: 12/14/2007) |
| 12/17/2007 | | ORDER denying as moot 797 Motion to Compel; denying as moot 847 Motion to Compel. Ordered by Magistrate Judge James Orenstein on December 17, 2007. (Kochendorfer, Kate) (Entered: 12/17/2007) |
| 12/17/2007 | 866 | TRANSCRIPT of Proceedings held on December 11, 2007 before Judge James Orenstein. Court Reporter: Marie Foley. (Kochendorfer, Kate) (Entered: 12/17/2007) |
| 12/17/2007 | 867 | SEALED TRANSCRIPT of Proceedings held on December 11, 2007 before Judge James Orenstein. Court Reporter: Marie Foley. (Kochendorfer, Kate) (Entered: 12/17/2007) |
| 12/26/2007 | 868 | Letter *to Magistrate Judge James Orenstein with proposal for case management order* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Hatch, Thomas) (Entered: 12/26/2007) |
| 12/26/2007 | 869 | CERTIFICATE OF SERVICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation re 868 Letter *to Magistrate Judge James Orenstein with proposal for case management order* (Hatch, Thomas) (Entered: 12/26/2007) |
| 12/26/2007 | 871 | Letter *to Magistrate Judge James Orenstein with proposal for case management order with Exhibits* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit 1 to Letter, # 2 Exhibit 2 to Letter) (Miller, Michael) (Entered: 12/26/2007) |
| 12/28/2007 | 872 | Letter *to Sandra Jones re: Pro Hac Vice admission of Jason L. Reimer* by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (Bloom, Eric) (Entered: 12/28/2007) |
| 01/02/2008 | 873 | FILING FEE: $ 25.00, receipt number 347659 - Pro Hac Vice - Attorney Jason Reimer. |

| | | |
|---|---|---|
| | | (Piper, Francine) (Entered: 01/03/2008) |
| 01/07/2008 | | Email Notification Test - DO NOT REPLY (Mahon, Cinthia) (Entered: 01/07/2008) |
| 01/07/2008 | | Email Notification Test - DO NOT REPLY (Mahon, Cinthia) (Entered: 01/07/2008) |
| 01/08/2008 | 874 | ORDER ADOPTING REPORT AND RECOMMENDATIONS: Please see attached Order adopting Magistrate Judge Orenstein's Report and Recommendation of September 7, 2007 740 . Ordered by Judge John Gleeson on January 8, 2008. Associated Cases: 1:05-md-01720-JG-JO et al. (Gleeson, John) (Entered: 01/08/2008) |
| 01/08/2008 | 875 | MEMORANDUM in Support re 845 Notice of MOTION for Leave to File *Documents Under Seal Relating to the Motion to Declare as Not Privileged Certain Documents, Produced by Citigroup, But Claimed to be Privileged by MasterCard [Relating to Docket Number 776]* Notice of MOTION for Leave to File *Documents Under Seal Relating to the Motion to Declare as Not Privileged Certain Documents, Produced by Citigroup, But Claimed to be Privileged by MasterCard [Relating to Docket Number 776]* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Application for Leave to File Documents Under Seal, # 2 Exhibit Class Plaintiffs' Memorandum in Support of Their Motion to Declare as Not Privileged Certain Documents Produced by Citigroup, but Claimed to be Privileged by MasterCard [relating to docket number 776], # 3 Supplement Declaration of K. Craig Wildfang, # 4 Exhibit 1 to Supp Decl of K. Craig Wildfang, # 5 Exhibit 2 to Supp Decl of K. Craig Wildfang, # 6 Exhibit 3 to Supp Decl of K. Craig Wildfang, # 7 Exhibit 4 to Supp Decl of K. Craig Wildfang, # 8 Exhibit 5 to Supp Decl of K. Craig Wildfang, # 9 Exhibit 6 to Supp Decl of K. Craig Wildfang, # 10 Exhibit 7 to Supp Decl of K. Craig Wildfang, # 11 Exhibit 8 to Supp Decl of K. Craig Wildfang, # 12 Exhibit 9 to Supp Decl of K. Craig Wildfang, # 13 Exhibit 10 to Supp Decl of K. Craig Wildfang, # 14 Exhibit 11 to Supp Decl of K. Craig Wildfang, # 15 Exhibit 12 to Supp Decl of K. Craig Wildfang, # 16 Exhibit 13 to Supp Decl of K. Craig Wildfang, # 17 Exhibit 14 to Supp Decl of K. Craig Wildfang, # 18 Exhibit MasterCard's Memorandum of Law in Opposition to Class Plaintiffs' Motion to Declare as Not Privileged Certain Documents, Produced by Citigroup, But Claimed to be Privileged by MasterCard, # 19 Exhibit Declaration of Wesley Powell, # 20 Exhibit A to Decl of Wesley Powell, # 21 Exhibit B to Decl of Wesley Powell, # 22 Exhibit C to Decl of Wesley Powell, # 23 Exhibit D to Decl of Wesley Powell, # 24 Exhibit Declaration of Noah Hanft, # 25 Exhibit Declaration of Timothy Murphy, # 26 Exhibit Declaration of Iain Johnson, # 27 Exhibit Declaration of Paula Riedel, # 28 Exhibit Declaration of Eric Grush, # 29 Exhibit A to Decl of Eric Grush, # 30 Exhibit B to Decl of Eric Grush, # 31 Class Plaintiffs' Reply Memorandum in Support of Their Motion to Declare as Not Privileged Certain Documents, Produced by Citigroup, but Claimed to be Privileged by MasterCard, # 32 Exhibit A to Class Plaintiffs' Reply Memorandum in Support of Their Motion, # 33 Exhibit B to Class Plaintiffs' Reply Memorandum in Support of Their Motion, # 34 Certificate of Service) (Wildfang, K.) (Entered: 01/08/2008) |
| 01/08/2008 | 876 | NOTICE of Appearance by Jason L. Reimer on behalf of Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO (aty to be noticed) (Reimer, Jason) (Entered: 01/08/2008) |
| 01/08/2008 | | ORDER -- The status conference scheduled for January 22, 2008, at 1 p.m., is rescheduled for January 22, 2008, at 3 p.m. Ordered by Magistrate Judge James Orenstein on January 8, 2008. (Kochendorfer, Kate) (Entered: 01/08/2008) |
| 01/11/2008 | 878 | REPORT AND RECOMMENDATIONS re 376 MOTION to Dismiss -- For the reasons set forth in the attached order, I respectfully recommend that the court deny MasterCard's motion to dismiss the Individual Plaintiffs' claims under Section 2 of the Sherman Act. Objections to R&R due by 1/31/2008. Ordered by Magistrate Judge James Orenstein on January 11, 2008. (Kochendorfer, Kate) (Entered: 01/11/2008) |
| 01/15/2008 | 879 | Letter MOTION to Compel *Visa USA and MasterCard to Identify Core Documents* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Affidavit of Thomas B. Hatch in support of motion to compel Visa USA and MasterCard to identify core documents, # 2 Exhibit A to Hatch Declaration, # 3 Exhibit B to Hatch Declaration, # 4 Exhibit C to Hatch Declaration, # 5 Exhibit D to Hatch Declaration, # 6 Certificate of Service) (Hatch, Thomas) (Entered: 01/15/2008) |
| 01/15/2008 | 880 | Letter MOTION for Discovery *regarding request for appointment of a Special Master* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Under Seal, # 2 Declaration to Thomas B. Hatch in support of motion to establish Vioxx-like procedures, # 3 Exhibit A to Hatch Declaration, # 4 Exhibit B to Hatch Declaration, # 5 Certificate of Service) (Hatch, Thomas) (Entered: 01/15/2008) |
| 01/15/2008 | 881 | Letter MOTION to Compel *Production of Documents in MasterCard's January 1, 2008 Letter* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Declaration of Thomas Hatch re motion to compel prod. of documents in MC 1/9/08 ltr, # 3 Exhibit A-D to Hatch Declaration, # 4 Certificate of Service) (Hatch, Thomas) (Entered: 01/15/2008) |
| 01/15/2008 | 882 | STATUS REPORT *AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO 17* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit [Proposed] Stipulation and Order Regarding Class Certification) (Powell, Wesley) (Entered: 01/15/2008) |
| 01/15/2008 | 883 | Letter MOTION to Compel *Production of Documents Re Discounts at the Point of Sale* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Documents Under Seal, # 2 Declaration of Thomas Hatch re prod. of documents at point of sale, # 3 Exhibit A and B, # 4 Certificate of Service) (Hatch, Thomas) (Entered: 01/15/2008) |
| 01/16/2008 | 884 | Letter *to the Honorable James Orenstein Requesting Entry of the Third Amended Protective Order* by Visa U.S.A. Inc. (Attachments: # 1 Text of Proposed Order) (Mason, Robert) (Entered: 01/16/2008) |
| 01/17/2008 | 885 | NOTICE of Appearance by Peter Clemens Herrick on behalf of Capital One Bank, Capital One F S B, Capital One Financial Corp (aty to be noticed) (Herrick, Peter) (Entered: 01/17/2008) |
| 01/17/2008 | 886 | Letter MOTION for Extension of Time to File Response/Reply *to Class Plaintiffs' Motion to Compel (docket no. 881)* by Mastercard Incorporated, Mastercard International Incorporated. (Powell, Wesley) (Entered: 01/17/2008) |
| 01/17/2008 | | ORDER re 884 Letter filed by Visa U.S.A. Inc. -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on January 17, 2008. (Kochendorfer, Kate) (Entered: 01/17/2008) |
| 01/18/2008 | 887 | NOTICE by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO *OF WITHDRAWAL AS COUNSEL OF RECORD* (Geribon, Hector) (Entered: 01/18/2008) |
| 01/18/2008 | | ORDER granting 886 Motion for Extension of Time to File Response/Reply -- The application is granted. Ordered by Magistrate Judge James Orenstein on January 18, 2008. (Roehm, Scott) (Entered: 01/18/2008) |
| 01/18/2008 | 888 | MOTION to Withdraw as Attorney *of Julie B. Rottenberg* by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 01/18/2008) |
| 01/18/2008 | 889 | RESPONSE in Opposition re 879 Letter MOTION to Compel *Visa USA and MasterCard to Identify Core Documents* filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 01/18/2008) |
| 01/18/2008 | 890 | RESPONSE in Opposition re 883 Letter MOTION to Compel *Production of Documents Re Discounts at the Point of Sale* filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Declaration of Carl Munson) (Powell, Wesley) (Entered: 01/18/2008) |

| | | |
|---|---|---|
| 01/18/2008 | 891 | RESPONSE in Opposition re 880 Letter MOTION for Discovery *regarding request for appointment of a Special Master* filed by Mastercard Incorporated, Mastercard International Incorporated, Citibank N A, Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation. (Powell, Wesley) (Entered: 01/18/2008) |
| 01/22/2008 | | ORDER re 887 Notice(Other) filed by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO -- Any counsel of record seeking to withdraw must do so by seeking leave of the court pursuant to Local Civil Rule 1.4, rather than merely by providing notice. Ordered by Magistrate Judge James Orenstein on January 22, 2008. (Kochendorfer, Kate) (Entered: 01/22/2008) |
| 01/22/2008 | 892 | NOTICE of Appearance by Kenneth T. Murata on behalf of Capital One Bank, Capital One F S B, Capital One Financial Corp (aty to be noticed) (Murata, Kenneth) (Entered: 01/22/2008) |
| 01/22/2008 | 893 | NOTICE of Appearance by Kristen Anderson on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Anderson, Kristen) (Entered: 01/22/2008) |
| 01/22/2008 | 894 | NOTICE by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation *of Withdrawal of Attorney* (Anderson, Kristen) (Entered: 01/22/2008) |
| 01/22/2008 | 895 | PRETRIAL ORDER 18: The attached order details the discovery issues discussed at the conference on January 22, 2008. **SEE ATTACHED ORDER.** Ordered by Magistrate Judge James Orenstein on January 22, 2008. (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 01/22/2008) |
| 01/23/2008 | 896 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 1/22/2008 -- SCHEDULING: The next status conference will be held on March 4, 2008, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: I heard argument on a number of discovery motions and resolved them as set forth in detail in Pretrial Order 18. **SEE ATTACHED ORDER.** (Court Reporter Burton Sulzer.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 01/23/2008) |
| 01/23/2008 | 897 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 12/11/2007 -- SCHEDULING: The next status conference will be held on January 22, 2008, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: I heard argument on a number of discovery motions and resolved them as set forth in detail in Pretrial Order 17. **SEE ATTACHED ORDER.** (Court Reporter Marie Foley.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 01/23/2008) |
| 01/23/2008 | | ORDER denying 845 Motion for Leave to File; denying 879 Motion to Compel; denying 880 Motion for Discovery; denying 883 Motion to Compel. *See* docket entry 895. Ordered by Magistrate Judge James Orenstein on January 23, 2008. (Kochendorfer, Kate) (Entered: 01/23/2008) |
| 01/23/2008 | | ORDER granting 846 Motion for Leave to File. *See* docket entry 861. Ordered by Magistrate Judge James Orenstein on January 23, 2008. (Kochendorfer, Kate) (Entered: 01/23/2008) |
| 01/23/2008 | | ORDER re 894 Notice(Other) filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- Any counsel of record seeking to withdraw must seek leave of the court by means of a motion pursuant to Local Civil Rule 1.4; a "notice" of withdrawal is of no effect. Ordered by Magistrate Judge James Orenstein on January 23, 2008. (Kochendorfer, Kate) (Entered: 01/23/2008) |
| 01/24/2008 | 898 | Letter *to The Honorable James Orenstein* by Mastercard Incorporated, Mastercard International Incorporated (Carney, Gary) (Entered: 01/24/2008) |
| 01/24/2008 | | ORDER granting 888 Motion to Withdraw as Attorney. The motion is granted. Ordered by Magistrate Judge James Orenstein on January 24, 2008. (Kochendorfer, Kate) (Entered: 01/24/2008) |
| 01/25/2008 | | ORDER re 898 Letter filed by Mastercard International Incorporated, Mastercard |

| | | |
|---|---|---|
| | | Incorporated -- The application is granted. Objections to the Report and Recommendation dated January 11, 2008, docket entry 878 , are due by February 15, 2008. Ordered by Magistrate Judge James Orenstein on January 25, 2008. (Kochendorfer, Kate) (Entered: 01/25/2008) |
| 01/28/2008 | 899 | TRANSCRIPT of Proceedings held on 1/22/08 before Judge James Orenstein. Court Reporter: Burt Sulzer. (Kochendorfer, Kate) (Entered: 01/28/2008) |
| 01/28/2008 | 900 | Letter *to Magistrate Judge James Orenstein Withdrawing the Motion to Compel MasterCard to Produce Documents [Docket #881]* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Hatch, Thomas) (Entered: 01/28/2008) |
| 02/05/2008 | 901 | NOTICE of Appearance by Bruce Alan Birenboim on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Birenboim, Bruce) (Entered: 02/05/2008) |
| 02/05/2008 | 902 | NOTICE of Appearance by Andrew Corydon Finch on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Finch, Andrew) (Entered: 02/05/2008) |
| 02/05/2008 | 903 | NOTICE of Appearance by Danielle M. Aguirre on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Aguirre, Danielle) (Entered: 02/05/2008) |
| 02/06/2008 | 904 | Letter *to Sandra A. Jones Requesting That Kathryne Love and Michael R. Hartman be admitted in this action Pro Hac Vice* by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Entered: 02/06/2008) |
| 02/07/2008 | | ORDER terminating 881 Motion to Compel. See docket entry 900 . Ordered by Magistrate Judge James Orenstein on February 7, 2008. (Kochendorfer, Kate) (Entered: 02/07/2008) |
| 02/12/2008 | 905 | Letter *to Sandra A. Jones Requesting That Sharon Doylass Mayo be admitted in this action Pro Hac Vice* by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Entered: 02/12/2008) |
| 02/12/2008 | 906 | REPORT AND RECOMMENDATIONS re 558 Notice of MOTION to Dismiss, 507 MOTION to Dismiss -- For the reasons set forth in the attached document, I respectfully recommend that the court grant in part and deny in part each pending motion to dismiss the Class Plaintiffs' First Supplemental Class Action Complaint. Specifically, I recommend that the court (a) dismiss, with leave to amend, the Class Plaintiffs' Seventeenth Claim For Relief as against the Bank defendants only; (b) dismiss, with leave to amend, the Class Plaintiffs' Twentieth Claim For Relief as against all defendants; and (c) deny the defendants' motions in all other respects. Objections to R&R due by 3/3/2008. Ordered by Magistrate Judge James Orenstein on February 12, 2008. (Kochendorfer, Kate) (Entered: 02/12/2008) |
| 02/12/2008 | 907 | FILING FEE: $ 25.00, receipt number 349190 - Pro Hac Vice - Sharon Doylass Mayo. (Piper, Francine) (Entered: 02/15/2008) |
| 02/15/2008 | 908 | FILING FEE: $ 50.00, receipt number 349220 - Pro Hac Vice Motions - Attorneys, Kathryne Love and Michael R. Hartman. (Piper, Francine) (Entered: 02/15/2008) |
| 02/15/2008 | 909 | OBJECTION to (878 in 1:05-md-01720-JG-JO) Report and Recommendations *dated January 11, 2008* filed by Mastercard Incorporated, Mastercard International Incorporated. Associated Cases: 1:05-md-01720-JG-JO et al. (Gallo, Kenneth) (Entered: 02/15/2008) |
| 02/19/2008 | 913 | FILING FEE: $ 50.00, receipt number 349499 - Pro Hac Vice Admissions, Attorneys - Benjamin Stewart and Charles Miller. (Piper, Francine) (Entered: 02/22/2008) |
| 02/20/2008 | 910 | NOTICE of Appearance by Charles M. Miller on behalf of Fifth Third Bancorp (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Miller, Charles) (Entered: 02/20/2008) |
| 02/21/2008 | 911 | Letter *to the Honorable James Orenstein* by HSBC Bank USA, N.A., Capital One Bank, |

| | | Mastercard Incorporated, Mastercard International Incorporated, Citicorp, JP Morgan Chase & Co., Bank of America Corporation (Aguirre, Danielle) (Entered: 02/21/2008) |
|---|---|---|
| 02/22/2008 | | ORDER re 911 Letter filed by Bank of America Corporation, Capital One Bank, Mastercard International Incorporated, JP Morgan Chase & Co., Mastercard Incorporated, HSBC Bank USA, N.A., Citicorp -- So ordered. Ordered by Magistrate Judge James Orenstein on February 22, 2008. (Kochendorfer, Kate) (Entered: 02/22/2008) |
| 02/22/2008 | 912 | NOTICE of Appearance by Benjamin G. Stewart on behalf of Fifth Third Bancorp (aty to be noticed) (Stewart, Benjamin) (Entered: 02/22/2008) |
| 02/25/2008 | 914 | MOTION to Compel *Network Defendants to Produce AmEx Discovery* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Blechman, William) (Entered: 02/25/2008) |
| 02/25/2008 | 915 | MOTION for Extension of Time to File *Response to MasterCard's Objections to the Court's Report and Recommendation* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO. (Blechman, William) (Entered: 02/25/2008) |
| 02/26/2008 | | ORDER granting 915 Motion for Extension of Time to File -- The application is granted. The Individual Plaintiffs may file a response to MasterCard's objections to the R&R dated January 11, 2008 by March 20, 2008. Ordered by Magistrate Judge James Orenstein on February 26, 2008. (Kochendorfer, Kate) (Entered: 02/26/2008) |
| 02/26/2008 | 916 | STATUS REPORT *and Proposed Agenda for Case Management Conference No. 18* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 02/26/2008) |
| 02/27/2008 | 917 | First MOTION to Withdraw as Attorney by Visa International Service Association. (Gaertner, Michael) (Entered: 02/27/2008) |
| 02/28/2008 | | ORDER granting 917 Motion to Withdraw as Attorney. Attorney Edward C. Fitzpatrick terminated. Ordered by Magistrate Judge James Orenstein on February 28, 2008. (Kochendorfer, Kate) (Entered: 02/28/2008) |
| 02/28/2008 | 918 | RESPONSE in Opposition re 914 MOTION to Compel *Network Defendants to Produce AmEx Discovery* filed by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A) (Mason, Robert) (Entered: 02/28/2008) |
| 02/28/2008 | 919 | NOTICE of Change of Firm Name And Address by Bernard Persky (Persky, Bernard) (Entered: 02/28/2008) |
| 02/29/2008 | 920 | RESPONSE in Opposition re 914 MOTION to Compel *Network Defendants to Produce AmEx Discovery* filed by American Express. (Jacobson, Jonathan) (Entered: 02/29/2008) |
| 03/04/2008 | 921 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 3/4/2008 -- SCHEDULING: The next status conference will be held on April 22, 2008, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: (1) The plaintiffs withdrew their motion to compel network defendants to produce discovery related to *American Express v. Visa U.S.A., et al.* (S.D.N.Y) and *Discover v. Visa U.S.A., et al.* (S.D.N.Y). Docket Entry ("DE") 914 . (2) Regarding several other disputes mentioned in the status report, DE 916 , that are not ripe for oral argument, I directed the parties to continue the meet and confer process and file appropriate motion practice if necessary. **SEE ATTACHED DOCUMENT.** (Court Reporter Nicole Warren.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 03/04/2008) |
| 03/04/2008 | | ORDER withdrawing 914 Motion to Compel -- *See* docket entry 921 . Ordered by Magistrate Judge James Orenstein on March 4, 2008. (Kochendorfer, Kate) (Entered: 03/04/2008) |
| 03/07/2008 | 922 | Letter *Seeking Entry of [Proposed] Third Scheduling Order* by Payment Card Interchange |

| | | Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order) (Sweeney, Bonny) (Entered: 03/07/2008) |
|---|---|---|
| 03/10/2008 | 923 | NOTICE of Appearance by Alexandra S. Bernay on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Bernay, Alexandra) (Entered: 03/10/2008) |
| 03/13/2008 | 924 | **THIRD SCHEDULING ORDER:** Class certification motion papers served on: May 1, 2008. Class certification motion opposition papers served on: September 15, 2008. Fact discovery completed by: October 15, 2008. Class certification motion reply papers served, and all class certification motion papers filed on the docket on: November 15, 2008. Plaintiffs' merits expert reports due by: January 16, 2009. Defendants' responsive expert reports due by: March 17, 2009. Plaintiffs' rebuttal expert reports due by: April 21, 2009. Expert depositions completed by: June 30, 2009. Dispositive and *Daubert* motion papers served by: August 25, 2009. Dispositive and *Daubert* motion opposition papers served by: October 27, 2009. Dispositive and *Daubert* motion reply papers served, and all such motion papers filed on the docket by: November 25, 2009. **SEE ATTACHED ORDER.** Ordered by Magistrate Judge James Orenstein on March 13, 2008. (Kochendorfer, Kate) (Entered: 03/13/2008) |
| 03/17/2008 | 925 | Letter *To Sandra A. Jones Requesting That Philip A. Selden Be Admitted In This Action Pro Hac Vice* by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Additional attachment(s) added on 3/26/2008: # 1 Receipt for Payment of Pro Hac Vice) (Abdallah, Fida). (Entered: 03/17/2008) |
| 03/20/2008 | 926 | MEMORANDUM in Opposition *to MasterCard's Objections to the Report and Recommendation* filed by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, QVC, Inc., Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Blechman, William) (Entered: 03/20/2008) |
| 03/25/2008 | 927 | NOTICE of Appearance by Robert C. Mason on behalf of Visa International Service Association (aty to be noticed) (Mason, Robert) (Entered: 03/25/2008) |
| 04/02/2008 | 928 | MOTION to Withdraw as Attorney *re Christopher Burke* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 04/02/2008) |
| 04/02/2008 | 929 | MOTION to Withdraw as Attorney *re Kristen Anderson* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 04/02/2008) |
| 04/02/2008 | 930 | NOTICE of Appearance by Christopher J McDonald on behalf of Capital Audio Electronics, Inc. (aty to be noticed) (McDonald, Christopher) (Entered: 04/02/2008) |
| 04/02/2008 | 931 | Corporate Disclosure Statement by Visa U.S.A. Inc. (Mason, Robert) (Entered: 04/02/2008) |
| 04/02/2008 | 932 | Corporate Disclosure Statement by Visa International Service Association (Mason, Robert) (Entered: 04/02/2008) |
| 04/02/2008 | 933 | Letter *from David W. Mitchell on behalf of Bonny Sweeney re Pro Hac Vice* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Additional attachment(s) added on 4/21/2008: # 1 Receipt of Payment for Pro Hac Vice) (Zoupaniotis, Evan). (Entered: 04/02/2008) |
| 04/02/2008 | 934 | NOTICE of Appearance by Morissa Robin Falk on behalf of Capital Audio Electronics, Inc. (aty to be noticed) (Falk, Morissa) (Entered: 04/02/2008) |
| 04/03/2008 | | ORDER granting 928 Motion to Withdraw as Attorney. Attorney Christopher M. Burke |

| | | |
|---|---|---|
| | | terminated; granting 929 Motion to Withdraw as Attorney. Attorney Kristen Anderson terminated. Ordered by Magistrate Judge James Orenstein on April 3, 2008. (Kochendorfer, Kate) (Entered: 04/03/2008) |
| 04/03/2008 | 935 | NOTICE of Appearance by Christopher M. Burke on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (notification declined) (Burke, Christopher) (Entered: 04/03/2008) |
| 04/03/2008 | 936 | NOTICE of Appearance by Kristen Anderson on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (notification declined) (Anderson, Kristen) (Entered: 04/03/2008) |
| 04/04/2008 | 937 | OBJECTION to 906 Report and Recommendations filed by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Declaration of Danielle M. Aguirre, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 2A, # 5 Exhibit 3, # 6 Exhibit 4) (Gallo, Kenneth) (Entered: 04/04/2008) |
| 04/04/2008 | 938 | OBJECTION to 906 Report and Recommendations filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Bank of America Corporation. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 04/04/2008) |
| 04/07/2008 | 939 | NOTICE of Appearance by David Balto on behalf of NATSO, Inc. (aty to be noticed) (Balto, David) (Entered: 04/07/2008) |
| 04/10/2008 | 940 | Letter MOTION to Compel *Defendant Chase to Produce Documents Redacted or Withheld on the Basis of Attorney/Client Privilege and Work Product Doctrine* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application to File Under Seal, # 2 Letter Motion to Compel, # 3 Placeholder for Tabs A-M, # 4 Certificate of Service) (Slaughter, Stacey) (Entered: 04/10/2008) |
| 04/11/2008 | 941 | Letter *to Magistrate Judge James Orenstein advising that motions have been resolved* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Hatch, Thomas) (Entered: 04/11/2008) |
| 04/11/2008 | 942 | Letter MOTION for Extension of Time to File Response/Reply as to 940 Letter MOTION to Compel *Defendant Chase to Produce Documents Redacted or Withheld on the Basis of Attorney/Client Privilege and Work Product Doctrine* by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Amir-Mokri, Cyrus) (Entered: 04/11/2008) |
| 04/11/2008 | 993 | SEALED EXHIBITS A-M to Class Plaintiff's letter Motion to Compel Defendant Chase to Produce Documents Redacted or Withheld on *the Basis of Attorney/Client Privilege and Work Product Doctrine* 940 . (Guy, Alicia) (Entered: 05/29/2008) |
| 04/14/2008 | | ORDER granting 942 Motion for Extension of Time to File Response/Reply -- The application is granted. Ordered by Magistrate Judge James Orenstein on April 14, 2008. (Kochendorfer, Kate) (Entered: 04/14/2008) |
| 04/14/2008 | | ORDER terminating 827 Motion to Compel -- *See* docket entry 941 . Ordered by Magistrate Judge James Orenstein on April 14, 2008. (Kochendorfer, Kate) (Entered: 04/14/2008) |
| 04/14/2008 | 943 | Letter MOTION to Compel *the Bank Defendants to respond to Interrogatories* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Stewart, Dennis) (Entered: 04/14/2008) |
| 04/14/2008 | 944 | Letter MOTION to Compel *Network Defendants to Provide Responses to Interrogatories* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Stewart, Dennis) (Entered: 04/14/2008) |
| 04/14/2008 | 945 | Letter MOTION for Extension of Time to File Response/Reply *to April 4, 2008 Objections of MasterCard and Bank Defendants to the Court's Report and Recommendation issued February 12, 2008* by Payment Card Interchange Fee and Merchant Discount Antitrust |

| | | |
|---|---|---|
| | | Litigation. (Attachments: # 1 Certificate of Service) (Wildfang, K.) (Entered: 04/14/2008) |
| 04/15/2008 | | ORDER granting 945 Motion for Extension of Time to File Response/Reply -- The application is granted; the Class Plaintiffs may respond to the defendants' objections no later than May 12, 2008. Ordered by Magistrate Judge James Orenstein on April 15, 2008. (Kochendorfer, Kate) (Entered: 04/15/2008) |
| 04/15/2008 | 946 | Letter *to Magistrate Judge James Orenstein advising that Plaintiffs April 10, 2008 Letter Motion to Compel Chase to Produce Documents Redacted or Withheld has been resolved* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Slaughter, Stacey) (Entered: 04/15/2008) |
| 04/15/2008 | 947 | Letter MOTION to Compel *Plaintiff's to Abide by Paragraph 8 of the Protective Order* by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 04/15/2008) |
| 04/15/2008 | 948 | DECLARATION re 947 Letter MOTION to Compel *Plaintiff's to Abide by Paragraph 8 of the Protective Order* by Chase Bank USA, N.A., JP Morgan Chase & Co. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Certificate of Service) (Greene, Peter) (Entered: 04/15/2008) |
| 04/15/2008 | 949 | Letter *from Katherine A. Morgan on behalf of David W. Mitchell re pro hac vice* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Mitchell, David) (Entered: 04/15/2008) |
| 04/15/2008 | 950 | Letter *from D. Cameron Baker on behalf of David W. Mitchell re pro hac vice* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Mitchell, David) (Entered: 04/15/2008) |
| 04/15/2008 | 951 | Letter *from Carmen Medici on behalf of David W. Mitchell re pro hac vice* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Mitchell, David) (Entered: 04/15/2008) |
| 04/15/2008 | 952 | STATUS REPORT *& PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 19* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Birenboim, Bruce) (Entered: 04/15/2008) |
| 04/15/2008 | 966 | FILING FEE: $ 25.00, receipt number 351739 - Pro Hac Vice Motion, Attorney Ross A. Abbey. (Piper, Francine) (Entered: 05/07/2008) |
| 04/16/2008 | | ORDER terminating 940 Motion to Compel -- *See* docket entry 946 . Ordered by Magistrate Judge James Orenstein on April 16, 2008. (Kochendorfer, Kate) (Entered: 04/16/2008) |
| 04/17/2008 | 953 | RESPONSE in Opposition re 944 Letter MOTION to Compel *Network Defendants to Provide Responses to Interrogatories* filed by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Mason, Robert) (Entered: 04/17/2008) |
| 04/17/2008 | 954 | RESPONSE in Opposition re 943 Letter MOTION to Compel *the Bank Defendants to respond to Interrogatories* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Ladner, Mark) (Entered: 04/17/2008) |
| 04/18/2008 | 955 | RESPONSE in Opposition re 947 Letter MOTION to Compel *Plaintiff's to Abide by Paragraph 8 of the Protective Order* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Tab A, # 2 Tab B (1 of 6), # 3 Tab B (2 of 6), # 4 Tab B (3 of 6), # 5 Tab B (4 of 6), # 6 Tab B (5 of 6), # 7 Tab B (6 of 6), # 8 Certificate of Service) (Wildfang, K.) (Entered: 04/18/2008) |
| 04/18/2008 | 985 | Letter dated 4/14/2008 from Ross A. Abbey, Esq. to Clerk remitting check regarding pro hac vice admission, payment not attached. (Lee, Tiffeny) (Entered: 05/21/2008) |
| 04/21/2008 | 956 | FILING FEE: $ 75.00, receipt number 351791. Receipt of payment for Pro Hac Vice as to Cameron D. Baker, Katherine A. Morgan & Carmen A. Medici. (Zoupaniotis, Evan) |

| | | |
|---|---|---|
| | | (Entered: 04/21/2008) |
| 04/21/2008 | 957 | STIPULATION *and [Proposed] Order Regarding Briefing Schedule for Motion for Class Certification* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 04/21/2008) |
| 04/21/2008 | 958 | Letter *Letter to M.J. Orenstein deferring motions to compel (docket nos. 943 and 944)* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Kane, Michael) (Entered: 04/21/2008) |
| 04/22/2008 | | STIPULATION AND ORDER re 957 Stipulation filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on April 22, 2008. (Kochendorfer, Kate) (Entered: 04/22/2008) |
| 04/22/2008 | 959 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 4/22/2008. SCHEDULING: The next status conference will be held on June 3, 2008, at 1:00 p.m. Further conferences are scheduled as set forth in the attached order. THE FOLLOWING RULINGS WERE MADE: (1) As set forth on the record, the following letter motions previously submitted by the Class Plaintiffs are deemed withdrawn: Docket Entry ("DE") 943 , DE 944 . (2) I heard argument on defendant Chase's letter motion to compel the Class Plaintiffs to return or certify the destruction of clawed-back privileged documents. DE 947 . No later than May 2, 2008, the Class Plaintiffs will either make the certification required under Paragraph 8 of the Second Amended Protective Order DE 556 -2) with respect to the documents at issue in the instant motion, or, having first conferred with counsel for defendant Chase in an effort to resolve the matter on consent, will move to declare the documents at issue non-privileged. In the event the Class Plaintiffs make the latter motion, Chase is free to argue that the motion is untimely. (3) The defendants may seek to serve subpoenas on non-party members of the putative plaintiff class. Counsel for the Class Plaintiffs take the position that such subpoenas should not be served directly on the intended recipients before class counsel has had an opportunity to object to such service. If the parties are unable to agree on a procedure for such discovery, they will submit their positions to me in advance of serving any such subpoenas. (Court Reporter Sheldon Silverman.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 04/22/2008) |
| 04/22/2008 | | ORDER withdrawing 943 Motion to Compel; withdrawing 944 Motion to Compel -- *See* docket entry 959 . Ordered by Magistrate Judge James Orenstein on April 22, 2008. (Kochendorfer, Kate) (Entered: 04/22/2008) |
| 04/25/2008 | 960 | NOTICE of Appearance by Joshua D. Snyder on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO (aty to be noticed) (Snyder, Joshua) (Entered: 04/25/2008) |
| 04/25/2008 | 961 | Letter *Letter from Theresa Henson re: pro hac vice* by Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO (Henson, Theresa) (Entered: 04/25/2008) |
| 04/29/2008 | 962 | NOTICE of Appearance by Theresa J Henson on behalf of Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO (aty to be noticed) (Henson, Theresa) (Entered: 04/29/2008) |
| 05/02/2008 | 963 | Letter *to Admissions Clerk forwarding $150 as pro hac vice admission fees for Calm, Carroll, Garrett, Jadoo, Kuhlman, Osband* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Certificate of Service) (Hatch, Thomas) (Entered: 05/02/2008) |
| 05/05/2008 | 964 | Letter MOTION for Leave to File Excess Pages *in Memorandum in Support of Motion for Class Certification* by Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Cohen, Bart) (Entered: 05/05/2008) |
| 05/06/2008 | | ORDER granting 964 Motion for Leave to File Excess Pages -- The application is granted. Ordered by Magistrate Judge James Orenstein on May 6, 2008. (Kochendorfer, Kate) (Entered: 05/06/2008) |
| 05/06/2008 | 965 | NOTICE of Appearance by Ross A. Abbey on behalf of Payment Card Interchange Fee and |

| | | |
|---|---|---|
| | | Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1 Certificate of Service) (Abbey, Ross) (Entered: 05/06/2008) |
| 05/07/2008 | | ORDER terminating 947 Motion to Compel -- *See* docket entry 959 . Ordered by Magistrate Judge James Orenstein on May 7, 2008. (Kochendorfer, Kate) (Entered: 05/07/2008) |
| 05/07/2008 | 967 | NOTICE of Appearance by Rachel J. Christiansen on behalf of Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO (aty to be noticed) (Christiansen, Rachel) (Entered: 05/07/2008) |
| 05/12/2008 | 968 | FILING FEE: $ 25.00, receipt number 352186 - Pro Hac Vice Motion - Boni & Zack. (Piper, Francine) (Entered: 05/12/2008) |
| 05/12/2008 | 969 | FILING FEE: $ 25.00, receipt number 352133 -Pro Hac Vice Motion - Lockridge Grindal Nauen, P.L.L.P. (Piper, Francine) (Entered: 05/12/2008) |
| 05/12/2008 | 970 | ORDER: On May 10, 2008, I learned that on April 25, 2008, my financial adviser had purchased a number of shares of Visa, Inc. ("Visa") for a brokerage account held in my name. The purchase was made contrary to investment instructions I had previously given the adviser that were designed to avoid any conflict of interest. Immediately upon learning of the acquisition, I instructed my financial adviser to sell the Visa shares as soon as possible. The shares were sold at the opening of the business day on Monday, May 12, 2008. My brief investment in Visa raises the possibility that I must disqualify myself from further participation in these proceedings. For the reasons set forth in the attached document, I conclude that no such action is required, however, I will entertain a motion by any party to consider the matter anew if filed by June 11, 2008. Ordered by Magistrate Judge James Orenstein on May 12, 2008. (Orenstein, James) (Entered: 05/12/2008) |
| 05/12/2008 | 971 | Letter MOTION for Leave to File *Consolidated Response in Excess of the Court's 25-page Limit* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 05/12/2008) |
| 05/12/2008 | 972 | REPLY in Opposition *To The April 4, 2008 Objections of MasterCard, Bank of America, Capital One, JPMorgan Chase, Citigroup and HSBC To The Court's February 12, 2008 Report and Recommendation, by Class Plaintiffs* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application For Leave To File Document Under Seal, # 2 ATTACHMENT 1 - part 1 of 2, # 3 ATTACHMENT 1 - part 2 of 2, # 4 ATTACHMENT 2 - part 1 of 7, # 5 ATTACHMENT 2 - part 2 of 7, # 6 ATTACHMENT 2 - part 3 of 7, # 7 ATTACHMENT 2 - part 4 of 7, # 8 ATTACHMENT 2 - part 5 of 7, # 9 ATTACHMENT 2 - part 6 of 7, # 10 ATTACHMENT 2 - part 7 of 7, # 11 Certificate of Service) (Wildfang, K.) (Entered: 05/12/2008) |
| 05/13/2008 | 973 | NOTICE of Appearance by Jesse M. Calm on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1 Certificate of Service) (Calm, Jesse) (Entered: 05/13/2008) |
| 05/14/2008 | 974 | ORDER adopting Report and Recommendations as to 878 Report and Recommendations. Please see attached order. Ordered by Judge John Gleeson on May 14, 2008. (Gleeson, John) (Entered: 05/14/2008) |
| 05/15/2008 | | Motion Terminated: 376 MOTION to Dismiss by Defendant(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Defendant(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677-JG-JO, Defendant(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799- JG-JO, Defendant(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Defendant(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-03925 JG-JO. This motion was denied. See Order Adopting Report and Recommendation, #878. (Piper, Francine) (Entered: 05/15/2008) |
| 05/15/2008 | 975 | NOTICE of Appearance by M. Tayari Garrett on behalf of all plaintiffs (aty to be noticed) (Garrett, M.) (Entered: 05/15/2008) |
| 05/15/2008 | 976 | CERTIFICATE OF SERVICE by Plaintiffs in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, Plaintiff(s) in civil action Dr. |

| | | |
|---|---|---|
| | | Roy Hyman, et al v. Visa International Service Association, Inc., et al. 05-cv-5866 JG-JO, Plaintiff(s) in civil action Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5869 JG-JO, Plaintiff(s) in civil action Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5870 JG-JO, Plaintiff(s) in civil action LDC, Inc. v. Visa U.S.A., Inc., et al 05-cv-5871 JG-JO, Plaintiff(s) in civil action Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. 05-cv-5878 JG-JO, Plaintiff(s) in civil action G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. 05-cv-5879 JG-JO, Plaintiff(s) in civil action Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. 05-cv-5880 JG-JO, Plaintiff(s) in Twisted Spoke v. Visa U.S.A., Inc., et al. 05-cv-5881 JG-JO, Plaintiff(s) in civil action Lombardo Bros., Inc. v. Visa U.S.A., Inc. 05-5882 JG-JO, Plaintiff(s) in civil action Abdallah Bishara, etc. v. Visa U.S.A., Inc. 05-cv-5883 JG-JO, Plaintiff(s) in civil action 518 Restaurant Corp. v. American Express Travel Related Services Co., Inc., et al. 05-cv-5884 JG-JO, Plaintiff(s) in civil action JGSA, Inc. v. Visa U.S.A., Inc., et al 05-cv-5885 JG-JO, Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al 05-cv-5352 JG-JO, Plaintiff(s) in civil action Fringe, Inc. v. Visa, U.S.A., Inc et al 05-cv-4194 JG-JO, Plaintiff(s) in civil action Rookies, Inc. v. Visa U.S.A., Inc. 05-CV-5069 JG-JO, Plaintiff(s) in civil action Jasperson v. Visa U.S.A., Inc. 05-cv-5070 JG-JO, Plaintiff(s) in Civil action Animal Land, Inc. v. Visa U.S.A., Inc 05-cv-5074 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO, One or more Plaintiffs in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Plaintiff(s) in civil action Bonte Wafflerie, LLC v. Visa U.S.A., Inc. 05-cv-5083 JG-JO, Plaintiff(s) in civil action Broken Ground, Inc. v. Visa U.S.A., Inc. 05-cv-5082 JG-JO, Plaintiff(s) in civil action Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc. 05-cv-5080 JG-JO, QVC, Inc., Plaintiff(s) in civil action Fairmont Orthopedics & Sports Medicine, PA v. Visa U.S.A., Inc. 05-cv-5076 JG JO, Payless Shoe Source, Inc., Plaintiff(s) in civil action Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc. 05-cv-5072 JG-JO, Plaintiff(s) in civil action Lakeshore Interiors v. Visa U.S.A., Inc. 05-cv-5081JG JO, Plaintiff(s) in civil action Parkway Corp. v. Visa U.S.A., Inc. 05-cv-5077 JG-JO, GMRI, Inc., Plaintiff(s) in civil action NuCity Publications, Inc. v. Visa U.S.A., Inc. 05-cv-5075 JG-JO, Plaintiff(s) in civil action Hyman v. VISA International Service Association, Inc. 05-cv-5866 JG-JO, Capital Audio Electronics, Inc., NATSO, Inc., Plaintiff(s) in civil action Lee et al v. Visa U.S.A. Inc. et al 05-cv-3800 JG-JO, Plaintiff(s) in civil action Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc. et al 05-cv-3924 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Meijer, Inc. et al v. Visa U.S.A. Inc. et al 05-cv-4131-JG-JO, Plaintiff(s) in civil action Lepkowski v. Mastercard International Incorporated et al 05-cv-4974 JG-JO, Plaintiff(s) in civil actionPhotos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO, Plaintiff(s) in civil action Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated et al 05-cv-5153 JG-JO, Plaintiff(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Plaintiff(s) in civil action National Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO, Plaintiff(s) in civil action Supervalu Inc. v. Visa U.S.A. Inc. et al 05-cv-4650 JG-JO, Plaintiff(s) in civil action Publix Supermarkets, Inc. v. Visa U.S.A. Inc. et al 05-cv-4677 -JG-JO, Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO, Plaintiff(s) in civil action Raley's v. Visa U.S.A. Inc. et al 05-cv-4799 JG-JO, Plaintiff(s) in civil action East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc. 05-cv-5073 JG-JO, Plaintiff(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv-5207 JG-JO, Plaintiff(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG-JO re 975 Notice of Appearance (Garrett, M.) (Entered: 05/15/2008) |
| 05/16/2008 | 978 | NOTICE of Appearance by George D Carroll on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1 Certificate of Service) (Carroll, George) (Entered: 05/16/2008) |
| 05/16/2008 | 979 | NOTICE of Appearance by Carmen A. Medici on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Medici, Carmen) (Entered: 05/16/2008) |
| 05/16/2008 | 980 | NOTICE of Appearance by Katherine A. Morgan on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Morgan, Katherine) (Entered: |

**A480**

| | | |
|---|---|---|
| | | 05/16/2008 |
| 05/16/2008 | 981 | NOTICE of Appearance by D. Cameron Baker on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Baker, D.) (Entered: 05/16/2008) |
| 05/19/2008 | 982 | MOTION to Withdraw as Attorney *Thomas G. Wilhelm* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 05/19/2008) |
| 05/20/2008 | | ORDER granting 982 Motion to Withdraw as Attorney. Attorney Thomas G. Wilhelm terminated. Ordered by Magistrate Judge James Orenstein on May 20, 2008. (Kochendorfer, Kate) (Entered: 05/20/2008) |
| 05/20/2008 | 983 | MOTION to Withdraw as Attorney *H. Stephen Harris, Jr.* by Defendant(s) in civil action National Grocers Association et al v. Visa U.S.A., Inc. et al 05-cv- 5207 JG -JO, Defendant(s) in civil action American Booksellers Association v. Visa U.S.A., Inc. et al 05-cv-5319 JG -JO, Defendant(s) in civil action Harris Stationers, Inc., et al. v. Visa International Service Association, et al. 05-cv-5868 JG-JO, One or more Defendants in 06-cv-5583, Esdacy, INC. v. Visa USA, INC. et al, Defendant(s) in civil action Photos Etc. Corp. v. Visa U.S.A., Inc. 05-cv-5071-JG-JO, Defendant(s) in civil action Jetro Holding, Inc. et al v. Visa U.S.A., Inc. et al 05-cv-4520 JG-JO, Defendant(s) in civil actionNational Association of Convenience Stores et al v. Visa U.S.A., Inc. et al 05-cv-4521 JG-JO. (Clark, Naeemah) (Entered: 05/20/2008) |
| 05/20/2008 | 984 | Letter MOTION to Compel *re Visa International's Privilege Log* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Mitchell, David) (Entered: 05/20/2008) |
| 05/21/2008 | | ORDER granting 983 Motion to Withdraw as Attorney. Attorney Harold Stephen Harris terminated. Ordered by Magistrate Judge James Orenstein on May 21, 2008. (Kochendorfer, Kate) (Entered: 05/21/2008) |
| 05/21/2008 | | ORDER granting 971 Motion for Leave to File: The plaintiffs' request to file a consolidated response to objections in excess of 25 pages is granted. Ordered by Judge John Gleeson on May 21, 2008. (Gleeson, John) (Entered: 05/21/2008) |
| 05/22/2008 | 986 | Letter MOTION for Extension of Time to File Response/Reply as to 984 Letter MOTION to Compel *re Visa International's Privilege Log* by Visa International Service Association. (Gaertner, Michael) (Entered: 05/22/2008) |
| 05/22/2008 | 987 | Letter MOTION to Compel *Defendant Visa re: 30(b)(6) witnesses by Class Plaintiffs* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Exhibit Exhibit A and B cover page) (Wildfang, K.) (Entered: 05/22/2008) |
| 05/23/2008 | | ORDER granting 986 Motion for Extension of Time to File Response/Reply -- The application is granted; Visa International may respond to docket entry 984 no later than May 29, 2008. Ordered by Magistrate Judge James Orenstein on May 23, 2008. (Kochendorfer, Kate) (Entered: 05/23/2008) |
| 05/23/2008 | 988 | Letter MOTION for Leave to File *Second Consolidated Amended Class Action Complaint* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 ATTACHMENT A, # 2 ATTACHMENT B, # 3 Certificate of Service) (Wildfang, K.) (Entered: 05/23/2008) |
| 05/23/2008 | 994 | SEALED EXHIBITS A & B of Class Plaintiff's May 22, 2008 Letter Motion to Magistrate Judge James Orenstein moving the Court for an Order compelling Defendant Visa re 30(b)(6) witnesses 987 . (Guy, Alicia) (Entered: 05/29/2008) |
| 05/27/2008 | | ORDER REFERRING MOTION: 988 Letter MOTION for Leave to File *Second Consolidated Amended Class Action Complaint* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation: The class plaintiffs' motion for leave to file a second consolidated amended complaint is respectfully referred to Magistrate Judge Orenstein for decision. Ordered by Judge John Gleeson on May 27, 2008. Motions referred to James |

| | | Orenstein. (Gleeson, John) (Entered: 05/27/2008) |
|---|---|---|
| 05/27/2008 | 989 | Letter *Motion to the Honorable James Orenstein Requesting Assistance in Obtaining Data Information From Wells Fargo* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Exhibit A, # 2 Certificate of Service) (Perelman, Donald) Modified on 5/28/2008 (Marziliano, August). (Entered: 05/27/2008) |
| 05/27/2008 | 990 | STATUS REPORT *& PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 20* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: 05/27/2008) |
| 05/28/2008 | 991 | MOTION to Compel by Citibank N A, Citicorp, Citigroup Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (Nagin, Benjamin) (Entered: 05/28/2008) |
| 05/28/2008 | 992 | MOTION to Seal Document *Letter Motion to the Honorable James Orenstein requesting leave to file Visa USA's Response to Class Plaintiffs' Letter Motion to Compel Defendant Visa re: 30(b)(6) Witnesses (Docket No. 987) under seal* by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Boccanfuso, Anthony) (Entered: 05/28/2008) |
| 05/28/2008 | 995 | SEALED RESPONSE by VISA USA's to Class Plaintiff's Letter Motion to Compel Defendant Visa re: 30(b)(6) Witnesses 992 . (Guy, Alicia) (Entered: 05/29/2008) |
| 05/29/2008 | | ORDER granting 992 Motion to Seal Document -- The application is granted. Ordered by Magistrate Judge James Orenstein on May 29, 2008. (Kochendorfer, Kate) (Entered: 05/29/2008) |
| 05/29/2008 | 996 | RESPONSE to Motion re 988 Letter MOTION for Leave to File *Second Consolidated Amended Class Action Complaint* filed by all defendants. (Greene, Peter) (Entered: 05/29/2008) |
| 05/29/2008 | 997 | REPLY in Opposition re 984 Letter MOTION to Compel *re Visa International's Privilege Log* filed by Visa International Service Association. (Gaertner, Michael) (Entered: 05/29/2008) |
| 05/30/2008 | 998 | Letter *in Opposition to Plaintiffs' May 27, 2008 Letter Motion* by Wells Fargo & Company (Attachments: # 1 Affidavit of Service) (Cavanaugh, William) (Entered: 05/30/2008) |
| 06/02/2008 | 999 | REPLY to Response to Motion re 989 Letter MOTION to Compel *Requesting Deferral of Motion* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 06/02/2008) |
| 06/02/2008 | 1000 | RESPONSE in Opposition re 991 MOTION to Compel *Production of Wholesale Documents* filed by Capital Audio Electronics, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (McDonald, Christopher) (Entered: 06/02/2008) |
| 06/03/2008 | 1001 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 6/3/2008. SCHEDULING: The next status conference will be held on July 24, 2008, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: I heard argument on a number of discovery motions and resolved them as set forth in detail in Pretrial Order 19. (Court Reporter Gene Rudolph.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 06/03/2008) |
| 06/03/2008 | 1002 | PRETRIAL ORDER 19: The attached order details the discovery issues discussed at the conference on June 3, 2008. **SEE ATTACHED ORDER.** Ordered by Magistrate Judge James Orenstein on June 3, 2008. (Kochendorfer, Kate) (Entered: 06/03/2008) |
| 06/04/2008 | 1003 | Transcript of Status Conference held on 4/22/2008, before Judge James Orenstein. Court Reporter: Sheldon Silverman, Telephone number (718) 613-2537. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through |

| | | PACER. Redaction Request due 6/25/2008. Redacted Transcript Deadline set for 7/7/2008. Release of Transcript Restriction set for 9/2/2008. (Brucella, Michelle) (Entered: 06/04/2008) |
|---|---|---|
| 06/06/2008 | 1004 | NOTICE of Appearance by Amelia N. Jadoo on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1 Certificate of Service) (Jadoo, Amelia) (Entered: 06/06/2008) |
| 06/17/2008 | 1005 | Letter *to Judge Orenstein from Class Plaintiffs and Defendants (except Barclays) re Pretrial Order 19* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 06/17/2008) |
| 06/17/2008 | 1006 | Letter by Barclays Financial Corp. (Dunlop, Lisl) (Entered: 06/17/2008) |
| 06/18/2008 | | ORDER re 1006 Letter filed by Barclays Financial Corp. -- The application is granted. Ordered by Magistrate Judge James Orenstein on June 18, 2008. (Kochendorfer, Kate) (Entered: 06/18/2008) |
| 06/23/2008 | 1007 | STIPULATION *and [Proposed] Order regarding Class Plaintiffs' Second Consolidated Amended Class Action Complaint* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Ladner, Mark) (Entered: 06/23/2008) |
| 06/27/2008 | 1008 | Letter by Barclays Financial Corp. (Dunlop, Lisl) (Entered: 06/27/2008) |
| 06/27/2008 | 1009 | Letter MOTION to Compel *two day deposition of plaintiffs' class certification expert* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Grush, Eric) (Entered: 06/27/2008) |
| 06/30/2008 | | ORDER re 1009 Letter MOTION to Compel *two day deposition of plaintiffs' class certification expert* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- A response is due no later July 2, 2008. Ordered by Magistrate Judge James Orenstein on June 30, 2008. (Kochendorfer, Kate) (Entered: 06/30/2008) |
| 06/30/2008 | | ORDER re 1009 Letter MOTION to Compel *two day deposition of plaintiffs' class certification expert* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- A telephone conference will be held on July 2, 2008, at 11:00 a.m. Ordered by Magistrate Judge James Orenstein on June 30, 2008. (Kochendorfer, Kate) (Entered: 06/30/2008) |
| 06/30/2008 | | ORDER re 1008 Letter filed by Barclays Financial Corp. -- A telephone conference will be held on July 2, 2008, at 12 noon. Ordered by Magistrate Judge James Orenstein on June 30, 2008. (Kochendorfer, Kate) (Entered: 06/30/2008) |
| 07/01/2008 | 1010 | RESPONSE to Motion re 1009 Letter MOTION to Compel *two day deposition of plaintiffs' class certification expert* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A) (Davidoff, Merrill) (Entered: 07/01/2008) |
| 07/02/2008 | 1011 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Motion Hearing held on 7/2/2008 re 1009 Letter MOTION to Compel *two day deposition of plaintiffs' class certification expert* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. SCHEDULING: The next status conference will be held on July 24, 2008, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: I heard argument on the Defendants' letter motion for leave to conduct the deposition of the Class Plaintiffs' class certification expert, Dr. Gustavo Bamberger, for two days. Docket Entry 1009 . The parties agreed to meet and confer further in an effort to resolve the dispute on consent and will advise me in writing no later than July 3, 2008, as to whether they have reached agreement. If the parties remain unable to resolve the dispute, I will decide the matter pursuant to Federal Rule of Civil Procedure 30(d)(1) after reviewing a copy of Dr. Bamberger's report *in camera.* (Court Reporter Nancy Mahoney.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 07/02/2008) |
| 07/02/2008 | 1012 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Pre Motion Conference held on 7/2/2008. SCHEDULING: The next status conference will be held on July 24, 2008, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: I conducted a pre- |

# A483

| | | |
|---|---|---|
| | | motion conference on the Class Plaintiffs' proposed motion for leave to amend the Class Plaintiffs' Consolidated Class Action Complaint. Docket Entry 988 . Non-parties Barclays Bank plc and Barclays plc oppose the motion based on concerns about scheduling rather than on an assertion that the proposed amendment is futile. The parties will submit a proposed briefing schedule no later than July 3, 2008. The parties' submissions will specifically address whether an entity that is not a party to the litigation has standing to object *ex ante* to the filing of an amended complaint. (Court Reporter Nancy Mahoney.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 07/02/2008) |
| 07/02/2008 | 1013 | Letter *to Magistrate Judge Orenstein dated July 2 2008 re Hearing Directive (Bamberger Declaration)* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 07/02/2008) |
| 07/03/2008 | 1014 | Letter *of Defendant Barclays and Plaintiffs illustrating briefing schedule re Docket Entry 988 and in accordance with the Court's order of July 2, 2008* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/03/2008) |
| 07/03/2008 | 1015 | Letter *regarding agreement reached by parties related to motion to compel two day expert deposition* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Grush, Eric) (Entered: 07/03/2008) |
| 07/07/2008 | | ORDER terminating 1009 Motion to Compel -- The motion is terminated as withdrawn. Ordered by Magistrate Judge James Orenstein on July 7, 2008. (Roehm, Scott) (Entered: 07/07/2008) |
| 07/07/2008 | | ORDER re 1014 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The proposed briefing schedule is so ordered. Ordered by Magistrate Judge James Orenstein on July 7, 2008. (Roehm, Scott) (Entered: 07/07/2008) |
| 07/10/2008 | 1017 | Letter *to Sandra Jones for Pro Hac Vice Admission of Jonathan I Gleklen* by Visa U.S.A. Inc. (Boccanfuso, Anthony) (Additional attachment(s) added on 7/15/2008: # 1 Receipt for Payment of Pro Hac Vice) (Abdallah, Fida). (Entered: 07/10/2008) |
| 07/10/2008 | | Incorrect Case/Document/Entry Information: Document #1016 has been removed from this Docket upon the direction of Chambers. There will be no document #1016 in this action. (Lee, Tiffeny) (Entered: 07/11/2008) |
| 07/14/2008 | 1018 | Letter *of Class Plaintiffs seeking the assistance of the Court in issuing Letters of Request for Service Abroad on HSBC Bank plc and HSBC Holdings plc* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Application for Leave to File Document(s) Under Seal, # 2 Declaration of K. Craig Wildfang, Esq. [redacted], # 3 Exhibit A placeholder [filed under seal], # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Memorandum in Support of Plaintiffs' Motion for Issuance of Letters of Request for Service Abroad of Judicial Documents on HSBC Bank plc and HSBC Holdings plc [redacted], # 8 Notice of Motion for Issuance of Letters of Request for Service Abroad of Judicial Documents on HSBC Bank plc and HSBC Holdings plc) (Wildfang, K.) (Entered: 07/14/2008) |
| 07/15/2008 | | ORDER re 1018 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The Letters of Request for service abroad are so ordered. Ordered by Magistrate Judge James Orenstein on July 15, 2008. (Kochendorfer, Kate) (Entered: 07/15/2008) |
| 07/15/2008 | 1019 | NOTICE of Appearance by Ada Asante Davis on behalf of Citibank N A, Citicorp, Citigroup Inc (aty to be noticed) (Davis, Ada) (Entered: 07/15/2008) |
| 07/16/2008 | 1020 | Letter *of Class Plaintiffs moving the Court for an order compelling Visa Inc. to produce Tim Steel for deposition* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Application for Leave to File Document(s) Under Seal, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D - N placeholder [filed under seal]) (Wildfang, K.) Modified on 8/1/2008 to change this to be a motion to compel. (Vaughn, Terry). (Entered: 07/16/2008) |
| | | |

| 07/16/2008 | 1021 | NOTICE by Texas Independent Bancshares, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Orleans, Jonathan) (Entered: 07/16/2008) |
|---|---|---|
| 07/16/2008 | 1022 | Letter MOTION to Compel *re Deposition Scheduling* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Sweeney, Bonny) (Entered: 07/16/2008) |
| 07/17/2008 | 1023 | NOTICE of Appearance by Bruce Levinson on behalf of Capital Audio Electronics, Inc. (aty to be noticed) Associated Cases: 1:05-md-01720-JG-JO et al. (Levinson, Bruce) (Entered: 07/17/2008) |
| 07/17/2008 | 1024 | Letter MOTION to Compel *Capital One Texas Indepenent Bancshares and Wells Fargo to respond to certain discovery requests* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Sweeney, Bonny) (Entered: 07/17/2008) |
| 07/17/2008 | 1025 | Letter MOTION to Compel *Production in MDL 1720 of Defendants' Expert Reports in the AmEx case* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Blechman, William) (Entered: 07/17/2008) |
| 07/17/2008 | 1026 | STATUS REPORT *Parties' Joint Status Report for Case Management Conference No. 21* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard, et al., 06-cv-0039 JG-JO (Blechman, William) (Entered: 07/17/2008) |
| 07/17/2008 | 1034 | MOTION to Intervene */Joinder Party/Reconsideration* by Jonathan Lee Riches. (Piper, Francine) (Entered: 07/23/2008) |
| 07/18/2008 | 1027 | Letter *to the Honorable James Orenstein withdrawing the Motion to Compel Capital One, Texas Independent Bancshares and Wells Fargo to respond to certain discovery [Docket No. 1024]* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 07/18/2008) |
| 07/18/2008 | 1036 | FILING FEE: $ 25.00, receipt number 355391 - Pro Hac Vice Motion - Adam S. Mocciolo. (Piper, Francine) (Entered: 07/23/2008) |
| 07/18/2008 | 1041 | FILING FEE: $ 25.00, receipt number 355567 -Pro Hac Vice Motion - Robins, Kaplan, Miller & Ciresi. (Piper, Francine) (Entered: 07/28/2008) |
| 07/21/2008 | 1028 | Letter *to Judge James Orenstein re revision to July 17, 2008 Motion to Compel* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO (Attachments: # 1 Exhibit A) (Blechman, William) (Entered: 07/21/2008) |
| 07/21/2008 | | ORDER withdrawing 1024 Motion to Compel -- *See* docket entry 1027 . Ordered by Magistrate Judge James Orenstein on July 21, 2008. (Kochendorfer, Kate) (Entered: 07/21/2008) |
| 07/21/2008 | 1029 | Letter *of Plaintiffs requesting a pre-motion conference on Thursday, July 24, 2008 relating to the admissibility of documents* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/21/2008) |
| 07/21/2008 | 1030 | MOTION to Withdraw as Attorney *for Texas Independent Bancshares, Inc.* by Texas Independent Bancshares, Inc.. (Frost, Robert) (Entered: 07/21/2008) |
| 07/21/2008 | 1031 | Letter *in Opposition to Plaintiffs' July 16, 2008 Letter Motion Requesting an Order Compelling Visa Inc. to Produce Tim Steel for a Deposition (Docket #1020)* by Visa U.S.A. Inc. (Attachments: # 1 Declaration of Carlos Vasquez) (Mason, Robert) (Entered: 07/21/2008) |
| 07/21/2008 | 1032 | RESPONSE to Motion re 1022 Letter MOTION to Compel *re Deposition Scheduling* filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 07/21/2008) |

| 07/22/2008 | | ORDER granting 1030 Motion to Withdraw as Attorney. Attorney Robert M. Frost terminated. Ordered by Magistrate Judge James Orenstein on July 22, 2008. (Kochendorfer, Kate) (Entered: 07/22/2008) |
|---|---|---|
| 07/22/2008 | | ORDER granting 991 Motion to Compel -- *See* docket entry 1002 . Ordered by Magistrate Judge James Orenstein on July 22, 2008. (Kochendorfer, Kate) (Entered: 07/22/2008) |
| 07/22/2008 | 1033 | RESPONSE to Motion re 1025 Letter MOTION to Compel *Production in MDL 1720 of Defendants' Expert Reports in the AmEx case* filed by Mastercard Incorporated, Mastercard International Incorporated, Visa International Service Association, Visa U.S.A. Inc.. (Powell, Wesley) (Entered: 07/22/2008) |
| 07/23/2008 | 1035 | ORDER denying 1034 Motion to Intervene -- For the reasons set forth in the attached order, I deny the motion of Jonathan Lee Riches to intervene as of right in its entirety. **SEE ATTACHED ORDER.** Ordered by Magistrate Judge James Orenstein on July 23, 2008. (Kochendorfer, Kate) (Entered: 07/23/2008) |
| 07/23/2008 | 1037 | Letter *in response to Plaintiffs' July 21, 2008 letter requesting a pre-motion conference (DE 1029) on behalf of all Defendants* by Mastercard Incorporated, Mastercard International Incorporated (Powell, Wesley) (Entered: 07/23/2008) |
| 07/24/2008 | 1038 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 7/24/2008. The next status conference will be held on September 9, 2008, at 1:00 p.m. Further status conferences will be held as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: I heard argument on a number of discovery motions and resolved them as set forth in detail in Pretrial Order 20. (Court Reporter Lisa Schmid.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 07/24/2008) |
| 07/24/2008 | 1039 | PRETRIAL ORDER 20: The attached order details the discovery issues discussed at the conference on July 24, 2008. **SEE ATTACHED ORDER.** Ordered by Magistrate Judge James Orenstein on July 24, 2008. (Kochendorfer, Kate) (Entered: 07/24/2008) |
| 07/24/2008 | 1040 | SCHEDULING ORDER: The parties have asked me to enter the following order: The networks are ordered to produce their expert reports from *AmEx/Discover*, subject to the right of third-parties whose material appears in those reports to object to disclosure and to have those objections heard by the Court. Accordingly, I order Plaintiffs to give notice to affected third-parties in accordance with the parties' agreement on process; I will set a hearing on August 25, 2008, at 9:30 a.m., at which any third-party objecting to disclosure may be heard; the notice to third parties will specifically inform them that they must appear at this hearing for their objections to be heard; if they object but do not appear for the hearing, then their objection will be waived; following this hearing, and subject to the Court's ruling on any objections, the networks will produce the reports in accordance with the parties' agreement. So ordered. Ordered by Magistrate Judge James Orenstein on July 24, 2008. (Kochendorfer, Kate) (Entered: 07/24/2008) |
| 07/24/2008 | | ORDER withdrawing 987 Motion to Compel; withdrawing 989 Motion to Compel; withdrawing 1025 Motion to Compel -- *See* docket entry 1039 . Ordered by Magistrate Judge James Orenstein on July 24, 2008. (Kochendorfer, Kate) (Entered: 07/24/2008) |
| 07/29/2008 | 1042 | Letter by Barclays Financial Corp. (Dunlop, Lisl) (Entered: 07/29/2008) |
| 07/30/2008 | 1043 | Letter *of Class Plaintiffs in response to Barclay's July 29, 2008 letter seeking a pre-motion conference [DE 1042]* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/30/2008) |
| 07/30/2008 | 1044 | NOTICE of Appearance by William V. Reiss on behalf of Capital Audio Electronics, Inc. (aty to be noticed) (Reiss, William) (Entered: 07/30/2008) |
| 07/30/2008 | | SCHEDULING ORDER: A telephone conference regarding docket entry 1042 will be held on July 31, 2008, at 5:30 p.m. Ordered by Magistrate Judge James Orenstein on July 30, 2008. (Kochendorfer, Kate) (Entered: 07/30/2008) |

| | | |
|---|---|---|
| 07/31/2008 | 1045 | Letter *of Class Plaintiffs and Defendants regarding DE 1022 and requesting an additional 24 hours* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/31/2008) |
| 07/31/2008 | 1046 | Letter *of Class Plaintiffs and Defendant Visa, Inc. re DE 1020 illustrating an agreement has been reached.* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 07/31/2008) |
| 07/31/2008 | 1047 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Telephone Conference held on 7/31/2008. SCHEDULING: The next status conference will be held on September 9, 2008, at 1:00 p.m.THE FOLLOWING RULINGS WERE MADE: Non-party Barclays Bank plc is granted leave to file a motion to intervene, purportedly pursuant to Federal Rule of Civil Procedure 24(b)(1)(B), in opposition to the Class Plaintiffs' motion to amend the complaint. The non-party's submission will include both its argument on the motion to intervene and on the motion to amend, and I will consider the latter argument on the merits if I determine that the non-party should be permitted to intervene. The parties agree that the Class Plaintiffs may have additional time to file their reply brief on the motion to amend in light of the additional arguments to which they must reply. (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 07/31/2008) |
| 08/01/2008 | | ORDER re 1045 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted. Ordered by Magistrate Judge James Orenstein on August 1, 2008. (Kochendorfer, Kate) (Entered: 08/01/2008) |
| 08/01/2008 | 1048 | Transcript of Proceedings held on July 24, 2008, at 1:00 p.m., before MJ James Orenstein. Court Reporter Lisa Schmid, Telephone number 718-613-2644. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/22/2008. Redacted Transcript Deadline set for 9/1/2008. Release of Transcript Restriction set for 10/30/2008. (Vaughn, Terry) Modified on 8/1/2008 to indicate that this transcript was received from Lisa Schmit by e-mail on 8/1/08. (Vaughn, Terry). (Entered: 08/01/2008) |
| 08/01/2008 | 1049 | NOTICE of Appearance by Thomas J. Undlin on behalf of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (aty to be noticed) (Attachments: # 1 Certificate of Service) (Undlin, Thomas) (Entered: 08/01/2008) |
| 08/01/2008 | | ORDER withdrawing 1020 Motion to Compel -- *See* docket entry 1046 . Ordered by Magistrate Judge James Orenstein on August 1, 2008. (Kochendorfer, Kate) (Entered: 08/01/2008) |
| 08/01/2008 | | ORDER withdrawing 984 Motion to Compel -- *See* docket entry 1048 at 40-41. Ordered by Magistrate Judge James Orenstein on August 1, 2008. (Kochendorfer, Kate) (Entered: 08/01/2008) |
| 08/01/2008 | 1050 | Letter *Report to Magistrate Judge Orenstein Pursuant to Pretrial Order 20 [DE 1039] re Deposition Scheduling Issues* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 08/01/2008) |
| 08/05/2008 | 1051 | Letter *to Magistrate Judge Orenstein Encl Stipulated Proposed Fourth Scheduling Order* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Enclosure - Stipulated Proposed Fourth Scheduling Order) (Davidoff, Merrill) (Entered: 08/05/2008) |
| 08/06/2008 | | STIPULATION AND ORDER re 1051 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on August 6, 2008. (Kochendorfer, Kate) (Entered: 08/06/2008) |
| 08/08/2008 | 1052 | NOTICE of Appearance by James P. Tallon on behalf of Barclays Financial Corp. (aty to be noticed) (Tallon, James) (Entered: 08/08/2008) |
| 08/13/2008 | 1053 | Subpoena by Texas Independent Bancshares, Inc.. (Attachments: # 1 Schedule A) (Orleans, Jonathan) (Entered: 08/13/2008) |

| | | |
|---|---|---|
| 08/15/2008 | 1054 | MOTION to Amend/Correct/Supplement 988 Letter MOTION for Leave to File *Second Consolidated Amended Class Action Complaint* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Notice of Motion and Motion for Leave to Amend the First Consolidated Amended Class Action Complaint, # 2 Memorandum in Support of Class Plaintiffs' Motion for Leave to Amend the First Consolidated Amended Class Action Complaint, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Proposed Order, # 9 Certificate of Service, # 10 Notice of Motion and Cross-Motion for Leave to Intervene for a Limited Purpose by Barclays Bank plc, # 11 Memorandum in Opposition to Class Plaintiffs' Motion for Leave to Amend and the Cross-Motion of Barclays Bank plc for Leave to Intervene for a Limited Purpose, # 12 Declaration of Lisl J. Dunlop, # 13 Exhibit 1-30 to the Declaration of Lisl J. Dunlop, # 14 Declaration of Christopher Wood, # 15 Declaration of Theodore Paris, # 16 Declaration of Maria Purificacion Jalandoni, # 17 Proposed Order, # 18 Certificate of Service, # 19 Class Plaintiffs' Reply Memorandum of Law in Support of their Motion for Leave to Amend the First Consolidated Amended Class Action Complaint, and in Opposition to Cross-Motion of Barclays Bank plc for Leave to Intervene for a Limited Purpose) (Wildfang, K.) (Entered: 08/15/2008) |
| 08/20/2008 | 1055 | Letter by Barclays Financial Corp. (Tallon, James) (Entered: 08/20/2008) |
| 08/20/2008 | 1056 | Letter *of Class Plaintiffs in response to DE 1055* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 08/20/2008) |
| 08/25/2008 | 1057 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Hearing held on 8/25/2008. SCHEDULING: The next status conference will be held on September 9, 2008, at 1:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: Pursuant to the parties' agreement, I scheduled a hearing for third parties to object to the disclosure of expert reports from the *AmEx/Discover* litigation. Docket Entry 1040 . No one objected, and I now order the networks to produce the reports in accordance with the parties' agreement. (Kochendorfer, Kate) (Entered: 08/25/2008) |
| 08/25/2008 | | ORDER withdrawing 1022 Motion to Compel -- *See* docket entries 1050 and 1051 . Ordered by Magistrate Judge James Orenstein on August 25, 2008. (Kochendorfer, Kate) (Entered: 08/25/2008) |
| 08/28/2008 | 1058 | NOTICE by Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO *of Association of Counsel* (Noss, Walter) (Entered: 08/28/2008) |
| 08/29/2008 | 1059 | NOTICE of Appearance by Christopher M. Burke on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO (aty to be noticed) (Burke, Christopher) (Entered: 08/29/2008) |
| 08/29/2008 | 1060 | NOTICE of Appearance by Kristen Anderson on behalf of Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO (aty to be noticed) (Anderson, Kristen) (Entered: 08/29/2008) |
| 08/29/2008 | 1061 | STATUS REPORT */ Parties' Joint Case Status Report And Proposed Agenda For Case Management Conference No. 22* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Aguirre, Danielle) (Entered: 08/29/2008) |
| 09/03/2008 | 1062 | MOTION for Leave to Appear Pro Hac Vice by Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO. (Anderson, Kristen) (Entered: 09/03/2008) |
| 09/03/2008 | 1063 | Letter *to The Honorable James Orenstein re: protective orders with respect to noticed depositions* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/03/2008) |
| 09/03/2008 | 1064 | Letter *of Plaintiff Traditions Ltd. regarding status of motion for protective order* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/03/2008) |
| 09/03/2008 | 1065 | Letter by Capital One Bank (Hassi, Edward) (Entered: 09/03/2008) |

**A488**

| 09/03/2008 | 1066 | Letter *To Honorable Magistrate Judge James Orenstein From Cyrus Amir-Mokri On Behalf Of Plaintiffs and JPMorgan Chase & Co and Chase Bank USA, N.A., Respectfully Requesting An Extension Of Time, Filed* by Chase Bank USA, N.A., JP Morgan Chase & Co. (Amir-Mokri, Cyrus) (Entered: 09/03/2008) |
|---|---|---|
| 09/03/2008 | 1067 | Letter *to The Honorable James Orenstein re protective orders with respect to noticed depositions* by Mastercard Incorporated, Mastercard International Incorporated (Ravelo, Keila) (Entered: 09/03/2008) |
| 09/04/2008 | | ORDER terminating 1062 Motion for Leave to Appear *Pro Hac Vice -- See* Pretrial Order 1, Docket Entry 93 . Ordered by Magistrate Judge James Orenstein on September 4, 2008. (Kochendorfer, Kate) (Entered: 09/04/2008) |
| 09/04/2008 | | ORDER re 1066 Letter, filed by Chase Bank USA, N.A., JP Morgan Chase & Co. -- The application is granted. Ordered by Magistrate Judge James Orenstein on September 4, 2008. (Kochendorfer, Kate) (Entered: 09/04/2008) |
| 09/05/2008 | | ORDER withdrawing 746 Motion to Compel. Ordered by Magistrate Judge James Orenstein on September 5, 2008. (Kochendorfer, Kate) (Entered: 09/05/2008) |
| 09/05/2008 | 1068 | NOTICE of Appearance by Larry Alan Coury on behalf of Mastercard Incorporated, Mastercard International Incorporated (aty to be noticed) (Coury, Larry) (Entered: 09/05/2008) |
| 09/05/2008 | 1069 | Letter *requesting cancellation of September 9, 2008 status conference* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/05/2008) |
| 09/05/2008 | 1070 | Letter *To Honorable Magistrate Judge James Orenstein From Cyrus Amir-Mokri, Providing Notice Of Intent To Seek A Protective Order, Filed* by Chase Bank USA, N.A., JP Morgan Chase & Co. (Amir-Mokri, Cyrus) (Entered: 09/05/2008) |
| 09/05/2008 | | ORDER re 1069 Letter filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The application is granted. The status conference scheduled for September 9, 2008, at 1:00 p.m., is cancelled; however, I will hear argument on Docket Entry 1054 at that time. Ordered by Magistrate Judge James Orenstein on September 5, 2008. (Kochendorfer, Kate) (Entered: 09/05/2008) |
| 09/08/2008 | 1071 | FILING FEE: $ 25.00, receipt number 357043 Received Re: Pro Hac Vice admission for Kristen M. Anderson. (Greene, Donna) (Entered: 09/08/2008) |
| 09/09/2008 | | SCHEDULING ORDER: The oral argument scheduled for September 9, 2008 is rescheduled for September 18, 2008, at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on September 9, 2008. (Kochendorfer, Kate) (Entered: 09/09/2008) |
| 09/10/2008 | 1072 | Letter *to The Honorable James Orenstein seeking an unopposed extension of time to file any motion for a protective order* by Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/10/2008) |
| 09/10/2008 | 1073 | Letter MOTION for Extension of Time to File Response/Reply *requesting (1) two week extension to serve opposition to class certification and (2) telephonic conference this week* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Grush, Eric) (Entered: 09/10/2008) |
| 09/10/2008 | 1074 | Letter *of Class Plaintiffs in Response to Defendant's Letter Motion (DE 1073). Request Opportunity to Respond by Thursday, September 11, 2008* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/10/2008) |
| 09/10/2008 | 1075 | Letter MOTION for Protective Order *Pursuant to Fed. R. Civ. P. 26(b)(2(C)* by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Amir-Mokri, Cyrus) (Entered: 09/10/2008) |
| 09/11/2008 | | ORDER re 1072 Letter filed by Visa International Service Association, Visa U.S.A. Inc. -- The application is granted. Ordered by Magistrate Judge James Orenstein on September 11, |

| | | 2008. (Kochendorfer, Kate) (Entered: 09/11/2008) |
|---|---|---|
| 09/11/2008 | 1076 | Letter *Response of Class Plaintiffs to Defendants' Letter Motion of September 10, 2008 [DE 1073]* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 09/11/2008) |
| 09/11/2008 | 1080 | NOTICE OF APPEAL by Jonathan Lee Riches. Appellant appeals "denial of his intervention in this case." No fee paid. IFP pending. Service done electronically (McGee, Mary Ann) Modified on 9/17/2008 to delete Riches as interested party and correctly docket to Riches as Movant. ( Modified on 9/17/2008 (McGee, Mary Ann). (Entered: 09/17/2008) |
| 09/11/2008 | | MOTION for Leave to Appeal in forma pauperis by Jonathan Lee Riches. (McGee, Mary Ann) (Entered: 09/24/2008) |
| 09/12/2008 | | ORDER granting 1073 Motion for Extension of Time to File Response/Reply -- The application is granted; the defendants shall serve their opposition to the class plaintiffs' motion for class certification no later than October 6, 2008. To the extent this extension affects other deadlines currently in effect, the parties shall submit a joint proposed schedule no later than September 16, 2008. Ordered by Magistrate Judge James Orenstein on September 12, 2008. (Kochendorfer, Kate) (Entered: 09/12/2008) |
| 09/15/2008 | 1077 | RESPONSE in Opposition *to Defendants JP Morgan Chase & Co. and Chase Bank USA, N.A. for a Protective Order (Exhibits filed In Camera)* filed by all plaintiffs. (Nussbaum, Linda) (Entered: 09/15/2008) |
| 09/15/2008 | 1078 | Subpoena by Texas Independent Bancshares, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Orleans, Jonathan) (Entered: 09/15/2008) |
| 09/16/2008 | 1079 | MOTION to Withdraw *Appearance of Attorney Edmund Searby* by Plaintiff(s) in civil action Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc. et al 05-cv-4728-JG-JO. (Noss, Walter) (Entered: 09/16/2008) |
| 09/16/2008 | | ORDER denying 1075 Motion for Protective Order -- The Chase defendants' application for a protective order precluding the deposition of JPMorgan Chase & Co. Chairman and Chief Executive Officer, James L. Dimon, is denied. Pursuant to Federal Rule of Civil Procedure 26 (b)(2)(C)(i), the Chase defendants failed to demonstrate that "the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive[.]" Fed. R. Civ. P. 26(b)(2)(C)(i). With respect to the burden on the deponent, the movants make the implicit but untenable assertion that no deposition burden at all may be imposed on Mr. Dimon, apparently due his status as Chief Executive Officer, absent an affirmative showing of need by the plaintiffs. See DE 1075 at 2 ("There is no reason for burdening Mr. Dimon's extremely demanding schedule with a deposition in this case."). That is not the law, *see General Star Indemnity Co. v. Platinum Indemnity Ltd.*, 210 F.R.D. 80, 83 (S.D.N.Y. 2002) ("high ranking corporate executives are not automatically given special treatment which excuses them from being deposed") (quoting *Kuwait Airways Corp. v. American Security Bank, N.A.*, 1987 WL 11994, at *4 (D.D.C. May 26, 1987)); *see also CBS, Inc. v. Ahern*, 102 F.R.D. 820, 822 (S.D.N.Y. 1984) ("the fact that the witness has a busy schedule is simply not a basis for foreclosing otherwise proper discovery"), and the movants have done nothing to show that Mr. Dimon's schedule is any more demanding than the schedules of the many other witnesses and attorneys participating in this litigation. Ordered by Magistrate Judge James Orenstein on September 16, 2008. (Kochendorfer, Kate) (Entered: 09/16/2008) |
| 09/16/2008 | 1081 | Letter *of the Parties in response to the Court's Order of Septmeber 12, 2008 enclosing [proposed] Fifth Scheduling Order* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Proposed Order - Fifth Scheduling Order) (Wildfang, K.) (Entered: 09/16/2008) |
| 09/16/2008 | 1082 | NOTICE of Appearance by Adam S. Mocciolo on behalf of Texas Independent Bancshares, Inc. (aty to be noticed) (Mocciolo, Adam) (Entered: 09/16/2008) |
| 09/17/2008 | | ORDER granting 1079 Motion to Withdraw -- Edmund Searby is permitted to withdraw as |

**A490**

| | | |
|---|---|---|
| | | counsel for plaintiff Seaway Gas & Petroleum, Inc. Ordered by Magistrate Judge James Orenstein on September 17, 2008. (Kochendorfer, Kate) (Entered: 09/17/2008) |
| 09/17/2008 | | ORDER re 1081 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on September 17, 2008. (Kochendorfer, Kate) (Entered: 09/17/2008) |
| 09/18/2008 | 1083 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Motion Hearing held on 9/18/2008 re 988 Letter MOTION for Leave to File *Second Consolidated Amended Class Action Complaint* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. SCHEDULING: The next status conference will be held on October 23, 2008, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: (1) I heard argument on, and granted, the Class Plaintiffs' motion to file the proposed Second Consolidated Amended Class Complaint over the objections of Barclays Financial Corp. and Barclays Bank plc. (2) Counsel for the Class Plaintiffs and the Barclays entities shall meet and confer and submit by September 25, 2008, a proposal for providing Barclays Bank plc the discovery to which it is legitimately entitled. The parties shall address the scope of any supplemental discovery, the extent (if any) to which such discovery will require an alteration of the existing schedule, and the extent (if any) to which the Class Plaintiffs will bear the costs of such supplemental discovery. (Court Reporter Ron Tolkin.) (Kochendorfer, Kate) (Entered: 09/18/2008) |
| 09/18/2008 | | ORDER granting 988 Motion for Leave to File; granting 1054 Motion to Amend/Correct/Supplement -- *See* docket entry 1083 . Ordered by Magistrate Judge James Orenstein on September 18, 2008. (Kochendorfer, Kate) (Entered: 09/18/2008) |
| 09/19/2008 | 1084 | Letter MOTION for Reconsideration re Order on Motion for Protective Order,,,,,,,, by Chase Bank USA, N.A., JP Morgan Chase & Co.. (Attachments: # 1 Certificate of Service) (Amir-Mokri, Cyrus) (Entered: 09/19/2008) |
| 09/22/2008 | 1085 | Transcript of Proceedings held on September 18, 2008, before Judge Orenstein. Court Reporter/Transcriber Ronald E. Tolkin, Official Court Reporter, Telephone number 718-613-2647. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/13/2008. Redacted Transcript Deadline set for 10/23/2008. Release of Transcript Restriction set for 12/22/2008. (Tolkin, Ronald) (Entered: 09/22/2008) |
| 09/22/2008 | 1086 | REPLY in Opposition *to Motion to Reconsider Order Denying Chase Protective Order* filed by all plaintiffs. (Nussbaum, Linda) (Entered: 09/22/2008) |
| 09/22/2008 | 1087 | ORDER denying 1084 Motion for Reconsideration -- For the reasons set forth in the attached order, I deny the motion by defendants JPMorgan Chase & Co. and Chase Bank USA, N.A. for reconsideration of my order of September 16, 2008. **SEE ATTACHED ORDER.** Ordered by Magistrate Judge James Orenstein on September 22, 2008. (Kochendorfer, Kate) (Entered: 09/22/2008) |
| 09/23/2008 | 1088 | Letter *to The Honorable James Orenstein seeking an unopposed extension of time to file motion for a protective order* by Visa International Service Association, Visa U.S.A. Inc. (Mason, Robert) (Entered: 09/23/2008) |
| 09/24/2008 | | ORDER re 1088 Letter filed by Visa International Service Association, Visa U.S.A. Inc. -- The application is granted. Ordered by Magistrate Judge James Orenstein on September 24, 2008. (Kochendorfer, Kate) (Entered: 09/24/2008) |
| 09/24/2008 | 1089 | ORDER denying Motion for Leave to Appeal in forma pauperis. Ordered by Judge John Gleeson on 9/22/08. (McGee, Mary Ann) (Entered: 09/24/2008) |
| 09/24/2008 | | Electronic Index to Record on Appeal sent to US Court of Appeals. For docket entries without a hyperlink, contact the court and we'll arrange for the document(s) to be made available to you. 1089 Order on Motion for Leave to Appeal in forma pauperis (McGee, Mary Ann) (Entered: 09/24/2008) |
| 09/25/2008 | 1090 | Letter by Barclays Financial Corp. (Tallon, James) (Entered: 09/25/2008) |

Eastern District of New York - LIVE Database V6.1                                     Page 491 of 821

| 09/25/2008 | 1091 | Letter by Barclays Financial Corp. (Tallon, James) (Entered: 09/25/2008) |
|---|---|---|
| 09/29/2008 | 1092 | MOTION for Protective Order by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Mason, Robert) (Entered: 09/29/2008) |
| 09/29/2008 | 1093 | MOTION to Quash / *Letter Motion addressed to Mag. Judge Orenstein re: Motion to Quash* by Mastercard Incorporated, Mastercard International Incorporated. (Attachments: # 1 Exhibit A to Letter Motion addressed to Mag. Judge Orenstein, # 2 Exhibit B to Letter Motion addressed to Mag. Judge Orenstein) (Powell, Wesley) (Entered: 09/29/2008) |
| 09/29/2008 | 1094 | Letter *to Judge Orenstein regarding response to motions to quash and for protection* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 09/29/2008) |
| 09/30/2008 | | ORDER re 1094 -- The application is granted. The plaintiffs have leave to file a single three-page response to docket entries 1092 and 1093 . Ordered by Magistrate Judge James Orenstein on September 30, 2008. (Turner, Juno) (Entered: 09/30/2008) |
| 10/01/2008 | | Email Notification Test - DO NOT REPLY (Marziliano, August) (Entered: 10/01/2008) |
| 10/01/2008 | 1095 | SUGGESTION OF BANKRUPTCY Upon the Record by Washington Mutual, Inc. (Crisp, Florence) (Entered: 10/01/2008) |
| 10/01/2008 | 1096 | Letter MOTION for Leave to File Excess Pages *Letter Motion by Defendants Requesting Leave to File 95-page Memorandum Opposing Class Certification* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Grush, Eric) (Entered: 10/01/2008) |
| 10/02/2008 | | ORDER granting 1096 Motion for Leave to File Excess Pages -- The motion is granted. Ordered by Magistrate Judge James Orenstein on October 2, 2008. (Turner, Juno) (Entered: 10/02/2008) |
| 10/02/2008 | 1097 | Letter *informing the Court of filing document under seal* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit A - Application for Leave to File Under Seal, # 2 Exhibit B - Public Version of Letter Opposing Defendants' Motions to Quash or Limit Plaintiffs' 30(b)(6) Deposition Notices) (Blechman, William) (Entered: 10/02/2008) |
| 10/03/2008 | | Electronic Index to Record on Appeal sent to US Court of Appeals. Documents 1-1097 are available on line and may be downloaded. (McGee, Mary Ann) (Entered: 10/03/2008) |
| 10/03/2008 | | ORDER denying 1092 Motion for Protective Order -- The motion is denied. Ordered by Magistrate Judge James Orenstein on October 3, 2008. (Turner, Juno) (Entered: 10/03/2008) |
| 10/03/2008 | | ORDER denying 1093 Motion to Quash -- The motion is denied. Ordered by Magistrate Judge James Orenstein on October 3, 2008. (Turner, Juno) (Entered: 10/03/2008) |
| 10/09/2008 | 1099 | Letter *to Sandra Jones for Pro Hac Vice Admission of Patricia E. Simone* by National City Bank of Kentucky, National City Corporation (Majoras, John) (Entered: 10/09/2008) |
| 10/16/2008 | 1100 | Letter MOTION to Compel *Discount Optics to Produce Certain Documents* by Wells Fargo & Company. (Cavanaugh, William) (Entered: 10/16/2008) |
| 10/16/2008 | 1101 | STATUS REPORT *for Conference No. 23* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 10/16/2008) |
| 10/16/2008 | 1102 | Letter MOTION to Compel *Capital One and Citigroup to Produce Data and Information* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L) (Sweeney, Bonny) (Entered: 10/16/2008) |
| 10/16/2008 | 1103 | Letter MOTION to Compel *Third-Party Argus Information and Advisory Services to Produce* |

| | | |
|---|---|---|
| | | *Documents* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14) (Sweeney, Bonny) (Entered: 10/16/2008) |
| 10/21/2008 | 1104 | Letter *to Magistrate Judge James Orenstein Withdrawing the Motion to Compel Production of Data and Information as to Citigroup only [Docket #1102]* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 10/21/2008) |
| 10/21/2008 | 1105 | RESPONSE in Opposition re 1102 Letter MOTION to Compel *Capital One and Citigroup to Produce Data and Information* filed by Capital One Bank, Capital One F S B, Capital One Financial Corp. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) (Hassi, Edward) (Entered: 10/21/2008) |
| 10/21/2008 | 1106 | RESPONSE in Opposition re 1100 Letter MOTION to Compel *Discount Optics to Produce Certain Documents (Letter Informing Court of Filing Under Seal as to Exhibits)* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit 1-Application for Leave to File Document Under Seal, # 2 Exhibit 2-Public Version of Letter Response in Opposition to Defendant's Motion to Compel Discount Optics to Produce Documents) (Sweeney, Bonny) (Entered: 10/21/2008) |
| 10/21/2008 | 1109 | FILING FEE: $ 25.00, receipt number 358751 - Pro Hac Vice Motion - Law Firm of Jones Day. (Piper, Francine) (Entered: 10/23/2008) |
| 10/22/2008 | 1107 | Letter *to the Honorable James Orenstein from Bart D Cohen (Berger & Montague) re Withdrawal of Letter Motion without Prejudice re Capital One* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Davidoff, Merrill) (Entered: 10/22/2008) |
| 10/23/2008 | 1110 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 10/23/2008. The next status conference will be held on December 4, 2008, at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: 1.I heard argument on the defendants' letter-motion to compel Discount Optics to produce three categories of documents. DE 1100. The parties have resolved their dispute with regard to all but one of the requested categories, and they will continue to meet and confer in an effort to resolve the remaining dispute on consent. The parties will report back to me by October 30, 2008 regarding the status of the dispute; if it is not resolved on consent, I will decide the matter on the parties' submissions. 2.The parties have resolved on consent the following two motions, as to each of which I will enter a separate order: (a) the Class Plaintiffs' letter-motion to compel third party Argus Information and Advisory Services to produce certain documents, DE 1103; and (b) the Class Plaintiffs' letter-motion to compel data from Citigroup and Capital One, DE 1102. (Attachments: # 1 Appendix Appearances) (Turner, Juno) (Entered: 10/23/2008) |
| 10/23/2008 | | ORDER terminating 1102 Motion to Compel -- The motion is terminated as withdrawn. Ordered by Magistrate Judge James Orenstein on October 23, 2008. (Turner, Juno) (Entered: 10/23/2008) |
| 10/23/2008 | | ORDER terminating 1103 Motion to Compel -- The motion is terminated as withdrawn. Ordered by Magistrate Judge James Orenstein on October 23, 2008. (Turner, Juno) (Entered: 10/23/2008) |
| 10/23/2008 | 1111 | NOTICE of Change of San Francisco Address of Arnold & Porter LLP by Robert C. Mason (Mason, Robert) (Entered: 10/23/2008) |
| 10/30/2008 | 1112 | Letter *to Magistrate Judge Orenstein Advising the Court of the Status of the Motion to Compel Putative Class Plaintiff Discount Optics to Produce Requested Documents* by Wells Fargo & Company (Attachments: # 1 Defendant Wells Fargo & Company's October 15, 2008 Letter to Discount Optics) (Cavanaugh, William) (Entered: 10/30/2008) |
| 10/30/2008 | 1113 | RESPONSE to Motion re 1100 Letter MOTION to Compel *Discount Optics to Produce Certain Documents as to Bank Statements and in Response Docket #1112* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 10/30/2008) |

| | | |
|---|---|---|
| 11/07/2008 | | ORDER granting 1100 Motion to Compel -- The motion is granted. Discount Optics shall promptly produce the bank statements that it has in its possession and shall obtain and produce the remaining statements within three weeks. Ordered by Magistrate Judge James Orenstein on November 7, 2008. (Turner, Juno) (Entered: 11/07/2008) |
| 11/17/2008 | 1114 | Letter *Motion of Class Plaintiffs seeking an order compelling MasterCard to produce unredacted versions of EU and UK materials.* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Application for Leave to File Document(s) Under Seal, # 2 Attachment 1, # 3 Attachment 2, 3 and 4 PLACEHOLDER (filed under seal), # 4 Attachment 5, # 5 Attachment 6) (Wildfang, K.) (Entered: 11/17/2008) |
| 11/19/2008 | | ORDER re 1114 Letter, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The motion is denied without prejudice to renewal pursuant to section III.A.1 of my individual practice rules. Ordered by Magistrate Judge James Orenstein on November 19, 2008. (Turner, Juno) (Entered: 11/19/2008) |
| 11/20/2008 | 1115 | MOTION to Withdraw as Attorney *(Christopher J. Kuhlman)* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 11/20/2008) |
| 11/21/2008 | | ORDER granting 1115 Motion to Withdraw as Attorney. The motion is granted. The appearance of Christopher J. Kuhlman is withdrawn. Ordered by Magistrate Judge James Orenstein on November 21, 2008. (Turner, Juno) (Entered: 11/21/2008) |
| 11/21/2008 | 1116 | NOTICE of Change of Firm by Jayne A. Goldstein (Goldstein, Jayne) (Entered: 11/21/2008) |
| 11/24/2008 | 1117 | Notice of MOTION for Leave to Appear Pro Hac Vice *by Perry A. Lange* Filing fee $ 25, receipt number 02070000000003254922. by HSBC Finance Corporation, HSBC North America Holdings, Inc. (Lange, Perry) (Entered: 11/24/2008) |
| 11/25/2008 | | ORDER denying as moot 1117 Motion for Leave to Appear -- Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and Pretrial Order 1, docket entry 93 , each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings. Ordered by Magistrate Judge James Orenstein on November 25, 2008. (Turner, Juno) (Entered: 11/25/2008) |
| 11/25/2008 | 1118 | ORDER in case 1:96-cv-05238-JG-JO; granting (507) Motion to Dismiss in case 1:05-md-01720-JG-JO. Please see attached. Ordered by Judge John Gleeson on November 25, 2008. Associated Cases: 1:05-md-01720-JG-JO et al. (Gleeson, John) (Entered: 11/25/2008) |
| 11/26/2008 | 1119 | STATUS REPORT *AND PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE NO. 24* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 11/26/2008) |
| 11/26/2008 | 1120 | Letter MOTION to Compel *Responses to Plaintiffs' Eighth Set of Interrogatories* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 11/26/2008) |
| 12/01/2008 | 1121 | Notice of MOTION to Withdraw as Attorney , *Saren K. Sudel on behalf of Class Plaintiffs* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Motion) (Wildfang, K.) (Entered: 12/01/2008) |
| 12/02/2008 | | ORDER granting 1121 Motion to Withdraw as Attorney. The motion is granted and the representation of attorney Saren K. Sudel is terminated. Ordered by Magistrate Judge James Orenstein on December 2, 2008. (Turner, Juno) (Entered: 12/02/2008) |
| 12/02/2008 | 1123 | Letter *withdrawing Motion to Compel (Dkt. # 1120) as to Chase* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: 12/02/2008) |
| 12/02/2008 | 1124 | Letter *withdrawing Motion to Compel (Dkt. No. 1120) as to Capital One* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: |

| | | 12/02/2008) |
|---|---|---|
| 12/03/2008 | 1125 | MOTION to Withdraw as Attorney *Bethany D. Krueger for Class Plaintiffs* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Notice of Motion) (Wildfang, K.) (Entered: 12/03/2008) |
| 12/03/2008 | 1126 | Letter *withdrawing Motion to Compel (Dkt. No. 1120) as to Texas Independent Bancshares, Inc.* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: 12/03/2008) |
| 12/04/2008 | | ORDER granting 1125 Motion to Withdraw as Attorney -- The motion is granted. The representation of attorney Bethany D. Krueger is terminated. Ordered by Magistrate Judge James Orenstein on December 4, 2008. (Turner, Juno) (Entered: 12/04/2008) |
| 12/04/2008 | | ORDER terminating 1120 Motion to Compel -- The motion is withdrawn. Ordered by Magistrate Judge James Orenstein on December 4, 2008. (Turner, Juno) (Entered: 12/04/2008) |
| 12/04/2008 | 1127 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 12/4/2008. The next status conference will be held on January 15, 2009. A further status conference will be held on February 27, 2009. A further status conference will be held on April 16, 2009. THE FOLLOWING RULINGS WERE MADE: 1. The parties will confer as to matters surrounding the filing of amended claims by the Class Plaintiffs and submit a revised stipulation reflecting their agreement of such matters. 2. I discussed with counsel the parties' dispute over whether two separate attorneys for the Class Plaintiffs may question an expert witness for the defendants at his deposition next week. If the parties are unable to resolve the matter on consent, the defendants will promptly file a letter-motion for a protective order pursuant to Rule 26(c)(1). 3. I approved the parties request to adjourn until February 26, 2009, the deadline to file redacted versions of the briefs submitted in connection with the Class Plaintiffs' motion for class certification. **SEE ATTACHED DOCUMENT.** (Attachments: # 1 Appendix Appearances) (Turner, Juno) (Entered: 12/04/2008) |
| 12/08/2008 | 1128 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on December 4, 2008, before Judge Orenstein. Court Reporter/Transcriber Burt Sulzer, Telephone number 718 613-2481. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/29/2008. Redacted Transcript Deadline set for 1/8/2009. Release of Transcript Restriction set for 3/9/2009. (Sulzer, Burt) (Entered: 12/08/2008) |
| 12/19/2008 | 1129 | NOTICE of Change of Address by Danielle M. Aguirre (Attachments: # 1 Certificate of Service) (Aguirre, Danielle) (Entered: 12/19/2008) |
| 01/08/2009 | 1130 | Letter *of all parties regarding agreement to cancellation of January 15, 2009 Status Conference* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 01/08/2009) |
| 01/08/2009 | 1131 | Letter MOTION for Hearing *on privilege issues at February 2009 status conference* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Hatch, Thomas) (Entered: 01/08/2009) |
| 01/08/2009 | 1132 | STATUS REPORT *Parties Joint Case Status Report And Proposed Agenda For Case Management Conference No. 25* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 01/08/2009) |
| 01/09/2009 | | SCHEDULING ORDER: At the request of the parties, the status conference previously scheduled for January 15, 2009 is cancelled. The next status conference will be held on February 27, 2009 at 1:00 p.m. Ordered by Magistrate Judge James Orenstein on January 9, 2009. (Turner, Juno) (Entered: 01/09/2009) |
| 01/12/2009 | 1133 | Proposed Scheduling Order *Number Six, as agreed by the Parties* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 proposed Sixth Scheduling Order, # 2 one-page summary of revised dates related to proposed Sixth Scheduling Order) (Wildfang, K.) (Entered: 01/12/2009) |

**A495**

| | | |
|---|---|---|
| 01/13/2009 | | ORDER re 1133 Proposed Scheduling Order, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- So ordered. Ordered by Magistrate Judge James Orenstein on January 13, 2009. (Turner, Juno) (Entered: 01/13/2009) |
| 01/13/2009 | | ORDER granting 1131 Motion for Hearing -- The motion is granted. Arguments on the plaintiffs' motion to compel will be heard at the status conference to be held on February 27, 2009. Ordered by Magistrate Judge James Orenstein on January 13, 2009. (Turner, Juno) (Entered: 01/13/2009) |
| 01/13/2009 | 1134 | MOTION to Withdraw as Attorney *(Motion to Withdraw Appearance of Counsel Ross, Dixon & Bell LLP)* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 01/13/2009) |
| 01/14/2009 | | ORDER granting 1134 Motion to Withdraw as Attorney. The motion is granted and the appearance of counsel Ross, Dixon & Bell LLP is withdrawn. Ordered by Magistrate Judge James Orenstein on January 14, 2009. (Turner, Juno) (Entered: 01/14/2009) |
| 01/26/2009 | 1135 | MOTION for Extension of Time to File *(a) Plaintiffs' Reply Class Action Brief'; and (b) the filing of Class Plaintiffs' Amended Complaints to January 29, 2009* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Davidoff, Merrill) (Entered: 01/26/2009) |
| 01/26/2009 | | ORDER granting 1135 Motion for Extension of Time to File -- The motion is granted. The class plaintiffs shall file their reply class action brief and supporting materials and their amended complaint no later than January 29, 2009. Ordered by Magistrate Judge James Orenstein on January 26, 2009. (Turner, Juno) (Entered: 01/26/2009) |
| 01/26/2009 | 1136 | STIPULATION *Joint Stipulation of Plantiffs and Non-Party USAA FSB* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Joint Stipulation of Plaintiffs and USAA FSB) (Calm, Jesse) (Entered: 01/26/2009) |
| 01/27/2009 | | ORDER re 1136 Stipulation filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on January 27, 2009. (Turner, Juno) (Entered: 01/27/2009) |
| 01/29/2009 | 1137 | Letter *Defendants' letter providing supplemental authority in opposition to motion for class certification* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Grush, Eric) (Entered: 01/29/2009) |
| 01/29/2009 | 1138 | Supplemental COMPLAINT *Second Consolidated Class Action Complaint*, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Second Consolidated Amended Class Action Complaint [filed under seal], # 3 Certificate of Service) (Wildfang, K.) (Entered: 01/29/2009) |
| 01/29/2009 | 1139 | Second Supplemental COMPLAINT *Second Supplemental Class Action Complaint*, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for Leave to File Document Under Seal, # 2 Second Supplemental Class Action Complaint [filed under seal], # 3 Certificate of Service) (Wildfang, K.) (Entered: 01/29/2009) |
| 01/29/2009 | 1140 | AMENDED COMPLAINT *First Amended Supplemental Class Action Complaint* against all defendants, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application for leave to file document under seal, # 2 First Amended Supplemental class Action complaint [filed under seal], # 3 Certificate of Service) (Wildfang, K.) (Entered: 01/29/2009) |
| 02/06/2009 | 1147 | MOTION for Extension of Time to File *Redacted Versions of Amended and Supplemental Pleadings* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Freimuth, Matthew) (Entered: 02/06/2009) |
| 02/09/2009 | | ORDER in case 1:96-cv-05238-JG-JO; granting (1147) Motion for Extension of Time to File in case 1:05-md-01720-JG-JO -- The application is granted. The deadline to file the public versions of the amended and supplemental pleadings originally filed under seal on January |

| | | |
|---|---|---|
| | | 29, 2009 is extended to February 13, 2009. Ordered by Magistrate Judge James Orenstein on 2/9/2009. Associated Cases: 1:05-md-01720-JG-JO et al. (Fick, Sarah) (Entered: 02/09/2009) |
| 02/09/2009 | 1148 | Letter MOTION for Extension of Time to File *Redacted Versions of Class Certification Briefs* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 02/09/2009) |
| 02/10/2009 | | ORDER granting 1148 Motion for Extension of Time to File -- The application is granted. The deadline to file the redacted versions of the briefs submitted in connection with the class plaintiffs' motion for class certification is extended to March 16, 2009. Ordered by Magistrate Judge James Orenstein on 2/10/2009. (Fick, Sarah) (Entered: 02/10/2009) |
| 02/13/2009 | 1149 | Letter MOTION for Extension of Time to File *the Public Versions of the Complaints Filed Under Seal on January 29, 2009, by Class Plaintiffs* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 02/13/2009) |
| 02/13/2009 | 1150 | Letter *to Judge Oreinstein regarding conflict with Feb. 27, 2009 status conference* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 02/13/2009) |
| 02/17/2009 | | ORDER granting 1149 Motion for Extension of Time to File -- The motion is granted. The Class Plaintiffs shall file the public versions of their sealed complaints no later than February 20, 2009. Ordered by Magistrate Judge James Orenstein on February 17, 2009. (Turner, Juno) (Entered: 02/17/2009) |
| 02/17/2009 | | SCHEDULING ORDER: The status conference previously scheduled for February 27, 2009 is rescheduled for March 3, 2009 at 1:30 p.m. Ordered by Magistrate Judge James Orenstein on February 17, 2009. (Turner, Juno) (Entered: 02/17/2009) |
| 02/19/2009 | 1151 | Fully Briefed MOTION to Compel *the Production of Documents Claimed as Privileged by MasterCard* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Application for Leave to File Document Under Seal, # 2 Notice of Motion and Class Plaintiffs Motion to Compel Production of Documents Claimed as Privileged by MasterCard, # 3 Memorandum in Support of Class Plaintiffs' Motion to Compel Production of Documents Claimed as Privileged by MasterCard, # 4 Affidavit in Support of Thomas B. Hatch, # 5 Exhibit A, B, C, and D to Hatch Declaration [filed under seal], # 6 Exhibit E, F, and G to Hatch Declaration, # 7 Exhibit H and I to Hatch Declaration, # 8 Memorandum in Opposition to Class Plaintiffs' Motion to Compel (filed by MasterCard), # 9 Affidavit in Opposition of Hanft, Munson, Peirez and Green, # 10 Affidavit in Opposition of Freimuth and Exs. A-B and Exs. C-E [filed under seal], # 11 Memorandum in Support : Class Plaintiffs' Reply Memorandum in Support of its Motion to Compel [redacted-filed under seal], # 12 Affidavit in Support : Supplemental Declaration of Thomas B. Hatch with Exs. J-L [filed under seal], # 13 Certificate of Service) (Hatch, Thomas) (Entered: 02/19/2009) |
| 02/20/2009 | 1152 | Supplemental COMPLAINT *REDACTED First Amended Supplemental Class Action Complaint (originally filed under seal 1.29.09 as DE 1140)*, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 02/20/2009) |
| 02/20/2009 | 1153 | Supplemental COMPLAINT *REDACTED Second Consolidated Amended Class Action Complaint (originally filed under seal 1.29.09 as DE 1138)*, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 02/20/2009) |
| 02/20/2009 | 1154 | Supplemental COMPLAINT *REDACTED Second Supplemental Class Action Complaint (originally filed under seal 1.29.09 as DE 1139)*, filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Wildfang, K.) (Entered: 02/20/2009) |
| 02/20/2009 | 1155 | Letter *enclosing supplemental authority in support of Plaintiffs' Motion for Class Certification* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Attachments: # 1 Supplemental Authority) (Cohen, Bart) (Entered: 02/20/2009) |

| 02/24/2009 | 1156 | Letter *to Judge Orenstein Re: Class Evidentiary Hearing & Scheduling,* by HSBC Bank USA, N.A., Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Fifth Third Bancorp, Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, QVC, Inc., Texas Independent Bancshares, Inc., First National Bank of Omaha, Barclays Financial Corp., Washington Mutual, Inc. (Greene, Peter) (Entered: 02/24/2009) |
|---|---|---|
| 02/24/2009 | 1157 | Letter *to Judge James Orenstein regarding Motion to Compel Third Party Discover* by Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Attachments: # 1 Exhibit 1-5) (Blechman, William) (Entered: 02/24/2009) |
| 02/24/2009 | 1158 | STATUS REPORT *Parties' Joint Case Status Report And Proposed Agenda For Case Management Conference No. 26* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Powell, Wesley) (Entered: 02/24/2009) |
| 02/25/2009 | 1159 | Letter *of Class Plaintiffs in response to Defendants Letter Request for Hearing [DE 1156]* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 02/25/2009) |
| 02/26/2009 | 1160 | Letter *to Judge Oreinstein from W. Blechman regarding evidentiary hearing* by Plaintiff(s) in civil action The Kroger Co., et al. v. MasterCard Inc., et al., 06-cv-0039 JG-JO, Plaintiff(s) in civil action Hy-Vee, Inc. v. Visa U.S.A., Inc. et al 05-cv-3925-JG-JO, Plaintiff(s) in civil action Kroger Co. v. Visa U.S.A., Inc. 05-cv-5078 JG-JO (Blechman, William) (Entered: 02/26/2009) |
| 02/27/2009 | 1161 | Letter *Opposing Plaintiffs February 24, 2009 letter moving to compel Discover's compliance with several deposition-related requests.* by Discover (Cantor, Matthew) (Entered: 02/27/2009) |
| 03/03/2009 | 1162 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 3/3/2009. The next status conference will be held on April 16, 2009, at 1:00 P.M. A further status conference will be held on May 28, 2009 at 1:00 p.m. A further status conference will be held on July 9, 2009 at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: 1. Counsel for the plaintiffs and for third party Discover informed me that the plaintiffs' motion regarding the scope and scheduling of a deposition pursuant to Rule 30(b)(6) was resolved prior to the conference. I will therefore enter an order terminating the motion as withdrawn. 2. I heard argument, and reserved decision, on the Class Plaintiffs' motion to compel defendant MasterCard to produce documents that MasterCard claims are protected by the attorney-client privilege. 3. I discussed with the parties the defendants' request for a hearing on the Class Plaintiffs' motion for class certification, and reserved decision pending my review of the materials already submitted. **SEE ATTACHED DOCUMENT.** (Attachments: # 1 Appendix Appearances) (Turner, Juno) (Entered: 03/03/2009) |
| 03/04/2009 | 1163 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on March 3, 2009, before Judge Orenstein. Court Reporter/Transcriber Ronald E. Tolkin, Official Court Reporter, Telephone number 718-613-2647, ronald_tolkin@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/25/2009. Redacted Transcript Deadline set for 4/6/2009. Release of Transcript Restriction set for 6/2/2009. Associated Cases: 1:05-md-01720-JG-JO, 1:05-cv-05207-JG-JO (Tolkin, Ronald) (Entered: 03/04/2009) |
| 03/10/2009 | 1164 | Letter *to The Honorable James Orenstein re timing of motions* by Visa U.S.A. Inc. (Mason, Robert) (Entered: 03/10/2009) |
| 03/16/2009 | 1165 | MEMORANDUM in Support *of Class Plaintiffs' Motion for Class Certification REDACTED* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Kane, Michael) (Entered: 03/16/2009) |

# A498

| 03/16/2009 | 1166 | MEMORANDUM in Opposition *to Plaintiffs' Motion for Class Certification REDACTED* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Kane, Michael) (Entered: 03/16/2009) |
|---|---|---|
| 03/16/2009 | 1167 | REPLY in Support *of Class Plaintiffs' Motion for Class Certification REDACTED* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Kane, Michael) (Entered: 03/16/2009) |
| 03/17/2009 | 1168 | Letter *response of Class Plaintiffs to Defendants March 10, 2009 letter regarding motion practice on Class Plaintiffs' complaints* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Wildfang, K.) (Entered: 03/17/2009) |
| 03/18/2009 | | ORDER re 1164 Letter filed by Visa U.S.A. Inc. -- So ordered. Ordered by Magistrate Judge James Orenstein on 3/18/2009. (Turner, Juno) (Entered: 03/18/2009) |
| 03/27/2009 | 1169 | Letter MOTION for Leave to File Excess Pages *Re: Defendants' Memoranada of Law in Support of their Motions to Dismiss* by HSBC Bank USA, N.A., Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Juniper Financial Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Fifth Third Bancorp, Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., First National Bank of Omaha, Barclays Financial Corp., Washington Mutual, Inc.. (Greene, Peter) (Entered: 03/27/2009) |
| 03/27/2009 | 1170 | First Supplemental COMPLAINT *, Second Supplemental Complaint and Second Consolidated Amended Complaint,* filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Application to File Complaints Under Seal, # 2 Corrected Second Supplemental Complaint [filed under seal], # 3 Corrected Second Consolidate Amended Complaint [filed under seal], # 4 Corrected First Amended Supplemental Complaint [filed under seal]) (Cohen, Bart) (Entered: 03/27/2009) |
| 03/30/2009 | | ORDER. The defendants' motion for leave to file excess pages 1169 , as well as the underlying motions to dismiss, are respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on 3/30/2009. Associated Cases: 1:05-md-01720-JG-JO et al. (Gleeson, John) (Entered: 03/30/2009) |
| 03/30/2009 | | ORDER granting 1169 Motion for Leave to File Excess Pages: I grant relief to the following extent: all defendants collectively may submit up to a total of 90 pages of briefing in support of their latest motions to dismiss. The plaintiffs are allowed the same number of pages for their responsive briefing. Ordered by Magistrate Judge James Orenstein on 3/30/2009. (Orenstein, James) (Entered: 03/30/2009) |
| 03/31/2009 | 1171 | MOTION to Dismiss *Second Consolidated Amended Class Action Complaint And To Strike Chase Paymententech Solutions, LLC As A Defendant* by Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., First National Bank of Omaha, Barclays Financial Corp.. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 03/31/2009) |
| 03/31/2009 | 1172 | MEMORANDUM in Support re 1171 MOTION to Dismiss *Second Consolidated Amended Class Action Complaint And To Strike Chase Paymententech Solutions, LLC As A Defendant* filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., First |

| | | |
|---|---|---|
| | | National Bank of Omaha, Barclays Financial Corp.. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 03/31/2009) |
| 03/31/2009 | 1173 | MEMORANDUM in Support re 1171 MOTION to Dismiss *Second Consolidated Amended Class Action Complaint And To Strike Chase Paymententech Solutions, LLC As A Defendant* filed by Chase Paymentech Solutions, LLC. (Attachments: # 1 Certificate of Service) (Greene, Peter) (Entered: 03/31/2009) |
| 03/31/2009 | 1174 | MOTION to Dismiss *Second Consolidated Amended Class Action Complaint and To Strike Chase Paymentech Solutions, LLC As a Defendant* by Fifth Third Bancorp. (Fischer, Patrick) (Entered: 03/31/2009) |
| 03/31/2009 | 1175 | MEMORANDUM in Support re 1174 MOTION to Dismiss *Second Consolidated Amended Class Action Complaint and To Strike Chase Paymentech Solutions, LLC as a Defendant* filed by Fifth Third Bancorp. (Fischer, Patrick) (Entered: 03/31/2009) |
| 03/31/2009 | 1176 | MOTION to Dismiss *Notice of Motion To Dismiss The Second Supplemental Class Action Complaint* by National City Corporation, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., Chase Paymentech Solutions, LLC. (Mason, Robert) (Entered: 03/31/2009) |
| 03/31/2009 | 1177 | AFFIDAVIT/DECLARATION in Support re 1176 MOTION to Dismiss *Notice of Motion To Dismiss The Second Supplemental Class Action Complaint* filed by Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., Chase Paymentech Solutions, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Mason, Robert) (Entered: 03/31/2009) |
| 03/31/2009 | 1178 | MEMORANDUM in Support re 1176 MOTION to Dismiss *Notice of Motion To Dismiss The Second Supplemental Class Action Complaint* filed by Wells Fargo & Company, National City Bank of Kentucky, National City Corporation, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Visa International Service Association, Visa U.S.A. Inc., Bank of America Corporation, Texas Independent Bancshares, Inc., Chase Paymentech Solutions, LLC. (Mason, Robert) (Entered: 03/31/2009) |
| 03/31/2009 | 1179 | MOTION to Dismiss *the First Amended Supplemental Class Action Complaint* by Capital One Bank, Capital One F S B, Capital One Financial Corp, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Bank of America Corporation, Chase Paymentech Solutions, LLC. (Attachments: # 1 Cover Letter) (Gallo, Kenneth) (Entered: 03/31/2009) |
| 03/31/2009 | 1180 | MEMORANDUM in Support re 1179 MOTION to Dismiss *the First Amended Supplemental Class Action Complaint* filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Bank of America Corporation, Chase Paymentech Solutions, LLC. (Gallo, Kenneth) (Entered: 03/31/2009) |
| 03/31/2009 | 1181 | AFFIDAVIT/DECLARATION in Support re 1179 MOTION to Dismiss *the First Amended Supplemental Class Action Complaint* filed by Capital One Bank, Capital One F S B, Capital One Financial Corp, Mastercard Incorporated, Mastercard International Incorporated, HSBC Finance Corporation, HSBC North America Holdings, Inc, Citibank N A, Citicorp, Citigroup Inc, Chase Bank USA, N.A., JP Morgan Chase & Co., Bank Of America, N.A., Bank of America Corporation, Chase Paymentech Solutions, LLC. (Attachments: # 1 Exhibit A) (Finch, Andrew) (Entered: 03/31/2009) |
| 04/07/2009 | 1185 | MANDATE of USCA as to 1080 Notice of Appeal, filed by Jonathan Lee Riches. The Civil Appeals Management Plan of this Court directs that within the 10 days after filing a Notice of Appeal, the Appellant shall either pay the docketing fee or move for leave to proceed in forma |

| | | |
|---|---|---|
| | | pauperis. The Appellant having not so proceeded, it is Ordered that the appeal from the Order of 7/23/08 is dismissed. Any motions pending prior to the entry of this order of dismissal are deemed moot. Certified: 3/23/09. USCA#08-4553-cv. (McGee, Mary Ann) (Entered: 04/09/2009) |
| 04/09/2009 | 1186 | Letter MOTION to Compel *enforcing certain provisions of the Third Amended Protective Order (Select Exhibits Filed Under Seal)* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Attachments: # 1 Exhibit Application for Leave to File Document(s) Under Seal, # 2 Exhibit Letter Motion, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12) (Sweeney, Bonny) (Entered: 04/09/2009) |
| 04/09/2009 | 1187 | Letter MOTION for Protective Order by Visa U.S.A. Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Mason, Robert) (Entered: 04/09/2009) |
| 04/09/2009 | 1188 | Letter MOTION to Continue *to Consolidate Argument and Disposition of Fed. R.Civ. P. 12 (b)(6) and 56 Proceedings* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Cohen, Bart) (Entered: 04/09/2009) |
| 04/09/2009 | 1189 | STATUS REPORT *and Proposed Agenda for Case Management Conference No. 27* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Cohen, Bart) (Entered: 04/09/2009) |
| 04/13/2009 | 1190 | Letter *to Magistrate Judge Orenstein Withdrawing Motion to Compel Enforcing Certain Provisions of the Third Amended Protective Order (Docket No. 1186)* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Sweeney, Bonny) (Entered: 04/13/2009) |
| 04/13/2009 | | ORDER terminating 1186 Motion to Compel. See Docket Entry 1190 , Letter withdrawing motion. Ordered by Magistrate Judge James Orenstein on 4/13/09. (Guy, Alicia) (Entered: 01/20/2010) |
| 04/14/2009 | 1192 | RESPONSE to Motion re 1188 Letter MOTION to Continue *to Consolidate Argument and Disposition of Fed. R.Civ. P. 12(b)(6) and 56 Proceedings* filed by Visa U.S.A. Inc.. (Mason, Robert) (Entered: 04/14/2009) |
| 04/14/2009 | 1193 | RESPONSE in Opposition re 1187 Letter MOTION for Protective Order filed by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Sweeney, Bonny) (Entered: 04/14/2009) |
| 04/16/2009 | 1194 | ORDER granting in part and denying in part 1151 Motion to Compel -- I direct the MasterCard defendants to produce the documents at issue with redactions as set forth in the attached document. **SEE ATTACHED DOCUMENT.** Ordered by Magistrate Judge James Orenstein on 4/16/2009. (Turner, Juno) (Entered: 04/16/2009) |
| 04/16/2009 | 1195 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 4/16/2009. The next status conference will be held on May 28, 2009, at 1:00 p.m. A further status conference will be held on July 9, 2009 at 1:00 p.m. THE FOLLOWING RULINGS WERE MADE: 1. I denied the Network Defendants' motion for a protective order without prejudice to renewal should the parties be unable to agree on the parameters of the custodial searches. 2. I heard further argument, and reserved decision, on the defendants' request for a hearing on the Class Plaintiffs' motion for class certification. 3. I heard argument, and reserved decision, on the Class Plaintiffs' motion to consolidate the pending Rule 12(b)(6) and Rule 56 motions. **SEE ATTACHED DOCUMENT.** (Attachments: # 1 Appendix Appearances) (Turner, Juno) (Entered: 04/16/2009) |
| 04/16/2009 | | ORDER terminating 1187 Motion for Protective Order. See Docket Entry 1195 . Ordered by Magistrate Judge James Orenstein on 4/16/09. (Guy, Alicia) (Entered: 01/20/2010) |
| 04/22/2009 | 1196 | NOTICE by Plaintiff(s) in civil action Rite Aid Corporation et al. v. Visa U.S.A., Inc. et al. 05-cv-5352 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Visa U.S.A., Inc. et al 06-cv-2532 JG-JO, Plaintiff(s) in civil action Bi-Lo, LLC. et al v. Mastercard Incorporated et al 06-cv-2534 JG-JO *Request to Discontinue Service of Notices* (Chan, Ashely) (Entered: |