# 12-4671-cv(L)

**12-4708-cv(CON), 12-4765-cv(CON), 13-4719-cv(CON),
13-4750-cv(CON), 13-4751-cv(CON), 13-4752-cv(CON), 14-32-cv(CON),
14-117-cv(CON), 14-119-cv(CON), 14-133-cv(CON), 14-157-cv(CON),
14-159-cv(CON), 14-192-cv(CON), 14-197-cv(CON), 14-219-cv(CON),
14-225-cv(CON), 14-241-cv(CON), 14-250-cv(CON), 14-266-cv(CON),
14-303-cv(CON), 14-331-cv(CON), 14-349-cv(CON), 14-404-cv(CON)
14-422-cv(CON), 14-443-cv(CON),14-480-cv(CON), 14-497-cv(CON),
14-530-cv(CON), 14-567-cv(CON), 14-584-cv(CON), 14-606-cv(CON),
14-663-cv(CON), 14-837-cv(CON)**

IN THE

## United States Court of Appeals

FOR THE SECOND CIRCUIT



IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

*On Appeal from the United States District Court
for the Eastern District of New York*

### JOINT DEFERRED APPENDIX
### VOLUME XIV OF XXII
### Pages A3251 to A3500

*Submitted on Behalf of All Parties*

## Table of Contents

**Page**

### Volume I

District Court Docket Entries ................................................................ A1

### Volume II

District Court Docket Entries (cont'd) ................................................ A251

### Volume III

District Court Docket Entries (cont'd) ................................................ A501

### Volume IV

District Court Docket Entries (cont'd) ................................................ A751

Transfer Order, dated October 20, 2005 [Docket No. 2] ...................... A822

Excerpts of First Consolidated Amended Class Action Complaint,
    dated April 24, 2006 [Docket No. 317] .......................................... A825

Excerpts of Settlement Agreement - *In re Visa Check/MasterMoney
    Antitrust Litigation*, CV-96-5238, dated July 21, 2006
    [Docket No. 455-4] ........................................................................ A844

Excerpts of Settlement Agreement - *In re Visa Check/MasterMoney
    Antitrust Litigation*, CV-96-5238,
    dated July 21, 2006 [Docket No. 455-5] ........................................ A850

Excerpts of First Amended Supplemental Class Action Complaint
    (redacted), dated February 20, 2009 [Docket No. 1152] ............... A856

Excerpts of Second Consolidated Amended Class Action
    Complaint (redacted), dated February 20, 2009
    [Docket No. 1153] ......................................................................... A858

# **Table of Contents**
## **(continued)**

**Page**

Excerpts of Second Supplemental Class Action Complaint
(redacted), dated February 20, 2009 [Docket No. 1154] ............... A908

Excerpts of Memorandum of Law in Support of Class
Plaintiffs' Motion for Class Certification (redacted),
dated May 8, 2008 [Docket No. 1165] ............................................ A921

Excerpts of Class Plaintiffs' Memorandum of Law in Opposition to
Defendants' Motion to Dismiss the Second Consolidated
Amended Class Action Complaint, dated June 2, 2009
[Docket No. 1226] .......................................................... A929

Excerpts of Class Plaintiffs' Memorandum of Law in Opposition to
Defendants' Motion for Summary Judgment (Unannotated)
(redacted), dated October 21, 2011 [Docket No. 1533]................. A932

Excerpts of Individual Plaintiffs' Statement of Material Undisputed
Facts (redacted), dated October 21, 2011 [Docket No. 1536] ........ A935

Excerpts of Class Plaintiffs' Memorandum of Law in Support of
Their Motion for Summary Judgment (redacted), ated October
21, 2011 [Docket No. 1538] ............................................ A941

Excerpts of Class Plaintiffs' Statement of Undisputed Facts
Pursuant to Local Rule 56.1 (redacted),
dated December 21, 2011 [Docket No. 1543] ................................ A945

## **Volume V**

Excerpts of Class Plaintiffs' Counterstatement of Facts in Response
to Defendants' Rule 56.1 Statement of Facts (Unannotated)
(redacted), dated October 21, 2011 [Docket No. 1545]................. A1011

# **Table of Contents**
## (continued)

**Page**

Excerpts of Defendants' Counter-Statement in Opposition to Class
    Plaintiffs' Statement of Undisputed Facts, Pursuant to Local
    Rule 56.1(b) (redacted), dated October 21, 2011
    [Docket No. 1550] ........................................................... A1014

Excerpts of Network Defendants' Memorandum in Opposition to
    the Individual Plaintiffs' Motion for Summary Judgment
    (redacted), dated October 21, 2011 [Docket No. 1551]................. A1030

Excerpts of European Commission Notification Pursuant to Article
    254 of the EC Treaty (redacted), dated November 23, 2011
    [Docket No. 1573-3] ....................................................... A1032

Notice of Filing of Memorandum of Understanding,
    dated July 13, 2012 [Docket No. 1587]......................... A1042

Memorandum of Understanding, dated July 13, 2012
    [Docket No. 1588] .......................................................... A1043

Excerpts of Class Settlement Agreement, dated July 13, 2012
    [Docket No. 1588-1] ....................................................... A1061

Letter from Robert Vizas to Jeffrey I. Shinder,
    dated August 21, 2012 [Docket No. 1616-3]................................ A1074

Notice of Class Plaintiffs' Motion for Class Settlement Preliminary
    Approval, dated October 19, 2012 [Docket No. 1656].................. A1086

Excerpts of Appendices to Definitive Class Settlement
    Agreement,dated October 19, 2012 [Docket No. 1656-1]............. A1088

Excerpts of Transcript of Civil Cause for Oral Argument Before the
    Honorable John Gleeson, US District Judge,
    dated November 9, 2012 [Docket No. 1732]................................ A1096

# **Table of Contents**
## (continued)

**Page**

Excerpts of Revised Appendix F2: Notice of Class Action
  Settlement Authorized by the U.S. District Court, Eastern
  District of New York, dated November 26, 2012
  [Docket No. 1740-2] ..................................................................... A1098

Class Settlement Preliminary Approval Order,
  dated November 27, 2012 [Docket No. 1745] ............................... A1100

Excerpts of Individual Plaintiffs' Opposition to Objecting
  Plaintiffs' Motion to Stay Class Settlement Preliminary
  Approval Order, dated November 29, 2012 [Docket No. 1751] ... A1111

Letter from Class Counsel to Judge Orenstein,
  dated December 10, 2012 [Docket No. 1760] ............................... A1114

Excerpts of Defendants' Memorandum in Support of Final
  Approval of Definitive Class Settlement Agreement,
  dated April 11, 2013 [Docket No. 2110] ....................................... A1118

Excerpts of Memorandum in Support of Class Plaintiffs'
  Motion for Final Approval of Settlement, dated April 11, 2013
  [Docket No. 2111-1] ....................................................................... A1120

Declaration of the Honorable Edward A. Infante (Ret.) in Support
  of Class Plaintiffs' Motion for Final Approval of Settlement,
  dated April 11, 2013 [Docket No. 2111-2] ................................... A1131

Declaration of Eric D. Green, dated April 11, 2013
  [Docket No. 2111-3] ....................................................................... A1137

Declaration of Alan S. Frankel, Ph.D. Relating to the Proposed
  Class Settlement, dated April 11, 2013 [Docket No. 2111-5] ....... A1145

Excerpts of Declaration of Nicole F. J. Hamann on Class
  Administrator's Implementation of Settlement Notice Plan,
  dated April 11, 2013 [Docket No. 2111-6] ................................... A1200

# **Table of Contents**
## **(continued)**

**Page**

Excerpts of Declaration of Cameron R. Azari, Esq. on
    Implementation and Adequacy of Settlement Notice Program,
    dated April 11, 2013 [Docket No. 2113-7]....................................  A1215

Declaration of Professor Charles Silver Concerning the
    Reasonableness of Class Counsel's Request for an Award of
    Attorneys' Fees, dated April 11, 2013 [Docket No. 2113-5] ........  A1238

**Volume VI**

Declaration of Professor Charles Silver Concerning the
    Reasonableness of Class Counsel's Request for an Award of
    Attorneys' Fees, dated April 11, 2013 [Docket No. 2113-5]
    (Cont'd)...........................................................................................  A1251

Declaration of K. Craig Wildfang, Esq. in Support of Class
    Plaintiffs' Motion for Final Approval of Settlement and Class
    Plaintiffs' Joint Motion for Award of Attorneys' Fees,
    Expenses and Class Plaintiffs' Awards,
    dated April 11, 2013 [Docket No. 2113-6]....................................  A1296

Excerpts of Objection of City of Oakland to Final Approval of
    Proposed Settlement, dated May 15, 2013 [Docket No. 2279] .....  A1434

Retailers and Merchants' Objection to Final Approval of the Class
    Action Definitive Settlement Agreement, dated May 15, 2013
    [Docket No. 2281] .........................................................................  A1437

Objection of U.S. Public Interest Research Group to Final
    Approval of Proposed Class Settlement, dated May 23, 2013
    [Docket No. 2361] .........................................................................  A1470

Excerpts of Statement of Objections by Jo-Ann Stores, Inc.,
    dated May 23, 2013 [Docket No. 2364] ........................................  A1476

Statement of Objections of B & H Foto Electronics Corp.,
    d/b/a B & H Photo, dated May 22, 2013 [Docket No. 2408] ........  A1480

# **Table of Contents**
## (continued)

**Page**

Excerpts of Statement of Objections by Boscov's,
dated May 24, 2013 [Docket No. 2411] ........................................ A1483

Retailers and Merchants' Objection to Final Approval of the Class
Action Definitive Settlement Agreement, dated May 24, 2013
[Docket No. 2421] ........................................................................ A1486

**Volume VII**

Retailers and Merchants' Objection to Final Approval of the Class
Action Definitive Settlement Agreement, dated May 24, 2013
[Docket No. 2421] (cont'd) .......................................................... A1501

Notice of Opt Outs, dated May 24, 2013 [Docket No. 2422] .............. A1512

Excerpts of Objections of First Data Corporation, First Data
Merchant Services, TASQ Technology, Inc., TRS Recovery
Services Inc., First Data Government Solutions, and TeleCheck
Services Inc. to Final Approval of Definitive Class Settlement
Agreement, dated May 24, 2013 [Docket No. 2427] .................... A1528

Excerpts of Objection of Aldo US Inc. to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2432] ..... A1538

Excerpts of Objection of BJ's Wholesale Club, Inc. to Final
Approval of the Settlement, dated May 24, 2013
[Docket No. 2433] ........................................................................ A1541

Excerpts of Objection of David's Bridal to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2434] ..... A1544

Excerpts of Objection of Dillard's, Inc. to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2435] ..... A1553

Declaration of John R. Manna, Vice President Operational
Controller, Lowe's Companies, Inc., dated May 24, 2013
[Docket No. 2437] ........................................................................ A1555

**Table of Contents**
**(continued)**

**Page**

Excerpts of Objection of RaceTrac Petroleum, Inc. to Final
Approval of the Proposed Settlement, dated May 24, 2013
[Docket No. 2438] ........................................................... A1566

Excerpts of Objection of Roundy's Supermarkets, Inc. to Final
Approval of the Proposed Settlement, dated May 24, 2013
[Docket No. 2439] ........................................................... A1568

Excerpts of Objection of Family Dollar Stores, Inc. to Final
Approval of the Proposed Settlement, dated May 24, 2013
[Docket No. 2441] ........................................................... A1570

Excerpts of Objection of 7-Eleven, Inc. to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2442] ..... A1575

Objection of The National Railroad Passenger Corporation to
Final Approval of the Proposed Settlement, dated May 25,
2013 [Docket No. 2444] ................................................... A1580

Objections of Best Buy Stores, L.P. to Final Approval of the
Settlement, dated May 25, 2013 [Docket No. 2445] .................... A1588

Excerpts of Objection of Carter's to Final Approval of the
Settlement, dated May 25, 2013 [Docket No. 2446] .................... A1601

Objection of Coborn's Incorporated to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2447] ..... A1606

Excerpts of Objection of Costco Wholesale Corporation to
Final Approval of the Proposed Settlement,
dated May 25, 2013 [Docket No. 2448] ........................................ A1613

Objection of D'Agostino Supermarkets, Inc. to Final Approval of
the Settlement, dated May 25, 2013 [Docket No. 2449] ............... A1615

Objection of Alon USA, LP to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2450] .................... A1621

# **Table of Contents**
## (continued)

**Page**

Excerpts of Objection of Barnes & Noble, Inc. to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2451] ...................................................................... A1627

Objection of IKEA US to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2458] .................... A1632

Objection of Jetro Holdings, LLC to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2459] ..... A1650

Objection of Michaels Stores, Inc. to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2460] ..... A1656

Objection of NATSO Inc. to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2461] .................... A1659

Objection of National Restaurant Association to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2464] ...................................................................... A1667

Objection of Panera Bread Company to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2466] ..... A1678

Objection of PetSmart, Inc. to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2467] .................... A1681

Objection of Retail Industry Leaders Association to Final Approval
of the Settlement, dated May 25, 2013 [Docket No. 2469] .......... A1690

Excerpts of Objection of Sears Holdings Corp. to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2470] ...................................................................... A1697

Excerpts of Objection of The Wet Seal, Inc. to Final Approval of
the Settlement, dated May 25, 2013 [Docket No. 2471] .............. A1699

# **Table of Contents**
## (continued)

**Page**

Excerpts of Objection of The Wendy's Company to Final Approval
of the Proposed Settlement, dated May 25, 2013
[Docket No. 2473] ........................................................................ A1703

Objection of National Grocers Association to Final Approval of the
Proposed Settlement, dated May 26, 2013 [Docket No. 2475] ..... A1707

Objection of Petco Animal Supplies, Inc. to Final Approval of the
Proposed Settlement, dated May 26, 2013 [Docket No. 2491] ..... A1715

Statement of Objections of WellPoint Entities, dated May 27, 2013
[Docket No. 2493] ........................................................................ A1724

Memorandum in Support of Objections of Putative Rule 23(b)(2)
Class Members WellPoint, Inc., etc., to the Proposed Rule
23(b)(2) Settlement Agreement, dated May 27, 2013
[Docket No. 2493-1] ..................................................................... A1734

Excerpts of Declaration of David Kretschmer in Support of
Objections of WellPoint Entities, dated May 17, 2013
[Docket No. 2493-2] ..................................................................... A1746

**Volume VIII**

Statement of Objections of Target Corporation, Target Commercial
Interiors, Inc., and TCC Cooking Co., dated May 27, 2013
[Docket No. 2495] ........................................................................ A1752

**Table of Contents**
**(continued)**

**Page**

Excerpts of Memorandum in Support of Objections of Absent
    Putative Rule 23(b)(2) Class Members Target Corporation,
    Macy's, Inc., Kohl's Corporation, The TJX Companies, Inc.,
    Staples, Inc., J.C. Penney Corporation, Inc., Office Depot, Inc.,
    L Brands, Inc., Big Lots Stores, Inc., PNS Stores, Inc., C.S.
    Ross Company, Closeout Distribution, Inc., Ascena Retail
    Group, Inc., Abercrombie & FitchCo., OfficeMax
    Incorporated, Saks Incorporated, The Bon-Ton Stores, Inc.,
    Chico's FAS, Inc., Luxottica U.S. Holdings Corp., and
    American Signature, Inc. to the Proposed Rule 23(b)(2) Class
    and Rule 23(b)(2) Settlement Agreement, dated May 27, 2013
    [Docket No. 2495-1] ....................................................................... A1756

Complaint and Demand for Jury Trial, *Target Corporation, et al.,*
    *v. Visa Inc., et al.*, Civil Action No. 13 CV 3477,
    dated May 27, 2013 [Docket No. 2495-2] ...................................... A1768

Statement of Objections of J. C. Penney, dated May 27, 2013
    [Docket No. 2509] ........................................................................... A1824

Statement of Objections of Macy's, Inc., Macy's Retail Holdings,
    Inc., Macy's West Stores Inc., Macy's Florida Stores, LLC,
    Macy's Puerto Rico, Inc., Macys.com, Inc., Bloomingdale's,
    Inc., Bloomingdale's By Mail, Ltd., and Bloomingdale's The
    Outlet Store, Inc., dated May 27, 2013 [Docket No. 2517].......... A1828

Statement of Objections of Office Depot, Inc., Viking Office
    Products, Inc., 4Sure.com, Inc., Computers4Sure.com, Inc.,
    and Solutions4Sure.com, Inc., dated May 27, 2013
    [Docket No. 2519] ........................................................................... A1832

Statement of Objections of Staples, Inc., Staples the Office
    Superstore East, Inc., Staples the Office Superstore, LLC,
    Staples Contract & Commercial, Inc., Quill Corporation, Quill
    Lincolnshire, Inc., Medical Arts Press, Inc., SmileMakers, Inc.,
    Thrive Networks, Inc., and SchoolKidz.com,
    dated May 27, 2013 [Docket No. 2525] ......................................... A1836

x

**Table of Contents**
**(continued)**

**Page**

Excerpts of Declaration of Michael S. Weisbach,
dated May 27, 2013 [Docket No. 2533-2].....................................   A1841

Excerpts of Objection of Crate & Barrel to Final Approval of the
Settlement, dated May 27, 2013 [Docket No. 2534] ....................   A1843

Excerpts of Objection of Gap Inc. to Final Approval of the
Settlement, dated May 27, 2013 [Docket No. 2536] ....................   A1847

Objections to Final Approval of Proposed Class Action Settlement
and Notice of Intent to Appear of The Iron Barley Restaurant,
Homestead Restaurant (Historical Homestead, Inc.), The Feral
Pig (KP Group LLC), Paris Beauty Salon, Rachel Mustoe
(d/b/a Tousled Hair Studio), and Kristina Newman – Hair,
dated May 28, 2013 [Docket No. 2537] ........................................   A1850

National Retail Federation Statement of Objection to Final
Approval of the Proposed Rule 23(B)(2) Agreement,
dated May 28, 2013 [Docket No. 2538] ........................................   A1875

Excerpts of Declaration of Mallory Duncan Made Pursuant to
28 U.S.C. § 1746, dated May 28, 2013 [Docket No. 2538-2] .......   A1903

Declaration of Dave's Pet City Made Pursuant to 28 U.S.C. § 1746,
dated May 28, 2013 [Docket No. 2538-20]...................................   A1911

Declaration of Lipert International Inc. d/b/a Keith Lippert Gallery
Made Pursuant to 28 U.S.C. § 1746, dated May 28, 2013
[Docket No. 2538-21]...................................................................   A1916

Excerpts of State of Objections of Wawa, Inc., dated May 23, 2013
[Docket No. 2540] ........................................................................   A1924

Objection of National Cooperative Grocers Association to Final
Approval of the Proposed Settlement, dated May 28, 2013
[Docket No. 2546] .........................................................................   A1926

# **Table of Contents**
## (continued)

**Page**

Objection of Whole Foods Market Entities to Final Approval of the
Proposed Settlement, dated May 28, 2013 [Docket No. 2559] ..... A1934

Objection of National Association of Convenience Stores to Final
Approval of Proposed Settlement, dated May 28, 2013
[Docket No. 2561] ........................................................................ A1942

Objection of Affiliated Foods Midwest to Final Approval of the
Proposed Settlement, dated May 28, 2013 [Docket No. 2563] ..... A1955

Objection of Foot Locker, Inc. to Final Approval of the Proposed
Settlement, dated May 28, 2013 [Docket No. 2587] .................... A1963

The Home Depot's Statement of Objections to the Proposed Class
Settlement and Memorandum in Support, dated May 28, 2013
[Docket No. 2591] ........................................................................ A1973

**Volume IX**

The Home Depot's Statement of Objections to the Proposed Class
Settlement and Memorandum in Support, dated May 28, 2013
[Docket No. 2591] (Cont'd) ......................................................... A2001

Excerpts of Declaration of Dwaine Kimmet in Support of The
Home Depot's Objection to the Proposed Class Settlement,
dated May 28, 2013 [Docket No. 2591-2] .................................... A2026

Excerpts of Dell Inc.'s Statement of Objection to Final Approval of
Settlement, dated May 28, 2013 [Docket No. 2592] .................... A2028

Objection of Consumers Union of United States, Inc. to Final
Approval of Proposed Class Settlement, dated May 28, 2013
[Docket No. 2598] ........................................................................ A2030

Objection of Amazon.com, Inc. to Final Approval of the Proposed
Settlement, dated May 28, 2013 [Docket No. 2605] .................... A2040

**Table of Contents**
**(continued)**

**Page**

Excerpts of Objection of Starbucks to Final Approval of the
Proposed Settlement, dated May 28, 2013 [Docket No. 2606] ..... A2047

Objection of 1001 Property Solutions LLC and Temple Eagle
Partners LLC, dated May 28, 2013 [Docket No. 2613]................. A2053

Declaration of Rick Bandas in Support of Objection to Settlement,
dated May 28, 2013 [Docket No. 2613-1]..................................... A2075

Objection of National Community Pharmacists Association to Final
Approval of the Proposed Settlement, dated May 28, 2013
[Docket No. 2619] ......................................................................... A2107

Statement of Objections and Amici Curiae Brief of States to Final
Approval of the Settlement, dated May 28, 2013
[Docket No. 2623] ......................................................................... A2116

Blue Cross and Blue Shield Entities' Objections to Proposed
Settlement, dated May 28, 2013 [Docket No. 2643] .................... A2147

Excerpts of Declaration of David Cote in Support of BlueCross
BlueShield of South Carolina Objections to Proposed
Settlement, dated May 28, 2013 [Docket No. 2643-3]................. A2178

Excerpts of Declaration of Garrett Calissi in Support of Blue Cross
and Blue Shield of Arizona, Inc. Objections to Proposed
Settlement, dated May 28, 2013 [Docket No. 2643-4]................. A2180

Excerpts of Declaration of Matthew Brolly in Support of
Independence Blue Cross Objections to Proposed Settlement,
dated May 28, 2013 [Docket No. 2643-6].................................... A2182

Excerpts of Declaration of William J. Farrell in Support of Blue
Cross of Northeastern Pennsylvania Objections to Proposed
Settlement, dated May 28, 2013 [Docket No. 2643-7]................. A2184

xiii

# Table of Contents
## (continued)

**Page**

Walmart's Objection to the Proposed Settlement, dated May 28,
2013 [Docket No. 2644] .................................................................. A2186

Excerpts of Objection of American Express Company, American
Express Travel Related Services Company, Inc., Travel
Impressions, Ltd., American Express Publishing Corp., Serve
Virtual Enterprises, Inc., ANCA 7 LLC d/b/a Vente Privee,
USA, Amex Assurance Company, and Accertify, Inc. to the
Class Settlement Agreement, dated May 28, 2013 [Docket No.
2648] .......................................................................................... A2213

Declaration of Stephen B. McCurdy in Support of Objections of
American Express, dated May 23, 2013 [Docket No. 2648-1] ..... A2245

## Volume X

Notice of Motion of DFS Services LLC and Discover Bank to
Intervene, dated May 28, 2013 [Docket No. 2655] ...................... A2249

Excerpts of Declaration of Roger Hochschild, dated May 28, 2013
[Docket No. 2657-6] ..................................................................... A2252

Objection of DFS Services LLC, Discover Loans, Inc., and
Discover Bank to Final Approval of Proposed Settlement,
dated May 28, 2013 [Docket No. 2659] ........................................ A2263

Discover Financial Services' Notice of Intent to Opt-Out of Rule
23(b)(3) Damages Case, dated May 28, 2013
[Docket No. 2663] ........................................................................ A2277

Excerpts of Objecting Plaintiffs' and Objectors' Memorandum in
Opposition to Motion for Final Approval of Settlement, dated
May 28, 2013 [Docket No. 2670] .................................................. A2278

**Table of Contents**
(continued)

Page

Excerpts of Declaration of Jeffrey I. Shinder in Support of
Opposition to Class Plaintiffs' Motion for Final Approval of
the Proposed Class Settlement, dated May 28, 2013
[Docket No. 2670-1] ..................................................... A2300

Excerpts of Report of Professor Jerry Hausman,
dated May 28, 2013 [Docket No. 2670-5] .................................... A2302

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I.
Shinder: "Industry Facts Concerning Debit Card Regulation
Under Section 920," by Stephen Craig Mott,
BetterBuyDesigns, on Behalf of the Merchants Payments
Coalition, submitted to Federal Reserve System, October 29,
2010; Attachment F: "2011 Interchange Fee Revenue, Covered
Issuer Costs, and Covered Issuer and Merchant Fraud Losses
Related to Debit Card Transactions," Board of Governors of
the Federal Reserve System, March 5, 2013
[Docket No. 2670-6] ..................................................... A2327

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I.
Shinder: Ex. 66: Visa Management Discusses Q3 2012 Results
- Earnings Call Transcript; Ex. 67: "'We Won' vs. 'You Lost':
Reactions to Credit Card Settlement", by Maria Aspan and
Victoria Finkle, American Banker, July 16, 2012; Ex. 68: "An
Analysis of the Proposed Interchange Fee Litigation
Settlement," by Adam J. Levitin, Georgetown Law and
Economics Research Paper No. 12-033, August 21, 2012; Ex.
70: The Nilson Report, February 2013, Issue 1,011; American
Express Merchant Reference Guide - U.S., April 2013; Ex. 73:
"Merchant Surcharging – Understanding Payment Card
Changes," Visa, May 20, 2013; Ex. 76: "Operating Regulations
to Support the U.S. Merchant Litigation Settlement," Visa,
2013; Ex, 77: "Notice of MasterCard Rule Changes,"
MasterCard Worldwide, December 2012; Ex. 78:
Memorandum from Visa Inc. to Merchants in the U.S. and U.S.
Territories, regarding Merchant Class Action Litigation
Settlement – Important Changes to Merchant Acceptance

**Table of Contents**
(continued)

Practices, December 20, 2012; Ex. 82: "Visa's CEO Discusses
Q2 2012 Results - Earnings Call Transcript," Visa, May 20,
2013; Ex. 84: "New Visa, MasterCard fees stir debate within
industry," The Green Sheet Online, March 12, 2013; Ex. 94:
MasterCard Incorporated Management Discusses Q2 2012
Results - Earnings Call Transcript, May 20, 2013; Ex. 95:
MasterCard's CEO Discusses Q4 2012 Results - Earnings Call
Transcript, May 20, 2013 [Docket No. 2670-8] ........................... A2339

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I. Shinder:
Ex. 97: "Reform of Australia's Payments System: Preliminary
Conclusions of the 2007/08 Review," Reserve Bank of Australia,
April, 2008; Ex. 108: Amended and Restated Global Restructuring
Agreement [Docket No. 2670-9] ................................................... A2394

Excerpts of Objections of Bridgestone Americas, Inc. to Proposed
Class Settlement Agreement, dated June 5, 2013
[Docket No. 3074] ...................................................................... A2400

Statement of Objection of Heinen's Fine Foods, dated June 5, 2013
[Docket No. 3755] ...................................................................... A2403

Excerpts of Objections of Williams-Sonoma, Inc. to the Proposed
Class Settlement Agreement, dated June 6, 2013
[Docket No. 4237] ...................................................................... A2405

Excerpts of Statement of Objections of the Society of Independent
Gasoline Marketers of America, dated June 7, 2013
[Docket No. 4640] ...................................................................... A2407

Excerpts of Objections of First Data Corporation, First Data
Merchant Services, TASQ Technology, Inc., TRS Recovery
Services Inc., First Data Government Solutions, and TeleCheck
Services Inc. to Final Approval of Definitive Class Settlement
Agreement, dated June 7, 2013 [Docket No. 4654] ...................... A2415

**Table of Contents**
**(continued)**

Page

Statement of Objections of Life Time Fitness, Inc.,
    dated June 11, 2013 [Docket No. 5385] ........................................ A2423

Letter from Kenneth A. Gallo to Judge Gleeson,
    dated June 11, 2013 [Docket No. 5406] .................................... A2433

Letter from Class Plaintiffs' to Judge Gleeson, dated June 12, 2013
    [Docket No. 5651] ......................................................................... A2434

Excerpts of Defendants' Reply Memorandum in Support of
    Final Approval of Definitive Class Settlement Agreement,
    dated August 16, 2013 [Docket No. 5937] .................................. A2435

Excerpts of Class Plaintiffs' Reply Memorandum of Law in
    Further Support of Settlement Final Approval,
    dated August 16, 2013 [Docket No. 5939] .................................. A2443

Excerpts of Declaration of Ryan W. Marth, dated August 16, 2013
    [Docket No. 5939-3] ...................................................................... A2448

Excerpts of Reply Declaration of Alan S. Frankel, Ph.D. Relating
    to the Proposed Class Settlement (redacted),
    dated August 16, 2013 [Docket No. 5939-5] ................................ A2463

Excerpts of Declaration of H. Theodore Grindal in Support of Class
    Plaintiffs' Motion for Final Approval of the Proposed Class
    Settlement, dated August 16, 2013 [Docket No. 5939-6].............. A2468

Excerpts of Reply Memorandum in Support of Class Plaintiffs'
    Joint Motion for Award of Attorneys' Fees, Expenses and
    Class Plaintiffs' Awards, dated August 16, 2013
    [Docket No. 5940] ......................................................................... A2471

Excerpts of Reply Memorandum in Support of FDC's
    Motion to Opt Out of Rule 23(b)(2) Class Settlement,
    dated August 23, 2013 [Docket No. 5957] .................................. A2473

**Table of Contents**
**(continued)**

**Page**

Report from Court appointed expert Professor Alan O. Sykes,
dated August 28, 2013 [Docket No. 5965] ..................................... A2475

**Volume XI**

Report from Court appointed expert Professor Alan O. Sykes,
dated August 28, 2013 [Docket No. 5965] (Cont'd) .................... A2501

Excerpts of Class Plaintiffs' Letter to Judge Gleeson Responding to
Report of Professor Alan O. Sykes, dated September 4, 2013
[Docket No. 5978] ......................................................... A2526

Excerpts of Response by Professor Jerry Hausman to the Report of
Professor Alan O. Sykes, dated September 4, 2013
[Docket No. 5982] ......................................................... A2531

Excerpts of Declaration of Henry Ogden Armour, NACS, to
Correct Misstatements in Supplemental Declaration of
Craig Wildfang and in Opposition to Final Approval,
dated September 10, 2013 [Docket No. 6006-1] .......................... A2536

Excerpts of Declaration of Robynn Shrader, NCGA, to Correct
Misstatements in Supplemental Declaration of Craig Wildfang
and in Opposition to Final Approval, dated September 10, 2013
[Docket No. 6006-2] ...................................................... A2543

Excerpts of Declaration of Jennifer T. Mallon, NCPA, to Correct
Misstatements in Supplemental Declaration of Craig Wildfang
and in Opposition to Final Approval, dated September 10, 2013
[Docket No. 6006-3] ...................................................... A2549

Excerpts of Declaration of Peter J. Larkin, NGA, to Correct
Misstatements in Supplemental Declaration of Craig Wildfang
and in Opposition to Final Approval, dated September 10, 2013
[Docket No. 6006-4] ...................................................... A2553

**Table of Contents**
**(continued)**

**Page**

Excerpts of Transcript of Fairness Hearing before the
    Honorable John Gleeson, U.S. District Court Judge,
        dated September 12, 2013 [Docket No. 6094]............................... A2559

Notice of Appeal of Objecting Plaintiffs and Objectors,
    dated December 13, 2013 [Docket No. 6125] .............................. A2587

Notice of Appeal by Home Depot U.S.A., Inc.,
    dated December 13, 2013 [Docket No. 6126] .............................. A2588

Notice of Appeal of Target Group Objectors,
    dated December 13, 2013 [Docket No. 6128] .............................. A2589

Notice of Appeal of National Retail Federation,
    dated January 2, 2014 [Docket No. 6148] .................................... A2590

Notice of Appeal of R & M Objectors, dated January 10, 2014
    [Docket No. 6175] ........................................................................ A2591

Notice of Appeal of Blue Cross and Blue Shield Objectors and
    WellPoint Objectors, dated January 10, 2014
    [Docket No. 6176] ........................................................................ A2597

Notice of Appeal of Temple Eagle, dated January 10, 2014
    [Docket No. 6178] ........................................................................ A2602

Notice of Appeal of First Data Corporation, First Data Merchant
    Services, TASQ Technology, Inc., TRS Recovery Services,
    Inc., First Data Government Solutions, and Telecheck Services,
    Inc., dated January 10, 2014 [Docket No. 6179] .......................... A2605

Notice of Appeal of The Iron Barley Restaurant, Homestead
    Restaurant (Historical Homestead, Inc.), The Feral Pig (KP
    Group LLC), Paris Beauty Salon, Rachel Mustoe (d/b/a
    Tousled Hair Studio), and Kristina Newman – Hair,
    dated January 10, 2014 [Docket No. 6182] .................................. A2606

**Table of Contents**
**(continued)**

**Page**

Notice of Appeal of U.S. PIRG, dated January 13, 2014
    [Docket No. 6189] ......................................................... A2608

Notice of Appeal of Consumers Union of United States, Inc.,
    dated January 13, 2014 [Docket No. 6190] ................................... A2609

Amended Notice of Appeal of Target Group Objectors,
    dated January 21, 2014 [Docket No. 6212] ................................... A2610

Amended Notice of Appeal of Temple Eagle,
    dated January 13, 2014 [Docket No. 6227] ................................... A2611

Notice of Appeal of National Federation of Independent Business,
    dated February 7, 2014 [Docket No. 6234] ................................... A2614

Subsequent Notice of Appeal by Blue Cross and Blue Shield
    Objectors and WellPoint Objectors, dated February 7, 2014
    [Docket No. 6238] ......................................................... A2615

Amended Notice of Appeal of The Iron Barley Restaurant,
    Homestead Restaurant (Historical Homestead, Inc.), The Feral
    Pig (KP Group LLC), Paris Beauty Salon, Rachel Mustoe
    (d/b/a Tousled Hair Studio), and Kristina Newman – Hair,
    dated February 13, 2014 [Docket No. 6245] ................................. A2620

Amended Notice of Appeal by Home Depot U.S.A., Inc.
    (Amending Notice Of Appeal Filed December 13, 2013),
    dated February 13, 2014 [Docket No. 6248] ................................. A2622

Amended Notice of Appeal of Objecting Plaintiffs and Target
    Group Objectors, dated February 13, 2014 [Docket No. 6249] .... A2623

Notice of Appeal of Retail Industry Leaders Association,
    dated February 13, 2014 [Docket No. 6251] ................................. A2625

xx

# **Table of Contents**
## **(continued)**

**Page**

Second Amended Notice of Appeal of 1001 Property Solutions
    LLC and Temple Eagle Partners LLC, dated February 18, 2014
    [Docket No. 6257] ........................................................................ A2626

Amended Notice of Appeal of R & M Objectors,
    dated February 25, 2014 [Docket No. 6263] ................................. A2630

Excerpts of Expert Report of Joseph Stiglitz, Ph.D.,
    dated June 25, 2009 ...................................................................... A2636

U.S. Government Accountability Office, Pub. No. GAO-10-45,
    Credit Cards: *Rising Interchange Fees Have Increased Costs*
    *for Merchants, but Options for Reducing Fees Pose*
    *Challenges*, dated 11/2009 ............................................................ A2638

Final Judgment as to Defendants MasterCard International
    Incorporated and Visa Inc., *U.S. v. American Express Co.*,
    CV-10-4496 (E.D.N.Y. ), dated July 20, 2011 [Docket No. 10-
    CV-4996 DE 143].......................................................................... A2707

Visa International Operating Regulations, dated October 15, 2012 .... A2722

## **Volume XII**

Visa International Operating Regulations,
    dated October 15, 2012 (Cont'd) ................................................... A2751

## **Volume XIII**

Visa International Operating Regulations,
    dated October 15, 2012 (Cont'd) ................................................... A3001

## **Volume XIV**

Visa International Operating Regulations,
    dated October 15, 2012 (Cont'd) ................................................... A3251

# **Table of Contents**
## (continued)

**Page**

### **Volume XV**

Visa International Operating Regulations,
    dated October 15, 2012 (Cont'd) .................................................... A3501

### **Volume XVI**

Visa International Operating Regulations,
    dated October 15, 2012 (Cont'd) .................................................... A3751

### **Volume XVII**

Interlink Network, Inc. Operating Regulations,
    dated November 15, 2012 ............................................................ A4009

### **Volume XVIII**

MasterCard Rules, dated April 11, 2012 ............................................. A4259

### **Volume XIX**

MasterCard Rules, dated April 11, 2012 (Cont'd) ............................... A4501

Excerpts of *Mastercard, Inc. and Others v. Eur. Comm'n*,
    Case T-111/08, Judgment of the General Court
    (Seventh Chamber), dated May 24, 2012 ...................................... A4614

Minute Order deeming all pending motions for relief withdrawn
    without prejudice to reinstatement if the settlement is not
    consummated, dated July 17, 2012 ................................................ A4616

Minute Order upholding Judge Orenstein's order denying
    disclosure of settlement agreement, dated September 19, 2013 .... A4618

Visa Form 10K (Annual Report), dated November 22, 2013 .............. A4620

**Table of Contents**
**(continued)**

**Page**

Excerpts of Class Settlement Agreement, *In re Am. Express
Anti-Steering Rules Antitrust Litig*. (NGG)(RER),
No. 11-md-2221 (E.D.N.Y.), dated January 7, 2014
[Docket No. 11-md-2221 DE 306-2] ............................................. A4623

**Volume XX**

Excerpts of Class Settlement Agreement, *In re Am. Express
Anti-Steering Rules Antitrust Litig*. (NGG)(RER),
No. 11-md-2221 (E.D.N.Y.), dated January 7, 2014
[Docket No. 11-md-2221 DE 306-2] (Cont'd) ............................... A4751

Class Plaintiffs' Memorandum of Law in Support of Motion for
Final Approval of Class Action Settlement, *In re: American
Express Anti-Steering Rules Antitrust Litig*., 11-md-2221
(NGG)(RER), (Redacted - Public Version), dated April 15,
2014 [Docket No. 11-md-2221 DE 362] ....................................... A4790

Excerpts of Declaration of Alan S. Frankel, Ph.D *In re: American
Express Anti-Steering Rules Antitrust Litig*., 11-md-02221
(NGG)(RER) (redacted), dated April 15, 2014
[Docket No. 11-md-2221 DE 370] ................................................. A4831

Civil Cause for Conference, *In re Payment Card Interchange Fee
and Merchant Discount Antitrust Litig*., No. 14-md-1720
(JG)(JO), dated July 18, 2014
[Docket No. 14-md-1720 DE 104] ................................................. A4834

Transcript of Hearing before Judge Gleeson, *In re Payment Card
Interchange Fee and Merchant Discount Antitrust Litig*.,
No. 14-md-1720 (JG)(JO), dated July 18, 2014
[Docket No. 14-md-1720 DE 105] ................................................. A4836

# Table of Contents
## (continued)

**Page**

### Volume XXI

*MasterCard and Others v. European Comm'n*, Case C-382/12 P,
Judgment of the Court (Third Chamber),
dated September 11, 2014............................................................... A4925

Third Amended Complaint and Jury Demand, *7-Eleven, Inc. v.
Visa Inc*., Nos. 13-cv-5746 (JG)(JO), 14-md-1720(JG)(JO),
dated September 26, 2014 [Docket No. 13-cv-5746 DE 41]......... A4972

Appellate Docket: *Expressions Hair Design v. Schneiderman*,
No. 13-4537 ................................................................................. A5076

Excerpts of Card Acceptance Guidelines for Visa Merchants ............. A5085

The MasterCard Convenience Fee Program for Government and
Education ..................................................................................... A5088

Excerpts of Notice of Class Action Settlement Authorized by the
U.S. District Court, Eastern District of New York ....................... A5090

### Volume XXII

#### Volume Filed Under Seal

Excerpts of Corrected First Amended Supplemental Complaint
(filed under seal), dated March 27, 2009 [Docket No. 1170-4]..... A5104

Excerpts of Network Defendants' Counter-Statement in Opposition
to Individual Plaintiffs' Statement of Undisputed Facts,
Pursuant to Local Rule 56.1(b) (filed under seal),
dated May 6, 2011 [Docket No. 1477-7]....................................... A5114

Excerpts of Defendants' Statement of Material Facts as to Which
There is No Genuine Issue to be Tried (filed under seal), dated
February 11, 2011 [Docket No. 1478-4] ....................................... A5125

# **Table of Contents**
## **(continued)**

**Page**

Excerpts of Report of Mike McCormack (filed under seal),
dated July 2, 2009 [Docket No. 2088]............................................ A5135

Excerpts of Expert Report of Professor Kevin M. Murphy (filed
under seal), dated December 14, 2009 [Docket No. 2088]............ A5137

Excerpts of Report of Professor Kenneth G. Elzinga (filed under
seal), dated December 14, 2009 [Docket No. 2088]...................... A5177

Excerpts of Declaration of William M. Sheedy (filed under seal),
dated May 3, 2011 [Docket No. 2088] .......................................... A5183

Excerpts of Declaration of Timothy H. Murphy (filed under seal),
dated May 3, 2011 [Docket No. 2088] .......................................... A5191

Memorandum of Law in Support of Motion to Intervene of DFS
Services LLC and Discover Bank (filed under seal), dated May
28, 2013 [Docket No. 2657-1]....................................................... A5200

Declaration of Jennifer M. Selendy (filed under seal),
dated May 28, 2013 [Docket No. 2657-3].................................... A5229

DFS Services LLC v. Visa, Complaint (filed under seal),
dated May 28, 2013 [Docket No. 2657-4].................................... A5231

Declaration of Roger Hochschild (filed under seal),
dated May 28, 2013 [Docket No. 2657-5].................................... A5250

Exhibit 1 to May 28, 2013 Declaration of Roger Hochschild:
Notice of Class Action Settlement Authorized by the U.S.
District Court, Eastern District of New York (filed under seal)
[Docket No. 2657-7] ..................................................................... A5261

Excerpts of Report of Alan S. Frankel, Ph.D. (filed under seal),
dated July 2, 2009 ........................................................................ A5290

Excerpts of Expert Report of Robert H. Topel (filed under seal),
dated December 15, 2009 .............................................................. A5295

**Table of Contents**
**(continued)**

**Page**

Excerpts of Rebuttal Report of Alan S. Frankel (filed under seal),
dated June 22, 2010 ........................................................................ A5297

# A3251

**Identification Validation - U.S. Region (Effective through 7 March 2012)**

| Description | Retail and T&E Transactions | Manual Cash Disbursements | Quasi-Cash Transactions[1] |
|---|---|---|---|
| Review positive identification (such as an unexpired passport or driver's license) to validate the Cardholder's identity | | X | X |
| Indicate the positive identification on the Transaction Receipt,[2] including: | | X[3] | X |
| • Description of the identification, including any serial number and expiration date | | | |
| • Cardholder name (if different than the embossed or printed name) and address | | | |
| Verify that the:[3,4] | X | X | X |
| • Signature on the Visa Card or Visa Electron Card matches the signature on the Transaction Receipt and identification presented. This signature may be different from the name embossed or printed on the Card. | | | |
| • Cardholder resembles the person described or depicted in any photograph intended for identification on the Visa Card or Visa Electron Card | | | |
| Compare the first 4 digits of the embossed or printed Account Number to the 4 digits printed above or below the Account Number | | X | X |

© 2012 Visa. All Rights Reserved.

# A3252

Visa International Operating Regulations

| Description | Retail and T&E Transactions | Manual Cash Disbursements | Quasi-Cash Transactions[1] |
|---|---|---|---|
| Record the printed 4 digits on the Transaction Receipt. Either:<br><br>• Write the digits in the space provided on the Transaction Receipt<br><br>• Key enter and electronically print the digits on the Cash Disbursement Transaction Record in the designated space, if using a Point-of-Transaction Terminal capable of printing key-entered numbers<br><br>If the numbers do not match, attempt to recover the Visa Card or Visa Electron Card. | | X | X |
| When using an Account-Number-Verifying Terminal, if the embossed or printed Account Number does not match the encoded Account Number:<br><br>• Decline the Transaction and attempt to recover the Card by reasonable and peaceful means<br><br>• Note the physical description of the Cardholder | X | X | X |

1. **Effective 14 April 2012,** not applicable to Visa Debit with PIN Transactions.

2. Unless a violation of applicable law.

3. This requirement does not apply to Vehicle-Specific Fleet Card Transactions or Visa Easy Payment Service Transactions. Visa may require Cardholder Verification for Visa Easy Payment Service Transactions at a Merchant that exceeds acceptable Fraud Activity thresholds and may impose fines on an Acquirer for its Merchant's failure to comply.

4. This requirement does not apply to Transactions of any value completed with a Visa Micro Tag.

ID#: 151012-150210-0002836

© 2012 Visa. All Rights Reserved.

# A3253

Visa International Operating Regulations

## "Valid From" Date - U.S. Region

A U.S. Merchant must **not** accept a Card before the embossed or printed "valid from" date. When a Card is embossed or printed with a "valid from" date, the Card is considered valid on the date specified in the table below.

**Card "Valid From" Dates - U.S. Region**

| "Valid From" Date Format | Validity Date |
| --- | --- |
| Month/year | First day of the embossed or printed month and year |
| Month/day/year | Embossed or printed date |

ID#: 010410-010410-0002830

## Card Security Features - U.S. Region

A U.S. Merchant must examine one or more Visa Card or Visa Electron Card security features before completing a Transaction if either:

• Required by its Acquirer

• Requested by Visa of the Merchant's Acquirer

ID#: 010410-010410-0002877

## Supplemental Identification - U.S. Region

A U.S. Acquirer must **not**, as a regular practice, require a Merchant, and a Merchant must **not** require a Cardholder, to provide any supplementary Cardholder information as a condition for honoring a Visa Card or Visa Electron Card, unless it is required or permitted elsewhere in the U.S. Regional Operating Regulations. Such supplementary Cardholder information includes, but is not limited to:

• Social Security Number (or any part thereof)

• Fingerprint

• Home or business address or telephone number

• Driver's license number

• Photocopy of a driver's license

• Photocopy of the Visa Card or Visa Electron Card

• Other credit cards

ID#: 010410-010410-0002837

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3254

### Authorization in Lieu of Cardholder Identification - U.S. Region

In the U.S. Region, the fact that a Merchant has obtained Authorization for the Transaction does **not** eliminate the Merchant's requirement to complete Cardholder identification procedures.

ID#: 010410-010410-0002841

### Cardholder Verification - Blank Signature Panel - U.S. Region

In the U.S. Region, if the signature panel on a Card is blank, in addition to requesting an Authorization, a Merchant must:

- Review positive identification bearing the Cardholder's signature (such as an unexpired passport or driver's license) to validate the Cardholder's identity

- Indicate the positive identification, including any serial number and expiration date, on the Transaction Receipt

- Require the Cardholder to sign the signature panel of the Card before completing the Transaction

Visa considers a signature panel with the words "See I.D." or equivalent language to be blank.

The requirements of this section do **not** apply to Transactions resulting from the use of a Vehicle-Specific Fleet Card.

ID#: 010410-010410-0008592

## Address Verification Service

### Address Verification Service - ZIP Code Inquiry - U.S. Region

A U.S. Merchant may perform Address Verification Service (ZIP code inquiry only) in a Face-To-Face Environment if:

- The Merchant has been certified as a Cardholder Information Security Program Level 1-compliant Merchant

- The Merchant has maintained a face-to-face fraud-related Chargeback rate below 0.02%. The face-to-face fraud-related Chargeback rate is the number of Chargeback Reason Code 81, "Fraud-Card Present Environment" Chargebacks received as a percentage of all face-to-face Transaction Receipts processed.

- The Acquirer has received written certification from Visa approving the use of Address Verification Service by its Merchant

A Merchant that chooses to perform Address Verification Service, as specified above, must **not** require the Cardholder's ZIP code as a condition of honoring the Card.

ID#: 050411-010410-0008596

© 2012 Visa. All Rights Reserved.

# A3255

## PIN Verification

### PIN in Lieu of Signature (Updated)

A Merchant that uses a Point of Transaction Terminal with Electronic Capability may accept a Cardholder's PIN rather than a signature. The PIN must be processed as specified in the:

- **Effective through 12 September 2012,** *PIN Management Requirements Documents - Payment Card Industry PIN Security Requirements Manual*
- **Effective 13 September 2012,** PIN Management Requirements Documents
- **Effective 13 September 2012,** *Visa PIN Security Program Guide*
- EMV Integrated Circuit Card Specifications for Payment Systems (EMV)
- *Transaction Acceptance Device Requirements*
- **Effective through 12 September 2012,** in the U.S. Region, PIN Management Requirements Documents

The Merchant must not ask Cardholders to reveal their PINs.

ID#: 151012-010410-0008977

### Visa Debit with PIN Transaction Processing Requirements – U.S. Region

**Effective 14 April 2012,** in the U.S. Region, a Visa Debit with PIN Transaction must be processed by:

- Reading the full contents of track 1 or track 2 of the Magnetic Stripe
- The Cardholder keying in their PIN at the PIN pad located at, or in proximity to, the Point-of-Transaction Terminal

ID#: 111011-140412-0026507

# Transaction Receipts

## Transaction Receipt General Requirements

### Transaction Receipt Requirements (Updated)

A Transaction Receipt may be generated electronically or manually. Detailed requirements for each type of Transaction Receipt, including printing and data requirements, are specified in:

- "ATM Transaction Receipt Requirements Table 7I-2"

© 2012 Visa. All Rights Reserved.

# A3256

- "ATM Transaction Receipt Requirements - U.S. Region Table S-3"

- "Data Requirements: Cardholder-Activated Terminal Transaction Receipt (Types A, B and C) Table 7I-4"

- "Data Requirements: Cardholder-Activated Terminal Transaction Receipt - U.S. Region Tables S-4, S-5 and S-6"

- "Data Requirements: Visa Easy Payment Service Transaction Receipt Table 7I-3"

- "Electronic and Manual Transaction Receipts - General - U.S. Region Exhibit S"

- "Electronic Commerce Transaction Receipt Requirements 5.2.B.4 Table 7K-1"

- "Electronic Commerce Transaction Receipt Data Requirements - U.S. Region"

- **Effective 1 October 2012,** "Electronic Format Cardholder Receipt General Requirements"

- "Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1"

- "Hotel Guest Folio - Data Requirements Table 7J-3"

- "Manual Cash Disbursement Transaction Receipt - Data Requirements VIOR Table 7J-4 USOR Table S-9"

- "Manual Credit Transaction Receipt - Data Requirements Table 7J-5"

- "Manual Transaction Receipt - Data Requirements VIOR Table 7J-1 USOR Table S-7"

- "Manual Transaction Receipt - Hotels Table 7J-2"

- "Manual Transaction Receipt - Lodging and Cruise Line Merchants - U.S. Region Table S-1"

- "Point-of-Transaction Terminal Transaction Receipt - U.S. Region Table S-1"

- "Transaction Receipt - Formset Requirements - U.S. Region Exhibit S"

- "Transaction Receipt - Fraud Deterrent Requirements - U.S. Region Exhibit S"

- "Transaction Receipt - Prohibitions - U.S. Region Exhibit S"

On Transaction Receipts used in Japan, space for the Cardholder signature is **not** required on the Merchant or Cardholder copy. Space for the Cardholder signature must be provided on the Acquirer copy.

**Effective through 30 September 2014,** Visa strongly recommends disguising or suppressing all but the last 4 positions of the primary Account Number on the Cardholder Transaction Receipt from a Point-of-Transaction Terminal.

**Effective for Point-of-Transaction Terminals installed on or after 1 October 2011,** the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.

**Effective 1 October 2014,** the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.

**Effective 1 October 2012,** the Account Number must be disguised or suppressed on an Electronic Format Cardholder Receipt, except for the final 4 digits.

ID#: 151012-010410-0003641

© 2012 Visa. All Rights Reserved.

# A3257

**Transaction Receipt Description and Currency Requirements**

A Merchant must enter the following information on the Transaction Receipt:

- Brief description of the goods or services sold
- Currency symbol (such as US $) or words denoting the Transaction Currency as part of the Transaction amount

Without a currency symbol or identification, the Transaction Currency defaults to the local currency of the Transaction Country.

If the Transaction takes place at a U.S. embassy or consulate on foreign territory, the currency used to complete the Transaction must be disclosed on the Transaction Receipt. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008604

**Cardholder Signature for Unknown Amount - VIOR 5.2.A.3, USOR 5.2.M.2**

A Merchant must **not** require a Cardholder to sign a Transaction Receipt until the final Transaction amount is entered on the Transaction Receipt.

ID#: 010410-010410-0003120

**Multiple Transaction Receipts and Partial Payment**

A Merchant must include on a single Transaction Receipt the total currency amount of goods and services purchased at the same time. A Transaction must **not** be divided by using 2 or more Transaction Receipts. The only exceptions are:

- Purchases in separate departments of a multiple-department store
- Individual Airline tickets issued to each passenger, if required by Airline policy
- Individual Cruise Line tickets issued to each passenger, if required by Cruise Line policy
- Partial amount paid by the Cardholder in cash, check, or both at the time of the sale
- Delayed Delivery Transactions
- Advance Deposit Transactions
- Installment Transactions

In the U.S. Region, additional exceptions are individual passenger railway tickets issued to each passenger, if required by carrier policy. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008603

© 2012 Visa. All Rights Reserved.

# A3258

### Multiple Transaction Receipts for Authorizations - U.S. Region 5.2.K.1.f

A U.S. Merchant must **not** use multiple Transaction Receipts to avoid making an Authorization Request for a single Transaction.

ID#: 010410-010410-0004127

### Manual Imprinter Merchant Plate - U.S. Region

A U.S. Merchant must notify its Acquirer when it changes the information on the Manual Imprinter's Merchant plate.

ID#: 010410-010410-0005128

## Transaction Receipt Data Requirements

### Transaction Receipt Legend

The Cardholder copy of a Transaction Receipt must bear the legend "Retain this copy for statement verification" or similar wording. At a minimum, this legend must appear in the language of the Transaction Country. The legend may also appear in another language.

ID#: 010410-010410-0005290

### Manually Imprinted Transaction Receipts

On manually imprinted Transaction Receipts, a Merchant must:

- Include the Cardholder name if one is printed or embossed on the Card
- If the imprinted information is **not** legible, reproduce it clearly

ID#: 010410-010410-0004121

### Transaction Receipt Information Requirements - U.S. Region

In the U.S. Region, the Transaction Receipt must include:

- Transaction Date
- Brief description of the goods or services sold, returned, or cancelled
- Price of the goods or services, including applicable taxes, or amount of adjustment or credit

© 2012 Visa. All Rights Reserved.

# A3259

- Imprint of the embossed legends from the Card and Merchant plate. If the legends cannot be imprinted, or if the Magnetic Stripe or Chip is read, the Merchant must include at least the Cardholder name or generic consumer identifier (if one is printed or embossed on the Card) Account Number, Merchant name, and place of business.

ID#: 010410-010410-0005122

## Transaction Receipt Signature Line Notations - U.S. Region

A U.S. Merchant must write the following letters or words on the signature line of the Transaction Receipt, if applicable:

### Transaction Receipt Completion - U.S. Region

| Transaction Type | Signature Line Printing |
|---|---|
| Telephone Order | TO |
| Mail Order | MO |
| No Show | NO SHOW |
| T&E Advance Deposit | ADVANCE DEPOSIT |
| Priority Check-out | PRIORITY CHECK-OUT |
| Recurring | RECURRING TRANSACTION |
| Advance Payment Service | ADVANCE PAYMENT |

ID#: 111011-150210-0005129

## Electronic Commerce Transaction Receipt Data Requirements - U.S. Region

In addition to the requirements specified in "Electronic and Manual Transaction Receipts - General - U.S. Region Exhibit S" and "Electronic Commerce Transaction Receipt Requirements 5.2.B.4 Table 7K-1," a Transaction Receipt completed for an Electronic Commerce Transaction in the U.S. Region must include:

- Merchant name most recognizable to the Cardholder, such as:
  - Merchant "doing business as" name (DBA)
  - Merchant universal resource locator (URL)
  - Merchant name used in the Clearing Record
- Customer service contact, including telephone number. If a Merchant delivers goods or services internationally, both local and internationally accessible telephone numbers must be included.
- Terms and conditions of sale, if restricted
- Exact date free trial period ends, if offered
- Cancellation policies

© 2012 Visa. All Rights Reserved.

# A3260

Visa International Operating Regulations

Transaction payment type (i.e., "Visa") and the payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt.

ID#: 111011-010410-0005148

## High-Risk Internet Payment Service Provider Transaction Receipt - U.S. Region

For a Transaction Receipt completed by a High-Risk Internet Payment Service Provider (IPSP) in the U.S. Region, the High-Risk IPSP's name must appear in conjunction with the High-Risk Sponsored Merchant's name, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN).

The payment provider information specified below must be included either:

• On the Web site checkout screen used to present the total purchase amount
• Within the sequence of pages the Cardholder accesses during the checkout process

[High-Risk Internet Payment Service Provider name] is a designated payment processor for [High-Risk Sponsored Merchant name]. [High-Risk Internet Payment Service Provider name*Sponsored Merchant name] will appear on your Cardholder statement.

ID#: 010410-010410-0005843

## Electronic and Manual Transaction Receipts

### Transaction Receipt - Formset Requirements - U.S. Region Exhibit S

In the U.S. Region, each Transaction Receipt formset must contain, at a minimum, a Member copy and a Cardholder copy. The Merchant or Member copy must bear the Cardholder's original signature.

Formset ink colors must comply with the following table:

**Formset Ink Colors**

| Description | Ink Color |
|---|---|
| Transaction Receipt | Dark blue or black |
| Cash Disbursement Transaction Receipt | Dark green or black |
| Credit Transaction Receipt | Red ink of legible density |

Each formset must bear a sequential number consisting of at least five digits.

ID#: 050411-220311-0026204

© 2012 Visa. All Rights Reserved.

# A3261

## Transaction Receipt - Fraud Deterrent Requirements - U.S. Region Exhibit S

In the U.S. Region, all formsets must be of the fraud-deterrent type, either:

- Carbonless or carbon-backed
- With the carbon page perforated so that it will tear through the Account Number when the formset is separated

ID#: 050411-220311-0026205

## Transaction Receipt - Prohibitions - U.S. Region Exhibit S

In the U.S. Region, preprinted legends designating space for supplementary Cardholder information (e.g., address, telephone number) or ancillary charges to be added after completion of the Transaction are prohibited, except as specified below.

Supplementary Cardholder information may be designated on formsets also designed for use as:

- Mailing or delivery slips
- Guest registration forms
- Car rental contracts
- Wire Transfer Money Orders

Space for ancillary charges is permitted on T&E Document formsets used by Lodging or Cruise Line Merchants, or Car Rental Companies, as specified in "Delayed or Amended Charges - Acceptable Charges 5.2.M.4."

Use of promotional, advertising, or similar language that conveys preference of a non-Visa payment card on Transaction Receipts that bear the Visa Program Marks is prohibited.

The use of language that conveys any limitation of a Cardholder's rights to dispute the Transaction with the Issuer is prohibited.

ID#: 111011-220311-0026206

## Electronic and Manual Transaction Receipts - General - U.S. Region Exhibit S (Updated)

In the U.S. Region, the requirements listed in "Transaction Receipt Formset Requirements - U.S. Region Exhibit S," "Transaction Receipt Fraud Deterrent Requirements - U.S. Region Exhibit S," and "Transaction Receipt - Prohibitions - U.S. Region Exhibit S" apply to both electronic[78] and manual Transaction Receipts.

ID#: 151012-220311-0026207

---

78  **Effective 1 October 2012,** excluding Electronic Format Cardholder Receipts.

© 2012 Visa. All Rights Reserved.

# A3262

---

Visa International Operating Regulations

---

## Data Requirements: Unattended Transaction Receipt - U.S. Region (Updated)

In the U.S. Region, an Unattended Cardholder-Activated Terminal Transaction Receipt must contain the following data elements: [79]

- Account Number. The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.  This requirement does not apply to Point-of-Transaction Terminals installed before 1 July 2003.
- Merchant name
- Location Code, or city and state
- Transaction amount
- Transaction Date
- Transaction payment type (i.e., Visa). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt.

ID#: 151012-151011-0026361

## Data Requirements: Unattended Transaction Receipt (Updated)

An Unattended Cardholder-Activated Terminal Transaction Receipt must contain the following data elements:

- Account Number
  - **Effective through 30 September 2014,** for all Point-of-Transaction Terminals installed before 30 September 2011, at least 4 digits of the Account Number on the Cardholder copy of the Transaction Receipt must be disguised or suppressed. [80]
  - **Effective through 30 September 2014,** for all Point-of-Transaction Terminals installed on or after 1 October 2011, the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.
  - **Effective 1 October 2014,** for all existing and new Point-of-Transaction Terminals, the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.
- Merchant name
- Terminal location (city and country)
- Transaction Date
- Identification of Transaction Currency
- Transaction amount indicated in Transaction Currency
- Transaction type (purchase)

---

79   Not applicable to a Telephone Service Transaction completed at an Unattended Cardholder-Activated Terminal

© 2012 Visa. All Rights Reserved.

# A3263

Visa International Operating Regulations

• Authorization Code, if applicable

ID#: 151012-151011-0026360

## Data Requirements: Visa Easy Payment Service Transaction Receipt Table 7I-3

The following are the data requirements for a Visa Easy Payment Service Transaction Receipt:

• Merchant name

• Total Transaction amount indicated in Transaction Currency

• Transaction Date

• Confirmation that Cardholder performed payment using a Visa Card or a Visa Electron Card or a Proximity Payment Device

ID#: 230312-010100-0026212

## Point-of-Transaction Terminal Transaction Receipt - U.S. Region Table S-1 (Updated)

A Point-of-Transaction Terminal Transaction Receipt must contain the following data elements:

• Account Number. The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits. This requirement does not apply to Point-of-Transaction Terminals installed before 1 July 2003.

• Expiration date. The expiration date must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt. This requirement does not apply to Point-of-Transaction Terminals installed before 1 July 2003.

• Location Code

• Transaction amount

• Transaction Date

• Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt

• Space for Cardholder signature, except for:

  – Transactions in which the PIN is an acceptable substitute for Cardholder signature

  – Visa Easy Payment Service Transactions

• A legend identifying the party to whom it will be delivered (e.g., Member copy, Merchant copy, Cardholder copy), except for Visa Easy Payment Service Transactions

• Authorization Code, if applicable

• For a Quasi-Cash Transaction completed in a Face-to-Face Environment, the Transaction Receipt must provide space for Cardholder identification and the 4 digits printed above or below the Account Number, as specified in "Cardholder Identification and Card Verification Table - U.S. Region 5.2.J.1.a."

---

80 **Effective through 30 September 2014,** Visa strongly recommends disguising or suppressing all but the last 4 positions of the primary Account Number on the Cardholder Transaction Receipt.

© 2012 Visa. All Rights Reserved.

# A3264

---

Visa International Operating Regulations

---

• For a Visa Cash Back Service Transaction, the amount of cash provided to the Cardholder.

ID#: 151012-220311-0026215

## Manual Transaction Receipt - Data Requirements VIOR Table 7J-1 USOR Table S-7

A Manual Transaction Receipt must contain the following data elements:

• Embossed Card data

• Merchant name

• Merchant city and country (and state/province, if applicable)

• Transaction amount indicated in Transaction Currency

• Identification of Transaction Currency

• Transaction Date

• Description of goods or services (optional)

• Space for Cardholder signature

• Authorization Code, if applicable

• Transaction Type (purchase)

In addition to the above requirements, in the U.S. Region the Manual Transaction Receipt must also contain the following data elements:  *(This only applies in the U.S. Region.)*

• Imprint of Card data *(This only applies in the U.S. Region.)*

• Imprint of Merchant or Member name and location *(This only applies in the U.S. Region.)*

• Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt  *(This only applies in the U.S. Region.)*

• Space for salesperson's initials or department number  *(This only applies in the U.S. Region.)*

• Location Code *(This only applies in the U.S. Region.)*

• Description of goods or services (required) *(This only applies in the U.S. Region.)*

• Legend identifying its purpose (i.e., Transaction Receipt or sales slip) *(This only applies in the U.S. Region.)*

• Legend identifying the party to whom it will be delivered (e.g., "Member copy"). The other copies of the formset should also be appropriately labeled "Merchant copy" or "Cardholder copy." *(This only applies in the U.S. Region.)*

• Description of goods or services (required) *(This only applies in the U.S. Region.)*

• For a Quasi-Cash Transaction completed in a Face-to-Face Environment, space for Cardholder identification and the 4 digits printed above the Account Number, as specified in "Cardholder Identification and Card Verification Table - U.S. Region 5.2.J.1.a." *(This only applies in the U.S. Region.)*

ID#: 080411-220311-0026217

---

© 2012 Visa. All Rights Reserved.

# A3265

Visa International Operating Regulations

**Manual Transaction Receipt - Hotels Table 7J-2**

A Manual Transaction Receipt for Hotels must contain the following data elements:

• Embossed Card data

• Hotel name

• Hotel city and country (and state/province, if applicable)

• Transaction amount in Transaction Currency

• Identification of Transaction Currency

• Transaction Date

• Space for guest check-in date

• Space for guest check-out date

• Authorization dates, amounts, and approval codes (if applicable)

• Description of goods or services (optional)

• Space for room rate, if applicable

• Space for Cardholder signature

• Space for salesperson's initials

• Authorization dates, amounts, and approval codes (if applicable)

ID#: 050411-010100-0026218

**Manual Cash Disbursement Transaction Receipt - Data Requirements VIOR Table 7J-4 USOR Table S-9 (Updated)**

A Manual Cash Disbursement Transaction Receipt must contain the following data elements:

• Imprinted  Card data

• Acquirer or Merchant name

• City and country (and state/province, if applicable) of Acquirer or Merchant, as appropriate

• Transaction amount indicated in Transaction Currency

• Identification of Transaction Currency

• Transaction Date

• Space for Cardholder signature

• Space for Cardholder identification

• Space for clerk's signature or identification

• Authorization Code

• Space for 4 printed digits above or below Account Number

• Transaction type (Cash Disbursement)

© 2012 Visa. All Rights Reserved.

# A3266

Visa International Operating Regulations

In addition to the above requirement, in the U.S. Region the Manual Cash Disbursement Transaction Receipt must also contain the following data elements: *(This only applies in the U.S. Region.)*

- Imprint of the name and location of the Member *(This only applies in the U.S. Region.)*
- Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt *(This only applies in the U.S. Region.)*
- Legend identifying the party to whom it will be delivered (e.g., "Member copy"). The other copies of the formset should also be appropriately labeled "Merchant copy" or "Cardholder copy." *(This only applies in the U.S. Region.)*
- Space for Cardholder's address *(This only applies in the U.S. Region.)*

ID#: 151012-220311-0026219

## Hotel Guest Folio - Data Requirements Table 7J-3

A Hotel Guest Folio must contain the following data elements:

- Embossed Card date
- Hotel name
- Hotel city and country (and state/province, if applicable)
- Transaction amount indicated in Transaction Currency
- Identification of Transaction Currency
- Transaction Date
- Description of goods and services (optional)
- Space for Cardholder signature
- Guest check-in date
- Guest check-out date
- Intended length of stay at check-in (optional)
- Room rate and salesperson's initials
- Authorization dates, amounts, and approval codes
- Authorization Code, if applicable
- Applicable tax and/or service charge rates (optional)
- Computation and procedure for estimating ancillary charges (optional)
- Estimated Transaction amount calculated on check-in date (optional)

ID#: 050411-220311-0026220

© 2012 Visa. All Rights Reserved.

# A3267

## Manual Credit Transaction Receipt - Data Requirements Table 7J-5

A manual Credit Transaction Receipt must contain the following data elements.

- Embossed Card data
- Merchant name
- Merchant location (city and country)
- Credit amount indicated in Transaction Currency
- Identification of Transaction Currency
- Credit preparation date
- Description of goods or services returned to Merchant (optional)
- Space for Merchant or Cardholder signature
- Transaction type (Credit)

ID#: 111011-220311-0026221

## Manual Transaction Receipt - Lodging and Cruise Line Merchants - U.S. Region Table S-8

In the U.S. Region, a Manual Transaction Receipt for Lodging or Cruise Line Merchants must contain the following data elements:

- Imprint of Card data
- Imprint of Merchant or Member name and location
- Location Code
- Transaction amount
- Transaction Date
- Transaction payment type (i.e., "Visa"). The payment brand used to complete the Transaction must be identified on the Cardholder's copy of the Transaction Receipt
- Guest check-out or disembarkation date
- Legend identifying its purpose (i.e., Transaction Receipt or sales slip)
- Legend identifying the party to whom it will be delivered (e.g., "Member copy"). The other copies of the formset should also be appropriately labeled "Merchant copy" or "Cardholder copy."
- Description of goods or services
- Room rate and salesperson's initials or department number
- Authorization dates, amounts, and approval codes
- Space for Cardholder signature

ID#: 050411-220311-0026225

© 2012 Visa. All Rights Reserved.

# A3268

## Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1

The following data elements are required for a face-to-face electronic purchase or Credit Transaction Receipt.

- Merchant name
- Merchant city and country (and state/province, if applicable)
- Transaction amount (or credit), indicated in Transaction Currency
- Transaction Date (or credit preparation date)
- Account Number (at least 4 digits of the Account Number on the Cardholder copy of the Transaction Receipt must be disguised or suppressed) [81]
- Space for Cardholder signature
- Authorization Code, if applicable [82]
- Transaction type (purchase or credit)

ID#: 171011-010100-0026256

## Data Requirements for Visa Debit with PIN Transactions – U.S. Region (Updated)

**Effective 14 April 2012,** in the U.S. Region, the following are the Transaction Receipt data requirements for Visa Debit with PIN Transactions.

- Transaction amount
- Transaction Date
- Transaction type (e.g., payment from primary account)
- Account Number. The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.
- Terminal location
- Merchant name
- Trace number

ID#: 151012-140412-0026508

---

81   Visa strongly recommends disguising or suppressing all but the last 4 positions of the primary Account Number on the Cardholder Transaction Receipt.

82   **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region.

© 2012 Visa. All Rights Reserved.

# A3269

## Transaction Receipt Delivery to Cardholder

### Transaction Receipt Delivery Requirements (Updated)

A Merchant must provide a completed copy of the Transaction Receipt to the Cardholder at the time that the purchased goods are delivered or services are performed. [83] [84] [85]

**Effective 1 October 2012,** for a Face-to-Face Environment Transaction, the Merchant must be able to provide a physical copy of the Transaction Receipt.

**Effective 1 October 2012,** a Merchant may provide an Electronic Format Cardholder Receipt.

A Transaction Receipt is not required for a Visa Easy Payment Service Transaction unless requested by the Cardholder.

If a Transaction Receipt is requested or issued for a Visa Easy Payment Service Transaction, a Merchant may provide a cash register receipt if it contains, at a minimum, the Transaction Data specified in "Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1."

In the U.S. Region, when issued, a Transaction Receipt for a Visa Easy Payment Service Transaction must contain the Transaction Data specified in "Point-of-Transaction Terminal Transaction Receipt - U.S. Region Table S-1." *(This only applies in the U.S. Region.)*

Unless otherwise required by applicable law, a Transaction Receipt is not required for a Transaction completed at a Proximity Payment-Only Terminal, as specified in "Deployment of Proximity Payment-Only Terminals." However, the Merchant must communicate to the Cardholder how to obtain Transaction details and provide them at the Cardholder's request.

An Electronic Commerce Merchant may deliver the Transaction Receipt in either of the following formats:

• Electronic (e.g., e-mail or fax)

• Paper (e.g., hand-written or terminal-generated)

ID#: 151012-010410-0008621

---

83   A variance to this requirement applies in Visa Europe for vending Transactions.

84   A variance to this requirement applies in the AP Region for Members in Australia and New Zealand for certain vending machine Transactions.

85   **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region for certain Commercial Payable Transactions**.**

© 2012 Visa. All Rights Reserved.

# A3270

### Electronic Format Cardholder Receipt General Requirements (New)

**Effective 1 October 2012,** in the Card-Present Environment, a Merchant must be able to provide a Manual Transaction Receipt or an Electronic Transaction Receipt, as specified in "Transaction Receipt Delivery Requirements."

**Effective 1 October 2012,** a Merchant may provide an Electronic Format Cardholder Receipt to the Cardholder instead of a Manual Transaction Receipt or Electronic Transaction Receipt, if all of the following:

- If required in order to satisfy local law, the Merchant has offered to the Cardholder a Manual Transaction Receipt or an Electronic Transaction Receipt, and the Cardholder has informed the Merchant that the Cardholder prefers an Electronic Format Cardholder Receipt

- The Merchant has informed the Cardholder of the delivery method (e.g., e-mail, text message, link in a text message) used by the Merchant to provide an Electronic Format Cardholder Receipt

- The Cardholder has informed the Merchant that they want to receive an Electronic Format Cardholder Receipt using the delivery method (e.g., e-mail, text message, link in a text message) agreed with the Merchant

- The Electronic Format Cardholder Receipt, or a link to the Electronic Format Cardholder Receipt, is sent to the Cardholder by e-mail or by a wirelessly delivered message, such as an SMS (Short Message Service) text message, immediately upon completion of the Transaction. If a link to a Website is provided, the Merchant must provide clear instructions to the Cardholder for accessing the Electronic Format Cardholder Receipt on the Website.

- At the time of the Transaction, the Merchant provides to the Cardholder instructions to enable the Cardholder to obtain the receipt if the Cardholder does not receive the Electronic Format Cardholder Receipt

- The Merchant makes the receipt available to the Cardholder for at least 24 hours

**Effective 1 October 2012,** the title of an e-mail, or the title or first line of a wirelessly delivered message, such as an SMS (Short Message Service) text message, that is used to send an Electronic Format Cardholder Receipt or a link to an Electronic Format Cardholder Receipt must clearly identify:

- The Merchant name and, if applicable, the name of the PSP as it will appear in the Clearing Record and billing statements

- That the e-mail or wirelessly delivered message contains the Cardholder's copy of a Transaction Receipt or a link to the Cardholder's copy of a Transaction Receipt

**Effective 1 October 2012,** the Electronic Format Cardholder Receipt must be provided in a static format that cannot be easily manipulated after it has been created.

**Effective 1 October 2012,** the Account Number must be disguised or suppressed on the Electronic Format Cardholder Receipt except for the final 4 digits.

**Effective 1 October 2012,** personal information provided by the Cardholder to enable the Merchant to provide an Electronic Format Cardholder Receipt must not be stored or used by the Merchant for any other purpose without the express consent of the Cardholder.

© 2012 Visa. All Rights Reserved.

# A3271

Visa International Operating Regulations

**Effective 1 October 2012,** a Merchant is not required to provide an Electronic Format Cardholder Receipt.

ID#: 151012-010100-0027354

## Amended Transaction Receipt Delivery

A Hotel, Car Rental Company, or Cruise Line must send the Cardholder a copy of any amended or additional charges added to a Transaction Receipt.

ID#: 010410-010410-0005050

## Transaction Receipt Delivery Requirements - U.S. Region 5.2.N (Updated)

A U.S. Merchant must provide a completed copy of the Transaction Receipt to the Cardholder as follows:

• At the time that the purchased goods are delivered or services are performed, except for:

  – A Visa Easy Payment Service Transaction for which the Cardholder has not requested a Transaction Receipt

  – A Telephone Service Transaction conducted at an Unattended Cardholder-Activated Terminal

  – **Effective 14 April 2012,** a Visa Large Purchase Advantage Transaction

• At the time of billing, for a Deferred Payment Transaction

• At the time of the Transaction, for a Transaction completed at a Point-of-Transaction Terminal

• Upon Cardholder request for a Visa Easy Payment Service Transaction

• **Effective 14 April 2012,** upon Cardholder request for a Visa Large Purchase Advantage Transaction

If a Transaction Receipt is provided to the Cardholder for a Visa Easy Payment Service Transaction, it must contain the Transaction Data Specified in "Data Requirements: Visa Easy Payment Service Transaction Receipt Table 7I-3."

ID#: 151012-010410-0005130

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3272

# Transaction Deposits

## General Transaction Deposit Requirements

### Transaction Deposit in Transaction Country

A Merchant, except a military base or an International Airline, must deposit all Transaction Receipts in the Transaction Country.

ID#: 010410-010410-0002979

### Cruise Line Exceptions

A Cruise Line may deposit on-board Transactions at various ports-of-call. The Transaction Date is the Deposit Date or date of disembarkation, if the Transactions are deposited at the end of the cruise.

ID#: 010410-010410-0002980

## Transaction Deposit Time Limits

### Deposit Time Limit

A Merchant must deposit all Transaction Receipts within 3 business days of the Transaction Date.

ID#: 010410-010410-0002976

### Visa Electron Deposit Time Limit

A Merchant must deposit all Visa Electron Transaction Receipts within 2 business days of the Transaction Date.

ID#: 010410-010410-0002977

### Multiple Merchant Outlets Deposit Time Limits

An Acquirer may allow a Merchant with multiple Merchant Outlets in the same country that centrally accumulates Transaction Receipts up to 21 calendar days to deposit them. The 21-calendar-day period includes the Transaction Date and Deposit Date.

ID#: 010410-010410-0002978

© 2012 Visa. All Rights Reserved.

# A3273

## Transaction Receipt Deposit Time Limits in Malaysia - AP Region (Updated)

**Effective through 30 April 2012,** in Malaysia, a Merchant must deposit a domestic Visa debit Transaction conducted at an Automated Fuel Dispenser within 2 business days from the Transaction Date.

**Effective 1 May 2012,** in Malaysia, a Merchant must deposit all Domestic Transactions conducted at an Automated Fuel Dispenser within 1 business day from the Transaction Date.

ID#: 151012-151011-0026499

## Deposit Time Limit - U.S. Region 5.2.O.2

A U.S. Merchant must deposit Transaction Receipts to its Acquirer or designated Agent within 5 calendar days of the Transaction Date, except as specified in "Delayed Delivery Transaction Deposits - U.S. Region" and "Multiple Merchant Outlets Deposit Time Limits - U.S. Region." Each time period specified includes the Transaction Date and the Receipt Date.

A U.S. Merchant must deposit Credit Transaction Receipts to its Acquirer or designated Agent within 3 calendar days of the Transaction Date.

ID#: 081010-010709-0008617

## Delayed Delivery Transaction Deposits - U.S. Region

A U.S. Merchant must deposit Transaction Receipts for Delayed Delivery Transactions within 5 calendar days of the date of both the deposit and final payment.

ID#: 081010-010709-0008628

## Multiple Merchant Outlets Deposit Time Limits - U.S. Region

A U.S. Merchant with multiple Merchant Outlets, if it accumulates Transaction Receipts at a central office or facility, must deposit them as follows:

- Transaction Receipts within 15 calendar days of the Transaction Date
- Credit Transaction Receipts within 5 calendar days of the Transaction Date

Visa may extend the maximum time for delivery.

The above applies to the following Merchant types:

- Transportation companies subject to federal or foreign regulations
- Oil companies
- Car Rental Companies

© 2012 Visa. All Rights Reserved.

# A3274

- Hotels, motels, and restaurant chains
- Other Merchant categories specified by the Board

ID#: 081010-010410-0008629

## Installment Billing Transaction Receipt Deposits - U.S. Region

A U.S. Merchant must **not** deposit the first Installment Billing Transaction with its Acquirer until the shipment date of the goods. The Merchant must deposit subsequent Installment Billing Transaction Receipts at either of the following intervals:

- 30 calendar days or more
- Monthly anniversary of the shipment date (same day of each month)

ID#: 010410-010410-0005189

# Transaction Deposit Restrictions

## Transactions Directly Resulting from Other Entities (Updated)

A Merchant must deposit only Transaction Receipts that directly result from Cardholder Transactions with that Merchant. A Merchant must not deposit Transaction Receipts resulting from any Transaction involving a Card between a Cardholder and another entity.

A Payment Service Provider (PSP) may deposit a Transaction Receipt resulting from a Transaction between a Cardholder and a Sponsored Merchant of the PSP.

A variance applies in the U.S. Region for the Visa Tax Payment Program.

A variance applies in the AP Region for government payments in Australia.

A variance to this requirement applies in the CEMEA Region for Domestic Transactions at Unattended Cardholder-Activated Terminals in Russia.

ID#: 151012-010410-0002981

## Merchant Location Identification

A Merchant with multiple Merchant Outlets must deposit Transaction Receipts so that the Acquirer can identify the location of each Transaction.

ID#: 010410-010410-0002982

© 2012 Visa. All Rights Reserved.

# A3275

**Transaction Deposit Conditions (Updated)**

A Merchant must **not** deposit a Transaction Receipt until it does one of the following:

- Completes the Transaction
- Ships or provides the goods
- Performs the purchased service
- Obtains the Cardholder's consent for a Recurring Transaction

A U.S. Merchant may deposit a prepayment within the time limits specified in the U.S. Regional Operating Regulations if the Merchant advises the Cardholder of the immediate billing at the time of the Transaction, for: *(This only applies in the U.S. Region.)*

- Prepayment of services, excluding estimates for services to be provided *(This only applies in the U.S. Region.)*
- Full prepayment of custom-ordered merchandise manufactured to the Cardholder's specifications *(This only applies in the U.S. Region.)*

For prepayment of services, the Transaction Date is considered to be the date of Cardholder prepayment.

ID#: 151012-010410-0008982

# Credits and Refunds

## General Credit and Refund Requirements

### Credit Transaction Receipt 5.3.D.2

A Merchant may, at its discretion, prepare a Credit Transaction Receipt when a valid Transaction Receipt was previously processed and the Cardholder either cancelled the Transaction later or returned the goods. At the time of the Credit Transaction, the Merchant must:

- Prepare a credit that includes the Credit Transaction Receipt date and identifies the original Transaction
- Deliver a completed Credit Transaction Receipt to the Cardholder
- Deposit the Credit Transaction Receipt within 5 calendar days from the date that the credit was issued

In the U.S. Region, the Credit Transaction Receipt must describe the merchandise returned, services cancelled, or adjustment made. *(This only applies in the U.S. Region.)*

ID#: 230312-010410-0008605

© 2012 Visa. All Rights Reserved.

# A3276

### Credit Transaction Receipt Delivery - U.S. Region 5.2.Q

A U.S. Merchant must provide a credit refund or price adjustment by delivering a Credit Transaction Receipt to the Member that received the related Transaction Receipt representing the original purchase. The only exception is an Airline or other carrier, if required by law or applicable tariff.

ID#: 010410-010410-0001713

### Credit and Refund Restrictions (Updated)

A Merchant must provide a credit refund in connection with a Transaction by a Credit Transaction Receipt, not by cash or check. The only exceptions are Airlines, if required by law or applicable tariff.

A Merchant must not:

• Accept payment from a Cardholder for the purpose of depositing funds to the Cardholder's account

• Process a Credit Transaction Receipt without having completed a previous retail Transaction with the same Cardholder

The loading of value to a Visa Prepaid Card that has been designated for participation in the Visa Prepaid Load Service by the Issuer is excluded from these restrictions.

ID#: 151012-010410-0003076

### Credit and Refund Restrictions - U.S. Region 5.2.P.1 (Updated)

A U.S. Merchant must not:

• Accept payment from a Cardholder for the purpose of depositing funds to the Cardholder's account. The loading of value to a Visa Prepaid Card or to another Non- Visa Branded Account, as defined in the *Visa ReadyLink Service Description and Implementation Guidelines* that has been designated for participation in Visa ReadyLink by the Issuer is excluded from this restriction.

• Process a Credit Transaction Receipt without having completed a previous retail Transaction with the same Cardholder, except as specified in "Credit Transaction Receipt Delivery - U.S. Region"

ID#: 151012-010410-0001710

## Proper Disclosure of Refund Policy

### Electronic Commerce Merchant Refund Policy Disclosure

An Acquirer must ensure that its Electronic Commerce Merchant includes any return/refund policy on the Merchant's Website and that a "click to accept," or other acknowledgement button accepting the policy, is used by the Cardholder.

© 2012 Visa. All Rights Reserved.

# A3277

Visa International Operating Regulations

Purchase terms and conditions must be displayed to the Cardholder during the order process either:

- On the same screen as the checkout screen indicating the total Transaction amount
- Within the sequence of Web pages accessed by the Cardholder before the final checkout

In the U.S. Region, in addition to the above requirements, an Electronic Commerce Merchant Website must communicate its refund policy to the Cardholder **during** the order process. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008606

## Proper Disclosure of Limited Return Policies 5.3.D.5

The table below specifies the words or similar wording that must be legibly printed on all copies of a Transaction Receipt near the Cardholder signature area or in an area easily seen by the Cardholder.

### Proper Disclosure on Transaction Receipts

| Transaction Receipt Wording | To Be Used for the Following Return Policies |
|---|---|
| "No Refund," "No Exchanges," or "All Sales Final" | Merchant does **not**:<br>• Accept merchandise in return or exchange<br>• Issue a refund to a Cardholder |
| "Exchange Only" | Merchant only accepts merchandise in exchange for merchandise of equal value to the original Transaction amount. |
| "In-Store Credit Only" | Merchant only accepts merchandise for return and delivers an in-store credit document that both:<br>• Equals the value of the returned merchandise<br>• Must be used at the Merchant location |

Proper disclosure must **not** include a statement that waives a Cardholder's right to dispute the Transaction with the Issuer.

For Transactions in a Card-Present Environment, a Merchant may limit its acceptance of returned merchandise or establish a policy to make price adjustments provided that the Merchant makes proper disclosure of its returns policy in accordance with the table above.

ID#: 160312-010410-0008771

## Proper Disclosure of Limited Return Policies - U.S. Region

The following words or similar wording must be legibly printed on all copies of a Transaction Receipt or invoice, in letters approximately 0.25 inches high, near the Cardholder signature area.

© 2012 Visa. All Rights Reserved.

# A3278

### Examples of Proper Refund Policy Disclosure on Transaction Receipt - U.S. Region

| Transaction Receipt Wording | For the Following Types of Refund Policy: |
|---|---|
| "No Refund" | Merchant does **not**:<br><br>• Accept merchandise in return or exchange<br>• Issue a refund to a Cardholder |
| "Exchange Only" | Merchant only accepts merchandise in immediate exchange for similar merchandise of price equal to the original Transaction amount. |
| "In-Store Credit Only" | Merchant only accepts merchandise in return and delivers an in-store credit that:<br><br>• Equals the value of the returned merchandise<br>• Must be used at the Merchant's place of business |

Note: Absence of the above wording does not necessarily mean that proper disclosure has not been provided.

In the U.S. Region, for Transactions in a Card-Present Environment, a Merchant may limit its acceptance of returned merchandise or establish a policy to make price adjustments provided that the Merchant makes proper disclosure of its returns policy in accordance with the table above.

ID#: 160312-010410-0008772


## Special Circumstances - U.S. Region

A U.S. Merchant may, with Cardholder approval and if permitted by local law, identify terms for special circumstances (such as late delivery, delivery charges) and must print any special terms on the Transaction Receipt.

ID#: 010410-010410-0008610


## Alternate Forms of Credit - U.S. Region

A U.S. Merchant may provide the following alternate forms of credit:

• Cash refund to the Cardholder for a Visa Easy Payment Service Transaction

• Cash refund, Credit Transaction Receipt, or other appropriate form of credit to the recipient of a gift purchased as a Mail/Phone Order Transaction, instead of to the Cardholder

• Cash refund or in-store credit for a Visa Prepaid Card Transaction if the Cardholder states that the Visa Prepaid Card has been discarded

The refund or adjustment must **not** exceed the original Transaction amount.

ID#: 160312-010410-0008613

© 2012 Visa. All Rights Reserved.

# A3279

## Transaction Reversals

### Transaction Receipt Reversal or Adjustment 5.3.D.3.a (Updated)

A Merchant must process a Reversal or an Adjustment within 30 calendar days [87] if it processed a Transaction Receipt in error.

The debit must be reversed using a Reversal Transaction code or an Adjustment message. See "BASE II Record Requirements" (Exhibit 2L) for information on Transaction codes and the applicable VisaNet Manuals for information on Single Message System message types.

ID#: 151012-010410-0008614

# Convenience Fees

## Convenience Fee General Requirements

### Convenience Fees - AP Region

An AP Merchant that charges a Convenience Fee must ensure that the fee is:

- Related to the bona fide convenience of providing a particular service (that is, **not** to the acceptance of the Visa Card) in a payment channel that does **not** include face-to-face Transactions
- Disclosed clearly to the Cardholder as a charge for the payment channel convenience
- Disclosed before the completion of the Transaction and the Cardholder is given the opportunity to cancel
- A flat amount, except that an ad valorem amount is allowed where the Merchant's pricing is subject to regulatory controls that make a flat fee infeasible
- The same fee that is applicable to all forms of payment accepted in the payment channel (that is, there is no discrimination against Visa Cards)
- Included as a part of the total amount of the Transaction

ID#: 010410-010410-0006880

### Domestic Convenience Fee - CEMEA Region (Updated)

In the CEMEA Region a Russian Merchant or Third Party may charge a Convenience Fee. The Merchant or Third Party that charges a Convenience Fee must ensure that the fee is:

- Applied to a Domestic Transaction only

---

87  **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region

© 2012 Visa. All Rights Reserved.

# A3280

• Charged for a bona fide convenience in the form of an alternative payment channel outside the Merchant's customary payment channels

• Added only to a Transaction at an Unattended Cardholder-Activated Terminal [88] [89]

• Applicable to all forms of payment accepted in the alternative payment channel (that is, there is no adverse discrimination against Visa Cards)

• Included as a part of the total amount of the Transaction and not collected separately

• Clearly reflected and specified on the Cardholder's Transaction Receipt

• **Not** added to a Recurring Transaction or Installment Transaction

If the Transaction takes place at an Unattended Acceptance Terminal operated by a Third Party, the Acquirer must ensure that:

• The Third Party is assigned the appropriate Merchant Category Code, as specified in the *Visa Merchant Data Standards Manual*

• The Third Party's name (or an abbreviation of the Third Party's name) in conjunction with the associated Merchant name is included in the Authorization Request and Clearing Record

ID#: 151012-010100-0025572

## Domestic Convenience Fee Limits - CEMEA Region

In the CEMEA Region, a Convenience Fee charged by a Russian Merchant must be a flat or fixed amount, not exceeding the following:

• 35 Rubles for Transactions processed with MCC 4814, "Telecommunication Service Including Local and Long Distance Calls, Credit Card Calls, Calls Through Use of Magnetic-Stripe-Reading Telephones, and Fax Services"

• 60 Rubles for Transactions processed with MCC 4900, "Utilities - Electric, Gas, Water, Sanitary"

• 48 Rubles for all other Transactions

ID#: 111011-010100-0025574

## Domestic Convenience Fee Disclosure - CEMEA Region

In the CEMEA Region if a Russian Merchant or Third Party imposes a Convenience Fee, the terminal must:

• Inform the Cardholder that a Convenience Fee will be applied as a charge for the alternative payment channel convenience, in addition to charges assessed by the Issuer. The disclosure must comply with all the following:

– Be as high a contrast or resolution as any other graphics on the terminal

– Contain the notice:

---

88 **Effective through 31 December 2013,** excluding Transactions at Automated Fuel Dispensers, Telephone Service Transactions, Card Dispensing Machines, Load Devices, or ATM Cash Disbursements.
89 **Effective 1 January 2014,** excluding Transactions at Automated Fuel Dispensers, Telephone Service Transactions, Load Devices, or ATM Cash Disbursements.

© 2012 Visa. All Rights Reserved.

# A3281

Visa International Operating Regulations

Fee Notice: "(Name) will assess a fee to cardholders for transactions at this terminal. This fee is added to the amount of your transaction and is in addition to any fees that may be charged by your financial institution."

- Identify the recipient of the Convenience Fee

- Inform the Cardholder of the amount of the Convenience Fee

- Request Cardholder approval of the Convenience Fee

- Provide the ability for the Cardholder to cancel the Transaction without incurring a fee or penalty

- **Not** establish a minimum or maximum Transaction amount as a condition of honoring a Visa Card or Visa Electron Card

ID#: 111011-010100-0025573


## Convenience Fees - General Requirements - U.S. Region 5.2.E

In the U.S. Region, a Merchant that charges a Convenience Fee must ensure that the fee is:

- Charged for a bona fide convenience in the form of an alternative payment channel outside the Merchant's customary payment channels

- Disclosed to the Cardholder as a charge for the alternative payment channel convenience

- Added only to a non-face-to-face Transaction. The requirement for an alternate payment channel means that Mail/Telephone Order and Electronic Commerce Merchants whose payment channels are exclusively non-face-to-face may **not** impose a Convenience Fee.

- A flat or fixed amount, regardless of the value of the payment due

- Applicable to all forms of payment accepted in the alternative payment channel

- Disclosed before the completion of the Transaction and the Cardholder is given the opportunity to cancel

- Included as a part of the total amount of the Transaction

Other requirements or exceptions may apply, as specified in the "Tax Payment Program Fee Requirements - U.S. Region" and "Convenience Fees on Government and Higher Education Transactions - U.S. Region."

ID#: 160312-010410-0003035


## Convenience Fees Not Assessed by a Third Party - U.S. Region 5.2.E

In the U.S. Region, a Convenience Fee may only be charged by the Merchant that actually provides goods or services to the Cardholder. A Convenience Fee may **not** be charged by any third party.

© 2012 Visa. All Rights Reserved.

# A3282

Visa International Operating Regulations

Other requirements or exceptions may apply, as specified in the "Tax Payment Program - Interchange Reimbursement Fee Qualifications and Fee Amount - U.S. Region" and "Convenience Fees on Government and Higher Education Transactions - U.S. Region."

ID#: 160312-010410-0003037

### Convenience Fees on Recurring Transactions - U.S. Region 5.2.E

In the U.S. Region, except as permitted in "Tax Payment Program - Interchange Reimbursement Fee Qualifications and Fee Amount - U.S. Region," a Convenience Fee must **not** be added to a Recurring Transaction.

ID#: 010410-010410-0003038

### Convenience Fees on Government and Higher Education Transactions - U.S. Region

In the U.S. Region, a third-party Merchant that is not providing goods or services to a Cardholder may charge a Convenience Fee for a government or higher education Transaction processed with one of the following Merchant Category Codes:

• 9399, "Government Services"

• 9222, "Fines"

• 9211, "Court Costs"

• 8220, "Colleges, Universities, Professional Schools, and Junior Colleges"

If the Convenience Fee is charged by the third-party Merchant:

• The Convenience Fee amount must be processed as a separate Transaction

• The third-party Merchant name must appear in the Clearing Record for the separate Transaction

ID#: 160312-010100-0026671

# Chip Card Acceptance

## Chip Card Acceptance General Requirements

### Chip Card Acceptance Requirements VIOR 4.6.D, USOR 5.2.G (Updated)

The Card and Cardholder must be present for all Chip-initiated Transactions.

If a Chip-initiated Transaction is declined by the Issuer, the Transaction must not be processed by any other means.

© 2012 Visa. All Rights Reserved.

# A3283

Visa International Operating Regulations

If the Chip or Chip-Reading Device is inoperable, the Merchant must obtain an Online Authorization using the Magnetic Stripe. If the Magnetic Stripe cannot be read, or if Online Authorization is not available, existing Card acceptance and Transaction processing procedures apply.

If the Acquirer-Country combination exceeds international Fallback Transaction thresholds, the Member may be subject to penalties, as specified in "Acquirer Penalty for Global Fallback Monitoring Program Identification," "Acquirer Liability for Fallback Chip Transactions," and the *Global Chip Fallback Monitoring Program Guide.*

ID#: 151012-150210-0004845

## Chip Card Acceptance in Australia – AP Region

**Effective 1 April 2012,** Acquirers and Merchants in Australia must comply with the following requirements for all Card acceptance devices, excluding ATMs**:**

- Acquirers and Merchants must complete the migration of electronic Card acceptance devices to be EMV-Compliant for acceptance of Visa domestic or international EMV Transactions [90] [91]

- An Acquirer must certify its hosts support for Full-Chip Data

- An Acquirer and its Merchants must activate their EMV acceptance devices to conduct Visa Smart Debit/Credit (VSDC) Transactions

ID#: 160312-210611-0026157

## Chip Card Acceptance in New Zealand – AP Region (Updated)

Acquirers and Merchants in New Zealand must comply with the following requirements for all Card acceptance devices, excluding ATMs:

- Acquirers and Merchants must complete the migration of electronic Card acceptance devices to be EMV-Compliant for acceptance of Visa domestic or international EMV Transactions [92] [93]

- An Acquirer must certify its hosts support for Full-Chip Data

- An Acquirer and its Merchants must activate their EMV acceptance devices to conduct Visa Smart Debit/Credit (VSDC) Transactions

ID#: 151012-210611-0026142

---

90    New Unattended Cardholder-Activated Terminals deployed **on or after 1 April 2012** must be EMV-Compliant.
91    All Unattended Cardholder-Activated Terminals must be EMV-Compliant by **1 January 2014**.
92    New Unattended Cardholder-Activated Terminals deployed **on or after 1 April 2012** must be EMV-Compliant.
93    All Unattended Cardholder-Activated Terminals must be EMV-Compliant by **1 January 2014**.

© 2012 Visa. All Rights Reserved.

# A3284

### Declined Chip Transaction Processing - Canada Region

If a Canada Issuer or the Issuer's agent issues a Pickup Response or a Decline Response, or a Compliant Chip Card declines a Chip-initiated Transaction, the Transaction must **not** be processed by any other means.

ID#: 010410-010410-0004878

### Chip Fallback Transaction Authorization Notification - Canada Region

Where an Authorization Request for a Fallback Transaction is made, a Canada Acquirer must ensure the Issuer is aware that the Authorization Request is for a Fallback Transaction.

ID#: 010410-010410-0004879

### Chip Transaction Authorization and Clearing Messages - Canada Region

A Canada Acquirer must submit Authorization and Clearing messages for Chip-initiated Transactions using full data.

ID#: 010410-010410-0004880

### Chip Transaction Authorization Response Code - Canada Region

A Canada Acquirer must provide the Authorization Response code in the Clearing Record for all Chip-initiated Transactions that are approved offline.

ID#: 010410-010410-0004881

### Acquirer Liability for Chip Fallback Transactions - Canada Region

A Canada Acquirer will be liable for a Fallback Transaction if the:

- Card is a Compliant Chip Card
- Account Number is found in the Exception File with a negative response on the Processing Date of the Chargeback, and is on the Exception File for a total period of at least 60 calendar days from the date of listing
- Transaction met any of the following conditions:
  - Was authorized **Offline**
  - Was authorized **Online** but **not** by the Issuer or the Issuer's agent

© 2012 Visa. All Rights Reserved.

# A3285

– Was authorized **Online** by the Issuer or the Issuer's agent, but the appropriate values identifying the Transaction as a Fallback Transaction were **not** included within the related Authorization Message

ID#: 010410-010410-0004882

## Acquirer Liability for Chip Transactions in Card-Present Environment - Canada Region

A Canada Acquirer will be liable for a Transaction in a Card-Present Environment, whether or not the Transaction is Chip-initiated, when the:

• Transaction does **not** take place at a Compliant Chip Card Reading Device with a Compliant PIN Entry Device (PED)

• Card is a Compliant Chip Card

• Transaction is reported as a fraudulent Transaction using one of the following Fraud Type Codes:

  – 0, "lost"

  – 1, "stolen"

  – 2, "Card not received as issued (NRI)"

  – 4, "Issuer-reported counterfeit"

• Account Number is listed on the Card Recovery Bulletin with an Exception File Pick-up of 04, 07, 41, or 43 on the Processing Date of the Chargeback, and is on the Exception File for a total period of at least 60 calendar days from the date of listing

ID#: 160312-011010-0004884

## Visa Debit Acquirers - Canada Region (Updated)

**Effective through 13 June 2012,** a Canada Acquirer must be able to process Visa Debit Card Transactions from any Merchant with which the Acquirer has a Merchant Agreement.

**Effective 14 June 2012,** a Canada Acquirer must be able to process Visa Debit Category Transactions from any Merchant with which the Acquirer has a Merchant Agreement.

ID#: 151012-140612-0008078

## Failure to Comply with Visa Debit Processing Requirements - Canada Region (Updated)

**Effective through 13 June 2012,** a Canada Acquirer that fails to comply with the requirements for processing Visa Debit Card Transactions will be subject to a penalty, as specified in "Visa Debit Acquirers Compliance Program - Canada Region."

**Effective through 13 June 2012,** an Acquirer or its Visa Debit Acceptor that fails to properly process Visa Debit Transactions will be subject to a penalty, as specified in " Visa Debit Acquirers Compliance Program - Canada Region."

© 2012 Visa. All Rights Reserved.

# A3286

Visa International Operating Regulations

**Effective 14 June 2012,** a Canada Acquirer that fails to comply with the requirements for processing Visa Debit Category Transactions will be subject to a penalty, as specified in "Visa Debit Acquirers Compliance Program - Canada Region."

**Effective 14 June 2012,** an Acquirer or its Visa Debit Acceptor that fails to properly process Visa Debit Category Transactions will be subject to a penalty, as specified in "Visa Debit Acquirers Compliance Program - Canada Region."

ID#: 151012-140612-0008079

## Visa Debit Transaction Authorization Requirement - Canada Region (Updated)

**Effective through 13 June 2012,** a Visa Debit Acquirer in Canada must not process a Magnetic Stripe-read Authorization Request from a domestic Visa Debit Card.

**Effective 14 June 2012,** a Visa Debit Acquirer in Canada must not process a Magnetic-Stripe read Authorization Request from a domestic Visa Debit Category Card.

ID#: 151012-140612-0025968

## Visa Debit Acquirers Compliance Program - Canada Region (Updated)

**Effective through 13 June 2012,** a Canada Acquirer that fails to comply in updating its host systems with the ability to process Visa Debit Card Transactions will be subject to a penalty of CAD $100,000 per month of non-compliance.

**Effective 14 June 2012,** a Canada Acquirer that fails to comply in updating its host systems with the ability to process Visa Debit Transactions will be subject to a penalty of CAD $100,000 per month of non-compliance.

If an Acquirer or its Visa Debit Acceptor fails to properly process Visa Debit Transactions, the Acquirer will be subject to a penalty of CAD $5,000 per Cardholder complaint reported to Visa as an Acceptance Compliance Program incident, as detailed in "Acceptance Compliance Program - Canada Region."

ID#: 151012-140612-0008364

# Chip Authorization

## Chip Transaction Below Chip Floor Limit

For Authorization of a Transaction processed below the Floor Limit, a Visa Smart Payment Application may either:

• Instruct the terminal to go Online

© 2012 Visa. All Rights Reserved.

# A3287

• Approve the Transaction using offline controls contained in the Chip

ID#: 010410-010410-0004391

## Parameters to Enable Offline Chip Authorization

An Issuer of Chip Cards containing the Visa Smart Payment Application with Offline Authorization controls must define parameters to enable Offline Chip Authorization. An Issuer may exempt a Visa Card encoded with Service Code from this requirement.

ID#: 111011-010410-0004392

## Visa Purchasing Card Offline Chip Authorization

An Issuer of a Visa Purchasing Card containing a Chip with a Visa Smart Payment Application with Offline Authorization controls may define parameters to enable Chip Offline Authorization.

ID#: 010410-010410-0004394

## Visa Electron Offline Chip Authorization

An Issuer of a Visa Electron Card containing a Chip with Offline Authorization controls may define parameters to enable acceptance at terminals with no Online Authorization capability.

ID#: 010410-010410-0004395

## Consecutive Offline Chip Authorization Counters

When Offline Authorization controls are defined in a Chip, and the upper limit for consecutive offline counters is specified, **all** Chip-initiated Transactions must go Online if the upper limit for the total number or value of consecutive offline Transactions is exceeded. If the terminal is unable to go Online, the Transaction must be declined.

ID#: 010410-010410-0004393

## Chip Floor Limit Requirements (Updated)

An Acquirer must ensure that its Merchants obtain Authorization for Transaction amounts above the Chip Floor Limits or non-Chip Floor Limits specified in "Maximum Authorized Floor Limits." If no Chip Floor Limit is listed, the non-Chip Floor Limit applies.

ID#: 151012-010410-0002854

© 2012 Visa. All Rights Reserved.

# A3288

### Domestic Chip Floor Limits in Australia – AP Region (Updated)

**Effective through 14 October 2011,** in Australia all EMV- and VIS-Compliant Chip-Reading Terminals (including EMV- and VIS-Compliant Chip-reading Unattended Acceptance Terminals) must support a Chip Floor Limit of AUD 200 across all Merchant Category Codes for Domestic Transactions.

**Effective 15 October 2011,** in Australia all EMV-Compliant Chip-Reading Devices (including EMV-Compliant Chip-reading Unattended Cardholder-Activated Terminals) must support a Chip Floor Limit of AUD 200 across all Merchant Category Codes for Domestic Transactions.

The zero Chip Floor Limit mandates specified in "Maximum Authorized Floor Limits" continue to apply for International Transactions.

ID#: 151012-060111-0026161

### Offline Authorization of Chip-Initiated Transactions

For Chip-initiated Transactions, Offline Authorization is allowed, provided that the Transaction amount does **not** exceed the Floor Limits specified for Chip Transactions.

ID#: 010410-010410-0002855

## EMV Liability Shift and Fallback

### EMV Liability Shift - Acquirer Liability for Card-Present Counterfeit Card Transactions

Counterfeit Card Transactions completed in a Card-Present Environment are the liability of the Acquirer if:

- The Transaction does **not** take place at a Chip-Reading Device and is **not** a Fallback Transaction completed following correct acceptance procedures
- The Card is a Chip Card containing a Visa or Visa Electron Smart Payment Application or an EMV and VIS-Compliant Plus application

The requirements in this section apply to qualifying Transactions, as specified in "EMV Liability Shift Participation."

**Effective for Transactions completed on or after 1 May 2012,** the requirements in this section do not apply if the Authorization record indicates that CVV verification was not performed or that the CVV failed verification.

ID#: 160312-010410-0001837

© 2012 Visa. All Rights Reserved.

# A3289

Visa International Operating Regulations

## EMV Liability Shift - Acquirer Liability for Non-Counterfeit Card-Present Fraudulent Transactions

Non-Counterfeit Card fraudulent Transactions completed in a Card-Present Environment are the liability of the Acquirer if:

• The Transaction takes place at a Point-of-Transaction Terminal that is **not** EMV PIN-Compliant

• The Card is a PIN-Preferring Chip Card

• PIN Verification was **not** performed

The requirements in this section apply to qualifying Transactions, as specified in "EMV Liability Shift Participation."

ID#: 160312-010410-0001838

## Acquirer Liability for Fallback Chip Transactions

Transactions accepted as Fallback Transactions are the liability of the Acquirer if:

• The Card is a Chip Card containing a Visa and Visa Electron Smart Payment Application or an EMV and VIS-Compliant Plus application

• One of the following conditions:

– Transaction is **not** authorized by the Issuer or the Issuer's agent

– Transaction is authorized by the Issuer or the Issuer's agent, and the appropriate values identifying the Transaction as a Fallback Transaction are **not** included within the related Authorization Message

• The Account Number was resident on the Exception File with a Negative Response on the Processing Date of the Chargeback and was on the Exception File for a total period of at least 60 calendar days from the date of listing

ID#: 010410-010410-0001839

## Fallback Transaction Monitoring

Visa monitors International Chip Transactions in relation to Fallback Transactions to reduce the number of excessive Fallback Transactions that occur at the Point-of-Transaction.

ID#: 111011-011009-0008402

## Global Chip Fallback Monitoring Program Criteria (Updated)

An Acquirer is placed in the Global Chip Fallback Monitoring Program if the Acquirer-country combination meets or exceeds all of the monthly performance activity levels for international Chip-Initiated Transactions specified in the *Global Chip Fallback Monitoring Program Guide*.

© 2012 Visa. All Rights Reserved.

# A3290

Visa International Operating Regulations

Visa may modify or create new monthly performance levels after evaluation of the program's success in identifying Acquirer-country combinations with excessive amounts of Fallback Transaction activity that could cause undue economic hardship or damage to the goodwill of the Visa system, as specified in the *Global Chip Fallback Monitoring Program Guide.*

At the option of Visa, this program applies to Domestic Transactions, as specified in the *Global Chip Fallback Monitoring Program Guide.*

ID#: 151012-011009-0008404

## Acquirer Penalty for Global Fallback Monitoring Program Identification

An Acquirer is subject to a penalty of US $1 per Fallback Transaction when the Acquirer-country combination meets or exceeds the minimum Transaction volume and percentage parameters specified in the *Visa International Operating Regulations* and the *Global Chip Fallback Monitoring Program Guide.*

Transactions involving Acquirers in the jurisdiction of Visa Europe will be subject to a penalty of 1 euro per Fallback Transaction.

ID#: 160312-011009-0008405

## Global Chip Fallback Monitoring Program Visa Rights

Visa may assess or suspend penalties to accommodate unique or extenuating circumstances, as specified in the *Global Chip Fallback Monitoring Program Guide.* Penalties will no longer be assessed once the Acquirer has met acceptable performance levels.

ID#: 160312-011009-0008406

## Domestic Chip Liability Shift - AP Region

In the AP Region, Visa may adopt a domestic liability shift for any domestic market and set an effective date for the liability shift.

The domestic liability shift rules must, at a minimum, adhere to "Acquirer Liability for Fallback Chip Transactions."

ID#: 010410-010410-0003826

© 2012 Visa. All Rights Reserved.

# A3291

# Visa Easy Payment Service (VEPS) Transactions

## Visa Easy Payment Service (VEPS) - General Requirements

### Visa Easy Payment Service (VEPS) - General Requirements (Updated)

To qualify as a Visa Easy Payment Service (VEPS) Transaction, a Transaction must:

- Be conducted in a Face-to-Face Environment [94] [95]
- Be authorized
- Be conducted at a Merchant Outlet with a Merchant Category Code other than that specified in "Visa Easy Payment Service (VEPS) Merchant Category Code Exclusions" [96]
- Not exceed the Transaction limits specified in "Visa Easy Payment Service Country Level Transaction Limits"
- Have a POS Entry Mode code of "05," "07," "90," or "91"

ID#: 151012-161010-0025692

### Visa Easy Payment Service (VEPS) Merchant Category Code Exclusions (Updated)

Any Merchant **except** a Merchant assigned one of the following Merchant Category Codes [97] may conduct a Visa Easy Payment Service Transaction:

- MCC 4829 - "Wire Transfer Money Orders"
- MCC 5542 - " Automated Fuel Dispensers"
- MCC 5960 - "Direct Marketing - Insurance Services"
- MCC 5962 - "Direct Marketing - Travel Related Arrangement Services"
- MCC 5964 - "Direct Marketing - Catalog Merchants"
- MCC 5965 - "Direct Marketing - Combination Catalog and Retail Merchants"
- MCC 5966 - "Direct Marketing - Outbound Telemarketing Merchants"
- MCC 5967 - "Direct Marketing - Inbound Telemarketing Merchants"
- MCC 5968 - "Direct Marketing -Continuity/Subscription Merchants"
- MCC 5969 - "Direct Marketing/Direct Marketers (Not elsewhere classified)"

---

94  A variance applies in the AP Region. Domestic Proximity Payment Transactions conducted at Unattended Cardholder-Activated Terminals may qualify as Visa Easy Payment Service Transactions.

95  A variance applies in the U.S. Region.  Transactions less than or equal to US $15 conducted at Unattended Cardholder-Activated Terminals may qualify as Visa Easy Payment Service Transactions.

96  An exception applies in the AP Region for domestic Transactions in Australia.

97  A restriction applies in the AP Region for domestic Transactions in Australia.

© 2012 Visa. All Rights Reserved.

# A3292

Visa International Operating Regulations

- MCC 6010 - "Financial Institutions - Manual Cash Disbursements"

- MCC 6011 - "Financial Institutions - Automated Cash Disbursements"

- MCC 6012 - "Financial Institutions - Merchandise and Services"

- MCC 7995 - "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Track"

- MCC 9405 - "Intra-Government Purchases (Government only)"

- MCC 9700 - " International Automated Referral Service (Visa use only)"

- MCC 9701 - "Visa Credential Server (Visa use only)"

- MCC 9702 - "GCAS Emergency Services (Visa use only)"

- MCC 9950 - "Intra-Company Purchases"

ID#: 151012-161010-0025695

## Visa Easy Payment Service (VEPS) Transaction Restrictions

The following Transactions which require a Transaction Receipt must not be processed as Visa Easy Payment Service Transactions:

- A Fallback Transaction

- An Account Funding Transaction

- A Cash-Back Transaction

- A Manual Cash Disbursement Transaction

- A Quasi-Cash Transaction

- A Prepaid Load Transaction

- A Transaction where Dynamic Currency Conversion is performed

ID#: 160312-161010-0025693

## Visa Easy Payment Service (VEPS) Transaction Cardholder Verification Method

A Merchant is **not** required to obtain Cardholder Verification for a Visa Easy Payment Service (VEPS) Transaction unless the Transaction is an EMV PIN Transaction.

For an EMV PIN Transaction, the EMV Terminal must prompt the Cardholder for a PIN if PIN verification is required as a result of EMV processing.

Failure to comply with this requirement may result in a change to the Chargeback liability as specified in "EMV Liability Shift - Issuer Liability for Card-Present Counterfeit Chip Card Transactions" and "EMV Liability Shift - Acquirer Liability for Card-Present Counterfeit Chip Card Transactions."

ID#: 160312-161010-0025694

© 2012 Visa. All Rights Reserved.

# A3293

## Visa Easy Payment Service Transaction Requirements - AP Region (Updated)

In the AP Region, in addition to the requirements specified in "Visa Easy Payment Service (VEPS) – General Requirements," a Visa Easy Payment Service Transaction that is a Proximity Payment may be an Unattended Transaction.

ID#: 151012-161010-0025703

## Australia Visa Easy Payment Service Transaction Merchant Category Codes – AP Region (Updated)

**Effective through 1 November 2012,** for all domestic Visa Easy Payment Service Transactions conducted in Australia, the Transaction must originate at one of the Merchant Category Codes shown in the following table. [98]

### Visa Easy Payment Service Merchant Category Codes

| Merchant Category Codes | Description |
|---|---|
| 4111 | Local and Suburban Commuter Passenger Transportation, including Ferries |
| 4121 | Taxicabs and Limousines |
| 4131 | Bus Lines |
| 4784 | Tolls and Bridge Fees |
| 5251 | Hardware Stores |
| 5310 | Discount Stores |
| 5331 | Variety Stores |
| 5411 | Grocery Stores and Supermarkets |
| 5441 | Candy Stores |
| 5451 | Dairy and Ice Cream Stores |
| 5462 | Bakeries |
| 5499 | Miscellaneous Food Store - Convenience Stores and Specialty Markets |
| 5541 | Filling Stations - Automotive Gasoline |
| 5735 | Record Shops |
| 5811 | Caterers |
| 5812 | Eating Places and Restaurants |
| 5814 | Fast Food Restaurants |

98   The Merchant Category Code qualification criteria does not apply to Proximity Payment Transactions.

© 2012 Visa. All Rights Reserved.

# A3294

Visa International Operating Regulations

| Merchant Category Codes | Description |
|---|---|
| 5912 | Drug Stores and Pharmacies |
| 5921 | Package Stores - Beer, Wine and Liquor |
| 5942 | Bookstores |
| 5943 | Stationery Stores |
| 5947 | Gift Card, Novelty and Souvenir Shops |
| 5993 | Cigar Stores and Stands |
| 5994 | News Dealers and Newsstands |
| 7211 | Laundry Services - Family and Commercial |
| 7216 | Dry Cleaners |
| 7338 | Quick Copy, Reproduction and Blueprinting Services |
| 7523 | Parking Lots, Parking Meters and Garages |
| 7538 | Automotive Service Shops (Non Dealers) |
| 7542 | Car Washes |
| 7832 | Motion Picture Theaters |
| 7841 | DVD/Video Tape Rental Stores |
| 9402 | Postal Services - Government |

**Effective through 1 November 2012,** Visa may add additional qualifying Merchant Category Codes to this list.

ID#: 151012-060111-0026155

## Australia Visa Easy Payment Service Transaction Cardholder Verification – AP Region

For all domestic Visa Easy Payment Service Transactions conducted in Australia, Cardholder Verification Method (CVM) is not required. This applies to Transactions conducted with EMV PIN-Preferring Chip Cards.

ID#: 160312-060111-0026156

## Japan Visa Easy Payment Service Transaction Merchant Category Codes - AP Region (New)

**Effective 1 August 2013 through 31 December 2016,** for all domestic Visa Easy Payment Service Transactions conducted in Japan, the Transaction must only originate at one of the Merchant Category Codes shown in the following table.

© 2012 Visa. All Rights Reserved.

# A3295

**Visa Easy Payment Service Merchant Category Codes**

| Merchant Category Codes | Description |
|---|---|
| 4011 | Railroads |
| 4112 | Passenger Railways |
| 4784 | Tolls and Bridge Fees |
| 5311 | Department Stores |
| 5411 | Grocery Stores and Supermarkets |
| 5499 | Miscellaneous Food Store - Convenience Stores and Specialty Markets |
| 5541 | Filling Stations - Automotive Gasoline |
| 5542 | Automated Fuel Dispensers |
| 5983 | Fuel Dealers—Fuel Oil, Wood, Coal, and Liquefied Petroleum |
| 7523 | Parking Lots, Parking Meters and Garages |
| 7832 | Motion Picture Theaters |
| 7992 | Public Golf Courses |
| 7996 | Amusement Parks, Circuses, Carnivals, and Fortune Tellers |
| 7997 | Membership Clubs |
| 7998 | Aquariums, Seaquariums, and Dolphinariums |
| 7999 | Recreational Facilities (Not Elsewhere Classified) |

ID#: 151012-010813-0027120

## Visa Easy Payment Service (VEPS) MCC-based Transaction Limit - U.S. Region (New)

**Effective 13 October 2012,** a Visa Easy Payment Service Transaction conducted in the U.S. Region that originates at one of the following Merchant Category Codes qualifies for higher limit, as specified in "Country-Level Visa Easy Payment Service Transaction Amount Limits":

- 5310, "Discount Stores"
- 5411, "Grocery Stores and Supermarkets"

ID#: 151012-131012-0027090

© 2012 Visa. All Rights Reserved.

# A3296

# Card-Not-Present Transactions

## Mail/Phone Order and Electronic Commerce Authorization Requirements

### Mail/Phone Order and Electronic Commerce Expiration Date in Authorization

A Mail/Phone Order Merchant and an Electronic Commerce Merchant (for a Non-Secure Transaction and Non-Authenticated Security Transaction) must attempt to obtain the Visa Card expiration date and forward it as part of the Authorization Request.

ID#: 031209-150210-0003129

### Mail/Phone Order and Electronic Commerce Authorization Requirements

For goods to be shipped, a Mail/Phone Order or an Electronic Commerce Merchant may obtain Authorization on any day up to 7 calendar days before the Transaction Date. The Transaction Date is the date the merchandise is shipped. This Authorization is valid if the Transaction amount is within 15% of the authorized amount, provided that the additional amount represents shipping costs.

In the U.S. Region, the 15% provision does **not** apply if:

• The last Authorization obtained was a Partial Authorization.  *(This only applies in the U.S. Region.)*

• **Effective 14 April 2012,** the Transaction is a Commercial Payables Transaction completed with a Visa Purchasing Card as specified in "Authorization and Settlement Match Participation Requirements - U.S. Region." *(This only applies in the U.S. Region.)*

ID#: 230312-010410-0006108

### Mail/Phone Order Signature Line

A Merchant must write "TO" for a telephone order or "MO" for a mail order on the signature line of the Transaction Receipt used for Deposit or retrieval purposes.

ID#: 010410-010410-0003113

### Mail/Phone Order Expiration Date in Authorization - AP Region

In the AP Region, all Mail/Phone Order Transaction Authorization Requests must include the Card expiration date. An exception applies to Recurring Transactions, which do **not** require an expiration date in the Authorization Request.

ID#: 010410-010410-0005333

© 2012 Visa. All Rights Reserved.

# A3297

### Mail/Phone Order and Electronic Commerce Expiration Date in Authorization - U.S. Region 5.2.K

**Effective through 14 March 2012,** an Electronic Commerce Merchant in the U.S. Region must attempt to obtain the Visa Card expiration date and forward it as part of the Authorization Request for Non-Secure Transactions and Non-Authenticated Security Transactions.

ID#: 160312-150210-0003662

## Mail/Phone Order and Electronic Commerce Merchant Outlet Requirements

### Mail/Phone Order and Electronic Commerce Merchant Outlet Location

**Effective through 14 March 2012,** a Merchant Outlet location for an Electronic Commerce or Mail/Phone Order Merchant is the country where:

- There is a Permanent Establishment through which Transactions are completed
- The Merchant holds a valid business license for the Merchant Outlet
- The Merchant has a local address for correspondence and judicial process other than a post office box or mail-forwarding address, which do **not** meet this requirement
- The Merchant Outlet pays taxes relating to the sales activity

**Effective through 14 March 2012,** in the absence of a Permanent Establishment, the Merchant Outlet of a Merchant that provides only digital goods is deemed to be located in the country where the principals of the company work.

ID#: 160312-010410-0003247

### Disclosure of Merchant Outlet Country

An Electronic Commerce or Mail/Phone Order Merchant must disclose the Merchant Outlet country when presenting payment options to the Cardholder.

ID#: 010410-010410-0002902

### Visa Right to Determine Merchant Outlet Country

Visa may determine the country of a Merchant Outlet and an Acquirer's ability to contract with it based on:

- An evaluation of the Merchant's business structure
- Any other available information

© 2012 Visa. All Rights Reserved.

# A3298

The decision by Visa is final.

ID#: 010410-010410-0005916

## Electronic Commerce General Requirements

### Electronic Commerce Acquirer Solicitation Website Requirements

An Acquirer soliciting Merchant applications must list the Merchant domicile requirements on its Website. The domicile requirements must be those permitted by the Acquirer's jurisdictional rights, as specified in "Country of Domicile and Jurisdiction Requirements" and the *Visa International Certificate of Incorporation and Bylaws, Section 2.10.*

ID#: 151011-010210-0004630

### Acquirer Use of Digital Certificates (Updated)

An Acquirer that issues Digital Certificates to its Merchants or Payment Service Providers to enable them to access Visa-owned system components must only use Digital Certificates associated with Visa.

ID#: 151012-010410-0004617

### Acquirer Support for Verified by Visa

**Effective through 14 March 2012,** an Acquirer must support 3-D Secure for its Electronic Commerce Merchants.

**Effective 15 March 2012,** an Acquirer must:

- Notify its Electronic Commerce Merchant of the availability of Verified by Visa
- Provide Verified by Visa to its Electronic Commerce Merchant, as requested

ID#: 160312-010410-0004619

### 3-D Secure Availability Notification

**Effective through 14 March 2012,** an Acquirer must notify its Electronic Commerce Merchants of the availability of 3-D Secure.

ID#: 160312-010410-0004624

© 2012 Visa. All Rights Reserved.

# A3299

## Electronic Commerce Online Authorization

An Electronic Commerce Transaction must be sent Online for Authorization.

ID#: 010410-010410-0003659

## Data Protection Method Requirements

An Acquirer must:

- Ensure that its Electronic Commerce Merchants offer Cardholders a Data Protection Method such as:
  - **Effective through 14 March 2012,** 3-D Secure
  - **Effective 15 March 2012,** Verified by Visa
  - Secure Sockets Layer (SSL)
- **Effective through 14 March 2012,** include the above requirement in the Merchant Agreement

ID#: 160312-010410-0008632

## Electronic Commerce Indicator Requirements (Updated)

An Electronic Commerce Transaction must be identified in both the Authorization Request and Clearing Record with the appropriate Electronic Commerce Indicator values, as specified in:

- "BASE II Record Requirements" (Exhibit 2L)
- "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A)
- "Required Message Content for VisaNet Authorization Requests" (Exhibit 3B)

An Acquirer that fails to identify an Electronic Commerce Transaction is subject to the penalties specified in the table below:

### Acquirer Penalties for Incorrect Use of Electronic Commerce Indicator Values

| Violation | Visa Action, Notification, or Fine |
|---|---|
| Warning | Notification of violation with specific date for correction, not to exceed 3 months |
| Uncorrected Violation (Month 4) | Acquirer assessed US $5,000 fine per Merchant identified |
| Uncorrected Violation (Month 5) | Acquirer assessed US $10,000 fine per Merchant identified |
| Uncorrected Violation (Months 6-12) | Acquirer assessed US $25,000 fine each month per Merchant identified |

© 2012 Visa. All Rights Reserved.

# A3300

Visa International Operating Regulations

| Violation | Visa Action, Notification, or Fine |
|---|---|
| Uncorrected Violation (Months 13-18) | Visa may suspend the Merchant from participation in the Visa Program |
| Uncorrected Violation (Month 19 and subsequent months) | Visa may permanently disqualify the Merchant from participation in the Visa Program |

ID#: 151012-010410-0007149

## Electronic Commerce Transaction Receipt Requirements 5.2.B.4 Table 7K-1

The Transaction Receipt for an Electronic Commerce Transaction must include:

- Merchant name [99] [100]
- Merchant online address
- Transaction amount (or credit), indicated in Transaction Currency
- Transaction Date (or credit preparation date)
- Unique Transaction identification number
- Purchaser name
- Authorization Code
- Transaction type (purchase or credit)
- Description of merchandise/services
- Date of each individual purchase (for Aggregated Transactions only)
- Amount of each individual purchase (for Aggregated Transactions only)
- Return/refund policy (if restricted)

ID#: 160312-010410-0003114

## Electronic Commerce Account Number Requirements

An Electronic Commerce Merchant must **not** return the full Account Number to the Cardholder online or on the Transaction Receipt.

ID#: 160312-010410-0003627

---

99   The Merchant name must not be the name of the network provider or other entity unless the Transaction represents membership service charges or merchandise/services provided by the network provider itself.
100  The Merchant name must be the name most recognizable to the Cardholder.

© 2012 Visa. All Rights Reserved.

# A3301

## Electronic Commerce Merchant Transaction Type Prohibition (Updated)

A Merchant, Payment Service Provider (PSP), Sponsored Merchant, or entity classified as high-brand risk, as specified in "High-Brand Risk Merchant Category Codes," that displays a Visa-Owned Mark on its Website must not accept Cards for the purchase or trade of photographs, video imagery, computer-generated images, cartoons, simulation, or any other media or activities, as specified in "Brand Protection."

Violation of this requirement may result in the termination of the Merchant, PSP, Sponsored Merchant or High-Brand Risk Merchant, High-Brand Risk PSP or High-Brand Risk Sponsored Merchant.

ID#: 151012-150210-0005067

## Online Gambling Merchant Risk Policies

An Acquirer for an Online Gambling Merchant must comply with the Member risk policy requirements established by Visa.

ID#: 010410-010410-0004632

## Verified by Visa Acquirer Requirements in India – AP Region

**Effective 31 December 2011:**

- All Electronic Commerce Merchants in India must support Verified by Visa

- **Effective through 14 March 2012,** all Acquirers in India must process Electronic Commerce Transactions that are coded with an ECI value 5, "Secure Electronic Commerce Transaction," using Verified by Visa

- **Effective 15 March 2012,** an Acquirer in India must not process a domestic Electronic Commerce Transaction unless the Cardholder is successfully authenticated using Verified by Visa

ID#: 160312-311211-0026540

## Verified By Visa Acquirer Requirements - CEMEA Region (Updated)

In the CEMEA Region, an Acquirer must process Electronic Commerce Transactions using Verified by Visa.

ID#: 151012-010410-0004651

© 2012 Visa. All Rights Reserved.

# A3302

## Secure Transaction Data Transmission Requirements - CEMEA Region

**Effective through 14 March 2012,** a CEMEA Acquirer of a Merchant that processes Electronic Commerce Transactions must ensure secure Transaction data transmission between the Cardholder and the Merchant. Secure Socket Layer (SSL) encryption or Secure Electronic Transaction (3D-Secure) encryption must be offered by the Merchant to the Cardholder. Merchant Agreements must include this requirement.

ID#: 160312-010410-0004652

## Merchant Authentication Requirements - CEMEA Region

**Effective through 14 March 2012,** a CEMEA Acquirer must implement the strongest possible method of Merchant authentication to the Visa system, and must upgrade their existing Merchant authentication method to the strongest level available within 12 months of the method becoming available.

**Effective 15 March 2012,** a CEMEA Acquirer must support Merchant Certificates and, if new Merchant authentication methods become available, upgrade to the strongest level of authentication method within 12 months of the method becoming available.

ID#: 160312-010410-0004653

## Verified by Visa Nigerian Acquirer Usage Requirements - CEMEA Region

A CEMEA Acquirer located in Nigeria must **not** process any domestic Electronic Commerce Transaction unless Verified by Visa verification is received and authenticated.

ID#: 010410-010410-0005373

## Electronic Commerce Acquirer Requirements - U.S. Region

**Effective through 14 March 2012,** a U.S. Acquirer that has a Merchant Agreement with an Electronic Commerce Merchant must comply with the *Visa International Operating Regulations* and must:

• Meet all minimum requirements for Merchant server processing

• Comply with the Visa-established policies, procedures, and operating guidelines governing 3-D Secure Specification Transactions

ID#: 160312-010410-0004605

© 2012 Visa. All Rights Reserved.

# A3303

### Verified by Visa Chargeback Protection Limitations - U.S. Region

**Effective through 14 March 2012,** a U.S. Acquirer must notify its Merchants participating in Visa Secure Electronic Commerce in the following Merchant Category Codes that their Electronic Commerce Transactions are not eligible for protection from Chargeback Reason Code 75, "Cardholder Does Not Recognize Transaction," and Chargeback Reason Code 83, "Fraudulent Transaction-Card-Absent Environment":

- MCC 4829, "Wire Transfer Money Orders"

- MCC 5967, "Direct Marketing - Inbound Teleservices Merchant"

- MCC 6051, "Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers' Cheques"

- MCC 7995, "Betting including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks"

**Effective 15 March 2012,** in the U.S. Region, an Acquirer must notify its Verified by Visa Merchant that its Electronic Commerce Transactions are not eligible for Chargeback protection from Chargeback Reason Code 75, "Transaction Not Recognized," and from Chargeback Reason Code 83, "Fraud-Card-Absent Environment," if either:

- The Merchant is classified with one of the following Merchant Category Codes:

  – MCC 4829, "Wire Transfer Money Orders"

  – MCC 5967, "Direct Marketing - Inbound Teleservices Merchant"

  – MCC 6051, "Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers' Cheques"

  – MCC 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks"

- The Merchant has been identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online. The Acquirer must notify the Merchant that it remains ineligible while it is in either program, and for an additional 4 months after exiting the program. This condition also applies if the Merchant enabled Verified by Visa while identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online.

ID#: 160312-010410-0004608

### Visa Secure Electronic Commerce Chargeback Protection Limitations, Ineligible Merchants - U.S. Region

**Effective through 14 March 2012,** a U.S. Acquirer must notify any of its Merchants participating in Visa Secure Electronic Commerce identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online that their Electronic Commerce Transactions are not eligible for Chargeback protection from:

- Chargeback Reason Code 75, "Cardholder Does Not Recognize Transaction"

- Chargeback Reason Code 83, "Fraudulent Transaction-Card-Absent Environment"

© 2012 Visa. All Rights Reserved.

# A3304

**Effective through 14 March 2012,** Merchants must be notified that they remain ineligible while they are in either program, plus 4 additional months after exiting the program.

ID#: 160312-010410-0008456

### Chip-Initiated Electronic Commerce Transaction Online Authorization - U.S. Region 5.2.K

In the U.S. Region, a Chip-initiated Electronic Commerce Transaction must be sent Online for Authorization.

ID#: 010410-010410-0003660

### 3-D Secure Failure at Authorization - U.S. Region

**Effective through 14 March 2012,** a U.S. Merchant must **not** submit an Authorization Request for an Electronic Commerce Transaction that failed a 3-D Secure Authentication Request.

ID#: 160312-010410-0004635

### Electronic Commerce Authentication Data Prohibitions - U.S. Region

In an Authorization Request, an Electronic Commerce Merchant in the U.S. Region must **not** transmit Authentication Data specific to one Transaction with another Transaction, except when either:

• 2 Transactions are related due to delayed delivery

• All items of an order cannot be shipped at the same time

ID#: 010410-010410-0004636

### Electronic Commerce Authentication Data in Subsequent Authorizations - U.S. Region

In the U.S. Region, the original Authentication Data may be used if a subsequent Authorization Request is initiated as a result of a delayed delivery or split shipment. The original Authentication Data is valid for up to 90 calendar days from the date it was first received.

ID#: 010410-010410-0004637

### Electronic Commerce Merchant Certificate Requirements - U.S. Region

In addition to the requirements specified in "Required Merchant Information - U.S. Region," a U.S. Acquirer must collect the following information for each of its Electronic Commerce Merchants that uses a Merchant Certificate:

• Name of Merchant Certificate issuer

© 2012 Visa. All Rights Reserved.

# A3305

- Merchant Certificate number
- Merchant Certificate expiration date
- Ownership status of Merchant Certificate - shared or individual

*ID#: 010410-010410-0005085*

## Electronic Commerce Member Requirements - U.S. Region

**Effective through 14 March 2012,** a U.S. Member that participates in Visa Secure Electronic Commerce must comply with the participation requirements specified in the U.S. Regional Operating Regulations.

**Effective through 14 March 2012,** U.S. Members must refer to the *Visa International Operating Regulations* for requirements related to online gambling Merchants.

*ID#: 160312-010410-0004634*

## Electronic Commerce Indicator for Recurring Transactions - U.S. Region

In the U.S. Region, if the Order Form for a Recurring Transaction is provided to the Merchant in an electronic format, the initial Transaction must be processed with the appropriate Electronic Commerce Indicator values.

Subsequent Recurring Transactions must be processed as Recurring Transactions, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN).

*ID#: 160312-010410-0004638*

# Merchant Website Requirements

## Electronic Commerce Website Merchant Agreement Requirements

**Effective through 14 March 2012,** an Acquirer must ensure that its Merchant Agreement requires an Electronic Commerce Merchant to display the following on the Merchant's Website:

- Consumer data privacy policy
- Security capabilities and policy for transmission of payment card details
- The address of its Permanent Establishment

*ID#: 160312-010410-0003357*

© 2012 Visa. All Rights Reserved.

# A3306

## Website Requirements (Updated)

A Website operated by a Merchant, Sponsored Merchant, Payment Service Provider, High-Brand Risk Merchant, High-Brand Risk Sponsored Merchant, or High-Risk Internet Payment Service Provider must contain:

- Visa Brand Mark in full color to indicate Visa Card acceptance, as specified in the *Visa Product Brand Standards*
- **Effective 15 March 2012,** in the U.S. Region, the appropriate Verified by Visa Mark, if applicable *(This only applies in the U.S. Region.)*
- Complete description of the goods or services offered
- Return/refund policy (see " Electronic Commerce Merchant Refund Policy Disclosure")
- Customer service contact, including e-mail address or local or internationally accessible telephone number
- Address of the Merchant's or Sponsored Merchant's Permanent Establishment, including the Merchant Outlet country, either:
  - On the same screen view as the checkout screen used to present the final Transaction Amount
  - Within the sequence of Web pages the Cardholder accesses during the checkout process
- Transaction Currency (e.g., U.S. dollars, Canadian dollars)
- Export restrictions (if known)
- Delivery policy
- Consumer data privacy policy
- Security capabilities and policy for transmission of payment card details
- Legal restrictions (if known)

ID#: 151012-150210-0008635

## Verified by Visa Participation Requirements

### Verified by Visa Acquirer and Merchant Requirements (Updated)

**Effective through 14 March 2012,** an Acquirer that participates in Visa Secure Electronic Commerce and supports an Authentication Method for Electronic Commerce Transactions must comply with Visa-established policies, procedures, operating guidelines, and standards specified in the *Verified by Visa Acquirer and Merchant Implementation Guide.*

**Effective 15 March 2012,** an Acquirer must ensure that its Electronic Commerce Merchants or Agents that participate in Verified by Visa:

- Comply with the requirements specified in the:
  - Applicable Verified by Visa Implementation Guide

© 2012 Visa. All Rights Reserved.

# A3307

- – *Payment Card Industry Data Security Standard (PCI DSS)*
- Not submit an Authorization Request for an Electronic Commerce Transaction that failed a Verified by Visa Authentication Request. This provision applies to U.S. Domestic Transactions. *(This only applies in the U.S. Region.)*

**Effective 15 March 2012,** an Acquirer must only use Electronic Commerce Indicator value 5 or 6 in the Clearing Record if the Authorization Request included:

- For Electronic Commerce Indicator value 5, " Secure Electronic Commerce Transaction," the Cardholder Authentication Verification Value
- For Electronic Commerce Indicator value 6, " Non-Authenticated Security Transaction and the Merchant attempted Cardholder authentication using Verified by Visa," the Cardholder Authentication Verification Value, if provided by the Issuer

ID#: 151012-010410-0004616

## Verified by Visa Acquirer Compliance Requirements

**Effective through 14 March 2012,** an Acquirer that participates in 3-D Secure must comply with the requirements in the *Verified by Visa Acquirer and Merchant Implementation Guide.*

ID#: 160312-010410-0004621

## Verified by Visa Merchant Risk Practices

An Acquirer and its Merchant that participate in Verified by Visa must maintain or implement fraud and risk practices in addition to Verified by Visa such as, but not limited to:

- Address Verification Services
- Card Verification Value 2
- Velocity Checks

ID#: 010410-010410-0004622

## Verified by Visa Acquirer Participation Requirements

**Effective through 14 March 2012,** an Acquirer must:

- Ensure that its participating Electronic Commerce Merchants comply with all *Visa International Operating Regulations* regarding 3-D Secure and Verified by Visa, and that the substance of these requirements is included in the Merchant Agreement
- Ensure that its participating Merchants or agents that process 3-D Secure Transactions comply with the requirements specified in the:
  - – *Verified by Visa Acquirer and Merchant Implementation Guide*
  - – *Payment Card Industry Data Security Standard (PCI DSS)*

© 2012 Visa. All Rights Reserved.

# A3308

- Include the following in an Authorization Request, as a condition of using Electronic Commerce Transaction Indicator (ECI) value "5" or "6" in the Clearing Record:

    – For ECI value 5, "Secure Electronic Commerce Transaction," both Cardholder Authentication Verification Value and Authentication Identifier

    – For ECI value 6, "Non-Authenticated Security Transaction and the Merchant attempted Cardholder authentication using 3-D Secure," both Cardholder Authentication Verification Value and Authentication Identifier if the Cardholder Authentication Verification Value was provided by the Issuer

ID#: 160312-010410-0004625

## Verified by Visa Activate Later Feature Merchant Requirements - Canada Region

A Canada Acquirer may offer the Activate Later Feature to an Electronic Commerce Merchant provided that the Electronic Commerce Merchant:

- **Effective through 14 March 2012,** is enrolled in good standing in 3-D Secure (commonly known as the Verified by Visa program)

- **Effective 15 March 2012,** is enrolled in good standing in Verified by Visa

- Has at least 10,000 Electronic Commerce Transactions annually or has Electronic Commerce Transactions valued in excess of CAD $1,000,000 annually

- Has been approved by Visa

- Has a written agreement with its Acquirer to participate in the Activate Later Feature

ID#: 160312-010410-0005384

## MPI Client Certificate Requirements - Canada Region

**Effective through 14 March 2012,** all existing and new Electronic Commerce Merchants in the Canada Region that enroll in 3-D Secure must use an MPI Client Certificate for Merchant authentication in 3-D Secure.

ID#: 160312-010410-0008454

## MPI Certificate Requirements - Canada Region

**Effective through 14 March 2012,** all Electronic Commerce Merchants in the Canada Region that enroll in 3-D Secure must follow the MPI Certificate requirements of the *3-D Secure Merchant Authentication Member Implementation Guide.* Canada Members may obtain a copy of this guide from Visa.

**Effective 15 March 2012,** an Electronic Commerce Merchant in the Canada Region that enrolls in Verified by Visa must:

- Use a Merchant Plug-In (MPI) Client Certificate for Merchant authentication

© 2012 Visa. All Rights Reserved.

# A3309

- Follow the MPI certificate requirements of the *3-D Secure Merchant Authentication Member Implementation Guide*

ID#: 160312-010410-0005241

## Verified by Visa Account and Cardholder Data Requirements - CEMEA Region

**Effective through 14 March 2012,** a CEMEA Acquirer must implement 3-D Secure in such a way that the account and Cardholder details are **never** in the Merchant's possession.

**Effective 15 March 2012,** a CEMEA Acquirer must implement Verified by Visa in such a way that the account and Cardholder details are never in the Merchant's possession.

ID#: 230312-010410-0004654

## Visa Secure Electronic Commerce Program Compliance - U.S. Region

**Effective through 14 March 2012,** a U.S. Member that participates in Visa Secure Electronic Commerce must comply with the *Visa International Operating Regulations* and the policies, procedures, operating requirements, and standards specified in the *Verified by Visa Acquirer and Merchant Implementation Guide - U.S. Region.*

ID#: 160312-010410-0004592

## Electronic Commerce Indicator Requirement for High-Risk Merchants - U.S. Region

**Effective through 14 March 2012,** a U.S. Acquirer must ensure that its Merchant transmits an Electronic Commerce Transaction Indicator 7, "Non-Authenticated Security Transaction," in the Authorization Request and Clearing Record for fully authenticated Transactions and attempted authentication Transactions within 30 days of Notification from Visa that the participating 3-D Secure Merchant is identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online.

**Effective 15 March 2012,** a U.S. Acquirer must ensure that its Merchant that participates in Verified by Visa transmits an Electronic Commerce Indicator value 7, "Non-Authenticated Security Transaction," in the Authorization Request and Clearing Record for fully authenticated Transactions and attempted authentication Transactions within 30 days of Notification from Visa that the Merchant is identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online.

**Effective 15 March 2012,** this condition also applies if the U.S. Merchant enables Verified by Visa while identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online.

ID#: 160312-010410-0004611

© 2012 Visa. All Rights Reserved.

# A3310

Visa International Operating Regulations

### Requirements for High-Risk Merchants that Enable Verified by Visa - U.S. Region

**Effective through 14 March 2012,** the requirements specified in "Visa Secure Electronic Commerce Chargeback Protection Limitations (Ineligible Merchants) - U.S. Region" and "Electronic Commerce Indicator Requirement - U.S. Region" also apply to U.S. Merchants that enable 3-D Secure while identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online.

ID#: 230312-010410-0004612

## Electronic Commerce Financial Responsibility

### Electronic Commerce Merchant Financial Responsibility - U.S. Region

In addition to the requirements specified in "Acquirer Requirement to Query the Terminated Merchant File and Inspect Merchant Premises - U.S. Region," to determine that a prospective Electronic Commerce Merchant is financially responsible, a U.S. Acquirer must:

• Obtain a detailed business description

• Examine the Merchant's Website to:

– Verify that the Merchant is operating within the Acquirer's jurisdiction, as specified in the *Visa International Certificate of Incorporation and Bylaws* and *Visa International Operating Regulations*

– Ensure that the Merchant is **not** engaged in any activity that is in violation of the *Visa International Operating Regulations*

– Ensure that the Merchant is **not** engaged in any activity that could cause harm to the Visa system or the Visa brand

• Print and retain copies of all relevant screens contained in the Website. Retained copies may be in either hard copy or electronic format

• Provide retained copies of all relevant screens contained in the Merchant's Website to Visa upon request

ID#: 010410-010410-0005079

### Electronic Commerce Merchant Yearly Review - U.S. Region (Updated)

At least once each year, for each of its applicable Electronic Commerce Merchants, a U.S. Acquirer must examine the Merchant's Website and conduct an enhanced due diligence review, as specified in "Electronic Commerce Merchant Financial Responsibility - U.S. Region," if any of the following criteria is met:

• The Electronic Commerce Merchant or Sponsored Merchant is required to be classified by a Merchant Category Code considered by Visa to be high-brand risk, as specified in the:

– *Visa International Operating Regulations*

© 2012 Visa. All Rights Reserved.

# A3311

Visa International Operating Regulations

– *Visa Merchant Data Standards Manual*

– *Visa Global Brand Protection Program Guide for Acquirers*

- The Merchant is identified by any Visa Chargeback monitoring program or designated at any time as an Identified Merchant by the Risk Identification Service (RIS) Online

- The Acquirer becomes aware the Merchant is selling products or services that were not documented in the Merchant Agreement or disclosed in the Merchant's business description

- The Acquirer conducts a periodic review of the Merchant as required by its internal procedures

ID#: 151012-010410-0005082

# Payment Service Providers

## Payment Service Providers (PSP) General Requirements

### Sponsored Merchant Location (Updated)

The country of a Sponsored Merchant determines the Merchant Outlet location, not the country of the Payment Service Provider.

The Merchant country code included in the Authorization and Clearing Records must be the country code of the Sponsored Merchant, as specified in:

- "BASE II Record Requirements" (Exhibit 2L)

- "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A)

- "Required Message Content for VisaNet Authorization Requests" (Exhibit 3B)

See "Country of Domicile and Jurisdiction Requirements."

ID#: 151012-010410-0006104

### Payment Service Provider Deposit Allowances (Updated)

A Payment Service Provider (PSP) may deposit Transaction Receipts on behalf of a Sponsored Merchant.

ID#: 151012-010410-0002972

### Payment Service Provider Transaction Receipt Deposits (Updated)

A Merchant or Payment Service Provider (PSP) must not deposit a Transaction Receipt until one of the following occurs:

- The Transaction is completed

© 2012 Visa. All Rights Reserved.

# A3312

- The goods or services are shipped or provided, except as specified below

- The purchased service is performed

- Cardholder consent is obtained for a Recurring Transaction

A Merchant or PSP may deposit a Transaction Receipt before shipping or providing goods or services only if the Cardholder has agreed to either:

- A Delayed Delivery Transaction

- An Advance Deposit Transaction

ID#: 151012-010410-0008658

## Payment Service Provider Responsibilities (Updated)

A Payment Service Provider (PSP) must:

- Ensure that the appropriate Visa-Owned Marks are displayed to indicate the Cards that are accepted for payment at its Sponsored Merchants' locations or on its Sponsored Merchants' Websites

- Report Sponsored Merchant and Transaction Information to its Acquirer and, upon request, to Visa

- Use the appropriate Merchant Category Code or other required indicators to identify Merchant or Transaction type

- Ensure compliance by the Sponsored Merchant with its contract with the PSP

- Immediately terminate a Sponsored Merchant if required by the Acquirer or Visa

ID#: 151012-010410-0002897

## Payment Service Provider Contract with Multiple Acquirers (Updated)

A Payment Service Provider (PSP) may contract and process Transactions with multiple Acquirers.

An Acquirer must only accept and submit into Interchange Transactions from PSPs, Merchants, and Sponsored Merchants within that Acquirer's jurisdiction.

ID#: 151012-010410-0002898

## Sponsored Merchant and Payment Service Provider Billing Name (Updated)

The Sponsored Merchant name and the Payment Service Provider name (or an abbreviation) must appear on the Transaction Receipt and billing statement and both must be included in the Merchant name field of the Clearing Record, as specified in:

- "BASE II Record Requirements" (Exhibit 2L)

- "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A)

© 2012 Visa. All Rights Reserved.

# A3313

- "Required Message Content for VisaNet Authorization Requests" (Exhibit 3B)

ID#: 151012-010711-0026434

## Payment Service Provider Customer Support (Updated)

A Payment Service Provider (PSP) must provide customer service either directly or through its Sponsored Merchant.

- For a Transaction completed at an Electronic Commerce Sponsored Merchant, a PSP must provide customer service through its Website if a Cardholder accesses the PSP Website directly.

- For a Transaction that is not completed at an Electronic Commerce Sponsored Merchant, customer service may be provided by the PSP or its Sponsored Merchant.

ID#: 151012-010410-0002893

# Payment Service Providers (PSP) Acquirer Requirements

## Acquirer Responsibility for Payment Service Providers (Updated)

A Payment Service Provider (PSP) that contracts with an Acquirer to provide payment-related services to a Sponsored Merchant will be considered a Merchant. An Acquirer that contracts with a PSP is liable for all acts, omissions, and other adverse conditions caused by the PSP and its Sponsored Merchants, including, but not limited to:

- Chargebacks

- Failure to provide service

- Related legal costs

- Settlement to the PSP or Sponsored Merchant

The acts and omissions caused by a Sponsored Merchant will be treated as those of the PSP and those caused by a PSP or a Sponsored Merchant as those of the Acquirer.

ID#: 151012-010410-0006574

## Payment Service Provider Registration (Updated)

An Acquirer must ensure that each of its Payment Service Providers ( PSP) is registered with Visa before entering Transactions into Interchange on behalf of the PSP or its Sponsored Merchant.

To register, the Acquirer must send to Visa, as specified by Visa, registration forms and supporting documentation to confirm that the Acquirer has performed a comprehensive risk and financial review of the PSP, as specified in *Third Party Agent Due Diligence Risk Standards*.

Registration materials must be submitted using the Visa Membership Management application or as specified by Visa.

© 2012 Visa. All Rights Reserved.

# A3314

Visa International Operating Regulations

The Acquirer must receive from Visa written confirmation of approval and registration of the PSP before entering any Transactions into Interchange on behalf of the PSP or its Sponsored Merchant.

Visa may assess a fee to the Acquirer for each Payment Service Provider registered, as specified in the applicable Fee Guide.

ID#: 151012-010711-0026435

## Ineligible Payment Service Provider Merchant Types (Updated)

An Acquirer must not allow its Payment Service Provider (PSP) to provide payment services to the following merchant types, regardless of whether the PSP has a Merchant Agreement with merchants in these merchant categories. However, an Acquirer may sign a Merchant Agreement directly with these entities:

- Buyers clubs/membership clubs
- Credit counseling or credit repair services
- Credit protection/identity theft protection
- Direct marketing - subscription merchants
- Infomercial merchants
- Internet pharmacies
- Internet pharmacy referral sites
- Multi-level marketing businesses
- Outbound telemarketers
- Rebate-based businesses
- Up-Selling merchants

The merchant types above may be classified with Merchant Category Codes 4814, 5912, 5962, 5966, 5968, and 5969, and are ineligible for Sponsored Merchant status.

ID#: 151012-010711-0026436

## Sponsored Merchant MCC Requirements (Updated)

An Acquirer must ensure that a Payment Service Provider uses:

- The appropriate Merchant Category Code for each Sponsored Merchant in the Authorization Request and Clearing Record, as specified in the *Visa Merchant Data Standards Manual*
- Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks," for a Sponsored Merchant that provides gaming chips or electronic funds to be used for online gambling, even if gambling services is not the Sponsored Merchant's primary business

ID#: 151012-150210-0005271

© 2012 Visa. All Rights Reserved.

# A3315

**Payment Service Provider Restrictions (Updated)**

An Acquirer must ensure that its Payment Service Provider (PSP) does not deposit Transactions on behalf of another PSP.

ID#: 151012-010711-0026437

**Payment Service Provider Activity Reporting (Updated)**

Upon Visa request, an Acquirer must submit to Visa activity reporting on its Payment Service Provider's Sponsored Merchants that includes, for each Sponsored Merchant:

- Sponsored Merchant name
- Merchant Category Code
- Sales count and amount
- Chargeback count and amount

ID#: 151012-010711-0026438

## High-Risk Internet Payment Service Providers

### High-Risk Internet Payment Service Provider Registration (Updated)

**Effective 1 December 2011,** an Acquirer must register each Payment Service Provider ( PSP) considered to be high-brand risk with Visa as a High-Risk Internet Payment Service Provider, regardless of whether or not that PSP has been previously registered with Visa.

The Acquirer must receive written confirmation of approval and registration of the High-Risk Internet Payment Service Provider before entering any High-Brand Risk Transactions into Interchange.

Visa may assess a registration fee and annual charge to the Acquirer for each High-Risk Internet Payment Service Provider registered, as specified in the applicable Fee Guide.

ID#: 151012-011211-0026328

### High-Risk Internet Payment Service Provider Processing Requirements (Updated)

**Effective 1 December 2011,** if a Cardholder accesses the Website of an Electronic Commerce Merchant considered to be high-brand risk or that of a High-Brand Risk Sponsored Merchant and is then linked to the Website of the High-Risk Internet Payment Service Provider for payment:

- The name of the High-Risk Internet Payment Service Provider must appear in the Authorization Request and Clearing Record in conjunction with the name of the High-Brand Risk Sponsored Merchant

© 2012 Visa. All Rights Reserved.

# A3316

- The High-Risk Internet Payment Service Provider must comply with the Transaction processing requirements specified in the applicable VisaNet Manuals

ID#: 151012-011211-0026329

## High-Risk Internet Payment Service Provider Fines

**Effective 1 December 2011,** an Acquirer that fails to comply with registration program requirements for High-Risk Internet Payment Service Providers is assessed a fine, as follows:

- US $25,000 per month per High-Brand Risk Sponsored Merchant or High-Risk Internet Payment Service Provider
- After 3 violations in a calendar year, one or both of the following:
  - US $100,000 for each 30-calendar-day period of non-compliance
  - Prohibition against signing High-Brand-Risk Sponsored Merchants

ID#: 111011-011211-0026334

## High-Risk Internet Payment Service Provider Contractual Obligation

**Effective 1 December 2011,** an Acquirer must ensure that its High-Risk Internet Payment Service Providers and High-Brand Risk Sponsored Merchants are contractually obligated to operate in accordance with the *Visa International Operating Regulations.*

ID#: 160312-011211-0026331

## High-Risk Internet Payment Service Provider Agreement Requirements

**Effective 1 December 2011,** an Acquirer must ensure that a High-Risk Internet Payment Service Provider Agreement requires:

- That the High-Brand Risk Sponsored Merchant Agreement be signed by a senior officer of the High-Risk Internet Payment Service Provider
- The High-Risk Internet Payment Service Provider to report:
  - Acquisition of new High-Brand Risk Sponsored Merchants
  - Monthly Transaction activity for all High-Brand Risk Sponsored Merchants

The reports must be provided to Visa in specified electronic formats available from Visa upon request.

ID#: 111011-011211-0026332

## Visa Right to Prohibit or Disqualify Sponsored Merchants - U.S. Region

Visa may prohibit a U.S. Acquirer from including any Merchant as a High-Risk Sponsored Merchant in its High-Risk Internet Payment Service Provider portfolio if the Merchant either:

© 2012 Visa. All Rights Reserved.

# A3317

Visa International Operating Regulations

- Generates or has a history of generating excessive levels of exception items (Chargebacks and/or credits) within a 12-month period
- Takes action to evade responsibility for compliance with the *Visa International Operating Regulations*

Visa may disqualify a High-Risk Internet Payment Service Provider or High-Risk Sponsored Merchant in accordance with the High-Risk Chargeback Monitoring Program or for other activity that causes undue harm to the Visa system.

ID#: 010410-010410-0008667

## High-Risk Internet Payment Service Provider Eligibility - U.S. Region

**Effective through 30 November 2011,** before entering into a Merchant Agreement with a High-Risk Internet Payment Service Provider, a U.S. Acquirer must:

- Be in good standing in all Visa risk management programs
- Meet the Acquirer Tier 1 capital requirement

ID#: 111011-010410-0003519

## High-Risk Internet Payment Service Provider Registration - U.S. Region

**Effective through 30 November 2011,** a U.S. Acquirer must register a High-Risk Internet Payment Service Provider and its High-Risk Sponsored Merchants with Visa before entering Transactions into Interchange.

Visa assesses a registration fee and annual charge for High-Risk Internet Payment Service Providers and High-Risk Sponsored Merchants, as specified in the *Visa U.S.A. Fee Guide.*

ID#: 111011-010410-0008665

## High-Risk Internet Payment Service Provider Fines - U.S. Region

**Effective through 30 November 2011,** a U.S. Acquirer that fails to comply with registration program requirements for High-Risk Internet Payment Service Providers is assessed a fine, as follows:

- US $25,000 per month per High-Risk Sponsored Merchant or High-Risk Internet Payment Service Provider
- After 3 violations in a calendar year, one or both of the following:
  - US $100,000 for each 30-calendar-day period of non-compliance
  - Prohibition against signing High-Risk Sponsored Merchants

ID#: 111011-010410-0003523

© 2012 Visa. All Rights Reserved.

# A3318

### High-Risk Internet Payment Service Provider Contractual Obligation - U.S. Region

**Effective through 30 November 2011,** a U.S. Acquirer must ensure that High-Risk Internet Payment Service Providers and High-Risk Sponsored Merchants are contractually obligated to operate in accordance with the *Visa International Operating Regulations.*

ID#: 111011-010410-0007313

### High-Risk Internet Payment Service Provider Agreement Requirements - U.S. Region

**Effective through 30 November 2011,** a U.S. Acquirer must ensure that the Internet Payment Service Provider Agreement requires:

- That the High-Risk Sponsored Merchant Agreement be signed by a senior officer of the High-Risk Internet Payment Service Provider
- The High-Risk Internet Payment Service Provider to report:
  - Acquisition of new High-Risk Sponsored Merchants (using the electronic "High-Risk Sponsored Merchant Registration" form)
  - Monthly Transaction activity for all High-Risk Sponsored Merchants

The reports must be provided to Visa in specified electronic formats available from Visa upon request.

ID#: 111011-010410-0003522

# Up-Selling and Negative Option Transactions

## Up-Selling and Negative Option General Requirements

### Up-Selling Merchant Requirements (Updated)

An Up-Selling Merchant must comply with all of the following:

- Clearly disclose to the Cardholder all of the following:
  - The name of the Up-Selling Merchant offering the goods and/or services, in a manner that clearly differentiates the Up-Selling Merchant from the initial Merchant
  - A description of the goods and/or services being offered
  - The length of the trial period, if offered, including clear disclosure that the Cardholder will be charged unless the Cardholder takes steps to cancel the subsequent Transaction
  - The Transaction amount and Transaction Date for the goods and/or services purchased
  - The cancellation policy for all goods and/or services being offered

© 2012 Visa. All Rights Reserved.

# A3319

- Obtain an Authorization for the initial Transaction and any subsequent Transactions, as specified in "Recurring Transaction Processing"

- Obtain express informed consent from the Cardholder for the subsequent Transactions by requiring the Cardholder to undertake all of the following:

  – Enter their personal Account Number for the subsequent Transaction

  – Enter the name and address and contact details of the Cardholder

  – Perform an additional affirmative action, such as clicking a confirmation button or other authentication, as permitted by local applicable law, to indicate Cardholder consent for participation in the Transaction

- Comply with all other Transaction processing requirements, as specified in the *Visa International Operating Regulations*

ID#: 151012-010611-0026364


## Negative Option Merchant Requirement (Updated)

A Negative Option Merchant must comply with all of the following requirements:

- Obtain express informed consent from the Cardholder by disclosing all purchase terms and conditions prior to initiating the initial Transaction, including, but not limited to:

  – The name of the Merchant offering the goods and/or services

  – A description of the goods and/or services being offered

  – The Transaction amount and Transaction Date (for each recurring charge) for goods and/or services purchased

  – The length of the trial period, if offered, including clear disclosure that the Cardholder will be charged unless the Cardholder takes steps to cancel the subsequent Transaction

  – The cancellation policy for all goods and/or services being offered, if the initial Cardholder acceptance of such goods and/or services was online

- Provide a simple mechanism for the Cardholder to cancel charges, including recurring charges, if the Cardholder purchased the goods and/or services online

- Comply with all other Transaction requirements, as specified in the *Visa International Operating Regulations*

ID#: 151012-010611-0026365

© 2012 Visa. All Rights Reserved.

# A3320

# Recurring Transactions

## Recurring Transaction General Requirements

### General Requirements for Recurring Transactions (Updated)

A Recurring Services Merchant must:

- Obtain a completed order form, or written Cardholder permission to periodically charge for recurring goods or services, in a format including but not limited to, e-mail or other electronic record or hardcopy correspondence. This written permission must include, at least, but is not limited to, the following:

  – Transaction amount, unless the Recurring Transactions are for varying amounts

  – Frequency of the recurring charges

  – Duration for which Cardholder permission is granted

- Retain this permission for the duration of the recurring services and provide it upon Issuer request

- Provide a simple and easily accessible online cancellation procedure if the Cardholder request for goods or services was initially accepted online

- Obtain subsequent written Cardholder permission when a Recurring Transaction is renewed

ID#: 151012-010410-0002932

### Recurring Transaction Processing (Updated)

For a Recurring Transaction, a Merchant must:

- Confirm the Transaction amount unless the Recurring Transactions are for varying amounts

- Obtain an Authorization for each Transaction in the series

- Obtain the Cardholder signature, or an electronic signature or other similar authentication, that is effective as Cardholder consent under applicable law

- Write "Recurring Transaction" on the signature line of the Transaction Receipt

- For an Electronic Commerce Transaction that is a Recurring Transaction, include on the Transaction Receipt the frequency and duration of the Recurring Transactions, as agreed to, in writing, by the Cardholder

ID#: 151012-010410-0003665

### Recurring Services Merchant Prohibitions (Updated)

A Recurring Services Merchant must **not**:

© 2012 Visa. All Rights Reserved.

# A3321

- Include partial payment for goods or services purchased in a single Transaction
- Include additional finance charges on a Recurring Transaction
- Complete a Recurring Transaction if it receives a Decline Response or a cancellation notice from the Cardholder
- Disclose an Account Number, personal information, or other Transaction Information to any entity other than to a registered Third Party, the Acquirer, or Agent, except for the purpose of completing a Transaction

ID#: 151012-010410-0002933

## Recurring Electronic Commerce Transactions

The initial Transaction for a recurring Electronic Commerce Transaction must be processed with the appropriate Electronic Commerce Indicator values, as specified in:

- "BASE II Record Requirements" (Exhibit 2L)
- "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A)
- "Required Message Content for VisaNet Authorization Requests" (Exhibit 3B)

Subsequent recurring Electronic Commerce Transactions must be completed as specified in "Recurring Transaction Processing" and "BASE II Record Requirements" (Exhibit 2L).

ID#: 160312-150210-0003111

## Notification Requirements for Recurring Transactions - U.S. Region

In the U.S. Region, for Recurring Transactions of varying amounts, the:

- Order Form must allow the Cardholder to specify a minimum and maximum Transaction amount to be charged, unless the Cardholder will be notified of the amount and date of each charge, as specified below
- Merchant must inform the Cardholder of their right to receive, at least 10 calendar days before each scheduled Transaction Date, written notification of the amount and date of the next charge

The Cardholder may choose to receive the notification:

- For every charge
- When the Transaction amount does not fall within the range of amounts specified on the Order Form
- When the Transaction amount will differ from the most recent charge by more than an agreed-upon amount

ID#: 010410-010410-0002930

© 2012 Visa. All Rights Reserved.

# A3322

**Recurring Services Merchant Contact Information**

For a Recurring Transaction, an Acquirer must:

- Ensure that its Recurring Services Merchant obtains an Authorization for all Recurring Transactions
- Transmit the Recurring Transaction indicator in the:
  - Authorization Request
  - Clearing Record

The Clearing Record for a Recurring Transaction must contain Merchant contact information in the Merchant name or Merchant city fields that enables the Cardholder to contact the Merchant directly.

ID#: 010410-010410-0008652

# Installment Transactions

## Installment Transaction General Requirements

### Installment Transaction General Requirements

A Merchant that offers Installment Transactions must:

- Disclose in writing, electronically or by another method, to the Cardholder the terms of the Installment Transaction, including:
  - All costs associated with the purchase of the goods or services
  - Transaction Currency agreed to by the Cardholder
  - That Transaction amounts may vary due to Currency Conversion Rate fluctuations
- **Not** submit an Installment Transaction Receipt to its Acquirer at intervals of less than 7 calendar days
- **Not** submit an initial Installment Transaction Receipt to its Acquirer until the merchandise has been shipped, unless the Merchant requires a "down payment" or deposit for custom-order goods
- Authorize the initial and all subsequent Transactions (Zero Floor Limit applies)

ID#: 010410-010410-0002891

© 2012 Visa. All Rights Reserved.

# A3323

Visa International Operating Regulations

## Liability for Installment Transactions

Except as specified in the *Visa International Certificate of Incorporation and Bylaws*, Visa assumes no liability for Installment Transactions processed more than 30 calendar days from the Authorization date.

ID#: 031209-150210-0002892

## Installment Billing Transaction Option - U.S. Region

In the U.S. Region, a Mail/Phone Order or Electronic Commerce Merchant may offer Cardholders an Installment Billing Transaction option.

If offered, the U.S. Merchant must:

- Disclose in writing the terms, including, but not limited to whether the installment terms are limited to certain goods that a Cardholder may purchase. The written disclosure must also include the shipping and handling charges and any applicable tax.
- Inform the Cardholder not billed in the Transaction Currency of the Merchant that each Installment Billing Transaction amount may vary due to Currency Conversion Rate fluctuations
- Ensure that the sum of the Installment Billing Transactions does not include any finance charge or exceed the total price of the goods
- Authorize all Installment Billing Transactions

The Merchant must **not** add finance charges to an Installment Billing Transaction.

ID#: 010410-010410-0008638

# Delayed Delivery Transactions

## Delayed Delivery Transaction General Requirements

### Delayed Delivery Transaction Authorization

A Merchant completing a Delayed Delivery Transaction must obtain an Authorization if the cumulative total of both Transaction Receipts exceeds the Floor Limit. The Merchant must obtain Authorization for each Delayed Delivery Transaction on each Transaction Date.

ID#: 010410-010410-0002879

VISA PUBLIC    15 October 2012
© 2012 Visa. All Rights Reserved.

# A3324

Visa International Operating Regulations

### Delayed Delivery Transaction Date

For Delayed Delivery Transactions, the Transaction Date for goods and services not shipped within 30 calendar days of the order is the shipment date.

ID#: 010410-010410-0002880

### Delayed Delivery Transaction Initial Deposit Time Frame

For Delayed Delivery Transactions, the Merchant may deposit the Transaction Receipt for the delayed delivery deposit before delivery of the goods or services.

For Delayed Delivery Transactions, the Merchant must **not** deposit the Transaction Receipt for the balance before delivery of the goods or services.

ID#: 010410-010410-0008993

## Delayed Delivery Transaction Receipt Requirements

### Delayed Delivery Transaction Receipt

For Delayed Delivery Transactions, the Merchant must write the word "Deposit" or "Balance" on the appropriate Transaction Receipt.

ID#: 031209-150210-0005051

### Retaining Delayed Delivery Transaction Deposit

For Delayed Delivery Transactions, the Merchant may retain the deposit if the:

- Merchant received a Decline Response for the balance
- Balance was not paid by other means
- Transaction Receipt states that the deposit is nonrefundable

ID#: 050411-010410-0002884

### Delayed Delivery Transaction Receipt - U.S. Region

In the U.S. Region, for Delayed Delivery Transactions, the Merchant must:

- Assign a separate Authorization number for each Transaction Receipt
- Write the following information on the appropriate Transaction Receipt:
  - Words "Delayed Delivery"

© 2012 Visa. All Rights Reserved.

# A3325

– Word "Deposit" or "Balance," as appropriate

– Authorization date and Authorization Code, if applicable

ID#: 031209-150210-0002925

# Advance Payment Transactions - U.S. Region

## Advance Payment General Requirements

### Advance Payment Deposit - U.S. Region

In the U.S. Region, an Advance Payment Service Merchant may deposit a Transaction Receipt representing a partial or complete advance payment.

The Merchant must complete a Transaction Receipt for the amount of the advance payment, including:

• Words "Advance Payment" on the signature line

• Cardholder's Account Number, telephone number, and mailing address

• Card expiration date

• Cardholder name on the Card

ID#: 010410-010410-0008654

### Acquirer Requirements for Advance Payment Service - U.S. Region 5.4.U

A U.S. Acquirer must obtain all of the following from a Merchant participating in the Advance Payment Service:

• Merchant name

• Address of each Merchant Outlet and type of service provided

• Number of years in business

• Number of years of ownership of the current business

• Chargeback/fraud ratios from the previous 6 months

• Configuration of cancellation codes

• Outline of the Merchant's procedures, including written cancellation policy and telephone script for accepting Advance Payment Service Transactions

ID#: 010410-010410-0005226

© 2012 Visa. All Rights Reserved.

# A3326

## Merchant Agreement for Advance Payment Service - U.S. Region 5.4.U

A U.S. Acquirer must incorporate at least the substance of the Advance Payment Service requirements into all Merchant Agreements, either as part of the Merchant Agreement or a separate contract, for each of its Advance Payment Service Merchants.

ID#: 010410-010410-0005214

## Advance Payment Procedures - U.S. Region 5.4.U

A U.S. Merchant participating in the Advance Payment Service must:

- Accept all Cards in its category of acceptance for advance payment when the Cardholder agrees to the Advance Payment Service
- Determine the amount of the Advance Payment Service Transaction. The Transaction amount must **not** exceed the total price of the reserved services or activity.
- Inform the Cardholder of the following:
    - Total price of the services or activity
    - Advance payment amount
    - Advance payment confirmation code
    - Cancellation terms. If a cancellation request is not received within the cancellation time specified by the Merchant, the Cardholder must forfeit the advance payment amount.
- Obtain all of the following:
    - Cardholder's Account Number, telephone number, and mailing address
    - Card expiration date
    - Cardholder name on the Card

ID#: 010410-010410-0005215

## Written Confirmation of Advance Payment Service Transaction - U.S. Region

If a U.S. Merchant receives an Approval Response for an Advance Payment Service Transaction, the Merchant must:

- Deposit the Transaction Receipt, as specified in the *Visa International Operating Regulations*
- Mail a written confirmation to the Cardholder with a:
    - Copy of the Transaction Receipt
    - Cancellation policy, including any applicable limitations relating to "bad weather" cancellations

For an advance payment made less than 72 hours before the scheduled commencement of services, a written confirmation is required only upon Cardholder request.

© 2012 Visa. All Rights Reserved.

# A3327

Visa International Operating Regulations

If the Merchant receives a Decline Response, the Merchant must advise the Cardholder and must **not** deposit the Transaction Receipt.

ID#: 031209-150210-0008650

### Advance Payment Service Cancellation Procedures - U.S. Region 5.4.U

A U.S. Merchant participating in the Advance Payment Service must:

- Accept all cancellation requests, provided that the request is made before the specified cancellation date and time

- Provide a cancellation number and advise the Cardholder to retain it in case of a dispute

- Complete a Credit Transaction Receipt for the amount of the advance payment with the:

  - Words "Advance Payment" on the signature line

  - Cardholder's Account Number and mailing address

  - Card expiration date

  - Cardholder name on the Card

  - Cancellation number

- Mail the Credit Transaction Receipt to the address indicated by the Cardholder within 3 business days from the Transaction Date

ID#: 010410-010410-0005219

# Dynamic Currency Conversion

## Dynamic Currency Conversion - General Requirements

### Penalties for Incorrect Use of Dynamic Currency Conversion (Updated)

An Acquirer, VisaNet Processor, or Third Party Agent that offers Dynamic Currency Conversion, must effect a timely resolution of violations of the *Visa International Operating Regulations*. The table below specifies the actions and penalties that may occur when an Acquirer, Merchant Outlet, VisaNet Processor, or Third Party Agent violates the Dynamic Currency Conversion requirements.

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3328

Visa International Operating Regulations

**Dynamic Currency Conversion Actions and Penalties**

| Dynamic Currency Conversion Action | Event | Visa Action or Fine |
|---|---|---|
| Registration of Acquirer, VisaNet Processor or Third Party Agent | Acquirer fails to register itself, its VisaNet Processor or Third Party Agent | Notification of violation with specific date of correction and request for action plan |
| | Failure to register within 10 calendar days from the date of notification letter on failure to register | US $10,000 fine per unregistered Acquirer, VisaNet Processor, or Third Party Agent per month |
| | Failure to register within 30 calendar days from the date of notification letter on failure to register | Visa may:<br><br>• Require the Acquirer to stop the Dynamic Currency Conversion being offered by the unregistered VisaNet Processor or Third Party Agent<br><br>• Prohibit the Acquirer from contracting with any Dynamic Currency Conversion, VisaNet Processor, or Third Party Agent |
| Registration of Merchant and Merchant Outlet | Acquirer fails to register its Dynamic Currency Conversion enabled Merchant or Merchant Outlet as per the *International Transactions Guide* | Notification of violation with specific date of correction and request for action plan |
| | Failure to register in the next quarterly registration cycle | US $10,000 fine per unregistered Merchant or Merchant Outlet, per quarterly registration cycle |
| Certification | Failure of Acquirer to certify itself, its VisaNet Processor or Third Party Agent | Notification of violation with specific date of correction and request for action plan |
| | Failure to certify within 10 calendar days from the date of notification letter on failure to certify | US $10,000 fine per month per uncertified Acquirer, VisaNet Processor or Third Party Agent, or per Merchant Outlet using an uncertified Dynamic Currency Conversion solution |
| | Failure to certify within 30 calendar days from the date of notification letter on failure to certify | Visa may:<br><br>• Require the Acquirer to stop the Dynamic Currency Conversion being offered by the uncertified VisaNet Processor or Third Party Agent or by the Merchant Outlet using an uncertified Dynamic Currency Conversion solution.<br><br>• Prohibit the Acquirer from contracting with any Merchant Outlet, VisaNet Processor, or Third Party Agent offering Dynamic Currency Conversion |

© 2012 Visa. All Rights Reserved.

# A3329

Visa International Operating Regulations

| Dynamic Currency Conversion Action | Event | Visa Action or Fine |
|---|---|---|
| Merchant Outlet Dynamic Currency Conversion Violations | Merchant Outlet non-compliant with one or more Dynamic Currency Conversion rules | Notification of violation with specific date of correction and request for action plan |
| | Failure to provide action plan for violation resolution within 30 calendar days from the date of notification letter on Dynamic Currency Conversion violation | US $10,000 fine per non-compliant Merchant Outlet per month |
| | Failure to provide action plan for violation resolution within 60 calendar days from the date of notification letter on Dynamic Currency Conversion violation | Visa may:<br><br>• Require the Acquirer to stop Dynamic Currency Conversion being offered by the Merchant Outlet<br><br>• Prohibit the Acquirer from contracting with any Dynamic Currency Conversion Merchant Outlet |
| Dynamic Currency Conversion Approval Revocation | Uncorrected Acquirer, Acquirer's Merchant Outlet, VisaNet Processor, or Third Party Dynamic Currency Conversion violation | Visa may revoke Dynamic Currency Conversion approval from the Acquirer, an Acquirer's Merchant Outlet, VisaNet Processor, or Third Party Agent for:<br><br>• Repeated or persistent violation of the *Visa International Operating Regulations* following notice from Visa to the Acquirer to remedy any breach and failure to do so within a reasonable time frame<br><br>• Repeated or persistent Cardholder complaints identified against an Acquirer or an Acquirer's Merchant Outlet, VisaNet Processor, or Third Party Agent within a 3-month period and the Acquirer failed to comply with the *Visa International Operating Regulations* regarding its Merchant Outlet, VisaNet Processor, or Third Party Agent pertaining to disclosure, Cardholder choice, and fee disclosure<br><br>• Failure to ensure proper Merchant Outlet staff training and retraining on Dynamic Currency Conversion to ensure compliance<br><br>• Failure to prevent its Merchant Outlet from deploying a Point-of-Transaction Terminal or other Merchant Outlet procedures that will lead or have led to a violation of the *Visa International Operating Regulations* |

ID#: 151012-010410-0001293

© 2012 Visa. All Rights Reserved.

# A3330

## Dynamic Currency Conversion - Merchant Requirements

### Dynamic Currency Conversion Merchant Requirements

A Merchant offering Dynamic Currency Conversion must:

- Inform the Cardholder that Dynamic Currency Conversion is optional
- **Not** impose any additional requirements on the Cardholder to have the Transaction processed in the local currency
- **Not** use any language or procedures that may cause the Cardholder to choose Dynamic Currency Conversion by default
- **Not** misrepresent, either explicitly or implicitly, that its Dynamic Currency Conversion service is a Visa service
- Not convert a Transaction amount in the local currency that has been approved by the Cardholder into an amount in the Cardholder's billing currency after the Transaction has been completed but not yet entered into Interchange
- Ensure that the Cardholder expressly agrees to a Dynamic Currency Conversion Transaction, as specified in "Dynamic Currency Conversion Transaction Receipt Requirements"

ID#: 111011-010410-0003100

### Multi-Currency Priced Transaction Requirement

**Effective 9 September 2010,** in a Multi-Currency Priced Transaction, the displayed price and currency selected by the Cardholder must be the same price and currency charged to the Cardholder, printed on the Transaction Receipt, and entered into Interchange by the Acquirer, as specified in the *International Transactions Guide.*

ID#: 050411-090910-0026216

### Dynamic Currency Conversion Transaction Receipt Requirements

In both a Card-Present and Card-Absent Environment, a Transaction Receipt representing Dynamic Currency Conversion at the Point-of-Transaction must show separately:

- Currency symbol of the Merchant's local currency
- Transaction amount of the goods or services purchased in the Merchant's local currency
- Exchange rate used to determine the Transaction amount
- Currency conversion commission, fees, or, mark up on the exchange rate over a wholesale rate or government mandated rate
- Currency symbol of the Transaction Currency

© 2012 Visa. All Rights Reserved.

# A3331

Visa International Operating Regulations

- Total Transaction amount charged by the Merchant in the Transaction Currency, and the words "Transaction Currency"
- Statement, easily visible to the Cardholder, that specifies the:
  - Cardholder has been offered a choice of currencies for payment, including the Merchant's local currency
  - Cardholder expressly agrees to the Transaction Receipt information by marking an "accept" box on the Transaction Receipt

The Transaction Receipt **must** indicate that Dynamic Currency Conversion is conducted by the Merchant.

ID#: 230312-010410-0003101

## Dynamic Currency Conversion Priority Check-Out and Express Return Requirements

Before initiating Dynamic Currency Conversion for a Priority Check-out Transaction or an express-return car rental Transaction, the Merchant must complete a written agreement with the Cardholder that specifies:

- Cardholder has agreed that Dynamic Currency Conversion will take place
- Cardholder has been offered a choice of currencies for payment, including the Merchant's local currency
- Specific Transaction Currency agreed to by the Cardholder and Merchant
- Cardholder expressly agrees to DCC by marking an "accept" box on the written agreement
- Currency conversion commission, fees, or mark-up on the exchange rate over a wholesale rate or government mandated rate
- Exchange rate will be determined by the Merchant at a later time without additional consultation with the Cardholder

The written agreement must indicate that the Dynamic Currency Conversion is conducted by the Merchant.

The Merchant must disclose to the Cardholder all of the Transaction Receipt requirements specified in "Dynamic Currency Conversion Transaction Receipt Requirements."

ID#: 160312-010410-0008642

## Dynamic Currency Conversion - Acquirer Requirements

### Dynamic Currency Conversion Acquirer Requirements (Updated)

Before processing a Dynamic Currency Conversion Transaction, an Acquirer must:

- Register for Dynamic Currency Conversion as specified in the *International Transactions Guide*

© 2012 Visa. All Rights Reserved.

# A3332

Visa International Operating Regulations

- Register any VisaNet Processor or Third Party Agent that is providing Dynamic Currency Conversion services to the Acquirer or its Merchant Outlets, as specified in the *International Transactions Guide*

- Certify all Dynamic Currency Conversion solutions used by its Merchants, as specified in the *International Transactions Guide*

- Notify Visa when material changes are made to a Dynamic Currency Conversion solution used by its Merchants and recertify if required

- Ensure that each Merchant Outlet conducting Dynamic Currency Conversion complies with the *Visa International Operating Regulations* and the *International Transactions Guide*

ID#: 151012-010510-0025740

## Dynamic Currency Conversion Merchant Registration Requirement (Updated)

An Acquirer that offers its Merchants the facility to conduct Dynamic Currency Conversion must provide to Visa the name and location of each of its Merchant's Merchant Outlets that conduct Dynamic Currency Conversion Transactions.

An Acquirer is not, however, required to register each Sponsored Merchant if Dynamic Currency Conversion is conducted by the Sponsored Merchant's Payment Service Provider ( PSP).

The Acquirer is responsible for registering with Visa the Merchant or Merchant Outlet, as specified in the *International Transactions Guide*, whether or not the Acquirer has directly supplied the service to the Merchant or Merchant Outlet.

ID#: 151012-010410-0008657

## Dynamic Currency Conversion Program Fee (Updated)

An Acquirer that participates in Dynamic Currency Conversion must pay an annual program fee, as specified in the applicable Fee Guide. This fee will not be pro-rated.

ID#: 151012-011010-0025741

© 2012 Visa. All Rights Reserved.

# A3333

# Manual Cash Disbursements

## Manual Cash Disbursements Requirements

### Member Manual Cash Disbursements

Each Member, excluding one participating **only** in the Visa Electron or Plus programs, must make Manual Cash Disbursements to other Issuers' Visa Cardholders from all of its Branches in its Country of Domicile. This includes, but is not limited to, unembossed Visa Cards, and Visa Cards with a generic identifier or no Cardholder name. This requirement is limited only by applicable law and the Issuer's Cash Disbursement policy.

ID#: 081010-010410-0006851

### Manual Cash Disbursements - Visa Electron Cards

A Member may make Manual Cash Disbursements to other Issuers' Visa Electron Cardholders if the Member complies with the appropriate acceptance procedures.

ID#: 010410-010410-0006852

### Manual Cash Disbursement - Foreign Branches

A foreign Branch of a Member licensed to use the Visa Program Marks outside of its Country of Domicile may make Manual Cash Disbursements to:

- Other Issuers' Visa Cardholders

- Other Issuers' Visa Electron Cardholders, if the Branch complies with the appropriate acceptance procedures

A Foreign Branch of a U.S. Member licensed to use the Visa Program Marks must make Manual Cash Disbursements to other Issuers' Visa Cardholders up to the maximum Cash Disbursement limit assigned to the Foreign Branches by the Member. *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008660

### Manual Cash Disbursements - Related Companies

A Member may make Manual Cash Disbursements through the offices of its related companies if:

- The companies are primarily engaged in providing financial services to the public

- The Member or the Member's holding company wholly owns the company

- Visa has given the Member prior approval

© 2012 Visa. All Rights Reserved.

# A3334

Visa International Operating Regulations

A variance to this provision applies in the CEMEA Region for Members in South Africa.

ID#: 081010-010410-0006854

## Visa Electron Acceptance for Manual Cash Disbursements

An Acquirer must use a Point-of-Transaction Terminal with Electronic Capability to accept Visa Electron Cards for Manual Cash Disbursements.

ID#: 010410-010410-0006865

## Manual Cash Disbursement Transaction Currency

The Transaction Currency for a Manual Cash Disbursement must be the:

- Currency dispensed
- Currency in the Authorization Request
- Currency presented into Interchange

ID#: 010410-010410-0006862

## Manual Cash Disbursement Fee Disclosure

A Manual Cash Disbursement Transaction Receipt must state that the Issuer may assess a Cash Disbursement fee or set-up charge.

ID#: 081010-010410-0006863

## Manual Cash Disbursement Transaction Receipt

An Acquirer must provide the Cardholder with a Manual Cash Disbursement Transaction Receipt that includes the:

- Transaction amount
- Transaction date
- Account Number
- Acquirer name and location

ID#: 010410-010410-0007539

© 2012 Visa. All Rights Reserved.

# A3335

## Manual Cash Disbursement Cardholder Identification Requirements in Australia – AP Region

In addition to the requirements specified in "Validation of Cardholder Identity," an Acquirer in Australia must comply with the following Cardholder Verification Method requirements when making a Manual Cash Disbursement. An Issuer making a Manual Cash Disbursement to its own Cardholder may set its own verification requirements.

The Acquirer must verify that the person resembles the person described or depicted on one of the following forms of primary identification:

• Credit or debit card bearing the Cardholder's photograph

• Driver's license

• Photographic passport

If the Cardholder is unable to provide a primary identification, the Acquirer may request any two of the following forms of secondary identification:

• Any other identity card bearing the Cardholder's photograph

• Another signed debit/credit card

• Another signed document (e.g. employee identity card, union card, student card)

• Pensioner cards

ID#: 111011-060111-0026151

## Non-Member Cash Disbursements - CEMEA Region

A CEMEA Acquirer may allow a non-Member that is ineligible for Visa membership to make Cash Disbursements if:

• Visa has approved the applicable country, and the Member's principal place of business is within it

• The non-Member locations are within the approved country

• Visa has given its written approval

• The Acquirer assumes full responsibility for compliance with the *Visa International Certificate of Incorporation and Bylaws* and the *Visa International Operating Regulations*

A variance to this provision applies in the CEMEA Region for Members in South Africa.

ID#: 081010-150210-0005362

## Manual Cash Disbursement Requirements - LAC Region

Before completing a Manual Cash Disbursement, an LAC Member must follow the "Card and Cardholder Verification" procedures and write on the Transaction Receipt the:

© 2012 Visa. All Rights Reserved.

# A3336

- Cardholder name (if it is different from the name embossed on the Card)
- Cardholder address

ID#: 010410-010410-0005254

## Manual Cash Disbursements - Chargeback Reasons - U.S. Region

A U.S. Issuer must **not** charge back a Manual Cash Disbursement that exceeds X, except for the reasons listed .

A U.S. Issuer may, within 180 calendar days of the Central Processing Date, request Compliance, **only** if either:

- The Issuer asserts that the Transaction was not authorized through the V.I.P. System
- The Acquirer's failure to provide the requested copy of a signed, imprinted, and legible Cash Disbursement Transaction Receipt or Transaction Record in a timely manner resulted in a loss to the Issuer

ID#: 111011-010410-0006934

## Manual Cash Disbursements - Requirements and Limitations - U.S. Region

Each U.S. Member authorized to provide Cash Disbursements in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws, Section 2.04,* must make Manual Cash Disbursements to other Issuers' Visa Cardholders. This includes, but is not limited to, valid Visa Payroll Cards and Visa Prepaid Cards with an unembossed Cardholder name. This requirement is limited only by applicable law, the Issuer's Cash Disbursement policy, and as specified in the *Visa International Operating Regulations*.

ID#: 010410-010410-0005111

## Participant-Type Members Providing Cash Disbursements - U.S. Region

Before making Cash Disbursements, a Participant-Type Member in the U.S. Region that is authorized to provide Cash Disbursements, as described in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws, Section 2.04(j),* must be separately approved for each type of Cash Disbursement by Visa.

ID#: 010410-010410-0005114

## Manual Cash Disbursement - Card Security Features - U.S. Region 5.5.B.6.a, 3.7.A.1.m

Before completing a Manual Cash Disbursement, a U.S. Acquirer must:

- At the request of Visa, check one or more Card security features
- For a Visa Mini Card, request the corresponding full-sized card

© 2012 Visa. All Rights Reserved.

# A3337

- Compare the first 4 digits of the embossed or printed Account Number to the 4 digits printed above or below the Account Number. If the digits do not match, the Acquirer must attempt to recover the Card, as specified in "Card Recovery"
- Record the printed 4 digits by either:
  - Writing the digits in the space provided on the "80-Column Cash Disbursement Transaction Receipt" (Exhibit 7A)
  - Key entering and electronically printing the digits on the Cash Disbursement Transaction Record in the designated space (if using a Point-of-Transaction Terminal capable of printing key-entered numbers)
- Authorize all Manual Cash Disbursements via an Account-Number-Verifying Terminal

ID#: 010410-010410-0008663

## Minimum and Maximum Cash Disbursement Amounts

### Issuer Minimum Manual Cash Disbursement Amount - U.S. Region

A U.S. Issuer must **not** establish a minimum Manual Cash Disbursement amount.

ID#: 010410-010410-0006858

### Acquirer Minimum Manual Cash Disbursement Amount - U.S. Region

A U.S. Acquirer must **not** establish a minimum Manual Cash Disbursement amount.

ID#: 160312-010410-0005119

## Manual Cash Disbursement Restrictions

### Manual Cash Disbursement - Surcharge Prohibition

An Acquirer must **not** add a surcharge to a Manual Cash Disbursement unless local law expressly requires that a Member be permitted to impose a surcharge. Any surcharge amount, if allowed, must be included in the Transaction amount and **not** collected separately.

ID#: 010410-010410-0006864

### Manual Cash Disbursement - Mobile Payment Device Prohibition

**Effective 8 March 2012,** an Acquirer must not accept a Mobile Payment Device for a Manual Cash Disbursement.

ID#: 160312-080312-0026781

© 2012 Visa. All Rights Reserved.

# A3338

### Visa Electron and Visa TravelMoney Manual Cash Disbursement - U.S. Region

A U.S. Acquirer must **not** accept a Visa Electron Card for a Manual Cash Disbursement.

A U.S. Acquirer must **not** accept a Visa TravelMoney Card for a Manual Cash Disbursement, unless the Card bears the Visa Brand Mark.

ID#: 111011-010410-0008669

# Cash-Back Services

## Cash-Back Services General Requirements

### Cash-Back Services

At the option of a Visa Region, a Visa or Visa Electron Merchant may provide Cash-Back to Visa or Visa Electron Cardholders for Domestic Transactions only. The Merchant must:

- Provide Cash-Back only in conjunction with a purchase [101] [102]
- Authorize and complete the Transaction as a purchase and uniquely identify the Cash-Back portion of the Transaction amount

A variance to this provision applies in the CEMEA Region for Members in South Africa.

A variance applies in the AP Region for Members in Australia.

ID#: 160312-010410-0002971

### Cash-Back Service Requirements

Before offering Cash-Back, a Member must be certified with Visa for the Visa Cash-Back Service.

ID#: 160312-011010-0026040

### Cash-Back Amounts

The Cash-Back amount must be less than the total Transaction amount. [103] [104]

---

101  A variance to this requirement applies in the AP Region for Members in India.
102  **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region.
103  A variance applies to the AP Region for Members in India.
104  A variance applies to the AP Region for Members in Australia.

© 2012 Visa. All Rights Reserved.

# A3339

A Merchant offering Cash-Back through Visa may establish a minimum or maximum Cash-Back amount. The maximum amount must not exceed US $200, or local currency equivalent. [105]

ID#: 230312-011010-0026042

## Cash-Back Product Eligibility

A Cash-Back Transaction may be performed using the Visa Cash-Back Service on:

- A Visa debit product
- Certain Visa Prepaid Cards, as specified in the applicable Visa International Prepaid Program Guidelines
- A Visa credit product, with the prior written approval of Visa

A Merchant must not process a credit refund or Credit Transaction Receipt for the Cash-Back component of a Transaction.

ID#: 230312-011010-0026045

## Cash-Back Services in India - AP Region

In addition to the requirements specified in the AP Regional Operating Regulations and the *Visa International Operating Regulations*, a Member in India that participates in the Cash-Back Service must comply with **all** of the following:

- A Cash-Back Transaction must be a domestic transaction
- The Issuer must ensure that the Cash-Back Service is only available to the product types permitted by the Reserve Bank of India (RBI)
- The Cash-Back Service must be available irrespective of whether or not the Cardholder makes a purchase
- The Issuer must ensure that Cash-Back disbursements do not exceed the RBI-legislated daily Cash-Back limit per Card
- The Merchant must not process a Credit Transaction for the Cash-Back element of the Transaction
- The Cash-Back Transaction Receipt must include the amount of the Cash-Back element of the Transaction as a separate field, irrespective of whether there is a purchase component to the Transaction

ID#: 151011-060111-0026139

---

105  A variance applies to the AP Region for Members in Australia.

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3340

### Cash-Back Services in Australia – AP Region

In addition to the Cash-Back Services General Requirements specified in the AP Regional Operating Regulations, an Issuer or Acquirer in Australia that participates in Cash-Back services must comply with **all** of the following:

• A Cash-Back transaction must be a Domestic

• The Cash-Back service must be available irrespective of whether or not the Cardholder makes a purchase

• A Cash-Back transaction receipt must include the amount of the Cash-Back element of the Transaction as a separate field, irrespective of whether there is a purchase component to the Transaction

• Cash-Back transactions may only be performed on a Visa debit Card bearing a Visa Smart Debit and Credit (VSDC) Chip

• A Cash-Back Transaction must be sent Online for Authorization

• Fallback Transactions are prohibited

• Cash-Back transactions must be PIN-verified

• A Merchant must **not** process a credit refund or Credit Transaction Receipt for the Cash-Back component of a Transaction

ID#: 160312-060111-0026152

### Cash-Back Services Participation Requirement in Australia – AP Region

An Issuer in Australia must offer Cash-Back services on its Visa debit Chip Cards.

An Acquirer in Australia must be certified to support Cash-Back Transactions.

ID#: 160312-060111-0026153

### Cash-Back Services Merchant Participation - AP Region, LAC Region, and U.S. Region (New)

**Effective 1 April 2013**, in the U.S. Region or in a U.S. Territory, a Merchant that provides Cash-Back services must participate in the Partial Authorization service.

ID#: 151012-010413-0027124

### Cash-Back Services Participation – U.S. Region

**Effective 14 April 2012,** a U.S. Merchant may offer the Visa Cash-Back Service to Visa Debit Cardholders and Visa Business Check Card Cardholders if the Cash-Back Transaction is processed as a Visa Debit with PIN Transaction.

© 2012 Visa. All Rights Reserved.

# A3341

The Merchant may offer Cash-Back with or without a purchase.

ID#: 111011-140412-0026509

## General Cash-Back Service Requirements- U.S. Region

**Effective through 30 June 2015,** a U.S. Merchant may offer the Visa Cash-Back Service to Visa Check Card II Cardholders if the:

- Service is offered as a part of a purchase Transaction
- Transaction is processed using a Point-of-Transaction Terminal with PIN pad
- PIN is used for Cardholder identification purposes
- Transaction is processed through the Single Message System

ID#: 111011-010410-0005342

# Cash-Back Transaction Requirements

## Cash-Back Transaction Requirements

All Cash-Back Transactions must:

- Be authorized online, regardless of the Merchant's Floor Limit
- Be processed in a Face-to-Face Environment only
- Be conducted in the Merchant's local currency
- Contain the full contents of track 1 or track 2 of the Magnetic Stripe or unaltered Chip
- **Effective through 7 March 2012,** require Cardholder signature or PIN
- **Effective 8 March 2012,** require Cardholder signature, PIN, or Consumer Device Cardholder Verification Method (CDCVM)
- Comply with "BASE II Record Requirements" (Exhibit 2L)

ID#: 160312-011010-0026043

## Cash-Back Receipt Requirements

For a Cash-Back Transaction, the Transaction Receipt must include the amount of the Cash-Back portion of the Transaction as a separate field, as specified in "Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1."

ID#: 160312-011010-0026044

© 2012 Visa. All Rights Reserved.

# A3342

# ATM Transactions

## ATM Transaction General Requirements

### Visa Global ATM Program Participation

Acquirer participation in the Visa Global ATM Program is optional. A Member has complete discretion over whether all, some, or none of its ATMs participate in the Visa Global ATM Program.

Only an ATM owned, leased, or controlled by a Member is eligible for participation in the Visa Global ATM Program. A Member that sponsors a non-Member agent to deploy or operate an ATM participating in the Visa Global ATM Program must ensure that the non-Member agent meets all obligations specified in "Contract Requirements Between Members, VisaNet Processors, and Third Parties," and that its ATMs comply with the applicable *Visa International Operating Regulations.*

ID#: 010410-010410-0004783

### ATM Acquirer Certification Requirements (Updated)

Before acting as an ATM Acquirer, an Acquirer must successfully complete certification and comply with:

- Licensing requirements
- Acquirer participation requirements specified in the *Visa Global ATM Member Guide*
- Processing requirements specified in the applicable VisaNet Manuals

ID#: 151012-010410-0004784

### ATM Card Acceptance Requirements (Updated)

A Visa/Plus ATM must accept all valid Cards, as specified in the:

- *Visa International Operating Regulations*
- *Visa Global ATM Member Guide*

The above requirement does not apply in the Canada Region.

At the discretion of Visa, an ATM Acquirer that accepts Cards bearing the Plus Symbol may selectively deny access to its ATMs.

An ATM Acquirer certified to accept Visa Cards may selectively deny access to its ATMs if the Card presented is both issued to residents of the country where the ATM is located and billed in the local currency.

© 2012 Visa. All Rights Reserved.

# A3343

---

Visa International Operating Regulations

---

An ATM with restricted access must display language with the Visa Brand Mark that both identifies the ATM Acquirer and describes Card acceptance or the nature of any restrictions, as specified in the *Visa International Operating Regulations*, the *Visa Global ATM Member Guide*, and the *Visa Product Brand Standards.*

ID#: 151012-150210-0004785

## ATM Account Number Acceptance

A Visa/Plus ATM and a Member ATM processing system must be able to accept all valid International Organization for Standardization numbers 11-19 digits in length.

ID#: 010410-010410-0004786

## PIN Requirement at ATMs (New)

**Effective 13 September 2012,** for a Visa ATM Network Transaction, a PIN serves as a substitute for the Cardholder signature and is required for all ATM Transactions.

As specified in the *Payment Technology Standards Manual* and *Transaction Acceptance Device Requirements,* an ATM Acquirer must accept and transmit online PINs:

• 4 to 6 digits long

• In the U.S. Region, 4 to 12 digits long

PINs must be protected as specified in the PIN Management Requirements Documents and *Visa PIN Security Program Guide.*

ID#: 151012-130912-0027349

## ATM Transactions Using Single Message System

A new ATM Acquirer (excluding an Acquirer that processes through a VisaNet Processor with an existing VisaNet endpoint) must process ATM Transactions using the Single Message System.

ID#: 010410-010410-0004789

## ATM Acquirer Participation Requirements

An ATM Acquirer (including an Acquirer that processes through a VisaNet Processor with an existing VisaNet endpoint) must:

• Be certified to participate in either the:

  – Single Message System

  – Custom Payment Services/ATM

• Meet all tier II requirements specified in the *Visa Global ATM Member Guide*

---

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3344

---
Visa International Operating Regulations
---

If an ATM Acquirer does not meet tier II requirements, Visa may remove the ATM Acquirer from the tier II level.

ID#: 010410-010410-0008597

## Magnetic Stripe Requirements for ATM Transactions

An ATM Acquirer must ensure that the entire unaltered contents of track 2 of the Magnetic Stripe or the Magnetic-Stripe Image from the Chip on the Card is read and transmitted.

ID#: 010410-010410-0004792

## ATM Authorization Routing - Cards Bearing the Plus Symbol

If an ATM Acquirer does **not** route all Transactions to Visa, it must:

- Install and use the Plus account range table within 3 business days of receipt from Visa
- Use the Plus account range table to determine the routing of an Authorization Request for a Card bearing the Plus Symbol. This requirement does **not** apply to licensees of the Plus System, Inc.

ID#: 010410-010410-0006993

## Minimum ATM Cash Disbursement Requirements

An ATM must be able to make Cash Disbursements of at least X, or local currency equivalent, per day, per Account Number.

ID#: 111011-010410-0006470

## ATM Currency Disbursement

An ATM must dispense the local currency or display the type of currency (or cheques) dispensed.

ID#: 010410-010410-0006471

## ATM Transaction Currency

The Transaction Currency for an ATM Cash Disbursement must be the:

- Currency dispensed
- Currency in the Authorization Request
- Currency presented into Interchange

A variance to this requirement applies in the U.S. Region and in the jurisdiction of Visa Europe.

---

**© 2012 Visa. All Rights Reserved.**

# A3345

The above requirement does not apply to Merchant Sales of Foreign Currency, including Cheques, or Visa TravelMoney Cards.

ID#: 111011-010410-0004801

## ATM Transaction Reversal

For a cancelled ATM Transaction, the Acquirer must process a Reversal. The Reversal amount must be the original Transaction amount.

ID#: 010410-010410-0002404

## PIN Requirement at ATMs - U.S. Region (Updated)

**Effective through 12 September 2012,** in the U.S. Region, for a Visa ATM Network Transaction, a PIN serves as a substitute for the Cardholder signature and is required for all ATM Transactions. An ATM Acquirer must accept and transmit PIN verification 4 to 12 alphanumeric characters long, as specified in the *Payment Technology Standards Manual* and *Transaction Acceptance Device Requirements.* The PIN must be either:

- Reversibly encrypted using the Data Encryption Standard
- Within a Physically Secure Device, as specified in the PIN Management Requirements Documents

ID#: 151012-010210-0003957

## ATM Messages - U.S. Region

An ATM in the U.S. Region must be capable of communicating the following information, if applicable:

- Card invalid for this service
- Service unavailable now
- Invalid PIN - Re-enter
- Card retained
- Access fee will be assessed

ID#: 010410-010410-0004777

## ATM Transaction Receipts

## ATM Transaction Receipt Requirements Table 7I-2

An ATM must offer a Transaction Receipt for each ATM Cash Disbursement or Load Transaction. Visa may waive this requirement.

© 2012 Visa. All Rights Reserved.

# A3346

The Transaction Receipt must include:

- ATM or Load Device Acquirer name and/or name of affiliated domestic or regional network
- ATM or Load Device Acquirer street location or location code
- ATM or Load Device Acquirer city and country (and state/province, if applicable)
- Transaction amount indicated in Transaction Currency
- Account Number or card number (**Effective through 30 September 2014,** at least 4 digits of the Account Number or card number must be disguised or suppressed. [106] **Effective for Point-of-Transaction Terminals installed on or after 1 October 2011,** the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final four digits. **Effective 1 October 2014,** the Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final four digits.)
- Type of account accessed
- Authorization Code
- Transaction type (Cash Disbursement)

ID#: 160312-010410-0005065

## ATM Transaction Receipt Requirements - U.S. Region Table S-3

In the U.S. Region, an ATM Transaction Receipt must include:

- Account Number. The Account Number must be disguised or suppressed on the Cardholder's copy of the Transaction Receipt, except for the final 4 digits.
- ATM Acquirer name and/or name of affiliated local or regional network
- ATM street location or Location Code
- ATM city and state
- Transaction amount
- Access Fee, if any, imposed by the ATM Acquirer, as specified in "ATM Access Fee Disclosure on Transaction Receipt - U.S. Region 5.5.A."
- Transaction Date
- Transaction type (Cash Disbursement)
- Type of account accessed

ID#: 080411-220311-0026255

---

106  **Effective through 30 September 2014,** Visa strongly recommends disguising or suppressing all but the last 4 positions of the primary Account Number on the Cardholder Transaction Receipt.

© 2012 Visa. All Rights Reserved.

# A3347

## ATM Transaction Receipt - Cancellation Request - U.S. Region 5.5.A

In the U.S. Region, if an ATM cannot produce a Transaction Receipt and has a cancellation feature, it must allow the Cardholder to request cancellation of the Transaction.

ID#: 010410-010410-0004972

## ATM Cash Disbursement Transaction Receipt - CEMEA Region

In the CEMEA Region, an ATM that does not routinely produce a Transaction Receipt is **not** required to do so.

An ATM that produces a Transaction Receipt is **not** required to include the complete Account Number on the Transaction Receipt.

ID#: 010410-010410-0004729

# ATM Misdispense

## ATM Misdispense Message

For a misdispense, an ATM Acquirer must process an ATM confirmation message for the actual amount dispensed.

ID#: 010410-010410-0002406

## ATM Misdispense - U.S. Region (Updated)

For a misdispense, an ATM in the U.S. Region must process an Adjustment within 45 calendar days of the Central Processing Date of the original Transaction. The Adjustment must:

- Adjust the Cardholder account for the actual amount of the misdispense
- Be processed as specified in the applicable VisaNet Manuals

For an over-dispense that is caused by a misloaded terminal, the U.S. Acquirer must not process an Adjustment to the Cardholder account without prior consent from the Issuer (e.g., through a good-faith collection).

ID#: 151012-010410-0008601

© 2012 Visa. All Rights Reserved.

# A3348

Visa International Operating Regulations

## ATM Transaction Restrictions

### Chip-Initiated ATM Transaction Requirements (Updated)

If a Chip Card cannot be read, an ATM may complete the Transaction by reading the Magnetic Stripe. If the Magnetic Stripe cannot be read, the Transaction must not be processed.

If the Acquirer-Country combination exceeds international Fallback Transaction thresholds, the Member may be subject to penalties, as specified in the *Visa International Operating Regulations* and the *Global Chip Fallback Monitoring Program Guide*.

ID#: 151012-010410-0004787

### ATM Transaction Timeout Time Limit

Neither an ATM nor its host system may timeout a Transaction in less than 45 seconds.

ID#: 010410-010410-0002405

### Scrip Terminal as ATM - U.S. Region

A Scrip Terminal in the U.S. Region must **not** participate in the Visa ATM Network.

ID#: 010410-010410-0004778

# Quasi-Cash Transactions

## Quasi-Cash Transaction General Requirements

### Quasi-Cash Transactions as a Purchase

Merchants and Members not previously processing Quasi-Cash Transactions as a Cash Disbursement must:

• Process all Quasi-Cash Transactions as a purchase

• **Not** process a Quasi-Cash Transaction as a Cash Disbursement

All Quasi-Cash Transactions, except as specified in "Sale of Travelers Cheques and Foreign Currency," must be:

• Processed as a purchase

• **Not** processed as a Cash Disbursement

© 2012 Visa. All Rights Reserved.

# A3349

Visa International Operating Regulations

A variance to these requirements applies in the CEMEA Region for Members in South Africa.

ID#: 050411-010410-0002885

## Quasi-Cash Transactions - Mobile Payment Device Prohibition

**Effective 8 March 2012,** a Merchant must not accept a Mobile Payment Device for a Quasi-Cash Transaction.

ID#: 160312-080312-0026782

## Quasi-Cash Transaction Types - U.S. Region

In the U.S. Region, a Quasi-Cash Transaction is a Transaction representing a Merchant's sale of items that are directly convertible to cash, such as:

• Casino gaming chips

• Money orders

• Deposits

• Wire Transfer Money Orders

• Travelers cheques

• Visa TravelMoney Cards [107]

ID#: 081010-150210-0005158

## Quasi Cash Transactions - Visa Electron Prohibition - U.S. Region

A U.S. Merchant must **not** accept a Visa Electron Card for a Quasi-Cash Transaction.

ID#: 010410-010410-0005162

## Quasi-Cash Transactions in a Face-to-Face Environment - U.S. Region 3.7.A.1.m

In the U.S. Region, a Quasi-Cash Transaction that occurs in a Face-to-Face Environment must be authorized using a Magnetic-Stripe and Account-Number-Verifying Terminal. The Merchant must comply with the following:

• When the embossed or printed Account Number does **not** match the encoded Account Number:

– Decline the Transaction and attempt to retain the Card by reasonable and peaceful means

– Note the physical description of the Cardholder

---

107  Members that previously processed Cash Disbursements to represent the sale of Visa TravelMoney Cards must comply with this requirement.

© 2012 Visa. All Rights Reserved.

# A3350

---

Visa International Operating Regulations

---

- – Notify its Acquirer. The Acquirer must then notify the Issuers indicated by both the embossed or printed, and encoded Account Numbers of the incident.

- – Handle any recovered Card as specified in the *Visa International Operating Regulations*

- When the encoded Account Number cannot be read from the Magnetic Stripe, follow normal Authorization procedures and complete the approved Transaction using a Manual Imprinter

- When the embossed or printed Account Number is the same as the encoded Account Number, follow normal Authorization procedures

ID#: 010410-010410-0005166

## Wire Transfer Money Orders (WTMO)

### Wire Transfer Money Order Merchant Requirements

A Wire Transfer money order Merchant may disburse checks or money orders. If it does so, the Merchant must:

- Advise the Cardholder that the Merchant accepting the Card is the wire transfer company, **not** the payee. The check or money order must be payable to the party cashing the check or money order.

- Disclose any fee to the Cardholder and include it on the Transaction Receipt

ID#: 010410-010410-0002887

### Third-Party Merchant Prohibition - U.S. Region

A U.S. Wire Transfer Money Order Merchant must **not** complete a Wire Transfer Money Order Transaction if the funds are obtained to purchase goods or services and the sale occurs at a third-party merchant outlet under the terms of an agreement between the Wire Transfer Money Order Merchant and third-party merchant.

This does **not** apply to agreements involving a:

- Casino or other gambling establishment
- Check-cashing outlet
- Truck stop offering cash access services

ID#: 010410-010410-0008693

### Wire Transfer Money Order Penalties - U.S. Region

A U.S. Acquirer that processes Wire Transfer Money Order Transactions from a prohibited Merchant Outlet is subject to the following fines if it continues to process these Transactions after Notification:

---

© 2012 Visa. All Rights Reserved.

# A3351

Visa International Operating Regulations

**Wire Transfer Money Order Fines - U.S. Region**

| Assessment | Fine |
|---|---|
| 4 months after Notification | US $100 per Merchant Outlet |
| 5 months after Notification | US $500 per Merchant Outlet |
| Each month thereafter | US $1,000 per Merchant Outlet |

ID#: 111011-010410-0001314

## Wire Transfer Money Order Acquirer Responsibilities - U.S. Region

A U.S. Acquirer that has a Merchant Agreement with a Wire Transfer Money Order Merchant must:

- Submit to Visa the following information about each Merchant Outlet:
  - Name and address where the Wire Transfer Money Order is issued
  - Type of business
  - Name and location of the third-party merchant under which wire transfer services are promoted, if applicable
  - Termination date of the Merchant Agreement, or date when the Acquirer may cancel without penalty
- Notify Visa of any change in the above information or in the status of any Merchant Agreement with a Wire Transfer Money Order Merchant
- Create a separate check or money order for each Wire Transfer Money Order Transaction
- **Effective through 14 March 2012,** notify any Wire Transfer Money Order Merchant that participates in 3-D Secure that its Electronic Commerce Transactions are not eligible for Chargeback protection from:
  - Chargeback Reason Code 75, "Cardholder Does Not Recognize Transaction"
  - Chargeback Reason Code 83, "Fraudulent Transaction-Card-Absent Environment"
- **Effective 15 March 2012,** notify any Wire Transfer Money Order Merchant that participates in Verified by Visa that its Electronic Commerce Transactions are not eligible for Chargeback protection from:
  - Chargeback Reason Code 75, "Cardholder Does Not Recognize Transaction"
  - Chargeback Reason Code 83, "Fraudulent Transaction-Card-Absent Environment"

ID#: 160312-010410-0005172

© 2012 Visa. All Rights Reserved.

# A3352

Visa International Operating Regulations

## Multiple Wire Transfer Money Orders - U.S. Region

A Wire Transfer Money Order Merchant in the U.S. Region must **not** include more than one Wire Transfer Money Order Transaction on a single check or money order.

ID#: 010410-010410-0005175

## Wire Transfer Money Order Disclosure Requirements - U.S. Region

In the U.S. Region, a Wire Transfer Money Order Merchant must disclose the following to the Cardholder:

• Wire Transfer Money Order Merchant name (name of the Merchant accepting the Card)

• That the Visa Transaction is the purchase of a check or money order and any subsequent Transaction with the third-party merchant is the same as a transaction made with cash

The disclosure must be either:

• In writing, for a Transaction completed through an electronic terminal, mail order, or service facility, before initiating the Transaction

• Verbal, for a telephone order

ID#: 010410-010410-0008646

## Wire Transfer Money Order Requirements - U.S. Region

Except as specified below, a Wire Transfer Money Order completed in the U.S. Region must be a written negotiable instrument that is:

• Signed by the maker or drawer

• Payable on demand

• Payable to order or to bearer

Except as specified below, the money order must contain the following:

• Federal Reserve routing symbol

• Suffix of the institutional identifier of the paying bank or nonbank payor

• Name, city, and state of the paying bank associated with the routing number

If authorized by the Cardholder, the Wire Transfer Money Order Merchant may, in accordance with applicable law, process the Wire Transfer Money Order electronically without the creation of a written negotiable instrument. The Merchant must offer the Cardholder the option of obtaining the Wire Transfer Money Order as a written negotiable instrument, as specified above.

ID#: 081010-090709-0008440

© 2012 Visa. All Rights Reserved.

# A3353

Visa International Operating Regulations

## Wire Transfer Money Order Fees - U.S. Region

A Wire Transfer Money Order Merchant in the U.S. Region must:

- Include any service fee in the total Transaction amount
- Disclose the fee to the Cardholder

The Merchant must **not** assess a fee for using a Visa Card for payment, unless the Merchant assesses a fee when another payment method is used.

ID#: 010410-010410-0008691

## Wire Transfer Money Order Advertising and Disclosure - U.S. Region

In the U.S. Region, all advertising and marketing materials associated with a money order purchase, including but **not** limited to use of the Visa Brand Name, the Visa Flag Symbol, or the Visa Brand Mark, must:

- Specify that the Transaction involves the purchase of a money order
- Clearly identify the Wire Transfer Money Order Merchant as the Merchant completing the Transaction

Unless the Merchant has a valid Merchant Agreement, the Visa Brand Name, the Visa Flag Symbol, or the Visa Brand Mark must **not** appear by itself or be positioned in such as way as to imply that Cardholders may use their Cards to either:

- Pay for goods or services at the Merchant Outlet
- Satisfy an outstanding debt to the Merchant

ID#: 010410-010410-0008687

# Scrip

## Scrip - Unattended Acceptance Terminals - CEMEA Region (Updated)

In the CEMEA Region, an Unattended Cardholder-Activated Terminal used for the sale of Scrip must process the Transaction using PIN Verification.

ID#: 151012-010410-0005358

---

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3354

## Sale of Travelers Cheques and Foreign Currency

### Sale of Travelers Cheques and Foreign Currency

A Member or a non-Member financial institution with authority to make Cash Disbursements that sells or disburses cheques or Foreign Currency must process the Transactions as either:

- A Quasi-Cash Transaction that must comply with "Quasi-Cash Transaction General Requirements"
- A Cash Disbursement that must comply with "Manual Cash Disbursement Requirements" and "Quasi-Cash Transaction General Requirements"

ID#: 010410-010410-0008694

### Travelers Cheques or Foreign Currency Fees - U.S. Region

With the exception of taxes or other charges imposed by local law, a U.S. Acquirer must **not** add to the Transaction amount any surcharge, commission, or fee for the sale of cheques or Foreign Currency.

ID#: 010410-010410-0002986

## Original Credit Transactions

### Original Credit Transaction Processing Requirements

### Original Credit Acceptance

A Member must accept an incoming Original Credit Transaction unless prohibited by local law. [108] If prohibited by local law, the Member must submit a written request to Visa to block incoming Original Credit Transactions.

ID#: 160312-091210-0004062

### Original Credit Transaction Posting (Updated)

**Effective through 13 June 2012,** a Recipient Member must post an Original Credit to the Visa Account Number within 2 business days of receiving the Clearing Transaction or it must charge back the Original Credit to the Originating Member.

---

108  In the U.S. Region, this requirement applies only to incoming Money Transfer Original Credit Transactions.

© 2012 Visa. All Rights Reserved.

# A3355

Visa International Operating Regulations

**Effective through 13 June 2012,** for an Original Credit Transaction sent to a Cardholder's Visa credit Card account, the Recipient Member must post the funds as payment. (This requirement does not apply to Members in Visa Europe).

**Effective 14 June 2012,** except as specified otherwise in "Original Credit Transaction Posting – Fast Funds," a Recipient Member must post an Original Credit to the Visa Account Number within 2 business days of receiving either the Online Financial Transaction or the Clearing Record, or it must charge back the Original Credit to the Originating Member.

**Effective 14 June 2012,** for an Original Credit Transaction sent to a Cardholder's Visa credit Card account, the Recipient Member must post the funds as payment. (This requirement does not apply to Members in Visa Europe).

**Effective 20 April 2013,** upon request from the Originating Member, a Recipient Member must provide confirmation of posting as specified in "Original Credit Transaction Verification of Posting." (This requirement does not apply to Members in Visa Europe).

ID#: 151012-010410-0004064

## Original Credit Transaction Posting - Fast Funds (New)

**Effective 14 June 2012,** a Recipient Member that participates in Fast Funds for incoming Original Credit Transactions as specified in "Original Credit Transactions - Fast Funds Processing" must make funds available to the Visa Cardholder within 30 minutes of successfully receiving and approving an Original Credit Transaction.

**Effective 20 April 2013,** upon request from the Originating Member, a Recipient Member must provide confirmation of posting to the Originating Member as specified in "Original Credit Transaction Verification of Posting."

ID#: 151012-140612-0027271

## Original Credit Transaction Verification of Posting (New)

**Effective 20 April 2013,** an Originating Member may request confirmation, or applicable proof, if necessary, from the Recipient Member that funds have been posted to the recipient Cardholder's Visa account. The Originating Member must request such confirmation or proof through Visa Resolve Online.

**Effective 20 April 2013,** a Recipient Member must respond to the Originating Member's confirmation request through Visa Resolve Online within 5 calendar days from the date of inquiry.

ID#: 151012-200413-0027329

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3356

Visa International Operating Regulations

## Original Credit Transaction Adjustment (New)

**Effective 20 April 2013,** an Originating Member may submit a Transaction Adjustment if the Recipient Member fails to provide confirmation of posting of the Original Credit Transaction within 5 calendar days of the inquiry date. The Original Credit Transaction Adjustment may be submitted via Visa Resolve Online.

**Effective 20 April 2013,** the Original Credit Transaction Adjustment must be submitted within 30 calendar days from the Processing Date of the initial Original Credit Transaction, as specified in "Original Adjustment through VisaNet."

ID#: 151012-200413-0027330

## Original Credit Transaction Authorization Request (New)

**Effective 14 June 2012 through 19 April 2013,** an Originating Member participating in Fast Funds must not initiate an Authorization Request using an 0100 message for an Original Credit Transaction.

**Effective 20 April 2013,** an Originating Member must not use the 0100 Authorization Request message to initiate an Original Credit Transaction.

ID#: 151012-140612-0027272

## Original Credit Transaction Clearing Time Limit

An Originating Member must submit an Original Credit for Clearing within one business day of receiving the approval response to the Original Credit Authorization Request, unless a Reversal is sent.

ID#: 050411-010410-0005576

## Original Credit Transaction Reversals

An Originating Member must not reverse an Original Credit Transaction initiated as an Online Financial Transaction (0200 message).

For an Original Credit Transaction initiated as a BASE I Authorization Request (0100 message), the Originating Member may process a reversal within 24 hours of initiating the Transaction. The reversal is valid only for processing errors or if the consumer did not complete the Transaction.

A Reversal of a BASE II Original Credit Transaction must be processed within one business day of the Processing Date of the Original Credit Transaction and only for the following reasons:

• Incorrect Account Number

• Incorrect Transaction amount

• Duplicate processing

© 2012 Visa. All Rights Reserved.

# A3357

Visa International Operating Regulations

• Incorrect Transaction code

ID#: 160312-010100-0026074

# Money Transfer Original Credit Transactions

## Money Transfer Original Credit Transaction Processing Requirements

### Money Transfer Original Credit Transaction Posting (Updated)

Except as specified otherwise in "Money Transfer Original Credit Transaction Posting – Fast Funds," a Recipient Member must post a Money Transfer Original Credit Transaction to the Visa Account Number within 2 business days of receiving either the Online Financial Transaction or the Clearing Record or it must charge back the Money Transfer Original Credit to the Originating Member.

**Effective 20 April 2013,** upon request from the Originating Member, a Recipient Member must provide confirmation of posting as specified in "Money Transfer Original Credit Transaction Verification of Posting."

ID#: 151012-091210-0026243

### Money Transfer Original Credit Transaction Verification of Posting (New)

**Effective 20 April 2013,** an Originating Member may request confirmation, or applicable proof, if necessary, from the Recipient Member that funds have been posted to the recipient Cardholder's Visa account. The Originating Member must request such confirmation or applicable proof through Visa Resolve Online.

**Effective 20 April 2013,** a Recipient Member must respond to the Originating Member's confirmation request through Visa Resolve Online within 5 calendar days of the inquiry date.

ID#: 151012-200413-0027331

### Money Transfer Original Credit Transaction Adjustment (New)

**Effective 20 April 2013,** an Originating Member may submit a Transaction Adjustment if the Recipient Member fails to provide confirmation of posting of the Money Transfer Original Credit Transaction within 5 calendar days of the inquiry date. The Money Transfer Original Credit Transaction Adjustment may be submitted via Visa Resolve Online.

**Effective 20 April 2013,** the Money Transfer Original Credit Transaction Adjustment must be submitted within 30 calendar days from the Processing Date of the initial Transaction, as specified in "Original Adjustment through VisaNet."

ID#: 151012-200413-0027332

© 2012 Visa. All Rights Reserved.

# A3358

Visa International Operating Regulations

## Money Transfer Original Credit Transaction Posting - Fast Funds

A Recipient Member that participates in Fast Funds processing for incoming Money Transfer Original Credit Transactions as specified in "Money Transfer Original Credit Transactions - Fast Funds Processing" must make funds available to the Visa Cardholder within 30 minutes of successfully receiving and approving a Money Transfer Original Credit Transaction.

ID#: 160312-010100-0026244

## Money Transfer Original Credit Transaction Reversal

An Originating Member must not reverse a Money Transfer Original Credit Transaction initiated as an enhanced Online Financial Transaction (0200 message) as specified in the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 230312-091210-0026245

## Money Transfer Original Credit Transaction Posting to Credit Card Account

For a Money Transfer Original Credit Transaction sent to a Cardholder's Visa credit Card account, the Recipient Member must post the funds as a payment.

ID#: 160312-091210-0026246

## Money Transfer Original Credit Transaction Authorization Request (Updated)

An Originating Member must not use the 0100 Authorization Request message to initiate a Money Transfer Original Credit Transaction.

ID#: 151012-091210-0026247

## Money Transfer Original Credit Compliance with Payment Card Industry Data Security Standards (Updated)

An Originating Member must comply with the Payment Card Industry Data Security Standard (PCI DSS) when sending and managing sender data for a Money Transfer Original Credit Transaction.

The Originating Member must ensure that procedures are in place to validate sender data and comply with applicable anti-money laundering regulations and anti-terrorist financing standards. Proper disclosure must be given to the sender regarding the collection of sender data.

ID#: 151012-010410-0005328

© 2012 Visa. All Rights Reserved.

# A3359

## Money Transfer Original Credit Transaction Sender Name and Address

For an International Money Transfer Original Credit Transaction, the Originating Member must include the sender's name and primary address in the Online Financial Transaction (0200 message) and the Clearing Record, as specified in:

• "BASE II Record Requirements" (Exhibit 2L)

• "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A)

Prior to initiating an international Money Transfer Original Credit Transaction to the countries specified in the *Visa Money Transfer (VMT) Global Implementation Guide*, the Originating Member must submit the sender's name and address to VisaNet for screening against a regulatory watch list(s). The score returned to the Originating Member as a result of screening must be included by the Originating Member in the Money Transfer Original Credit Transaction message sent to the Recipient Member.

ID#: 160312-010410-0005579

## Money Transfer Original Credit Transaction - Unique Sender Identification (Updated)

For all Money Transfer Original Credit Transactions, the Originating Member must include in the Online Financial Transaction (0200 message) and the Clearing Record, either the sender's account number used to fund the Money Transfer Original Credit Transaction, or a transaction reference number that uniquely identifies the sender if the sender's account number is not available.

ID#: 151012-010410-0008743

## Money Transfer Original Credit Merchant Category Codes

A Money Transfer Original Credit Transaction must originate at a Merchant or Member properly assigned one of the following Merchant Category Codes:

• Wire Transfer Money Orders (4829)

• Financial Institutions—Merchandise and Services (6012)

ID#: 160312-091210-0026248

VISA PUBLIC          15 October 2012
© 2012 Visa. All Rights Reserved.

# A3360

# Mobile Commerce Transactions - AP Region

## Mobile Commerce Transactions in India - AP Region

### mChek Platform - Issuer Requirements - AP Region (Updated)

An Issuer in India participating in the mChek Platform:

• May issue mobile payment Visa accounts on any domestic BIN for credit, debit, or Visa Prepaid Cards

• Must not issue a physical plastic Card if it chooses to use a unique BIN for its mobile payment Visa accounts

• Must block the BIN for Mail/Phone Order Transactions if it chooses to use a unique BIN for its mobile payment Visa accounts

ID#: 151012-060111-0026137

### mChek Platform - Acquirer Requirements - AP Region (Updated)

An Acquirer in India participating in the mChek Platform must use a unique BIN to acquire mobile commerce Transactions.

ID#: 151012-060111-0026138

# Account Funding Transactions

## Account Funding Transaction Processing Requirements

### Account Funding Transaction Requirements

An Account Funding Transaction must:

• Be processed through VisaNet as a purchase Transaction

• If authorized, include the Account Funding Transaction indicator in the Authorization and Clearing Records

• Be cleared for the same amount approved in the Authorization

ID#: 010410-010410-0002890

© 2012 Visa. All Rights Reserved.

# A3361

**Account Funding Transaction Requirements - U.S. Region (Updated)**

An Account Funding Transaction originating in the U.S. Region must:

- Be processed as a purchase Transaction
- Include the transmission of the Electronic Commerce Indicator, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN) and "Required Data for Authorization Requests and Responses" (Exhibit OO)
- Include the transmission of the Account Funding Transaction indicator, as specified in the applicable VisaNet Manuals

ID#: 151012-010410-0005191

# Aggregated Transactions

## Aggregated Transaction Requirements

### Aggregated Transaction Processing Requirements

**Effective through 13 November 2011,** only an Electronic Commerce Merchant may process an Aggregated Transaction. An Aggregated Transaction must consist only of purchases made:

- From a single Electronic Commerce Merchant, including a Sponsored Merchant, with a single trading name
- Using the same Visa Account Number

ID#: 160312-010410-0002905

### Aggregated Transaction Receipt Data

For an Aggregated Transaction completed by an Electronic Commerce Merchant, upon completion of a purchase, the Electronic Commerce Merchant must provide an Electronic Commerce Transaction Receipt with the information specified in "Electronic Commerce Transaction Receipt Requirements 5.2.B.4 Table 7K-1" and an Aggregated Transaction Receipt that includes the following for each individual purchase:

- Date
- Amount
- Description of purchase

© 2012 Visa. All Rights Reserved.

# A3362

**Effective 14 November 2011,** for an Aggregated Transaction completed at a Merchant properly assigned Merchant Category Code 4111, "Local and Suburban Commuter Passenger Transportation, Including Ferries," 4112, "Passenger Railways," or 4131, "Bus Lines," the Merchant must provide an Aggregated Transaction Receipt [109] that includes the following:

- Merchant name
- Total Transaction amount and amount of each individual purchase, indicated in the Transaction Currency
- Final Transaction date and date of each individual purchase
- Detailed description of each individual purchase

ID#: 160312-010410-0002903

## Aggregated Transactions - Purchase Data Availability

Individual purchase information and Aggregated Transaction information must be available to a Cardholder for a minimum of 120 days following the processing date of the Aggregated Transaction.

ID#: 010410-010410-0002904

## Aggregated Transaction Requirements

**Effective 14 November 2011,** only the following Merchants may process an Aggregated Transaction:

- Electronic Commerce Merchants
- Merchants properly assigned one of the following Merchant Category Codes:
    – 4111, "Local and Suburban Commuter Passenger Transportation, Including Ferries"
    – 4112, "Passenger Railways"
    – 4131, "Bus Lines"

**Effective 14 November 2011,** an Aggregated Transaction must:

- Consist only of purchases made from a single Merchant, including a Sponsored Merchant, with a single trading name
- Consist only of purchases made using the same Visa Account Number
- Not include purchases made more than 7 calendar days apart
- In the U.S. Region, not include purchases made more than 3 calendar days apart *(This only applies in the U.S. Region.)*
- Not exceed US $25, or local currency equivalent, in total aggregated purchases
- In the U.S. Region, not exceed US $15 in total aggregated purchases *(This only applies in the U.S. Region.)*

---

109  If the Aggregated Transaction has been completed at a Proximity Payment-Only Terminal, the specified Transaction information must be provided to the Cardholder at the Cardholder's request.

© 2012 Visa. All Rights Reserved.

# A3363

**Effective through 13 November 2011,** an Aggregated Transaction must **not:**

• Include purchases made more than 7 calendar days apart

• Exceed US $25, or local currency equivalent, in total aggregated purchases

• Be aggregated across more than one Visa Account Number

ID#: 160312-010410-0002906

## Aggregated Transaction Cardholder Notification

**Effective through 13 November 2011,** before a Cardholder's first purchase, an Electronic Commerce Merchant must inform the Cardholder of the following:

• Confirmation that Transaction aggregation will occur

• Transaction aggregation terms, including the maximum number of calendar days and Transaction value

• How to obtain details of the aggregated purchases

**Effective 14 November 2011,** for an Aggregated Transaction, before a Cardholder's first purchase, a Merchant must inform the Cardholder (e.g., via a message, signage, printed material, or other conspicuous means on the Website or at the Point-of-Transaction) of the following:

• That Transaction aggregation may occur

• Transaction aggregation terms, including the maximum number of calendar days and Transaction value

• How to obtain details of the aggregated purchases

ID#: 160312-010410-0002907

## Aggregated Transactions - Prohibited Merchants - U.S. Region 5.2.K

A U.S. Merchant assigned one of the Merchant Category Codes in the High-Risk Chargeback Monitoring Program must **not** aggregate Transactions.

ID#: 010410-010410-0005651

## Aggregated Transaction Requirements for Electronic Commerce Merchants - U.S. Region (Updated)

An Electronic Commerce Merchant in the U.S. Region, including a Payment Service Provider, that aggregates Transactions must:

• Obtain an Authorization of no more than US $15 at the start of each aggregation session

• Complete the aggregation session within 3 calendar days

• Aggregate Transactions from a single Merchant Outlet in each aggregation session

© 2012 Visa. All Rights Reserved.

# A3364

- Support Partial Authorization
- Submit a Sales Draft for the actual purchase amount
- At the check-out screen, inform the Cardholder of the following:
  - That Transactions are aggregated
  - The terms of aggregation, including the maximum number of calendar days, aggregated Transaction value, and that the Issuer may hold available funds of up to US $15 for 3 calendar days
  - How details of Aggregated Transactions can be obtained
- Provide a Transaction Receipt, via e-mail, that captures the details of individual purchases during the aggregation session, as follows:
  - Goods or services purchased
  - Amount and date of each individual purchase
  - Total Transaction amount charged
  - Transaction Date (for Aggregated Transactions, the Transaction Date is the date the Merchant submits the Sales Draft to its Acquirer)
- If requested, provide Cardholder purchase history for 120 calendar days after purchase

ID#: 151012-010410-0005652

# Deferred Payments - U.S. Region

## Deferred Payment Transactions

### Account Number Verification for Deferred Payment - U.S. Region

A U.S. Merchant may use Account Number Verification for a Deferred Payment Transaction at the time an order is placed.

ID#: 081010-010709-0007205

### Authorization and Cardholder Notification - U.S. Region

A U.S. Merchant must:

- Request Authorization for a Deferred Payment Transaction on the date the Cardholder is billed, which must be no later than 90 days from the initial shipment date
- Include disclosure of the deferred payment process, including the exact date of the billing, with the initial shipment to the Cardholder

ID#: 010410-010410-0008737

© 2012 Visa. All Rights Reserved.

# A3365

---
---

**Billing Date as Transaction Date - U.S. Region**

In the U.S. Region, the billing date is considered to be the Transaction Date.

ID#: 010410-010410-0008736

# Acquirer Performance Standards - U.S. Region

## Retrieval Performance Rates - U.S. Region

### Retrieval Request Rate Acquirer Standards - U.S. Region

A U.S. Acquirer must **not** exceed the monthly Retrieval Request rate specified in the table below. The Retrieval Request rate is the number of Transaction Receipts received as a percentage of all Transactions processed by the Acquirer in the specific Merchant category.

### Acquirer Monthly Retrieval Request Rate Standards - U.S. Region

| Merchant Category | All Visa Cards |
|---|---|
| Airline | 0.25% |
| Lodging/Cruise Line | 0.15% |
| Car Rental | 0.25% |
| Department Store | 0.25% |
| Mass Merchandiser | 0.15% |
| Gas and Convenience Store | 0.25% |
| Direct Marketing Catalog Merchant | 0.07% |
| Direct Marketing Combination Catalog and Retail Merchant | 0.06% |
| Direct Marketing Outbound Telemarketing Merchant | 0.40% |
| Direct Marketing Inbound Teleservices Merchant | 0.20% |
| Direct Marketing Continuity/Subscription Merchant | 0.15% |
| Direct Marketing Insurance Services Merchant | 0.05% |
| All Merchants (including those listed above) | 0.17% |

ID#: 111011-010410-0006436

---

VISA PUBLIC    15 October 2012

© 2012 Visa. All Rights Reserved.

# A3366

---

Visa International Operating Regulations

---

## Chargeback Performance Rates - U.S. Region

### Chargeback Rate Acquirer Standards - U.S. Region (Updated)

A U.S. Acquirer must **not** exceed the Chargeback rate for the respective Card program, as specified in the table below. The Chargeback rate is the number of Chargebacks received as a percentage of all Transaction Receipts processed.

**Acquirer Chargeback Rate Standards - U.S. Region**

| Merchant Category | All Visa Cards |
|---|---|
| **Chargeback Rate** | |
| All Merchants | 0.17% |
| Department Store | 0.10% |
| Mass Merchandiser | 0.07% |
| Gas and Convenience Store | 0.13% |
| Direct Marketing Catalog Merchant | 0.22% |
| Direct Marketing Combination Catalog and Retail Merchant | 0.18% |
| Direct Marketing Outbound Telemarketing Merchant | 0.90% |
| Direct Marketing Inbound Teleservices Merchant | 0.80% |
| Direct Marketing Continuity/Subscription Merchant | 0.75% |
| Direct Marketing Insurance Services Merchant | 0.25% |

ID#: 151012-010410-0006439

# In-Transit

## In-Transit Service - General Requirements

### Operational Plan for In-Transit Service Merchants (Updated)

Before entering into a Merchant Agreement with an In-Transit Service Merchant, an Acquirer must:

- Submit a detailed written operational plan to Visa. At a minimum, the operational plan must meet the requirements in the "In-Transit Business Plan - Basic Checklist," available upon request from Visa

---

© 2012 Visa. All Rights Reserved.

# A3367

- Receive Visa approval for each Merchant providing In-Transit Services

The operational plan for the In-Transit Service Merchant must include:

- Type of service provided
- Type of In-Transit Terminal used
- Process for obtaining Authorization
- Criteria and processes intended for risk management

ID#: 151012-010410-0008745

## In-Transit Service Gambling Merchant Agreement

An Acquirer entering into a Merchant Agreement with an In-Transit Service Gambling Merchant must ensure that:

- Interchange Reimbursement Fees received from each Issuer as a result of a credit processed for Cardholder winnings are identified daily
- A funds disbursement is processed daily to each Issuer (using reason code 0240) for twice the amount of the Interchange Reimbursement Fee received from the Issuer of the original Account Number on the original Transaction
- The descriptor used in the funds disbursement is "In-Transit Gambling Reimbursement"

ID#: 010410-010410-0002471

## In-Transit Terminal Display and Cardholder Options

An In-Transit Terminal must display the following information on the introductory screen:

- Merchant name
- Merchant location
- Terms and conditions, such as:
  - Refund policy
  - Return policy
  - Cancellation policy

Before initiating a Transaction, the In-Transit Terminal must allow the Cardholder to either accept the terms and conditions or cancel the Transaction.

ID#: 010410-010410-0008747

© 2012 Visa. All Rights Reserved.

# A3368

## In-Transit Terminal Transaction Receipt for Gambling

Upon completion of gambling activities, an itemized Transaction Receipt must be generated by an In-Transit Terminal or from an on-board central printer and provided to the Cardholder. In addition to the data elements in "Face-to-Face Electronic Purchase or Credit Transaction Receipt Data Requirements Table 7I-1," the Transaction Receipt must contain the:

- Terminal number
- Date of play
- Net amount of winnings or losses per session
- Account Number with all but the last 4 digits disguised or suppressed

ID#: 080411-010410-0002475

## In-Transit Merchant Description

The Acquirer must include in the Clearing Record a Merchant description containing at least:

- Merchant's primary place of business or country of incorporation in the Merchant country field
- Merchant's customer service telephone number and country in the Merchant city field
- Word "In-Transit" following the Merchant name in the Merchant name field

ID#: 010410-010410-0002960

## In-Transit Transaction Receipt Delivery to Cardholder

An In-Transit Service Merchant must provide the Cardholder with a completed Transaction Receipt either while in transit or through the mail.

If sent by mail, the Cardholder name and address must be captured by the In-Transit Terminal and included on the Transaction Receipt.

ID#: 010410-010410-0008739

# In-Transit Service - Authorization Requirements

## In-Transit Service Transaction - Authorization Time Limit

An Authorization Request for an In-Transit Service Transaction may occur while in transit or at the final destination, and must be within 24 hours of the Transaction Date. If Authorization data is stored for processing until arrival at the final destination, it must be encrypted and kept in a secure location with access limited to authorized personnel only.

ID#: 010410-010410-0002961

© 2012 Visa. All Rights Reserved.

# A3369

## In-Transit Service Transaction - Authorization Requirements

An Authorization Request for an In-Transit Service Transaction must **not** be key-entered. The Authorization Request must include the:

- Full, unaltered contents of the Magnetic Stripe or Magnetic-Stripe Image on the Chip
- Merchant Category Code most appropriate for the Transaction type

ID#: 010410-010410-0002962

## In-Transit Service Transaction - Authorization for Movies and Games

An In-Transit Service Transaction Authorization Request for services such as in-transit movies or video games may be for an hourly rate, unit rate, or accumulated amount.

ID#: 010410-010410-0002963

## In-Transit Service Transaction - Authorization for Catalog and Direct Marketing

An In-Transit Service Transaction Authorization Request for catalog or direct marketing purchases must be for the total amount of all purchases made by a single Cardholder in a single Transaction. Fees for shipping and handling may be included in the Authorization amount, provided they are disclosed to the Cardholder at the time of the Transaction. Merchandise must be shipped within 7 calendar days of the Authorization date.

ID#: 010410-010410-0002964

## Multiple In-Transit Service Transactions

Multiple In-Transit Service Transactions are permitted if authorized and cleared individually. Authorization Requests occurring at an In-Transit Terminal representing multiple Merchants must be processed separately by each Merchant.

ID#: 010410-010410-0002965

# In-Transit Service - Processing Requirements

## Transaction Currency for In-Transit Service Transaction

An In-Transit Service Transaction must be cleared in the amount and Transaction Currency agreed by the Cardholder and Merchant. If a Transaction Currency is **not** specified on the Transaction Receipt, it will default to the currency of the Transaction Country.

ID#: 010410-010410-0002959

 VISA PUBLIC 15 October 2012

© 2012 Visa. All Rights Reserved.

# A3370

**Transaction Date for In-Transit Service Transaction**

The Transaction Date for an In-Transit Service Transaction is either the:

• Date the transport vehicle reaches its final destination
• Date merchandise is shipped

ID#: 010410-010410-0002966

# General T&E

## General T&E Requirements

### Hotels and Cruise Lines - T&E Services

If requested, an Acquirer must provide its Hotel or Cruise Line with any of the Visa Hotel and Cruise Line services. A Hotel or Cruise Line must hold a valid contract with an Acquirer for each Visa Hotel and Cruise Line service in which it participates, either as part of the Merchant Agreement or as a separate contract.

ID#: 010410-010410-0007009

### T&E Merchant Agreement - U.S. Region

In the U.S. Region, a T&E Merchant must hold a valid contract with an Acquirer for each T&E Service in which it participates, either as part of the Merchant Agreement or as an addendum.

If requested, an Acquirer must provide its T&E Merchant with any of the T&E Services. A T&E Merchant may participate in any of the following T&E Services:

• Visa Reservation Service
• T&E Advance Deposit Service
• Priority Check-out Service

ID#: 010410-010410-0008757

© 2012 Visa. All Rights Reserved.

# A3371

## T&E Delayed or Amended Charges

### Delayed or Amended Charges - Acceptable Charges 5.2.M.4

A delayed or amended charge may include room, food, or beverage charges, taxes, mileage charges, fuel, insurance, rental fees, and parking tickets and other traffic violations, and must **not** include charges for loss, theft, or damage.

This provision does **not** apply to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe. For those Transactions, see "Delayed or Amended Charges for Visa Europe - General Requirements" and "Delayed or Amended Charges for Visa Europe - Car Rental."

ID#: 050411-171009-0003628

### T&E Delayed or Amended Charges Time Limit

A delayed or amended charge for a T&E service must be processed to the Cardholder's account within 90 calendar days of the Transaction Date of the related T&E Transaction.

T&E services may include:

- Room
- Taxes
- Fuel
- Insurance
- Rental fees
- Parking tickets and other traffic violations
- Goods and services purchased aboard a Cruise Line
- Damage to rental vehicles as specified in "Delayed or Amended Charges for Visa Europe - General Requirements"

ID#: 010410-010410-0008791

### Delayed or Amended Charges for Visa Europe - General Requirements

The following provisions apply to Transactions occurring between the jurisdictions of Visa Europe and Visa Inc.

A Merchant may process delayed or amended charges if the Cardholder has consented to be liable for delayed or amended charges for a Hotel, Car Rental Company, or Cruise Line Transaction.

A delayed or amended charge must be processed to the Cardholder's account within 90 calendar days of the Transaction Date of the related Transaction.

© 2012 Visa. All Rights Reserved.

# A3372

This may include room, food, or beverage charges, taxes, fuel, insurance, rental fees, damage to rental vehicles, parking tickets and other traffic violations, and goods and services purchased aboard a Cruise Line.

If the charge is for a parking ticket or traffic violation, the:

- Incident must have occurred while the Cardholder was in possession of the vehicle
- Merchant must support the charge with documentation from the appropriate civil authority, including the license number of the rental vehicle, date, time, and location of the violation, statute violated, and amount of the penalty in local currency

The Merchant may deposit the Transaction Receipt without a Cardholder signature if the Merchant has the Cardholder signature on file and:

- Includes the words "Signature on File" on the signature line
- Sends a copy to the Cardholder at the address shown on the rental contract or folio

ID#: 050411-171009-0007398

# Airline Merchants

## International Airline Merchant Requirements

### International Airline Eligible Participants

An International Airline may participate in the International Airline program.

An Acquirer must meet the capitalization and reserve requirements of Visa. These requirements cover any estimated exposure for Chargebacks, including liability for airline tickets purchased but not redeemed by Cardholders.

ID#: 010410-010410-0005281

### International Airline Business Plan

Before entering into a Merchant Agreement with an International Airline, an Acquirer must obtain approval of its business plan from Visa. Visa will review the business plan within 30 calendar days of receipt.

The business plan must include:

- All countries in which Merchant Outlets are to be located, demonstrated knowledge of key information on each country (for example, domestic Interchange Reimbursement Fee and business and legal restrictions), and a plan for Authorization support in each country

© 2012 Visa. All Rights Reserved.

# A3373

- All currencies in which the International Airline intends to complete Transactions and verification that the Member is able to process multi-currency Deposits and Interchange

- A plan for Chargeback support

- The Acquirer's proposed method of satisfying Retrieval Requests

- Information to satisfy the Acquirer risk criteria

An Acquirer must **not** sign an International Airline Merchant Outlet that is in a country not previously specified in the business plan unless it first notifies Visa in writing.

ID#: 010410-010410-0006089

### International Airline - Merchant Agreement Requirements - U.S. Region

An International Airline Merchant Agreement must contain, at a minimum, the following elements, in addition to those specified for all U.S. Merchants in the Merchant Agreement requirements of the *Visa International Operating Regulations*:

- Merchant procedures for International Airline Program Transactions, as specified in the *Visa International Operating Regulations*

- Acquirer's responsibilities to the Merchant for Chargeback resolution support. This support must include:

  – Written information on Chargeback rights and procedures

  – Merchant Chargeback procedures, including a list of Chargeback Reason Codes, Merchant recourse options, and a local contact for inquiries

- A list of countries from which the Acquirer will accept Transactions, including the Authorization support procedures and processes for each country

- A requirement that the Acquirer and the Merchant notify Visa if Authorization problems arise for any countries covered by the Merchant Agreement

ID#: 010410-010410-0008948

# Car Rental Merchants

### Delayed or Amended Charges

### Delayed or Amended Charges Processing Time Limit VIOR 5.3.B, USOR 5.2.M.4

A delayed or amended charge must be processed to the Cardholder's account within 90 calendar days of the Transaction Date of the related Transaction.

© 2012 Visa. All Rights Reserved.

# A3374

Visa International Operating Regulations

This provision does not apply to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe. For those Transactions, see "Delayed or Amended Charges for Visa Europe - General Requirements" and "Delayed or Amended Charges for Visa Europe - Car Rental."

ID#: 050411-171009-0004133

## Parking Tickets 5.3.B

For a parking ticket or traffic violation, a T&E Merchant must provide documentation from the appropriate civil authority, including the license number of the rental vehicle, time and location of the violation, statute violated, and amount of the penalty in local currency.

ID#: 010410-010410-0003085

## Delayed or Amended Charges - Parking Ticket or Traffic Violation VIOR 5.3.B, USOR 5.2.M.4

If the delayed or amended charge is for a parking ticket or traffic violation, the:

- Incident must have occurred while the Cardholder was in possession of the vehicle
- Merchant must support the charge with documentation from the appropriate civil authority, including the license number of the rental vehicle, date, time, and location of the violation, statute violated, and amount of the penalty

This provision does **not** apply to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe. For those Transactions, see "Delayed or Amended Charges for Visa Europe - General Requirements" and "Delayed or Amended Charges for Visa Europe - Car Rental."

ID#: 050411-171009-0003629

## Delayed or Amended Charges - Signature on File VIOR 5.3.B, USOR 5.2.M.4

A Car Rental Merchant may deposit the Transaction Receipt for a delayed or amended charge without a Cardholder signature if the Merchant has the Cardholder signature on file and:

- Includes the words "Signature on File" on the signature line
- Sends a copy to the Cardholder at the address shown on the rental contract or folio

This provision does not apply to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe. For those Transactions, see "Delayed or Amended Charges for Visa Europe - General Requirements" and "Delayed or Amended Charges for Visa Europe - Car Rental."

ID#: 111011-171009-0003354

© 2012 Visa. All Rights Reserved.

# A3375

## Delayed or Amended Charges for Visa Europe - Car Rental VIOR 5.3.B

The following provisions apply to Transactions occurring between the jurisdictions of Visa Europe and Visa Inc.

The Car Rental Company must:

- Ensure that the Cardholder is advised at the time of making the reservation that a confirmation receipt is available during the hours of operation of the outlet on return of the rented vehicle. This confirmation receipt confirms the mutually agreed condition of the rented car upon return.

- Provide the Cardholder with written confirmation of the Cardholder decision of whether or not to request a confirmation receipt as part of the reservation confirmation

- Provide the Cardholder with written confirmation of the visible damage status of the rented car upon return. If there is no visible damage, this must be clearly stated on the written confirmation and the Car Rental Company must not process a delayed or amended charge Transaction for any visible damage to the rented car.

If the Cardholder returns the car using an express drop-off facility, the written confirmation receipt must be sent to the Cardholder within 5 business days of the return date of the rented car.

The Car Rental Company should advise the Cardholder to retain the confirmation receipt in case of a dispute.

When a Car Rental Company initiates a delayed or amended charge Transaction for charges relating to damage to a rental vehicle, the Merchant must provide the Acquirer with all of the following:

- A copy of the rental agreement

- An estimate of the cost of the damage from an organization that can legally provide repairs

- The relevant civil authority's accident report (if applicable)

- Documentation showing that the Cardholder has given prior consent that a delayed or amended charge Transaction may be processed using that Cardholder's Card to cover damages to a rental vehicle. Such consent must be evidenced by either the:

  – Cardholder's signature on the same page as, and close to, the description of the charges that may be covered by the delayed or amended charge Transaction

  – Cardholder's signature on the agreement and the Cardholder's initials on each page of the agreement, where the Cardholder's signature is not set out on the same page as the description of the charges which may be covered by the delayed or amended charge Transaction

- Any other documentation demonstrating that Cardholder's liability for the damage

- A copy of the insurance policy of the Car Rental Company, if that Car Rental Company requires that the Cardholder pay an insurance deductible for damages

- A copy of the car rental agreement showing that the Cardholder consents to be responsible for the insurance deductible

For rental car damages, the Merchant must provide documentation showing the Cardholder's consent to pay for damages with their Visa Card.

© 2012 Visa. All Rights Reserved.

# A3376

Visa International Operating Regulations

For delayed or amended charge Transactions relating to damages, the Car Rental Company must provide a written confirmation, within 10 business days of the return date of the rented car, containing the:

- Details of the damage

- Cost of the damage

- Currency in which the cost of the damage will be charged to the Cardholder

For delayed or amended charge Transactions relating to damages where the Car Rental Company has written to the Cardholder, the Cardholder may, at no cost to the Car Rental Company, provide written confirmation of an alternative estimate for the cost of the damage within 10 business days of receipt of original written confirmation detailing the cost of the damage from the Car Rental Company.

The Car Rental Company and the Cardholder may come to an agreement on the cost of the damage before processing the delayed or amended charge Transaction. If agreement is not reached between the Car Rental Company and the Cardholder for the cost of the damage, and if the Car Rental Company processes the delayed or amended charge Transaction, the Cardholder retains the right to dispute the delayed or amended charge Transaction.

The Car Rental Company must wait 20 business days from the date of the confirmation receipt provided to the Cardholder before processing a delayed or amended Transaction for damages.

Other delayed or amended charge Transactions, as specified in the *Visa International Operating Regulations*, may still apply.

ID#: 050411-171009-0004141

## Car Rental Advance Deposit

### Car Rental Advance Deposit Service - U.S. Region

In the U.S. Region, a Car Rental Company may participate in the T&E Advance Deposit Service. The Merchant must follow all applicable requirements for the Advance Deposit Service and must:

- Accept all Visa Cards in its category of acceptance for an advance deposit if the Cardholder agrees to the service

- Hold a valid T&E Advance Deposit Service contract with an Acquirer, either as part of the Merchant Agreement or as a separate contract

ID#: 010410-010410-0002755

### Car Rental Advance Deposit Information Requirements - U.S. Region

In the U.S. Region, a participating Car Rental Company must obtain from the Cardholder for a T&E Advance Deposit Transaction:

- Cardholder name, Account Number, and expiration date as displayed on the Visa Card

© 2012 Visa. All Rights Reserved.

# A3377

- Telephone number and mailing address
- Scheduled date of rental
- Intended length of rental

ID#: 010410-010410-0002756


## Car Rental Advance Deposit Amount - U.S. Region

In the U.S. Region, a Car Rental Merchant participating in the T&E Advance Deposit Service must determine the Advance Deposit Transaction amount, not to exceed the cost of the intended term of rental, which must not exceed 14 days.

The deposit amount must be applied to the total obligation.

ID#: 010410-010410-0008969


## Car Rental Advance Deposit Reservation Information - U.S. Region

In the U.S. Region, a Car Rental Merchant participating in the T&E Advance Deposit Service must inform the Cardholder of the:

- Car rental rate
- Car Rental Company name
- Number of days the vehicle will be held

ID#: 010410-010410-0002759


## Car Rental Advance Deposit Confirmation Code - U.S. Region

In the U.S. Region, a Car Rental Merchant participating in the T&E Advance Deposit Service must provide:

- A confirmation code, advising the Cardholder to retain it
- Advance deposit amount and cancellation policy requirements

ID#: 010410-010410-0002760


## Disclosure of Car Rental Deposit Forfeiture - U.S. Region

In the U.S. Region, a Car Rental Company participating in the T&E Advance Deposit Service must advise the Cardholder that it will retain the entire T&E Advance Deposit Transaction amount or the amount specified in the Merchant's stated policy, if the Cardholder has not either:

- Rented the vehicle by the end of the last day of the rental period used to determine the amount of the Transaction

© 2012 Visa. All Rights Reserved.

# A3378

• Cancelled the reservation within the specified time frames

ID#: 010410-010410-0009013

## Car Rental Advance Deposit Transaction Receipts - U.S. Region

In the U.S. Region, a Car Rental Merchant participating in the T&E Advance Deposit Service must complete a Transaction Receipt with the following information:

• Advance deposit amount

• Cardholder name, Account Number, and expiration date

• Cardholder telephone number and mailing address

• The words "Advance Deposit" on the Transaction Receipt signature line

• Confirmation code

• Scheduled vehicle rental date

• Date and time that cancellation privileges (if any) expire without deposit forfeiture

The Merchant must mail a Transaction Receipt copy and cancellation policy for the T&E Advance Deposit Transaction to the address indicated by the Cardholder within 3 business days from the Transaction Date.

ID#: 031209-150210-0009024

## T&E Advance Deposit Service Cancellation Period - U.S. Region

In the U.S. Region, a Car Rental Merchant participating in the T&E Advance Deposit Service must accept all Cardholder cancellations within the time limits specified by the Merchant.

The Merchant must provide a cancellation code and advise the Cardholder to retain it in case of dispute.

ID#: 010410-010410-0009010

## Car Rental Advance Deposit Credit Receipt - U.S. Region

A U.S. Car Rental Merchant participating in the T&E Advance Deposit Service that accepts a cancellation must complete a Credit Transaction Receipt, including the following information:

• The entire T&E Advance Deposit Transaction amount

• Cardholder mailing address

• Cancellation code

• Words "Advance Deposit" on the Transaction Receipt signature line

The Merchant must:

© 2012 Visa. All Rights Reserved.

# A3379

- Deposit the Credit Transaction Receipt within 5 calendar days of the Transaction Date
- Mail the Cardholder's copy to the Cardholder within 3 calendar days of the Transaction Date of the Credit Transaction Receipt

ID#: 010410-010410-0002771

## Advance Deposit Service - Unavailable Vehicle - U.S. Region 5.4.R

If a vehicle reserved under the T&E Advance Deposit Service is unavailable, a U.S. Car Rental Merchant must provide the following services to the Cardholder without charge:

- Credit Transaction Receipt to refund the entire Advance Deposit Transaction amount
- At least a comparable vehicle for the number of days specified in the reservation, not to exceed 14 days, or until the reserved vehicle becomes available, whichever comes first

ID#: 010410-010410-0002778

# Visa Reservation Service for Car Rentals - U.S. Region

## Unavailable Specialized Vehicle - U.S. Region VIOR 5.4.X

A Car Rental Company in the U.S. Region may participate in a service to guarantee Peak Time reservations or reservations for Specialized Vehicles, as specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0008958

## Car Rental Reservation Merchant Agreement Requirements - U.S. Region VIOR 5.4.X

A U.S. Acquirer must incorporate the applicable Visa Reservation Service requirements into all Merchant Agreements for Car Rental Companies participating in the Visa Reservation Service.

ID#: 010410-010410-0002689

## Car Rental Reservation Card Acceptance - U.S. Region 5.4.Q

In the U.S. Region, a Car Rental Company participating in the Visa Reservation Service must accept all Visa Cards in its category of acceptance for reservations.

ID#: 010410-010410-0002671

© 2012 Visa. All Rights Reserved.

# A3380

## Car Rental Reservation Billing Information - U.S. Region VIOR 5.4.X, USOR 5.4.Q

For a Specialized Vehicle or Peak Time reservation in the U.S. Region, a Car Rental company must obtain the Cardholder name, Account Number, and expiration date as displayed on the Visa Card or Visa Electron Card.

ID#: 010410-010410-0008949

## Car Rental Peak-Time Reservation - Cardholder Disclosure Requirements - U.S. Region 5.4.Q

If a Cardholder reserves a vehicle in the U.S. Region during Peak Time, the Car Rental Company must inform the Cardholder that the reservation:

- Is within a Peak Time period and explain the meaning of Peak Time
- May be cancelled without penalty any time up to 8 hours before the scheduled rental time

ID#: 010410-010410-0002672

## Car Rental Peak Time Reservation - Cancelled Flight - U.S. Region 5.4.Q

In the U.S. Region, if a Cardholder is traveling to a car rental location by Airline and the flight is cancelled or the airport is closed, the Cardholder may cancel the Peak Time reservation without penalty up to one hour before the scheduled rental time.

ID#: 010410-010410-0002673

## Car Rental Peak Time Reservation - No-Show Fee Disclosure - U.S. Region 5.4.Q

In the U.S. Region, a Car Rental Company must advise the Cardholder that a "no-show" fee for Peak Time reservations may be billed if the Cardholder has neither:

- Rented the vehicle by the end of the guarantee period
- Properly cancelled the reservation

The "no-show" fee must not exceed one day's rental plus applicable taxes.

ID#: 010410-010410-0002674

## Specialized Vehicle Guaranteed Rental Period - U.S. Region VIOR 5.4.X, USOR 5.4.Q

In the U.S. Region, if a Cardholder reserves a Specialized Vehicle, the Car Rental Company must inform the Cardholder that the reservation:

- Will be held until the scheduled pick-up time, unless cancelled

© 2012 Visa. All Rights Reserved.

# A3381

- May be cancelled without penalty up to 72 hours before the scheduled rental time
- If the reservation is made within 72 hours of the scheduled rental time, may be cancelled without penalty up to 8 hours before the scheduled rental time.

ID#: 010410-010410-0008960

## Specialized Vehicle Reservation No-Show Disclosure Requirements - U.S. Region VIOR 5.4.X, USOR 5.4.Q

A Car Rental Company in the U.S. Region must advise the Cardholder that a "no-show" fee for a Specialized Vehicle reservation may be billed if the Cardholder has neither:

- Rented the Specialized Vehicle by the end of the guarantee period
- Properly cancelled the reservation

The "no show" fee must not exceed 2 days' rental.

ID#: 010410-010410-0008963

## Car Rental Reservation Confirmation - U.S. Region VIOR 5.4.X, USOR 5.4.Q

In the U.S. Region, for a reservation made with at least 72 hours' notice, a Car Rental Company must send the Cardholder a written confirmation containing:

- Cardholder name, Account Number, and expiration date as displayed on the Visa Card or Visa Electron Card
- Name and exact street address of the Merchant Outlet
- Confirmation code
- Rate
- Cardholder obligations
- Cancellation and any other service details

For reservations made with less than 72 hours' notice, the Car Rental Company must mail a confirmation only on Cardholder request.

ID#: 010410-010410-0008950

## Car Rental Cancellation Requests - U.S. Region VIOR 5.4.X, USOR 5.4.Q

A U.S. Car Rental company must:

- Accept a reservation cancellation request if made by the specified time
- Provide a cancellation code and advise the Cardholder to retain it in case of dispute

ID#: 010410-010410-0008951

© 2012 Visa. All Rights Reserved.

# A3382

## Specialized Vehicle Reservation Cancellation Period - U.S. Region VIOR 5.4.X

A Car Rental Company in the U.S. Region must **not** require more than 72 hours' reservation cancellation notification before the scheduled rental date of a Specialized Vehicle.

If the Cardholder makes the reservation within 72 hours of the scheduled rental date, the cancellation deadline must be 12 hours before the scheduled rental time on the scheduled pick-up date.

ID#: 010410-010410-0008961

## Car Rental Cancellation Written Confirmation - U.S. Region VIOR 5.4.X, USOR 5.4.Q

In the U.S. Region, if requested, a Car Rental company must provide the Cardholder with a written reservation confirmation that contains the following information:

• Cardholder name, Account Number, and Card expiration date as displayed on the Visa Card

• Cancellation code

• Cancellation details

ID#: 010410-010410-0008954

## Car Rental No-Show Requirements - U.S. Region VIOR 5.4.X, USOR 5.4.Q

A U.S. Car Rental Company must hold a Specialized Vehicle according to the reservation if the Cardholder has not claimed or properly canceled the reservation by the specified time.

The Car Rental Company may then prepare a Transaction Receipt with the following information:

• No-Show Transaction fee plus tax, as applicable. The amount of the No-Show Transaction must **not** exceed the value of:

  – 2 days' rental, including tax, for a Specialized Vehicle reservation

  – One day's rental, including tax, for a Peak Time reservation

• Cardholder name, Account Number, and expiration date as displayed on the Card

• The words "No-Show" on the signature line of the Transaction Receipt

ID#: 010410-010410-0008955

## Car Rental Reservation Authorization and Deposit Procedures - U.S. Region VIOR 5.4.X

In the U.S. Region, a Car Rental Company participating in the Visa Reservation Service must follow normal Authorization and Deposit requirements for a Car Rental Company, as specified in "T&E Authorizations" and "T&E Delayed or Amended Charges."

ID#: 010410-010410-0002703

© 2012 Visa. All Rights Reserved.

# A3383

### Peak Time Reservation Vehicle Unavailable - U.S. Region 5.4.Q

In the U.S. Region, if a vehicle guaranteed as a Peak Time reservation is unavailable, the Car Rental Company must provide the Cardholder with a comparable vehicle no later than one hour from the scheduled rental time.

If a comparable vehicle cannot be provided within one hour, the Car Rental Company must provide the following services at no charge to the Cardholder:

• Transportation to the Cardholder's destination

• Delivery of a comparable vehicle to the Cardholder's destination within 8 hours from the scheduled rental time

• Transportation, vehicle delivery, and one day's car rental

ID#: 010410-010410-0008959

### Unavailable Specialized Vehicle - U.S. Region VIOR 5.4.X, USOR 5.4.Q

If a reserved Specialized Vehicle is unavailable, a Car Rental Company in the U.S. Region must provide the following services at no charge to the Cardholder:

• Comparable vehicle at another car rental establishment for the reservation period

• Transportation to the alternate car rental establishment.

ID#: 010410-010410-0008962

# Hotels and Cruise Lines

## Hotel and Cruise Line General Requirements

### Cruise Line On-Board Casinos

On-board gambling charges, such as the purchase of gaming chips, must be distinct from other cruise charges. They must be:

• Authorized

• Processed with:

   – MCC 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks"

   – The Quasi-Cash/Online Gambling Transaction indicator

ID#: 010410-010410-0002705

© 2012 Visa. All Rights Reserved.

# A3384

## Hotel or Cruise Line Cash Disbursement

A Hotel or Cruise Line may make Cash Disbursements on a Visa Card to a registered Cardholder if all of the following conditions apply:

- The Cardholder indicates at registration the intent to pay for the Hotel's services with a Visa Card

- Before disbursement, the Merchant reviews positive identification (such as a passport or driver's license) and, if permitted under applicable law, records type and number on the Transaction Receipt

- The Merchant completes a Cash Disbursement Transaction Receipt and writes on the front of the Transaction Receipt the Cardholder's positive identification and the 4 digits printed below the Account Number on the Card

- The Merchant does **not** disburse more than US $250, or local currency equivalent, during the Cardholder's stay or voyage

- The Merchant does **not** include any additional fees, excluding taxes or charges imposed by law, to the Transaction amount

ID#: 010410-010410-0002801

## Hotel Guaranteed Reservations

### Required Participation in the Hotel Reservation Service

A Hotel or its third-party booking agent must participate in the Hotel Reservation Service (known in the U.S. Region as the Visa Reservation Service) if it accepts Visa Cards to guarantee Hotel reservations.

An Acquirer must incorporate the Hotel Reservation Service requirements into all Merchant Agreements.

In the U.S. Region, an Acquirer must incorporate these requirements into either: *(This only applies in the U.S. Region.)*

- All Merchant Agreements  *(This only applies in the U.S. Region.)*
- Separate contract for each of its T&E Merchants that guarantees reservations  *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008681

### Hotel Reservation Billing Information

A Hotel or its third-party booking agent must obtain the Cardholder name, Account Number, and Card expiration date displayed on the Card for each reservation.

ID#: 010410-010410-0006087

© 2012 Visa. All Rights Reserved.

# A3385

## Hotel Reservation Exact Name and Location

A Hotel or its third-party booking agent accepting a reservation must quote the reserved accommodation rate and the exact name and physical address of the establishment.

ID#: 010410-010410-0006086

## Hotel Reservation Amount of No Show

A Hotel or its third-party booking agent must inform the Cardholder that one night's lodging will be billed if the Cardholder has **not** either:

- Registered by check-out time the day following the scheduled arrival date
- Properly canceled the reservation

ID#: 010410-010410-0006085

## Hotel Reservation Confirmation Code 5.4.R

A Hotel or its third-party booking agent must provide a reservation confirmation code and advise the Cardholder to retain it in case of dispute.

ID#: 010410-010410-0002731

## Hotel Reservation Information

A Hotel or its third-party booking agent must provide to the Cardholder reservation information and, if requested, a written confirmation with the following information:

- Cardholder name, Account Number, and Card expiration date
- Confirmation code
- Exact physical address of the establishment
- Hotel Reservation Service provisions relating to the Cardholder's obligations
- Any other reservation details

ID#: 010410-010410-0006084

## Hotel Reservation Cancellations

A Hotel or its third-party booking agent must accept all reservation cancellations before the specified notification time.

The Hotel or its third-party booking agent must **not** require cancellation notification more than 72 hours before the scheduled arrival date.

© 2012 Visa. All Rights Reserved.

# A3386

If a Cardholder makes the reservation within 72 hours of the scheduled arrival date, the cancellation deadline must be no earlier than 6:00 p.m. Merchant Outlet time on the arrival date or date guaranteed.

If the Hotel or its third-party booking agent requires that a Cardholder cancel before 6:00 p.m. Merchant Outlet time on the date guaranteed, the Hotel or its third-party booking agent must mail the cancellation policy, including the date and time that cancellation privileges expire, to the Cardholder.

ID#: 010410-010410-0008688

## Hotel Reservation Cancellation Code

A Hotel or its third-party booking agent must provide a reservation cancellation code (if the reservation is properly cancelled) and advise the Cardholder to retain it in case of dispute.

ID#: 010410-010410-0006079

## Hotel Reservation Mail Confirmation

If requested by the Cardholder, a Hotel or its third-party booking agent must mail a confirmation of cancellation. The confirmation must include the following:

• Cardholder name, Account Number, and Card expiration date

• Cancellation code

• Any other cancellation details

ID#: 010410-010410-0006080

## Hotel Reservation Room Hold (Updated)

If a Cardholder has **not** claimed or cancelled the Hotel Reservation Service accommodations by the specified time, the Hotel or its third-party booking agent must hold the reserved rooms available until check-out time the following day.

The Hotel or its third-party booking agent must obtain Authorization and complete a Transaction Receipt that contains:

• Amount of one night's lodging plus applicable tax

• Cardholder name, Account Number, and Card expiration date

• The words "No-Show" on the signature line of the Transaction Receipt

ID#: 151012-010410-0008703

© 2012 Visa. All Rights Reserved.

# A3387

## Hotel Reservation Unavailable Accommodations

If the accommodations guaranteed by the Hotel Reservation Service are unavailable, the Hotel must provide the Cardholder with the following services at no charge:

- Comparable accommodations for one night at another establishment
- If requested, a 3-minute telephone call and message forwarding to the alternate establishment
- Transportation to the alternate establishment

ID#: 010410-010410-0006076

## Hotel Reservation Service Card Acceptance - U.S. Region 5.4.P

In the U.S. Region, a Lodging Merchant participating in the Visa Reservation Service must accept all Visa Cards in its category of acceptance for reservations.

ID#: 010410-010410-0002781

# Advance Deposit Service

## Advance Deposit Service - General Requirements VIOR 5.4.S, USOR 5.4.R

A Hotel or Cruise Line participating in the Advance Deposit Service must:

- Accept all Visa Cards or Visa Electron Cards for an advance deposit if the Cardholder agrees to the service
- Hold a valid Advance Deposit Service contract with an Acquirer

In the U.S. Region, the participating Merchant must accept all Visa Cards in its category of acceptance. *(This only applies in the U.S. Region.)*

ID#: 031209-150210-0002706

## Advance Deposit Service - Deposit Information Requirements VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must obtain from the Cardholder:

- Cardholder name, Account Number, and expiration date as displayed on the Visa Card or Visa Electron Card
- Telephone number and mailing address
- Scheduled date of arrival for a Hotel, or embarkation for a Cruise Line

© 2012 Visa. All Rights Reserved.

# A3388

- Intended length of stay or voyage

ID#: 010410-010410-0002707

## Advance Deposit Transaction Amount VIOR 5.4.S, USOR 5.4.R.2

A Merchant participating in the Advance Deposit Service must determine the Advance Deposit Transaction amount, not to exceed the following:

- For lodging accommodations, the cost of the intended length of stay (not to exceed 14 nights)
- Cost of the cruise

The deposit amount must be applied to the total obligation.

ID#: 010410-010410-0008970

## Advance Deposit Service - Reservation Information VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must inform the Cardholder of the following, as applicable:

- Reserved accommodation rate and the Transaction amount
- Exact Merchant name and location
- Name of the cruise ship and point of embarkation
- Merchant's intention to hold the accommodation for the number of nights paid for
- Merchant cancellation policy

ID#: 010410-010410-0002710

## Advance Deposit Service - Deposit Information Code and Other Requirements VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must provide:

- A confirmation code, and advise the Cardholder to retain it
- Advance deposit requirements, cancellation policy requirements, and the actual date and time that the cancellation privileges expire

The Merchant must advise the Cardholder that it will:

- Hold the accommodations according to the reservation
- Provide written confirmation of a Cardholder reservation change if requested

ID#: 010410-010410-0008971

© 2012 Visa. All Rights Reserved.

# A3389

## Advance Deposit Service - Disclosure of Deposit Forfeiture VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must advise the Cardholder that it will retain the entire Advance Deposit Transaction amount or the amount specified in the Merchant's stated policy if the Cardholder has not:

- Registered by check-out time the day following the specified last night of lodging for a Hotel (the Cardholder will lose the unused amount of the reservation)
- Checked in by embarkation time for a Cruise Line
- Canceled the reservation within the time limit specified by the Merchant

Under the Advance Deposit Service, a Merchant must **not** charge the Cardholder for a No-Show Transaction.

ID#: 010410-010410-0009016

## Advance Deposit Service - Transaction Receipt Completion and Delivery VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must complete a Transaction Receipt with the following information:

- Advance deposit amount
- Cardholder name and Account Number
- Cardholder telephone number and mailing address
- The words "Advance Deposit" on the Transaction Receipt signature line
- Confirmation code
- Scheduled check-in or embarkation date
- Date and time that cancellation privileges (if any) expire without deposit forfeiture for unused accommodations

The Merchant must mail the Transaction Receipt copy and cancellation policy to the Cardholder within 3 business days of the Transaction Date.

ID#: 010410-010410-0009025

## Advance Deposit Service Cancellation Requirements VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must accept all Cardholder cancellations within the time limits specified the by the Merchant.

© 2012 Visa. All Rights Reserved.

# A3390

The Merchant must provide a cancellation code and advise the Cardholder to retain it in case of dispute.

ID#: 010410-010410-0009009

## Advance Deposit Service - Credit Transaction Receipt VIOR 5.4.S, USOR 5.4.R

A Merchant participating in the Advance Deposit Service must complete a Credit Transaction Receipt, including all of the following:

• Transaction amount

• Cardholder name, Account Number, and expiration date as displayed on the Visa Card or Visa Electron Card

• Cardholder mailing address

• Cancellation code

• The words "Advance Deposit" on the Transaction Receipt signature line

ID#: 010410-010410-0002719

## Refund Requirements

Within 3 business days of the Transaction Date on the Credit Transaction Receipt, a Merchant participating in the Advance Deposit Service must:

• Deposit the Credit Transaction Receipt

• Mail the Cardholder's copy to the Cardholder

In the U.S. Region, the Merchant must: *(This only applies in the U.S. Region.)*

• Deposit the Credit Transaction Receipt within 5 calendar days of the Transaction Date *(This only applies in the U.S. Region.)*

• Mail the Cardholder's copy to the Cardholder within 3 calendar days of the Transaction Date of the Credit Transaction Receipt *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008720

## Unavailable Hotel Accommodations 5.4.S.9

If Hotel accommodations reserved under the Advance Deposit Service are unavailable, the Merchant must provide the Cardholder with the following services without charge:

• Credit refund for the entire Transaction amount. The Merchant must provide the Credit Transaction Receipt copy to the Cardholder.

© 2012 Visa. All Rights Reserved.

# A3391

- Comparable accommodations at an alternate establishment for the number of nights specified in the reservation (not to exceed 14 nights) or until the reserved accommodations become available at the original establishment
- If requested, 2 3-minute telephone calls and message forwarding to the alternate establishment
- Transportation to the alternate establishment's location and return to the original establishment. If requested, the Merchant must provide daily transportation to and from the alternate establishment.

ID#: 010410-010410-0008721

## Unavailable Cruise Accommodations 5.4.S.10

If Cruise Line accommodations reserved under the Advance Deposit Service are unavailable, and no comparable accommodations are available on the ship, the Merchant must offer the Cardholder a comparable cruise of similar itinerary and embarkation date at no additional cost to the Cardholder.

If the Cardholder accepts the alternate accommodations, the Merchant must provide either of the following services without charge:

- An additional night's accommodation
- Airfare to a different port city

If the Cardholder declines the alternate accommodations, the Merchant must provide a credit refund for the entire Advance Deposit Transaction amount. The Merchant must provide a copy of the Credit Transaction Receipt to the Cardholder.

In addition, the Merchant must provide the Cardholder all of the following without charge:

- One night's Hotel accommodation, if the Cardholder requests it
- Transportation to the Hotel and airport
- Airline transportation to the airport nearest the Cardholder's residence
- Reasonable out-of-pocket expenses incurred by the Cardholder

ID#: 010410-010410-0008722

## Priority Check-Out Service

### General Requirements for Priority Check-Out

A Hotel or Cruise Line participating in the Priority Check-out Service must:

- Hold a valid Priority Check-out Service contract with an Acquirer
- Accept all Cards when a Cardholder requests the Priority Check-out Service

© 2012 Visa. All Rights Reserved.

# A3392

- Comply with all the requirements in "Dynamic Currency Conversion Priority Check-out and Express Return Requirements" if it offers Dynamic Currency Conversion

ID#: 010410-010410-0008735

## Priority Check-out Agreement

A Priority Check-out Agreement must include the following information:

- Merchant name and location
- A statement from the Cardholder to the Hotel's cashier to check the Cardholder out of Room Number XXXXX on departure date MMDDYY
- In the US region, the Merchant telephone number

Space must be provided for the Cardholder (guest) name and signature with a statement that the Cardholder (guest) authorizes a charge to their Visa account for the amount of all costs incurred during their stay

If requested by the Cardholder (guest), the Hotel must send a copy of the following:

- Visa Transaction Receipt
- Hotel bill
- Copy of the Priority Check-out Agreement

The Hotel may include space for the Cardholder name, company name and address, including state/province and country in order to mail the receipt(s) to the Cardholder

Once completed, the agreement is Visa Confidential.

ID#: 151011-010100-0026517

## Transaction Receipt and Priority Check-Out Agreement Completion

A Merchant participating in the Priority Check-out Service must:

- Ask the Cardholder to complete, sign, and return a Priority Check-out Agreement that must contain the information specified in "Manual Transaction Receipt - Data Requirements VIOR Table 7J-1 USOR Table S-7" and "Manual Transaction Receipt - Hotels Table 7J-2." The Cardholder must include the mailing address to receive a copy of the Hotel bill.
- Complete a Transaction Receipt, including the total obligation amount and the words "Priority Check-out" on the signature line of the Transaction Receipt
- Review the completed Priority Check-out Agreement and ensure that the Account Number matches the Account Number on the Transaction Receipt, if applicable

ID#: 080411-010410-0002798

© 2012 Visa. All Rights Reserved.

# A3393

## Priority Check-Out Service - Transaction Receipt Delivery

At Cardholder request, a Merchant participating in the Priority Check-out Service must provide a Transaction Receipt copy, the itemized bill, and the signed agreement with the information listed in "Priority Check-out Agreement" in one of the following ways:

- Onsite
- By e-mail
- By mail within 3 business days of the Cardholder's departure

In the U.S. Region, a Lodging Merchant or Cruise Line merchant must mail the Transaction Receipt copy, the itemized bill and, if requested, the signed Priority Check-out Agreement to the Cardholder within 3 business days of the Cardholder's departure. *(This only applies in the U.S. Region.)*

ID#: 151011-010410-0008731

## Priority Check-Out Service Document Retention

A Merchant participating in the Priority Check-out Service must retain the itemized bill and signed Priority Check-out Agreement for a minimum of 6 months after the Transaction Date.

ID#: 010410-010410-0002800

# Central Reservation Service

## Physical Inspections of Central Reservation Service Premises - U.S. Region

A U.S. Acquirer must conduct a physical inspection of the Central Reservation Service business premises and a review of:

- Solicitation or sales materials
- Operating procedures for Lodging Merchants to be serviced

ID#: 010410-010410-0003397

## Central Reservation Service - Acquirer Requirement - U.S. Region

A U.S. Acquirer must maintain a file on a Central Reservation Service that:

- Includes all applicable documentation
- Is retained for a minimum of 2 years following discontinuance of the relationship, with reasons for discontinuance

ID#: 010410-010410-0003226

© 2012 Visa. All Rights Reserved.

# A3394

Visa International Operating Regulations

### Merchant Agreement for Central Reservation Service - U.S. Region

For a Central Reservation Service Merchant to participate in the Advance Deposit Service, a U.S. Acquirer must have a Merchant Agreement with the Central Reservation Service that includes the provisions for the Advance Deposit Service.

ID#: 010410-010410-0008732

### Central Reservation Service Requirements - U.S. Region

In the U.S. Region, a Central Reservation Service must:

- Have a written contract with the lodging establishment, executed by an officer or manager of the hotel
- Accept full responsibility for resolving Cardholder problems related to the Advance Deposit Service

ID#: 010410-010410-0002753

### Central Reservation Service Agents - U.S. Region

In the U.S. Region, a Central Reservation Service must **not** use an agent to perform services on its behalf.

ID#: 010410-010410-0002754

## Timeshare Merchants

### General Timeshare Merchant Requirements

### Timeshare Merchant Category Code

An Acquirer must assign Merchant Category Code 7012, "Timeshares," to a Timeshare Merchant that operates sales, rentals, or other uses not including full-service lodging (i.e., maid and room service).

The Acquirer must submit the assigned Merchant Category Code for a Timeshare Merchant either:

- With each Authorization Request
- Through BASE II

ID#: 010410-010410-0008741

© 2012 Visa. All Rights Reserved.

# A3395

**Timeshare Merchants - Special Credit Refund Requirements**

A Timeshare Merchant must provide a full credit refund when the:

- Transaction Receipt was processed
- Cardholder canceled the Transaction within 14 calendar days of the Transaction Date

ID#: 111011-010410-0003082

# Real-Time Clearing - U.S. Region

## Automated Fuel Dispensers Real-Time Clearing - U.S. Region

### Automated Fuel Dispenser Real-Time Clearing Transaction Processing Requirements - U.S. Region (Updated)

In the U.S. Region, a Real-Time Clearing Transaction must properly identify the preauthorization time limit in Field 63.2 of the Authorization message, as specified in the applicable VisaNet Manuals.

Any applicable Interchange Reimbursement Fee may apply to a Real-Time Clearing Transaction.

ID#: 151012-010410-0007391

# Gambling

## Online Gambling

### Online Gambling Merchant Requirements

An Acquirer must ensure that:

- An Online Gambling Merchant has a valid license or other appropriate authority to operate its Website under the local law of its Country of Domicile
- A Transaction completed by an Online Gambling Merchant is identified with:
  - Merchant Category Code 7995, "Betting," even when gambling services are not the Merchant's primary business
  - The Quasi-Cash/Online Gambling Transaction indicator in the Authorization and Clearing messages
- An Online Gambling Merchant Website complies with the Website requirements specified in "Online Gambling - Special Website Requirements"

© 2012 Visa. All Rights Reserved.

# A3396

---

- The appropriate payment acceptance provisions are included in its Merchant Agreement or as a separate addendum

ID#: 010410-010410-0002474

## Online Gambling Identifiers (Updated)

In addition to the requirements specified in "Electronic Commerce Indicator Requirements," a Transaction completed by a Member, Merchant, Online Gambling Merchant, Payment Service Provider (PSP), or Sponsored Merchant that processes Online Gambling Transactions must be identified with:

- Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks," even if gambling services are not the Merchant's or Sponsored Merchant's primary business
- The Quasi-Cash/Online Gambling Transaction indicator in the Authorization Request and Clearing Record

If a Member, Merchant, PSP, or Sponsored Merchant is unable to distinguish an Online Gambling Transaction from other Transactions, it must:

- Identify all Transactions as Online Gambling Transactions
- Inform the Cardholder that Transactions may be identified on the billing statement as gambling Transactions

ID#: 151012-010410-0005919

## Online Gambling Funds Transfer

If a funds transfer to an individual is to be used for an Online Gambling Transaction, an Acquirer must:

- Identify the Transaction as an Online Gambling Transaction
- Ensure that adequate processes are in place that will identify and eliminate abuse by an individual or Online Gambling Merchant that attempts to circumvent proper Transaction identification

If Visa determines that an individual is facilitating Online Gambling Transactions through funds transfers, Visa may impose these requirements on the funds transfer Merchant for any future funds transfers to that individual.

ID#: 010410-010410-0002955

## Online Gambling - Special Website Requirements

In addition to the Website requirements specified in "Website Requirements" and "Electronic Commerce Merchant Refund Policy Disclosure," a Website for an Online Gambling Merchant must contain:

---

© 2012 Visa. All Rights Reserved.

# A3397

- The statement "Internet Gambling may be illegal in the jurisdiction in which you are located; if so, you are **not** authorized to use your payment card to complete this transaction."
- A statement of the Cardholder's responsibility to know the laws concerning online gambling in their country of domicile
- A statement prohibiting the participation of minors
- A complete description of the:
  - Rules of play
  - Cancellation policies
  - Pay-out policies
- A statement recommending that the Cardholder retain a copy of transaction records and Merchant policies and rules
- An Acquirer numeric identifier, as specified in the *Visa Acquirer Risk Management Guide*

ID#: 010410-010410-0002957

## Online Gambling Merchant Registration - LAC Region (Updated)

Before an LAC Acquirer signs an Online Gambling Merchant, it must comply with all of the applicable requirements for the monitoring of High-Brand Risk Merchants, as specified in the *Visa International Operating Regulations* and any other risk reduction procedures imposed by Visa.

ID#: 151012-010410-0005299

## Online Gambling Merchant Registration Fees - LAC Region (Updated)

To cover additional monitoring expenses, a registration fee for LAC Online Gambling Merchants is required, as specified in the applicable Fee Guide.

ID#: 151012-010410-0005301

# Gambling Credits

## Transactions Representing Gambling Winnings

A gambling Merchant may disburse winnings as an Original Credit if:

- The Original Credit is processed to the same Account Number that was used to place the winning wager
- The Transaction representing the winning wager was lawfully made, properly identified, and processed according to the *Visa International Operating Regulations*

ID#: 010410-010410-0002958

© 2012 Visa. All Rights Reserved.

# A3398

### Original Credit - Gambling Credits

An Online Gambling Merchant must **not** deposit a credit Transaction to disburse winnings to Cardholders, except for an Original Credit, as specified in "Transactions Representing Gambling Winnings."

ID#: 010410-010410-0002956

## In-Transit Gambling

### In-Transit Service Gambling Merchant Operational Plan (Updated)

In addition to the In-Transit Service Merchant requirements specified in "Operational Plan for In-Transit Service Merchants," the operational plan for an In-Transit Service Gambling Merchant must include the following information:

- Rules of play
- Odds of winning
- Pay-out ratios

ID#: 151012-010410-0002472

### In-Transit Service Gambling Merchant - Independent Legal Source

An Acquirer must provide Visa with documentation from an independent legal source that:

- Specifies the type of gambling provided by its In-Transit Service Gambling Merchant
- Certifies the Merchant is not in violation of local or national laws regarding in-transit gambling

ID#: 010410-010410-0002473

### In-Transit Gambling - BIN Blocked

An Acquirer must ensure that its In-Transit Service Gambling Merchant has the ability to prevent the In-Transit Terminal from accepting a service request on any BIN blocked by an Issuer.

In addition to the rules specified in "In-Transit," an In-Transit Terminal providing gambling services must:

- Verify that the BIN has not been blocked by the Issuer
- Display the following information on the introductory screen:
  - Rules of play
  - Odds of winning

© 2012 Visa. All Rights Reserved.

# A3399

– Pay-out ratios

ID#: 010410-010410-0006091

## In-Transit Gambling - Transaction Processing

An In-Transit Service Transaction involving gambling must be processed as a Quasi-Cash Transaction.

ID#: 010410-010410-0002952

## In-Transit Gambling - Pay-Out Ratio

In-Transit Service gambling minimum pay-out ratios must be established within the In-Transit Service gambling Merchant's Visa Region.

ID#: 010410-010410-0002945

## In-Transit Gambling - Winnings/Losses

An In-Transit Service Terminal providing gambling service must **not** permit either:

- Losses exceeding US $350, or local currency equivalent, per excursion
- Winnings exceeding US $3,500, or local currency equivalent, per excursion

ID#: 010410-010410-0002946

## In-Transit Gambling - Single Trip

During a single trip on the same craft, a Cardholder may wager up to the total Transaction amount permitted.

ID#: 010410-010410-0002947

## In-Transit Gambling - Authorization Request

An Authorization Request at an In-Transit Terminal providing gambling services must be for the total amount agreed to by the Cardholder.

An Authorization Request processed upon arrival at the final destination, as specified in "Transaction Date for In-Transit Service Transaction," must **not** be more than the total amount of the loss.

ID#: 010410-010410-0006090

© 2012 Visa. All Rights Reserved.

# A3400

Visa International Operating Regulations

### In-Transit Gambling - Authorization Reversals

If losses are less than the amount authorized, an Authorization Reversal must be submitted for the difference.

ID#: 010410-010410-0002950

### In-Transit Gambling - Cardholder Credit

Gambling winnings that are due to a Cardholder must be processed as a credit to the Account Number used in the initial Transaction. Gambling winnings must **not** be dispensed in the form of cash, check, or other payment method.

ID#: 010410-010410-0002951

# Debt Repayment Program - U.S. Region

## Debt Repayment Program

### Qualification for Debt Repayment Program - U.S. Region

**Effective through 14 June 2012**, in the U.S. Region, a Visa Debit Card Transaction may qualify as a Visa Debt Repayment Program Transaction if it meets the requirements specified in:

- "Merchant Requirements for Debt Repayment Program - U.S. Region"
- *Visa Debt Repayment Program Guide*

**Effective 15 June 2012**, in the U.S. Region, a Visa Debit Card Transaction and a Visa Business Check Card Transaction may qualify as a Visa Debt Repayment Program Transaction if it meets the requirements specified in:

- "Merchant Requirements for Debt Repayment Program - U.S. Region"
- *Visa Debt Repayment Program Guide*

A Visa Debt Repayment Program Transaction may qualify for the Debt Repayment Program Interchange Reimbursement Fee.

ID#: 160312-010410-0005198

© 2012 Visa. All Rights Reserved.

# A3401

## Acquirer Requirements for Debt Repayment Program - U.S. Region

**Effective 15 June 2012**, to participate in the U.S. Debt Repayment Program, an Acquirer must register the Debt Repayment Program Merchant and be provided with a Merchant Verification Value, as specified in the *Visa Debt Repayment Program Guide.*

ID#: 160312-150612-0026884

## Merchant Requirements for Debt Repayment Program - U.S. Region (Updated)

For a U.S. Merchant to be eligible for the Debt Repayment Program, the Acquirer must ensure that the Merchant:

- Is registered as a Limited Acceptance Merchant of Visa Debit Category Cards as a means of payment in all channels where payments are accepted (i.e., Card-Absent Environments and Card-Present Environments, as applicable). A Merchant may accept all Visa Cards for any of its other lines of businesses that do not participate in the Debt Repayment Program. **Effective 15 June 2012**, a Merchant may accept Visa Business Check Cards as part of the Debt Repayment Program.

- Is properly assigned Merchant Category Code 6012, "Financial Institutions - Merchandise and Services," or 6051, "Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers Cheques"

- Submits the debt repayment indicator for all Debt Repayment Program Transactions, as specified in the VisaNet manuals, "Required Data for Authorization Requests and Responses" (Exhibit OO - U.S. Region), and "VisaNet Clearing Message Content Standards" (Exhibit NN - U.S. Region)

- **Effective 15 June 2012**, includes the Merchant Verification Value (MVV) in all Visa Debt Repayment Program Transactions involving Visa Business Check Cards

- **Effective through 14 June 2012**, ensures that the opportunity to pay with a Visa Consumer Debit Card is at least as prominently featured as all other accepted payment methods.

- **Effective 15 June 2012**, ensures that the opportunity to pay with a Visa Debit Card or Visa Business Check Card is at least as prominently featured as all other accepted payment methods

- Only processes Visa Debt Repayment Program Transactions for an existing consumer debt that has not been deemed uncollectible and is an approved debt type, as defined in the *Visa Debt Repayment Program Guide.* The Merchant must not process Visa Debt Repayment Program Transactions representing payment for business debt (i.e., small business loans, loans to sole proprietors, or other types of business-related loans).

- Complies with the *Visa Debt Repayment Program Guide*

A U.S. Merchant eligible for the Debt Repayment Program that accepts Visa Cards for payments of existing consumer debt outside the Debt Repayment Program must comply with the requirements specified in "Merchants Not Participating in Debt Repayment Program - U.S. Region."

ID#: 151012-150210-0005202

© 2012 Visa. All Rights Reserved.

# A3402

### Merchants Not Participating in Debt Repayment Program - U.S. Region (Updated)

A U.S. Merchant not participating in the Debt Repayment Program may accept Visa Cards for payments on existing debt.

The Merchant must:

- Be registered as a Limited Acceptance Merchant
- Be properly assigned Merchant Category Code 6012, "Financial Institutions - Merchandise and Services," or 6051, "Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers Cheques"
- Submit the debt repayment indicator for all payments of existing consumer debt, as specified in the VisaNet manuals, "Required Data for Authorization Requests and Responses" (Exhibit OO - U.S. Region), and "VisaNet Clearing Message Content Standards" (Exhibit NN - U.S. Region)
- Accept payment only for consumer auto loans, credit card debt, mortgage loans, and student debt types

ID#: 151012-010410-0005201

### Visa Right to Terminate Participation in Debt Repayment Program - U.S. Region

In the U.S. Region, Visa may at any time:

- Disqualify a Debt Repayment Program Merchant from participation
- Modify or discontinue the Visa Debt Repayment Program

ID#: 010410-010410-0005199

# Tax and Other Government Payments

## Tax and Other Government Payments - AP Region

### Government Payments in Australia - AP Region

In Australia, a government Merchant with one of the following Merchant Category Codes may collect the Transaction amount separately from the surcharge amount, if the government Merchant requires this form of payment model. A government Merchant that does not require this model must include the surcharge amount with the Transaction amount and not collect it separately.

- 9211, "Court Costs including Alimony and Child Support"
- 9222, "Fines"
- 9223, "Bail and Bond Payments"

© 2012 Visa. All Rights Reserved.

# A3403

- 9311, "Tax Payments"
- 9399, "Government Services-not elsewhere classified"
- 9405, "Intra Government Transactions"

A government Merchant may use a third party payment service provider to deposit Transaction Receipts that result from a Transaction between a Cardholder and that government Merchant.

ID#: 090411-060111-0026163

## Tax Payment Program Requirements - U.S. Region

### Tax Payment Program Eligibility - U.S. Region

In the U.S. Region, the Visa Tax Payment Program allows a Tax Payment Program Merchant to process Visa Card Transactions for the payment of certain eligible federal, state, and local taxes.

ID#: 010410-010410-0003043

### Tax Payment Program Acquirer Requirements - U.S. Region

To participate in the U.S. Region Tax Payment Program, an Acquirer must register the Tax Payment Program Merchant and be provided with a Merchant Verification Value, as specified in the *Visa Tax Payment Program Guide.*

ID#: 010410-010410-0003044

### Tax Payment Program Merchant Category Code Requirements - U.S. Region

In the U.S. Region, a Tax Payment Program Transaction must originate from a Tax Payment Program Merchant using Merchant Category Code 9311, "Tax Payments."

ID#: 010410-010410-0003045

### Tax Payment Program Data Requirements - U.S. Region (Updated)

In the U.S. Region, an Acquirer participating in the Tax Payment Program must provide the Merchant Verification Value, as specified in the applicable VisaNet Manuals.

ID#: 151012-010410-0003046

### Tax Payment Program - Category Limitations - U.S. Region

In the U.S. Region, tax payments must be limited to the following categories:

- Federal and State personal and small business income taxes

© 2012 Visa. All Rights Reserved.

# A3404

- Real estate/property taxes

ID#: 010410-010410-0003047

## Tax Payment Program Transaction Environments - U.S. Region

In the U.S. Region, a Tax Payment Program Transaction may be processed in either a Card-Present Environment or a Card-Absent Environment.

ID#: 010410-010410-0003048

## Tax Payment Program - Visa Rights - U.S. Region

In the U.S. Region, Visa may at any time:

- Disqualify a Tax Payment Program Merchant from participation
- Modify or discontinue the Tax Payment Program

ID#: 010410-010410-0003049

# Tax Payment Program Fee Requirements - U.S. Region

## Tax Payment Program Merchant Convenience Fee Requirements - U.S. Region 5.2.E

In the U.S. Region, a Tax Payment Program Merchant may charge a Convenience Fee for processing a Tax Payment Transaction if the Convenience Fee:

- Is a fixed or flat amount regardless of the value of the tax payment
- Charged for a Visa Transaction is **not** greater than any fixed or flat fee charged for a transaction with any other payment card
- Is clearly disclosed before the completion of the Transaction and the Cardholder is given the opportunity to cancel

ID#: 010410-010410-0003053

## Tax Payment Program Convenience Fee - U.S. Region 5.2.E

In the U.S. Region, a Convenience Fee may be charged for Tax Payment Transactions in either a Card-Present Environment or a Card-Absent Environment, including for Recurring Transactions.

ID#: 010410-010410-0003055

© 2012 Visa. All Rights Reserved.

# A3405

## Tax Payment Program - Interchange Reimbursement Fee Qualifications and Fee Amount - U.S. Region 5.2.E

In the U.S. Region, to qualify for the Debit Tax Payment Interchange Reimbursement Fee (IRF) specified in "Debit Tax Payment Interchange Reimbursement Fee - U.S. Region," the Convenience Fee for a Visa Debit Card Transaction must be a fixed or flat amount not exceeding US $3.95 per Transaction, regardless of the tax payment amount.

ID#: 010410-010410-0003054

## Tax Payment Program Fee Processing Requirements - U.S. Region 5.2.E

In the U.S. Region, a Tax Payment Program Merchant that charges a Convenience Fee must process the Convenience Fee amount as a separate Transaction.

ID#: 010410-010410-0003056

## Tax Payment Program Merchant Option to Assess Fee - U.S. Region

In the U.S. Region, a Tax Payment Program Merchant may assess a variable service fee for processing a Visa Consumer Credit Card or a Commercial Visa Product Transaction if:

- The Transaction is an eligible Tax Payment Transaction
- The service fee is clearly disclosed before the completion of the Transaction and the Cardholder is given the opportunity to cancel
- The service fee for a Tax Payment Transaction on a Visa Card is **not** greater than the fee charged to a Cardholder who pays with another comparable general purpose consumer credit or commercial payment card

ID#: 010410-010410-0003050

## Tax Payment Program Service Fee Processing Requirements - U.S. Region

In the U.S. Region, the service fee for a Tax Payment Transaction must be processed separately from the Transaction and not included with the amount of tax due.

A Tax Payment Program Merchant must **not** assess a service fee for a Visa Debit Card Transaction, but may assess a Convenience Fee to process a Visa Debit Card Tax Payment Transaction, as specified in "Tax Payment Program Merchant Convenience Fee Requirements - U.S. Region."

ID#: 010410-010410-0008917

© 2012 Visa. All Rights Reserved.

# A3406

# Travelers Cheques

## Travelers Cheque Acceptance and Encashment

### Travelers Cheque Acceptance Requirements

A Member must accept and encash all Cheques denominated in currencies usually exchanged in the local market.

ID#: 010410-010410-0002657

### Travelers Cheque Encashment Policy

A Member's encashment policy must be as favorable for Cheques as for other cheque brands.

ID#: 010410-010410-0002658

### Travelers Cheque Signature Comparison

Visa guarantees reimbursement for a Cheque amount if the Member complies with the encashment procedures outlined in the *Visa International Operating Regulations*.

When encashing a Cheque, a Member must both:

- Witness the customer countersigning the cheque in the lower left signature area
- Compare the countersignature with the signature appearing in the upper right signature area. If the signatures appear similar, the Member may accept the Cheque.

If the Member is uncertain about the similarity of the signatures, it may request that the customer sign the Cheque on the back and provide identification. If the Member is satisfied with the identification comparison, it may accept the Cheque.

ID#: 010410-010410-0008947

### Travelers Cheque Encashment Limitations

If a Cheque has already been countersigned, or if the presenter is **not** the original purchaser of the Cheque, the Member must **only** accept the Cheque if the presenter is a known customer and full recourse is available.

ID#: 010410-010410-0003575

© 2012 Visa. All Rights Reserved.

# A3407

# Health Care Transactions

## Preauthorized Health Care Program Requirements - U.S. Region

### Preauthorized Health Care Transaction Order Form - U.S. Region

In the U.S. Region, a Cardholder that purchases services from a Health Care Merchant that accepts Preauthorized Health Care Transactions must provide a completed Order Form to the Merchant.

The Cardholder must specify at least the following on the Order Form:

- Request for the services to be charged to the Cardholder's account
- Authorization for the Health Care Merchant to charge the Cardholder's account for only that portion of the bill due subsequent to Merchant's receipt of any applicable insurance payment
- Duration of time, not to exceed one year, for which permission is granted

ID#: 081010-010410-0008706

## Health Care Merchant Requirements - U.S. Region

For Preauthorized Health Care Transactions in the U.S. Region, a Health Care Merchant must:

- Retain a copy of the Order Form during the period it is in effect
- Provide a copy of the Order Form upon Issuer request for an original Transaction Receipt
- Type or print the words "PREAUTHORIZED HEALTH CARE" on the signature line of the Transaction Receipt
- Comply with the requirements of "Preauthorized Payment Cancellation Service Declined Transaction Procedures" and "Preauthorized Transaction Decline Response - U.S. Region"

The Health Care Merchant must **not** complete a Preauthorized Health Care Transaction after receiving either a:

- Cancellation notice from the Cardholder or its Acquirer
- Decline Response

Upon receipt of the notice of adjudication from the Cardholder's insurance company, the Health Care Merchant must:

- Request Authorization for the amount due
- Submit a Transaction Receipt into Interchange within 90 calendar days of the service date

ID#: 081010-010410-0008707

---

© 2012 Visa. All Rights Reserved.

# A3408

## Healthcare Auto-Substantiation - U.S. Region

### Healthcare Auto-Substantiation Transactions - Acquirer Responsibilities - U.S. Region (Updated)

A U.S. Acquirer or its Agent that processes a Healthcare Auto-Substantiation Transaction from a SIGIS-certified Merchant must:

- Be licensed and certified by SIGIS
- Provide the Visa Flexible Savings Account (FSA) or Visa Health Reimbursement Account (HRA) BIN list to the certified Merchant
- Comply with the Visa Healthcare Auto-Substantiation Transactions Documents
- Comply with all the requirements stipulated by SIGIS, including storage and fulfillment of Transaction Receipt detail data, as specified in:
  - "Request for Transaction Receipt Copy and Substitute Transaction Receipt"
  - "Minimum Data Requirements for Retrieval Requests"
  - "Electronic Signature Criteria"
- Request an IIAS Merchant Verification Value (MVV) on behalf of the SIGIS-certified Merchant and provide the MVV to the Merchant
- Include the IIAS Merchant Verification Value (MVV) in the Authorization Request

ID#: 151012-010410-0003106

### Healthcare Auto-Substantiation Transactions - Merchant Responsibilities - U.S. Region (Updated)

A Merchant that participates in Healthcare Auto-Substantiation Transactions must:

- Obtain a license from, and be certified by, SIGIS
- Comply with the Visa Healthcare Auto-Substantiation Transactions Documents

ID#: 151012-010100-0025549

## Easy Pay Transaction - General Requirements - LAC Region

### Easy Pay Transactions - Merchant Agreement - LAC Region

An LAC Acquirer that contracts with Merchants that accept Easy Pay Transactions must include the Easy Pay Transaction requirements in the Merchant Agreement or in an additional contract.

ID#: 010410-010410-0005262

© 2012 Visa. All Rights Reserved.

# A3409

Visa International Operating Regulations

## Easy Pay Patient Enrollment - LAC Region

In the LAC Region, a Medical Services Merchant must enroll a patient for participation in Easy Pay Transactions by using the "Cardholder Participation Request and Consent" form. Upon enrolling a patient, the Medical Services Merchant must obtain a Card Imprint.

The LAC Medical Services Merchant must:

- File a copy of the "Cardholder Participation Request and Consent" form
- Provide a copy of the "Cardholder Participation Request and Consent" form, accompanied by a copy of the Card Imprint, if the Issuer requests a Transaction Receipt
- Print or write on the signature line a message indicating that it is an Easy Pay Transaction

After receiving confirmation from the patient's medical insurance provider of the amount it will cover for the medical service requested, the LAC Medical Services Merchant must:

- Request Authorization for the outstanding amount if it exceeds the applicable Floor Limit
- Send the Transaction Receipt to Interchange within 30 calendar days

If the Transaction amount is not within the range preauthorized by the Cardholder, the Merchant must provide written notice at least 5 calendar days before the Transaction Date and obtain written consent from the Cardholder.

The LAC Medical Services Merchant must **not** complete an Easy Pay Transaction when it has received:

- A cancellation notice from its Acquirer or from the Cardholder
- A Decline Response

ID#: 010410-010410-0008728

## Easy Pay - Authorization - LAC Region

### Authorizations in Public and Private Hospitals - LAC Region

In the LAC Region, a Public and Private Hospital Merchant ("H&C Merchant," based on its Spanish language acronym, MCC 8062) may use estimated Transaction amounts to request Authorizations or Status Check Authorizations before providing its services.

The H&C Merchant may estimate the Transaction amounts for Authorizations based on any of the following:

- The patient's length of stay indicated during check-in
- The room rate
- Applicable tax

© 2012 Visa. All Rights Reserved.

# A3410

---

Visa International Operating Regulations

---

- The fee rates for services

- Doctors' fees

- Routine lab tests

- Medical supplies and medicines

After completing the estimates, the H&C Merchant must comply with one of the following:

- If the estimated Transaction amount is equal to or below the Floor Limit, obtain a Status Check Authorization on the check-in date

- If the estimated Transaction exceeds the Floor Limit, obtain an Authorization and include the date, amount, and Authorization Code on the Transaction Receipt

After the check-in date and before the check-out date, the H&C Merchant may obtain and must record Authorizations for additional amounts above any amount already authorized. The H&C Merchant must obtain a final or additional Authorization, and include the date, amount, and Authorization Code on the Transaction Receipt, if the actual Transaction amount exceeds the Floor Limit or is 15% greater than the sum of the authorized amounts.

ID#: 031209-150210-0008729

# V.me by Visa

## V.me by Visa - Merchant Requirements

### V.me by Visa Merchant Requirements

**Effective 15 April 2012,** a V.me by Visa Merchant that accepts a payment through V.me by Visa must:

- Comply with the V.me by Visa terms of service and applicable service agreement with Visa

- For a Transaction conducted with a Visa-branded product, comply with all current Visa International Operating Regulations and with the *Visa Product Brand Standards*

ID#: 040412-150412-0026992

---

© 2012 Visa. All Rights Reserved.

# A3411

# Visa Access Token

## General Requirements

### Visa Access Token Program Eligibility (New)

**Effective 14 June 2012,** except as specified in "Visa Access Token Program Eligibility Exception," a Merchant may participate in the Visa Access Token Program if it uses the Visa Card account information only for the purpose of accessing a service purchased with that Visa product.

ID#: 151012-140612-0027229

### Visa Access Token Program Eligibility Exception (New)

**Effective 14 June 2012,** a Merchant may participate in the Visa Access Token Program and use the Visa Prepaid Account information for the purpose of accessing a service purchased with cash only if the Merchant is properly assigned one of the following Merchant Category Codes:

- 4111, "Local and Suburban Commuter Passenger Transportation, Including Ferries"
- 4112, "Passenger Railways"
- 4131, "Bus Lines"

ID#: 151012-140612-0027230

### Visa Access Token Program Disclosure Requirements (New)

**Effective 14 June 2012,** a Merchant that participates in the Visa Access Token Program must, at the time of purchase, disclose to the Cardholder any restrictions or additional conditions that may be presented at the point of access, or any customer service policies that may be relevant to the Cardholder's ability to access the service purchased.

ID#: 151012-140612-0027231

### Use of Visa Account Information for Visa Access Token Program (New)

**Effective 14 June 2012,** Visa account information used for the Visa Access Token Program must only be used to:

- Generate a secure, irreversible/one-way and unique token at the time the service is purchased
- Generate and match for verification a secure, irreversible/one-way and unique token at the point of access

ID#: 151012-140612-0027232

© 2012 Visa. All Rights Reserved.

# A3412

## Visa Access Token Program Restrictions (New)

**Effective 14 June 2012,** a Merchant that participates in the Visa Access Token Program must not:

- Require a Visa Cardholder to perform any Cardholder Verification or present identification in order to accept the Visa account information as means to access the service
- Use the Visa account information, instead of a unique token, to verify eligibility at the point of access
- Transmit Visa account information captured at the point of sale site to the point of access
- Transmit Visa account information captured at the point of access, unless the point of access is also a point of acceptance
- Store the Visa account information at the point of access
- Use Visa-Owned Marks at the point of access, unless the point of access also accepts Visa as a means of payment
- Use or store Visa account information for any purposes other than to generate a unique token

ID#: 151012-140612-0027233

© 2012 Visa. All Rights Reserved.

# A3413

**THIS PAGE INTENTIONALLY LEFT BLANK.**

© 2012 Visa. All Rights Reserved.

# A3414

# Chapter 7: Transaction Processing

## Core Principle 7.1

### Provide Authorization and Settlement Service

### Ensuring Seamless Payment Processing

Participants in the Visa system agree to provide transaction authorization and settlement services to their customers to ensure seamless payment processing.

ID#: 010410-010410-0007785

## Core Principle 7.2

### Rules Differ by Acceptance Environments

### Defining Financial Responsibility between Issuers and Acquirers

Visa defines financial responsibility between issuers and acquirers, which may vary in different merchant acceptance environments. For example, acquirers bear more responsibility for transactions completed in card-absent environments.

ID#: 010410-010410-0007786

## Core Principle 7.3

### Financial Responsibility for Processed Transactions

### Defining Issuer Financial Responsibility

Issuers are financially responsible for transactions that are accepted by the merchant as defined in the Visa Operating Regulations, and properly processed by the acquirer. Financial responsibility for transactions that are not processed as required by Visa may be returned from the issuer to the acquirer.

ID#: 010410-010410-0007787

© 2012 Visa. All Rights Reserved.

# A3415

# Core Principle 7.4

## Authorize, Clear, and Settle International Transactions

### Using VisaNet to Authorize, Clear, and Settle International Transactions

Visa participants must authorize, clear, and settle messages for international Visa transactions through VisaNet, and report to Visa all domestic Visa transactions processed outside of VisaNet. In some jurisdictions, participants must authorize, clear and settle all Visa transactions through VisaNet, which enhances Visa's ability to manage risks, meet consumer expectations, and provide leading fraud-protection solutions.

ID#: 090211-010410-0007788

# Access to Visa Systems

## VisaNet Access

### Member Requirements for Visa Extended Access (Updated)

If a Member has Visa Extended Access, the Member must use it to transmit its Interchange.

A Member must complete its migration to Visa Extended Access to access VisaNet. A Member must not make or attempt to make any repair, adjustment, alteration, or modification to Visa Extended Access, except as expressly authorized by Visa. Implementation and participation requirements are specified in the *Visa Extended Access Endpoint Guide*.

The above requirements do not apply to a U.S. Member using Direct Exchange (DEX).

ID#: 151012-010410-0008744

### Member Support of Visa Extended Access

Each Member participating in Visa Extended Access must provide, without cost to Visa, reasonable support requested by Visa for installing the V.I.P. System or BASE II, including:

- Providing a location that meets the requirements of Visa for installing Visa Extended Access on the Member's premises [110]
- Providing a sufficient number of qualified personnel that the Member will train to meet Visa specifications
- Maintaining V.I.P. System and BASE II records, documents, and logs required by Visa and providing them at the request of Visa

© 2012 Visa. All Rights Reserved.

# A3416

- Providing access to its premises and cooperating with Visa and its authorized agents in conjunction with the installation, service, repair, or inspection of Visa Extended Access [111]
- Notifying Visa promptly of any failure of Visa Extended Access to operate properly on its premises or the premises of its agent or independent contractor [112]
- Providing computer time and a sufficient number of qualified personnel required to ensure prompt and efficient installation and use of the V.I.P. System or BASE II Edit Package software supplied by Visa

ID#: 010410-010410-0003332

## Unavailability of Visa Extended Access (Updated)

If a Member's Visa Extended Access is expected to be unavailable, the Member must proceed as follows:

- If unavailable for fewer than 5 calendar days, the Member must prepare the transmission as usual and send the Interchange to Visa as soon as the VisaNet Access Point becomes available
- If unavailable for 5 or more calendar days, the Member must send the Interchange to Visa as soon as possible, as specified in the applicable VisaNet Manuals

This requirement does not apply to a U.S. Member using Direct Exchange (DEX).

ID#: 151012-010410-0003670

## Visa Extended Access - Canada Region

Visa owns a Visa Extended Access server installed at a Canada Member's location and is responsible for its acquisition, installation, and maintenance.

Unless otherwise agreed to by Visa:

- The Member may use the Visa Extended Access server **only** for V.I.P. System and BASE II processing
- Members must **not** share a Visa Extended Access server

ID#: 010410-010410-0008746

## V.I.P. System User Fees - U.S. Region (Updated)

In the U.S. Region, a V.I.P. System User must pay the applicable fees for systems, training, and documentation services furnished to it, as specified in the applicable Fee Guide.

ID#: 151012-010410-0007347

---

110  This requirement does not apply to a U.S. Member using Direct Exchange (DEX).
111  This requirement does not apply to a U.S. Member using Direct Exchange (DEX).
112  This requirement does not apply to a U.S. Member using Direct Exchange (DEX).

© 2012 Visa. All Rights Reserved.

# A3417

# Data Quality

## Authorization and Clearing Data Requirements

### Acquirer Requirement for Complete and Valid Data (Updated)

An Acquirer must ensure that all Authorization Requests and Clearing Records contain complete and valid data. If data is missing or incorrect, the Acquirer may be subject to the Data Quality Compliance Program.

The table below specifies the fines and penalties applicable to an Acquirer if Visa determines that the Acquirer has failed to meet the requirements of the Data Quality Compliance Program.

For further information about these requirements, see the applicable VisaNet Manuals.

**Acquirer Penalties for Non-Compliance with the Data Quality Compliance Program**

| Violation | Time Period | Visa Action or Fine |
|---|---|---|
| **Problem Not Resolved After Second Notification Letter** | | |
| Problem not resolved after receipt of Notification | 60 calendar days | US $5,000 |
| Problem not resolved after receipt of Notification | 90 calendar days | US $10,000 |
| Problem not resolved after receipt of Notification | 120 calendar days, plus every 30 calendar days for each subsequent month until compliance is achieved | US $25,000 per month |
| **Resolution Date Not Met** | | |
| Problem not resolved by the agreed-upon date | Agreed-upon resolution date | US $5,000 |
| Problem not resolved | Within 30 calendar days of the agreed-upon resolution date | US $10,000 |
| Problem not resolved | Within 60 calendar days of the agreed-upon resolution date, plus every 30 calendar days for each subsequent month until compliance is achieved | US $25,000 per month |

ID#: 151012-010410-0008752

© 2012 Visa. All Rights Reserved.

# A3418

## Global Brand Protection Program Data Quality Requirements (Updated)

To enable the valid identification of data for the Global Brand Protection Program, an Acquirer must:

- Ensure that all High-Brand Risk Merchants have been correctly classified, as specified in the *Visa Merchant Data Standards Manual*
- Ensure that all Authorization Requests and Clearing Records contain complete and valid data, as specified in the applicable VisaNet Manuals and the *Visa International Operating Regulations*

If Visa determines that an Acquirer or its Merchant changed, modified, or altered the Merchant name or Merchant data in any way to circumvent the Global Brand Protection Program, Visa may:

- Assess a fine of US $10,000 per Merchant, per month, to the Acquirer
- Require the Acquirer to implement risk reduction measures
- Prohibit the Acquirer from acquiring High-Brand Risk Merchants for a period of one year or more

ID#: 151012-010611-0026335

## Online Gambling Transaction Identification Penalties (Updated)

An Acquirer is subject to the penalties, as specified in " Global Brand Protection Program Penalties" if an Authorization Request for an Online Gambling Transaction contains incorrect data or fails to include:

- An appropriate Merchant Category Code to identify the High-Brand Risk Merchant, as specified in " High-Brand Risk Merchant Category Codes"
- MCC 7995, "Betting," for an Online Gambling Transaction, as specified in " Online Gambling Identifiers"
- POS Condition Code 59, as specified in " Required Message Content for VisaNet Authorization Requests" (Exhibit 3B)

ID#: 151012-010410-0008753

## Interchange Data Element Requirements (Updated)

An Acquirer sending Interchange through BASE II must use the data elements listed in "BASE II Record Requirements" (Exhibit 2L) and the applicable VisaNet Manuals.

ID#: 151012-010410-0005521

© 2012 Visa. All Rights Reserved.

# A3419

Visa International Operating Regulations

## Visa Prepaid Card Transaction Data Requirements (Updated)

A Transaction representing the purchase of a Visa Prepaid Card must be processed as a retail purchase, including transmission of a special Visa Prepaid Card indicator in the Transaction Record, as specified in "BASE II Record Requirements" (Exhibit 2L) and the applicable VisaNet Manuals.

ID#: 151012-010410-0002516

## Visa Commercial Card Data Requirements - LAC Region (New)

**Effective 1 February 2013,** an Acquirer in Brazil must ensure that the Clearing Record for Transactions completed with Visa Commercial Cards of government programs includes the Merchant legal name and Merchant tax identification number, as specified in the applicable VisaNet Manuals.

ID#: 151012-010100-0027384

## Merchant Category Code Assignment

An Acquirer must assign the appropriate Merchant Category Code to each Merchant and ensure that the assigned Merchant Category Code is included in the Authorization Request and Clearing Record.

ID#: 010410-010410-0003133

## High-Brand Risk Merchant Category Code Processing (Updated)

A High-Brand Risk Merchant must submit their Merchant Category Code in each Authorization Request and Clearing Record.

ID#: 151012-010611-0026336

## Quasi-Cash/Online Gambling Transaction Indicator

For a Quasi-Cash Transaction, the Quasi-Cash/Online Gambling Transaction indicator must appear in both the Authorization Request and Clearing Record.

A variance applies to the CEMEA Region for Members in South Africa.

ID#: 050411-010410-0002886

## Fines for Incorrect Merchant Descriptor - U.S. Region

In the U.S. Region, Visa assesses a fine using Fee Collection Transaction Reason Code 5010 or 5210 for each Merchant Descriptor that has inaccurate, invalid, or unrecognizable data in the Authorization Request or Clearing Record. The fine is assessed monthly, as follows:

© 2012 Visa. All Rights Reserved.

# A3420

- US $100 per Merchant Descriptor, beginning in the fifth consecutive month in which the inaccurate data is not corrected
- US $200 per Merchant Descriptor, beginning in the ninth consecutive month in which the inaccurate data is not corrected

ID#: 010410-010410-0003496

# Account BIN Range

## Account Range Table

### ATM Account Range Use

An ATM Acquirer must use the Visa account range table to determine the routing of an Authorization Request.

The ATM Acquirer must install and use the table within 6 business days of its receipt from Visa.

ID#: 010410-010410-0008780

### ATM Account Range Table Distribution Prohibition

An ATM Acquirer must **not** distribute the account range table without the prior written consent of Visa.

ID#: 010410-010410-0004799

## Account Level Processing

### Account Level Processing – Issuer Participation Requirements – AP Region and CEMEA Region (New)

**Effective 12 October 2012,** in the AP Region and CEMEA Region, an Issuer that participates in Account Level Processing must:

- Comply with the *Account Level Processing – Implementation Guide – AP Region and CEMEA Region*
- Comply with the applicable reporting requirements, product core services and *Visa Product Brand Standards* for each Card product
- Re-issue the Card plastic if the Issuer modifies the Card product along the Visa Card product hierarchy
- Identify the applicable Visa Account Numbers and distinguish them from other Visa consumer credit Account Numbers by using one of the following classification levels, as specified in the appropriate VisaNet manual:

© 2012 Visa. All Rights Reserved.

# A3421

Visa International Operating Regulations

– BIN

– Account Range Definition (ARDEF)

– Card Account Number (in countries that support Account Level Processing)

ID#: 151012-010100-0027306

# General Authorization Requirements

## Authorization Services

### Acquirer Provision of Authorization Services

An Acquirer that is a Principal or Merchant Bank must provide Authorization services to its own Merchants and the Merchants signed by its sponsored Associates. This service includes Authorization for Cash Disbursements at any of its Branches.

ID#: 010410-010410-0005478

### Acquirer Participation in Authorization Services

An Acquirer must participate in the:

• International Automated Referral Service and comply with the *International Automated Referral Service (IARS) User's Guide*

• Card Verification Service

ID#: 050411-010410-0005407

### Acquirer Authorization Service Requirements - U.S. Region

A U.S. Acquirer must provide Authorization service to:

• Its own Merchants and Merchants signed by its Sponsored Members located within the United States

• Authorizing Processors

This service may be provided:

• Directly, as an Authorizing Processor

• Through another Authorizing Processor

• Through the Operator Assistance Service

© 2012 Visa. All Rights Reserved.

# A3422

---

---

• By other means approved by Visa

ID#: 010410-010410-0006944

## Authorization Services Outside of the U.S. - U.S. Region

A U.S. Acquirer or its Foreign Branch must provide Authorization service for its Merchant Outlets located outside the United States, either itself or through another Authorizing Processor.

A Foreign Branch that issues Cards must provide Authorization service to other Members.

ID#: 010410-010410-0008751

## Authorization Support for T&E Merchants without a Point-of-Transaction Terminal - U.S. Region (Updated)

A U.S. Acquirer that has a Merchant Agreement with a T&E Merchant that is not using a Point-of-Transaction Terminal must provide Support Authorization Service to the Merchant whenever the Merchant's primary Authorization number is unavailable, as specified in the applicable VisaNet Manuals.

ID#: 151012-010410-0005570

## ATM Authorization Currency

An ATM Acquirer must submit Authorization Requests in the Transaction Currency.

ID#: 010410-010410-0004794

## Chip Card Authorization at ATM - U.S. Region 5.5.A

For Authorization requests involving Chip-initiated Transactions in the U.S. Region, an ATM must either:

• Ensure that track 2 of the Magnetic-Stripe Image is read and transmitted
• Transmit all data elements that create the EMV-Online Card Authentication Cryptogram

ID#: 010410-010410-0004978

# Authorization Computer Interface Requirements

## Acquirer Computer Interface for Authorizations

An Acquirer must establish a computer interface between its Authorization system and the V.I.P. System if it receives either:

---

© 2012 Visa. All Rights Reserved.

# A3423

Visa International Operating Regulations

- A monthly average of more than 5,000 Authorization Requests from other Members or VisaNet Processors in any 3 consecutive months
- Any Authorization Requests generated by a Point-of-Transaction Terminal from its Merchants or other Members for which it provides Authorization services

The Acquirer must submit to Visa a reasonable schedule for establishing its computer interface within 90 calendar days of notifying Visa that either of the above conditions exists.

*ID#: 010410-010410-0006946*

## Acquirer Computer Interface for Authorizations - U.S. Region

A U.S. Acquirer must:

- Submit for approval a reasonable schedule for establishing a computer interface between its Authorization system and the V.I.P. System
- Notify Visa in writing at least 120 calendar days before the proposed date of implementation
- Establish the computer interface as specified by Visa

*ID#: 010410-010410-0005690*

## Visa Computer Interface Responsibilities - U.S. Region (Updated)

To establish a computer interface in the U.S. Region, Visa:

- Processes requests in the order received. However, Visa may reprioritize requests as necessary.
- Provides prototype computer interface, engineering liaison, and acceptance testing to support the Acquirer during installation
- Assesses fees, as specified in the applicable Fee Guide

*ID#: 151012-010410-0007352*

## Authorizing Processor Computer Interface Responsibilities - U.S. Region

An Authorizing Processor in the U.S. Region must:

- Assume responsibility and costs for development of software and systems necessary to interface with VisaNet
- Comply with Visa interface specifications

*ID#: 010410-010410-0005692*

© 2012 Visa. All Rights Reserved.

# A3424

## Authorization Processing

### Required Authorization Processing through VisaNet

An Acquirer must process all Authorizations for International Transactions through VisaNet.

ID#: 010410-010410-0003369

### Account Range Table for Authorization Routing

An Acquirer may use the account range table provided by Visa to determine the routing of an Authorization Request. An Acquirer that uses the account range table to validate Visa Cards must install and use the table within 6 business days of receipt.

An Acquirer must **not** distribute the account range table without the prior written consent of Visa.

ID#: 010410-010410-0008754

### Matching Data in ATM Authorization and Clearing Messages

An ATM Acquirer must ensure that the following information matches in the Authorization and Clearing messages:

• Account Number

• Transaction Authorization Code

• Acquirer BIN

• Transaction amount

• Account selection processing code

• Merchant Category Code

ID#: 010410-010410-0004796

### Private Agreements for Domestic Authorizations

Rules for Domestic Authorizations may be superseded in whole or in part by either Private Agreements or the operating regulations of Group Members.

This provision is not applicable in the AP Region for Members in Malaysia, Philippines, Singapore, Thailand and Vietnam.

ID#: 160312-010411-0007248

© 2012 Visa. All Rights Reserved.

# A3425

Visa International Operating Regulations

## Compliance with Authorization Requirements (Updated)

Each Member that processes Authorizations must comply with:

- The *Visa International Operating Regulations*, and National Operating Regulations applicable in the Transaction Country or Visa Region, regardless of how the Authorization is routed or where it is processed
- "Required Message Content for VisaNet Financial Transactions" (Exhibit 3A)
- "Required Message Content for VisaNet Authorization Requests" (Exhibit 3B)
- Applicable VisaNet Manuals

ID#: 151012-010410-0003368

## Visa Authorization Service Fees (Updated)

Visa provides Authorization processing to Members using the V.I.P. System. Members must pay for Authorization processing and applicable fees and charges, as specified in the applicable Fee Guide.

ID#: 151012-010410-0005139

## Acquirer Responsibility for Telecommunications Costs

An Acquirer must pay for telephone or fax calls made to an Issuer for Authorization purposes. However, an Acquirer may record and recover these costs from the Issuer.

ID#: 050411-010410-0007979

## V.I.P. System Services for Authorizing Processors - U.S. Region (Updated)

**Effective through 4 June 2012,** Visa provides the following V.I.P. System services to U.S. Authorizing Processors upon written request at least 120 calendar days before implementation:

- Message Processing Service, to provide Authorizations when an Authorizing Processor does not directly provide Authorization for its Merchants
- File change service, to update the Exception File and PIN Verification Value file
- Reports to advise Authorizing Processors of their V.I.P. System activity, other than message processing activity
- PIN Verification Service
- Key Management Service
- Operator Assistance Service
- Direct-Connect Merchant service

ID#: 151012-010410-0005757

© 2012 Visa. All Rights Reserved.

# A3426

## Issuer Authorization Requirements

### Minimum Activity File Parameters (Updated)

An Issuer must select minimum Activity File Parameters for all Transactions, as specified in
the applicable VisaNet Manuals.

ID#: 151012-010410-0001857

### Manual Cash Disbursement Authorization Limits

The Interchange Authorization Limits for Manual Cash Disbursements are specified in "Forwarding
of Authorization Request to Visa." If an Issuer chooses to set higher limits, it must identify them on
the "Visa Interchange Directory Update Form" (available through the Visa Publication Center on Visa
Online).

ID#: 080411-010410-0003138

### Mandatory Minimum Authorization Limits (Updated)

An Issuer is subject to the mandated minimum Positive Cardholder Authorization Service Activity File
Parameters and Issuer Limits, as specified in the applicable VisaNet Manuals for the following Card
types:

- Visa Gold/Premier Card
- Visa Infinite Card
- Visa Business Card
- Visa Corporate Card

A Visa Purchasing Card Issuer may apply a minimum Issuer Limit of zero for Authorization Requests.

ID#: 151012-010410-0008793

### Mandatory Minimum Authorization Limits Exceptions

Mandatory minimum Authorization limits do **not** apply to a Visa Prepaid Card or debit Visa Card
Issuer.

Visa may exempt an Issuer from the mandatory minimum Authorization limits.

ID#: 010410-010410-0008794

© 2012 Visa. All Rights Reserved.

# A3427

Visa International Operating Regulations

## Issuer Authorization Reversal - Issuer Requirements (Updated)

An Issuer that receives an Authorization Reversal must attempt to match the Authorization Reversal to a previous Authorization Request.

When matched, the Issuer must immediately:

• Process the Authorization Reversal, as specified in the applicable VisaNet Manuals

• Release any applicable hold on the available funds in its Cardholder's account

ID#: 151012-010410-0025592

## Commercial Visa Product Minimum Issuer Limits - U.S. Region (Updated)

A Commercial Visa Product Issuer in the U.S. Region must apply minimum Issuer Limits for international Authorization Requests, as specified in the applicable VisaNet Manuals.

ID#: 151012-010410-0005447

# Member Authorization Services

## Issuer Authorization Service Requirement

An Issuer must provide Authorization services for all of its Cardholders, 24 hours a day, 7 days a week, using one of the following methods:

• Directly, as a VisaNet Processor

• Through another VisaNet Processor

• By other means approved by Visa

ID#: 010410-010410-0004381

## Issuer Authorization Response Requirements (Updated)

An Issuer must provide Authorization Responses, as specified in the applicable VisaNet Manuals, and:

• Meet the assured Transaction response standards

• Participate in the International Automated Referral Service and comply with the *International Automated Referral Service (IARS) User's Guide* [113]

• Participate in the Card Verification Service, as specified in "Card Verification Service Participation"

---

113 Not applicable to Visa Electron Issuers.

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3428

Visa recommends that the Issuer:

• Periodically review its international Authorization Responses

• Not systematically or permanently send a Decline Response to an Authorization Request for any of the following:

  – Mail/Phone Order Transactions

  – Electronic Commerce Transactions [114]

  – Transactions from a specific country

ID#: 151012-010410-0004382

## Reversal of Duplicate Authorizations

An Issuer must reverse duplicate Authorization Transactions from its Cardholder records upon receipt of Reversal information.

ID#: 010410-010410-0004383

## Acquirer Authorization Service Requirement

An Acquirer must provide primary and backup Authorization service 24 hours a day, 7 days a week. This service may be provided by any of the following:

• The Acquirer directly

• Another VisaNet Processor, including Visa

• Other means approved by Visa

ID#: 010410-010410-0005411

# Code 10 Authorizations - U.S. Region

## Suspicious Transaction Merchant Requirements - U.S. Region 5.2.K

If a U.S. Merchant is suspicious of a Transaction, the Merchant must:

• Contact the Issuer at the telephone number listed in the *Visa Interchange Directory* using an In or Out WATS line, if available, or a collect call

• Ensure that its employees are familiar with Code 10 procedures (available from Visa upon request)

• Request a Code 10 Authorization

---

114  For requirements specific to Electronic Commerce Transactions coded with an ECI value of "6", see "Decline Response Prohibition for Electronic Commerce Transactions."

© 2012 Visa. All Rights Reserved.

# A3429

• If the Issuer is not available, process a normal Authorization Request

ID#: 010410-010410-0005648

## Code 10 Issuer Contact Requirements - U.S. Region

To make a Code 10 Authorization Request, a U.S. Acquirer must contact the Issuer at the telephone number listed in the *Visa Interchange Directory* under "Fraud - Lost/Stolen Contact."

If the Issuer or the Issuer's Authorizing Processor is unavailable, the Acquirer must process the Authorization Request as specified in "Emergency Authorization for Transactions - Amount Limits - U.S. Region."

ID#: 010410-010410-0008797

# Authorization Amount

## Authorization Currency and Conversion

An Authorization Request must be expressed in US dollars or the Transaction Currency.

If the Transaction Currency is not US dollars, an Acquirer may convert the Authorization amount into US dollars before sending the Authorization Request to Visa. If the Acquirer converts the Authorization amount, it must use a generally accepted Currency Conversion Rate.

ATM Cash Disbursements and Manual Cash Disbursements must be authorized in the Transaction Currency.

ID#: 010410-010410-0008803

## Authorization Request Amount - U.S. Region

A U.S. Acquirer must process an Authorization Request for the final amount of a Transaction that is entered into Interchange, with the following exceptions:

• Hotel and Car Rental Transactions

• Transactions originating at restaurant Merchants

• Mail/Phone Order and Electronic Commerce Transactions. **Effective 14 April 2012,** this exception does not apply to Transactions on a Visa account enrolled in the Authorization and Settlement Match service.

• Transactions conducted at Cruise Lines

• Transactions originating at a Merchant Outlet assigned any one of the following Merchant Category Codes:

    – 4121, "Taxicabs and Limousines"

    – 5813, "Bars and Taverns"

© 2012 Visa. All Rights Reserved.

# A3430

- 7230, "Beauty and Barber Shops"
- 7298, "Health and Beauty Spas"
- Account Number Verification Transactions
- Transactions at Merchants permitted to use the Status Check Procedure

ID#: 160312-010410-0005519

## Authorization Request and Settlement Amount Match - U.S. Region

**Effective 14 April 2012,** in the U.S. Region, Visa will return a Commercial Payables Transaction to the Acquirer for resubmission if the amount in the Clearing Record does not match the amount in the Authorization Request and all of the following conditions apply:

- Card is a Visa Purchasing or Visa Fleet Card
- Issuer has enrolled to participate in the Authorization and Settlement Match service
- The Visa Purchasing Card BIN or account range (including Visa Fleet Card BIN or account range) is enrolled in the Authorization and Settlement Match service
- Transaction occurs in a Card-Absent Environment

ID#: 160312-010100-0026827

## Status Check Availability for Lodging Merchants - U.S. Region

A U.S. Acquirer of a Lodging Merchant that wants to use the Status Check Procedure instead of an Authorization Request for an estimated Transaction amount must:

- Obtain written permission from Visa for the Lodging Merchant to be eligible to use the Status Check Procedure
- Qualify for the Electronic Interchange Reimbursement Fee or the payment service Interchange Reimbursement Fee

ID#: 010410-010410-0008799

## Merchants Eligible for Status Check Procedure - U.S. Region

In the U.S. Region, only a Prestigious Property or an Automated Fuel Dispenser Merchant may use the Status Check Procedure to request an Authorization for US $1 instead of an Authorization Request for the exact Transaction amount when the exact Transaction amount is not known.

ID#: 081010-010709-0007188

© 2012 Visa. All Rights Reserved.

# A3431

**Merchants Not Eligible for Status Check Procedure - U.S. Region**

In the U.S. Region, a Merchant that is not eligible to use the Status Check Procedure may use the Account Number Verification Service.

ID#: 010410-010709-0007189

**Status Check Procedure - Authorization Reversal - U.S. Region**

In the U.S. Region, a Prestigious Property or Automated Fuel Dispenser Merchant that cancels a US $1 Status Check is subject to the Authorization Reversal requirements specified in the U.S. Regional Operating Regulations.

ID#: 081010-010709-0007190

# Manual Authorizations

## Manual Authorization Procedures

### Forwarding of Authorization Request to Visa (Updated)

An Acquirer must forward an Authorization Request to Visa or the Issuer under any of the following conditions:

- The Transaction amount added to previous Transactions on the same Account Number on the same day exceeds the Interchange Authorization Limit set by the Issuer, or the Floor Limits specified in "Maximum Authorized Floor Limits," whichever is greater

- The minimum Interchange Authorization Limit is US $350 for Retail Transactions and US $150 for Manual Cash Disbursements. If an Issuer has established higher limits, they appear on the Issuer's "Visa Interchange Directory Update Form" (available through the Visa Publication Center on Visa Online)

- A Merchant questions the validity of the Card or informs the Acquirer that it is suspicious about a Transaction

- A Cardholder wants to make a purchase in person (**not** a Mail/Phone Order Transaction) but does not have their Card

- A Cardholder presents an Expired Card

- A Cardholder presents a Card with a blank signature panel

ID#: 151012-010410-0005497

© 2012 Visa. All Rights Reserved.

# A3432

Visa International Operating Regulations

## Visa Transaction Approval

If Visa approves a Transaction:

• Visa provides the Acquirer with an Authorization Code based on the date, time, and Account Number
• The Acquirer provides the Merchant with an Authorization Code

ID#: 111011-010410-0005498

## Manual Authorization Code on Transaction Receipt

When an Authorization Code is obtained using manual Authorization procedures, the Merchant must include it on the Transaction Receipt.

ID#: 010410-010410-0008981

## Substitute Authorization Code

If a Transaction originating at an Authorization-Only Terminal does **not** require Authorization, the Acquirer must use the substitute Authorization Code "0000N" in the Clearing Record.

ID#: 010410-010410-0005501

# Emergency Authorizations

## Emergency Authorization Procedures

### Procedure During Communication Failure

An Acquirer must follow emergency Authorization procedures if it cannot transmit an Authorization Request to Visa due to a communications failure.

An Acquirer must **not** use the procedures:

• For more than 4 hours
• If any other means of electronic interface with Visa is available

ID#: 010410-010410-0008800

© 2012 Visa. All Rights Reserved.

# A3433

---

Visa International Operating Regulations

---

### Emergency Authorization Procedure for ATM and Unattended Transactions (Updated)

The emergency Authorization procedures do not apply to ATM Cash Disbursements or Unattended Transactions where a PIN is present. When an Acquirer cannot transmit Authorization Requests, it must transmit a "service unavailable now" Authorization Response to the terminal in reply to an Authorization Request.

ID#: 151012-010410-0008801

## Emergency Authorization for Transactions over US $150

If a Transaction amount is X or more, an Acquirer must contact the Issuer by telephone or fax for Authorization, as specified in "Manual Authorization Requirements - Authorizations Sent to the Issuer."

If the Transaction amount is less than X, the Acquirer is **not** required to contact the Issuer. The Acquirer must:

• Review the appropriate Card Recovery Bulletin

• Provide the Merchant with an Authorization Code if the Account Number does not appear on the Card Recovery Bulletin

ID#: 111011-010410-0008827

## Emergency Authorization for Transactions - Amount Limits - U.S. Region (Updated)

In the U.S. Region, if a Transaction is more than X or the Cardholder presents an Expired Card, the Authorizing Processor must:

• Call the Issuer at the telephone number listed in the *Visa Interchange Directory*

• Use an In or Out WATS line, if available, or call collect

• Provide the information specified in:

    – "Required Data for Authorization Requests and Responses" (Exhibit OO)

    – The applicable VisaNet Manuals

If the Transaction is X or less, the Authorizing Processor must:

• Review the current National Card Recovery File and approve the requested Authorization if the Account Number does not appear

• Issue an Authorization Code

ID#: 151012-010410-0008828

---

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3434

**Emergency Authorization Procedure Limitations - U.S. Region**

In the U.S. Region, an Authorizing Processor must follow emergency Authorization procedures if it cannot transmit an Authorization Request to Visa due to an emergency.

Emergency Authorization procedures must **not** be used during a routine system shutdown that the Authorizing Processor can control.

An Authorization granted using emergency Authorization procedures does **not** constitute an Authorization for purposes of Chargeback rights.

ID#: 010410-010410-0008802

# Partial Authorizations

## Partial Authorization Service Requirements

### Partial Authorization Service Participation Requirements (Updated)

An Acquirer and its Processor may participate in the Partial Authorization service.

To participate in the service, an Acquirer and its Processor must:

- Support Partial Authorization Transactions and Authorization reversals
- Obtain systems certification from Visa to receive and transmit Visa Partial Authorization Transactions, as specified in the applicable VisaNet Manuals

ID#: 151012-010410-0002515

### Partial Authorization Service Participation Requirements - U.S. Region (Updated)

A U.S. Acquirer must:

- Support an Authorization Request message for terminals that have been programmed to accept a Partial Authorization Response
- Include the Partial Authorization indicator in the Authorization Request message, as specified in the applicable VisaNet Manuals
- Support partial approval amounts and Partial Authorization ( Response Code "10") from an Issuer, as specified in the applicable VisaNet Manuals, for terminals that have been programmed to accept Partial Authorization Responses
- Accept and forward to Visa an Authorization Reversal received subsequent to a Partial Authorization Response

© 2012 Visa. All Rights Reserved.

# A3435

- Submit a Clearing Transaction for no more than the amount approved in the Partial Authorization Response
- Obtain systems certification from Visa to receive and transmit Visa Partial Authorization transactions, as specified in the applicable VisaNet Manuals

ID#: 151012-010410-0003532

# Non-Visa Transaction Authorizations

## Processing Requirements

### Stand-In Authorization Processing for Non-Visa Transactions

Visa may provide Stand-In Processing for non-Visa Card transactions if the authorization processing service associated with the non-Visa Card is unavailable. Visa is **not** responsible for losses incurred on non-Visa transactions authorized through the VisaNet Payment Gateway services.

ID#: 010410-010410-0005508

### MasterCard Authorization Request Requirements - U.S. Region

In the U.S. Region, an Authorizing Processor that is directly linked to VisaNet must be capable of receiving MasterCard authorization requests directly through VisaNet.

ID#: 010410-010410-0005593

### Authorization Services for American Express Terminals - U.S. Region

A U.S. Acquirer must provide Visa Authorization services for its Merchant using an American Express terminal if either:

- Authorization for a Visa Transaction to be cleared over the systems link cannot be obtained through use of an American Express terminal
- Referral Response is generated at an American Express terminal

ID#: 010410-010410-0005598

© 2012 Visa. All Rights Reserved.

# A3436

# Stand-In Processing (STIP)

## Stand-In Processing Requirements

### Intraregional Authorization Requests - Maximum Time Limit for Response

Visa may establish time limits for Intraregional Authorization Requests. The maximum time limit for a response to an Authorization Request is:

- 15 seconds without PIN data
- 30 seconds with PIN data

ID#: 010410-010410-0004385

### Authorization Requests - Maximum Time Limit for Response - CEMEA Region

In the CEMEA Region, the maximum time limit for a response to an Authorization Request is:

- 15 seconds without PIN data
- 25 seconds with PIN data

ID#: 010410-010410-0005509

### Authorization Requests - Maximum Time Limit for Response - U.S. Region

In the U.S. Region, the maximum time limit for response to an Authorization Request to be received by the V.I.P. System from a Point-of-Transaction Terminal is:

- 10 seconds without PIN data
- 25 seconds with PIN data

ID#: 010410-010410-0005426

### Average Authorization Response Time Standard - U.S. Region

A U.S. Issuer or its Authorizing Member (including V.I.P. Stand-In Processing) must respond to all Authorization Requests in an average time not exceeding 5 seconds during each calendar month.

ID#: 010410-010410-0005425

© 2012 Visa. All Rights Reserved.

# A3437

## Assured Transaction Response

If Visa does not receive an Authorization Response from an Issuer within the specified time limit, Visa will respond on behalf of the Issuer, using Stand-In Processing.

ID#: 010410-010410-0008804

## Issuer Responsibility for Stand-In Processing Authorizations

The Issuer is responsible for Transactions authorized by Stand-In Processing.

ID#: 010410-010410-0004386

## Visa Authorization Response

If Visa receives an Issuer Authorization Response after it has initiated Stand-In Processing, it will not forward the Issuer-generated Authorization Response to the Acquirer. The Visa-generated Authorization Response takes precedence over the Issuer's Authorization Response.

ID#: 010410-010410-0008805

## Acquirer Stand-In Authorization for Domestic Visa Transactions in Australia – AP Region

In Australia, if an Acquirer is temporarily unable to contact VisaNet, any domestic Authorization Request, received by the Acquirer's Authorization processing center with the ability to perform stand-in Authorization, may be approved unless either:

• The Visa Cardholder Account Number is listed on the negative file

• The value of the Authorization Request exceeds the current maximum amount allowable

ID#: 050411-060111-0026169

## Issuer Availability in Australia – AP Region

In Australia, an Issuer or its VisaNet Processor must maintain Authorization availability of not less than 98%.

ID#: 111011-060111-0026170

---

　　　　VISA PUBLIC　　　　15 October 2012
© 2012 Visa. All Rights Reserved.

# A3438

### Authorization of Visa Signature Card and Visa Signature Preferred Card Transactions - U.S. Region

In the U.S. Region, for Visa Signature Cards and Visa Signature Preferred Cards, if an Issuer is unavailable and has not established stand-in limits, the V.I.P. System will use Stand-In Processing and the PIN Verification Service to authorize up to X per day, per account.

ID#: 111011-010410-0008992

# Authorization Request Monitoring

## Authorization Request Monitoring Requirements

### Decline Threshold - U.S. Region

In the U.S. Region, if the number of Authorization Requests for a specific Account Number exceeds a pre-determined threshold and fails data edits, Visa will decline all subsequent Authorization Requests for that Account Number and send an advice to the Issuer.

Visa will remove the block on the Account Number upon notification from the Issuer.

ID#: 010410-010410-0008839

### Issuer Authorization Monitoring - AP Region

An AP Issuer must monitor all Authorizations for each Cardholder Account Number daily. The Issuer must retain a record of all Authorizations for at least 30 calendar days.

The Issuer must generate exception reports for the following categories if the parameters set by the Issuer are exceeded:

• Individual authorized Transactions exceeding the Issuer's pre-set limit for Transaction amounts
• Total number of authorized Transactions exceeding the Issuer's pre-set limit for Transaction amounts
• Total number of Transactions exceeding the Issuer's pre-set limit for number of Authorizations per account

ID#: 081010-010410-0008840

© 2012 Visa. All Rights Reserved.

# A3439

**Acquirer Authorization Monitoring - AP Region**

An AP Acquirer must monitor and retain all Authorizations processed through its system for each Merchant Outlet daily. The Acquirer must retain a record of all Authorizations for a minimum of 30 calendar days.

The Acquirer must generate exception reports if any of the following conditions occur:

- More than 3 Authorizations on an individual Cardholder Account Number during a 24-hour period
- An authorized Transaction exceeds the Acquirer's pre-set limit for Transaction amounts
- Ratio of key-entered Transactions to Magnetic-Stripe-read Authorizations exceeds the Acquirer's pre-set limit
- Repeated Authorization Requests for the same Transaction amount

ID#: 081010-010410-0008842

# Authorization Response Standards

## Approval, Referral, and Decline Rate Standards

### Minimum Monthly Approval Rates (Updated)

An Issuer must maintain the minimum monthly approval rates for its Visa Programs as listed in the following table. The approval rate is the number of positive Authorization Responses as a percentage of all Authorization Requests processed.

**Minimum Monthly Approval Rates**

| Category | Visa Classic Cards[1] | Visa Gold/ Premier Cards[1] | Visa Business and Visa Corporate Cards | Visa Purchasing Cards | Visa Signature Cards[2] | Visa Infinite Cards |
|---|---|---|---|---|---|---|
| Retail Merchants | Not applicable | 95% | 95% | Not applicable | 99% | 99% |
| Airlines | 90% | 95% | 95% | Not applicable | 99% | 99% |
| Hotels | 90% | 95% | 95% | Not applicable | 99% | 99% |
| Cruise Lines | 90% | 95% | 95% | Not applicable | 99% | 99% |

© 2012 Visa. All Rights Reserved.

# A3440

Visa International Operating Regulations

| Category | Visa Classic Cards[1] | Visa Gold/ Premier Cards[1] | Visa Business and Visa Corporate Cards | Visa Purchasing Cards | Visa Signature Cards[2] | Visa Infinite Cards |
|---|---|---|---|---|---|---|
| Car Rental Companies | 90% | 95% | 95% | Not applicable | 99% | 99% |
| Mail/Phone Orders | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| Quasi-Cash | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| ATM Cash Disbursements | Not applicable | 65% | 65% | Not applicable | 65% | 65% |
| Manual Cash Disbursements | Not applicable | 85% | Not applicable | Not applicable | 85% | 85% |

1. A variance to this requirement applies in the U.S. Region.

2. This requirement also applies to Visa Signature Business Cards in the AP Region.

ID#: 151012-010410-0004404

## Authorization Referral and Approval Response Rate Reporting

An Issuer must report to Visa its Referral Response and Approval Response rates for Domestic Transactions on a quarterly basis.

ID#: 010410-010410-0004405

## Minimum Monthly Approval Rate Requirements - General - U.S. Region

A U.S. Issuer must maintain the minimum monthly approval rates listed in the tables below for its Visa Programs. The approval rate is the number of positive Responses as a percentage of all Authorization Requests processed.

### Minimum Monthly Approval Rates - Visa Consumer Card Programs - U.S. Region

| Category | Visa Traditional | Visa Signature and Visa Signature Preferred | Consumer Visa Check Card |
|---|---|---|---|
| Airlines/Car Rentals | 92% | 99% | 92% |
| Lodging/Cruise Line Merchants | 95% | 99% | 95% |
| Manual Cash Disbursements | Not Applicable | 95% | Not Applicable |

© 2012 Visa. All Rights Reserved.

# A3441

Visa International Operating Regulations

| Category | Visa Traditional | Visa Signature and Visa Signature Preferred | Consumer Visa Check Card |
|---|---|---|---|
| All Merchants (including those listed above) | 95% | 99% | 95% |

**Minimum Monthly Approval Rates - Commercial Visa Products - U.S. Region**

| Category | Visa Business | Visa Signature Business | Visa Corporate | Visa Purchasing |
|---|---|---|---|---|
| Airlines/Car Rentals | 96% | 99% | 98% | Not Applicable |
| Lodging/Cruise Line Merchants | 97% | 99% | 98% | Not Applicable |
| Manual Cash Disbursements | Not Applicable | Not Applicable | Not Applicable | Not Applicable |
| All Merchants (including those listed above) | 96% | 99% | 98% | Not Applicable |

ID#: 111011-010410-0005446

# Automated Referral Service

## Automated Referral Service (ARS) - U.S. Region

### Issuer International Automated Referral Service Response Requirement - U.S. Region

A U.S. Issuer must be able to accept and immediately respond to an International Automated Referral Service inquiry.

ID#: 050411-010410-0005742

### Acquirer Inquiry Requirements - U.S. Region (Updated)

A U.S. Acquirer must:

- Generate an International Automated Referral Service inquiry for all Referral Responses received from the V.I.P. System, including Referral Responses involving a Visa Card issued outside the U.S. Region. This requirement does **not** apply to Authorization Requests where the Issuer and Acquirer use the same Authorizing Processor.

© 2012 Visa. All Rights Reserved.

# A3442

---

---

- Meet or exceed the International Automated Referral Service inquiry standard of 40%. The inquiry standard, calculated for each BIN, is the number of Referral Responses processed through the International Automated Referral Service as a percentage of the total number of Referral Responses received by the Acquirer. It excludes duplicate Referral Responses on a single Transaction, Referral Responses on Mail/Phone Order Transactions, and Referral Responses to Unattended Cardholder-Activated Terminals.

ID#: 151012-010410-0005743

## Referral Incentive Payment - U.S. Region (Updated)

A U.S. Acquirer receives a referral incentive payment, as specified in the applicable Fee Guide:

- For each Referral Response processed through the International Automated Referral Service
- If the International Automated Referral Service inquiry is initiated within 20 minutes of the initial Referral Response

The Acquirer does not receive a referral incentive payment for a Referral Response generated in response to a Manual Cash Disbursement Authorization Request.

ID#: 151012-010410-0008792

## International Automated Referral Service - U.S. Region

In the U.S. Region, the International Automated Referral Service connects the Authorizing Processor directly with the Issuer or its Authorizing Processor. However, the International Automated Referral Service provides Stand-In Processing for Referral Responses or "system malfunction" (96) responses if the:

- Issuer's telephone line is busy
- International Automated Referral Service call is not answered within 30 seconds
- International Automated Referral Service call is placed on hold for more than 30 seconds after the call is answered

If the International Automated Referral Service provides Stand-In Processing, it:

- Verifies that a Referral Response or "system malfunction" response was generated
- Checks the Account Number against the Exception File
- Requests that the Merchant review positive Cardholder identification. If the Cardholder does not provide positive identification, a Decline Response is issued.

ID#: 050411-010410-0008795

---

© 2012 Visa. All Rights Reserved.

# A3443

### International Automated Referral Service Approval Response Limits - U.S. Region

If a U.S. Cardholder provides positive identification and the Account Number is not listed on the Exception File with a Decline Response, the International Automated Referral Service issues an Approval Response and a 4-digit Authorization Code followed by the letter .

ID#: 111011-010410-0005748

### International Automated Referral Service Advice - U.S. Region

In the U.S. Region, the V.I.P. System forwards an advice to the Issuer for each Authorization Response generated by the International Automated Referral Service.

An Authorization issued by the International Automated Referral Service is a valid Authorization.

ID#: 050411-010410-0008796

# Referral Responses

## Referral Response Requirements

### Referral Response - Prohibited Transaction Types

An Issuer must **not** send a Referral Response to an Authorization Request for:

- ATM or Electronic Commerce Transactions. If the Issuer does so, VisaNet will reject the Referral Response and process the Authorization Request according to Stand-In Processing parameters.
- Telephone Service Transactions with Merchant Category Code 4814, "Telecommunication Services." If the Issuer does so, VisaNet will perform Stand-In Processing. If Stand-In Processing returns a Referral Response, the Referral Response will be converted to a Decline Response and forwarded to the Acquirer.

ID#: 010410-010410-0008832

### Conversion of Referral Response to Decline Response - STIP-Generated Authorization Request

A Referral Response generated on an International Transaction due to Issuer Stand-in Processing parameters will be converted to a Decline Response if the Transaction amount is less than US $500 and the Issuer is unavailable.

ID#: 010410-010410-0004397

© 2012 Visa. All Rights Reserved.

# A3444

## Conversion to Decline Response - Issuer-Generated Authorization Request (Updated)

A Referral Response generated on an International Transaction by an Issuer will be converted by VisaNet to a Decline Response for:

- Mail/Phone Order Transactions
- Unattended Transactions
- The following Merchant Category Codes when the transaction is less than US $100:
  - 4121, "Taxicabs and Limousines"
  - 4784, "Tolls and Bridge Fees"
  - 5411, "Grocery Stores and Supermarkets"
  - 5814, "Fast Food Restaurants"
  - 7523, "Parking Lots, Parking Meters, and Garages"
  - 7832, "Motion Picture Theaters"

ID#: 151012-010410-0008833

## Maximum Issuer Monthly Referral Rates (Updated)

An Issuer must not exceed the monthly referral rate listed in the table below for its Visa Program in the specified Merchant categories. The referral rate is the number of Referral Responses as a percentage of all Authorization Requests processed by an Issuer, excluding those processed by Stand-In Processing.

### Maximum Monthly Referral Rates

| Category | Visa Classic Cards, Visa Gold/Premier Cards, and Visa Commercial Cards | Visa Signature Cards, Visa Infinite Cards[1] | Visa Electron Cards |
|---|---|---|---|
| Retail Merchants | 0.5% | 0.3% | Not allowed |
| Airlines | 0.5% | 0.3% | Not allowed |
| Hotels | 0.5% | 0.2% | Not allowed |
| Cruise Lines | 0.5% | 0.3% | Not allowed |
| Car Rentals | 0.5% | 0.2% | Not allowed |
| Mail/Phone Orders | 0.5% | 0.3% | Not allowed |
| Quasi-Cash | 0.5% | 0.3% | Not allowed |
| ATM Cash Disbursements | Not allowed | Not allowed | Not allowed |

© 2012 Visa. All Rights Reserved.

# A3445

| Category | Visa Classic Cards, Visa Gold/Premier Cards, and Visa Commercial Cards | Visa Signature Cards, Visa Infinite Cards[1] | Visa Electron Cards |
|---|---|---|---|
| Referral rates listed for Mail/Phone Order Transactions also apply for Domestic Mail/Phone Order Transactions unless a different rate is specified in the applicable Regional Operating Regulations. | | | |
| 1.  This requirement also applies to Visa Signature Business Cards in the AP Region. | | | |

ID#: 151012-010410-0004401

## Referral Response Prohibition for Visa Electron Cards

A Visa Electron Issuer must **not** generate a Referral Response to any Authorization Request for Visa Electron Cards.

ID#: 010410-010410-0004402

## Issuer Referral Response Requirements

If an Issuer or its agent generates a Referral Response, it must both:

- Be available to receive the call or fax
- Respond with an Approval Response, Decline Response, or Pickup Response immediately after receiving the requested information

ID#: 160312-010410-0004403

## Referral Response Requirements - Canada Region

The Referral Response standards specified in "Conversion of Referral Response to Decline Response - STIP-Generated Authorization Request" and "Conversion to Decline Response - Issuer-Generated Authorization Request" apply to Domestic Transactions and International Transactions in the Canada Region.

ID#: 010410-010410-0005381

## Referral Response Prohibitions and Rates - U.S. Region

A U.S. Issuer must **not**:

- Send a Referral Response to an Authorization Request involving an Electronic Commerce Transaction
- Exceed the monthly referral rate listed in the tables below for its Visa Consumer Card and Commercial Visa Product Programs, respectively, in the specified Merchant categories

© 2012 Visa. All Rights Reserved.

# A3446

The referral rate is the number of Referral Responses as a percentage of all Authorization Requests processed by an Issuer, excluding those processed by Stand-In Processing.

### Maximum Monthly Referral Rates - Visa Consumer Card Programs - U.S. Region

| Category | Visa Consumer Credit | Consumer Visa Check Card |
|---|---|---|
| Airlines | 0.30% | 0.50% |
| Lodging/Cruise Line Merchants | 0.20% | 0.15% |
| Car Rental Companies | 0.20% | 0.20% |
| All Merchants (including those listed above) | 0.20% | 0.20% |

### Maximum Monthly Referral Rates - Commercial Visa Products - U.S. Region

| Category | Visa Business | Visa Signature Business | Visa Corporate | Visa Purchasing |
|---|---|---|---|---|
| Airlines | 0.30% | 0.30% | 0.20% | 0.10% |
| Lodging/Cruise Line Merchants | 0.10% | 0.10% | 0.10% | 0.10% |
| Car Rental Companies | 0.15% | 0.15% | 0.10% | 0.10% |
| All Merchants (including those listed above) | 0.20% | 0.20% | 0.15% | 0.10% |

ID#: 111011-010410-0005443

## Referral Response for Mail/Phone Order Transactions - U.S. Region

If a U.S. Issuer replies with a Referral Response to an Authorization Request for a Mail/Phone Order Transaction, the V.I.P. System will either:

- Forward Transactions greater than US $100 to the Acquirer's Authorizing Processor
- Return an "invalid response" code for Transactions less than or equal to US $100 to the Issuer or its Authorizing Member

Upon receipt of the "invalid response" code, the Issuer may generate an Approval Response or Decline Response within the appropriate Authorization Response time limit.

© 2012 Visa. All Rights Reserved.

# A3447

Visa International Operating Regulations

If there is no Authorization Response within the appropriate time limit, Stand-In Processing generates an Approval Response or Decline Response, as specified in the Issuer's "Issuer Unavailable" Activity Limits.

ID#: 010410-010410-0005444

## Maximum Monthly Referral Rates for International Transactions - U.S. Region

A Commercial Visa Product Issuer in the U.S. Region must **not** exceed the monthly referral rate listed in the table below for international Authorization Requests during each calendar month.

The referral rate is the number of Referral Responses as a percentage of all Authorization Requests processed by the Issuer, excluding those processed by Stand-In Processing.

**Maximum Monthly Referral Rates for International Authorization Requests - U.S. Region**

| Card Type | Maximum Monthly Referral Rate |
|---|---|
| Visa Business | 0.20% |
| Visa Signature Business | 0.20% |
| Visa Corporate | 0.15% |
| Visa Purchasing | 0.10% |

ID#: 111011-010410-0005445

## Stand-In Processing Referral Response (Point-of-Transaction Terminals) - U.S. Region (Updated)

Stand-In Processing issues the Referral/Activity Default Response specified by a U.S. Issuer to an Authorization Request from a Point-of-Transaction Terminal when:

- Either a Referral Response is indicated on the Exception File or Stand-In Processing generated a Referral Response because the Transaction exceeds the Activity File Parameters

- Transaction amount is US $150 or less

- Issuer's Authorizing Member is not available to process the request

- Transaction is not a Mail/Phone Order

- Transaction is not completed at a High-Brand Risk Merchant

ID#: 151012-010410-0005463

© 2012 Visa. All Rights Reserved.

# A3448

# Authorization Reversals, Rejections, and Declines

## Authorization Reversals and Rejections

### Authorization Rejection

An Acquirer must **not** selectively reject or decline Authorization Requests based on an internally developed table of BINs or Account Numbers. This prohibition includes, but is not limited to, tables developed using the printed or tape versions of the *Visa Interchange Directory.*

In the U.S. Region, this prohibition does **not** include Authorization Requests originating from a Limited Acceptance Merchant for Account Numbers that are within a BIN not accepted by the Merchant.  *(This only applies in the U.S. Region.)*

ID#: 010410-010410-0008817

### Requirement to Accept Authorization Reversal

An Acquirer that receives an Authorization Reversal from one of its Merchants must accept the Authorization Reversal and forward it to Visa immediately.

ID#: 111011-010410-0005476

### Visa Authorization Reversal Monitoring

Visa will monitor Authorization Reversals and may require an Acquirer to take corrective measures if abnormal patterns of activity are observed.

ID#: 111011-010410-0025594

### Transaction Submission Subsequent to an Authorization Reversal

An Acquirer must **not** submit into Interchange either:

• A Transaction that was subsequently reversed for the full amount
• A Transaction representing the amount of the partial Authorization Reversal

ID#: 160312-010410-0025593

### Online Financial Transaction Reversal Requirements

An Acquirer must process a Reversal for an Online Financial Transaction if either the:

© 2012 Visa. All Rights Reserved.

# A3449

- Acquirer, Merchant, or terminal did not receive an Authorization Response
- Transaction is subsequently voided or cancelled

ID#: 010410-010410-0005477

### Authorization Reversal Requirements - Canada Region

A Canada Issuer must acknowledge and act on 0400 messages (Authorization Reversals) received.

ID#: 010410-010410-0005382

# Declined Authorizations

## Decline Response Requirements

### Decline Response Prohibition for Electronic Commerce Transactions (Updated)

An Issuer must not systematically send a Decline Response to an Authorization Request for an Electronic Commerce Transaction coded with Electronic Commerce Indicator value 6 unless there is an immediate fraud threat.

This prohibition does **not** apply to Visa products issued with restrictions that are either:

- Clearly communicated to the Cardholder, e.g., a Card product issued for use exclusively in a Card-Present Environment
- **Effective 20 April 2012,** stipulated by a Cardholder participating in Visa Payment Controls

**Effective 15 March 2012,** Visa monitors an Issuer's decline rates for Transactions containing an Electronic Commerce Indicator value 6. An Issuer is deemed to be non-compliant if it exceeds 500 Authorizations a month and a decline rate of 50% or more.

ID#: 151012-010410-0004389

### Decline Response Prohibition for Verified by Visa Transactions

**Effective through 14 March 2012,** an Issuer must **not** implement systematic decline response parameters on Verified by Visa "attempted authentication" Transactions. An Issuer must **not** maintain systematic decline response parameters for Transactions coded with Electronic Commerce Transaction Indicator value"6" (ECI 6) beyond the period of an immediate fraud threat. This requirement does not apply to Visa products issued under restrictive terms clearly communicated to the Cardholder.

© 2012 Visa. All Rights Reserved.

# A3450

**Effective through 14 March 2012,** Visa monitors an Issuer's decline rates for ECI 6. An Issuer is determined to be non-compliant if it exceeds 500 Authorizations a month and a decline rate of 50% or more.

ID#: 160312-010410-0004390

## Decline Response for Illegal Transactions

An Issuer may systematically send a Decline Response to an Authorization Request for a Transaction that has been determined to be illegal.

ID#: 010410-010410-0004388

## V.me by Visa - Decline Response Prohibition

**Effective 15 April 2012,** an Issuer must not send a Decline Response to an Authorization Request for a Transaction solely because the Transaction is conducted through V.me by Visa.

ID#: 040412-150412-0026993

## Transaction Receiving Decline Response - USOR 4.2.H.15

An Acquirer must not enter a Transaction into Interchange that has received a Decline Response unless the Transaction:

• Received a subsequent approval [115]

• In the U.S. Region, is a Preauthorized Transaction *(This only applies in the U.S. Region.)*

ID#: 171011-010410-0005701

# Allowable Decline and Referral Reasons by Product

## Visa Infinite Card Restriction on Declines due to Pre-Set Limits (Updated)

For Visa Infinite Cards issued with no pre-set limit, Transactions must **not** be declined because of a pre-set limit of any kind. Transactions must be approved or declined based on:

• The absence of suspected fraud

• The Cardholder's spending patterns

• Issuer determination of the likelihood of default

---

115  This provision does not include Transactions that receive an Authorization Pickup Response of "04," "07," "41," or "43" or Authorization Requests submitted more than 12 hours after the submission of the first Authorization Request.

© 2012 Visa. All Rights Reserved.

# A3451

- **Effective 20 April 2012,** request from a Cardholder participating in Visa Payment Controls

ID#: 151012-010410-0005422

## Visa Signature Card Restriction on Declines - U.S. Region (Updated)

**Effective through 7 March 2012,** except as specified in "Visa Signature Card Spending Limits and Payment Options - U.S. Region," a Visa Signature Issuer in the U.S. Region must **not** decline a Transaction for exceeding a pre-set spending limit of any kind. Transactions must be approved or declined based on:

- The absence of suspected fraud
- The Cardholder's spending patterns
- Issuer determination of the likelihood of default
- **Effective 20 April 2012,** request from a Cardholder participating in Visa Payment Controls

ID#: 151012-010410-0005405

## Visa Signature Preferred Card Restriction on Declines - U.S. Region (Updated)

**Effective through 7 March 2012,** except as specified in "Visa Signature Preferred Card Spending Limits and Payment Options - U.S. Region," a Visa Signature Preferred Issuer in the U.S. Region must **not** decline a Transaction for exceeding a pre-set spending limit of any kind. Transactions must be approved or declined based on:

- The likelihood of suspected fraud
- The Cardholder's spending patterns
- Issuer determination of the likelihood of default
- Issuer safety and soundness considerations
- **Effective 20 April 2012,** request from a Cardholder participating in Visa Payment Controls

ID#: 151012-010410-0005406

# VisaNet Clearing

## VisaNet Clearing - General Requirements

### Issuer Requirement to Provide Clearing and Settlement

An Issuer must provide Clearing and Settlement services for its Cardholders.

ID#: 010410-010410-0005404

---

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3452

## Reimbursement for Valid Transactions

Each Issuer must pay the Acquirer the amount due for Transactions occurring with the use of a valid Card. This includes Transactions resulting from geographically restricted Card use outside the country of issuance.

ID#: 010410-010410-0006558

## Processing Time Limit for In-Transit Service Transactions

The Processing Date for an In-Transit Service Transaction must be within 5 calendar days of the Transaction Date.

ID#: 010410-010410-0005571

## General Clearing Requirements (Updated)

For Domestic Transactions, the following rules that govern the Clearing of all Transactions may be superseded by either Private Agreements or the operating regulations of Group Members.

Regardless of how a Transaction is routed or where it is processed, the Transaction is subject to the applicable *Visa International Operating Regulations*, Regional Operating Regulations, or National Operating Regulations affecting the Transaction Country.

A Member must clear International Transactions through VisaNet, as specified in the applicable VisaNet Manuals, including those resulting from the use of restricted Cards outside the country of issuance.

ID#: 151012-010410-0008844

## Visa Merchant Direct Exchange Transaction Delivery (New)

**Effective 5 June 2012,** VisaNet accepts the direct delivery of Visa Transactions for Clearing and Settlement from a Visa Merchant Direct Exchange Merchant. An Acquirer must:

• Be capable of receiving reports or records, as specified in the appropriate VisaNet manual, as notification that:

  – Clearing and Settlement occurred for those Transactions

  – Payment is due to the Merchant

• Accept total responsibility for Visa Merchant Direct Exchange Merchant Transactions

ID#: 151012-050612-0027077

© 2012 Visa. All Rights Reserved.

# A3453

## Visa Merchant Direct Exchange Merchant Downgrade or Termination (New)

**Effective 5 June 2012,** for Interchange processing access provided to a Visa Merchant Direct Exchange Merchant at a Clearing Member's request, the Clearing Member may terminate the receipt or transmission of Interchange or downgrade its VisaNet processing level, as specified in "Clearing Processor Downgrade or Termination."

ID#: 151012-050612-0027245

## Clearing Processor Downgrade or Termination (New)

**Effective 5 June 2012,** if a Clearing Processor terminates receipt or transmission of Interchange, or downgrades its VisaNet processing level, the Clearing Processor must:

• Notify Visa in writing at least 3 months before the termination or effective date of the downgrade

• Be responsible for the VisaNet access charges that would have been assessed until the designated termination date, if the Clearing Processor terminates the receipt or transmission of Interchange before the designated termination date

Access and processing levels must have been in effect at least 12 months on the designated effective date of the downgrade or termination.

ID#: 151012-050612-0027078

## Submission of Domestic Transactions to VisaNet - AP Region

Unless prohibited by local law, an AP Member must submit, or at least submit by collection only, all domestic Visa Transactions to VisaNet, including any Transaction that is processed:

• Through VisaNet

• Through a VisaNet Processor

• Under any domestic Private Agreements

The following Transaction types are not required to be submitted, although an AP Member may choose to submit them:

• Domestic ATM Transactions

• Domestic On-Us Manual Cash Disbursements

An AP Member may request a variance from Visa.

ID#: 050411-011109-0005424

© 2012 Visa. All Rights Reserved.

# A3454

## Required Use of VisaNet for Processing – AP Region (Updated)

All Members in Malaysia, Philippines, Singapore, Thailand, and Vietnam must authorize, clear, and settle all Domestic Transactions [116] through VisaNet, including On-Us Transactions and any Transaction that is processed through a VisaNet Processor or through any other Agent. Transactions must be submitted in the relevant format as specified in the applicable VisaNet Manuals.

ID#: 151012-011011-0026201

## Required Use of VisaNet for Processing in Australia – AP Region (Updated)

In the AP Region, all Members in Australia must authorize, clear, and settle all Domestic Transactions through VisaNet. Transactions must be submitted in the relevant format specified in the applicable VisaNet Manuals.

This requirement does not apply to:

• On-Us Transactions
• Domestic Magnetic Stripe or contact Chip-initiated Transactions in a Face-to-Face Environment, on a co-badged Visa Card, processed on the domestic debit network associated with the co-badged acceptance mark

ID#: 151012-060111-0026168

## VisaNet Transaction Types - Reporting - Canada Region

A Canada Member must process the non-ATM BASE II financial On-Us Transactions through VisaNet.

A Visa Debit Acquirer must process all Visa Debit Transactions through VisaNet.

ID#: 161111-010410-0008891

## Prohibition against Manual Cash Transaction Surcharge - U.S. Region

A U.S. Acquirer must submit a Manual Cash Disbursement Transaction for Clearing at the same value as the cash dispensed to the Cardholder.

ID#: 010410-010410-0002985

---

116 Excluding ATM Transactions, On-Us Manual Cash Disbursements and Transactions on a co-badged Visa Card processed on the domestic debit network associated with the co-badged acceptance mark.

© 2012 Visa. All Rights Reserved.

# A3455

Visa International Operating Regulations

## Clearing of Transactions through VisaNet - U.S. Region

In the U.S. Region, all Transactions must be processed through VisaNet, except those processed by another means approved by Visa, as specified in "Required Transaction Processing through VisaNet - U.S. Region."

ID#: 010410-010410-0005682

## Required Transaction Processing through VisaNet - U.S. Region

A U.S. Member must process Visa Transactions through VisaNet by one of the following means:

• Directly

• Through a Clearing Processor

• By other means approved by Visa

A Member requesting to process Transactions by a means other than through VisaNet must complete a "VisaNet Processing Exception Request" (available upon request) and submit it to Visa.

ID#: 010410-010410-0005709

## Reporting of Transactions Not Processed through VisaNet - U.S. Region (Updated)

A U.S. Member must report to Visa, as specified in the applicable VisaNet Manuals, all Transactions, Chargebacks, and Representments processed by other means approved by Visa.

ID#: 151012-010410-0005712

## Account Number Processing Requirement - U.S. Region

All U.S. Member processing systems must be able to accept Account Numbers .

ID#: 111011-010410-0005726

## Interchange Data through VisaNet - U.S. Region

A U.S. Member must be able to receive incoming Interchange data and must send outgoing Interchange data through BASE II or the V.I.P. System.

ID#: 010410-010410-0005678

© 2012 Visa. All Rights Reserved.

# A3456

## Transaction Delivery - U.S. Region (Updated)

**Effective through 4 June 2012,** in the U.S. Region, VisaNet accepts the direct delivery of Visa Transactions for Clearing and Settlement from a Direct-Connect Merchant.

A U.S. Acquirer must:

- Be capable of receiving BASE II advice records, as specified in the appropriate VisaNet manual, as notification that:
  - Clearing and Settlement occurred for those Transactions
  - Payment is due to the Merchant
- Accept total responsibility for Direct-Connect Merchant Transactions

ID#: 151012-010410-0006241

## Acquirer Responsibility for Visa Transactions - U.S. Region

A U.S. Acquirer is responsible for Visa Transactions it submits into Interchange including, but not limited to, any Transaction properly charged back by an Issuer, regardless of the Acquirer's ability to return the Transaction to the Merchant for any reason.

ID#: 010410-010410-0005077

## Clearing Processor Downgrade or Termination - U.S. Region (Updated)

**Effective through 4 June 2012,** in the U.S. Region, if a Clearing Processor terminates receipt or transmission of Interchange, or downgrades its VisaNet processing level, the Clearing Processor must:

- Notify Visa in writing at least 3 months before the termination or effective date of the downgrade
- Be responsible for the VisaNet access charges that would have been assessed until the designated termination date, if the Clearing Processor terminates the receipt or transmission of Interchange before the designated termination date

Access and processing levels must have been in effect at least 12 months on the designated effective date of the downgrade or termination.

ID#: 151012-010410-0005685

© 2012 Visa. All Rights Reserved.

# A3457

### Direct-Connect Merchant Downgrade or Termination - U.S. Region (Updated)

**Effective through 4 June 2012,** in the U.S. Region, for Interchange processing access provided to a Direct-Connect Merchant at a Clearing Member's request, the Clearing Member may terminate the receipt or transmission of Interchange or downgrade its VisaNet processing level, as specified in "Clearing Processor Downgrade or Termination - U.S. Region."

ID#: 151012-010410-0005686

### Data Consistency Requirement - U.S. Region

In the U.S. Region, Clearing Record data must be the same as, or consistent with, comparable data in the Authorization Request and Authorization Response, if an Authorization was obtained.

ID#: 010410-010410-0008892

## Domestic Interchange

### Domestic Interchange Processing

Only Domestic Interchange under Private Agreements may be processed outside of VisaNet.

These Agreements must exclude Interchange originating from an International Airline.

ID#: 010410-010410-0008920

### Private Agreements - Change Notification

Members with Private Agreements may send Domestic Interchange to Visa if they provide Visa with at least 30 calendar days' advance written notice. Members also must provide Visa with at least 30 calendar days' written notice for termination of these agreements.

ID#: 010410-010410-0003380

### Private Agreements - Interchange Files

If Members with Private Agreements elect to send Domestic Interchange files to another Member, they must do so by the fastest means possible.

ID#: 010410-010410-0005464

© 2012 Visa. All Rights Reserved.

# A3458

Visa International Operating Regulations

## Submission of Transactions to VisaNet - CEMEA Region

A CEMEA Member must submit all domestic point-of-sale Visa Transactions to VisaNet, for Clearing and Settlement or collection only. This includes all Transactions in a Card-Present Environment or a Card-Absent Environment, and any Transaction that is processed:

- Through:
    - VisaNet
    - A VisaNet Processor
    - A domestic switch or Processor
    - Any other form of Processor
- Under any domestic Private Agreement or bilateral agreement

The following Transaction types are not required to be submitted to VisaNet. However, CEMEA Members may choose to submit them:

- Domestic ATM Transactions
- Domestic Manual Cash Disbursements

ID#: 050411-011009-0008857

## Interchange Files and Tapes

### Duplicate Interchange File Requirements

A Member must generate a duplicate Interchange File before transmitting Interchange to Visa, and retain this file for 15 calendar days after the Settlement Date.

ID#: 010410-010410-0003372

## Currency Requirements

### Transaction Currency for Original Presentments

An Acquirer must enter all original Presentments into Interchange in the exact amount of Transaction Currency authorized by the Cardholder.

ID#: 010410-010410-0008358

© 2012 Visa. All Rights Reserved.

# A3459

## Basic Currency Conversion Rate Application - CEMEA Region

In the CEMEA Region, Visa applies the Basic Currency Conversion Rate to Transaction Receipts, Credit Transaction Receipts, and Cash Disbursements. The Basic Currency Conversion Rate for Intraregional and Interregional Transactions is either the wholesale Transactions market rate or government-mandated rate in effect one day before the Central Processing Date.

The Issuer may apply an Optional Issuer Fee on the Basic Currency Conversion Rate. Visa will only apply such a fee on the Issuer's instruction.

ID#: 010410-010410-0005450

## Authorization Currency - CEMEA Region

A CEMEA Member must:

- Submit Authorization Requests in the Transaction Currency
- Receive Authorization Requests in its Billing Currency

ID#: 010410-010410-0008898

# ATM Clearing

## ATM Cash Disbursement Transaction Classification

An ATM Cash Disbursement is a Visa Transaction if it is made with a Visa Card or Visa Electron Card.

An ATM Cash Disbursement is a Plus Transaction if it is made with a Proprietary Card bearing the Plus Symbol. A Visa Region or its exclusive Plus Program sublicensee may redefine a Plus Transaction involving a Card bearing the Plus Symbol for Intraregional Transactions.

ID#: 010410-010410-0008996

## ATM Clearing Requirements

An ATM Transaction cleared through VisaNet must have been authorized through VisaNet.

ID#: 010410-010410-0004795

© 2012 Visa. All Rights Reserved.

# A3460

## Non-Visa Transaction Processing - U.S. Region

### PIN-Debit Network Requirements - U.S. Region

A U.S. Issuer that enables Non-Visa Debit Transaction processing on its Visa Check Card or Visa Debit Card must ensure that all such transactions are facilitated by a PIN-Debit Network.

An Issuer that enables Non-Visa Debit Transaction processing and that does not require that all such transactions be authenticated by a PIN must:

• Clearly communicate to its Cardholders at the time of implementation of such processing or at the time of issuance, and on an annual or more frequent basis thereafter, that it has enabled Non-Visa Debit Transaction processing and that it does not require that all such transactions be authenticated by a PIN

• Clearly communicate to its Cardholders the identity of the debit networks for which such transactions are enabled on the Visa Check Card or Visa Debit Card

• Provide Cardholders with examples of the types of Cardholder actions that may be required to initiate a Visa Transaction on such Cards

• At least 30 calendar days before implementation, notify Visa that it does not require that all Non-Visa Debit Transactions be authenticated by a PIN

• Clearly communicate to its Cardholders at the time of implementation of such processing or at the time of issuance, and on an annual or more frequent basis thereafter, that the provisions of its Cardholder agreement relating only to Visa Transactions are inapplicable to non-Visa transactions

ID#: 111011-010410-0008884

# Single Message System (SMS)

## General Requirements

### Single Message System Participation Requirements (Updated)

If a Member processes Online Financial and Deferred Clearing Transactions as part of the Single Message System, it must:

• Be linked to the Single Message System either directly or through its VisaNet Processor

• Comply with the specifications for Authorization and Clearing specified in the *Visa International Operating Regulations* and the applicable VisaNet Manuals

ID#: 151012-010410-0003087

© 2012 Visa. All Rights Reserved.

# A3461

**Single Message System Message Format Conversion**

If a Single Message Service Transaction is sent to a non-participating Member, Visa converts the Transaction to the appropriate BASE I or BASE II message format before transmitting the Transaction.

ID#: 050411-010410-0005736

**Visa Debit with PIN Single Message System Processing Requirement - U.S. Region**

**Effective 14 April 2012,** a U.S. Acquirer must ensure that all Visa Debit with PIN Transactions are processed as Online Financial Transactions through the Single Message System.

ID#: 151012-140412-0027085

# Online Financial and Deferred Clearing

## Online Financial and Deferred Clearing General Requirements - U.S. Region

### Online Financial and Deferred Clearing Transaction Processing - U.S. Region

A U.S. Member may process Online Financial and Deferred Clearing Transactions as part of the Single Message Service.

A participating Member must comply with the requirements specified in "Single Message System Participation Requirements."

ID#: 010410-010410-0008861

### Deferred Clearing Transaction Requirements - U.S. Region

In the U.S. Region, a Deferred Clearing Transaction for a Visa or Visa Electron Transaction completed in a Card-Present Environment must originate at a Point-of-Transaction Terminal and include the:

- Entire unaltered contents of track 1 or track 2 of the Magnetic Stripe, Chip, or Contactless Payment chip
- Value of "05," "07," 90," or "91" in the POS Entry Mode code field of the Authorization Request (if applicable) and the Clearing Record

A Deferred Clearing Transaction (excluding a Visa Electron Transaction) may be key-entered either:

- If the Magnetic Stripe cannot be read

© 2012 Visa. All Rights Reserved.

# A3462

• In a Card-Absent Environment

ID#: 010410-010410-0008862

## Clearing Reversals for Online Financial and Deferred Clearing Transactions - U.S. Region (Updated)

A U.S. Acquirer must process a Clearing Reversal for an Online Financial or Deferred Clearing Transaction, as specified in the applicable VisaNet Manuals, if either the:

• Acquirer, Merchant, or terminal did not receive an Authorization Response

• Transaction is subsequently voided or cancelled

ID#: 151012-010410-0005735

# Online Financial Transactions

## Online Financial Transaction Authorization Request

An Online Financial Transaction Authorization Request for a Visa or Visa Electron Transaction must originate at an ATM or a Point-of-Transaction Terminal and include the:

• Entire unaltered contents of track 1 or track 2 of the Magnetic Stripe or the Magnetic-Stripe Image on the Chip

• Final amount of the Transaction

A purchase Transaction may be key-entered either:

• In a Card-Absent Environment

• If the Magnetic Stripe cannot be read, unless it is a Visa Electron Transaction, which may **not** be key-entered

ID#: 010410-010410-0008863

## Online Financial Transaction Authorization - U.S. Region

In the U.S. Region, every Online Financial Transaction must be authorized.

If an Online Financial Transaction is initiated in a Card Present Environment, the Online Financial Transaction Authorization Request for a Visa or Visa Electron Transaction must originate at a Point-of-Transaction Terminal and include the:

• Entire unaltered contents of track 1 or track 2 of the Magnetic Stripe, Chip, or Contactless Payment chip

• Value of "05," "07," "90," or "91" in the POS Entry Mode code field

---

© 2012 Visa. All Rights Reserved.

# A3463

An Online Financial Transaction Authorization Request for a Visa or Visa Electron Transaction must include the final amount of the Transaction.

A Transaction (excluding a Visa Electron Transaction) may be key-entered if the Magnetic Stripe cannot be read.

ID#: 010410-010410-0008865

# Clearing Reversals and Adjustments

## Clearing Reversals

### Member Reversal of Duplicate Data through VisaNet (Updated)

These regulations for reversing duplicate data apply to Members that clear Interchange through VisaNet.

If Visa has processed an original file, the Member must reverse the duplicate data.

If the Receiving Member has processed the original file, the Sending Member must reverse the duplicate data.

To reverse duplicate data, the Member must:

• Identify the Processing Date of the Transaction that it is reversing

• Replace the Transaction codes of the duplicate Transactions with the appropriate Reversal codes, as specified in the applicable VisaNet Manuals. The Member must not change any other information in the duplicate Transaction.

• Send the Reversals to Visa within one business day of notification of the duplicate data

ID#: 151012-010410-0008878

### Issuer Reversal

An Issuer must reverse the duplicate Transactions from its Cardholder records upon receipt of Reversal information. Visa reverses the duplicate Transactions using either the:

• Appropriate Basic Currency Conversion Rate

• Currency Conversion Rate effective on the Central Processing Date of the duplication

Visa assesses the responsible Members any foreign exchange loss due to currency fluctuation between the Central Processing Date of the duplicate data and the Reversal date using the VisaNet fee collection process.

ID#: 010410-010410-0008879

© 2012 Visa. All Rights Reserved.

# A3464

---

Visa International Operating Regulations

---

## Member Reversal of Duplicate Data for Members with Private Agreements (Updated)

To reverse duplicate Interchange data, a Member with Private Agreements that processes Domestic Interchange outside of VisaNet must:

• Identify the Processing Date of the Transactions that it is reversing

• Replace the Transaction codes of the duplicate Transactions with the appropriate Reversal codes, as specified in the applicable VisaNet Manuals. The Member must not change any other information in the duplicate Transaction.

• Send the Reversals to the Receiving Member within one business day of notification of the duplicate data

ID#: 151012-010410-0003392

## Original Adjustment through VisaNet

An Acquirer may initiate a credit Reversal only to correct inadvertent processing errors.

The Acquirer must process a credit Reversal or a debit Adjustment within 30 [117] calendar days of the Processing Date of the initial credit Transaction.

ID#: 160312-010410-0008880

## Permitted Use of Clearing Reversals - U.S. Region 6.2.I.5.a

In the U.S. Region, a Clearing Reversal may be initiated by the Clearing Processor that originated the duplicate or erroneous transmission or by Visa.

The Clearing Processor may use a Clearing Reversal only to correct either:

• Inadvertent processing errors, as described in "Duplicate or Erroneous Data - U.S. Region"

• Individual Transactions that were transmitted twice or contain erroneous data

To reverse a duplicate or erroneous Interchange transmission, the Clearing Processor must:

• Ensure that Visa is aware of the duplicate or erroneous transmission

• Replace the transaction codes of the duplicate Transactions with the appropriate Clearing Reversal codes, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN). The Clearing Processor must **not** change any other information in the duplicate transactions.

• Send the corrected file on the next transmission day

ID#: 010410-010410-0008882

---

117 **Effective 14 April 2012,** a variance to this requirement applies in the U.S. Region.

© 2012 Visa. All Rights Reserved.

# A3465

---

Visa International Operating Regulations

---

## Adjustments

### Out-of-Balance Online Check Card Transactions - U.S. Region

**Effective for Transactions completed through 30 June 2015,** a U.S. Acquirer may process an Adjustment to an Online Check Card Transaction, as specified in the VisaNet manuals, to correct a Merchant or Acquirer processing error that causes an out-of-balance situation. The Acquirer must:

- Process the Adjustment within 10 calendar days of the purchase date of the original Transaction
- Process a Clearing Reversal for the incorrect Transaction
- Process the Adjustment for the correct Transaction amount

**Effective for Transactions completed through 30 June 2015,** a U.S. Acquirer may process a first Presentment Transaction as an Original Adjustment, as specified in the VisaNet manuals, when the:

- Original Transaction resulted from an Online Check Card Transaction
- Connection between the Merchant and its Authorizing Processor was inoperable
- Merchant completed the Transaction without obtaining an Authorization

An Acquirer must **not** process an Original Adjustment if the original Transaction received a Decline Response.

ID#: 111011-010410-0008883

### Adjustment and PIN/Magnetic-Stripe Storage or Transmission - U.S. Region

A U.S. Acquirer that processes an Adjustment or Original Adjustment must **not** store the:

- PIN, or provide it in the Adjustment
- Contents of the Magnetic Stripe or Chip, or provide it in the Adjustment

ID#: 010410-010410-0005740

### Adjustment and Original Adjustment Chargeback Liability - U.S. Region

A U.S. Acquirer is liable for an Adjustment or Original Adjustment charged back in accordance with the U.S. Regional Operating Regulations.

ID#: 010410-010410-0005741

---

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3466

### Visa Debit with PIN Transaction Adjustments – U.S. Region (Updated)

**Effective 14 April 2012,** a U.S. Acquirer may process an Adjustment to a Visa Debit with PIN Transaction, as specified in the applicable VisaNet Manuals, to correct a Merchant or Acquirer processing error that causes an out-of-balance situation.

The Acquirer must:

- Process the Adjustment within 45 calendar days of the purchase date of the original Transaction
- Process the Adjustment for the correct Transaction amount

A U.S. Acquirer may process a first Presentment Transaction as an Original Adjustment, as specified in the applicable VisaNet Manuals, when the:

- Original Transaction resulted from a Visa Debit with PIN Transaction
- Connection between the Merchant and its Authorizing Processor was inoperable
- Merchant completed the Transaction without obtaining an Authorization

An Acquirer must not process an Original Adjustment if the original Transaction received a Decline Response.

The Acquirer must not process an Adjustment subsequent to a Chargeback.

ID#: 151012-140412-0026510

# Duplicate or Erroneous Data

## Duplicate or Erroneous Data Processing Requirements

### Correction before Transmission through VisaNet

If a Member that clears Interchange through VisaNet:

- Detects duplicate data before sending it to Visa, it must correct the duplication before transmission
- Detects duplicate data on a file previously sent, it must immediately notify Visa of the situation by telephone or fax and provide the:
  - File Processing Date
  - Tape number, for a mailed tape

If Visa has received but not yet processed the file containing the duplicate data, the Member must send the corrected file no later than the next business day.

ID#: 111011-010410-0008854

© 2012 Visa. All Rights Reserved.

# A3467

Visa International Operating Regulations

## Notification of Duplicate Data - Exceptions for Private Agreements

This section applies to Members with Private Agreements that process Domestic Interchange outside of VisaNet.

If a Sending Member detects duplicate data before sending it to the Receiving Member, it must correct the duplication before transmission.

If the Sending Member detects duplicate data on a file previously sent, it must immediately notify the Receiving Member of the situation by telephone or fax and provide the:

- File Processing Date
- Tape number, for a mailed tape

If the Receiving Member has received but not yet processed the file containing the duplicate data, the Sending Member must send the corrected file no later than the next business day.

ID#: 050411-010410-0008856

## Australia Domestic Processing Error Notification Requirements – AP Region

In Australia, a Member must do one of the following in the event of a processing error:

- If the error impacts only one domestic Member, the Member may either:
  - Contact and advise the affected Member directly
  - Keep Visa informed of the processing error by e-mailing the details specified in "Australia Processing Error Advice to Visa - AP Region"
- If the error impacts more than one domestic Member, the Member may either:
  - Advise Visa of the processing error and request assistance to circulate the impact notification to other domestic Members with the information specified in "Australia Processing Error Advice to Visa - AP Region"
  - Advise Visa of the processing error and circulate the impact notification to other domestic Members directly with the information specified in "Australia Processing Error Advice to Visa - AP Region"

ID#: 080411-060111-0026164

## Australia Processing Error Advice to Visa – AP Region

A Member in Australia notifying Visa of a processing error must send the advice to Visa within 24 hours of processing error identification. If the notification contains sensitive information (e.g. Card account information) the file must be encrypted with password prior to e-mailing to Visa.

The advice to Visa must be sent via e-mail to Visa Client Support Services with the subject: AU, Member Name – Processing Error Notification.

© 2012 Visa. All Rights Reserved.

# A3468

The e-mail must indicate the action required from Visa and must contain the following:

• Brief description of the error/impact including estimated volume of transactions

• Brief description of the action plan to rectify error/reduce impact

• Central Processing Date of the original file/transactions (whichever applicable)

• Central Processing Date of the duplicate file/transactions (whichever applicable)

• Transaction reference number range (if available)

• Merchant name (where appropriate)

• Anticipated file refund/reversal date (if applicable)

• Member contact information (telephone number, e-mail address etc.)

If the e-mail requires Visa assistance to broadcast to other domestic Members, Visa will assist to circulate the impact notification to all impacted Members within the next business day.

ID#: 050411-060111-0026165

## Duplicate or Erroneous Data - U.S. Region

In the U.S. Region, if a Clearing Processor that cleared Interchange through VisaNet detects duplicate or erroneous data before sending it to Visa, the Clearing Processor must correct the data before transmission.

The Clearing Processor must immediately notify Visa by telephone or fax if duplicate or erroneous data is transmitted, including any of the following:

• An entire day's Interchange duplication

• Batches of previously transmitted Interchange

• Batches captured more than once on the same outgoing Interchange File

The Clearing Processor must rectify and send the correction on the next transmission day following the incident of the duplicate or erroneous data.

A Clearing Processor that fails to comply with these procedures is assessed a fine.

ID#: 111011-010410-0008855

© 2012 Visa. All Rights Reserved.

# A3469

# Settlement

## General Settlement Requirements

### Australia Interchange File Exchange Settlement Cut-Off Time for BASE II Processors - AP Region

A domestic VisaNet Processor in Australia must adhere to the applicable Australia Eastern Standard Time or Eastern Daylight Savings Time based on the local Settlement Bank's Settlement site as the cut-off time for the Clearing of BASE II files.

ID#: 050411-060111-0026166

### Australia Local Settlement Bank Fee – AP Region

In Australia, a local Settlement Bank fee of AUD 245 is appointed to Members monthly. The fee is applied quarterly by the central banker as AUD 735, excluding GST.

ID#: 050411-060111-0026167

### Establishment of Settlement Arrangements - U.S. Region (Updated)

To establish Settlement arrangements, a U.S. Member must complete and return to Visa a "Funds Transfer Instruction Form," as specified in the applicable VisaNet Manuals.

ID#: 151012-010410-0003326

## Billing and Settlement Currencies

### Issuers Using Multiple Billing Currencies

**Effective through 12 January 2012,** an Issuer receives Interchange in its Billing Currency. If the Issuer uses more than one Billing Currency, it must have a separate BIN for each.

ID#: 160312-010410-0006559

© 2012 Visa. All Rights Reserved.

# A3470

Visa International Operating Regulations

## Settlement Account Requirements

### Member Settlement Account Requirements - AP Region

An AP Member must have sole ownership of any account it uses for funds transfers payable of Settlement Amounts at the Member's Settlement Bank.

ID#: 010410-010410-0005419

## Late Settlement Fee

### Late Settlement Fee - Canada Region (Updated)

A Canada Member may be required to pay a Late Settlement Fee, as specified in "Late Settlement Fees," if a required Settlement Amount is **not** transferred to Visa as specified in the *Canadian National Net Settlement Policies and Procedures Guide.*

ID#: 151012-010410-0005433

## Settlement Financial Obligations

### Member Responsibility for Settlement Financial Obligations - AP Region

In addition to the provisions specified in "Visa Rights in Calculating Settlement," an AP Member is responsible for all financial obligations owed to Visa by any entity or subsidiary owned or controlled by the Member, even if the entity is separately incorporated or in any other way legally independent of the Member. Visa may offset any amount owed to Visa by the entity or subsidiary against the Member accounts, branches, or other owned or controlled entity worldwide.

ID#: 010410-010410-0005423

### Member Responsibility for Settlement Financial Obligations - U.S. Region

A U.S. Member is responsible for any amount due for all Transaction Receipts bearing its BIN and resulting from a Merchant or another Member honoring a valid, properly presented Card.

ID#: 010410-010410-0005710

© 2012 Visa. All Rights Reserved.

# A3471

## National Net Settlement

### Participation in National Net Settlement - Canada Region

Unless a Member has a Private Agreement for Settlement of Domestic Transactions, Canada Members must participate in the Canada Region's National Net Settlement (NNS) arrangements.

ID#: 010410-010410-0005429

### National Net Settlement Policies and Procedures - Canada Region (Updated)

Canada Members participating in National Net Settlement must comply with the *Canadian National Net Settlement Policies and Procedures Guide*. The *Canadian National Net Settlement Policies and Procedures Guide* may be changed from time to time at the discretion of Visa, subject to Members being provided reasonable advance notice of any changes that might affect them.

ID#: 151012-010410-0005430

### National Net Settlement Contacts - Canada Region

A Canada Member participating in National Net Settlement (NNS) must designate to Visa in writing a primary and back-up point of contact with respect to its organization's participation in NNS. Any change of the primary or back-up contact or its contact information must be provided to Visa in writing within 15 calendar days of the change.

ID#: 010410-010410-0005431

### Final Settlement Procedure - National Net Settlement - Canada Region

Final payment of amounts due in Settlement to Canada Members participating in National Net Settlement (NNS) will **not** be initiated by Visa (unless waived by Visa at its discretion) until all of the amounts due in Settlement from Members participating in NNS have been received.

ID#: 010410-010410-0005432

### Suspension of National Net Settlement - Canada Region

In the Canada Region, Visa has the right to temporarily suspend National Net Settlement (NNS) at any time in its sole discretion. When Visa suspends NNS, it will use reasonable efforts to advise Members of the suspension and the reason for doing so and will resume Settlement as soon as is practical.

ID#: 010410-010410-0005434

© 2012 Visa. All Rights Reserved.

# A3472

## National Net Settlement Disputes - Canada Region

In the Canada Region, Visa is the sole and final authority for the resolution of any disputes with respect to National Net Settlement (NNS).

ID#: 010410-010410-0005436

## Member Settlement Failure in National Net Settlement - Canada Region (Updated)

If a Canada Member fails to settle an amount owed in National Net Settlement (NNS) in accordance with the timelines in the *Canadian National Net Settlement Policies and Procedures Guide,* Visa will offset any shortfall from any amount owed to the Member with respect to NNS.

ID#: 151012-010410-0005435

# Payment to Merchants

## Payments to Merchants, Sponsored Merchants, and Payment Service Providers (Updated)

An Acquirer may directly pay or credit its Payment Service Provider (PSP).

An Acquirer that contracts with both a PSP and a Sponsored Merchant may directly pay or credit the Sponsored Merchant for its portion of the Deposit, as permitted by local law.

An Acquirer must pay or credit its Merchant's, Sponsored Merchant's, or Payment Service Provider's (PSP) account promptly after Transaction Receipt Deposit. These payments must be the same as the Transaction totals, less any applicable discounts or Credit Transaction Receipt totals.

A PSP must pay or credit its Sponsored Merchant's account promptly after Transaction Receipt Deposit. These payments must be the same as the Transaction totals, less any applicable discounts or Credit Transaction Receipt totals.

ID#: 151012-010410-0008850

## Acquirer Obligation to Pay - U.S. Region

A U.S. Acquirer must **not** waive, release, abrogate, or otherwise assign to a non-Member its obligation to guarantee and ensure payment for all Transactions in which its Merchant honored a valid Visa Card or Visa Electron Card properly presented for payment.

ID#: 010410-010410-0005146

© 2012 Visa. All Rights Reserved.

# A3473

**Requirement for Funds Held by Acquirer - U.S. Region**

A U.S. Acquirer holding funds as security to ensure proper Merchant performance must hold the funds in an account in the Merchant's name.

ID#: 010410-010410-0005147

# Transaction Receipt Processing

## Transaction Receipt Processing Time Limits

### Endorsement Date Requirements

The Endorsement Date on a Transaction Receipt entered into Interchange must comply with the table below.

In calculating the processing time limits, the Endorsement Date and Transaction Date are each counted as one day.

**Transaction Receipt Processing Time Limits**

| For Transaction Receipts that a Merchant must deposit within: | The Endorsement Date must be within: |
| --- | --- |
| 2 business days from the Transaction Date (Visa Electron Transactions only) | 3 calendar days from the Transaction Date, excluding local non-processing days, and the same date on which the Acquirer processes the BASE II Edit Package and transmits its outgoing Interchange |
| 3 business days from the Transaction Date | 15 calendar days from the Transaction Date |
| 21 calendar days from the Transaction Date | 30 calendar days from the Transaction Date |

ID#: 111011-010410-0008823

## Transaction Receipt Submission Time Limits

An Acquirer must submit a Transaction Receipt no later than 2 business days from the Endorsement Date.

ID#: 010410-010410-0005550

© 2012 Visa. All Rights Reserved.

# A3474

Visa International Operating Regulations

## Processing Time Limit for ATM Transactions

The Processing Date for an ATM Transaction must **not** be more than 3 calendar days from the Transaction Date.

The following are excluded in calculating the allowable number of days:

- Transaction Date
- Processing Date
- Sunday

ID#: 010410-010410-0008997

## Transaction Receipt Processing Time Limits - AP Region

In the AP Region, the Endorsement Date on Transaction Receipts entered into Interchange must be within 8 business days from the Transaction Date. The 8 business days includes the Transaction Date and the Endorsement Date. This regulation does **not** apply to Visa Electron Transactions.

The Endorsement Date is one of the following dates on a Clearing Record:

- If cleared through BASE II, the Edit Package run date on which a Member submits outgoing Interchange
- If cleared through the Single Message System, the Settlement Date
- If cleared under a Private Agreement, the date on which a Member processes outgoing Interchange

For BASE II Transactions, the Endorsement Date is no later than the date on which the Member creates the BASE II Interchange File. For Transactions with indecipherable or invalid Account Numbers not cleared through BASE II, the Endorsement Date is the date on which the Transaction was first entered into Interchange and mailed.

ID#: 010410-010410-0005340

## Transaction Receipt Processing Time Limits in Malaysia - AP Region (Updated)

**Effective through 30 April 2012,** in Malaysia, the Endorsement Date for a domestic Visa debit Transaction conducted at an Automated Fuel Dispenser must be within 3 calendar days from the Transaction Date, excluding local non-processing days. The 4 calendar days include the Transaction Date and the Endorsement Date.

© 2012 Visa. All Rights Reserved.

# A3475

Visa International Operating Regulations

**Effective 1 May 2012,** in Malaysia, the Endorsement Date for a Domestic Transaction conducted at an Automated Fuel Dispenser must be within 2 calendar days from the Transaction Date, excluding local non-processing days. The 3 calendar days include the Transaction Date and the Endorsement Date.

ID#: 151012-151011-0026500

## Valid Transaction Dates - U.S. Region

In the U.S. Region, the Transaction Date is the date on which a Transaction between a Cardholder and a Merchant or an Acquirer occurs. The U.S. Regional Operating Regulations recognize the valid Transaction Dates in the table below.

**Transaction Dates - U.S. Region**

| Transaction Type | Transaction Date |
|---|---|
| Lodging Transactions, including:<br>• CPS/Hotel and Car Rental Card Not Present<br>• CPS/Hotel and Car Rental Card Present<br>• CPS/e-Commerce Preferred Hotel and Car Rental | Check-out or prepayment date |
| Cruise Line Transactions, including:<br>• CPS/Hotel and Car Rental Card Not Present<br>• CPS/Hotel and Car Rental Card Present<br>• CPS/e-Commerce Preferred Hotel and Car Rental | Disembarkation, prepayment, or final payment date |
| Car Rental Transactions, including:<br>• CPS/Hotel and Car Rental Card Not Present<br>• CPS/Hotel and Car Rental Card Present<br>• CPS/e-Commerce Preferred Hotel and Car Rental | Car return or prepayment date |
| Airline and passenger railway Transactions, including:<br>• CPS/Passenger Transport<br>• CPS/e-Commerce Preferred Passenger Transport | Ticket-issuing date |
| Preauthorized Health Care Transaction | Date on which the Health Care Merchant receives notice of adjudication from the Cardholder's insurance company |

© 2012 Visa. All Rights Reserved.

# A3476

Visa International Operating Regulations

| Transaction Type | Transaction Date |
|---|---|
| Mail/Phone Order Transaction (including CPS/Card Not Present Transactions) where merchandise is to be shipped | Date on which merchandise is shipped |

ID#: 111011-010410-0005753

## Processing Time Limits - U.S. Region

Transaction Receipt Processing Time Limits in the U.S. Region are specified in the following table. A U.S. Acquirer's Processing Date and Transaction Date are each counted as one day.

| Transaction Receipt Processing Time Limits - U.S. Region | |
|---|---|
| For Transaction Receipts that a Merchant must deposit within: | The Acquirer's Processing Date must be within: |
| Transaction Receipts (Excluding Credit Transaction Receipts) | |
| 5 calendar days of the Transaction Date | 10 calendar days from the Transaction Date |
| 15 calendar days of the Transaction Date[1] | 20 calendar days from the Transaction Date |
| Credit Transaction Receipts | |
| 3 calendar days of the Transaction Date | 5 calendar days from the Transaction Date |
| 5 calendar days of the Transaction Date[1] | 10 calendar days from the Transaction Date |
| 1. T & E Merchants are normally granted this allowance. | |

In the U.S. Region, additional requirements for Transaction Receipt processing time limits apply to the following Transaction types:

• Electronic Interchange Reimbursement Fee Transactions

• Payment Service Interchange Reimbursement Fee Transactions

• Preauthorized Health Care Transactions

• Supermarket Incentive Program Transactions

ID#: 111011-010410-0008888

## Transaction Receipt Processing Time Limit Violations - U.S. Region

A U.S. Clearing Processor must report to Visa consistent and flagrant violations of processing time limits. Violation of these time limits does **not** automatically entitle the Issuer to a Chargeback right.

ID#: 010410-010410-0005755

© 2012 Visa. All Rights Reserved.

# A3477

## Transaction Receipt Processing - Invalid or Illegible Account Number

### Prohibition against Clearing Transaction Receipts with Illegible or Invalid Account Numbers

An Acquirer must **not** clear original Transaction Receipts with illegible or invalid Account Numbers through Visa until it determines the correct Account Number.

The Acquirer must not clear the Transaction Receipt through VisaNet if the Acquirer has contacted the Issuer and the Issuer cannot determine the Account Number.

ID#: 010410-010410-0008825

### Transaction Receipts with Illegible or Invalid Account Numbers - Requirements for Counterfeit Losses

For a Transaction Receipt with an illegible or invalid Account Number, an Acquirer must comply with the applicable rules for counterfeit losses specified in the *Visa International Operating Regulations* if it appears that a Transaction Receipt resulted from the use of a:

- Counterfeit Card
- Misembossed or Misencoded Visa Card or Visa Electron Card

ID#: 010410-010410-0008824

### Transaction Receipts with Illegible or Invalid Account Numbers - Issuer Assistance

If an Acquirer that receives a Transaction Receipt with an illegible or invalid Account Number can identify the Issuer, the Acquirer may contact the Issuer for assistance in obtaining the Account Number.

If the Acquirer contacts the Issuer for assistance in obtaining an Account Number, the Issuer:

- Must assist the Acquirer
- May require that all requests be in writing

If the Acquirer is **not** able to identify the Issuer, the Acquirer that first received the Transaction Receipt is liable, unless the Acquirer can identify the Issuer within 12 months of the Transaction Date and clear the Transaction Receipt directly with the Issuer.

ID#: 010410-010410-0008826

© 2012 Visa. All Rights Reserved.

# A3478

### Chargeback Restrictions for Invalid or Illegible Account Numbers

Transaction Receipts settled under the procedures for Transaction Receipts with illegible or invalid Account Numbers are **not** subject to Chargeback reason code 74, "Late Presentment."

ID#: 010410-010410-0005546

### Transaction Receipts with Illegible or Invalid Account Numbers - Sending Member Requirements

For Domestic Interchange cleared outside of VisaNet, a Sending Member must:

- Correct an illegible or invalid Account Number before clearing the Transaction Receipt
- Comply with the processing and clearing requirements for a Transaction Receipt with an illegible or invalid Account Number
- Follow the usual procedures after it determines the correct Account Number

ID#: 010410-010410-0005547

### Invalid or Illegible Account Number Clearing with Issuer - U.S. Region

For a Transaction Receipt with an invalid or illegible Account Number, if a U.S. Acquirer has contacted the Issuer and the Issuer cannot determine the Account Number, the Acquirer must clear the Transaction Receipt directly with the Issuer.

ID#: 010410-010410-0005752

# Original Credit

## Original Credit - General

### Original Credit - Compliance with Visa Requirements

A Recipient Member must comply with all Visa requirements specified in the *Visa International Operating Regulations, Visa Money Transfer (VMT) Global Implementation Guide,* and *Original Credits Member Requirements.*

ID#: 050411-010410-0006981

### Original Credit - Deposit-Only Account Number

A Recipient Member must:

---

© 2012 Visa. All Rights Reserved.

# A3479

- Notify Visa that a BIN or account range is designated for Deposit-Only Account Numbers
- Ensure that a Deposit-Only Account Number is **not** used for any purpose other than Original Credit processing
- List a compromised Deposit-Only Account Number on the Exception File and, optionally, in the Card Recovery Bulletin

ID#: 010410-010410-0006983

## Original Credit Transaction Authorization Request Requirements

For an Original Credit Transaction, an Originating Member may choose to send an Authorization Request.

VisaNet will respond to an Originating Member on behalf of a Recipient Member that accepts the Authorization Request if a response is **not** received within the 15-second Authorization Request response time frame.

VisaNet will respond to an Originating Member on behalf of a Recipient Member that does **not** accept an Authorization Request by sending either:

- An Approval Response, if no exception occurs
- A Decline Response, if an exception occurs, including one where a Recipient Member is prohibited from accepting an Original Credit

ID#: 050411-010410-0008698

## Original Credit Transactions - Fast Funds Processing (New)

**Effective 14 June 2012,** unless specified otherwise in "Money Transfer Original Credits – Fast Funds Processing – AP Region and CEMEA Region," a non-U.S. Recipient Member that supports the receipt of Online Financial Transactions (0200 messages) or Authorization Requests (0100 messages) in the enhanced format, as specified in the *Visa Money Transfer (VMT) Global Implementation Guide,* must process as Fast Funds any incoming Original Credit Transaction.

ID#: 151012-010100-0027273

## Original Credits - Fast Funds Processing - AP Region and CEMEA Region (New)

**Effective 14 June 2012,** in the AP Region and CEMEA Region, a Recipient Member in a participating country as specified in "Fast Funds Participation Requirements - AP Region and CEMEA Region," must accept incoming Original Credit Transactions as either Online Financial Transactions (0200 messages) or Authorization Requests (0100 messages), as specified in the *Visa Money Transfer (VMT) Global Implementation Guide.*

**Effective 14 June 2012,** in the AP Region and CEMEA Region, a Recipient Member must participate in Fast Fund processing of incoming Original Credit Transactions if the Member belongs to the one of the countries listed in "Fast Funds Participation Requirements - AP Region and CEMEA Region."

© 2012 Visa. All Rights Reserved.

# A3480

Visa International Operating Regulations

**Effective 14 June 2012,** in the CEMEA Region, an Originating Member in Russia must support the initiation of Online Original Credit Financial Transactions (0200) in the enhanced format, as specified in the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 151012-010100-0027274

### Original Credit Transaction Authorization Message Decline Response

When an Originating Member receives a Decline Response to an Original Credit Authorization Request, it must not send the Clearing Transaction.

ID#: 080411-010410-0005575

### Original Credit Transaction Adjustment Clearing Requirements (New)

**Effective 20 April 2013,** a Visa Resolve Online Adjustment initiated by the Originating Member, as specified in "Original Credit Transaction Adjustment," must be submitted into Clearing within 30 calendar days of the Processing Date of the initial Original Credit Transaction.

ID#: 151012-200413-0027333

# Money Transfer Original Credit

## Money Transfer Original Credit - General

### Money Transfer Original Credit - Compliance with Visa Requirements (Updated)

A Recipient Member must  comply with the *Visa International Operating Regulations*, *Visa Money Transfer (VMT) Global Implementation Guide*, and *Original Credits Member Requirements*.

ID#: 151012-091210-0026249

### Money Transfer Original Credit Transaction - Protection of Sender Data

When receiving and managing sender data for a Money Transfer Original Credit Transaction, a Recipient Member must comply with the Payment Card Industry Data Security Standard (PCI DSS).

ID#: 080411-010410-0006982

© 2012 Visa. All Rights Reserved.

# A3481

---

Visa International Operating Regulations

---

## Money Transfer Original Credit Transactions - Fast Funds Processing (Updated)

Unless specified otherwise in "Money Transfer Original Credits – Fast Funds Processing – AP Region and CEMEA Region," a non-U.S. Recipient Member that supports the receipt of Online Financial Transactions (0200 messages) or Authorization Requests (0100 messages) in the enhanced format, as specified in the *Visa Money Transfer (VMT) Global Implementation Guide,* must process as Fast Funds any incoming Money Transfer Original Credit Transaction.

A U.S. Recipient Member that supports the receipt of Online Financial Transactions (0200 messages) or Authorization Requests (0100 messages) in the enhanced format, as specified in the *Visa Money Transfer (VMT) Implementation Guide*, may process as Fast Funds any incoming Money Transfer Original Credit Transaction. *(This only applies in the U.S. Region.)*

ID#: 151012-091210-0026250

## Money Transfer Original Credits - Fast Funds Processing – AP Region and CEMEA Region

In the AP Region and CEMEA Region, all Recipient Members must participate in Fast Fund processing of incoming Money Transfer Original Credit Transactions, as specified in the table below.

### Fast Funds Participation Requirements – AP Region and CEMEA Region

| Effective Date | Country | Credit | Debit | Prepaid |
|---|---|---|---|---|
| 15 October 2011 | Russia | X | X | X |
| 1 January 2012 | All new Members | | X | X |
| 14 April 2012 | Armenia | X | X | X |
| 19 April 2013 | Australia[1] | | X | X |
| 14 April 2012 | Azerbaijan | X | X | X |
| 14 April 2012 | Belarus | X | X | X |
| 14 April 2012 | Georgia | X | X | X |
| 14 April 2012 | Kazakhstan | X | X | X |
| 14 April 2012 | Kyrgyzstan | X | X | X |
| 14 April 2012 | Moldova | X | X | X |
| 14 April 2012 | Philippines | | X | X |
| 14 April 2012 | Tajikistan | X | X | X |
| 14 April 2012 | Ukraine | X | X | X |
| 14 April 2012 | Uzbekistan | X | X | X |

---

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3482

Visa International Operating Regulations

| Effective Date | Country | Credit | Debit | Prepaid |
|---|---|---|---|---|
| 12 October 2012 | All other Members[2] | | X | X |

1. Excluding International Transactions
2. Excluding Members in China, Guam, Hong Kong, India, Japan, Korea, Macau, Saudi Arabia and Taiwan

ID#: 230312-131011-0026707

## Money Transfer Original Credit Transaction Processing Requirements - U.S. Region

A U.S. Originating Member must:

• Originate Money Transfer Original Credit Transactions only through the Single Message System

• Comply with the Payment Card Industry Data Security Standard (PCI DSS) when sending and managing sender data for a Money Transfer Original Credit Transaction

• Include in the Online Financial Transaction message the following data:

– The sender's Account Number used to fund the Money Transfer Original Credit Transaction or a Transaction reference number that uniquely identifies the sender if the sender's Account Number is not available

– Additional data as specified in the "VisaNet Clearing Message Content Standards" (Exhibit NN) and "Required Data for Authorization Requests and Responses" (Exhibit OO)

When receiving and managing sender data for Money Transfer Original Credit Transactions, a U.S. Recipient or Originating Member must comply with the Payment Card Industry Data Security Standard (PCI DSS).

ID#: 160312-150210-0025766

## Money Transfer Original Credit Transaction Adjustment Clearing Requirements (New)

**Effective 20 April 2013,** a Visa Resolve Online Adjustment initiated by the Originating Member, as specified in "Money Transfer Original Credit Transaction Adjustment," must be submitted into Clearing within 30 calendar days of the Processing Date of the initial Money Transfer Original Credit Transaction.

ID#: 151012-200413-0027334

© 2012 Visa. All Rights Reserved.

# A3483

# Bill Payment

## Bill Payment Requirements - AP Region

### Australia Bill Payment Transaction Requirements – AP Region (Updated)

A Domestic Australia Bill Payment Transaction must meet the following requirements:

- The BASE I Transaction record must contain a POS Condition Code 02, "Unattended Cardholder-Activated Terminal" and the BASE II message must include the Unattended Cardholder-Activated Terminal Type Indicator 3, "Unattended Cardholder-Activated Terminal - Authorization Required"
- The Transaction must be initiated at a Merchant properly assigned one of the following Merchant Category Codes:
  – 5311, "Department Stores"
  – 5310, "Discount Stores"
  – 5331, " Variety Stores"
  – 5411, "Grocery Stores and Supermarkets"
  – 5945, "Hobby, Toy and Game Shops"
- The Transaction must be subsequently processed using one of the following biller Merchant Category Codes:
  – 4900, "Utilities - Electric, Gas, Water, and Sanitary"
  – 4814, "Telecommunication Services"
  – 6012, "Financial Institutions - Merchandise and Services"
  – 5311, "Department Stores" [118]

ID#: 151012-060111-0026171

### Australia Bill Payment Transaction Receipt Data Requirements – AP Region (Updated)

The Transaction Receipt for an Australia Bill Payment Transaction initiated at an Unattended Cardholder-Activated Terminal must include the biller details for each payment.

ID#: 151012-060111-0026172

---

118 **Effective through 14 March 2012,** when the Transaction record contains an Electronic Commerce Indicator (ECI) 3, "Installment Transaction." **Effective 15 March 2012,** when the BASE I Transaction record contains a value of 3, "Installment Transaction," in the Mail/Phone/Electronic Commerce and Payment Indicator field.

© 2012 Visa. All Rights Reserved.

# A3484

**Australia Bill Payment Transaction BASE II Data Requirements – AP Region**

The BASE II Transaction record for an Australia Bill Payment Transaction must include the billpay descriptor (followed by name and location of the biller's agent accepting payment).

ID#: 050411-060111-0026173

# Bill Payment - U.S. Region

## Bill Payment - U.S. Region

### Bill Payment Transaction Data Requirements - U.S. Region (Updated)

A U.S. Acquirer must identify a Bill Payment Transaction in the Authorization Request and Clearing Record with required VisaNet data elements, as specified in the:

- "VisaNet Clearing Message Content Standards" (Exhibit NN)
- "Required Data for Authorization Requests and Responses" (Exhibit OO)
- Applicable VisaNet Manuals
- *U.S. Interchange Reimbursement Fee Rate Qualification Guide*

A Credit Voucher Transaction related to an original Bill Payment Transaction does not require unique identification in the VisaNet Clearing Record and may be processed according to standard procedures.

In the U.S. Region, any applicable Interchange Reimbursement Fee may apply to a Bill Payment Transaction.

ID#: 151012-010410-0008913

© 2012 Visa. All Rights Reserved.

**A3485**

**THIS PAGE INTENTIONALLY LEFT BLANK.**

VISA PUBLIC                    15 October 2012
© 2012 Visa. All Rights Reserved.

# A3486

# Chapter 8: Risk Management

## Core Principle 8.1

### Adherence to Risk and Fraud Controls

### Protecting Against Inappropriate Activity

To protect against inappropriate or unauthorized activity that may damage the payment system or brand, participants in the Visa system agree to follow Visa-specified risk and fraud requirements & controls.

ID#: 010410-010410-0007789

## Core Principle 8.2

### Report All Fraud Activity to Visa

### Reporting Fraud for Monitoring and Analysis

To allow Visa to analyze and respond to new and evolving risks and security threats, Visa requires participants in the Visa system to report all fraudulent transaction or other criminal risk activity to Visa without delay.

ID#: 010410-010410-0007790

## Core Principle 8.3

### Protect Visa Account and Transaction Data

### Following Standards for Data Protection

To protect all parties to the Visa system, participants with access to personal Visa account information or Visa transaction information are responsible for following rigorous standards for data protection set by Visa. These standards may be consistent with or exceed industry standards. For example, the storage of magnetic stripe data is strictly prohibited.

ID#: 010410-010410-0007815

© 2012 Visa. All Rights Reserved.

# A3487

# Core Principle 8.4

## Protect Against Illegal Activities

### Preventing Illegal Activities in the Visa System

Participants in the Visa system agree to take appropriate measures to prevent the Visa system from being used for or associated with illegal activities. These include, but are not limited to, child pornography, money laundering or financing terrorist activities. Because Visa payments can be subject to a variety of anti-money laundering laws in many countries, participants in the Visa system are also responsible for complying with these laws, including, for participants in the U.S. Region, the Bank Secrecy Act and the USA PATRIOT Act.

ID#: 010410-010410-0007816

# Security and Fraud Control Requirements

## General Security and Fraud Control Requirements

### Risk Management and Fraud Control Standards and Compliance - AP Region

An AP Member must have a risk management/security and fraud control function.

Visa assesses a fine of US $12,000 for initial non-compliance with "Fraud Control Contact Availability - AP Region" and "Security and Fraud Control Staff Information Access - AP Region," and for each additional 12-month cycle of non-compliance.

ID#: 010410-010410-0007739

### Fraud Control Contact Availability - AP Region

An AP Member's security and fraud control contact must be available (although not necessarily on duty, on-site) 24 hours a day, 7 days a week.

ID#: 010410-010410-0000614

### Security and Fraud Control Staff Information Access - AP Region

Security and fraud control staff of an AP Member must have access to at least 6 months of Cardholder and Merchant activity information, as well as the authority to provide, upon request:

• Basic Cardholder identity information and any other relevant information

© 2012 Visa. All Rights Reserved.

# A3488

---

Visa International Operating Regulations

---

- Reported or suspected fraudulent account activity
- Details about any Card loss or theft

ID#: 010410-010410-0000615

## Daily Merchant Investigation - CEMEA Region

A CEMEA Acquirer must investigate, daily, any Merchant appearing on its exception reports or identified by its risk management systems.

ID#: 081010-010410-0003854

## Acquirer Investigation Requirements - CEMEA Region

A CEMEA Acquirer must employ sufficient risk management staff resources and security controls to undertake the following risk and fraud detection activities on its Merchants. These activities include, but are not limited to:

- Cooperate fully with Visa in any investigation, and release all information relative to the Merchant upon request
- Terminate the Merchant agreement if it is determined that the Merchant:
  - Is a threat to the integrity of the Visa brand
  - Introduces a disproportionate level of fraud into the Visa system
- Take legal action to minimize losses, where appropriate
- Cooperate with Issuers and law enforcement agencies
- Hold funds while the Merchant is fully investigated, if possible
- Initiate criminal and civil proceedings against the Merchant, if applicable

ID#: 010410-010410-0002266

## Merchant Fraud Reduction Initiatives - CEMEA Region

A CEMEA Acquirer must, where appropriate, implement fraud reduction initiatives at a CEMEA Merchant Outlet, including, but not limited to:

- Fraud awareness education at Merchant Outlets
- Reduction of Floor Limits
- Secondary Cardholder identification checks
- Code 10 calls to the Acquirer's Authorization center
- Implementation of CVV2 processing

ID#: 010410-010410-0002268

---

© 2012 Visa. All Rights Reserved.

# A3489

# Account and Transaction Information Security

## Data Security

### Member Reporting of Loss or Theft of Information

As specified in *Global Visa Acquirer Fraud Control Manual*, the *Global Visa Issuer Fraud Control Manual,* and *What To Do If Compromised,* a Member must immediately report to Visa by telephone, fax, or e-mail the suspected or confirmed loss, theft, or compromise, including loss, theft, or compromise by one of its agents or Merchants, of any material or records that contain Visa account or Transaction information.

In the U.S. Region, a loss, theft, or compromise of Visa account or Transaction information may be reported on behalf of a Member by one of its agents, or by a Merchant or one of its agents. *(This only applies in the U.S. Region.)*

The report must contain, to the extent possible:

- Member and Merchant or agent name
- Format, number, and range of account information missing
- Specific Account Numbers missing
- Type or data elements of account information on missing material, e.g. Track 1 data, Track 2 data, CVV2, Cardholder name, address
- Pertinent details about the loss, theft, or compromise and ensuing investigation
- Contact name and telephone number for additional information
- Name and telephone number of person reporting the loss or theft

ID#: 050411-010410-0007999

### VisaNet Processor Disclosure of Account or Visa Transaction Information

A Member, in the event of the failure, including bankruptcy, insolvency, or other suspension of business operations of one of its VisaNet Processors, must ensure that the VisaNet Processor does not sell, transfer, or disclose any materials that contain Cardholder Account Numbers, personal information, or other Visa Transaction Information to any other entity. The Member must ensure that its VisaNet Processor either:

- Returns this information to the Member
- Provides acceptable proof of secure destruction of this information to the Member

ID#: 111011-010100-0025875

© 2012 Visa. All Rights Reserved.

# A3490

## VisaNet Processor Contingency Plans

A Member must have in place contingency plans for its VisaNet Processors in the event of failure, including bankruptcy, insolvency, or other suspension of business operations. The contingency plans must be provided to Visa upon request.

ID#: 111011-010100-0025877

## Cardholder and Transaction Information Disclosure Limitations (Updated)

An Acquirer must obtain the prior written consent of the Issuer and Visa before disclosing a Cardholder's Account Number, personal information, or other Transaction Information to a third party that is not the Agent of the Acquirer for the sole purpose of completing a Transaction. The Acquirer must ensure that its Agents and the Agents' employees:

- Make no further disclosure of the information
- Treat the information as confidential

An Acquirer or Merchant may only disclose Transaction Information to third parties, approved by Visa, for the sole purpose of:

- Supporting a loyalty program
- Providing fraud control services

Procedures for approval of third parties are available from Visa, upon request.

ID#: 151012-010611-0026337

## Cardholder and Transaction Information Disclosure Prohibitions (Updated)

Except as specified in "Cardholder and Transaction Information Disclosure Limitations" a Merchant must not disclose a Cardholder Account Number, personal information, or other Transaction Information to any entity other than to a registered Third Party, the Acquirer, or the Agent of the Acquirer. Any such disclosure must be for the sole purpose of:

- Assisting the Merchant in completing the initial Merchant Transaction
- Specifically complying with local law

An Agent must not disclose a Cardholder Account Number, personal information, or other Transaction Information to third parties, other than:

- For the sole purpose of completing the initial Merchant Transaction
- As required by local law

© 2012 Visa. All Rights Reserved.

# A3491

- With the permission of the Issuer, Acquirer, or Visa, as specified in the *Visa International Operating Regulations*

ID#: 151012-010611-0026338

## Merchant Disclosures (Updated)

An Acquirer must ensure that its Merchant, Sponsored Merchant, High-Brand Risk Merchant, or High-Brand Risk Sponsored Merchant as clearly disclosed throughout the order process all of the following:

- Terms and conditions of a promotion, if restricted
- The length of the trial period, if offered, including clear disclosure that the Cardholder will be charged unless the Cardholder expressly rejects the charge
- The date on which any charges will commence
- Cancellation policy including, clear steps to be taken by the Cardholder to cancel the Transaction prior to the end of the trial period

ID#: 151012-010611-0026339

## Transaction Data Retention Prohibition - AP Region

AP Merchants, non-Member agents, and processors must **not** retain or store, not even in encrypted form, the following data subsequent to Authorization of a Transaction:

- The full contents of any track on the Magnetic Stripe
- Any Card Verification Value (e.g. CVV, CVV2, iCVV)
- The Personal Identification Number (PIN)
- The PIN verification value
- The Verified by Visa authentication data

ID#: 010410-010410-0000531

## Transaction Data Retention Prohibition - LAC Region

An LAC Merchant or its agent must **not** retain sensitive authentication information after Authorization (even if information is encrypted). This information includes:

- The full contents of any of the Magnetic Stripe tracks, of a Chip, or of any other device
- The Card Verification Value 2 (CVV2)
- The PIN Verification Value (PVV)
- Passwords for the Verified by Visa Service

ID#: 010410-010410-0002299

© 2012 Visa. All Rights Reserved.

# A3492

## Loss of Information at Member's Agents - U.S. Region

A U.S. Member must implement policies and procedures requiring its contractors or Agents to notify the Member if the contractor or Agent experiences a security breach or reasonably believes that Cardholder information was compromised as a result of that breach.

ID#: 010410-010410-0001799

## Data Storage Requirements - U.S. Region

A U.S. Merchant or its agent must:

• Store all material containing Cardholder Account Numbers or imprints (such as Transaction Receipts, car rental agreements, and carbons) in an area limited to selected personnel

• Render all data unreadable before discarding

ID#: 010410-010410-0001730

## Card Verification Value 2 Prohibition - U.S. Region (Updated)

A U.S. Merchant or its agent must not request the Card Verification Value 2 data on any paper Order Form.

ID#: 151012-010410-0001733

## Security Standards for Account Information - U.S. Region

Except as specified below, if a fulfillment vendor is used to consolidate materials containing account information before delivering it to the United States Postal Service or overnight courier, a U.S. Issuer must ensure that the fulfillment vendor implements and maintains all of the security standards specified in the *Visa Global Physical Security Validation Requirements for Data Preparation, Encryption Support and Fulfillment Card Vendors.*

If a prepaid storage facility is used to consolidate materials containing account information before delivering it to the United States Postal Service or overnight courier, the U.S. Issuer must ensure that the prepaid storage facility implements and maintains all of the security standards specified in the *Visa Global Physical Security Validation Requirements for Data Preparation, Encryption Support and Fulfillment Card Vendors.*

ID#: 050411-010410-0008026

© 2012 Visa. All Rights Reserved.

# A3493

## Confidential Consumer Cardholder Information

### Visa Safeguards for Confidential Consumer Cardholder Information - U.S. Region

In the U.S. Region, Visa and its subsidiaries will restrict access to Confidential Consumer Cardholder Information to those employees that Visa or its subsidiaries has determined need to know that information to provide products and services to Members.

Visa and its subsidiaries will maintain physical, electronic, and procedural safeguards that are designed to:

- Maintain the security and confidentiality of Confidential Consumer Cardholder Information
- Protect against anticipated threats or hazards to the security or integrity of Confidential Consumer Cardholder Information
- Prevent unauthorized access to, or use of, such Confidential Consumer Cardholder Information that could result in substantial harm or inconvenience to Consumer Cardholders

Visa will notify a Member in the event that Visa reasonably believes that Confidential Consumer Cardholder Information about a Member's customer has been compromised due to a breach of security.

ID#: 010410-010410-0008003

### Visa Use and Disclosure of Confidential Consumer Cardholder Information - U.S. Region

In the U.S. Region, Visa and its subsidiaries will **not** use or disclose Confidential Consumer Cardholder Information to third parties, other than for any one of the following:

- Use or disclosure in the ordinary course of business to provide services to a Member or a Member's designated Agent, including, but not limited to:
  - Completing a Transaction
  - Risk control
  - Dispute resolution
  - Marketing services
- Use or disclosure with the consent of the Cardholder
- Other use or disclosure that is in accordance with applicable law

ID#: 010410-010410-0000508

© 2012 Visa. All Rights Reserved.

# A3494

## Destruction of Confidential Consumer Cardholder Information - U.S. Region

In the U.S. Region, Visa and its subsidiaries will use reasonable measures designed to ensure that all Confidential Consumer Cardholder Information is erased or destroyed, in accordance with regulatory guidelines, so as to render the information unreadable.

A U.S. Member must implement policies and procedures designed to ensure timely disposal or destruction of Confidential Consumer Cardholder Information, in accordance with regulatory guidelines, in a manner that makes the information unreadable.

ID#: 010410-010410-0008007

# Information Security Programs

## Account and Transaction Information Security Requirements VIOR 2.1.E (Updated)

A Member must:

- Comply with the Account Information Security Program requirements and the validation and reporting requirements, as specified in the *Account Information Security (AIS) Program Guide*

- Maintain all materials or records in any form that contains account or Transaction Information in a safe and secure manner with access limited to authorized personnel, as specified in the Payment Card Industry Data Security Standard (PCI DSS)

- Ensure that agreements and contracts with agents and Merchants clearly establish their responsibilities to meet Visa standards, the liabilities for failure to meet the standards, and the requirement to allow for inspections by the Member or Visa

- Ensure that all agents and Merchants with access to account or Transaction Information comply with the Payment Card Industry Data Security Standard (PCI DSS)

- Ensure that all agents and Merchants do **not** store any of the following, subsequent to Authorization:

  – Full contents of any data taken from the Magnetic Stripe (on a Card, in a Chip, or elsewhere)

  – Card Verification Value 2 used to verify Card-Absent Transactions

  – PIN or the encrypted PIN block

- Comply with, and ensure that all agents and Merchants use Payment Applications that comply with, the Payment Application Data Security Standard (PA-DSS)

- Upon request, certify to Visa that agents and Merchants are in compliance with the conditions specified in the Payment Card Industry Data Security Standard (PCI DSS)

ID#: 151012-010410-0002228

© 2012 Visa. All Rights Reserved.

# A3495

## Global Fraud Information Service - AP Region (Updated)

An AP Principal Member must subscribe to and participate in the Global Fraud Information Service, if available in its local market.

ID#: 151012-010410-0008047

## Australia and New Zealand Acquirer Compliance Program for Payment Card Industry Data Security Standards (PCI DSS) – AP Region

In Australia and New Zealand, a Visa Level 4-Merchant Acquirer must provide to Visa a risk-based compliance program for its Level 4 Merchants that includes, at a minimum, a:

- Timeline of critical events
- Risk profiling strategy
- Merchant education strategy
- Compliance strategy
- Compliance reporting strategy

An Acquirer must provide the *Exhibit AP – 1 PCI DSS Implementation Plan Report* to Visa, by 31 March and 30 September of each year.

ID#: 111011-060111-0026177

## Account Information Security - Canada Region (Updated)

A Canada Member must comply, and ensure that its Merchants and agents comply, with the *Visa Canada Account Information Security Program Guide.*

ID#: 151012-010410-0008032

## Account Information Security Program - CEMEA Region (Updated)

A CEMEA Member must comply with the validation thresholds specified in the *Visa Account Information Security (AIS) Program Guide.*

ID#: 151012-010410-0002272

## Account Information Security - LAC Region

An LAC Member, Merchant, or service provider that stores, processes, or transmits Cardholder information must comply with the information security standards established in the *Visa International Operating Regulations*, the LAC Account Information Security Program (AIS), and this section.

© 2012 Visa. All Rights Reserved.

# A3496

When requested, an Acquirer must provide a compliance plan from its organization, its agents, and its Merchants, according to the specifications and timing established in the LAC AIS Program.

ID#: 050411-010410-0008196

## Member Monitoring of Visa Compliance - U.S. Region

In the U.S. Region, Visa and its subsidiaries will adopt policies and procedures and provide Members with appropriate reviews and reports to enable Members to monitor the compliance of Visa and its subsidiaries with these commitments.

ID#: 010410-010410-0000512

## Payment Application Compliance - U.S. Region

A U.S. Member must comply, and ensure that its Merchants and Agents use Payment Applications that comply, with the Payment Application Data Security Standard (PA-DSS).

ID#: 081010-200509-0007978

## Cardholder and Transaction Information Security - U.S. Region

A U.S. Member must comply, and ensure that its Merchants and Agents comply, with the requirements of the Cardholder Information Security Program, available from Visa upon request or online at http://www.visa.com/cisp.

A third party that supports a loyalty program or provides fraud control services, as specified in "Disclosure of Visa Transaction Information - U.S. Region" and "Cardholder and Transaction Information Disclosure Limitations - U.S. Region," must comply with the requirements of the Cardholder Information Security Program.

A U.S. Member must comply, and ensure that its Merchants and Agents comply, with the Transaction Information security requirements in the *Visa International Operating Regulations*, the Payment Card Industry Data Security Standard (PCI DSS), and the validation and reporting requirements outlined in the Cardholder Information Security Program. The Payment Card Industry Data Security Standard (PCI DSS) and the Cardholder Information Security Program requirements are available online at http://www.visa.com/cisp.

An Acquirer must ensure that its Merchant:

- Implements and maintains all of the security requirements, as specified in the Cardholder Information Security Program

- Immediately notifies Visa, through its Acquirer, of the use of a Third Party

- Ensures that the Third Party implements and maintains all of the security requirements, as specified in the Cardholder Information Security Program

- Immediately notifies Visa, through its Acquirer, of any suspected or confirmed loss or theft of material or records that contain account information and:

© 2012 Visa. All Rights Reserved.

# A3497

– Demonstrates its ability to prevent future loss or theft of account or Transaction information, consistent with the requirements of the Cardholder Information Security Program

– Allows Visa, or an independent third party acceptable to Visa, to verify this ability by conducting a security review, at the Acquirer's own expense

ID#: 010410-010410-0008031

## Fines and Penalties

### Non-Compliance with Account and Transaction Information Security Standards VIOR 2.1.E

If Visa determines that a Member, its agent, or a Merchant has been deficient or negligent in securely maintaining the account or Transaction Information or reporting or investigating the loss of this information, Visa may fine the Member, as specified in the *Visa International Operating Regulations,* or require the Member to take immediate corrective action.

ID#: 010410-010410-0001753

### Account Information Security Program Fines

A Member deemed non-compliant with the Account Information Security Program is subject to a penalty, as specified in the table below and the *Account Information Security (AIS) Program Guide.*

**Fines for Non-Compliance with the Account Information Security Program**

| Violation | Fine |
|---|---|
| First violation | Up to US $50,000 |
| Second violation | Up to US $100,000 |
| Third or any subsequent violation | Up to US $200,000 |

ID#: 050411-200509-0008193

### Account and Transaction Information Program Service Fee - AP Region (Updated)

All Principal AP Members will be levied an annual Account and Transaction Information Security Program service fee, as specified in the applicable Fee Guide.

ID#: 151012-010410-0000530

© 2012 Visa. All Rights Reserved.

# A3498

---

---

### Transaction Information Loss/Theft Notification Penalties - U.S. Region

If a U.S. Acquirer fails to immediately notify Visa of the suspected or confirmed loss or theft of any Visa Transaction Information, the Acquirer is subject to a penalty of up to US $100,000 per incident.

ID#: 010410-010410-0003524

### Cardholder Information Security Program Penalties - U.S. Region

A U.S. Member that fails to comply with the requirements of the Cardholder Information Security Program is assessed a fine, as specified in the table below and the *Account Information Security (AIS) Program Guide.*

**Cardholder Information Security Program Fines - U.S. Region**

| Violation | Fine |
| --- | --- |
| First violation | Up to US $50,000 |
| Second violation | Up to US $100,000 |
| Any third or subsequent violation | Up to US $200,000 |

ID#: 111011-010410-0009032

# Corporate Risk Reduction

## Corporate Risk Reduction - General

### Member Risk Reduction Requirements

Upon receipt of instructions imposing conditions, as specified in the applicable Certificate of Incorporation and Bylaws, a Member or agent must implement risk reduction measures that may include, but are not limited to:

• Prohibiting or limiting any of the following actions:

– Issuing new or reissued Cards

– Signing or re-signing Merchants

– Using any independent sales organizations

• Blocking the Authorization of Cardholder Transactions or prohibiting Acquirers from obtaining Authorization for Transactions on behalf of certain Merchants

• Terminating some or all Merchants that:

---

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3499

- – Conduct Transactions where the Cardholder is not present or where goods or services are to be delivered after the Transaction Date
- – Receive a volume of Chargebacks that substantially exceeds the system average
- Pledging collateral to secure:
  - – A Member's or agent's obligations to Visa and reimbursement to Visa for any expenses incurred ensuring compliance, or
  - – The liquidity impact to Visa of Settlement or other payments due to Visa of a Member, its affiliates or its Clearing Processor as approved by Visa, or
  - – Reimbursement to Visa for any expenses incurred ensuring compliance.
- Consolidating into a single Funds Transfer Settlement Reporting Entity all or some of the Settlement payments in a Settlement Currency of a Member and its affiliates or of a Clearing Processor as approved by Visa for one or more Members arising from one or more Settlement systems operated by Visa or its subsidiaries or affiliates, operated privately, or by a third party, in order to reduce the liquidity impact of such Settlement payments on Visa (Settlement Payment Consolidation) or risk of Settlement Loss (as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws* and Section 9.01 of the *Visa International Certificate of Incorporation and Bylaws*).
- Redirecting Settlement funds to avoid potential losses, as specified in "Visa Rights in Calculating Settlement'" including, but not limited to:
  - – Rerouting Settlement funds around the financial institution that normally holds the Member's or agent's funds
  - – Holding funds to ensure the correct application of Cardholder funds
  - – Holding funds for the payment of Merchants
  - – Holding funds for the future payment of Chargebacks
  - – Withholding funds for the purpose of obtaining collateral or meeting other Member obligations
  - – Prohibiting or limiting a Member's right to sponsor Participant Members
- Requiring a Member to change one or more of its designated agents

Visa is **not** obligated to take these actions to protect any Member, Merchant, Sponsored Merchant, or Cardholder from financial injury.

ID#: 230312-010410-0005057

## Risk Reduction Requirements for Third Party Agents

For any violation of the Member requirements for Third Party Agents, Visa may impose corporate risk reduction measures on a Member or Agent.

ID#: 111011-010100-0025869

© 2012 Visa. All Rights Reserved.

# A3500

Visa International Operating Regulations

## Visa Anti-Bribery Program

Visa maintains an anti-bribery compliance program designed to comply with the requirements and restrictions of the *United States Foreign Corrupt Practices Act* and other anti-bribery laws. A Member must cooperate with Visa in the administration of the Visa anti-bribery program, including, but not limited to, the following:

- Complete, annually, the "Visa Anti-Bribery Policy Questionnaire/Certification" form (available on Visa Online) disclosing the level of ownership, control, and influence of any non-U.S. government, agency, or instrumentality thereof in the Member
- Notify Visa when a non-U.S. government acquires (either as one agency or collectively through different agencies or instrumentalities) an equity interest of 30% or more in the Member.

This requirement does **not** apply to U.S. Members.

ID#: 160312-130809-0008836

## Independent Audit of Internal Controls - U.S. Region

A U.S. Member must obtain and review an independent audit of the internal controls that support the VisaNet interface:

- Upon designation of a VisaNet Processor
- In connecting directly to VisaNet for Interchange or Authorization services

The audit must be conducted annually, based on standards issued by the American Institute of Certified Public Accountants.

ID#: 010410-010410-0005058

## Corporate Risk Reduction - Acquirer Requirements

### Prohibition against Illegal Transactions and Brand Damaging Activities (Updated)

An Acquirer may be subject to corrective actions or fines, as specified in "Visa Right to Fine," if its Merchant Outlet, Agent, or Payment Service Provider processes illegal Transactions or other prohibited Transactions, as specified in "Brand Protection."

ID#: 151012-010611-0026363

### Acquirer Responsibility for Merchants - U.S. Region

A U.S. Acquirer that receives notice, or otherwise becomes aware, of the potential or actual bankruptcy of, or any regulatory proceedings involving, one of its Merchants, must:

© 2012 Visa. All Rights Reserved.