# 12-4671-cv(L)

**12-4708-cv(CON), 12-4765-cv(CON), 13-4719-cv(CON),
13-4750-cv(CON), 13-4751-cv(CON), 13-4752-cv(CON), 14-32-cv(CON),
14-117-cv(CON), 14-119-cv(CON), 14-133-cv(CON), 14-157-cv(CON),
14-159-cv(CON), 14-192-cv(CON), 14-197-cv(CON), 14-219-cv(CON),
14-225-cv(CON), 14-241-cv(CON), 14-250-cv(CON), 14-266-cv(CON),
14-303-cv(CON), 14-331-cv(CON), 14-349-cv(CON), 14-404-cv(CON)
14-422-cv(CON), 14-443-cv(CON),14-480-cv(CON), 14-497-cv(CON),
14-530-cv(CON), 14-567-cv(CON), 14-584-cv(CON), 14-606-cv(CON),
14-663-cv(CON), 14-837-cv(CON)**

IN THE

## United States Court of Appeals

FOR THE SECOND CIRCUIT



IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

*On Appeal from the United States District Court
for the Eastern District of New York*

## JOINT DEFERRED APPENDIX
## VOLUME XV OF XXII
### Pages A3501 to A3750

*Submitted on Behalf of All Parties*

# **Table of Contents**

**Page**

### **Volume I**

District Court Docket Entries ................................................................. A1

### **Volume II**

District Court Docket Entries (cont'd) ................................................. A251

### **Volume III**

District Court Docket Entries (cont'd) ................................................. A501

### **Volume IV**

District Court Docket Entries (cont'd) ................................................. A751

Transfer Order, dated October 20, 2005 [Docket No. 2]....................... A822

Excerpts of First Consolidated Amended Class Action Complaint,
    dated April 24, 2006 [Docket No. 317] ......................................... A825

Excerpts of Settlement Agreement - *In re Visa Check/MasterMoney
    Antitrust Litigation*, CV-96-5238, dated July 21, 2006
    [Docket No. 455-4] ....................................................................... A844

Excerpts of Settlement Agreement - *In re Visa Check/MasterMoney
    Antitrust Litigation*, CV-96-5238,
    dated July 21, 2006 [Docket No. 455-5]........................................ A850

Excerpts of First Amended Supplemental Class Action Complaint
    (redacted), dated February 20, 2009 [Docket No. 1152]............... A856

Excerpts of Second Consolidated Amended Class Action
    Complaint (redacted), dated February 20, 2009
    [Docket No. 1153] ......................................................................... A858

i

# **Table of Contents**
## **(continued)**

**Page**

Excerpts of Second Supplemental Class Action Complaint
(redacted), dated February 20, 2009 [Docket No. 1154] ................ A908

Excerpts of Memorandum of Law in Support of Class
Plaintiffs' Motion for Class Certification (redacted),
dated May 8, 2008 [Docket No. 1165] ............................................ A921

Excerpts of Class Plaintiffs' Memorandum of Law in Opposition to
Defendants' Motion to Dismiss the Second Consolidated
Amended Class Action Complaint, dated June 2, 2009
[Docket No. 1226] ......................................................................... A929

Excerpts of Class Plaintiffs' Memorandum of Law in Opposition to
Defendants' Motion for Summary Judgment (Unannotated)
(redacted), dated October 21, 2011 [Docket No. 1533] ................ A932

Excerpts of Individual Plaintiffs' Statement of Material Undisputed
Facts (redacted), dated October 21, 2011 [Docket No. 1536] ........ A935

Excerpts of Class Plaintiffs' Memorandum of Law in Support of
Their Motion for Summary Judgment (redacted), ated October
21, 2011 [Docket No. 1538] ............................................................ A941

Excerpts of Class Plaintiffs' Statement of Undisputed Facts
Pursuant to Local Rule 56.1 (redacted),
dated December 21, 2011 [Docket No. 1543] ................................ A945

**Volume V**

Excerpts of Class Plaintiffs' Counterstatement of Facts in Response
to Defendants' Rule 56.1 Statement of Facts (Unannotated)
(redacted), dated October 21, 2011 [Docket No. 1545] ................. A1011

# Table of Contents
## (continued)

**Page**

Excerpts of Defendants' Counter-Statement in Opposition to Class
   Plaintiffs' Statement of Undisputed Facts, Pursuant to Local
   Rule 56.1(b) (redacted), dated October 21, 2011
   [Docket No. 1550] ....................................................................... A1014

Excerpts of Network Defendants' Memorandum in Opposition to
   the Individual Plaintiffs' Motion for Summary Judgment
   (redacted), dated October 21, 2011 [Docket No. 1551]................. A1030

Excerpts of European Commission Notification Pursuant to Article
   254 of the EC Treaty (redacted), dated November 23, 2011
   [Docket No. 1573-3] ...................................................................... A1032

Notice of Filing of Memorandum of Understanding,
   dated July 13, 2012 [Docket No. 1587].......................................... A1042

Memorandum of Understanding, dated July 13, 2012
   [Docket No. 1588] .......................................................................... A1043

Excerpts of Class Settlement Agreement, dated July 13, 2012
   [Docket No. 1588-1] ....................................................................... A1061

Letter from Robert Vizas to Jeffrey I. Shinder,
   dated August 21, 2012 [Docket No. 1616-3]................................... A1074

Notice of Class Plaintiffs' Motion for Class Settlement Preliminary
   Approval, dated October 19, 2012 [Docket No. 1656].................... A1086

Excerpts of Appendices to Definitive Class Settlement
   Agreement, dated October 19, 2012 [Docket No. 1656-1]............... A1088

Excerpts of Transcript of Civil Cause for Oral Argument Before the
   Honorable John Gleeson, US District Judge,
   dated November 9, 2012 [Docket No. 1732].................................. A1096

# **Table of Contents**
## (continued)

**Page**

Excerpts of Revised Appendix F2: Notice of Class Action
    Settlement Authorized by the U.S. District Court, Eastern
    District of New York, dated November 26, 2012
    [Docket No. 1740-2]..................................................................... A1098

Class Settlement Preliminary Approval Order,
    dated November 27, 2012 [Docket No. 1745]............................... A1100

Excerpts of Individual Plaintiffs' Opposition to Objecting
    Plaintiffs' Motion to Stay Class Settlement Preliminary
    Approval Order, dated November 29, 2012 [Docket No. 1751] ... A1111

Letter from Class Counsel to Judge Orenstein,
    dated December 10, 2012 [Docket No. 1760] ............................... A1114

Excerpts of Defendants' Memorandum in Support of Final
    Approval of Definitive Class Settlement Agreement,
    dated April 11, 2013 [Docket No. 2110] ....................................... A1118

Excerpts of Memorandum in Support of Class Plaintiffs'
    Motion for Final Approval of Settlement, dated April 11, 2013
    [Docket No. 2111-1]........................................................................ A1120

Declaration of the Honorable Edward A. Infante (Ret.) in Support
    of Class Plaintiffs' Motion for Final Approval of Settlement,
    dated April 11, 2013 [Docket No. 2111-2].................................... A1131

Declaration of Eric D. Green, dated April 11, 2013
    [Docket No. 2111-3]........................................................................ A1137

Declaration of Alan S. Frankel, Ph.D. Relating to the Proposed
    Class Settlement, dated April 11, 2013 [Docket No. 2111-5]....... A1145

Excerpts of Declaration of Nicole F. J. Hamann on Class
    Administrator's Implementation of Settlement Notice Plan,
    dated April 11, 2013 [Docket No. 2111-6].................................... A1200

## **Table of Contents**
### **(continued)**

**Page**

Excerpts of Declaration of Cameron R. Azari, Esq. on
    Implementation and Adequacy of Settlement Notice Program,
    dated April 11, 2013 [Docket No. 2113-7]................................... A1215

Declaration of Professor Charles Silver Concerning the
    Reasonableness of Class Counsel's Request for an Award of
    Attorneys' Fees, dated April 11, 2013 [Docket No. 2113-5] ........ A1238

### **Volume VI**

Declaration of Professor Charles Silver Concerning the
    Reasonableness of Class Counsel's Request for an Award of
    Attorneys' Fees, dated April 11, 2013 [Docket No. 2113-5]
    (Cont'd)........................................................................................... A1251

Declaration of K. Craig Wildfang, Esq. in Support of Class
    Plaintiffs' Motion for Final Approval of Settlement and Class
    Plaintiffs' Joint Motion for Award of Attorneys' Fees,
    Expenses and Class Plaintiffs' Awards,
    dated April 11, 2013 [Docket No. 2113-6].................................... A1296

Excerpts of Objection of City of Oakland to Final Approval of
    Proposed Settlement, dated May 15, 2013 [Docket No. 2279] ..... A1434

Retailers and Merchants' Objection to Final Approval of the Class
    Action Definitive Settlement Agreement, dated May 15, 2013
    [Docket No. 2281] ......................................................................... A1437

Objection of U.S. Public Interest Research Group to Final
    Approval of Proposed Class Settlement, dated May 23, 2013
    [Docket No. 2361] ......................................................................... A1470

Excerpts of Statement of Objections by Jo-Ann Stores, Inc.,
    dated May 23, 2013 [Docket No. 2364] ........................................ A1476

Statement of Objections of B & H Foto Electronics Corp.,
    d/b/a B & H Photo, dated May 22, 2013 [Docket No. 2408] ........ A1480

# Table of Contents
## (continued)

**Page**

Excerpts of Statement of Objections by Boscov's,
dated May 24, 2013 [Docket No. 2411] ....................................... A1483

Retailers and Merchants' Objection to Final Approval of the Class
Action Definitive Settlement Agreement, dated May 24, 2013
[Docket No. 2421] ........................................................................ A1486

**Volume VII**

Retailers and Merchants' Objection to Final Approval of the Class
Action Definitive Settlement Agreement, dated May 24, 2013
[Docket No. 2421] (cont'd) .......................................................... A1501

Notice of Opt Outs, dated May 24, 2013 [Docket No. 2422] .............. A1512

Excerpts of Objections of First Data Corporation, First Data
Merchant Services, TASQ Technology, Inc., TRS Recovery
Services Inc., First Data Government Solutions, and TeleCheck
Services Inc. to Final Approval of Definitive Class Settlement
Agreement, dated May 24, 2013 [Docket No. 2427] .................... A1528

Excerpts of Objection of Aldo US Inc. to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2432] ..... A1538

Excerpts of Objection of BJ's Wholesale Club, Inc. to Final
Approval of the Settlement, dated May 24, 2013
[Docket No. 2433] ........................................................................ A1541

Excerpts of Objection of David's Bridal to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2434] ..... A1544

Excerpts of Objection of Dillard's, Inc. to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2435] ..... A1553

Declaration of John R. Manna, Vice President Operational
Controller, Lowe's Companies, Inc., dated May 24, 2013
[Docket No. 2437] ........................................................................ A1555

**Table of Contents**
**(continued)**

**Page**

Excerpts of Objection of RaceTrac Petroleum, Inc. to Final
   Approval of the Proposed Settlement, dated May 24, 2013
   [Docket No. 2438] ........................................................ A1566

Excerpts of Objection of Roundy's Supermarkets, Inc. to Final
   Approval of the Proposed Settlement, dated May 24, 2013
   [Docket No. 2439] ........................................................ A1568

Excerpts of Objection of Family Dollar Stores, Inc. to Final
   Approval of the Proposed Settlement, dated May 24, 2013
   [Docket No. 2441] ........................................................ A1570

Excerpts of Objection of 7-Eleven, Inc. to Final Approval of the
   Proposed Settlement, dated May 25, 2013 [Docket No. 2442] ..... A1575

Objection of The National Railroad Passenger Corporation to
   Final Approval of the Proposed Settlement, dated May 25,
   2013 [Docket No. 2444] ................................................ A1580

Objections of Best Buy Stores, L.P. to Final Approval of the
   Settlement, dated May 25, 2013 [Docket No. 2445] .................... A1588

Excerpts of Objection of Carter's to Final Approval of the
   Settlement, dated May 25, 2013 [Docket No. 2446] .................... A1601

Objection of Coborn's Incorporated to Final Approval of the
   Proposed Settlement, dated May 25, 2013 [Docket No. 2447] ..... A1606

Excerpts of Objection of Costco Wholesale Corporation to
   Final Approval of the Proposed Settlement,
   dated May 25, 2013 [Docket No. 2448] ........................................ A1613

Objection of D'Agostino Supermarkets, Inc. to Final Approval of
   the Settlement, dated May 25, 2013 [Docket No. 2449] .............. A1615

Objection of Alon USA, LP to Final Approval of the Proposed
   Settlement, dated May 25, 2013 [Docket No. 2450] .................... A1621

# **Table of Contents**
## (continued)

**Page**

Excerpts of Objection of Barnes & Noble, Inc. to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2451] ........................................................................ A1627

Objection of IKEA US to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2458] .................... A1632

Objection of Jetro Holdings, LLC to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2459] ..... A1650

Objection of Michaels Stores, Inc. to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2460] ..... A1656

Objection of NATSO Inc. to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2461] .................... A1659

Objection of National Restaurant Association to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2464] ........................................................................ A1667

Objection of Panera Bread Company to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2466] ..... A1678

Objection of PetSmart, Inc. to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2467] .................... A1681

Objection of Retail Industry Leaders Association to Final Approval
of the Settlement, dated May 25, 2013 [Docket No. 2469] ........... A1690

Excerpts of Objection of Sears Holdings Corp. to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2470] ........................................................................ A1697

Excerpts of Objection of The Wet Seal, Inc. to Final Approval of
the Settlement, dated May 25, 2013 [Docket No. 2471] ............... A1699

**Table of Contents**
**(continued)**

**Page**

Excerpts of Objection of The Wendy's Company to Final Approval
of the Proposed Settlement, dated May 25, 2013
[Docket No. 2473] ........................................................... A1703

Objection of National Grocers Association to Final Approval of the
Proposed Settlement, dated May 26, 2013 [Docket No. 2475] ..... A1707

Objection of Petco Animal Supplies, Inc. to Final Approval of the
Proposed Settlement, dated May 26, 2013 [Docket No. 2491] ..... A1715

Statement of Objections of WellPoint Entities, dated May 27, 2013
[Docket No. 2493] ........................................................... A1724

Memorandum in Support of Objections of Putative Rule 23(b)(2)
Class Members WellPoint, Inc., etc., to the Proposed Rule
23(b)(2) Settlement Agreement, dated May 27, 2013
[Docket No. 2493-1] ........................................................ A1734

Excerpts of Declaration of David Kretschmer in Support of
Objections of WellPoint Entities, dated May 17, 2013
[Docket No. 2493-2] ........................................................ A1746

**Volume VIII**

Statement of Objections of Target Corporation, Target Commercial
Interiors, Inc., and TCC Cooking Co., dated May 27, 2013
[Docket No. 2495] ........................................................... A1752

ix

**Table of Contents**
**(continued)**

**Page**

Excerpts of Memorandum in Support of Objections of Absent
    Putative Rule 23(b)(2) Class Members Target Corporation,
    Macy's, Inc., Kohl's Corporation, The TJX Companies, Inc.,
    Staples, Inc., J.C. Penney Corporation, Inc., Office Depot, Inc.,
    L Brands, Inc., Big Lots Stores, Inc., PNS Stores, Inc., C.S.
    Ross Company, Closeout Distribution, Inc., Ascena Retail
    Group, Inc., Abercrombie & FitchCo., OfficeMax
    Incorporated, Saks Incorporated, The Bon-Ton Stores, Inc.,
    Chico's FAS, Inc., Luxottica U.S. Holdings Corp., and
    American Signature, Inc. to the Proposed Rule 23(b)(2) Class
    and Rule 23(b)(2) Settlement Agreement, dated May 27, 2013
    [Docket No. 2495-1] ....................................................................... A1756

Complaint and Demand for Jury Trial, *Target Corporation, et al.,*
    *v. Visa Inc., et al.*, Civil Action No. 13 CV 3477,
    dated May 27, 2013 [Docket No. 2495-2] ..................................... A1768

Statement of Objections of J. C. Penney, dated May 27, 2013
    [Docket No. 2509] ........................................................................... A1824

Statement of Objections of Macy's, Inc., Macy's Retail Holdings,
    Inc., Macy's West Stores Inc., Macy's Florida Stores, LLC,
    Macy's Puerto Rico, Inc., Macys.com, Inc., Bloomingdale's,
    Inc., Bloomingdale's By Mail, Ltd., and Bloomingdale's The
    Outlet Store, Inc., dated May 27, 2013 [Docket No. 2517] ........... A1828

Statement of Objections of Office Depot, Inc., Viking Office
    Products, Inc., 4Sure.com, Inc., Computers4Sure.com, Inc.,
    and Solutions4Sure.com, Inc., dated May 27, 2013
    [Docket No. 2519] ........................................................................... A1832

Statement of Objections of Staples, Inc., Staples the Office
    Superstore East, Inc., Staples the Office Superstore, LLC,
    Staples Contract & Commercial, Inc., Quill Corporation, Quill
    Lincolnshire, Inc., Medical Arts Press, Inc., SmileMakers, Inc.,
    Thrive Networks, Inc., and SchoolKidz.com,
    dated May 27, 2013 [Docket No. 2525] ......................................... A1836

x

**Table of Contents**
**(continued)**

**Page**

Excerpts of Declaration of Michael S. Weisbach,
dated May 27, 2013 [Docket No. 2533-2]..................................... A1841

Excerpts of Objection of Crate & Barrel to Final Approval of the
Settlement, dated May 27, 2013 [Docket No. 2534] .................... A1843

Excerpts of Objection of Gap Inc. to Final Approval of the
Settlement, dated May 27, 2013 [Docket No. 2536] .................... A1847

Objections to Final Approval of Proposed Class Action Settlement
and Notice of Intent to Appear of The Iron Barley Restaurant,
Homestead Restaurant (Historical Homestead, Inc.), The Feral
Pig (KP Group LLC), Paris Beauty Salon, Rachel Mustoe
(d/b/a Tousled Hair Studio), and Kristina Newman – Hair,
dated May 28, 2013 [Docket No. 2537] ........................................ A1850

National Retail Federation Statement of Objection to Final
Approval of the Proposed Rule 23(B)(2) Agreement,
dated May 28, 2013 [Docket No. 2538] ........................................ A1875

Excerpts of Declaration of Mallory Duncan Made Pursuant to
28 U.S.C. § 1746, dated May 28, 2013 [Docket No. 2538-2] ....... A1903

Declaration of Dave's Pet City Made Pursuant to 28 U.S.C. § 1746,
dated May 28, 2013 [Docket No. 2538-20].................................. A1911

Declaration of Lipert International Inc. d/b/a Keith Lippert Gallery
Made Pursuant to 28 U.S.C. § 1746, dated May 28, 2013
[Docket No. 2538-21].................................................................. A1916

Excerpts of State of Objections of Wawa, Inc., dated May 23, 2013
[Docket No. 2540] ........................................................................ A1924

Objection of National Cooperative Grocers Association to Final
Approval of the Proposed Settlement, dated May 28, 2013
[Docket No. 2546] ........................................................................ A1926

# **Table of Contents**
## (continued)

**Page**

Objection of Whole Foods Market Entities to Final Approval of the
    Proposed Settlement, dated May 28, 2013 [Docket No. 2559] .....   A1934

Objection of National Association of Convenience Stores to Final
    Approval of Proposed Settlement, dated May 28, 2013
    [Docket No. 2561] ........................................................................   A1942

Objection of Affiliated Foods Midwest to Final Approval of the
    Proposed Settlement, dated May 28, 2013 [Docket No. 2563] .....   A1955

Objection of Foot Locker, Inc. to Final Approval of the Proposed
    Settlement, dated May 28, 2013 [Docket No. 2587] ....................   A1963

The Home Depot's Statement of Objections to the Proposed Class
    Settlement and Memorandum in Support, dated May 28, 2013
    [Docket No. 2591] ........................................................................   A1973

### **Volume IX**

The Home Depot's Statement of Objections to the Proposed Class
    Settlement and Memorandum in Support, dated May 28, 2013
    [Docket No. 2591] (Cont'd) ..........................................................   A2001

Excerpts of Declaration of Dwaine Kimmet in Support of The
    Home Depot's Objection to the Proposed Class Settlement,
    dated May 28, 2013 [Docket No. 2591-2] .....................................   A2026

Excerpts of Dell Inc.'s Statement of Objection to Final Approval of
    Settlement, dated May 28, 2013 [Docket No. 2592] ....................   A2028

Objection of Consumers Union of United States, Inc. to Final
    Approval of Proposed Class Settlement, dated May 28, 2013
    [Docket No. 2598] ........................................................................   A2030

Objection of Amazon.com, Inc. to Final Approval of the Proposed
    Settlement, dated May 28, 2013 [Docket No. 2605] ....................   A2040

**Table of Contents**
**(continued)**

**Page**

Excerpts of Objection of Starbucks to Final Approval of the
     Proposed Settlement, dated May 28, 2013 [Docket No. 2606] .....    A2047

Objection of 1001 Property Solutions LLC and Temple Eagle
     Partners LLC, dated May 28, 2013 [Docket No. 2613].................    A2053

Declaration of Rick Bandas in Support of Objection to Settlement,
     dated May 28, 2013 [Docket No. 2613-1].....................................    A2075

Objection of National Community Pharmacists Association to Final
     Approval of the Proposed Settlement, dated May 28, 2013
     [Docket No. 2619] .........................................................................    A2107

Statement of Objections and Amici Curiae Brief of States to Final
     Approval of the Settlement, dated May 28, 2013
     [Docket No. 2623] .........................................................................    A2116

Blue Cross and Blue Shield Entities' Objections to Proposed
     Settlement, dated May 28, 2013 [Docket No. 2643] ....................    A2147

Excerpts of Declaration of David Cote in Support of BlueCross
     BlueShield of South Carolina Objections to Proposed
     Settlement, dated May 28, 2013 [Docket No. 2643-3].................    A2178

Excerpts of Declaration of Garrett Calissi in Support of Blue Cross
     and Blue Shield of Arizona, Inc. Objections to Proposed
     Settlement, dated May 28, 2013 [Docket No. 2643-4].................    A2180

Excerpts of Declaration of Matthew Brolly in Support of
     Independence Blue Cross Objections to Proposed Settlement,
     dated May 28, 2013 [Docket No. 2643-6].....................................    A2182

Excerpts of Declaration of William J. Farrell in Support of Blue
     Cross of Northeastern Pennsylvania Objections to Proposed
     Settlement, dated May 28, 2013 [Docket No. 2643-7].................    A2184

xiii

# **Table of Contents**
## (continued)

**Page**

Walmart's Objection to the Proposed Settlement, dated May 28, 2013 [Docket No. 2644] .................................................................. A2186

Excerpts of Objection of American Express Company, American Express Travel Related Services Company, Inc., Travel Impressions, Ltd., American Express Publishing Corp., Serve Virtual Enterprises, Inc., ANCA 7 LLC d/b/a Vente Privee, USA, Amex Assurance Company, and Accertify, Inc. to the Class Settlement Agreement, dated May 28, 2013 [Docket No. 2648] .......................................................................................... A2213

Declaration of Stephen B. McCurdy in Support of Objections of American Express, dated May 23, 2013 [Docket No. 2648-1] ..... A2245

## **Volume X**

Notice of Motion of DFS Services LLC and Discover Bank to Intervene, dated May 28, 2013 [Docket No. 2655] ....................... A2249

Excerpts of Declaration of Roger Hochschild, dated May 28, 2013 [Docket No. 2657-6] ......................................................... A2252

Objection of DFS Services LLC, Discover Loans, Inc., and Discover Bank to Final Approval of Proposed Settlement, dated May 28, 2013 [Docket No. 2659] ........................................ A2263

Discover Financial Services' Notice of Intent to Opt-Out of Rule 23(b)(3) Damages Case, dated May 28, 2013 [Docket No. 2663] ......................................................................... A2277

Excerpts of Objecting Plaintiffs' and Objectors' Memorandum in Opposition to Motion for Final Approval of Settlement, dated May 28, 2013 [Docket No. 2670] ................................................. A2278

**Table of Contents**
**(continued)**

**Page**

Excerpts of Declaration of Jeffrey I. Shinder in Support of
Opposition to Class Plaintiffs' Motion for Final Approval of
the Proposed Class Settlement, dated May 28, 2013
[Docket No. 2670-1]...................................................... A2300

Excerpts of Report of Professor Jerry Hausman,
dated May 28, 2013 [Docket No. 2670-5]..................................... A2302

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I.
Shinder: "Industry Facts Concerning Debit Card Regulation
Under Section 920," by Stephen Craig Mott,
BetterBuyDesigns, on Behalf of the Merchants Payments
Coalition, submitted to Federal Reserve System, October 29,
2010; Attachment F: "2011 Interchange Fee Revenue, Covered
Issuer Costs, and Covered Issuer and Merchant Fraud Losses
Related to Debit Card Transactions," Board of Governors of
the Federal Reserve System, March 5, 2013
[Docket No. 2670-6]...................................................... A2327

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I.
Shinder: Ex. 66: Visa Management Discusses Q3 2012 Results
- Earnings Call Transcript; Ex. 67: "'We Won' vs. 'You Lost':
Reactions to Credit Card Settlement", by Maria Aspan and
Victoria Finkle, American Banker, July 16, 2012; Ex. 68: "An
Analysis of the Proposed Interchange Fee Litigation
Settlement," by Adam J. Levitin, Georgetown Law and
Economics Research Paper No. 12-033, August 21, 2012; Ex.
70: The Nilson Report, February 2013, Issue 1,011; American
Express Merchant Reference Guide - U.S., April 2013; Ex. 73:
"Merchant Surcharging – Understanding Payment Card
Changes," Visa, May 20, 2013; Ex. 76: "Operating Regulations
to Support the U.S. Merchant Litigation Settlement," Visa,
2013; Ex, 77: "Notice of MasterCard Rule Changes,"
MasterCard Worldwide, December 2012; Ex. 78:
Memorandum from Visa Inc. to Merchants in the U.S. and U.S.
Territories, regarding Merchant Class Action Litigation
Settlement – Important Changes to Merchant Acceptance

**Table of Contents**
(continued)

Practices, December 20, 2012; Ex. 82: "Visa's CEO Discusses
Q2 2012 Results - Earnings Call Transcript," Visa, May 20,
2013; Ex. 84: "New Visa, MasterCard fees stir debate within
industry," The Green Sheet Online, March 12, 2013; Ex. 94:
MasterCard Incorporated Management Discusses Q2 2012
Results - Earnings Call Transcript, May 20, 2013; Ex. 95:
MasterCard's CEO Discusses Q4 2012 Results - Earnings Call
Transcript, May 20, 2013 [Docket No. 2670-8] ........................... A2339

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I. Shinder:
Ex. 97: "Reform of Australia's Payments System: Preliminary
Conclusions of the 2007/08 Review," Reserve Bank of Australia,
April, 2008; Ex. 108: Amended and Restated Global Restructuring
Agreement [Docket No. 2670-9] ................................................... A2394

Excerpts of Objections of Bridgestone Americas, Inc. to Proposed
Class Settlement Agreement, dated June 5, 2013
[Docket No. 3074] ........................................................................ A2400

Statement of Objection of Heinen's Fine Foods, dated June 5, 2013
[Docket No. 3755] ........................................................................ A2403

Excerpts of Objections of Williams-Sonoma, Inc. to the Proposed
Class Settlement Agreement, dated June 6, 2013
[Docket No. 4237] ........................................................................ A2405

Excerpts of Statement of Objections of the Society of Independent
Gasoline Marketers of America, dated June 7, 2013
[Docket No. 4640] ........................................................................ A2407

Excerpts of Objections of First Data Corporation, First Data
Merchant Services, TASQ Technology, Inc., TRS Recovery
Services Inc., First Data Government Solutions, and TeleCheck
Services Inc. to Final Approval of Definitive Class Settlement
Agreement, dated June 7, 2013 [Docket No. 4654] ...................... A2415

**Table of Contents**
**(continued)**

**Page**

Statement of Objections of Life Time Fitness, Inc.,
      dated June 11, 2013 [Docket No. 5385] ........................................  A2423

Letter from Kenneth A. Gallo to Judge Gleeson,
      dated June 11, 2013 [Docket No. 5406] ......................................  A2433

Letter from Class Plaintiffs' to Judge Gleeson, dated June 12, 2013
      [Docket No. 5651] ........................................................................  A2434

Excerpts of Defendants' Reply Memorandum in Support of
      Final Approval of Definitive Class Settlement Agreement,
      dated August 16, 2013 [Docket No. 5937]...................................  A2435

Excerpts of Class Plaintiffs' Reply Memorandum of Law in
      Further Support of Settlement Final Approval,
      dated August 16, 2013 [Docket No. 5939] ..................................  A2443

Excerpts of Declaration of Ryan W. Marth, dated August 16, 2013
      [Docket No. 5939-3] ....................................................................  A2448

Excerpts of Reply Declaration of Alan S. Frankel, Ph.D. Relating
      to the Proposed Class Settlement (redacted),
      dated August 16, 2013 [Docket No. 5939-5]................................  A2463

Excerpts of Declaration of H. Theodore Grindal in Support of Class
      Plaintiffs' Motion for Final Approval of the Proposed Class
      Settlement, dated August 16, 2013 [Docket No. 5939-6].............  A2468

Excerpts of Reply Memorandum in Support of Class Plaintiffs'
      Joint Motion for Award of Attorneys' Fees, Expenses and
      Class Plaintiffs' Awards, dated August 16, 2013
      [Docket No. 5940] ........................................................................  A2471

Excerpts of Reply Memorandum in Support of FDC's
      Motion to Opt Out of Rule 23(b)(2) Class Settlement,
      dated August 23, 2013 [Docket No. 5957] ..................................  A2473

**Table of Contents**
**(continued)**

Page

Report from Court appointed expert Professor Alan O. Sykes,
dated August 28, 2013 [Docket No. 5965] .................................... A2475

**Volume XI**

Report from Court appointed expert Professor Alan O. Sykes,
dated August 28, 2013 [Docket No. 5965] (Cont'd) .................... A2501

Excerpts of Class Plaintiffs' Letter to Judge Gleeson Responding to
Report of Professor Alan O. Sykes, dated September 4, 2013
[Docket No. 5978] ......................................................... A2526

Excerpts of Response by Professor Jerry Hausman to the Report of
Professor Alan O. Sykes, dated September 4, 2013
[Docket No. 5982] ......................................................... A2531

Excerpts of Declaration of Henry Ogden Armour, NACS, to
Correct Misstatements in Supplemental Declaration of
Craig Wildfang and in Opposition to Final Approval,
dated September 10, 2013 [Docket No. 6006-1] .......................... A2536

Excerpts of Declaration of Robynn Shrader, NCGA, to Correct
Misstatements in Supplemental Declaration of Craig Wildfang
and in Opposition to Final Approval, dated September 10, 2013
[Docket No. 6006-2] ...................................................... A2543

Excerpts of Declaration of Jennifer T. Mallon, NCPA, to Correct
Misstatements in Supplemental Declaration of Craig Wildfang
and in Opposition to Final Approval, dated September 10, 2013
[Docket No. 6006-3] ...................................................... A2549

Excerpts of Declaration of Peter J. Larkin, NGA, to Correct
Misstatements in Supplemental Declaration of Craig Wildfang
and in Opposition to Final Approval, dated September 10, 2013
[Docket No. 6006-4] ...................................................... A2553

## **Table of Contents**
### **(continued)**

**Page**

Excerpts of Transcript of Fairness Heating before the
    Honorable John Gleeson, U.S. District Court Judge,
        dated September 12, 2013 [Docket No. 6094]............................... A2559

Notice of Appeal of Objecting Plaintiffs and Objectors,
        dated December 13, 2013 [Docket No. 6125] ............................... A2587

Notice of Appeal by Home Depot U.S.A., Inc.,
        dated December 13, 2013 [Docket No. 6126] ............................... A2588

Notice of Appeal of Target Group Objectors,
        dated December 13, 2013 [Docket No. 6128] ............................... A2589

Notice of Appeal of National Retail Federation,
        dated January 2, 2014 [Docket No. 6148] .................................... A2590

Notice of Appeal of R & M Objectors, dated January 10, 2014
        [Docket No. 6175] ......................................................... A2591

Notice of Appeal of Blue Cross and Blue Shield Objectors and
    WellPoint Objectors, dated January 10, 2014
        [Docket No. 6176] ......................................................... A2597

Notice of Appeal of Temple Eagle, dated January 10, 2014
        [Docket No. 6178] ......................................................... A2602

Notice of Appeal of First Data Corporation, First Data Merchant
    Services, TASQ Technology, Inc., TRS Recovery Services,
    Inc., First Data Government Solutions, and Telecheck Services,
    Inc., dated January 10, 2014 [Docket No. 6179] ........................... A2605

Notice of Appeal of The Iron Barley Restaurant, Homestead
    Restaurant (Historical Homestead, Inc.), The Feral Pig (KP
    Group LLC), Paris Beauty Salon, Rachel Mustoe (d/b/a
    Tousled Hair Studio), and Kristina Newman – Hair,
        dated January 10, 2014 [Docket No. 6182] ................................... A2606

**Table of Contents**
**(continued)**

**Page**

Notice of Appeal of U.S. PIRG, dated January 13, 2014
    [Docket No. 6189] ......................................................... A2608

Notice of Appeal of Consumers Union of United States, Inc.,
    dated January 13, 2014 [Docket No. 6190] ................................. A2609

Amended Notice of Appeal of Target Group Objectors,
    dated January 21, 2014 [Docket No. 6212] ................................. A2610

Amended Notice of Appeal of Temple Eagle,
    dated January 13, 2014 [Docket No. 6227] ................................. A2611

Notice of Appeal of National Federation of Independent Business,
    dated February 7, 2014 [Docket No. 6234] ................................. A2614

Subsequent Notice of Appeal by Blue Cross and Blue Shield
    Objectors and WellPoint Objectors, dated February 7, 2014
    [Docket No. 6238] ......................................................... A2615

Amended Notice of Appeal of The Iron Barley Restaurant,
    Homestead Restaurant (Historical Homestead, Inc.), The Feral
    Pig (KP Group LLC), Paris Beauty Salon, Rachel Mustoe
    (d/b/a Tousled Hair Studio), and Kristina Newman – Hair,
    dated February 13, 2014 [Docket No. 6245] ............................... A2620

Amended Notice of Appeal by Home Depot U.S.A., Inc.
    (Amending Notice Of Appeal Filed December 13, 2013),
    dated February 13, 2014 [Docket No. 6248] ............................... A2622

Amended Notice of Appeal of Objecting Plaintiffs and Target
    Group Objectors, dated February 13, 2014 [Docket No. 6249] .... A2623

Notice of Appeal of Retail Industry Leaders Association,
    dated February 13, 2014 [Docket No. 6251] ............................... A2625

**Table of Contents**
**(continued)**

**Page**

Second Amended Notice of Appeal of 1001 Property Solutions
LLC and Temple Eagle Partners LLC, dated February 18, 2014
[Docket No. 6257] ....................................................................... A2626

Amended Notice of Appeal of R & M Objectors,
dated February 25, 2014 [Docket No. 6263] ................................ A2630

Excerpts of Expert Report of Joseph Stiglitz, Ph.D.,
dated June 25, 2009 ..................................................................... A2636

U.S. Government Accountability Office, Pub. No. GAO-10-45,
Credit Cards: *Rising Interchange Fees Have Increased Costs
for Merchants, but Options for Reducing Fees Pose
Challenges*, dated 11/2009 ........................................................... A2638

Final Judgment as to Defendants MasterCard International
Incorporated and Visa Inc., *U.S. v. American Express Co*.,
CV-10-4496 (E.D.N.Y. ), dated July 20, 2011 [Docket No. 10-
CV-4996 DE 143].......................................................................... A2707

Visa International Operating Regulations, dated October 15, 2012 .... A2722

**Volume XII**

Visa International Operating Regulations,
dated October 15, 2012 (Cont'd) ................................................. A2751

**Volume XIII**

Visa International Operating Regulations,
dated October 15, 2012 (Cont'd) ................................................. A3001

**Volume XIV**

Visa International Operating Regulations,
dated October 15, 2012 (Cont'd) ................................................. A3251

# Table of Contents
## (continued)

**Page**

## Volume XV

Visa International Operating Regulations,
dated October 15, 2012 (Cont'd) .................................................... A3501

## Volume XVI

Visa International Operating Regulations,
dated October 15, 2012 (Cont'd) .................................................... A3751

## Volume XVII

Interlink Network, Inc. Operating Regulations,
dated November 15, 2012 ............................................................. A4009

## Volume XVIII

MasterCard Rules, dated April 11, 2012 ............................................ A4259

## Volume XIX

MasterCard Rules, dated April 11, 2012 (Cont'd) .............................. A4501

Excerpts of *Mastercard, Inc. and Others v. Eur. Comm'n*,
Case T-111/08, Judgment of the General Court
(Seventh Chamber), dated May 24, 2012 ...................................... A4614

Minute Order deeming all pending motions for relief withdrawn
without prejudice to reinstatement if the settlement is not
consummated, dated July 17, 2012 ................................................ A4616

Minute Order upholding Judge Orenstein's order denying
disclosure of settlement agreement, dated September 19, 2013 .... A4618

Visa Form 10K (Annual Report), dated November 22, 2013 .............. A4620

**Table of Contents**
**(continued)**

**Page**

Excerpts of Class Settlement Agreement, *In re Am. Express
Anti-Steering Rules Antitrust Litig*. (NGG)(RER),
No. 11-md-2221 (E.D.N.Y.), dated January 7, 2014
[Docket No. 11-md-2221 DE 306-2].............................................. A4623

**Volume XX**

Excerpts of Class Settlement Agreement, *In re Am. Express
Anti-Steering Rules Antitrust Litig*. (NGG)(RER),
No. 11-md-2221 (E.D.N.Y.), dated January 7, 2014
[Docket No. 11-md-2221 DE 306-2] (Cont'd) .............................. A4751

Class Plaintiffs' Memorandum of Law in Support of Motion for
Final Approval of Class Action Settlement, *In re: American
Express Anti-Steering Rules Antitrust Litig*., 11-md-2221
(NGG)(RER), (Redacted - Public Version), dated April 15,
2014 [Docket No. 11-md-2221 DE 362] ...................................... A4790

Excerpts of Declaration of Alan S. Frankel, Ph.D *In re: American
Express Anti-Steering Rules Antitrust Litig*., 11-md-02221
(NGG)(RER) (redacted), dated April 15, 2014
[Docket No. 11-md-2221 DE 370] ................................................ A4831

Civil Cause for Conference, *In re Payment Card Interchange Fee
and Merchant Discount Antitrust Litig*., No. 14-md-1720
(JG)(JO), dated July 18, 2014
[Docket No. 14-md-1720 DE 104] ................................................ A4834

Transcript of Hearing before Judge Gleeson, *In re Payment Card
Interchange Fee and Merchant Discount Antitrust Litig*.,
No. 14-md-1720 (JG)(JO), dated July 18, 2014
[Docket No. 14-md-1720 DE 105] ................................................ A4836

## **Table of Contents**
### **(continued)**

**Page**

### **Volume XXI**

*MasterCard and Others v. European Comm'n*, Case C-382/12 P,
　　Judgment of the Court (Third Chamber),
　　dated September 11, 2014.............................................................　A4925

Third Amended Complaint and Jury Demand, *7-Eleven, Inc. v.
　　Visa Inc*., Nos. 13-cv-5746 (JG)(JO), 14-md-1720(JG)(JO),
　　dated September 26, 2014 [Docket No. 13-cv-5746 DE 41].........　A4972

Appellate Docket: *Expressions Hair Design v. Schneiderman*,
　　No. 13-4537 ....................................................................................　A5076

Excerpts of Card Acceptance Guidelines for Visa Merchants .............　A5085

The MasterCard Convenience Fee Program for Government and
　　Education ......................................................................................　A5088

Excerpts of Notice of Class Action Settlement Authorized by the
　　U.S. District Court, Eastern District of New York ......................　A5090

### **Volume XXII**

### ***Volume Filed Under Seal***

Excerpts of Corrected First Amended Supplemental Complaint
　　(filed under seal), dated March 27, 2009 [Docket No. 1170-4].....　A5104

Excerpts of Network Defendants' Counter-Statement in Opposition
　　to Individual Plaintiffs' Statement of Undisputed Facts,
　　Pursuant to Local Rule 56.1(b) (filed under seal),
　　dated May 6, 2011 [Docket No. 1477-7].......................................　A5114

Excerpts of Defendants' Statement of Material Facts as to Which
　　There is No Genuine Issue to be Tried (filed under seal), dated
　　February 11, 2011 [Docket No. 1478-4] .......................................　A5125

# Table of Contents
## (continued)

**Page**

Excerpts of Report of Mike McCormack (filed under seal),
dated July 2, 2009 [Docket No. 2088]............................................. A5135

Excerpts of Expert Report of Professor Kevin M. Murphy (filed
under seal), dated December 14, 2009 [Docket No. 2088]............ A5137

Excerpts of Report of Professor Kenneth G. Elzinga (filed under
seal), dated December 14, 2009 [Docket No. 2088]....................... A5177

Excerpts of Declaration of William M. Sheedy (filed under seal),
dated May 3, 2011 [Docket No. 2088] .......................................... A5183

Excerpts of Declaration of Timothy H. Murphy (filed under seal),
dated May 3, 2011 [Docket No. 2088] .......................................... A5191

Memorandum of Law in Support of Motion to Intervene of DFS
Services LLC and Discover Bank (filed under seal), dated May
28, 2013 [Docket No. 2657-1]........................................................ A5200

Declaration of Jennifer M. Selendy (filed under seal),
dated May 28, 2013 [Docket No. 2657-3].................................... A5229

DFS Services LLC v. Visa, Complaint (filed under seal),
dated May 28, 2013 [Docket No. 2657-4].................................... A5231

Declaration of Roger Hochschild (filed under seal),
dated May 28, 2013 [Docket No. 2657-5].................................... A5250

Exhibit 1 to May 28, 2013 Declaration of Roger Hochschild:
Notice of Class Action Settlement Authorized by the U.S.
District Court, Eastern District of New York (filed under seal)
[Docket No. 2657-7] ...................................................................... A5261

Excerpts of Report of Alan S. Frankel, Ph.D. (filed under seal),
dated July 2, 2009 ......................................................................... A5290

Excerpts of Expert Report of Robert H. Topel (filed under seal),
dated December 15, 2009 .............................................................. A5295

xxv

## **Table of Contents**
### **(continued)**

**Page**

Excerpts of Rebuttal Report of Alan S. Frankel (filed under seal),
dated June 22, 2010 ....................................................................... A5297

# A3501

- Monitor those proceedings in order to ensure that no legal relief is being sought that would interfere with the Chargeback process
- If such relief is being sought, to the best of its ability, oppose that relief
- Notify Visa as soon as possible but no later than close of business on the next business day following such discovery

An Acquirer that fails to comply with the requirements of "Acquirer Responsibility for Visa Transactions - U.S. Region" is subject to a penalty X, termination of its membership, or both.

ID#: 111011-010410-0008114

## Merchant Diversification Requirements - U.S. Region

A U.S. Acquirer must maintain the minimum level of Merchant diversification specified by Visa.

Visa considers a Merchant trading under a single, common Trade Name as one Merchant for purposes of determining whether the Acquirer meets the diversification requirements.

ID#: 010410-010410-0008115

## Acquirer Risk Requirements - U.S. Region (Updated)

A U.S. Acquirer must comply with the *Visa Acquirer Risk Program Standards Guide.*

ID#: 151012-010410-0002107

## Third Party Monitoring - U.S. Region

A U.S. Acquirer must:

- Review and monitor the performance of the activity of each of its Third Parties on a quarterly basis
- Submit to Visa an enhanced quarterly Third Party report

ID#: 010410-010410-0002109

## Acquirer Responsibility for Agents and Merchants - U.S. Region

A U.S. Acquirer must:

- Provide its Agents with the training and education, as specified by Visa, and ensure that Agents are well versed on the Member's corporate policies and remain in compliance with those policies
- Hold and control reserves that are accumulated and derived from the Merchant settlement funds or used to guarantee a Merchant's payment system obligations to the Member

ID#: 010410-010410-0002110

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3502

## Merchant Agreement Requirements - U.S. Region

A U.S. Acquirer must:

- Consent to the assignment and/or transfer of a Merchant Agreement to another Member

- Implement a policy and procedures for reviewing Merchant Agreements used by its Agents

- Ensure that all Merchant Agreements are approved by the Member before entering any Transaction into Interchange, as specified in the Merchant Agreement requirements in the U.S. Regional Operating Regulations

- Stipulate a clause in the Merchant Agreement that:

    - Provides for the immediate termination of a Merchant for any significant circumstances that create harm or loss of goodwill to the Visa system

    - Ensures that the Merchant acknowledges and understands the importance of compliance with Visa security requirements, such as those relating to Transaction information, storage, and disclosure

    - Requires the Merchant to notify the Acquirer of its use of any Agent that will have any access to Cardholder data

An Acquirer must ensure that each Merchant Agreement includes a disclosure page that identifies the Member and its responsibilities, when an Agent is a party to the agreement, as specified in the *Visa Acquirer Risk Program Standards Guide.*

ID#: 050411-010410-0007300

# Anti-Money Laundering

## Anti-Money Laundering Program Overview

Visa maintains an anti-money laundering program reasonably designed within the context of laws and regulations applicable to Visa to prevent the Visa system from being used to facilitate money laundering or the financing of terrorist activities.

ID#: 010410-010410-0003969

## Anti-Money Laundering Program Implementation

Consistent with the legal and regulatory requirements applicable to a Member, a Member must implement and maintain an anti-money laundering program that is reasonably designed to prevent the use of the Visa system to facilitate money laundering or the financing of terrorist activities.

ID#: 010410-010410-0000652

© 2012 Visa. All Rights Reserved.

# A3503

### Anti-Money Laundering Program - Member Requirements

A Member must cooperate with Visa in the administration of the Visa anti-money laundering program, including, but not limited to:

- Completing the *Anti-Money Laundering/Anti-Terrorist Financing Compliance Questionnaire/Certification* form when requested by Visa and returning the form within the time limit specified by Visa

- Assisting Visa in guarding against Card issuance and Merchant acquiring in circumstances that could facilitate money laundering or the financing of terrorist activities

- Identifying circumstances of heightened risk and instituting policies, procedures, controls, or other actions specified by Visa to address the heightened risk

- Providing a copy of the Member's anti-money laundering plan if requested by Visa

- Ensuring the adequacy of the applicable controls implemented by designated agents of the Member

ID#: 160312-010410-0000653

## Anti-Money Laundering Compliance

### Anti-Money Laundering Program Compliance

If Visa determines that a Member or the Member's designated agent has failed to comply with any of the requirements specified in "Anti-Money Laundering Program Implementation" and "Anti-Money Laundering Program - Member Requirements," Visa may, consistent with local law, impose conditions on or require additional actions of the Member or the designated agent to prevent possible money laundering or financing of terrorist activities. These actions may include, but are not limited to:

- Implementation of additional policies, procedures, or controls

- Termination of a Merchant Agreement

- Termination of a Cardholder agreement

- Termination of an agent agreement

- Termination of Visa membership

- Assessment of fines or penalties as specified in "General Fines Schedule" and "Member Failure to Return an Anti-Money Laundering/Anti-Terrorist Financing Questionnaire Penalties," as applicable

- Other action that Visa in its sole discretion determines to take with respect to the Member or the Member's designated agent

ID#: 160312-010410-0000654

© 2012 Visa. All Rights Reserved.

# A3504

### Member Failure to Return an Anti-Money Laundering/Anti-Terrorist Financing Questionnaire Penalties

Visa assesses penalties for failure to return a completed *Anti-Money Laundering/Anti-Terrorist Financing Compliance Questionnaire/Certification* form, as specified in "Anti-Money Laundering Program - Member Requirements," as follows:

### Penalties for Member Failure to Return a Completed Anti-Money Laundering/Anti-Terrorist Financing Questionnaire to Visa

| Date | Fine Amount |
|------|-------------|
| Due date + 1 calendar day to 30 calendar days | US $500 |
| Due date + 31 calendar days to 60 calendar days | US $2,500 |
| Due date + 61 calendar days to 90 calendar days | US $5,000 |
| Due date + 91 calendar days and every 30 calendar days onward | US $10,000 |

ID#: 160312-100311-0026362

## Acquirer Risk Program - U.S. Region

### Acquirer Risk Policies - U.S. Region

A U.S. Acquirer must implement an underwriting, monitoring, and control policy for its:

- Merchants
- VisaNet Processors
- Third Parties

The Acquirer must ensure that its policies are approved by its board of directors. Visa may grant a variance to this requirement.

The Acquirer must provide the policies to Visa upon request.

An Acquirer must implement a policy and procedures for reviewing solicitation materials used by its Agents.

ID#: 010410-010410-0007132

© 2012 Visa. All Rights Reserved.

# A3505

Visa International Operating Regulations

**Acquirer Risk Program Review - U.S. Region**

In the U.S. Region, as determined by Visa, a Visa-approved entity may conduct a periodic review of an Acquirer's operations at any time to ensure compliance with the Acquirer Risk Program requirements.

The U.S. Acquirer must provide a copy of the review report to Visa upon request.

The Acquirer is responsible for the cost of the periodic review.

ID#: 010410-010410-0008053

# Compliance Monitoring

## Member Activity Monitoring Requirements

### Merchant Chargeback Activity Monitoring

An Acquirer must monitor the Chargeback-to-Transaction volume ratio of its Merchants and identify any Merchant that:

- Receives more than 100 Chargebacks per month
- Exceeds a Chargeback-to-Transaction volume ratio of 3%

ID#: 010410-010410-0002415

### Merchant Weekly Activity Monitoring

An Acquirer must do all of the following for each of its Merchants:

- Retain at least the following weekly data:
  - Gross sales volume
  - Average Transaction amount
  - Number of Transaction Receipts
  - Average elapsed time between the Transaction Date of the Transaction Receipt and the Endorsement Date or Settlement Date (counting each as one day)
  - Number of Chargebacks
- Collect the data over a period of at least 1 month, beginning 30 calendar days after the Merchant Outlet's initial Deposit
- Use the data to determine the Merchant Outlet's normal weekly activity of the categories specified above

© 2012 Visa. All Rights Reserved.

# A3506

Visa International Operating Regulations

- Begin with the Merchant Outlet Deposit activity processed on the 31st calendar day from the first Deposit

- Adjust the Merchant Outlet's normal weekly activity on a monthly basis, using the previous month's activity

- Compare current related data to the normal weekly activity parameters

ID#: 010410-010410-0002416

## Merchant Compliance Monitoring

An Acquirer must immediately investigate a Merchant that exceeds the parameters specified in "Member Activity Monitoring Requirements." The Acquirer must ensure Merchant compliance with the *Visa International Operating Regulations* and confirm the existence of risk control procedures by conducting:

- A physical inspection of the Merchant location

- An audit of the Merchant Website, if applicable

ID#: 010410-010410-0002418

## Merchant Exception Reports

An Acquirer must generate exception reports if either the:

- Current weekly Merchant gross sales volume equals or exceeds US $5,000, or local currency equivalent, and any of the following exceeds 150% of the normal weekly activity:

  – Number of weekly Transaction Receipt Deposits

  – Gross amount of weekly Deposits

  – Average Transaction amount

  – Number of weekly Chargebacks

- Average elapsed time between the Transaction Date and the Endorsement Date or Settlement Date for a Transaction (counting each as one day respectively) exceeds 15 calendar days

ID#: 010410-010410-0002417

## Acquirer Investigation of Merchant

An Acquirer must investigate any Merchant Outlet appearing on an exception report, as specified in "Merchant Exception Reports," When the investigation reveals Merchant involvement in illegal activity, the Acquirer must:

- Cooperate fully with Visa in any investigation, and release all information relative to the Merchant upon request

- Take appropriate legal action to minimize losses if the investigation reveals illegal or fraudulent activity

© 2012 Visa. All Rights Reserved.

# A3507

Visa International Operating Regulations

- Cooperate with Issuers and law enforcement agencies
- Attempt to make the Merchant responsible for the Transaction
- Hold funds, if possible
- Initiate criminal and civil proceedings against the Merchant, if applicable

ID#: 111011-010410-0002419

## Merchant Activity Monitoring Standards Fines and Penalties

An Acquirer that fails to comply with the Merchant Activity Monitoring Standards is subject to the fines and penalties specified in "General Fines Schedule."

ID#: 010410-010410-0002421

## Payment Service Provider and Sponsored Merchant Activity Monitoring (Updated)

An Acquirer must comply with Merchant monitoring standards for each of its Payment Service Providers ( PSP), as specified in "High-Brand Risk Merchant Monitoring." Sponsored Merchants that exceed Visa thresholds for excessive Chargebacks or Fraud Activity will be subject to monitoring programs, as specified in "Compliance Monitoring."

An Acquirer may delegate Sponsored Merchant underwriting and risk monitoring to its PSP if the PSP fulfills the above requirements.

ID#: 151012-010711-0026439

## Acquirer Compliance Requirements - AP Region

Before accepting Visa Transactions, an AP Acquirer must comply with the *Visa International Operating Regulations*. In addition, the Acquirer must:

- Complete a self-audit questionnaire
- Submit the completed self-audit questionnaire to Visa
- Implement prudent industry practices

If a review of the self-audit questionnaire identifies areas where the *Visa International Operating Regulations* have been violated, or the AP Acquirer failed to establish and implement prudent industry practices, the Acquirer must provide Visa with an explanation of the corrective actions to be taken and an implementation schedule.

ID#: 010410-010410-0003982

© 2012 Visa. All Rights Reserved.

# A3508

Visa International Operating Regulations

## Acquirer Monitoring Fee - AP Region (Updated)

An AP Acquirer must pay a quarterly Acquirer monitoring fee, as specified in the applicable Fee Guide.

ID#: 151012-010410-0006047

## Central Deposit Monitoring Requirements - LAC Region

An LAC Acquirer must conduct an investigation of any Merchant Outlet appearing in a Central Deposit Monitoring report within 3 calendar days of receipt of the report. If the investigation reveals Merchant involvement in any of the following, the Acquirer must take the appropriate action, as specified in this section:

- Illegal activity
- Violation of the *Visa International Operating Regulations* or Merchant contract
- Activities likely to produce losses to Visa Members

If the Merchant is involved in any of the above activities, the Acquirer must:

- Cooperate with Visa, Issuers, and law enforcement agencies in any investigation
- Release all information regarding the Merchant upon request
- Terminate the Merchant, if appropriate
- Hold funds, if possible and legal
- Initiate criminal or civil proceedings against the Merchant, if applicable
- Take appropriate legal action to minimize losses, if the investigation discloses illegal or fraudulent activity

ID#: 010410-010410-0008119

## Acquirer Monitoring Program Inspection - LAC Region

Visa may, on a quarterly basis, inspect the LAC Acquirer's and/or Agent's facilities when the quarterly amount of confirmed purchase fraud exceeds US $100,000 and the quarterly average of confirmed fraud purchase Transactions as a percentage of purchase sales volume for its affiliated Merchants exceeds 0.30%.

ID#: 050411-010410-0000577

© 2012 Visa. All Rights Reserved.

# A3509

## Acquirer Monitoring Program Inspection Costs - LAC Region (Updated)

Visa will collect from an LAC Acquirer the costs and expenses incurred in connection with all inspections. The on-site inspection fee is specified in the applicable Fee Guide.

ID#: 151012-010410-0000579

## Merchant Chargeback Activity Monitoring - U.S. Region

A U.S. Acquirer must monitor the Chargeback-to-Interchange volume ratio of its Merchants and identify any Merchant that experiences the following activity levels during any month:

• 100 or more Interchange Transactions

• 100 or more Chargebacks

• A 1% or higher ratio of overall Chargeback-to-Interchange volume

ID#: 010410-010410-0002220

## Merchant Weekly Activity Reporting - U.S. Region

A U.S. Acquirer must, at a minimum, do all of the following for each of its Merchants:

• Retain at least the following weekly data:
  – Gross sales volume

  – Average Transaction amount

  – Number of Transaction Receipts

  – Average elapsed time between the Transaction Date of the Transaction Receipt and the Acquirer's Processing Date (counting each as one day)

  – Number of Chargebacks
• Collect the data over a period of the month following the Merchant Outlet's initial Deposit
• Use the data to determine the Merchant Outlet's normal weekly activity of the specified categories
• Adjust the Merchant Outlet's normal weekly activity on a monthly basis, using the previous month's activity
• Compare current related data to the normal weekly activity parameters

ID#: 010410-010410-0002221

## Merchant Exception Reports - U.S. Region

Beginning with the Merchant Outlet Deposit activity processed on the 31st calendar day from the first Deposit, a U.S. Acquirer must generate unusual activity reports if either of the following occurs:

© 2012 Visa. All Rights Reserved.

# A3510

- Current weekly gross sales volume equals or exceeds US $5,000 and any of the following meets or exceeds 150% of the normal weekly activity:
  - Number of weekly Transaction Receipt Deposits
  - Gross amount of weekly Deposits
  - Average Transaction amount
  - Number of weekly Chargebacks
- Average elapsed time between the Transaction Date and the Acquirer's Processing Date for a Transaction (counting each as one day) exceeds 15 calendar days

ID#: 010410-010410-0002223

## Chargeback Monitoring

### Global Merchant Chargeback Monitoring Program Overview (Updated)

Visa monitors Merchant Outlets and Acquirers that generate an excessive level of international Chargebacks through the Global Merchant Chargeback Monitoring Program, as noted below and as specified in the *Visa Global Merchant Chargeback Monitoring Program (GMCMP) Program Guide*. Disputes related to Chargeback Reason Code 93, " Merchant Fraud Performance Program," are excluded from program monitoring.

A Merchant Outlet is identified in the Global Merchant Chargeback Monitoring Program if it meets or exceeds all of the following monthly performance activity levels:

- 200 international Chargebacks
- 200 International Transactions
- 2% ratio of international Chargebacks to International Transactions

An Acquirer is identified in the Global Merchant Chargeback Monitoring Program if it meets or exceeds all of the following monthly performance activity levels:

- 500 international Chargebacks
- 500 International Transactions
- 1.5% ratio of international Chargebacks to International Transactions
- One or more Merchants in the program during the reporting month

Visa may modify or create new monthly performance levels to respond to different Chargeback and fraud trends that emerge.

ID#: 151012-010410-0006039

© 2012 Visa. All Rights Reserved.

# A3511

## Global Merchant Chargeback Monitoring Program Handling Fees

Visa assesses an Acquirer a Chargeback handling fee of US $100 for each international Chargeback received for each identified Merchant Outlet once the Merchant has been placed in the Global Merchant Chargeback Monitoring Program.

Visa collects the Chargeback handling fee from the Acquirer and disburses US $70 to the Issuer that initiated the Chargeback through the Visa Integrated Billing Statement. Visa retains the balance as an administration fee.

If the Acquirer and Merchant have not implemented procedures to reduce Chargebacks, Visa may assess the Acquirer an increased Chargeback handling fee not exceeding US $200 for each international Chargeback received for its Merchant.

Visa may, at its discretion, assess the Acquirer Chargeback handling fees for Trailing Chargeback Activity that occurs up to 4 months after Merchant termination, regardless of sales volume.

ID#: 111011-010410-0008120

## Global Merchant Chargeback Monitoring Program Fees and/or Fines - Visa Rights

Visa may assess, suspend, or waive fees and/or fines, in whole or in part, to accommodate unique or extenuating circumstances. Global Merchant Chargeback Monitoring Program fees and/or fines will no longer be assessed once the Merchant has met acceptable performance levels; however, fees and/or fines may continue to be assessed, or a Merchant may be prohibited from participating in the Visa Program, as specified in the "High-Risk Merchants in the Global Merchant Chargeback Monitoring Program - Acquirer Penalties" table or "Visa Right to Terminate Merchant, Payment Service Provider, or Sponsored Merchant," if Visa determines that the Merchant is causing undue economic hardship to the Visa system as a result of high dispute volumes.

ID#: 111011-010410-0001877

## Global Merchant Chargeback Monitoring Program Penalties (Updated)

Visa assesses Global Merchant Chargeback Monitoring Program penalties to the Acquirer, as described in the following tables.

### Penalties for Global Merchant Chargeback Monitoring Program - Merchant-Level Thresholds

| Event | Visa Action/Fee |
| --- | --- |
| 1. Merchant Outlet meets or exceeds the Chargeback activity thresholds, as specified in "Global Merchant Chargeback Monitoring Program Overview," in months 1-3 (month 1 = initial notification) | • Workout Period[1]<br>• No fee |

© 2012 Visa. All Rights Reserved.

# A3512

Visa International Operating Regulations

| Event | Visa Action/Fee |
|---|---|
| 2. Merchant Outlet meets or exceeds the Chargeback activity thresholds, as specified in "Global Merchant Chargeback Monitoring Program Overview," in months 4-9 | • US $100 per international Chargeback for every month the Merchant meets or exceeds the program thresholds[2]<br><br>• If the Acquirer and Merchant have not implemented procedures to reduce Chargebacks, Visa may assess the Acquirer a fee of US $200 for each international Chargeback received for its Merchant[2] |
| 3. Merchant Outlet meets or exceeds the Chargeback activity thresholds, as specified in "Global Merchant Chargeback Monitoring Program Overview," beyond month 9 | • US $100 per international Chargeback for every month the Merchant meets or exceeds the program thresholds[2]<br><br>• If the Acquirer and Merchant have not implemented procedures to reduce Chargebacks, Visa may assess the Acquirer a fee of US $200 for each international Chargeback received for its Merchant[2]<br><br>• Acquirer is eligible for US $25,000 review fee<br><br>• Visa may initiate Merchant disqualification processes against a Merchant Outlet and/or its principals |

1. The Workout Period is not applicable for Acquirer-level thresholds, High-Risk Merchants, or High-Brand Risk Merchants, as specified in " High-Brand Risk Merchant Category Codes."

2. Visa allocates US $70 of each fee to the Issuer via a Funds Disbursement.

## Penalties for Global Merchant Chargeback Monitoring Program - Acquirer-Level Thresholds

| Event | Requirements/Fine |
|---|---|
| 1. Acquirer meets or exceeds the Chargeback activity thresholds as specified in "Global Merchant Chargeback Monitoring Program Overview" | US $25,000 for every month the Acquirer meets or exceeds the program thresholds |
| 2. Acquirer meets or exceeds the Chargeback activity thresholds, as specified in "Global Merchant Chargeback Monitoring Program Overview," more than 3 times in a rolling 12-month period | US $50,000 for every month the Acquirer meets or exceeds the program thresholds |
| 3. Acquirer meets or exceeds the Chargeback activity thresholds, as specified in "Global Merchant Chargeback Monitoring Program Overview," more than 6 times in a rolling 12-month period | • US $100,000 for each subsequent month the threshold is met or exceeded<br><br>• Acquirer is eligible for the imposition of Risk Reduction Procedures as specified in "Member Risk Reduction Requirements"<br><br>• Visa may apply additional fines for repetitive or willful violations, as specified in "Repetitive Violations" and "Willful Violations" |

ID#: 151012-010610-0025677

© 2012 Visa. All Rights Reserved.

# A3513

## Global Merchant Chargeback Monitoring Program - Revocation of Workout Period

Visa may, at its discretion, revoke the Workout Period of a Merchant in the Global Merchant Chargeback Monitoring Program if Visa deems that the Merchant's activities may cause undue harm to the goodwill of the Visa payment system.

ID#: 111011-010610-0025678

## Global Merchant Chargeback Monitoring Program - Merchant Status

A Merchant that changes Acquirers while in the Global Merchant Chargeback Monitoring Program will be assigned the equivalent status in the program with the new Acquirer.

ID#: 111011-010610-0025679

## Global Merchant Chargeback Monitoring Program - Data Quality Compliance (Updated)

To enable valid Global Merchant Chargeback Monitoring Program identifications, an Acquirer must:

- Ensure Merchant names and Merchant data are identified in accordance with the *Visa Merchant Data Standards Manual*
- Provide complete and accurate Authorization and Settlement data

If Visa determines that an Acquirer or its Merchant changed, modified, or altered the Merchant name or Merchant data in any way to circumvent the Global Merchant Chargeback Monitoring Program, Visa may:

- Assess a fine of US $10,000 per Merchant, per month, to the Acquirer
- Permanently disqualify the Merchant and its principals from participating in the Visa Program

For the purposes of administering Merchant compliance under the Global Merchant Chargeback Monitoring Program, if an Acquirer submits Interchange for a single Merchant Outlet under multiple names, Visa may:

- Group the Merchant activity
- Notify the Acquirer of the Interchange grouping

Visa may evaluate Payment Service Provider performance either by aggregating all Interchange activity together or at the Sponsored Merchant level.

ID#: 151012-010610-0025680

© 2012 Visa. All Rights Reserved.

# A3514

Visa International Operating Regulations

## Merchant Chargeback Monitoring Program - U.S. Region

Visa monitors the total volume of U.S. Domestic and International Interchange and Chargebacks for a single Merchant Outlet and identifies U.S. Merchants that experience all of the following activity levels during any month:

- 100 or more interchange transactions
- 100 or more Chargebacks
- A 1% or higher ratio of overall Chargeback-to-Interchange volume

For the purposes of the U.S. Merchant Chargeback Monitoring Programs, if an Acquirer submits Interchange for a single Merchant Outlet under multiple names, Visa:

- Groups the Merchant activity
- Notifies the respective Acquirer of the Interchange grouping

ID#: 081010-010410-0008123

## Merchant Chargeback Monitoring Program - Merchant Region - U.S. Region

A Merchant Outlet that moves to the U.S. Region at the time that it is in another Visa Region's Chargeback monitoring program will be assigned the equivalent status in the U.S. Region's comparable Chargeback monitoring program.

ID#: 010410-010410-0002352

## Merchant Chargeback Monitoring Program - Acquirer Requirements - U.S. Region

Within 10 calendar days of receipt of a Notification that a Merchant Outlet has met or exceeded the thresholds specified in "Merchant Chargeback Monitoring Program - U.S. Region," a U.S. Acquirer must:

- Notify the Merchant
- Provide Visa with the specific information requested

ID#: 010410-010410-0002356

## Merchant Chargeback Monitoring Program Fees - U.S. Region

Visa assesses Merchant Chargeback Monitoring Program fees to a U.S. Acquirer, as described in the table below.

© 2012 Visa. All Rights Reserved.

# A3515

## Merchant Chargeback Monitoring Program Fees - U.S. Region

| Event | Requirements/Fee |
|---|---|
| 1. U.S. Merchant Outlet meets or exceeds the Chargeback activity thresholds specified in "Merchant Chargeback Monitoring Program - US Region" | Initial Notification - month 0<br>• No fee |
| 2. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds for the month following initial Notification | Notification - month 1<br>• US $5,000 for failure to return completed documentation within 10 calendar days of the Notification letter date<br>• US $1,000 per day until completed documentation is received |
| 3. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds for the second month | Notification - month 2<br>• US $10,000 for failure to respond with an acceptable Chargeback reduction plan within 10 calendar days of the Notification letter date<br>• US $1,000 per day until acceptable Chargeback reduction plan is received |
| 4. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds for months 3, 4, and 5 | • US $50 per Chargeback for every month the Merchant continues to meet or exceed the Chargeback thresholds[1] |
| 5. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds for months 6 and 7 | • US $100 per Chargeback for every month the Merchant continues to meet or exceed the Chargeback thresholds[2] |
| 6. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds for months 8 and 9 | • US $25,000 review fee<br>• US $100 per Chargeback for every month the Merchant continues to meet or exceed the Chargeback thresholds[2] |
| 7. U.S. Merchant Outlet continues to meet or exceed the Chargeback activity thresholds beyond month 9 | • US $100 per Chargeback for every month the Merchant continues to meet or exceed the Chargeback thresholds[2]<br>• Merchant and its principals eligible for disqualification proceedings, as specified in "Critical Chargeback Levels - U.S. Region" |

1. Visa allocates US $40 of each fee to the Issuer via a Funds Disbursement.

2. Visa allocates US $90 of each fee to the Issuer via a Funds Disbursement.

ID#: 050411-010410-0003490

© 2012 Visa. All Rights Reserved.

# A3516

Visa International Operating Regulations

### Chargeback Activity Fines - U.S. Region

Fines for Chargeback activity may continue to be assessed to a U.S. Acquirer:

- For all Trailing Chargeback Activity that occurs up to 120 calendar days after Transaction processing has ceased
- Equivalent to the penalties being assessed to the Acquirer, as specified in "Merchant Chargeback Monitoring Program Fees - U.S. Region," at the time Transaction processing ceased

ID#: 010410-010410-0002358

### Merchant Chargeback Monitoring Program - Merchant Disqualification - U.S. Region

If a U.S. Merchant Outlet continues to meet or exceed the Chargeback thresholds beyond the periods specified in "Merchant Chargeback Monitoring Program Fees - U.S. Region," Visa may permanently disqualify the Merchant from participating in the Visa Program. Visa notifies both the Acquirer and Merchant of the disqualification and its effective date.

ID#: 010410-010410-0002359

### Critical Chargeback Levels - U.S. Region

If a U.S. Merchant Outlet demonstrates a critical level of Chargeback-to-Interchange volume at any time during a given month, Visa may require the U.S. Acquirer to terminate the Merchant Agreement.

ID#: 010410-010410-0002360

### Acquirer Chargeback Monitoring Program - U.S. Region

Visa monitors the total volume of U.S. Domestic and International Interchange and Chargebacks for any U.S. Acquirer that experiences all the following activity levels during any month:

- 500 or more interchange transactions
- 500 or more Chargebacks
- A 1% or higher ratio of overall Chargeback-to-Interchange volume

ID#: 050411-010410-0002361

### Acquirer Processing Activity Review - U.S. Region

For any U.S. Acquirer that has 3 or more Merchants in the Chargeback monitoring programs for 6 consecutive months, Visa may conduct a review of the U.S. Acquirer's and/or Merchants' Visa Card-related processing activities:

© 2012 Visa. All Rights Reserved.

# A3517

Visa International Operating Regulations

- A senior officer of the Acquirer, as determined by Visa, is required to be present during the review process
- The Acquirer must take action on all recommendations resulting from the review, as directed by Visa

ID#: 010410-010410-0002368

## Acquirer Chargeback Monitoring Program Penalties - U.S. Region

If Visa suspects that a U.S. Acquirer has terminated a Merchant Agreement and knowingly entered into a new Merchant Agreement with the same Merchant under a different name, with the intent to circumvent the provisions of the "Acquirer Chargeback Monitoring Program - U.S. Region," Visa:

- Assesses a fine, 60 calendar days after Acquirer Notification, as specified in "Acquirer Chargeback Monitoring Program Fees - U.S. Region" table
- May permanently disqualify the Merchant and its principals from participating in the Visa Program

The Acquirer may appeal to Visa during the 60-calendar-day period. If the Acquirer appeals, the Acquirer must provide evidence to disprove the suspected activity.

ID#: 010410-010410-0008129

## Acquirer Chargeback Monitoring Program Fees - U.S. Region

Visa assesses Acquirer Chargeback Monitoring Program fees to a U.S. Acquirer, as described in the following table.

### Acquirer Chargeback Monitoring Program Fees - U.S. Region

| Event | Requirements/Fee |
|---|---|
| 1. Acquirer knowingly attempts to circumvent the provisions of "Acquirer Chargeback Monitoring Program - U.S. Region" | US $25,000 assessed 60 calendar days after Notification to the Acquirer |
| 2. Acquirer meets or exceeds the Chargeback activity thresholds specified in "Acquirer Chargeback Monitoring Program - U.S. Region" | US $25,000 |
| 3. Acquirer meets or exceeds the Chargeback activity thresholds more than 3 times in a rolling 12-month period | US $100,000 for each subsequent month that either threshold is exceeded |
| 4. Acquirer has had 3 or more Merchants in the Merchant Chargeback Monitoring Programs for 6 consecutive months | Daily review fee of at least US $2,500, with a one-week minimum fee of US $17,500, assessed while a review of the Acquirer's and/or Merchants' Visa Card-related processing activities is being conducted, as specified in "Acquirer Processing Activity Review - U.S. Region" |

© 2012 Visa. All Rights Reserved.

# A3518

Visa International Operating Regulations

| | |
|---|---|
| 5. Acquirer fails to take action on recommendations resulting from a review of the Acquirer's and/or Merchants' Visa Card-related processing activities | US $75,000 minimum |

ID#: 010410-010410-0003491

## Global Merchant Chargeback Monitoring Program - U.S. Region

The Acquirer of a U.S. Merchant in the Global Merchant Chargeback Monitoring Program, as specified in the *Visa International Operating Regulations,* is subject to the terms of that program for the Merchant's total volume of U.S. Domestic and International Chargebacks.

ID#: 010410-010410-0002369

## Fraud Monitoring

### Acquirer Monitoring Program

Visa monitors an Acquirer to determine disproportionate fraud-to-sales ratios.

An Acquirer exceeding 3 times the worldwide or regional fraud-to-sales ratio for more than one quarter will be considered non-compliant and may be subject, but not limited, to the following fines and penalties:

- Monetary fines specified in the applicable Visa Regional Operating Regulations
- Temporary suspension of contracting with new Merchants
- Termination of membership

ID#: 010410-010410-0008130

### Merchant Fraud Performance Program Description

The Merchant Fraud Performance Program measures Merchant Outlet activity and identifies Merchant Outlets requiring performance improvement when fraud thresholds are met or exceeded, as specified in the *Merchant Fraud Performance Program - Program Guide.* If a Merchant Outlet continues to meet or exceed the fraud performance thresholds:

- The Acquirer will be liable under Chargeback Reason Code 93, "Merchant Fraud Performance Program," for fraudulent Transactions at Merchant Outlets in the program
- Visa will apply escalating financial penalties to the Acquirer
- Visa may ultimately disqualify the Merchant Outlet from the Visa payment system

ID#: 111011-010410-0000608

© 2012 Visa. All Rights Reserved.

# A3519

## Merchant Fraud Performance Program Compliance

An Acquirer must comply with the Merchant Fraud Performance Program requirements specified in the *Merchant Fraud Performance Program - Program Guide*.

ID#: 050411-010410-0002396

## Merchant Fraud Performance Program Requirements

An Acquirer must address any fraud exposure attributed to a Merchant Outlet that is identified by the Merchant Fraud Performance Program within the time period specified in the *Merchant Fraud Performance Program - Program Guide* or face possible corrective actions.

ID#: 050411-010410-0001864

## Acquirer Performance Monitoring Program - AP Region

The Acquirer Performance Monitoring Program monitors AP Acquirers to determine disproportionate fraud-to-sales ratios and identifies Acquirers requiring performance improvements when fraud thresholds are met or exceeded, as specified in the *Visa Acquirer Performance Monitoring Program Guide - Asia Pacific and Central Europe, Middle East, and Africa*. If an Acquirer exceeds the limits specified in the guide, it may be subject to an on-site Acquirer performance review by Visa.

An AP Acquirer is subject to the penalties specified in the following table for failure to take appropriate action if it is identified by Visa under the Acquirer Performance Monitoring Program, as specified in the *Visa Acquirer Performance Monitoring Guide - Asia Pacific and Central Europe, Middle East, and Africa*. Visa may review and modify the program thresholds and framework on a periodic basis, based on current fraud trends.

**Acquirer Performance Monitoring Program Penalty Schedule - AP Region**

| Violation (Based on each quarter the Acquirer exceeds the thresholds after the workout period) | Visa Action or Fine |
|---|---|
| First violation | US $25,000 |
| Second consecutive violation | US $50,000 |
| 3 or more consecutive violations | US $100,000 for every subsequent violation per quarter **OR** Visa may revoke or suspend the Acquirer's license |

ID#: 050411-011008-0008180

© 2012 Visa. All Rights Reserved.

# A3520

## Merchant Fraud Performance Program - AP Region

An AP Merchant Outlet is identified in the Merchant Fraud Performance Program if it violates the *Visa International Operating Regulations* or if it meets or exceeds monthly international fraud levels specified in the *Visa Asia Pacific Merchant Fraud Performance Program Guide*. Visa may modify or create new monthly performance levels after evaluation of the program's success in identifying Merchants that cause undue economic hardship or damage to the goodwill of the Visa system.

ID#: 010410-010410-0000612

## Domestic Merchant Fraud Performance Program - Canada Region (Updated)

Canada Members must comply with the requirements of the Canada Region's Domestic Merchant Fraud Performance Program, as specified in the *Domestic Merchant Fraud Performance User's Manual (Canada).*

ID#: 151012-010410-0000616

## Risk Reduction Assistance - CEMEA Region

Once a CEMEA Member has exceeded risk program parameters, Visa may offer the Member assistance in implementing risk reduction strategies.

Visa assistance, where deemed necessary, may consist of a CEMEA Member onsite visit and the provision of a risk reduction recommendations report.

ID#: 010410-010410-0009033

## Implementation of Risk Reduction Recommendations - CEMEA Region

CEMEA Members that fail to demonstrate implementation of Visa risk reduction recommendations and/or remain in violation of Visa risk programs may be subject to a transfer of Transaction financial liability using Chargeback reason code 93, "Merchant Fraud Performance Program."

ID#: 010410-010410-0002279

## Fraud Activity Advices - U.S. Region

A program advice is sent to the U.S. Acquirer for each month that Fraud Activity exceeds all of the following thresholds:

• 100 or more occurrences of Fraud Activity

• Fraud Activity amount in excess of US $50,000 per month

• Acquirer Fraud Activity-to-sales ratio of 2 to 3 times the average U.S. Fraud Activity-to-sales ratio

ID#: 010410-010410-0002089

© 2012 Visa. All Rights Reserved.

# A3521

## Critical Fraud Activity Levels - U.S. Region

Visa may impose any of the following conditions on a U.S. Acquirer whose Fraud Activity-to-sales ratio is 3 or more times the average U.S. Fraud Activity-to-sales ratio for 3 consecutive months:

• Onsite review by Visa

• Required corrective actions

• Suspension of the Acquirer program

• Termination of membership

*ID#: 010410-010410-0002092*

## Acquirer Monitoring Program Onsite Review - U.S. Region

In the U.S. Region, if Visa determines that an onsite review is required, the U.S. Acquirer will be assessed a review fee of US $2,500, with a one-week minimum fee of US $17,500.

*ID#: 010410-010410-0008179*

## Fraud Activity Alerts - U.S. Region

A program Alert is sent to a U.S. Acquirer for each month that Fraud Activity exceeds all of the following thresholds:

• 100 or more occurrences of Fraud Activity

• Fraud Activity amount in excess of US $50,000 per month

• Acquirer Fraud Activity-to-sales ratio of 3 or more times the average U.S. Fraud Activity-to-sales ratio

Following the receipt of an Acquirer Monitoring Program Alert, the U.S. Acquirer must immediately implement a remedial plan to reduce its Fraud Activity-to-sales ratio.

Upon receipt of the third consecutive program Alert, the U.S. Acquirer will enter a 3-month Workout Period.

Visa monitors the effectiveness of the remedial plan during the Workout Period.

*ID#: 010410-010410-0009027*

## Acquirer Monitoring Program Fines - U.S. Region

Beginning the first month after the Workout Period, Visa assesses the following fines if an Acquirer's monthly Fraud Activity-to-sales ratio exceeds the Acquirer Monitoring Program Alert thresholds:

© 2012 Visa. All Rights Reserved.

# A3522

Visa International Operating Regulations

**Fines for Excessive Fraud Activity-to-Sales Ratio - U.S. Region**

| Month Following Workout Period | Fine |
|---|---|
| First month | US $25,000 |
| Second month | US $50,000 |
| Third month | US $75,000 |
| Fourth and subsequent months | US $100,000 |

Until the U.S. Acquirer's Fraud Activity-to-sales ratio remains below the program Alert thresholds for 3 consecutive months, a fee will be assessed each month the ratio exceeds the program Alert thresholds.

ID#: 010410-010410-0009029

## Acquirer Monitoring Circumvention - U.S. Region

Visa may:

• Impose conditions on a U.S. Acquirer that knowingly acts to circumvent monitoring

• Assess fees, as specified in "Fines for Excessive Fraud Activity-to-Sales Ratio," table to an Acquirer that knowingly acts to circumvent monitoring

ID#: 010410-010410-0003489

## Excessive Fraud Activity Notification - U.S. Region

A U.S. Acquirer that receives an Excessive Fraud Activity Notification for one of its Merchants enters a 3-month Workout Period, and is subject to the requirements in the table below.

Within 10 calendar days of receipt of the Notification of fraud activity, the U.S. Acquirer must:

• Notify the Merchant

• Provide Visa with the specific information requested

Fraud Activity thresholds are available from Visa upon request.

An Identified Merchant will enter a remediation program that may last up to 10 months.

© 2012 Visa. All Rights Reserved.

# A3523

### Risk Identification Service Online Workout Period - U.S. Region

| Event | Requirements |
|---|---|
| U.S. Acquirer receives an Excessive Fraud Activity Notification, and enters a 3-month workout period. | Initial Excessive Fraud Activity Notification. No fee<br><br>• Acquirer must complete a "Risk Identification Service Online Questionnaire" and submit it to Visa within 10 days of receipt of the Notification, and take further action as specified above |
| Workout Period<br><br>U.S. Acquirer receives Excessive Fraud Activity Notification(s). | Workout Period - month 1. No fee<br><br>• Acquirer must submit to Visa a fraud reduction plan detailing corrective actions by the 15th of the month following the month in which the initial Excessive Fraud Activity Notification was received. If an acceptable plan is not submitted, the Acquirer immediately enters the fee period, and may be subject to the fee period requirements for month 1[1]<br><br>Workout Period - month 2. No fee<br><br>• Acquirer evaluates the effectiveness of the fraud reduction plan and makes adjustments, as necessary<br><br>Workout Period - month 3. No fee<br><br>• Acquirer continues to evaluate the effectiveness of the fraud reduction plan and makes adjustments, as necessary |

1. If a U.S. Acquirer bypasses the Workout Period and enters the fee period, the fee schedule progresses each subsequent month from US $10,000 to US $100,000, according to the increments specified in "Risk Identification Service (RIS) Online Fine Schedule - U.S. Region."

ID#: 050411-010410-0008131

## Risk Identification Service Online Merchant Name Consolidation - U.S. Region

For the purposes of Risk Identification Service (RIS) Online in the U.S. Region, if Visa determines that Transactions from a single Merchant are entered into Interchange under multiple names, Visa may:

• Consolidate the Merchant activity from all names into one

• Designate and monitor the Merchant as an Identified Merchant

• Track and report the consolidated Merchant activity under current RIS Online parameters

ID#: 010410-010410-0003483

© 2012 Visa. All Rights Reserved.

# A3524

Visa International Operating Regulations

## Risk Identification Service Online Fines - U.S. Region

Visa assesses the following fines, as specified in the table below, to a U.S. Acquirer after the 3-month Workout Period, as described in "Excessive Fraud Activity Notification - U.S. Region."

### Risk Identification Service (RIS) Online Fine Schedule - U.S. Region

| Event | Requirements/Fine |
|---|---|
| Fine Period - month 1 [1]<br>Acquirer receives Excessive Fraud Activity Notification [2] | US $10,000 |
| Fine Period - month 2 or 3<br>Acquirer receives Excessive Fraud Activity Notification [2] | US $25,000 |
| Fine Period - month 4<br>Acquirer receives Excessive Fraud Activity Notification [2] | US $50,000 |
| Fine Period - month 5<br>Acquirer receives Excessive Fraud Activity Notification [2] | US $75,000 |
| Fine Period - month 6<br>Acquirer receives Excessive Fraud Activity Notification [2] | US $100,000 |
| Fine Period - beyond month 6<br>Acquirer receives subsequent Excessive Fraud Activity Notification(s) [2] | • US $100,000 per month<br>• Merchant and its principal(s) eligible for disqualification proceedings, as specified in "Critical Chargeback Levels - U.S. Region" |

1. The Risk Identification Service Online remediation process, including Notification requirements, is described in "Excessive Fraud Activity Notification - U.S. Region."

2. An Identified Merchant must remain below RIS Online Notification thresholds that incur a fine for at least 3 consecutive months for the Acquirer to exit the fine period specified in this table.

ID#: 111011-010410-0003481

© 2012 Visa. All Rights Reserved.

# A3525

### Merchant Fraud Activity Monitoring - Merchant Region - U.S. Region

A U.S. Merchant Outlet that is in a Merchant Fraud Activity monitoring program in another Visa region and moves to the U.S. Region is assigned the equivalent status in the RIS Online Fraud Activity monitoring program.

ID#: 010410-010410-0001866

### Critical Merchant Fraud Activity Level - U.S. Region

In the U.S. Region, if an Identified Merchant demonstrates a critical level of Fraud Activity-to-sales ratio at any time during a given month, Visa may require the Acquirer to terminate the Merchant Agreement.

ID#: 010410-010410-0001871

### Risk Identification Service Online - Merchant Data Alteration - U.S. Region

If Visa determines that a U.S. Acquirer or its Merchant changed, modified, or altered Merchant data in any way to avoid detection by Risk Identification Service (RIS) Online, Visa may assess a US $25,000 fee to the Acquirer for each occurrence identified.

ID#: 010410-010410-0003482

### Risk Identification Service Online Conditions and Fees - U.S. Region

Visa may:

- Impose conditions on a U.S. Acquirer if any of its Merchants are designated as an Identified Merchant by RIS Online
- Assess a daily review fee of at least US $2,500, with a one-week minimum fee of US $17,500, if an onsite review is required

ID#: 010410-010410-0003484

## High-Brand Risk Merchant Monitoring

### High-Brand Risk Merchant Identification (Updated)

Visa may revise the penalties and criteria used to identify a High-Brand Risk Merchant.

ID#: 151012-010611-0026344

© 2012 Visa. All Rights Reserved.

# A3526

## High-Brand Risk Merchant Category Codes (Updated)

A Merchant required to use one of the following Merchant Category Codes is considered high-risk:

- 5962, "Direct Marketing-Travel-Related Arrangement Services"
- 5966, "Direct Marketing-Outbound Telemarketing Merchants"
- 5967, "Direct Marketing-Inbound Telemarketing Merchants"
- 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks"
- 5912, "Drug Stores, Pharmacies"
- 5122, "Drugs, Drug Proprietaries, Druggist Sundries"

ID#: 151012-010410-0008137

## Global Merchant Chargeback Monitoring Program - High-Brand Risk Merchants - Penalties (Updated)

The following table specifies the penalties per international Chargeback for Acquirers of High-Brand Risk Merchants placed in the Global Merchant Chargeback Monitoring Program.

**High-Brand Risk Merchants in the Global Merchant Chargeback Monitoring Program - Acquirer Penalties**

| Event | Month | Visa Action or Fee/Fine |
|-------|-------|--------------------------|
| Merchant meets or exceeds the specified Chargeback ratio[1] | Months 1-3 | US $100 per Chargeback per month for each identified Merchant Outlet[2] |
| Merchant meets or exceeds the specified Chargeback ratio[1] | Months 4-6 | US $150 per Chargeback per month for each identified Merchant Outlet[2] |
| Merchant meets or exceeds the specified Chargeback ratio[1] | Month 7 and subsequent months | US $150 per Chargeback per month for each identified Merchant Outlet[2] and Visa may disqualify the Merchant from participation in the Visa Program |

© 2012 Visa. All Rights Reserved.

# A3527

Visa International Operating Regulations

| Event | Month | Visa Action or Fee/Fine |
|---|---|---|
| Merchant meets or exceeds the specified Chargeback ratio[1] without an effective Chargeback reduction plan, and 2 of the following levels of Chargeback activity are reached:<br><br>• Merchant's Chargeback ratio is 2 or more times the specified Chargeback ratio<br><br>• Merchant is assessed fees for 3,000 or more Chargebacks<br><br>• Merchant is assessed US $1 million or more in Global Merchant Chargeback Monitoring Program fees | Single month Single month When reached | Visa may disqualify the Merchant from participation in the Visa Program |
| Acquirer does not identify a High-Brand Risk Merchant with the correct Merchant Category Code, as specified in "High-Brand Risk Merchant Category Codes" | When violation occurs | US $25,000 per Merchant per month |

1. The Chargeback ratio threshold is 2%.

2. If the Acquirer and Merchant have not implemented procedures to reduce Chargebacks, Visa may assess the Acquirer a fee of US $200 for each international Chargeback received for its Merchant.

ID#: 151012-010410-0001289

## High-Brand Risk Merchants - Acquirer Requirements (Updated)

For each of its High-Brand Risk Merchants an Acquirer must:

• Retain at least the following daily data:

    – Gross sales volume

    – Average Transaction amount

    – Number of Transaction Receipts

    – Average elapsed time between the Transaction Date of the Transaction Receipt and the Settlement Date (counting each as one day)

    – Number of Chargebacks

• Collect the data over a period of at least one month, beginning after each Merchant's initial Deposit

• Use the data to determine the Merchant's normal daily activity of the categories specified in this section

• Begin the daily monitoring of the Merchant's activity processed on the 31st calendar day from the first Deposit

• Compare current related data to the normal daily activity parameters at least daily

• Review the Merchant's normal daily activity at least weekly, using the previous week's activity

© 2012 Visa. All Rights Reserved.

# A3528

• Adjust the Merchant's normal daily activity at least monthly, using the previous month's activity

ID#: 151012-010611-0026340

## High-Brand Risk Merchant Exception Reports (Updated)

An Acquirer must generate High-Brand Risk Merchant exception reports daily and report any unusual activity to Visa within 2 business days, if either:

• Current weekly gross sales volume equals or exceeds US $5,000 or local currency equivalent, and any of the following exceeds 150% of the normal daily activity:

– Number of daily Transaction Receipt Deposits

– Gross amount of daily Deposits

– Average Transaction amount

– Number of daily Chargebacks

• Average elapsed time between the Transaction Date and the Endorsement Date or Endorsement Date and Settlement Date for a Transaction (counting each as one day respectively) exceeds 15 calendar days

ID#: 151012-010611-0026341

## High-Brand Risk Merchant Investigation (Updated)

An Acquirer must investigate any Merchant appearing on its High-Brand Risk Merchant exception report within 1 business day of generating the report. When the investigation reveals Merchant involvement in illegal or fraudulent activity, the Acquirer must:

• Cooperate fully with Visa in any investigation, and release all information relative to the Merchant upon request

• Take appropriate legal action to minimize losses

• Cooperate with Issuers and law enforcement agencies

• Attempt to make the Merchant responsible for the Transaction

• Hold funds, if possible

• Initiate criminal and civil proceedings against the Merchant, if applicable

ID#: 151012-010611-0026342

## High-Brand Risk Merchant Monitoring Standards (Updated)

Visa will determine whether an Acquirer has met the High-Brand Risk Merchant monitoring standards, as specified in the *Visa International Operating Regulations* and the *Visa Global Acquirer Risk Standards*.

© 2012 Visa. All Rights Reserved.

# A3529

Visa International Operating Regulations

At the request of Visa, the Acquirer must provide the following within 7 calendar days to demonstrate compliance:

• Copies of actual reports or records used to monitor the Merchant's Deposits

• Any other data requested by Visa

ID#: 151012-010611-0026343

## High-Risk Electronic Commerce Authentication Requirements

Visa may impose security or authentication requirements on a Merchant considered to be a High-Risk Electronic Commerce Merchant. An Electronic Commerce Merchant is considered high-risk if it is identified by either:

• The Global Merchant Chargeback Monitoring Program or regional equivalent, and has not demonstrated a reduction in the number of disputes generated by its online business

• Other Visa risk management programs

ID#: 111011-010410-0002430

## Acquirer Risk Management Review

An Acquirer causing undue economic hardship to the Visa system is subject to a risk management review. An Acquirer is deemed to cause undue economic hardship if it has 3 or more Merchants in the Global Merchant Chargeback Monitoring Program for 5 months during a consecutive 6-month period.

Before the imposition of mandatory risk control measures, Visa will allow an Acquirer at least 3 months from the date of Notification to correct the deficiencies identified during the risk management review. Mandatory risk control measures may include, but are not limited to:

• Logical or physical security controls, such as:
  – Installation of firewalls
  – Encryption of Account Number information

• Required use of the Address Verification Service, where available

• Implementation of an Authentication Method

• Required use of commercially available Transaction screening tools

ID#: 010410-010410-0008141

## Acquirer Risk Control Measures

Mandatory risk control measures specified in "Acquirer Risk Management Review" must be implemented within 6 months of Notification.

© 2012 Visa. All Rights Reserved.

# A3530

If the risk control measures are not implemented, the Acquirer will be subject to a monthly fine of US $25,000, or until either of the following occurs:

• Merchant no longer exceeds the parameters specified in "High-Risk Electronic Commerce Merchant Requirements"

• Mandatory risk control measures are implemented

ID#: 010410-010410-0005861

## Electronic Commerce Requirements - Acquirer Compliance

Visa may conduct a risk management review of Acquirer practices to determine compliance with Visa electronic commerce requirements. The Acquirer is responsible for the cost of this review.

Visa may perform an additional risk management review to determine Acquirer compliance after 6 months.

ID#: 010410-010410-0005862

## High-Risk Electronic Commerce Merchant Identification

Visa may revise the penalties and criteria used to identify a High-Risk Electronic Commerce Merchant.

ID#: 111011-010410-0002437

## Member Risk Policies - Acquirer Compliance - LAC Region

Before submitting a "Regional Registration Form" (Exhibit LA-2), an LAC Acquirer must comply with the applicable Member Risk policies, which may be amended from time to time.

ID#: 010410-010410-0002291

## High-Brand Risk Chargeback Monitoring Program - U.S. Region (Updated)

Visa monitors the total volume of U.S. Domestic and International Interchange and Chargebacks for U.S. Merchants specified in "High-Brand Risk Merchant Category Codes" and identifies Merchants that experience all of the following activity levels during any month:

• 100 or more interchange Transactions

• 100 or more Chargebacks

• A 1.00% or higher ratio of overall Chargeback-to-Interchange volume

For the purposes of the U.S. High-Brand-Risk Chargeback Monitoring Program, if a Merchant submits Interchange under multiple names, Visa:

© 2012 Visa. All Rights Reserved.

# A3531

- Groups the Merchant activity
- Notifies the respective Acquirer of the Interchange grouping

ID#: 151012-010611-0026367

## Additional Monitoring of High-Brand Risk Merchants - U.S. Region (Updated)

A U.S. Merchant identified in the Merchant Chargeback Monitoring Program may be monitored under the terms of the High-Brand Risk Chargeback Monitoring Program if Visa determines that the Merchant's activities may cause undue harm to the goodwill of the Visa system.

ID#: 151012-010611-0026368

## High-Brand Risk Chargeback Monitoring Program - Chargeback Ratios - U.S. Region (Updated)

If a U.S. Merchant specified in "High-Brand Risk Merchant Category Codes" meets or exceeds either of the applicable Chargeback ratios specified in "High-Brand Risk Chargeback Monitoring Program - U.S. Region," Visa sends a Notification to the appropriate U.S. Acquirer.

Within 15 calendar days of receipt of the Notification, the Acquirer must:

- Notify the Merchant
- Provide Visa with the specific information requested

ID#: 151012-010611-0026369

## High-Brand Risk Chargeback Monitoring Program Fees - U.S. Region (Updated)

Visa assesses High-Brand Risk Chargeback Monitoring Program fees to a U.S. Acquirer, from the date of Notification, as described in the following table:

**High-Brand -Risk Chargeback Monitoring Program Acquirer Fees - U.S. Region**

| Event | Requirements/Fee |
|-------|------------------|
| 1. During months 1-3, the Merchant meets or exceeds the Chargeback activity thresholds specified in "High-Brand Risk Chargeback Monitoring Program - U.S. Region" | • US $ 5,000 review fee month<br>• US 100 per Chargeback in months 1-3[1] |
| 2. During months 4-6, the Merchant meets or exceeds the applicable Chargeback ratios specified in (1) above | • US $ 150 per Chargeback in months 4-6[2]<br>• US $ 25,000 review fee in month 6 |
| 3. After 6 months in which the Merchant has met or exceeded the Chargeback thresholds specified in "High-Brand Risk Chargeback Monitoring Program - U.S. Region" | • Visa may disqualify the Merchant from participation in the Visa Program |

© 2012 Visa. All Rights Reserved.

# A3532

Visa International Operating Regulations

| Event | Requirements/Fee |
|---|---|
| 4. Acquirer does not:<br><br>• Identify a High-Brand Risk Merchant with the correct Merchant Category Code<br><br>• Register a High-Brand Risk Merchant | • US $25,000 per Merchant per month<br><br>• US $100,000 after 3 violations in calendar year and/or prohibition against signing High-Brand Risk Merchants[3] |
| 5. Acquirer knowingly signs a disqualified Merchant or any of the disqualified Merchant's principals | • US $250,000 per month until the Acquirer terminates the Merchant Agreement[3] |

1. Visa allocates US $90 of each fee to the Issuer via a Funds Disbursement.

2. Visa allocates US $135 of each fee to the Issuer via a Funds Disbursement.

3. Visa may impose conditions on Acquirers for violations of the U.S. Regional Operating Regulations, up to and including termination of the Acquirer program.

ID#: 151012-010611-0026373

## High-Risk Telemarketing Merchant Registration - U.S. Region

**Effective through 30 November 2011,** before accepting Transactions from a High-Risk Telemarketing Merchant, a U.S. Acquirer must submit to Visa a completed "High-Risk Merchant Registration and Certification" form, which is available through Visa Online or upon request from Visa.

ID#: 111011-010410-0008166

## Continuing Chargeback Activity Fines - U.S. Region

Fines for Chargeback activity may continue to be assessed to a U.S. Acquirer:

• For all Trailing Chargeback Activity that occurs up to 120 calendar days after Transaction processing has ceased

• Equivalent to the penalties being assessed to the Acquirer, as specified in "High-Risk Chargeback Monitoring Program Fees - U.S. Region," at the time Transaction processing ceased

ID#: 010410-010410-0001889

## Merchant Disqualification - U.S. Region

Visa may disqualify a U.S. Merchant specified in "High-Risk Merchant Category Codes" from participating in the Visa Program if the Merchant:

• Meets or exceeds a critical level of Chargeback activity, as determined by Visa

• Acts with the intent to circumvent Visa programs

• Causes harm to the Visa system

Visa will send a Notification to the Acquirer advising:

© 2012 Visa. All Rights Reserved.

# A3533

• The date the Acquirer must stop submitting the disqualified Merchant's Transactions

• Reasons for the disqualification

• Notice of the right to appeal

The Acquirer may appeal the disqualification as follows:

• The Acquirer's appeal letter must be received by Visa within 15 days of the Acquirer's receipt of the disqualification Notification

• The Acquirer must pay a US $5,000 non-refundable fee and include it with the appeal letter

• The evidence and arguments for the appeal must be submitted in the appeal letter

• No oral presentations are permitted

ID#: 010410-010410-0005865

## High-Risk Telemarketing Merchant Monitoring - U.S. Region

**Effective through 30 November 2011,** a U.S. Acquirer must monitor its High-Risk Telemarketing Merchants, which are required to be registered with Visa as specified in "High-Risk Telemarketing Merchant Registration - U.S. Region." An Acquirer of a U.S. High-Risk Internet Payment Service Provider must:

• Register its High-Risk Sponsored Merchants as High-Risk Telemarketing Merchants

• Monitor its High-Risk Internet Payment Service Providers as specified in the *Visa International Operating Regulations*

ID#: 111011-010410-0003229

## High-Risk Telemarketing Merchant Daily Activity Reporting - U.S. Region

**Effective through 30 November 2011,** a U.S. Acquirer must do all of the following for each of its High-Risk Telemarketing Merchants:

• Retain the following daily data:

  – Gross sales volume

  – Average Transaction amount

  – Number of Transactions

  – Average elapsed time between the Merchant Date of the Merchant Receipt and the Central Processing Date (counting each as one day)

  – Number of Chargebacks

• Collect the data over a period of at least 15 calendar days, beginning after each Merchant's initial Deposit

• Use the data to determine the Merchant's normal daily activity for each High-Risk Telemarketing Merchant category

© 2012 Visa. All Rights Reserved.

# A3534

Visa International Operating Regulations

- Begin daily monitoring of the Merchant's Deposit activity processed on the 15th calendar day from the first Deposit
- Compare current related data to the normal daily activity parameters at least daily
- Review and adjust the Merchant's normal daily activity at least weekly, using the previous week's activity

ID#: 111011-010410-0002097

## High-Risk Telemarketing Merchant Unusual Activity Reporting - U.S. Region

**Effective through 30 November 2011,** for its High-Risk Telemarketing Merchants, a U.S. Acquirer must generate unusual activity reports daily, and report any unusual activity to Visa within 2 business days, if either of the following occurs:

- Current weekly gross sales volume equals or exceeds US $5,000 and any of the following exceeds 150% of the normal daily activity:
  - Number of daily Transaction Receipt Deposits
  - Gross amount of daily Deposits
  - Average Transaction amount
  - Number of daily Chargebacks
- Average elapsed time between the Transaction Date and the Acquirer's Processing Date for a Transaction (counting each as one day) exceeds 15 calendar days

ID#: 111011-010410-0002099

## High-Risk Telemarketing Merchant Fees and Charges - U.S. Region

**Effective through 30 November 2011,** Visa assesses registration and annual charges for High-Risk Telemarketing Merchants, as specified in the *Visa U.S.A. Fee Guide.*

Visa collects the annual charge each 1 September following the registration date.

ID#: 111011-010410-0008935

## High-Brand Risk Merchant Registration - U.S. Region

**Effective 1 December 2011,** in the U.S. Region, before accepting Transactions from a High-Brand Risk Merchant, an Acquirer must register each High-Brand Risk Merchant using a *Visa U.S.A. High Risk Merchant Registration and Certification* form, available upon request from Visa.

An Acquirer of a Merchant assigned with either MCC 5122 or MCC 5912 that is accredited by the National Association of Boards of Pharmacy, or other legal regulatory body recognized by Visa, does not need to register that Merchant as a High-Brand Risk Merchant with Visa.

ID#: 151011-011211-0026345

© 2012 Visa. All Rights Reserved.

# A3535

## High-Brand Risk Merchant Monitoring - U.S. Region

**Effective 1 December 2011,** an Acquirer must monitor its High-Brand Risk Merchants, which are required to be registered with Visa as specified in "High-Brand Risk Merchant Registration – U.S. Region." An Acquirer of a High-Risk Payment Service Provider must:

- Register its High-Brand Risk Sponsored Merchants as High-Brand Risk Merchants
- Monitor its High-Risk Internet Payment Service Providers as specified in the *Visa International Operating Regulations*

ID#: 151011-011211-0026346

## High-Brand Risk Merchant Unusual Activity Reporting - U.S. Region

**Effective 1 December 2011,** for its High-Brand Risk Merchants, a U.S. Acquirer must generate unusual activity reports daily, and report any unusual activity to Visa within 2 business days, if either of the following occurs:

- Current weekly gross sales volume equals or exceeds US $5,000 and any of the following exceeds 150% of the normal daily activity:
  - Number of daily Transaction Receipt Deposits
  - Gross amount of daily Deposits
  - Average Transaction amount
  - Number of daily Chargebacks
- Average elapsed time between the Transaction Date and the Acquirer's Processing Date for a Transaction (counting each as one day) exceeds 15 calendar days

ID#: 151011-011211-0026374

## High-Brand Risk Merchant Fees and Charges - U.S. Region (Updated)

**Effective 1 December 2011,** Visa assesses registration and annual charges for High-Brand Risk Merchants, as specified in the applicable Fee Guide.

Visa collects the annual charge each 1 September following the registration date.

ID#: 151012-011211-0026375

© 2012 Visa. All Rights Reserved.

# A3536

# Brand Protection

## Global Brand Protection Program

### Brand Protection Requirements (Updated)

An Acquirer must:

- Ensure that a Merchant, Payment Service Provider (PSP), Sponsored Merchant, High-Brand Risk Merchant, High-Risk Internet Payment Service Provider (High-Risk IPSP), or High-Brand Risk Sponsored Merchant does not accept Visa Cards for, or display a Visa-Owned Mark on a Website that is used in relation to, the purchase or trade of photographs, video imagery, computer-generated images, cartoons, simulation, or any other media or activities including, but not limited to, activities listed under "Brand Protection"

- Within 7 calendar days of Notification from Visa, correct the violation or, if requested by Visa, terminate a Merchant, PSP, High-Brand Risk Merchant, or High-Risk IPSP, or require the PSP or High-Risk IPSP to terminate its agreement with the Sponsored Merchant or High-Brand Risk Sponsored Merchant that is in violation of this rule

ID#: 151012-010611-0026376

### High-Brand Risk Acquirer Registration (Updated)

Acquirers that previously did not acquire Electronic Commerce Merchants or Mail/Phone Order Merchants classified by Visa as high-brand risk must:

- Complete and submit to Visa a registration form, available in the *Visa Global Brand Protection Program Guide for Acquirers*

- Not process or enter any High-Brand Risk Transactions into Interchange, until written confirmation has been received from Visa that the Acquirer has been registered and approved by Visa

- Immediately notify Visa of any changes to information provided on the registration form by submitting a revised form indicating the change

Additionally, Visa may require the Acquirer to undergo an assessment to ensure compliance with the Global Brand Protection Program and the *Visa International Operating Regulations*.

An assessment may take the form of an onsite audit, as specified in " Visa Right to Monitor, Audit, Inspect and Investigate."

ID#: 151012-010611-0026379

© 2012 Visa. All Rights Reserved.

# A3537

## High-Brand Risk Acquirer Registration Fee (Updated)

Visa will assess a one-time registration fee for new Acquirers of High-Brand Risk Transactions in a Card-Absent Environment, as specified in the applicable Fee Guide.

ID#: 151012-010611-0026380

## High-Brand Risk Acquirer Non-Registration Penalties (Updated)

If Visa determines that an Acquirer that previously did not acquire High-Brand Risk Transactions in a Card-Absent Environment has failed to comply with the registration requirements specified in "High-Brand Risk Acquirer Registration," Visa may assess a fine of US $25,000 to the Acquirer per calendar month of non-compliance.

Continued non-compliance may result in Visa prohibiting that Acquirer from acquiring High-Brand Risk Merchants.

ID#: 151012-010611-0026381

## High-Brand Risk Acquirer Requirements (Updated)

**Effective 1 December 2011,** an Acquirer of High-Brand Risk Merchants, High-Risk Internet Payment Service Providers, or High-Brand Risk Sponsored Merchants must:

- Comply with all applicable Visa risk policies, as specified in the *Visa International Operating Regulations*, Regional Operating Regulations, *Visa Global Brand Protection Program Guide for Acquirers,* and the *Visa Global Acquirer Risk Standards*

- Participate in the Visa Merchant Trace System (VMTS), where available and permitted under local applicable law, and both:

  – Query VMTS prior to entering into an agreement with a prospective Electronic Commerce Merchant or Mail/Phone Order Merchant or Sponsored Merchant

  – List any Electronic Commerce Merchant or Mail/Phone Order Merchant or Sponsored Merchant that has been terminated for just cause on VMTS

- For Acquirers in the U.S. Region, participate in the Terminated Merchant File, as specified in " Terminated Merchant File" *(This only applies in the U.S. Region.)*

- For Acquirers in the Canada Region, participate in the common terminated Merchant database, as specified in " Common Terminated Merchant Database - Canada Region" *(This only applies in the Canada Region.)*

- Provide Visa with a suspect violation report if a Merchant or Agent is identified by the Member as processing illegal or prohibited Transactions, as specified in " Brand Protection." [119]

ID#: 151012-011211-0026382

---

119 Visa may waive or suspend penalties to accommodate unique or extenuating circumstances or if violations of the *Visa International Operating Regulations* are identified and rectified prior to receipt of formal Notification from Visa that a violation has occurred.

© 2012 Visa. All Rights Reserved.

# A3538

## High-Brand Risk Acquirer Capital Requirements (Updated)

An Acquirer that has not previously acquired Transactions from Electronic Commerce Merchants, Mail/Phone Order Merchants, or Sponsored Merchants classified as high-risk, as specified in "High-Brand Risk Merchant Category Codes," must:

• Be in good standing in all Visa risk management programs

• Be rated above-standard (a Visa Member risk rating of "A" or "B") and meet a minimum equity requirement of US $100 million [120]

ID#: 151012-010611-0026383

## Request for Information Requirements (Updated)

An Acquirer must provide information relating to any request for information presented by Visa, its designees, or any regulatory agency, as required under the Global Brand Protection Program.

The required information must be provided in writing as soon as possible, but no later than 7 business days following receipt of the request for information.

ID#: 151012-010611-0026384

## Annual Assessments

**Effective 1 December 2011,** an Acquirer will be subject to an annual assessment to ensure compliance with the requirements of the Global Brand Protection Program and the *Visa International Operating Regulations* if either:

• All of the following quarterly thresholds, as amended from time to time, are met or exceeded:

– A minimum of 10,000 International Transactions in a Card Absent Environment classified as High-Brand Risk Transactions

– US $1 million International Transactions in a Card Absent Environment classified as High-Brand Risk Transactions

– A ratio of 10% of International Transactions in a Card-Absent Environment classified as High-Brand Risk Transactions versus all International Transactions acquired in a Card Absent Environment [121]

• One or more Merchants is identified under the Global Brand Protection Program as having been involved in illegal or prohibited Transactions

ID#: 151011-011211-0026385

---

120 Visa may waive these requirements in exchange for assurance and evidence of the imposition of risk controls satisfactory to Visa. This may include, but is not limited to, the pledging of additional collateral.

121 The ratio is calculated, based on the Transaction Date, as a percentage of International Transactions processed as High-Brand Risk Transactions versus the total International Transactions acquired in a Card-Absent Environment over the period of the calculation.

© 2012 Visa. All Rights Reserved.

# A3539

Visa International Operating Regulations

**Global Brand Protection Program Annual Assessment Fee (Updated)**

**Effective 1 December 2011,** an Acquirer that is subject to an annual assessment, as specified in " Annual Assessments," will be subject to an annual assessment fee, as specified in the applicable Fee Guide.

ID#: 151012-011211-0026386

# Fraud Reporting

## Fraud Reporting Requirements

### Fraud Activity Reporting

An Issuer must report Fraud Activity to Visa through VisaNet when either a:

- Fraudulent User has obtained a Card or Account Number
- Card was obtained through misrepresentation of identification or financial status

ID#: 010410-010410-0002389

### Fraud Activity Reporting Time Limit

An Issuer must report Fraud Activity upon detection, but no later than:

- 90 calendar days from the Transaction Date
- 30 calendar days following the receipt of the Cardholder's dispute notification, if the notification is not received within the 90-calendar-day period

ID#: 010410-010410-0002390

### Fraud Activity Reporting Time Limit - AP Region

An AP Issuer must report all confirmed fraudulent Transactions immediately upon detection, but no later than:

- 60 calendar days from the Transaction Date
- 30 calendar days following receipt of the Cardholder's dispute notification, if the notification is not received within the 60-calendar-day period

ID#: 010410-010410-0002246

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3540

---

Visa International Operating Regulations

---

**Fraud Activity Reporting Time Limit - LAC Region**

An LAC Issuer must report Fraud Activity upon detection, but no later than:

- 60 calendar days from the Transaction Date except for fraud type 03, "Fraudulent Application," and type 05, "Miscellaneous, Account Take Over"
- 30 calendar days following the receipt of the Cardholder's dispute notification, if the notification is not received within the 60-calendar-day period

ID#: 081010-010609-0007054

**Fraud Activity Reporting Compliance - LAC Region (Updated)**

An LAC Issuer must report Fraud Activity, as specified in the *Fraud Reporting System (FRS) User's Guide,* and comply with the following:

- At least 95% of all fraud must be reported. This includes domestic and international, on-us, debit and credit, and ATM Transactions.
- At least 90% of all reported fraud must be classified correctly
- No more than 5% of all reported fraud can be classified as fraud type 05, "Miscellaneous"
- In at least 90% of reported fraudulent Transactions, mandatory TCR2 fields must match with the corresponding BASE II record fields, except the Excluded Transaction Identifier Reason field

ID#: 151012-010609-0007259

**Rejected Fraud Activity Reporting (Updated)**

An Issuer must report Fraud Activity, as specified in the *Fraud Reporting System (FRS) User's Guide.* At least 90% of rejected Fraud Activity must be resubmitted and accepted into the Fraud Reporting System.

ID#: 151012-010410-0008051

**Counterfeit Activity Reporting (Updated)**

An Acquirer must report:

- Counterfeit activity through VisaNet using the appropriate fraud advice transaction code in the same manner as specified for Issuers in "Fraud Activity Reporting"
- A counterfeit Transaction within 60 calendar days of a Chargeback, when no Representment or Arbitration right is available

An Acquirer must comply with the *Fraud Reporting System (FRS) User's Guide.*

ID#: 151012-010410-0002395

---

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3541

## Fraud-Related Disputes - AP Region

An AP Issuer must complete TC40 fraud reporting before initiating all fraud-related disputes.

ID#: 010410-010410-0008048

## Fraud-Related Disputes - U.S. Region

In the U.S. Region, if Fraud Activity has occurred on an account and the Issuer does not list the Account Number on the Exception File with a Pickup Response for at least 30 calendar days, Chargeback rights are restricted.

ID#: 010410-010410-0008049

## Fraud Activity Reporting Corrections - U.S. Region

In the U.S. Region, if further investigation determines that a Transaction or occurrence is of a different Fraud Activity type than previously reported, the Issuer must correct the activity.

ID#: 010410-010410-0002166

## Cards Not Received as Issued - U.S. Region

A U.S. Member must report all U.S. Cardholder and U.S. Issuer mailing information on "Not Received as Issued" Cards, whether or not Fraud Activity has occurred.

ID#: 010410-010410-0002167

# Fraud Reporting Compliance

## Fraud Activity Reporting Non-Compliance

If a Member does not comply with "Fraud Activity Reporting" and "Fraud Activity Reporting Time Limit," the Member is subject to:

- An onsite audit by Visa staff at the Member's expense
- Penalties, as specified in the table below

© 2012 Visa. All Rights Reserved.

# A3542

### Penalties for Failure to Report Fraud

| Occurrence | Warning Letter | Suspension of Fraud Chargeback Rights[1] | Fine (Minimum Amount) | Onsite Member Audit |
|---|---|---|---|---|
| First | Yes | Not applicable | US $0 | Not applicable |
| Second | Yes | Not applicable | US $0 | Not applicable |
| Third | Not applicable | 90 calendar days | US $25,000 | Not applicable |
| Fourth | Not applicable | 180 calendar days | US $50,000 | Yes |
| Fifth | Not applicable | Indefinite until compliance achieved | Regional decision based upon reevaluation | Not applicable |

1. Chargeback reason codes will be determined by Visa, as specified in the applicable Regional Operating Regulations.

ID#: 010410-010410-0002392

## Fraud Activity Reporting Compliance - AP Region

An AP Member is compliant with Visa fraud reporting requirements if it:

- Reports at least 90% of confirmed fraud activities
- Reports at least 90% of fraud within 60 calendar days of the Transaction Date
- Uses correct fraud types for at least 90% of reported fraud
- Populates all mandatory TC 40 fields

ID#: 010410-010410-0001759

## Fraud Activity Reporting Non-Compliance - AP Region

Visa may require an AP Issuer that has failed to comply with the requirements specified in "Fraud Activity Reporting Compliance - AP Region" and "Fraud-Related Disputes - AP Region," or one suspected of under-reporting fraud, to undergo an onsite review. Visa will undertake an initial onsite inspection of all AP Issuers with annual Retail Sales Volume exceeding US $650 million. The retail sales volume (RSV) threshold is designed to identify Issuers that represent 90% of total Asia-Pacific RSV and will be adjusted by Visa as necessary.

ID#: 010410-010410-0001758

© 2012 Visa. All Rights Reserved.

# A3543

## Issuer Non-Compliance - AP Region

AP Issuers identified as non-compliant and that fail to resolve areas of non-compliance within a reasonable period (to be agreed between AP Members and Visa) following an onsite review will have the following fraud-related dispute rights suspended until compliant:

- Chargeback reason code 57, "Fraudulent Multiple Transactions"

- Chargeback reason code 62, "Counterfeit Transaction"

- Chargeback reason code 81, "Fraud - Card-Present Environment"

- Chargeback reason code 83, "Fraud - Card-Absent Environment"

- Chargeback reason code 93, "Merchant Fraud Performance Program"

ID#: 010410-010410-0001760

## Fraud Alert Requirements - Canada Region (Updated)

A Canada Member must comply with the *CoFAS Procedures for Reporting Credit Skimming Incidents.*

ID#: 151012-010410-0001757

## Fraud Reporting Program Audit Fees - LAC Region

Visa may audit an LAC Issuer under the Fraud Reporting Program at any time. Issuers subject to an onsite Fraud Reporting audit will be charged a fee.

ID#: 081010-010609-0007260

## Fines for Failure to Report Fraud - LAC Region (Updated)

An LAC Issuer that does not comply with the Fraud Reporting Program's requirements as determined by the third or higher consecutive onsite audit will be subject to a quarterly fine of US $10,000 until found compliant by the Visa remote monitoring system and validated by an onsite audit. In addition, the Issuer will be assessed a fee, as specified in the applicable Fee Guide.

### Fines for Failure to Report Fraud - LAC Region

| Occurrence | Penalty |
|---|---|
| Onsite audit fee | None |
| First non-compliant onsite audit | US $2,500 |
| Second consecutive onsite audit resulting in non-compliance | US $7,500 |

© 2012 Visa. All Rights Reserved.

# A3544

Visa International Operating Regulations

| Occurrence | Penalty |
|---|---|
| Third consecutive onsite audit resulting in non-compliance | US $22,500 |

ID#: 151012-010410-0007267

## Fraud Reporting Fines and Penalties

### Fraud Reporting Non-Compliance Penalty

If a Member is deemed non-compliant with the fraud reporting requirements specified in "Fraud Activity Reporting Non-Compliance," the Member is subject to a penalty, as specified in the "Penalties for Failure to Report Fraud" table.

ID#: 010410-010410-0003682

### Fraud Reporting - Non-Compliance Penalties and Monitoring

If Visa determines that a Member is not in compliance for a given quarter:

• Penalties will be assessed, as specified in the "Penalties for Failure to Report Fraud" table

• The Member will be monitored and evaluated for the following 8 quarters

ID#: 010410-010410-0002393

## Fraud Losses and Investigation

### Skimming at a Common Purchase Point - AP Region

An AP Issuer experiencing 3 or more incidents of skimming at a Common Purchase Point must notify the AP Acquirer and Visa.

Before notifying the AP Acquirer, the AP Issuer must:

• Confirm that Fraud Activity occurred

• Determine if a legitimate Account Number was skimmed by using the following criteria:

  – POS Entry Mode was 90

  – Card Verification Value transmitted in the Transaction matched the Card Verification Value for the compromised Account Number

  – Card was in possession of the Cardholder at the time of the Transaction

  – Possibility of other type of fraudulent activity has been eliminated

In the notification, the AP Issuer must provide the Acquirer and Visa with the following information:

© 2012 Visa. All Rights Reserved.

# A3545

Visa International Operating Regulations

- Account Number used in the Transaction
- Details of the Transaction suspected of being the point of compromise
- Status of fraud detected
- Additional information or rationale to support its suspicions

*ID#: 010410-010410-0009030*


## Preliminary Report of Fraud at Common Purchase Point - AP Region

An AP Acquirer notified by an AP Issuer or Visa of fraud occurring at a Common Purchase Point must investigate the circumstances surrounding the fraudulent Transaction and, within 10 calendar days, provide the Issuer and Visa with a preliminary report of its investigation.

*ID#: 010410-010410-0002234*


## Final Report of Fraud at Common Purchase Point - AP Region

An AP Acquirer must complete and forward its final investigative report to Visa within 30 calendar days of notification and include the following information:

- Plan of action including the following, if determined:
  - Individual(s) responsible for the Fraud Activity
  - If the Account Number was compromised
  - How the Account Number was compromised
- Confirmation that the appropriate authorities were notified to enable proper investigation and prosecution by law enforcement agencies
- Corrective action taken to prevent similar occurrences at the same Merchant Outlet

*ID#: 010410-010410-0002235*


## Fraud Reporting Non-Compliance - AP Region

An AP Acquirer that fails to comply with the requirements specified in "Final Report of Fraud at Common Purchase Point - AP Region" will be assessed a fine of US $5,000.

*ID#: 010410-010410-0002236*

© 2012 Visa. All Rights Reserved.

# A3546

---

Visa International Operating Regulations

---

### Common Point of Purchase Fine Transfer - AP Region

Visa will fine any AP Acquirer that has transferred Common Point of Purchase (CPP) fines to the AP Merchant an equivalent of 3 times the fine, and, at Visa's discretion, reimburse the Merchant the fine amount. Visa may waive CPP-related fines on a case-by-case basis based on commercial considerations.

ID#: 081010-010410-0002237

### Internal Data Compromise Disclosure - AP Region

An AP Member must disclose to Visa all incidents of internal compromise of data that would facilitate the defrauding of Card or Merchant accounts of the AP Member or other Members. Visa will distribute this information and its analysis, if warranted, to other Members and relevant parties in the AP Region in order to advise them of potential corrective action, while maintaining the confidentiality of the reporting Member.

ID#: 010410-010410-0000538

# Card Recovery

## Return of Recovered Cards

### Recovered Card Return Requirement

An Acquirer must return recovered Visa Cards and Visa Electron Cards to the Issuer.

ID#: 010410-010410-0001782

### Recovered Card Return Procedures (Updated)

Upon recovery of a valid or counterfeit Visa Card or Visa Electron Card, a Member must send the following to the Issuer:

- The recovered Card, rendered unusable as follows:

  – For a recovered Card without a Chip, the Card must be cut horizontally so as not to damage the Magnetic Stripe, hologram, or embossed or printed Account Number (if applicable)

  – For a recovered Chip Card, so as not to damage the Chip, the Member must either punch a hole through the middle of the Magnetic Stripe to make it unreadable or cut away the corner of the Card at the opposite end from the Chip

- **Effective through 11 July 2012,** "Recovered Card Advice" (Exhibit 1E) specifying the recovery reasons, such as:

  – Listed on Card Recovery Bulletin

---

© 2012 Visa. All Rights Reserved.

# A3547

&ndash; Authorization Response to routine Authorization Request

&ndash; Authorization Response to referral call

&ndash; Inadvertently left by Cardholder

- **Effective 12 July 2012,** "Recovered Card Advice" (Exhibit 1E)

These items must be sent to the Issuer on the Input Date of the Fee Collection Transaction, but no later than either:

- 5 business days after the Visa Card or Visa Electron Card is recovered

- **Effective 12 July 2012,** for a Card recovered at an ATM, 5 business days after the Card is received at the Acquirer's card return center, if applicable

The requirement to return the Card does not apply to Non-Reloadable Cards recovered without a Pickup Response or request from the Issuer.

For a Non- Reloadable Card recovered without a Pickup Response or a specific request from the Issuer, the Member must cut the Card and render it unusable.

ID#: 151012-010410-0008090

## Merchant Card Recovery Procedures

An Acquirer must ensure that its Merchants understand and comply with the requirements for recovery of a Visa Card or Visa Electron Card as specified in "Merchant Card Recovery Procedures at the Point of Sale."

A Merchant must notify its Acquirer that it has recovered a Card and ask for further instructions.

ID#: 010410-010410-0008091

## Visa Lost/Stolen Card Procedures - U.S. Region

In the U.S. Region, if Visa receives a report of a lost or stolen Card, Visa will:

- Enter the Account Number of the lost or stolen Visa Card or Visa Electron Card on the Exception File with a:
  - Pickup Response code of 04
  - Region code of 0
  - Purge date of the following month (See the *Card Recovery Bulletin Service (CRB) User's Guide.*)
- Advise the Issuer of the Cardholder's report of a lost or stolen Visa Card or Visa Electron Card
- Return the recovered Card to the Issuer with any supporting documentation

ID#: 050411-010410-0002148

© 2012 Visa. All Rights Reserved.

# A3548

## Merchant Recovered Card Return Procedures - U.S. Region 2.3.E

A U.S. Merchant that recovers a Visa Card or Visa Electron Card must:

• Cut the Visa Card or Visa Electron Card horizontally so as not to damage the Magnetic Stripe, Chip, hologram (if applicable), and embossed or printed Account Number (if applicable)

• Immediately send it to either:

  – Its Acquirer

  – A VisaNet Interchange Center, if Visa is designated as the Merchant's Authorizing Processor

The requirement to return the Card does **not** apply to Non-Reloadable Cards recovered without a Pickup Response or request from the Issuer.

For a Non-Reloadable Card recovered without a Pickup Response or a specific request from the Issuer, the Merchant or Acquirer must cut the Card and render it unusable.

For a Non-Reloadable Card where an Issuer Pickup Response has been sent, the Merchant should attempt to recover the Card and:

• Cut the Card horizontally so as not to damage the Magnetic Stripe, Chip, hologram (if applicable), and embossed or printed Account Number (if applicable)

• Immediately send it to either:

  – Its Acquirer

  – A VisaNet Interchange Center, if Visa is designated as the Merchant's Authorizing Processor

ID#: 050411-010410-0008092

## Law Enforcement Recovered Card Retention - U.S. Region

In the U.S. Region, if a recovered Visa Card or Visa Electron Card was retained by a law enforcement agency, the Merchant must provide a legible copy of the front and back of the Visa Card or Visa Electron Card to its Acquirer or a VisaNet Interchange Center, as applicable.

ID#: 010410-010410-0001766

## Acquirer Recovered Card Procedures - Additional Notification Requirement - U.S. Region

A U.S. Acquirer must immediately advise the following of the recovery of a Card:

• The Issuer, if the Visa Card or Visa Electron Card is recovered because the first 4 digits of the embossed or printed Account Number (if applicable) do not match the 4 digits printed above or below the Account Number

• Visa, if the embossed or printed BIN is not assigned to a Member

© 2012 Visa. All Rights Reserved.

# A3549

---

Visa International Operating Regulations

---

An Acquirer must retain a legible copy of the front and back of the recovered Visa Card or Visa Electron Card.

ID#: 010410-010410-0008094

### Recovered Card Procedures - U.S. Region (Updated)

A U.S. Member must send all of the following to the Issuer using a method that supplies proof of delivery:

- Recovered Visa Card or Visa Electron Card

- Completed "Recovered Card Advice" (Exhibit 1E) with any pertinent facts concerning the recovery

- If the recovered Card was retained by a law enforcement agency, a legible copy of its front and back

These items must be sent to the Issuer on the Input Date of the Fee Collection Transaction, but no later than either:

- 5 business days after the Visa Card or Visa Electron Card is recovered

- **Effective 12 July 2012,** for a Card recovered at an ATM, 5 business days after the Card is received at the Acquirer's card return center, if applicable

If the recovered Card was retained by a law enforcement agency, the "Recovered Card Advice" (Exhibit 1E) and copy of the front and back of the Visa Card or Visa Electron Card are not required to be sent by a method that supplies proof of delivery.

**Effective 12 July 2012,** if the recovered Card was retained by an ATM, the recovered Card and the "Recovered Card Advice" (Exhibit 1E) are not required to be sent by a method that supplies proof of delivery.

ID#: 151012-010410-0001770

## Recovered Counterfeit Cards

### Acquirer Recovered Counterfeit Card Procedures - AP Region

An AP Acquirer that receives a recovered Counterfeit Card bearing an embossed Account Number of another AP Member must advise the Issuer of the Card recovery circumstances by the end of the next business day after receiving the Card.

On the fee collection Input Date, but no later than 3 business days after the Card is recovered, the Acquirer must send all of the following to Visa:

- Card (unless it is needed as evidence by local law enforcement authorities)

- Completed "Recovered Counterfeit Card Notification" (Exhibit 1F)

---

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3550

- Any other supporting documentation

ID#: 010410-010410-0008097

## Visa Recovered Counterfeit Card Procedures - AP Region

In the AP Region, Visa endorses the "Recovered Counterfeit Card Notification" (Exhibit 1F) and sends:

- Endorsed "Recovered Counterfeit Card Notification" (Exhibit 1F) and any other supporting documentation to the AP Issuer
- Copy of the endorsed "Recovered Counterfeit Card Notification" (Exhibit 1F) to the remitting AP Acquirer

ID#: 010410-010410-0002240

# Card Recovery at the Point of Sale

## Merchant Card Recovery Procedures at the Point of Sale

A Merchant must **not** complete a Transaction and should attempt to recover a Visa Card or Visa Electron Card for any of the following reasons:

- Account Number appears on a Card Recovery Bulletin
- Acquirer requests its retention
- 4 digits printed below the embossed or printed Account Number do **not** match the first 4 digits of the embossed or printed Account Number

**Effective 8 March 2012,** the requirement to attempt to recover the Card does not apply to Mobile Payment Devices.

ID#: 160312-010410-0002350

## Visa Prepaid Card Compromise

A Merchant that sells Visa Prepaid Cards must not sell a Visa Prepaid Card if there is evidence of potential Card compromise, such as tampered packaging. The Merchant must retain the Card and follow the recovered Card requirements as specified in the *Visa International Operating Regulations.*

ID#: 230312-010111-0025787

## Merchant Card Recovery Procedures - U.S. Region

A U.S. Merchant should attempt to recover a Visa Card or Visa Electron Card by reasonable, peaceful means and must **not** complete a Transaction if the:

© 2012 Visa. All Rights Reserved.

# A3551

Visa International Operating Regulations

- Printed 4 digits below the embossed or printed Account Number do **not** match the first 4 digits of the Account Number

- Acquirer or its Authorizing Member requests its retention

- Merchant has reasonable grounds to believe that the Visa Card or Visa Electron Card is counterfeit, fraudulent, or stolen

**Effective 8 March 2012,** the requirement to attempt to recover the Card does not apply to Mobile Payment Devices.

ID#: 160312-010410-0002316

## Card Recovery at an ATM

### Card Retention at an ATM

An ATM is **not** required to have the ability to retain Cards. If it does have this ability, it may retain a Card only upon the specific request of the Issuer.

If a Card is retained, the Acquirer must log it under dual custody immediately after removal from the terminal.

ID#: 010410-010410-0008063

### ATM Card Retention and Return

If a Card is retained at the specific request of an Issuer, the Acquirer must render the Card unusable and return it to the Issuer. If the Card bears a Chip, the Chip must **not** be damaged.

ID#: 010410-010410-0002409

### Accidental Card Retention at an ATM

If a hardware or software failure causes mistaken or accidental Card retention, an ATM Acquirer must return the Card to the Cardholder using the following procedures:

- Review positive Cardholder identification and compare the Cardholder's signature to that on the Card signature panel

- If the Cardholder does not request the return of the Card, the ATM Acquirer must follow the Card retention rules specified in the *Visa International Operating Regulations*

ID#: 010410-010410-0007014

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3552

Visa International Operating Regulations

## Accidental Card Retention at an ATM - U.S. Region

If a hardware or software failure causes mistaken or accidental Card retention, an ATM Acquirer in the U.S. Region may return the Card to the Cardholder using the following procedures:

- Review positive Cardholder identification and compare the Cardholder's signature to that on the Card signature panel

- Obtain the Issuer's Authorization to return the Card to the Cardholder

  – If the Cardholder requests a Cash Disbursement, Authorization for the Cash Disbursement is considered as the Issuer's authorization to return the Card to the Cardholder.

  – If the Cardholder does not request a Cash Disbursement, the Acquirer must contact the Issuer's Authorizing Processor for Authorization to return the Card to the Cardholder.

- Notify the Issuer of the Card retention

ID#: 010410-010410-0004991

## Recovered Card Handling Fees

### Recovered Card Handling Fees (Updated)

Handling fees for recovered Visa Cards and Visa Electron Cards are specified in the table below.

**Handling Fees for Recovered Cards**

| Description | Member Charged | Amount Charged |
|---|---|---|
| **Handling Fee for Recovered Visa Cards or Visa Electron Cards** | | |
| Card recovered at a Merchant or ATM | Issuer | US $15 |
| Card recovered by an Unattended Cardholder-Activated Terminal that accepts PINs for Cardholder Verification | Issuer | US $5 |
| **Handling Fee for Recovered Cards Bearing the Plus Symbol** | | |
| Visa Card or Visa Electron Card recovered at an ATM[1,2] | Issuer | US $15 |

1. Acquirers participating only in the Plus Program.

2. A handling fee must not be collected if the recovered Card is a Proprietary Card bearing the Plus Symbol.

ID#: 151012-010410-0007990

© 2012 Visa. All Rights Reserved.

# A3553

## ATM Recovered Card Handling Fee

An Issuer is **not** required to pay a reward to the Acquirer for a recovered Card. However, the Acquirer may collect a handling fee, as specified in "Recovered Card Handling Fees."

An ATM Acquirer participating **only** in the Plus Program may collect a handling fee only if the recovered card is a Visa Card or Visa Electron Card, as specified in "Recovered Card Handling Fees."

ID#: 010410-010410-0008064

## Acquirer Collection of Recovered Card Handling Fee

An Acquirer may collect a handling fee for a recovered Card, as specified in "Recovered Card Handling Fees," whether or not the Merchant is entitled to a reward.

An AP Acquirer may collect a handling fee of US $15, or local currency equivalent. *(This only applies in the Asia Pacific Region.)*

ID#: 010410-010410-0008065

## Acquirer Recovered Card Handling Fee and Reward Collection - U.S. Region

In the U.S. Region, if a U.S. Acquirer has paid a reward for a recovered Card, the Acquirer may collect the handling fee and the reward in one Fee Collection Transaction.

The fee collection must **not** be entered into Interchange before forwarding the "Recovered Card Advice" (Exhibit 1E).

ID#: 151011-010410-0008066

## Recovered Card Handling Fee and Collection - U.S. Region

A U.S. Acquirer may collect a handling fee for recovering a Visa Card or Visa Electron Card and returning it to the Issuer. The fee is US $15 for a Card recovered at a Merchant or an ATM location.

ID#: 010410-010410-0006878

© 2012 Visa. All Rights Reserved.

# A3554

## Recovered Card Rewards

### Reward for Recovered Cards

An Issuer must pay a reward for a recovered Visa Card or Visa Electron Card and reimburse the Acquirer for handling the recovered Card, as specified in "Recovered Card Handling Fees."

ID#: 010410-010410-0003653

### Merchant Recovered Card Reward Requirement

An Acquirer must ensure that the minimum reward is paid to the Merchant that recovered a Card, as specified in the "Rewards for Recovered Cards" table.

ID#: 010410-010410-0001784

### Recovered Card Reward Limitations (Updated)

An Acquirer is not required to pay a reward for Visa Cards or Visa Electron Cards that are:

- Expired
- Recovered at an ATM or Unattended Cardholder-Activated Terminal
- Inadvertently left at a Merchant Outlet
- Non-Reloadable Cards recovered without a Pickup Response or request from the Issuer

ID#: 151012-010410-0008055

### Recovered Card Rewards to Tellers and Merchants

If an Acquirer pays rewards to its tellers for the recovery of Visa Cards or Visa Electron Cards, it may collect the reward amount from the Issuer, as specified in the table below.

**Rewards for Recovered Cards**

| Paid To | Amount |
|---|---|
| Merchant | US $25-$150 |
| Teller/Disbursing Member | US $0-$150 |

ID#: 111011-010410-0001786

© 2012 Visa. All Rights Reserved.

# A3555

## Recovered Counterfeit Card Rewards - AP Region

If an AP Disbursing Member pays rewards to its tellers for Counterfeit Card recovery, the Disbursing Member may collect the local reward, **not** to exceed US $150 or local currency equivalent, from the Issuer.

ID#: 010410-010410-0001777

## Recovered Card Rewards in Australia – AP Region

In Australia, an Acquirer must ensure that the minimum reward paid to a Merchant that recovers a Card is as specified in the following table:

### Rewards for Recovered Cards in Australia - AP Region

| Type of Recovery | Amount |
|---|---|
| For retention of a Card where the Merchant is suspicious of the Cardholder or Transaction | AUD 200 |
| For retention of a Card as a result of an Authorization Response | AUD 50 |
| For retention of a Card in the course of an attempted EFTPOS Transaction | AUD 50 |

The Acquirer is not required to pay a reward for Visa Cards or Visa Electron Cards that are:

• Expired

• Recovered at an ATM or Cardholder-Activated Terminal

• Inadvertently left at a Merchant Outlet

An Australia Issuer is not required to reimburse a reward paid by an Australia Acquirer to a person who is not a Merchant or a staff member of a Merchant, such as law enforcement personnel or employees of the Acquirer.

ID#: 111011-060111-0026174

## Recovered Card Rewards - Canada Region

In the Canada Region, for each Card that is recovered, the Issuer must pay a reward to the Merchant making the recovery, as specified in the table below.

© 2012 Visa. All Rights Reserved.

# A3556

**Rewards for Recovered Cards - Canada Region**

| Card Recovered as a Result of: | Minimum Reward Amount |
| --- | --- |
| Issuer request, including when the Account Number was listed on the Exception File | CAD $50 |
| Merchant suspicion and initiative when the Card was **not** listed on the Exception File | CAD $100 |
| Merchant suspicion and initiative leading to arrest and conviction of individual attempting to use the lost/stolen or Counterfeit Card | CAD $1,000 |

Rewards for Card pick-up do **not** apply to Non-Reloadable Cards recovered without a Pickup Response or request from the Issuer.

ID#: 111011-010410-0001754

## Recovered Card Rewards - U.S. Region

If a U.S. Acquirer pays rewards to its tellers or other individuals for Visa Card or Visa Electron Card recovery, it may collect this amount from the Issuer.

ID#: 010410-010410-0001774

## Recovered Card Rewards - Special Circumstances - U.S. Region

A U.S. Acquirer must pay an individual that recovered a Card a reward of at least US $50 for each Visa Card or Visa Electron Card that was recovered under any of the following circumstances:

- Account Number was listed on the National Card Recovery File
- Acquirer received a Pickup Response from an Authorization or Account Number Verification request
- At the Issuer's request

If the recovered Visa Card or Visa Electron Card was retained by a law enforcement agency, the Acquirer must pay the reward upon receipt of a legible copy of the front and back of the recovered Visa Card or Visa Electron Card.

ID#: 010410-010410-0001772

## Recovered Card Reward Limitations - Issuer (Updated)

An Issuer is **not** required to reimburse the Acquirer for a reward for a Visa Card or a Visa Electron Card that is:

- Recovered at an ATM or Unattended Cardholder-Activated Terminal

© 2012 Visa. All Rights Reserved.

# A3557

Visa International Operating Regulations

- Inadvertently left at a Merchant Outlet
- A Non-Reloadable Visa Prepaid Card recovered without an Issuer's request or in the absence of a Pickup Response

ID#: 151012-010410-0002192

### Recovered Card Rewards - Suspicious Circumstances - U.S. Region

A U.S. Acquirer must pay the Merchant a reward of at least US $100 if a recovered Visa Card or Visa Electron Card was **not** listed in the Exception File with a Pickup Response and the Merchant's request for Authorization was due to either:

- Suspicious circumstances (Code 10 Authorization)
- Presentation of a Visa Card or Visa Electron Card on which the first 4 digits of the embossed or printed Account Number (if applicable) do not match the 4 digits printed above or below the Account Number

ID#: 010410-010410-0001773

### Reimbursement of Recovered Card Rewards - U.S. Region

A U.S. Issuer must reimburse the Acquirer for the amount of a reward paid for Card recovery, up to US $100.

Reimbursement of a reward payment must not exceed US $250 per instance of multiple Visa Card or Visa Electron Card recovery.

ID#: 010410-010410-0008056

# Counterfeit Losses

## Counterfeit Transaction Liability

### Assignment of Liability for Counterfeit Transactions

Visa assigns liability to the Issuer or Acquirer for counterfeit Transactions, based on the following priorities in the order shown:

- The Acquirer, if the Merchant identified on a Risk Identification Service Chargeback Exception Report contributed to the origination of the Counterfeit Transaction Receipt [122]
- The Acquirer first receiving the Counterfeit Transaction Receipt, if the BIN is **not** assigned to a Member

VISA PUBLIC

15 October 2012

© 2012 Visa. All Rights Reserved.

# A3558

- The Acquirer that submitted the Transaction into Interchange, if an Authorization was required and **not** obtained **or** the Account Number encoded on the Magnetic Stripe of a Visa Card or Visa Electron Card was authorized but was different than the embossed or printed Account Number submitted into Interchange [123]

- The Issuer identified by the manufacturer product information printed on the reverse side of the Visa Card or Visa Electron Card, if the counterfeit Visa Card or Visa Electron Card was recovered and resulted from either the loss or theft of an unembossed and unencoded Visa Card or unencoded Visa Electron Card bearing the Visa Program Marks [124]

- The Issuer, if its BIN appears on the Counterfeit Transaction Receipt or the BASE II Clearing Record for the counterfeit Transaction [125]

ID#: 050411-010410-0001812

## Issuer Identification on Card

Visa identifies the Issuer that ordered the manufacture of a Visa Card or Visa Electron Card by either the name printed on the Visa Card or Visa Electron Card or the manufacturer product information printed on the back of the Visa Card or Visa Electron Card.

There is no time limit on a Member's right to reassign liability to the Issuer under this section.

ID#: 010410-010410-0008158

## Counterfeit Card Transaction Reporting

If a Member discovers Counterfeit Card activity, the Member must immediately report the Account Number to Visa.

ID#: 010410-010410-0001816

---

122  For qualifying Transactions, the EMV Liability Shift, as specified in "EMV Liability Shift Participation," takes precedence over this section to assess liability in the event of a conflict.
123  For qualifying Transactions, the EMV Liability Shift, as specified in "EMV Liability Shift Participation," takes precedence over this section to assess liability in the event of a conflict.
124  For qualifying Transactions, the EMV Liability Shift, as specified in "EMV Liability Shift Participation," takes precedence over this section to assess liability in the event of a conflict.
125  For qualifying Transactions, the EMV Liability Shift, as specified in "EMV Liability Shift Participation," takes precedence over this section to assess liability in the event of a conflict.

© 2012 Visa. All Rights Reserved.

# A3559

## Global Compromised Account Recovery (GCAR)

### Global Compromised Account Recovery Program Overview (Updated)

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** an Issuer in Visa International or Visa Europe may recover a portion of its Incremental Counterfeit Fraud losses and operating expenses resulting from an Account Data Compromise Event involving a compromise of Magnetic-Stripe Data, and PIN data for events that also involve PIN compromise, under the Global Compromised Account Recovery (GCAR) program from an Acquirer(s) to whom liability for such loss has been assigned under the GCAR program.

GCAR allows Visa to determine the monetary scope of an Account Data Compromise Event, collect from the responsible Acquirer(s), and reimburse Issuers that have incurred losses as a result of the event.

GCAR allows recovery of counterfeit transaction losses across all Visa-owned brands (i.e., Visa, Interlink, Plus, and Visa Electron) when a violation, attributed to another Visa Member, could have allowed Magnetic-Stripe Data (and PIN data, if applicable) to be compromised and the subsequent financial loss was associated with **any** of the following:

• A Visa Transaction

• An Interlink transaction

• A Plus Transaction

• A Visa Electron Transaction

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** the GCAR program is only available when:

• There has been a violation involving non-compliance with one or more of the following:

  – Payment Card Industry Data Security Standard (PCI DSS)

  – PIN Management Requirements Document

  – *Visa PIN Security Program Guide*

• The violation could allow a compromise of contents of any track on the Magnetic Stripe (and PIN data, if applicable) for a Visa Transaction, a Plus Transaction, an Interlink transaction, or a Visa Electron Transaction

ID#: 151012-150512-0026564

© 2012 Visa. All Rights Reserved.

# A3560

## GCAR Qualification (Updated)

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** Visa will determine Account Data Compromise Event qualification, Counterfeit Fraud Recovery and Operating Expense Recovery amounts, Issuer eligibility, and Acquirer liability under the Global Compromised Account Recovery (GCAR) program, in accordance with the *Visa Global Compromised Account Recovery (GCAR) Guide.*

To qualify an Account Data Compromise Event under GCAR, Visa must determine that all of the following criteria have been met:

• A Payment Card Industry Data Security Standard (PCI DSS), PIN Management Requirements Documents, or *Visa PIN Security Program Guide* violation has occurred that could have allowed a compromise of Account Number and Card Verification Value (CVV) Magnetic-Stripe Data, and PIN data for events also involving PIN compromise

• Account Number and CVV Magnetic-Stripe Data has been exposed to a compromise

• 15,000 or more eligible accounts were sent in CAMS Internet Compromise (IC) and/or Research and Analysis (RA) alerts indicating Account Number and CVV Magnetic-Stripe Data is potentially at risk

• A combined total of US $150,000 or more Counterfeit Fraud Recovery and Operating Expense Recovery for all Issuers involved in the event

• Elevated Magnetic-Stripe counterfeit fraud was observed in the population of eligible accounts sent in the CAMS Alert(s) associated with the Account Data Compromise Event

ID#: 151012-150512-0026565

## GCAR - Preliminary Determination of Event Qualification

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** following preliminary fraud analysis and investigation of an Account Data Compromise Event, Visa will provide the Acquirer(s) with:

• Findings in support of the preliminary determination that the event is qualified for the Global Compromised Account Recovery (GCAR) program

• A preliminary estimate of counterfeit fraud and operating expense liability amounts

ID#: 160312-150512-0026566

## GCAR - Appeal Rights

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** an Acquirer may appeal a Global Compromised Account Recovery (GCAR) preliminary determination of Account Data Compromise Event qualification to Visa by submitting an appeal letter.  The appeal letter must:

© 2012 Visa. All Rights Reserved.

# A3561

- Be received by Visa within 30 calendar days of the Acquirer's receipt of the preliminary Notification of qualification and estimated liability
- Include written arguments and supporting information for the appeal

Visa will notify the Acquirer of the final disposition of the appeal. The decision on the appeal is final and not subject to any challenge or any other appeal rights.

The appeal rights as specified in "Enforcement Appeals" are not applicable to GCAR.

ID#: 160312-150512-0026567

## GCAR - Appeal Fee (Updated)

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** Visa will collect from the Acquirer through the Global Member Billing System a Global Compromised Account Recovery (GCAR) appeal fee, as specified in the applicable Fee Guide.

ID#: 151012-150512-0026568

## GCAR - Notification of Final Liability and Recovery Amounts

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** Visa will notify the Acquirer(s) deemed responsible for an Account Data Compromise Event of its final counterfeit fraud and operating expense liability amounts under Global Compromised Account Recovery (GCAR).

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** Visa will notify the affected Issuers that an Account Data Compromise Event qualifies for Operating Expense Recovery and Counterfeit Fraud Recovery under GCAR, and advise them of their recovery amounts.

ID#: 160312-150512-0026569

## GCAR - Debits, Credits, and Fees (Updated)

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** Visa will submit debits to the Acquirer(s) responsible for an Account Data Compromise Event and credits, less administrative fees, to eligible Issuers through the Global Member Billing System. Visa retains a Global Compromised Account Recovery (GCAR) program administration fee, as specified in the applicable Fee Guide. The debit and credit amounts as determined by Visa are final and not subject to any appeal or other challenge.

ID#: 151012-150512-0026570

© 2012 Visa. All Rights Reserved.

# A3562

Visa International Operating Regulations

### GCAR - Non-Cooperation Analysis Fee (Updated)

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** Visa assesses to the Acquirer through the Global Member Billing Systems, a Global Compromised Account Recovery (GCAR) program non-cooperation analysis fee, as specified in the applicable Fee Guide, if the Acquirer, its Merchant, or other Compromised Entity refuses to allow a forensics investigation.

ID#: 151012-150512-0026571

### GCAR - Conditions for Reimbursement

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** reimbursements under the Global Compromised Account Recovery (GCAR) program to affected Issuers are based solely upon the ability of Visa to collect the counterfeit fraud and operating expense liability amounts from the responsible Acquirer(s).

ID#: 160312-150512-0026572

### GCAR - Catastrophic Loss

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** if an Account Data Compromise Event is deemed catastrophic, Visa reserves the right to implement an alternative process to the Global Compromised Account Recovery (GCAR) program.

ID#: 160312-150512-0026573

### GCAR Program Compliance (Updated)

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** a Member must comply with the *Visa Global Compromised Account Recovery (GCAR) Guide.*

ID#: 151012-150512-0026749

### GCAR Incremental Fraud Recovery

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** to determine Incremental Fraud Recovery, the Global Compromised Account Recovery (GCAR) program:

• Uses an Incremental Counterfeit Fraud calculation that is based on actual counterfeit fraud reported in excess of the Issuer's baseline counterfeit fraud during an alert's Fraud Window. The Issuer baseline is determined at the BIN level and calculated for each alert based on a set methodology.

© 2012 Visa. All Rights Reserved.

# A3563

Visa International Operating Regulations

- Uses an Issuer Counterfeit Fraud Recovery limit to incent effective management of fraud. Issuer counterfeit fraud reported in excess of US $3,000 per account will be excluded from Incremental Counterfeit Fraud recovery calculations.

- Excludes from the Issuer recovery calculation Transactions that have been successfully charged back by the Issuer and for which the Acquirer has not submitted a successful Representment at the time of the calculation

- Includes in the Issuer recovery calculation fraud Transactions that occurred up to 12 months prior to and one month following the CAMS date

Counterfeit fraud Transactions must have been authorized through VisaNet to be eligible for GCAR recovery. The only exception to this rule is that on-us [126] ATM counterfeit fraud Transactions on Plus accounts will be eligible for GCAR recovery if the Issuer is in a country where at least 95% of domestic volume of Visa-owned brands (excluding on-us ATM) is authorized through VisaNet.

ID#: 160312-150512-0026751

## GCAR Operating Expense Recovery

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** Operating Expense Recovery under the Global Compromised Account Recovery (GCAR) program is US $2.50 per eligible account on Internet Compromise (IC) and/or Research and Analysis (RA) CAMS-alerted accounts that were not identified as expired at the time of the CAMS Alert.

ID#: 160312-150512-0026752

## GCAR General Calculation Rules

**Effective for Qualifying CAMS Events or VAB Events in which the first or only alert is sent on or after 15 May 2012,** the following general rules are applicable for Global Compromised Account Recovery (GCAR) calculations:

- Issuers must use CAMS to be eligible for recovery

- Accounts must have been authorized through VisaNet in a Transaction processed through the Compromised Entity during the Account Data Compromise Event timeframe to be included in Acquirer liability and Issuer recovery calculations

- Accounts included in a different CAMS Alert in the prior 12 months are excluded from the Acquirer liability and Issuer recovery calculations

- Visa reserves the right to adjust an Acquirer's total liability for an Account Data Compromise Event

ID#: 160312-150512-0026753

---

126  An On-Us Transaction is a Transaction where the Issuer and the Acquirer are the same Member.

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3564

## Account Data Compromise Recovery (ADCR) - U.S. Region

### Account Data Compromise Recovery Process Description - U.S. Region (Updated)

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** in the U.S. Region, the Account Data Compromise Recovery (ADCR) process allows Visa to determine the monetary scope of an account compromise event, collect from the responsible Member, and reimburse Members that have incurred losses as a result of the event.

ADCR allows the recovery of counterfeit transaction losses across all Visa-owned brands (i.e., Visa, Interlink, and Plus) when a violation attributed to another Visa Member could have allowed data to be compromised and the subsequent financial loss was associated with any of the following:

- A Visa Transaction

- An Interlink transaction

- A Plus transaction

This process is only available when there has been a violation of at least one of the following:

- Operating Regulations involving electronic storage of the full contents of any track on the Magnetic Stripe subsequent to Authorization of a Transaction

- Operating Regulations involving non-compliance with the Payment Card Industry Data Security Standard (PCI DSS) that could allow a compromise of the full contents of any track on the Magnetic Stripe

- Operating Regulations involving the PIN Management Requirements Documents that could allow a compromise of PIN data for a Visa Transaction, a Plus transaction, or an Interlink transaction subsequent to Authorization

The Account Data Compromise Recovery process includes:

- Counterfeit Fraud Recovery

- Operating Expense Recovery

ID#: 151012-010410-0000877

### Transactions Excluded from ADCR Process - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** in the U.S. Region, violations of the *Visa International Operating Regulations* not involving storage of Magnetic-Stripe Data are excluded from this process.

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** in the U.S. Region, violations not involving non-compliance with the Payment Card Industry Data Security Standard (PCI DSS) that could allow a compromise of the full contents of any track on the Magnetic Stripe are excluded from this process.

© 2012 Visa. All Rights Reserved.

# A3565

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** violations not involving a Transaction are resolved as specified in "Visa Right to Fine" and as deemed appropriate by Visa.

ID#: 160312-010410-0000878

## Determination of ADCR Eligibility - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** following the fraud analysis and investigation of the compromise event, the U.S. Member is provided with:

- Findings in support of the preliminary determination that the event is eligible for the ADCR process
- Any estimated counterfeit fraud and operating expense liability amounts

ID#: 160312-010410-0009035

## Counterfeit Fraud Recovery Process - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** a U.S. Member is compensated for a portion of its counterfeit fraud losses incurred as the result of a Magnetic-Stripe Data account compromise event. The Counterfeit Fraud Recovery process is initiated by Visa when:

- An account compromise event occurs
- A Compromised Account Management System (CAMS) Alert, or multiple CAMS Alerts for the same account compromise event, is sent to affected Members
- The account compromise event involves at least 10,000 Account Numbers **and** a combined total of US $100,000 or more recovery for all Issuers involved in the event
- At least one of the following:
  - The full contents of any track on the Magnetic Stripe was stored subsequent to Authorization of a Transaction
  - A violation of the Payment Card Industry Data Security Standard (PCI DSS) could have allowed a compromise of the full contents of any track on the Magnetic Stripe
  - A violation of the PIN Management Requirements Documents could have allowed a compromise of PIN data for a Visa Transaction, a Plus transaction, or an Interlink transaction subsequent to Authorization
- Incremental fraud is attributed to the particular account compromise event

ID#: 160312-010410-0000880

## Counterfeit Fraud Reimbursement Conditions - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** in the U.S. Region, only counterfeit fraud properly reported as specified in the *Visa International Operating Regulations* is considered when determining any reimbursement due.

ID#: 160312-010410-0000881

© 2012 Visa. All Rights Reserved.

# A3566

## Baseline Counterfeit Fraud Level Determination - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** in the U.S. Region, Visa determines a baseline counterfeit fraud level by analyzing reported Magnetic-Stripe-read counterfeit fraud losses that occurred up to 12 months before a Qualifying CAMS Event date and one month after the Qualifying CAMS Event date.

ID#: 160312-010410-0000882

## Counterfeit Fraud Recovery Eligibility - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** U.S. Members are eligible for Counterfeit Fraud Recovery when there is incremental counterfeit fraud activity above the baseline counterfeit fraud level, as determined by Visa.

ID#: 160312-010410-0000883

## Counterfeit Fraud Recovery Process - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** the U.S. Member deemed responsible for an account compromise event is notified of its estimated counterfeit fraud liability.

After the deadline for fraud reporting has passed, a Member communication broadcast is used to notify affected U.S. Members that an account compromise event qualifies for Counterfeit Fraud Recovery and advises them of their recovery amount.

The U.S. Member deemed responsible for the account compromise event is then notified of its actual counterfeit fraud liability.

ID#: 160312-010410-0008117

## ADCR Reimbursement Guidelines - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** the following rules are related to the recovery process in the U.S. Region:

• Only recovery amounts of US $25 or more are collected and distributed to affected U.S. Members.

• Only U.S. Members that were registered to receive CAMS Alerts at the time of the first CAMS Alert for the event that is the subject of the ADCR proceeding are eligible to receive counterfeit fraud reimbursement.

• Counterfeit fraud losses on Account Numbers that were included in a different Qualifying CAMS Event within the 12 months before the Qualifying CAMS Event date are excluded.

© 2012 Visa. All Rights Reserved.

# A3567

• If 2 or more Qualifying CAMS Events occur within 30 days of each other, and the events each involve a minimum of 100,000 Account Numbers, the responsible U.S. Members share liability for the counterfeit fraud amount attributed to the accounts in common.

ID#: 160312-010410-0000887

## Counterfeit Fraud Liability Collection and Distribution - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** counterfeit fraud liability is collected from the responsible U.S. Member(s) through the Global Member Billing Solution. Funds are distributed the following month, at the Business ID level, through the Global Member Billing Solution, to affected Members.

ID#: 160312-010410-0000888

## ADCR Administrative Fees - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** in the U.S. Region, an administrative fee is charged to the Issuer for each reimbursement issued, as specified in the *Visa U.S.A. Fee Guide*.

ID#: 160312-010410-0000889

## Operating Expense Recovery Process - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** a U.S. Member enrolled in the Operating Expense Recovery process is compensated for a portion of its operating expenses incurred as a result of a Magnetic-Stripe Data account compromise event. The Operating Expense Recovery process is initiated by Visa when:

• An account compromise event occurs

• A CAMS Alert, or multiple CAMS Alerts for the same account compromise event, is sent to affected Members

• The account compromise event involves at least 10,000 Account Numbers **and** a combined total of US $100,000 or more recovery for all Issuers involved in the event

• At least one of the following:

  – The full contents of any track on the Magnetic Stripe were stored subsequent to Authorization of a Transaction

  – A violation of the Payment Card Industry Data Security Standard (PCI DSS) could have allowed a compromise of the full contents of any track on the Magnetic Stripe

  – A violation of the PIN Management Requirements Documents could have allowed a compromise of PIN data for a Visa Transaction, a Plus transaction, or an Interlink transaction subsequent to Authorization

ID#: 160312-010410-0000890

© 2012 Visa. All Rights Reserved.

# A3568

## Operating Expense Recovery Enrollment - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** U.S. Members must complete the one-time Operating Expense Recovery enrollment process to be eligible to receive operating expense reimbursement. Members may enroll at any time but are only eligible for operating expense reimbursement for Qualifying CAMS Events that occur after enrollment is complete. Members not enrolled prior to a Qualifying CAMS Event date are **not** eligible to receive operating expense reimbursement.

ID#: 160312-010410-0000891

## Operating Expense Liability Notification - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** the U.S. Member deemed responsible for an account compromise event is notified of its estimated operating expense liability.

A Member communication broadcast is used to notify affected U.S. Members enrolled in the Operating Expense Recovery process that an account compromise event qualifies for Operating Expense Recovery and advises them of their recovery amount.

The U.S. Member deemed responsible for the account compromise event is then notified of its actual operating expense liability.

ID#: 160312-010410-0008116

## Operating Expense Recovery Conditions - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** the following rules are related to the recovery process in the U.S. Region:

- Only recovery amounts of US $25 or more are collected and distributed to affected U.S. Members enrolled in the Operating Expense Recovery process.

- Only U.S. Members that were registered to receive CAMS Alerts at the time of the first CAMS Alert for the event that is the subject of the ADCR proceeding are eligible to receive operating expense reimbursement.

- Operating expenses for Account Numbers that were included in a different Qualifying CAMS Event within the 12 months before the CAMS Event date are excluded.

- If 2 or more Qualifying CAMS Events occur within 30 days of each other, and the events each involve a minimum of 100,000 Account Numbers, the responsible U.S. Members share liability for the operating expense attributed to the accounts in common.

ID#: 160312-010410-0000895

© 2012 Visa. All Rights Reserved.

# A3569

## Operating Expense Liability Collection and Distribution - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** operating expense liability is collected from the responsible U.S. Member(s) through the Global Member Billing Solution. Funds are distributed the following month, at the Business ID level, through the Global Member Billing Solution to affected Members enrolled in the Operating Expense Recovery process.

ID#: 160312-010410-0000896

## Operating Expense Recovery Administration Fee - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** in the U.S. Region, an administrative fee is charged to the Issuer for each reimbursement issued, as specified in the *Visa U.S.A. Fee Guide.*

ID#: 160312-010410-0000897

## Operating Expense Reimbursement Conditions - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** reimbursements to affected U.S. Members are based solely upon the ability of Visa to collect the counterfeit fraud and operating expense liability amounts from the responsible Member.

ID#: 160312-010410-0000898

## Catastrophic Account Compromise Event - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** in the U.S. Region, if an account compromise event is deemed catastrophic, Visa reserves the right to implement an alternative process.

ID#: 160312-010410-0008929

## ADCR Appeal - U.S. Region

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** a U.S. Member may appeal a determination of eligibility to Visa by submitting an appeal letter. The appeal letter must:

- Be received by Visa within 30 calendar days of the Member's receipt of the Notification of eligibility and estimated liability
- Include written arguments and supporting information for the appeal

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** in the U.S. Region, the appeal rights, as specified in "Enforcement Appeals - U.S. Region," are **not** applicable to ADCR.

© 2012 Visa. All Rights Reserved.

# A3570

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** Visa will notify the U.S. Member of the final disposition of the appeal.

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** in the U.S. Region, the decision on any appeal is final and **not** subject to any challenge.

**Effective for Qualifying CAMS Events sent on or before 14 May 2012,** Visa will collect from the U.S. Member an appeal fee, as specified in the *Visa U.S.A. Fee Guide,* through the Global Member Billing Solution. For a data compromise event that qualifies under both the ADCR process and the international Data Compromise Recovery solution, Visa will collect only one appeal fee from the Member, as specified in the *Visa U.S.A. Fee Guide.*

ID#: 160312-010410-0009036

## Data Compromise Recovery Solution (DCRS)

### Data Compromise Recovery Solution Overview

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** an Issuer of Visa International or Visa Europe may recover incremental counterfeit fraud losses resulting from a Data Compromise event involving theft of full Magnetic-Stripe Data under the Data Compromise Recovery solution from Member(s) to whom liability for such loss has been assigned pursuant to the Data Compromise Recovery solution.

ID#: 160312-010410-0003334

### Data Compromise Recovery Solution Eligibility

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Visa will determine a data compromise event, fraud, and Issuer eligibility under the Data Compromise Recovery Solution.

ID#: 160312-010410-0003335

### Data Compromise Event Eligibility (Updated)

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Visa will determine data compromise event eligibility based on:

• Forensic confirmation or preponderance of evidence that a breach exists

• A violation of the Payment Card Industry Data Security Standard (PCI DSS) occurred that could allow a compromise of account data

• Full Magnetic Stripe counterfeit fraud occurred on a portion of exposed Account Numbers

© 2012 Visa. All Rights Reserved.

# A3571

- A minimum of 10,000 Account Numbers were exposed and there is a combined total of US $100,000 or more in recovery for all Issuers involved in the event

ID#: 151012-010410-0000867

## Data Compromise Fraud Eligibility Criteria

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Visa will determine fraud eligibility based on all of the following:

- Counterfeit fraud was reported to Visa
- Authorized counterfeit fraud Transactions with full Magnetic-Stripe Data occurred, including Card Verification Value
- Counterfeit fraud Transactions occurred after the Magnetic-Stripe Data was exposed

ID#: 160312-010410-0000868

## Unrecovered Counterfeit Fraud Losses

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Visa will determine Issuer eligibility for unrecovered counterfeit fraud losses, based on the Issuer being:

- Capable of receiving Visa data compromise fraud alerts
- In compliance with regional Issuer fraud control programs

ID#: 160312-010410-0000869

## Data Compromise Recovery Liability Time Limit

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** an Acquirer's liability under the Data Compromise Recovery solution is limited to a maximum time period of 13 months and is associated with a single data compromise event.

ID#: 160312-010410-0000870

## Data Compromise Event Time Period

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** the data compromise event time period begins with the earliest known data exposure, not to exceed 12 months before the data compromise event alert and concludes 30 calendar days following the data compromise event alert.

ID#: 160312-010410-0000871

© 2012 Visa. All Rights Reserved.

# A3572

### Data Compromise Fraud Loss Recovery

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Issuers' total fraud loss recovery is limited to the:

- Maximum liability assigned to the Acquirer by Visa
- Amount recoverable from the Acquirer

ID#: 160312-010410-0000872

### Visa Liability for Data Compromise Recovery Amount

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Visa has no liability for an Acquirer's or any other party's inability to pay any amount owed during Data Compromise Recovery.

ID#: 160312-010410-0000873

### Acquirer Liability for Data Compromise Event

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Acquirers deemed liable for a data compromise event will be obligated to bear the assigned liability as determined by Visa.

ID#: 160312-010410-0000874

### Visa Rights Pertaining to Data Compromise Event Liability

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Visa reserves the right to adjust an Acquirer's total liability for a data compromise event.

ID#: 160312-010410-0000875

### Data Compromise Recovery Debits, Credits, and Fees

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Visa will submit debits to the Acquirer responsible for the data compromise event and credits, less administrative fees, to eligible Issuers through the Global Member Billing Solution. Visa will retain an administration fee, as specified in the applicable regional fee guide.

The debit and credit amounts as determined by Visa are final and **not** subject to any appeal or other challenge.

ID#: 160312-010410-0009031

© 2012 Visa. All Rights Reserved.

# A3573

## Data Compromise Event Appeal

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** an Acquirer may appeal a determination of eligibility to Visa by submitting an appeal letter. The appeal letter must:

- Be received by Visa within 30 calendar days of the Acquirer's receipt of the Notification of eligibility and estimated liability
- Include written arguments and supporting information for the appeal

ID#: 160312-310309-0006892

## Data Compromise Event Appeal Fee

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Visa will collect from the Acquirer an appeal fee, as specified in the applicable regional fee guide, through the Global Member Billing Solution.

For a data compromise event that qualifies under both the Data Compromise Recovery solution and any other Visa Region-specific data compromise recovery program, Visa will collect only one appeal fee from the Acquirer, as specified in the applicable regional fee guide.

ID#: 160312-310309-0006893

## Data Compromise Event Appeal Decision

**Effective for Qualifying CAMS Events or VAB Events sent on or before 14 May 2012,** Visa will notify the Acquirer of the final disposition of the appeal. The decision on any appeal is final and **not** subject to any challenge.

ID#: 160312-310309-0006894

# POS Entry Mode Compliance Liability - AP Region

## Acquirer Liability for Counterfeit Transactions - AP Region

An AP Acquirer is liable for counterfeit loss, as specified in "Compliance Rights for Counterfeit Transactions - AP Region":

- When a key-entered Transaction occurs at a Merchant Outlet in a Face-to-Face Environment
- For a POS Entry Mode Code 00 Transaction, unless the Acquirer demonstrates that the Authorization Request was submitted by fax or telephone from a Merchant that does not have a Magnetic-Stripe Terminal

© 2012 Visa. All Rights Reserved.

# A3574

Visa will require an Acquirer to install a Magnetic-Stripe Terminal at a Merchant with excessive counterfeit Transactions that were processed with a POS Entry Mode Code 00 and 01.

ID#: 050411-010410-0008175

## Compliance Rights for Counterfeit Transactions - AP Region

An AP Issuer may file Compliance to recover the value of a key-entered or POS Entry Mode Code 00, "Unknown," Transaction when the:

- Cardholder disputes the Transaction in writing
- Issuer certifies the Account Number is counterfeit
- Account Number was blocked on the Exception File before or on the pre-Compliance filing date
- Transaction Receipt proves that the Cardholder did **not** participate in the Transaction
- Issuer is certified as a Card Verification Value participant and is referring or declining Transactions when the Card Verification Value fails
- Transaction occurred at a Merchant Outlet in a Face-to-Face Environment

ID#: 010410-010410-0008011

# Authentication Requirements

## PIN Requirements

### PIN Security Requirements (Updated)

**Effective through 12 September 2012,** an Acquirer must ensure the security of a PIN when used to identify the Cardholder in a Transaction, as specified in the *PCI PIN Security Requirements* manual.

**Effective 13 September 2012,** an Acquirer must ensure the security of a PIN when used to identify the Cardholder in a Transaction, as specified in the PIN Management Requirements Documents.

**Effective through 12 September 2012,** an Issuer or its agent receiving a non-secure PIN block format from Visa must convert to a secure PIN block format, as specified in the *PCI PIN Security Requirements* manual.

**Effective 13 September 2012,** an Issuer or its agent receiving a non-secure PIN block format from Visa must convert to a secure PIN block format, as specified in the PIN Management Requirements Documents.

ID#: 151012-010410-0005291

© 2012 Visa. All Rights Reserved.

# A3575

## PIN Security Program Requirements (New)

**Effective 10 May 2012,** an Acquirer or its agent processing PINs for Visa Transactions must comply with the security requirements specified in the PIN Management Requirements Documents and *Visa PIN Security Program Guide*.

See "PIN Security Non-Compliance Penalties" for penalties for failure to comply.

ID#: 151012-100512-0027086

## PIN Security Compliance VIOR 2.1.E (Updated)

**Effective through 9 May 2012,** an Acquirer or its agent processing PINs for Visa Transactions must comply with the security requirements specified in the *PCI PIN Security Requirements* manual, including the requirement to perform a "PIN Security Requirements Self-Audit." Failure to comply with the security requirements specified in the manual may subject the Acquirer to the fines specified in "PIN Security Non-Compliance Penalties."

ID#: 151012-010410-0001790

## PIN Verification Requirements (Updated)

PIN Verification is required for all ATM Transactions.

An Issuer may provide PIN Verification for each Transaction itself or using the Visa PIN Verification Service.

- If the Issuer performs PIN Verification, it must:
  - Install a direct computer interface to the V.I.P. System
  - Comply with requirements for PIN processing specified in the applicable VisaNet Manuals
- If the Issuer uses the PIN Verification Service, it must comply with the Key Management Service procedures specified in the *Payment Technology Standards Manual*.

ID#: 151012-010210-0008138

## PIN Verification Service Description

The PIN Verification Service is an optional Visa service that verifies the Cardholder's PIN in an Authorization Request. An Issuer may choose to use this service by submitting a written request to Visa at least 90 calendar days before implementation. An Issuer may choose to use the PIN Verification Service either:

- As a full-time service for all Authorization Requests that include a PIN

© 2012 Visa. All Rights Reserved.

# A3576

- On a limited basis, if the Issuer is unavailable or unable to respond within the time required by the assured Transaction response parameters

ID#: 111011-010410-0001856

## PIN as Cardholder Verification Method in Australia – Acquirer Requirements – AP Region (Updated)

**Effective 1 April 2012,** in Australia an Acquirer and its Merchants must:

- Activate their PIN pads at devices to enable PIN Transactions that are conducted in a Card-Present Environment [127]

- Provide PIN bypass facilities for all Domestic Transactions conducted in a Card-Present Environment. The Transaction must be sent Online to the Issuer or the Issuer's Agent

Chip-initiated PIN-bypass Transactions must be verified in accordance with the Card's Cardholder Verification Method List, be completed in accordance with the EMV Integrated Circuit Card Specifications for Payment Systems (EMV) and Visa Integrated Circuit Card Specification (VIS), and follow the correct Card acceptance procedures as specified in the *Visa International Operating Regulations*.

An Acquirer must ensure that appropriate training of its Merchants takes place in advance of the above requirement coming into effect.

ID#: 151012-210611-0026175

## PIN as Cardholder Verification Method in New Zealand – Acquirer Requirements – AP Region (Updated)

**Effective 1 April 2012,** in New Zealand an Acquirer and its Merchants must:

- Activate their PIN pads at devices to enable PIN Transactions that are conducted in a Card-Present Environment [128]

- Provide PIN bypass facilities for all Domestic Transactions conducted in a Card-Present Environment. The Transaction must be sent Online to the Issuer or the Issuer's Agent

Chip-Initiated PIN-bypass Transactions must be verified in accordance with the Card's Cardholder Verification Method List, be completed in accordance with the EMV Integrated Circuit Card Specifications for Payment Systems (EMV) and Visa Integrated Circuit Card Specification (VIS), and follow the correct Card acceptance procedures as specified in the *Visa International Operating Regulations*.

Acquirers must ensure that appropriate training of Merchants takes place prior to the above regulations coming into effect.

ID#: 151012-210611-0026143

---

127   Unattended Cardholder-Activated Terminals are excluded from this requirement.
128   Unattended Cardholder-Activated Terminals are excluded from this requirement.

© 2012 Visa. All Rights Reserved.

# A3577

## Issuer PIN Security Requirements - Canada Region (Updated)

**Effective through 12 September 2012,** a Canada Issuer or its agent issuing PINs for Visa Chip Cards must comply with the security requirements specified in the *Issuer PCI PIN Security Requirements* manual at on Visa Online and which may be changed from time to time by Visa management in its sole discretion. Canada Members will be provided reasonable advance notice of all such changes.

**Effective 13 September 2012,** a Canada Issuer or its agent that issues PINs for Visa Chip Cards must comply with the security requirements specified in the *Visa Issuer PIN IVR Security Manual - Canada Region,* which may be changed from time to time by Visa in its sole discretion. Canada Members will be provided reasonable advance notice of all such changes.

ID#: 151012-010410-0001795

## PIN Verification Service - Issuer Requirements - U.S. Region

If a U.S. Issuer uses the PIN Verification Service, the Issuer must either:

- Encode the PIN Verification Field on the Magnetic Stripe, and for Cards containing a Chip, both the Magnetic Stripe and Chip
- Ensure that the PIN Verification Value resides on the PIN Verification Value File

If the U.S. Issuer does not require Stand-In Processing to verify PINs, the Issuer is **not** required to encode PIN Verification data on the Magnetic Stripe or Chip.

ID#: 010410-010410-0007045

## PIN Security Requirements - U.S. Region (Updated)

**Effective through 9 May 2012,** a U.S. Acquirer or its agent processing PINs for Visa Transactions must comply with the security requirements specified in the PIN Management Requirements Documents.

Each year, on a predetermined due date, a U.S. Acquirer or its agent must complete and return to Visa:

- The "PIN Security Requirements Self-Audit Compliance Statement"
- If required, the "PIN Security Requirements Self-Audit Exception Form"

In addition, every 36 months, on the same predetermined due date, a U.S. Acquirer must complete and return the "PIN Security Requirements Self-Audit" form.

See "PIN Security Non-Compliance Penalties - U.S. Region" for penalties for failure to comply.

ID#: 151012-010410-0007046

© 2012 Visa. All Rights Reserved.

# A3578

## Triple DES

### Triple Data Encryption Standard Requirements - AP Region

An AP Issuer must be certified to receive and process Triple Data Encryption Standard (DES) Transactions.

An AP Acquirer must ensure that:

- All ATMs must support Triple DES
- All PIN-based point-of-sale (POS) acceptance devices must support Triple DES
- All transactions initiated at Triple DES-capable devices must be Triple DES-encrypted from point of acceptance to Visa

ID#: 010410-010410-0008139

### ATM Triple Data Encryption Standard Requirements - Canada Region

All ATMs in the Canada Region must be Triple Data Encryption Standard (Triple DES) capable and all online PIN-based Transactions initiated at ATMs must be Triple DES encrypted end-to-end using double-length keys.

ID#: 111011-010710-0004709

## Card Verification Value (CVV)

### Card Verification Service Participation

All Members must participate in the Card Verification Service.

ID#: 111011-010410-0003234

### Card Verification Value Requirements (Updated)

An Issuer must be capable of receiving the POS Entry Mode code and processing the Card Verification Value, as specified in the applicable VisaNet Manuals.

All Cards must be encoded with the Card Verification Value, as specified in the *Payment Technology Standards Manual.*

Subject to the rule below, at the Issuer's option, the Card Verification Value contained in the Magnetic-Stripe Image (track 2 equivalent data) on the Chip ( Chip Card Verification Value-iCVV) may differ from the Card Verification Value encoded on the Card's Magnetic Stripe.

© 2012 Visa. All Rights Reserved.

# A3579

Visa International Operating Regulations

All newly issued EMV Chip Cards and existing EMV Chip Cards on renewal must use Chip Card Verification Value-iCVV as part of the Magnetic-Stripe Image, as defined in the *Payment Technology Standards Manual.*

ID#: 151012-010410-0008133

## Card Acceptance Terminal Requirements

An Acquirer must ensure that its Merchant Card acceptance terminal transmits the entire unaltered contents of the Magnetic Stripe or be subject to a Chargeback.

ID#: 010410-010410-0000666

## Card Verification Value Encoding Requirements (Updated)

All Cards, including Emergency Card Replacements, must be encoded with the Card Verification Value, as specified in the *Payment Technology Standards Manual.*

ID#: 151012-010210-0003604

## Authorized Transactions with Failed CVV - AP Region

An AP Issuer is prohibited from initiating a Chargeback if the Transaction failed CVV, but was authorized by the Issuer or Stand-In Processing.

ID#: 010410-010410-0000613

## Integrated Circuit Card Verification Value (iCVV) Requirements - AP Region

All new AP Chip Card Issuers must certify support for Integrated Circuit Card Verification Value (iCVV) in the Magnetic Stripe data encoded on the Chip.

All AP Visa Smart Debit and Credit (VSDC) Card Issuers must certify support for Integrated Circuit Card Verification Value (iCVV) in the Magnetic Stripe data encoded on the Chip.

All newly issued AP Visa Smart Debit and Credit (VSDC) Cards must contain an Integrated Circuit Card Verification Value (iCVV) in the Magnetic Stripe data encoded on the Chip.

The Card Verification Value (CVV) encoded on other (non-Magnetic Stripe) technologies must differ from the CVV value encoded on the physical Magnetic Stripe.

ID#: 010410-010410-0004087

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3580

## dCVV for Contactless Payment Program - U.S. Region (Updated)

**Effective through 14 October 2012,** a U.S. Issuer must support Dynamic Card Verification Value (dCVV) authentication for its Contactless Payment Program, as specified in the *Visa U.S.A. Contactless Payment Program Technical Implementation Guid*e.

**Effective 15 October 2012,** a U.S. Issuer must support Dynamic Card Verification Value (dCVV) authentication for its Contactless Payment Program, as specified in the *Visa payWave U.S. Issuer Implementation Guide.*

ID#: 151012-010410-0000671

## Card Verification Value 2 (CVV2)

### CVV2 on Visa Cards (Updated)

All Visa Cards must bear a Card Verification Value 2 (CVV2), as specified in the:

- *Payment Technology Standards Manual*
- *Visa Product Brand Standards*

CVV2 is optional for a Proprietary Card bearing the Plus Symbol.

**Effective 8 March 2012,** this requirement does not apply to Mobile Payment Devices.

ID#: 151012-010210-0000676

### CVV2 on Visa Electron Cards (Updated)

If the full Account Number is used, an Issuer must indent-print a Card Verification Value 2 on the back of a Visa Electron Card, as specified in the:

- *Payment Technology Standards Manual*
- *Visa Product Brand Standards*

ID#: 151012-010210-0000677

### CVV2 for Card-Absent Transactions - AP Region

In a Card-Absent transaction where the CVV2 was supplied by the AP Acquirer as part of the Authorization message, an AP Issuer will be liable for Transactions approved showing a CVV2 result code of N.

ID#: 010410-010410-0000674

© 2012 Visa. All Rights Reserved.

# A3581

## Card Verification Value 2 (CVV2) Requirements in Australia – AP Region

**Effective 1 April 2012,** all Electronic Commerce Merchants must capture CVV2 and include it in the Authorization record.

This requirement does not apply to:

- Merchants who participate in Verified By Visa
- Transactions involving Visa Commercial Card Virtual Accounts

**Effective 1 April 2012**, all Acquirers must correctly process CVV2 response codes.

ID#: 111011-140411-0026176

## Card Verification Value 2 (CVV2) Requirements in Hong Kong – AP Region (Updated)

All Electronic Commerce Merchants in Hong Kong must capture CVV2 and include it in the Authorization Request. Transactions involving Visa Commercial Card Virtual Accounts are excluded from this mandate.

All Acquirers in Hong Kong must correctly process CVV2 response codes.

ID#: 151012-011011-0026538

## Card Verification Value 2 (CVV2) Requirements in New Zealand – AP Region

**Effective 1 April 2012**, all Electronic Commerce Merchants must capture CVV2.  Visa Commercial Card Virtual Accounts are excluded from this requirement.

**Effective 1 April 2012**, all Acquirers must correctly process CVV2 response codes.

ID#: 050411-060111-0026144

## CVV2 Requirements - Canada Region

A Canada Acquirer participating in the Card Verification Value 2 (CVV2) service must populate the CVV2 results code received in the Authorization Response in a Transaction's corresponding Clearing Record.

ID#: 010410-010410-0000675

## CVV2 Issuer Requirements - U.S. Region (Updated)

All U.S. Issuers must:

© 2012 Visa. All Rights Reserved.

# A3582

- Be certified as able to receive and respond to Authorization Requests containing the values for Card Verification Value 2 (CVV2), as specified in the applicable VisaNet Manuals
- Provide Visa with valid CVV2 encryption keys and test account numbers with CVV2 values and expiration dates

ID#: 151012-010410-0000672


## CVV2 Acquirer Requirements - U.S. Region (Updated)

All U.S. Acquirers must be certified as able to send, and receive responses to, Authorization Requests containing the values for Card Verification Value 2, as specified in the applicable VisaNet Manuals.

ID#: 151012-010410-0003845


## CVV2 Submission in a Face-to-Face Environment - U.S. Region (Updated)

In the U.S. Region, for a Transaction in a Face-to-Face Environment, if the Magnetic Stripe cannot be read, the Card Verification Value 2 (CVV2) is an Imprint if the:

- Transaction is key-entered
- CVV2 is included in the Authorization Request
- Merchant is not assigned Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks"
- Transaction is not a:
  – Quasi-Cash Transaction
  – Cash-Back Transaction
  – Manual Cash Disbursement
- Authorization was obtained

ID#: 151012-151011-0026370


# Authentication Fines and Penalties


## PIN Security Non-Compliance Penalties (Updated)

**Effective through 9 May 2012,** a Member is subject to the fines specified in the table below if it fails to comply with "PIN Security Compliance" and:

- Complete and return the " PIN Security Requirements Self-Audit" form
- Complete and return the "PIN Security Requirements Self-Audit Compliance Statement"
- Respond to a non-compliance Notification

© 2012 Visa. All Rights Reserved.

# A3583

**Fines for Failure to Complete the PIN Security Requirements
Self-Audit or Self-Audit Compliance Statement, or Respond to
Non-Compliance Notification (Effective through 9 May 2012)**

| Calendar Days | Fine |
|---|---|
| Annual due date + 29 calendar days | No fine |
| Due date + 30 calendar days to 59 calendar days | US $10,000 fine |
| Due date + 60 calendar days to 89 calendar days | US $10,000 fine |
| Due date + 90 calendar days to 119 calendar days | US $10,000 fine |
| Due date + 120 calendar days and every 30 calendar days onward | US $25,000 fine |

**Effective 10 May 2012,** a Member may be assessed a fine for its or its agent's failure to comply with any of the requirements in the *PIN Security Program Guide*, as specified in the following table:

| Violation | Fine |
|---|---|
| Initial violation and each month of unaddressed violations, up to 4 months after the initial violation | US $10,000 per month |
| Violations after 4 months and each month thereafter | US $25,000 per month |

ID#: 151012-010410-0001288

## PIN Security Violation Penalties (Updated)

**Effective through 12 September 2012,** an Acquirer that fails to respond within 30 calendar days of receipt of a non-compliance Notification, following an onsite inspection for PIN security violations, may be fined or have its certification suspended until the response has been received and acknowledged by Visa.

An Acquirer that provides an action plan in response to a Notification but does not perform its commitments must post a performance bond or escrow of US $100,000 until either:

- Compliance is confirmed by Visa
- Acquirer certification is suspended

If Acquirer certification is suspended, the Acquirer may forfeit the posted or escrowed amount.

ID#: 151012-010410-0005872

© 2012 Visa. All Rights Reserved.

# A3584

Visa International Operating Regulations

## PIN Security Review Fee - AP Region (Updated)

A fee will be assessed for each initial AP PIN Security review performed, as specified in the applicable Fee Guide. If, after a PIN review, Visa determines that an AP Member fails to demonstrate full compliance with the *PCI PIN Security Requirements,* the Member is responsible for:

• Follow-up review fee dependent on the level of non-compliance identified

• Cost associated with additional reviews until compliant

ID#: 151012-010410-0001794

## PIN Security Non-Compliance Penalties - U.S. Region (Updated)

**Effective through 9 May 2012,** if a U.S. Member fails to complete and return the "PIN Security Requirements Self-Audit" form or the "PIN Security Requirements Self-Audit Compliance Statement," the Member is assessed a fine, as specified in the table below.

### Fines for Failure to Complete PIN Security Requirements Self-Audit or Compliance Statement - U.S. Region (Effective through 9 May 2012)

| Calendar Days | Fine |
|---|---|
| Annual due date + 29 calendar days | No fine |
| Due date + 30 calendar days to 59 calendar days | US $10,000 fine |
| Due date + 60 calendar days to 89 calendar days | US $10,000 fine |
| Due date + 90 calendar days to 119 calendar days | US $10,000 fine |
| Due date + 120 calendar days and each subsequent 30-calendar-day period | US $25,000 fine |

ID#: 151012-010410-0003708

## Contesting of PIN Requirement Non-Compliance Penalty - U.S. Region (Updated)

**Effective through 12 September 2012,** a U.S. Issuer may contest an assessed PIN requirements penalty by submitting evidence to Visa that the penalty was not warranted.

If an Issuer contests an assessed penalty because it may be eligible for a Variance or Waiver, Visa will consider the opposition as a request for a Variance or Waiver.

If Visa grants a Variance or Waiver, the assessed penalty will be waived.

ID#: 151012-010410-0008152

© 2012 Visa. All Rights Reserved.

# A3585

# Terminated Merchant File

## Terminated Merchants

### Required Use of Visa Merchant Trace System - AP Region (Updated)

**Effective through 31 January 2012,** in the AP Region all Acquirers located in Australia, Cambodia, Hong Kong, India, Indonesia, Macau, Malaysia, New Zealand, Philippines, Sri Lanka and Thailand must:

- Enter terminated Merchant details into the Visa Merchant Trace System database within one business day after terminating a Merchant Agreement due to one of the reasons specified in the "Terminated Merchant Listing Reasons" in the *Visa Merchant Trace System Participation Requirements*
- Comply with all requirements specified in the *Visa Merchant Trace System Service Participation Requirements*

**Effective 1 February 2012 through 30 April 2012,** in the AP Region all Acquirers located in Australia, Cambodia, Hong Kong, India, Indonesia, Macau, Malaysia, New Zealand, Philippines, Sri Lanka, Thailand, Singapore and Vietnam must:

- Enter terminated Merchant details into the Visa Merchant Trace System database within one business day after terminating a Merchant Agreement due to one of the reasons specified in the "Terminated Merchant Listing Reasons" in the *Visa Merchant Trace System Participation Requirements*
- Comply with all requirements specified in the *Visa Merchant Trace System Service Participation Requirements*

**Effective 1 May 2012,** in the AP Region all Acquirers located in Australia, Cambodia, Hong Kong, India, Indonesia, Macau, Malaysia, New Zealand, Philippines, Sri Lanka, Thailand, Singapore, Vietnam and China must:

- Enter terminated Merchant details into the Visa Merchant Trace System database within one business day after terminating a Merchant Agreement due to one of the reasons specified in the "Terminated Merchant Listing Reasons" in the *Visa Merchant Trace System Participation Requirements*
- Comply with the *Visa Merchant Trace System Service Participation Requirements*

ID#: 151012-010311-0026131

© 2012 Visa. All Rights Reserved.

# A3586

## Common Terminated Merchant Database - Canada Region

All Canada Acquirers in Canada must participate in a common terminated Merchant database. The database must be an automated Merchant risk database that Acquirers within Canada may use to determine if a Merchant's contract has been terminated for cause by another Acquirer. An Acquirer must use either:

- An externally managed common terminated Merchant database
- Visa National Merchant Alert Service

ID#: 010410-010410-0007377

## National Merchant Alert Service - Canada Region

Canada Acquirers must:

- Concurrent with the closure of a Merchant Outlet, list the Merchant on a common terminated merchant database or the National Merchant Alert Service file for a period of 3 years if the Merchant violated the Merchant Agreement and was subsequently terminated for cause
- Retain Merchant Agreement termination information for all Merchants listed on a common terminated merchant database or the National Merchant Alert Service file for a period of 3 years

ID#: 010410-010410-0007378

## National Merchant Alert Service Fee - Canada Region

Canada Acquirers must pay Visa a National Merchant Alert Service fee to be collected through VisaNet if the service is utilized.

ID#: 010410-010410-0007380

## Terminated Merchant Non-Compliance Fines - Canada Region

If a Canada Acquirer fails to comply with the requirements of "Common Terminated Merchant Database - Canada Region," Visa may assess a fine of CAD $2,500 per violation.

ID#: 010410-010410-0007381

## Terminated Merchant File Listing Requirements - U.S. Region 2.2.C.2.a

A U.S. Acquirer must add a terminated Merchant to the file as soon as possible, but no later than close of business on the day following the date the Merchant is notified of the intent to terminate the agreement. An Acquirer must list the Merchant if terminated for one or more of the following reasons:

- Merchant was convicted of credit or debit card fraud

© 2012 Visa. All Rights Reserved.

# A3587

Visa International Operating Regulations

- Merchant deposited excessive Counterfeit Transaction Receipts
- Merchant deposited excessive Transaction Receipts unauthorized by Cardholders
- Merchant deposited Transaction Receipts representing sales of goods or services generated by another Merchant (laundering)
- Acquirer received an excessive number of Chargebacks due to Merchant's business practices or procedures

ID#: 010410-010410-0007386

## Terminated Merchant File Information Requirements - U.S. Region

A U.S. Acquirer must add a Merchant to the Terminated Merchant File within 24 hours of determining that:

- The Merchant was terminated for reasons other than those listed in "Terminated Merchant File Listing Requirements - U.S. Region"
- Within 90 calendar days of the termination date, the Acquirer determines that the Merchant should have qualified for the listing

The Merchant listing must include the:

- Business name
- Names and identification of principals of terminated Merchants

The Acquirer must report terminated Merchants, as specified .

ID#: 111011-010410-0007969

## Terminated Merchant File Deletion - U.S. Region

Only the U.S. Member that added the Merchant to the Terminated Merchant File may request deletion of the Merchant name or information.

A Member that incorrectly adds a Merchant to the file must request correction of the file immediately upon recognition of an error.

ID#: 010410-010410-0007963

## Terminated Merchant File Compliance Reasons - U.S. Region

A U.S. Member that fails to comply with the Terminated Merchant File requirements specified in the U.S. Regional Operating Regulations may be subject to Compliance, including liability for losses incurred by another Member as a result of the failure to comply.

ID#: 010410-010410-0008174

© 2012 Visa. All Rights Reserved.

# A3588

# Chapter 9: Dispute Resolution

# Core Principle 9.1

### Attempt to Honor/Post all Transactions

### Issuer Transaction Acceptance

Participating issuers are responsible for accepting and attempting to honor all transactions, but they may have rights to return transactions for reasons specified by Visa. These reasons can include events such as inadvertent processing errors, some types of fraud and certain cardholder disputes.

ID#: 171009-171009-0025563

# Core Principle 9.2

### Offer Mutual Assistance to Other Participants

### Assisting in the Resolution of Disputes

Participants in the Visa system agree to attempt to offer mutual assistance to other participants to resolve transaction disputes prior to escalating the dispute to Visa for final resolution.

ID#: 171009-171009-0025564

# Core Principle 9.3

### Prevent Unjust Enrichment

### Unjust Enrichment

Visa participants agree to take appropriate action to prevent unjust enrichment to themselves or their customers by failing to credit a customer for a transaction that is charged back, or by taking multiple credits for a single transaction.

ID#: 171009-171009-0025565

© 2012 Visa. All Rights Reserved.

# A3589

# Core Principle 9.4

## Visa Acts as Arbitrator

### Arbitrating Unresolved Disputes

For unresolved transaction disputes, Visa acts essentially as an arbitrator between participants.

ID#: 171009-171009-0025566

# Dispute Resolution Process

## Cardholder Disputes

### Introduction to Dispute Resolution - U.S. Region

**Effective for Transactions completed through 30 June 2015,** for a U.S. Domestic Transaction, an Issuer must resolve Cardholder disputes under the Operating Regulations by extending to Cardholders all protections provided on any Visa Card under Federal law or regulation and by utilizing the Issuer's customary practices to resolve Cardholder disputes, regardless of which type of Visa Card was used. Thus, the resolution of such Cardholder disputes will be the same in similar circumstances regardless of which type of Visa Card was used. The foregoing applies only with respect to Transactions on Cards using the Visa Brand Mark, not to Transactions using any other payment card brand even if such brand is on the Visa Card. By way of example, a purchase made with a Visa Check Card that is not a Visa Check Card II and is processed as another brand network transaction, such as a domestic PIN network, is not governed by this rule because the purchase is not a Transaction made using the Visa Brand Mark.

**Effective for Transactions completed on or after 1 July 2015,** for a U.S. Domestic Transaction, an Issuer must resolve Cardholder disputes under the Operating Regulations by extending to Cardholders all protections provided on any Visa Card under Federal law or regulation and by utilizing the Issuer's customary practices to resolve Cardholder disputes, regardless of which type of Visa Card was used. Thus, the resolution of such Cardholder disputes will be the same in similar circumstances regardless of which type of Visa Card was used. The foregoing applies only with respect to Transactions on Cards using the Visa Brand Mark, not to Transactions using any other payment card brand even if such brand is on the Visa Card. By way of example, a purchase made with a Visa Check Card that is processed as another brand network transaction, such as a domestic PIN network, is not governed by this rule because the purchase is not a Transaction made using the Visa Brand Mark.

ID#: 160312-171009-0003557

© 2012 Visa. All Rights Reserved.

# A3590

## Mutual Assistance

### Mutual Assistance Between Members

A Member must attempt to offer mutual assistance to other Members to resolve disputes between both:

- Its Cardholder and another Member's Merchant
- Its Merchant and another Member's Cardholder

If a Cardholder or Merchant accepts financial liability for a Transaction, its Member must reimburse the other Member directly.

ID#: 171009-171009-0003250

## Visa System Problems

### Member Exceptions Due to Visa System Problems During the Dispute Process (New)

In the event a Member misses a deadline or fails to submit documentation electronically due to Visa back office service platform failure, Visa may negate the impact by granting an exception to Visa dispute processing deadlines or documentation requirements.

ID#: 151012-131012-0027132

# Transaction Receipt

## Request for Transaction Receipt Copy

### Transaction Receipt Request

An Issuer may request a Transaction Receipt from an Acquirer.

ID#: 171009-171009-0003257

### Request for Transaction Receipt Copy and Substitute Transaction Receipt (Updated)

An Issuer may request a Transaction Receipt copy from an Acquirer only for the reasons specified in the following table. The Issuer must accept a Substitute Transaction Receipt for certain Transactions, as applicable. For Transactions conducted in a Card-Present Environment, Substitute Transaction Receipts are considered invalid Transaction Receipts.

© 2012 Visa. All Rights Reserved.

# A3591

Visa International Operating Regulations

**Transaction Receipt Retrieval Request Reasons**

| Request Reason for Copy BASE II Transaction Code 52 (Field 63.3 in Single Message System) | BASE II Request Code | Single Message System Request Code |
|---|---|---|
| Request for copy bearing signature[1] | 28 | 0028 |
| **Effective for Retrieval Requests processed through 19 April 2013,** T&E Document request | 29 | 0029 |
| Cardholder request due to dispute | 30 | 0030 |
| Fraud analysis request | 33 | 0033 |
| Legal process request | 34 | 0034 |

1.  Not applicable to a Vehicle-Specific Fleet Card Transaction.

ID#: 151012-171009-0003255

## Minimum Data Requirements for Retrieval Requests (Updated)

Each Retrieval Request must contain at least the following data:

- Acquirer Reference Number
- Account Number
- Transaction Date of original Presentment
- Merchant Category Code
- Either the Transaction amount in the Transaction Currency or a complete Merchant description
- Applicable Retrieval Request reason code from the Transaction Receipt Retrieval Request Reasons table
- The following provisions apply to U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*
    - Merchant city and state *(This only applies in the U.S. Region.)*
    - Acquirer's Business I.D. *(This only applies in the U.S. Region.)*
    - Transaction Identifier, if present in the original Presentment *(This only applies in the U.S. Region.)*
    - Visa Prepaid Card indicator, if present in the original Presentment *(This only applies in the U.S. Region.)*
    - Transaction amount *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0000314

© 2012 Visa. All Rights Reserved.

# A3592

## Request for Transaction Receipt Copy in Japan - AP Region (New)

**Effective through 31 January 2014,** for disputes resulting from a Domestic Transaction conducted in Japan, to confirm whether a Cardholder participated in the Transaction, an Issuer may request an Acquirer to provide the Transaction Receipt by sending a fax to the Acquirer.

Each fax must contain the following data:

- Primary Account Number (PAN)
- Transaction Date
- Transaction Amount
- Merchant Name
- Date of Request

ID#: 151012-150710-0027121

## Transaction Receipt Retrieval Request Reasons - LAC Region

For an Intraregional Transaction in the LAC Region, the following table lists the reason for requesting copies of the Transaction Receipt and H&C Document, and their corresponding BASE II request and confirmation codes. *(This only applies in the Latin America & Caribbean Region.)*

### Transaction Receipt Retrieval Request Reason - LAC Region

| Copy Request Reason for Base II Transaction Code 52 | Base II Request Code |
|---|---|
| Cardholder requests copy bearing signature and/or H&C Document | 28 |

ID#: 111011-171009-0003426

## Request for Easy Pay Transaction Receipt Copy - LAC Region

For an Intraregional Transaction in the LAC Region, to fulfill a request for a BASE II Copy Request code for an Easy Pay Transaction, the LAC Acquirer must provide a copy of the "Cardholder Participation Request and Consent Form," including all of the following:

- Cardholder name
- Account Number
- Card expiration date (if available)
- Cardholder signature
- Merchant name and location

© 2012 Visa. All Rights Reserved.

# A3593

Visa International Operating Regulations

- Description of good(s) or service(s)
- Detail of services charged

ID#: 160312-171009-0003655

## Retention

### Transaction Receipt Retention Periods (Updated)

If requested, an Acquirer must provide an Issuer with a legible Transaction Receipt copy during the required retention period, as specified in the following table.

**Transaction Receipt Retention Periods**

| Document | Retention Period |
|---|---|
| Original Transaction Receipt | According to applicable law |
| Transaction Receipt copy or substitute | 13 months from Processing Date<br>For Intraregional Transactions in the LAC Region, refer to Document Retention Period - LAC Region. |
| T&E Document | 6 months from Processing Date |
| Recurring Transaction Receipt | 13 months from Processing Date of latest Transaction |

ID#: 151012-171009-0003258

### Document Retention Period - LAC Region

For an Intraregional Transaction in the LAC Region, if requested, an Acquirer must provide an Issuer with legible Transaction Receipt copies during the required retention period, as specified in the following table.

**Document Retention Period - LAC Region**

| Document | Retention Period |
|---|---|
| Copy of Transaction Receipt or substitute | 12 months from the Endorsement Date or Settlement Date |
| H&C Document | 6 months from Endorsement Date or Settlement Date |
| Easy Pay Transaction | 12 months from the Endorsement Date or Settlement Date of the latest Transaction |

ID#: 160312-171009-0003427

© 2012 Visa. All Rights Reserved.

# A3594

## Request and Fulfillment

### Transaction Receipt Fulfillment Documents - Data Requirements (Updated)

The following tables specify the Substitute Transaction Receipt data requirements, excluding Domestic Transactions in Brazil and U.S. Domestic Transactions. For U.S. Domestic Transactions, refer to "Substitute Transaction Receipt Data Requirements - U.S. Region." For Domestic Transactions in Brazil, refer to "Substitute Transaction Receipt Data Requirements for Brazil - LAC Region."

**Substitute Transaction Receipt Fulfillment Documents - Recurring, Mail/Phone Order, Retail, and Electronic Commerce Transactions (Effective for Transactions completed through 12 October 2012)**

| Transaction Type | | |
| --- | --- | --- |
| | Recurring or Mail Order (Excludes Phone Order) | Electronic Commerce |
| Requested Document | Cardholder written permission | Substitute Transaction Receipt |
| **Required Data on Document** | | |
| Account Number | X | X |
| Transaction Date | X | X |
| Transaction Amount | X | X |
| Transaction Currency | Not applicable | X |
| Authorization Code | If any | X |
| Cardholder Signature | X[1] | Not applicable |
| Merchant Name | X | X |
| Merchant Location | X | Online address |
| Description | Merchandise or services | Merchandise or services[2] |
| Itemized Charges | X | Not applicable |

1. The Recurring Services Merchant must retain the Cardholder's permission in a format such as an e-mail, other electronic record, or in paper form, for the duration of the Recurring Transactions and provide it upon Issuer request.

2. To remedy a Retrieval Request or use Reason Code 75, "Transaction Not Recognized" for an Aggregated Transaction, an Electronic Commerce Merchant must provide the details for the individual purchases that have been aggregated.

© 2012 Visa. All Rights Reserved.

# A3595

Visa International Operating Regulations

### Substitute Transaction Receipt Fulfillment Documents - T&E Transactions

| Document Type | Transaction Type | | | |
|---|---|---|---|---|
| | Car Rental | Airline | Hotel | Cruise Line |
| Copy | Copy | Copy | Copy | Copy |
| Substitute Transaction Receipt | X | X | X | X |
| T&E Document | $X^1$ | | $X^1$ | $X^1$ |
| **Required Data on Document** | | | | |
| Account Number | X | X | X | X |
| Cardholder Name | X | If applicable | X | X |
| Passenger or Guest Name, if different than Cardholder Name | | X | X | X |
| Cardholder Address | X | | | |
| Address where tickets were sent | | If available and applicable | | |
| Transaction Date | | X | | |
| Rental and Return Dates | X | | | |
| Transaction Code | If any | | | |
| Transaction Amount | X | X | X | X |
| Authorization Code | If any | If any | If any | If any |
| Merchant Name | X | X | X | X |
| Merchant Location | | | X | X |
| Rental and Return location | X | | | |
| Travel Agent Name and Address | | If applicable | | |
| Rental Agreement Number | X | | | |
| Description | $X^2$ | Airline flight information | Dates of stay, check-in, and check-out | Dates of cruise embarkation and disembarkation |

VISA PUBLIC                           15 October 2012
© 2012 Visa. All Rights Reserved.

# A3596

Visa International Operating Regulations

| Document Type | Transaction Type | | | |
|---|---|---|---|---|
| | Car Rental | Airline | Hotel | Cruise Line |
| Itemized Charges | | | X[3] | X[3] |

1. Must include a copy of all documents pertaining to a T&E Transaction, including the Transaction Receipt, car rental agreement, or if one was created, a Guest Folio, as applicable. The Card Imprint and Cardholder signature must also be included if either or both were obtained.

2. Includes type of car, mileage, rental rates, actual rate, refueling and insurance charges, adjustments, tax, cash received, billing method, and rental agent ID number.

3. Includes room rate, tax, and food, beverage, and incidental charges.

ID#: 151012-171009-0003260

## Substitute Transaction Receipt Requirements

To satisfy a Retrieval Request resulting from a Transaction conducted in a Card-Absent Environment, the Acquirer may provide a Substitute Transaction Receipt, containing the following:

- Account Number
- Transaction Date
- Transaction amount
- Authorization Code (if any)
- Merchant name and location
- Description of the merchandise or services
- "Ship to" address (if applicable)

ID#: 160312-171009-0003543

## Retrieval Request Requirements (Updated)

To satisfy a Retrieval Request, the Acquirer must:

- Provide a Transaction Receipt copy
- Provide a Substitute Transaction Receipt containing the required data for a Transaction conducted in a Card-Absent Environment
- Provide a T&E Document, if applicable

ID#: 151012-171009-0003540

© 2012 Visa. All Rights Reserved.

# A3597

## T&E Document Retrieval Request (Updated)

To satisfy a Retrieval Request for a T&E Document, the Acquirer must provide a copy of all documents pertinent to the Transaction, including the Transaction Receipt, car rental agreement, or Guest Folio, if created. The Card Imprint and Cardholder signature must be included if either or both was obtained.

ID#: 151012-171009-0003544

## Retrieval Request and Fulfillment Requirements in Japan - AP Region (New)

**Effective through 31 January 2014,** to complete a Retrieval Request due to a dispute resulting from a Domestic Transaction conducted in Japan either:

- The Issuer must call the Acquirer prior to sending the fax
- The Issuer or the Acquirer must call the other Member to confirm the receipt of the fax

ID#: 151012-150710-0027122

## Substitute Transaction Receipt Data Requirements for Brazil - LAC Region

For Domestic Transactions in Brazil, Substitute Transaction Receipts must contain the elements listed below. For Substitute Transaction Receipt data requirements for International Transactions, refer to "Transaction Receipt Fulfillment Documents - Data Requirements."

For car rental, Airline, passenger railway, lodging, or Cruise Line Transactions:

- Product type
- Account Number
- Transaction Date
- Transaction time
- Transaction amount
- Sales type
- Authorization Code
- POS Entry Mode code
- Merchant name
- Merchant location
- Merchant ID
- Terminal ID
- Chip Cryptogram code, if applicable
- Transaction with PIN, if applicable

© 2012 Visa. All Rights Reserved.

# A3598

Visa International Operating Regulations

For Recurring Transactions, Mail/Phone Order Transactions, retail Transactions, or Electronic Commerce Transactions:

- Product type
- Account Number
- Transaction Date
- Transaction time
- Transaction amount
- Sales type
- Authorization Code
- POS Entry Mode
- Merchant name
- Merchant location
- Merchant ID
- Terminal ID
- TC Chip Cryptogram code, if applicable
- Transaction Receipt Fulfillment Documents

ID#: 111011-010710-0025769

## Transaction Receipt Fulfillment Documents - H&C Transaction Data Requirements - LAC Region

For Intraregional H&C Transactions in the LAC Region, the following table details the requirements an Acquirer has to comply with in order to fulfill the Transaction Receipt Retrieval Request for H&C Transactions. *(This only applies in the Latin America & Caribbean Region.)*

**Transaction Receipt Fulfillment Documents - H&C Documents - LAC Region**

| Public and Private Hospitals (H&C) | |
|---|---|
| **Type of Document** | |
| Original or Copy | Copy |
| Substitute Transaction Receipt | X |
| H&C Document | X[1] |
| **Required Data on Document** | |
| Account Number | X |
| Cardholder name | X |

© 2012 Visa. All Rights Reserved.

# A3599

Visa International Operating Regulations

| Public and Private Hospitals (H&C) | |
|---|---|
| Patient name | X |
| Cardholder address | X |
| Check-in and check-out dates | X |
| Transaction code | If any |
| Transaction Amount | X |
| Authorization Code | If any |
| Merchant name | X |
| Public and private hospital location | X |
| Itemized charges | $X^2$ |

1. Must include a copy of all documents pertaining to an H&C Transaction, including the Transaction Receipt and hospitalization agreement, if any. The Card Imprint and Cardholder signature must also be included, if either or both were obtained.

2. Includes doctors' fees (if applicable), the room rate, taxes and charges for medications and supplies.

ID#: 111011-171009-0003428

## Transaction Receipt Fulfillment Documents - Easy Pay Transaction Data Requirements - LAC Region

For Intraregional Easy Pay Transactions in the LAC Region, the following table details the requirements that an Acquirer must comply with in order to fulfill Copy Requests for Easy Pay Transactions. *(This only applies in the Latin America & Caribbean Region.)*

### Transaction Receipt Fulfillment Documents - Easy Pay - LAC Region

| Easy Pay Transaction | |
|---|---|
| **Type of Document** | |
| Original or Copy | Original or copy |
| Document requested | Cardholder's written permission |
| **Required Data on Document** | |
| Account Number | X |
| Card expiration date | If available |
| Cardholder name | X |
| Transaction date | X |
| Transaction amount | X |

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3600

Visa International Operating Regulations

| | |
|---|---|
| Authorization Code | If any |
| Cardholder signature | X[1] |
| Merchant name | X |
| Merchant location | X |
| Description | Goods or services |
| Itemized charges | X[2] |

1. A Merchant that accepts Easy Pay Transactions must retain the written permission signed by the Cardholder in a format such as e-mail, other electronic record, or in paper form, for the duration of the period agreed upon by the Cardholder for Easy Pay Transactions with said Merchant and provide it at the request of the Issuer.

2. Includes doctors' fees (if applicable), taxes and charges for medicines and supplies.

ID#: 171009-171009-0003654

## VisaNet Copy Request and Fulfillment Service

### VisaNet Copy Request and Fulfillment Service Participation

All Issuers and Acquirers must participate in the VisaNet Copy Request and Fulfillment Service when initiating or responding to a Retrieval Request.

ID#: 171009-171009-0007035

### Acquirer Response to Retrieval Request

An Acquirer must respond within 30 calendar days of the Retrieval Request Processing Date with one of the following:

• Fulfillment

• Nonfulfillment Message

• Interchange log indicating that full credit for the original Transaction amount was processed to the Cardholder Account Number

ID#: 171009-171009-0000571

### Truncated or Disguised Account Number

The Acquirer may provide the Issuer with a Transaction Receipt that contains a truncated or disguised Account Number.

ID#: 171009-171009-0000542

© 2012 Visa. All Rights Reserved.

# A3601

**Transaction Receipt Fulfillment Exceptions (Updated)**

The Acquirer is not required to provide a Transaction Receipt for any of the following:

- ATM Cash Disbursement
- **Effective for Transactions completed through 12 October 2012,** EMV PIN Transaction, excluding:
    – Retrieval Request Reason Code 29, "T&E Document Request"
    – Retrieval Request for a Manual Cash Disbursement or Quasi-Cash Transaction
- **Effective for Transactions completed on or after 13 October 2012,** EMV PIN Transaction or Proximity Payment Transaction in which a PIN or Consumer Device Cardholder Verification Method (CDCVM) was used, excluding:
    – **Effective for Retrieval Requests processed through 19 April 2013,** Retrieval Request Reason Code 29, "T&E Document Request"
    – **Effective for Retrieval Requests processed on or after 20 April 2013,** Retrieval Request for a T&E Transaction
    – Retrieval Request for a Manual Cash Disbursement [129] or Quasi-Cash Transaction [130]
- Visa Easy Payment Service Transaction
- Unattended Transaction
- The following Commercial Payables Transactions:
    – **Effective 14 April 2012,** Visa Large Purchase Advantage

**Effective for Transactions completed on or after 14 April 2012,** for U.S. Domestic Transactions, the Acquirer is not required to provide a Transaction Receipt for a Visa Debit with PIN Transaction. *(This only applies in the U.S. Region.)*

For Canada Domestic Transactions, the Acquirer is not required to provide a Transaction Receipt for Card-present Transactions for signature verification, Retrieval Request Reason Code 28 "Request for Copy bearing Signature," made at a Compliant Chip Card Reading Device with a Compliant PED capable of processing full data through to VisaNet. *(This only applies in the Canada Region.)*

For Domestic Transactions in Brazil, the Acquirer is not required to provide a Transaction Receipt for any of the following: *(This only applies in the Latin America & Caribbean Region.)*

- Chip-initiated Transaction *(This only applies in the Latin America & Caribbean Region.)*
- Magnetic-Stripe-read Transaction with PIN Verification *(This only applies in the Latin America & Caribbean Region.)*
- Magnetic-Stripe-read Transaction at a Chip-Reading Device *(This only applies in the Latin America & Caribbean Region.)*
- Brazil Domestic Installment Transaction - Excluding the first Installment Transaction *(This only applies in the Latin America & Caribbean Region.)*

---

129  Not applicable for Mobile Payment Devices
130  Not applicable for Mobile Payment Devices

© 2012 Visa. All Rights Reserved.

# A3602

- Proximity Payment Transaction *(This only applies in the Latin America & Caribbean Region.)*
- Card-Absent Environment Transaction *(This only applies in the Latin America & Caribbean Region.)*
- Manual or key-entered Transaction (POS Entry Mode code value of "01") *(This only applies in the Latin America & Caribbean Region.)*
- Transaction under R $15 *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151012-171009-0000543

## Fulfillment Requirements (Updated)

A Fulfillment must comply with all of the following:

- Be legible enough for the Cardholder to read or for the Issuer to identify the Account Number
- Include the unique 12-digit Copy Request Identifier assigned by VisaNet
- For a U.S. Domestic Transaction, include a unique nine-digit control number assigned by the Issuer to identify the internal source of the request *(This only applies in the U.S. Region.)*

These requirements do not apply to Copy Requests for Intraregional Healthcare Auto-Substantiation Transactions in the U.S. Region. Refer to the Visa Healthcare Auto-Substantiation Transactions Documents for additional information on handling such requests. *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0003341

## Issuer Rights

An Issuer may exercise a Chargeback right for the Chargeback reason code applicable to the dispute, if one of the following applies:

- Acquirer did not respond to a Retrieval Request within 30 calendar days of the request
- Acquirer sent a Nonfulfillment Message
- Acquirer did not send a valid or correct Fulfillment

For Intraregional Transactions in the LAC Region, Members in Venezuela must not process a domestic T&E Chargeback for an amount less than US $5, or local currency equivalent. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 010410-171009-0003264

## Nonfulfillment Message Requirements

A Nonfulfillment Message must include the Copy Request Identifier and one of the message codes listed in the following table.

© 2012 Visa. All Rights Reserved.

# A3603

Visa International Operating Regulations

**VisaNet Copy Request and Fulfillment Service - Nonfulfillment Message Codes**

| Message Code | Description |
|---|---|
| 01 | Invalid Request: Incorrect Account Number |
| 02 | Invalid Request: Not a valid Acquirer Reference Number |
| 03 | Item could not be located-Charge back |
| 04 | Acquirer will not fulfill-Charge back |
| 05 | Transaction Receipt not required or previously fulfilled |

ID#: 111011-171009-0003262

## Retrieval Fees

### Retrieval Request Fees

Visa charges the Issuer and reimburses the Acquirer for a Retrieval Request.

ID#: 171009-171009-0003343

### Retrieval Request Fee Recovery

The Issuer may recover fees for Retrieval Requests for any of the following reasons:

- Acquirer did not properly supply the requested Transaction Receipt

- Substitute Transaction Receipt does not include the required data

- Request resulted from an incorrect Merchant description or a zero-filled or incorrect Transaction Date in the VisaNet transmission

For U.S. Domestic Transactions, one of the following: *(This only applies in the U.S. Region.)*

- Requested copy was illegible *(This only applies in the U.S. Region.)*

- Acquirer did not properly supply the required Healthcare Auto-Substantiation Transaction detail *(This only applies in the U.S. Region.)*

- The Acquirer may collect a US $25 handling fee from the Issuer if the original Clearing Record contained one of the following: *(This only applies in the U.S. Region.)*

  – Airline/Railway Passenger Itinerary Data *(This only applies in the U.S. Region.)*

  – A "1" in the Lodging/Car Rental No Show Indicator *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0003345

VISA PUBLIC                                        15 October 2012
© 2012 Visa. All Rights Reserved.

# A3604

**VisaNet Copy Request and Fulfillment Service Fees - U.S. Region (Updated)**

A U.S. Member participating in the VisaNet Copy Request and Fulfillment Service is assessed service charges.

ID#: 151012-010410-0007987

**Healthcare Auto-Substantiation Transaction Retrieval Request Fees - U.S. Region**

A U.S. Issuer must pay a fee of X to the Acquirer per request for Copy for retrieval of line item detail for a Healthcare Auto-Substantiation Transaction.

ID#: 111011-041008-0007988

# Chargebacks and Representments

## Chargeback and Representment Process

### Chargeback and Representment for a Transaction (Updated)

A Member must process a Chargeback or Representment for a Transaction through VisaNet as specified in the applicable VisaNet Manuals. A Member may also transmit a Chargeback for a Domestic Transaction through an Interchange tape or by other means under a Private Agreement.

ID#: 151012-171009-0003271

### Chargeback and Representment for a Transaction in Japan - AP Region (New)

**Effective 15 July 2010 through 31 January 2014,** an Issuer in Japan may exercise a Chargeback right for the Chargeback reason code applicable to the dispute resulting from a Domestic Transaction by sending a Chargeback Application Request Form and the required supporting documentation, as per the conditions specified in the applicable reason code contained in the *Visa International Operating Regulations.*

The Chargeback Application Request Form and the required supporting documentation must be sent by post. For the notification purpose, the requesting Issuer must send a copy of all documentation via e-mail prior to posting. The e-mail must be sent in secure manner and the copy must be attached in Tiff format with a time stamp displaying the signing date.

If an Issuer cannot send the required supporting documentation by post as specified, the Issuer must notify Visa in advance and Visa will advise Japanese Members of the list by way of a formal communication.

© 2012 Visa. All Rights Reserved.

# A3605

Visa International Operating Regulations

The Issuers listed with Visa must send the copy via fax and must not send it via e-mail.

ID#: 151012-150710-0027123

## Chargeback or Representment Documentation Submission Time Limit

A Member sending Chargeback or Representment documentation must do so within 5 calendar days of the Chargeback or Representment Processing Date, using Visa Resolve Online.

ID#: 160312-171009-0003272

## Non-Automated Submission of Chargeback or Representment Documentation

The Member must **not** send Chargeback or Representment documentation by mail, fax, or any other non-automated method.

ID#: 171009-171009-0003273

## Chargeback and Representment Process VIOR 7.4.A USOR 1.3

After receiving a Presentment, an Issuer may charge back a Transaction to the Acquirer under the conditions specified beginning in Reason Codes. Similarly, the Acquirer may represent the Transaction to the Issuer.

The Issuer must **not** charge back the Transaction a second time, with the exception of Reason Code 93, "Merchant Fraud Performance Program," and the Acquirer must not represent the Transaction a second time. The Chargeback and Representment Process Through VisaNet figure illustrates this process.

The following provisions apply to U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*

- If requested by the Acquirer, and permitted under applicable law, the Issuer should provide the Cardholder's address *(This only applies in the U.S. Region.)*

- An Acquirer must not process a Transaction as a first Presentment if the Transaction has been previously charged back *(This only applies in the U.S. Region.)*

- A Transaction is considered to take place within the U.S. Region if it occurs at a U.S. military base or U.S. embassy or consulate outside the U.S. and is both: *(This only applies in the U.S. Region.)*

  – Deposited with a U.S. Member by the U.S. government *(This only applies in the U.S. Region.)*

  – Completed with a Card issued by a U.S. Member governed by these Operating Regulations *(This only applies in the U.S. Region.)*

## Chargeback and Representment Process Through VisaNet

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3606

---

Visa International Operating Regulations

---



A Member may have the right to file for Arbitration after completing the Chargeback/Representment cycle (see Arbitration). In some instances, Compliance may be available.

ID#: 090411-171009-0003277

## Intercompany Chargeback Process for Visa Easy Payment Service (VEPS) and Visa Europe Small Ticket Transactions

A process exists for Visa Easy Payment Service Transaction Chargebacks that are not valid in Visa International Regions but are valid in Visa Europe.

Visa will pay in lieu of an Acquirer in the Visa International Region for a Chargeback received from a Visa Europe Issuer if all of the following occur:

- The Transaction qualifies as a Visa Easy Payment Service Transaction in the Visa International Region

- The Merchant Category Code does not qualify for a Small Ticket Transaction in Visa Europe as specified in the *Visa Europe Operating Regulations*

- The Transaction is confirmed by Visa as being eligible for Chargeback in accordance with the requirements specified in the *Visa Europe Operating Regulations*

ID#: 160312-161010-0025699

## Attempt to Settle

Before exercising a Chargeback right, the Issuer must attempt to honor the Transaction.

If this fails and the Issuer has already billed the Transaction to the Cardholder, the Issuer must credit the Cardholder for the Chargeback amount.

---

© 2012 Visa. All Rights Reserved.

# A3607

Visa International Operating Regulations

An Issuer must credit its Cardholder's account for the amount in dispute, whether or not a Chargeback was initiated, if the dispute involves an Electronic Commerce Transaction and the conditions are met for any of the following Chargebacks:

- Reason Code 30, "Services Not Provided or Merchandise Not Received"
- Reason Code 41, "Cancelled Recurring Transaction"
- Reason Code 53, "Not as Described or Defective Merchandise"
- Reason Code 83, "Fraud-Card-Absent Environment"
- Reason Code 85, "Credit Not Processed"

The Issuer must **not** be reimbursed twice for the same Transaction.

A Cardholder must not be credited twice as a result of both a:

- Chargeback
- Credit processed by a Merchant

ID#: 171009-171009-0003287

## Calculation of Chargeback Time Limit (Updated)

The Chargeback time limit is calculated from the Transaction Processing Date. Refer to specific Chargeback reason codes for additional time limits that may apply.

The Chargeback time limit begins on the calendar day following the Transaction Processing Date.

ID#: 151012-171009-0003288

## Transaction Chargeback Method (Updated)

An Issuer must charge back each Transaction separately. The Issuer must not combine Transactions and charge them back as a single Transaction.

This rule does not apply to a Telephone Service Transaction where the Cardholder did not give permission or when a Fictitious Account Number was used or no valid Card was outstanding.  This provision does not apply to U.S. Domestic Transactions completed in a Card-Absent Environment.

ID#: 151012-171009-0003570

## Minimum Cardholder Certification Requirements

If an Issuer is required by the Operating Regulations to provide an Acquirer with a signed Cardholder certification denying participation in the Transaction for asserted fraudulent use of a Card or Account Number, at a minimum the signed Cardholder certification must include all of the following:

- Cardholder's Account Number (complete or partial Account Number is acceptable)

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3608

Visa International Operating Regulations

- Merchant name(s), as set out in BASE II Record Requirements (Exhibit 2L)

- Transaction Amount(s)

- The following provisions apply to U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*

  - For a Vehicle-Specific Fleet Card Transaction, a signed certification, or statement to the Issuer, from the individual that engaged in the Transaction with the Merchant *(This only applies in the U.S. Region.)*

  - For all other non-fraud related Commercial Visa Product Transactions, a letter or statement from an individual representing the Issuer's commercial customer, in lieu of the Cardholder or individual that engaged in the Transaction with the Merchant *(This only applies in the U.S. Region.)*

The signed Cardholder certification may include a signature received in a secure online banking environment maintained by the Issuer. Each fraudulent Transaction does not require a separate certification. When a signed Cardholder certification is received in an online banking environment, the Issuer must certify with the Chargeback that the unique identity represents the Cardholder signature.

If an Acquirer provides sufficient evidence that a Cardholder letter is required for legal proceedings, for a law enforcement investigation, or if required by local law, the Issuer must supply a Cardholder letter to the Acquirer. This requirement does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

All documentation that must be provided by an Issuer as required for each Chargeback reason in the Dispute Resolution Rules must be provided in English.

ID#: 160312-171009-0004139

## Chargeback Amount

The Issuer must charge back for either:

- Actual billed amount in the Billing Currency

- Partial Transaction amount equal to the disputed amount

ID#: 171009-171009-0003297

## Currency Conversion

Visa converts the Billing Currency to the Acquirer's Settlement Currency using the Basic Currency Conversion Rate.

ID#: 171009-171009-0003298

© 2012 Visa. All Rights Reserved.

# A3609

## Currency Conversion Difference

If the Transaction Currency and the Billing Currency are denominated in the euro or one of its national currency units, VisaNet converts the Transaction amount to the Billing Currency using the Basic Currency Conversion Rate. For all other Transactions, VisaNet converts the Transaction amount to the Billing Currency using the Currency Conversion Rate.

- The Acquirer is liable for any difference between the Chargeback amount and the Representment amount
- The Issuer is liable for any difference between the amount originally presented and the Representment amount

ID#: 171009-171009-0003306

## Representment Documentation (Updated)

The Acquirer must return the same reason code that was received in the Chargeback Clearing Record.

An Acquirer must provide the Issuer with the following Representment documentation, if required:

- Documentation to remedy the Chargeback
- Completed appropriate Visa Resolve Online Dispute Questionnaire or exhibit, including the Chargeback reference number, if used. See the Visa Resolve Online Dispute Questionnaire or BASE II Record Requirements (Exhibit 2L).
- Translations of any non-English documentation

**Effective for Representments processed on or after 20 April 2013,** if applicable, for Transactions not involving Issuers or Acquirers in Visa Europe, an Acquirer may present an Issuer with Compelling Evidence.

A Member sending Representment documentation must do so within 5 calendar days of the Representment Processing Date, using Visa Resolve Online.

ID#: 151012-171009-0003304

## Representment Amount Field Requirements

For a Representment, the Representment amount field must contain one of the following:

- Same amount in the same Transaction Currency as in the original Presentment
- Partial Transaction amount to remedy the Chargeback
- Same or corrected amount in the Settlement Currency as received by the Acquirer for the Chargeback

ID#: 171009-171009-0003305

 VISA PUBLIC 15 October 2012

© 2012 Visa. All Rights Reserved.

# A3610

Visa International Operating Regulations

## Calculation of Representment Time Limit (Updated)

The Representment time limit is calculated from the Chargeback Processing Date. The Processing Date of the Representment is not counted as one day. Refer to specific Chargeback reason codes for additional time limits that may apply.

### Representment Reason and Time Limits

| Representment Reason | Conditions | Time Limit[1](Calendar Days) |
|---|---|---|
| Missing or incomplete substantiating Chargeback documentation | Acquirer must allow 5 calendar days from the Central Processing Date of the Chargeback for document receipt and then must exercise its Representment right within the next 40 calendar days. | 45 |
| Invalid Acquirer Reference Number and/or Account Number | None | 45 |
| Improper Chargeback | See each Chargeback listed in Reason Codes. | 45 |
| Additional information available to remedy the Chargeback | See each Chargeback listed in Reason Codes | 45 |
| **Effective for Chargebacks processed through 19 April 2013,** Chargeback Reason Code 60 - Illegible Fulfillment can be remedied | Send legible copy of requested item. | 45 |
| All Representments | See each Chargeback listed in Reason Codes | 45 |

1. Time limit is calculated from the Processing Date of the Chargeback. The Processing Date of the Chargeback is not counted as one day. The Processing Date of the Representment is not counted as one day.

ID#: 151012-171009-0004110

## Use of Compelling Evidence (New)

**Effective for Representments processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, an Acquirer may submit Compelling Evidence at the time of Representment. Allowable types of Compelling Evidence are listed in the following table and apply only to the Chargeback reason codes shown:

© 2012 Visa. All Rights Reserved.

# A3611

Visa International Operating Regulations

| Allowable Compelling Evidence | Applicable Chargeback Reason Code | | | |
|---|---|---|---|---|
| | 30 | 53 | 81 | 83 |
| Evidence, such as photographs or e-mails, to prove a link between the person receiving the merchandise and the Cardholder, or to prove that the Cardholder disputing the Transaction is in possession of the merchandise. | X | X | X | X |
| For a Card-Absent Environment Transaction in which the merchandise is picked up at the Merchant location, any of the following:<br><br>• Cardholder signature on the pick-up form<br>• Copy of identification presented by the Cardholder[1]<br>• Details of identification presented by the Cardholder | X | | X | X |
| For a Card-Absent Environment Transaction in which the merchandise is delivered, documentation (evidence of delivery and time delivered) that the item was delivered to the same physical address for which the Merchant received an AVS match of "Y" or "M." A signature is not required as evidence of delivery. | X | | X | X |
| For Electronic Commerce Transactions representing the sale of digital goods downloaded from a Website, one or more of the following:<br><br>• Purchaser's IP address<br>• Purchaser's e-mail address<br>• Description of the goods downloaded<br>• Date and time goods were downloaded<br>• Proof that the Merchant's Website was accessed for services after the Transaction Date | X | | X | X |
| For Transactions in which merchandise was delivered to a business address, evidence that the merchandise was delivered and that, at the time of delivery, the Cardholder was an employee of the company at that address (e.g., confirmation that the Cardholder was listed in the company directory or had an e-mail address with the company's domain name). A signature is not required as evidence of delivery. | X | | X | X |
| For a Mail/Phone Order Transaction, a signed order form | X | | X | X |
| For passenger transport Transactions, any of the following:<br><br>• Proof that the ticket was received at the Cardholder's billing address<br>• Evidence that the boarding pass was scanned at the gate<br>• Details of frequent flyer miles claimed, including address and telephone number, that establish a link to the Cardholder<br>• Evidence of additional Transactions related to the original Transaction, such as purchase of seat upgrades, payment for extra baggage, or purchases made on board the aircraft | X | | X | X |
| For Card-Absent Environment Transactions, evidence that the Transaction uses data, such as IP address, e-mail address, physical address, and telephone number, that had been used in a previous, undisputed Transaction | | | X | X |
| Evidence that the Transaction was completed by a member of the Cardholder's household | | | X | X |

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3612

| Allowable Compelling Evidence | Applicable Chargeback Reason Code | | | |
|---|---|---|---|---|
| | 30 | 53 | 81 | 83 |
| 1. A Merchant must not require positive identification as a condition of Card acceptance, unless it is required or permitted elsewhere in the *Visa International Operating Regulations.* | | | | |

ID#: 151012-090812-0027267

# Reason Codes

## Reason Code 30 Services Not Provided or Merchandise Not Received

### Overview - Reason Code 30

Time Limit: 120 calendar days

Merchant was unable or unwilling to provide services (including Visa Prepaid Load Services), or Cardholder or authorized person did not receive the ordered merchandise at the agreed upon location or by the agreed upon date.

ID#: 081010-171009-0007460

### Chargeback Conditions - Reason Code 30

One of the following:

1. Cardholder or authorized person participated in the Transaction and did not receive purchased services, including Visa Prepaid Load Services, because the Merchant or Prepaid Partner was unwilling or unable to provide the services.
2. Cardholder or authorized person participated in the Transaction and did not receive ordered merchandise.

ID#: 081010-171009-0007461

### Chargeback Rights and Limitations - Reason Code 30

1. Minimum Chargeback amount:

   a. For a T&E Transaction, US $25 or equivalent

   b. For a Canada Domestic T&E Transaction, CAD $25  *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

© 2012 Visa. All Rights Reserved.

# A3613

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Prior to exercising the Chargeback right, Cardholder must attempt to resolve the dispute with the Merchant or the Merchant's liquidator, if applicable. (Not applicable if prohibited by local law.)

3. If date services were expected or delivery date for the goods is not specified, Issuer must wait 15 calendar days from the Transaction Date before exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame.

4. Chargeback amount is limited to the portion of services or merchandise not received.

5. For disputes involving merchandise:

    a. Prior to exercising the Chargeback right, if merchandise was delivered after the agreed upon delivery date, Cardholder must attempt to return the merchandise

    b. If merchandise was returned due to late delivery, the Issuer must wait at least 15 calendar days from the date the Cardholder returned or attempted to return the merchandise prior to exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame or if the Chargeback was already processed prior to the goods being received.

ID#: 160312-171009-0007462


## Invalid Chargebacks - Reason Code 30 (Updated)

Chargeback is invalid for any of the following:

1. If the Cardholder cancelled merchandise or service prior to the expected delivery or service date

2. If merchandise is being held by the customs agency of the Cardholder's country

3. When the Cardholder states that the Transaction was fraudulent

4. Disputes regarding the quality of merchandise or service rendered

5. **Effective through 12 October 2012,** a No-Show Transaction

6. The initial payment of a Delayed Delivery Transaction when the remaining balance was not paid and Merchant is willing and able to provide services or merchandise

7. ATM Cash Disbursements

8. **Effective for Chargebacks processed through 12 October 2012,** for any Cash-Back portion of a Visa Cash-Back Transaction. (This only applies in the Asia Pacific Region for Members in India and Australia)

9. **Effective for Chargebacks processed on or after 13 October 2012,** for Transactions not involving Issuers or Acquirers in Visa Europe, the Cash-Back portion of a Visa Cash-Back Transaction

ID#: 151012-171009-0007463

© 2012 Visa. All Rights Reserved.

# A3614

## Chargeback Time Limit - Reason Code 30 (Updated)

1. 120 calendar days from Transaction Processing Date.

2. If the merchandise or services were to be provided after the Transaction Processing Date, the 120 calendar day time frame is calculated from the last date that the Cardholder expected to receive the merchandise or services or that date that the Cardholder was first made aware that the merchandise or services would not be provided, not to exceed 540 calendar days from the Transaction Processing Date.

ID#: 151012-171009-0007464

## Chargeback Processing Requirements - Reason Code 30

Member Message Text:

1. SERVICES NOT RENDERED MMDDYY

2. MERCH NOT RECEIVED MMDDYY

ID#: 171009-171009-0007465

## Documentation - Reason Code 30 (Updated)

Visa Resolve Online Dispute Questionnaire or Exhibit 2E-6 Issuer stating any of the following, as applicable:

1. Services not rendered by expected date

2. Merchandise was not received

3. Expected arrival date of the merchandise

4. Merchandise not received at agreed-upon location (Issuer must specify)

5. Cardholder attempt to resolve with Merchant

6. Merchandise returned MMDDYY

**Effective for Chargebacks processed on or after 20 April 2013,** the Issuer must provide a detailed description of the goods or services purchased. (Not applicable if prohibited by local law.)

For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151012-171009-0007466

## Representment Time Limit - Reason Code 30

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007467

© 2012 Visa. All Rights Reserved.

# A3615

### Representment Processing Requirements - Reason Code 30 (Updated)

Member Message Text:

1. Credit or Reversal was processed.
   a. Either that applies:
      i. CRED MMDDYY ARN X...X (23 or 24 digits)
      ii. REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
   a. Member Message Text: X...X (Specify the reason)
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. Member Message Text: None required.
   b. Documentation: Both:
      i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-6 Acquirer
      ii. Documentation to prove that Cardholder or authorized person received services or merchandise was received by Cardholder or authorized person on agreed-upon date or at agreed-upon location
4. **Effective for Representments processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, Acquirer can provide Compelling Evidence.
   a. Member Message Text: None required.
   b. Documentation: Both:
      i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-6 Acquirer
      ii. Compelling Evidence

ID#: 151012-171009-0007468

### Additional Information - Reason Code 30 (Updated)

1. Proof of shipping does not constitute proof of receipt.
2. **Effective for Chargebacks processed through 12 October 2012,** Merchant or Cardholder is responsible for goods held within its own country's customs agency.
3. **Effective for Chargebacks processed on or after 13 October 2012,** the Merchant is responsible for goods held in a customs agency that is not the Cardholder's country's customs agency.

© 2012 Visa. All Rights Reserved.

# A3616

4. Acquirer Right of Assignment requirements may apply to certain Chargebacks involving specific bankrupt Merchants (such as an Airline) where Visa Canada has formally notified Members of same. This provision applies to Canada Domestic Transactions. *(This only applies in the Canada Region.)*

ID#: 151012-171009-0007469

## Reason Code 41 Cancelled Recurring Transaction

### Overview - Reason Code 41

Time Limit: 120 calendar days

The Merchant continued to charge a Cardholder for a Recurring Transaction despite notification of cancellation.

ID#: 171009-171009-0007470

### Chargeback Conditions - Reason Code 41

One of the following:

1. Cardholder withdrew permission to charge the account for a Recurring Transaction.

2. Acquirer or Merchant received notification that the Cardholder's account was closed before the Transaction was processed.

3. An initial membership Transaction was previously charged back and the Cardholder did not expressly renew the membership.

4. For a U.S. Domestic Transaction, Transaction amount was not within the preauthorized range of amounts or Merchant was to notify the Cardholder prior to processing each Recurring Transaction, and Merchant either: *(This only applies in the U.S. Region.)*

    a. Did not notify Cardholder in writing within 10 calendar days of the Transaction Date *(This only applies in the U.S. Region.)*

    b. Notified Cardholder within 10 calendar days of the Transaction Date and Cardholder did not consent to the charge *(This only applies in the U.S. Region.)*

5. For a LAC Easy Pay Transaction, Transaction occurred and both: *(This only applies in the Latin America & Caribbean Region.)*

    a. The Transaction amount was not within the range of amounts approved by the Cardholder *(This only applies in the Latin America & Caribbean Region.)*

    b. Merchant, either: *(This only applies in the Latin America & Caribbean Region.)*

        i. Did not notify the Cardholder in writing at least 5 calendar days prior to the Transaction Date *(This only applies in the Latin America & Caribbean Region.)*

© 2012 Visa. All Rights Reserved.

# A3617

    ii.  Notified the Cardholder at least 5 calendar days prior to the Transaction Date and the Cardholder declined the charge in writing *(This only applies in the Latin America & Caribbean Region.)*

ID#: 171009-171009-0007471

## Chargeback Rights and Limitations - Reason Code 41

1. Minimum Chargeback amount:

    a. For a T&E Transaction, US $25 or equivalent

    b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Chargeback amount is limited to the unused portion of the service or merchandise.

3. Issuer must determine that the Cardholder attempted to resolve the dispute with the Merchant. (Not applicable if prohibited by local law.)

4. For Chargeback Condition 3, cancellation of a membership Transaction purchased via the mail, telephone, or electronic commerce may occur before or during the membership period

ID#: 111011-171009-0007472

## Invalid Chargebacks - Reason Code 41 (Updated)

Chargeback is invalid for any of the following:

1. **Effective through 12 October 2012,** for Chargeback Condition 1, any of the following:

    a. If Cardholder did not withdraw permission to charge the account

    b. For Installment Transactions

2. **Effective for Chargebacks processed on or after 13 October 2012:**

    a. For Chargeback Condition 1, if Cardholder did not withdraw permission to charge the account

    b. For Installment Transactions

ID#: 151012-171009-0007473

## Chargeback Time Limit - Reason Code 41

120 calendar days from Transaction Processing Date

ID#: 171009-171009-0007474

        VISA PUBLIC        15 October 2012

© 2012 Visa. All Rights Reserved.

# A3618

## Chargeback Processing Requirements - Reason Code 41

Member Message Text: Any of the following that apply:

1. CH CANCELLED MMDDYY
2. NOTIFICATION ACCT CLOSED MMDDYY
3. PREVIOUS CB MMDDYY ARN X...X (23 or 24 digits)
4. CARDHOLDER NOT RENEWED
5. For a U.S. Domestic Transaction, TX AMT EXCEEDS CH PREAUTHD RANGE  *(This only applies in the U.S. Region.)*
6. For an Intraregional Transaction in the LAC Region, TX AMT EXCEEDS CH PREAUTHD RANGE  *(This only applies in the Latin America & Caribbean Region.)*

ID#: 171009-171009-0007475

## Documentation - Reason Code 41

1. For Easy Pay Transactions in the LAC Region, both: *(This only applies in the Latin America & Caribbean Region.)*

   a. Cardholder letter stating that the Transaction exceeds the maximum amount approved by the Cardholder for Easy Pay *(This only applies in the Latin America & Caribbean Region.)*

   b. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-6 Issuer stating Merchant either: *(This only applies in the Latin America & Caribbean Region.)*

      i. Did not provide a written communication at least 5 calendar days prior to the Transaction Date. *(This only applies in the Latin America & Caribbean Region.)*

      ii. Provided a written communication at least 5 calendar days prior to the Transaction Date, but the Cardholder declined the charge in writing. *(This only applies in the Latin America & Caribbean Region.)*

2. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007476

## Representment Time Limit - Reason Code 41

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007477

## Representment Processing Requirements - Reason Code 41

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

© 2012 Visa. All Rights Reserved.

# A3619

Visa International Operating Regulations

     i.   CRED MMDDYY ARN X...X (23 or 24 digits)

     ii.  REVERSAL MMDDYY

  b.  Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

  a.  Member Message Text:

     i.   X...X (Specify the reason)

     ii.  For an Intraregional Transaction in the LAC Region, SUPPORTING DOCUMENTATION NOT RECEIVED *(This only applies in the Latin America & Caribbean Region.)*

  b.  Documentation: None required.

3. Acquirer can remedy the Chargeback

  a.  Member Message Text: None required.

  b.  Documentation: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer and any of the following, as applicable:

     i.   Documentation to prove that service was not cancelled

     ii.  Documents to prove Acquirer or Merchant not notified that account was closed

     iii. Documents to prove Transaction was not previously charged back

     iv. The Transaction was not within the range of amounts approved by the Cardholder and, both: This provision applies to Intraregional Transactions in the LAC Region *(This only applies in the Latin America & Caribbean Region.)*

       &bull;  Cardholder was notified at least 5 calendar days prior to the Transaction Date *(This only applies in the Latin America & Caribbean Region.)*

       &bull;  Cardholder did not reply *(This only applies in the Latin America & Caribbean Region.)*

ID#: 171009-171009-0007478

## Additional Information - Reason Code 41

1. Issuer may supply a copy of the cancellation notice to the Acquirer or Merchant if available.

2. Proper disclosure of the Merchant's cancellation/refund policy has no bearing

ID#: 171009-171009-0007479

## Reason Code 53 Not as Described or Defective Merchandise

### Overview - Reason Code 53 (Updated)

Time Limit: 120 calendar days

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3620

---

---

**Effective through 12 October 2012,** the Cardholder received damaged or defective merchandise, or the merchandise or service did not match what was described on the Transaction Receipt or other documentation presented at the time of purchase.

**Effective through 29 June 2012,** the Cardholder received damaged or defective merchandise, or the merchandise or service did not match what was described on the Transaction Receipt or other documentation presented at the time of purchase or the merchandise was otherwise unsuitable for the purpose sold. This provision applies to U.S. Domestic Transactions. *(This only applies in the U.S. Region.)*

**Effective 30 June 2012 through 12 October 2012,** the Cardholder received damaged or defective merchandise, or the merchandise or service did not match what was described on the Transaction Receipt or other documentation presented at the time of purchase or the merchandise was otherwise unsuitable for the purpose sold. This provision applies to Canada Domestic Transactions, U.S. Domestic Transactions, and Interregional Transactions between the Canada Region and the U.S. Region. *(This only applies in the Canada Region., This only applies in the U.S. Region.)*

**Effective 13 October 2012,** the Cardholder received damaged, defective, or counterfeit merchandise, or the merchandise or service did not match what was described on the Transaction Receipt or other documentation presented at the time of purchase, or the Merchant misrepresented the terms of sale [131].

ID#: 151012-171009-0007480

## Chargeback Conditions - Reason Code 53 (Updated)

One of the following:

1. Cardholder returned merchandise or cancelled services that did not match what was described on the Transaction Receipt or other documentation presented at the time of purchase.

2. **Effective for Chargebacks processed through 29 June 2012,** for a U.S. Domestic Transaction, Cardholder returned, or attempted to return, merchandise or cancelled services that did not match what was described on the Transaction Receipt or other documentation presented at the time of purchase. For a Card-Absent Environment Transaction, not the same as the Merchant's verbal description. *(This only applies in the U.S. Region.)*

3. **Effective for Chargebacks processed on or after 30 June 2012,** for a Canada Domestic Transaction, a U.S. Domestic Transaction, or an Interregional Transaction between the Canada Region and the U.S. Region, Cardholder returned, or attempted to return, merchandise or cancelled services for either: [132] *(This only applies in the Canada Region., This only applies in the U.S. Region.)*

   – A Card-Absent Environment Transaction in which the Merchant's verbal description or other documentation did not match what was presented at the time of purchase *(This only applies in the U.S. Region., This only applies in the Canada Region.)*

   – A dispute relating to the quality of goods or services received *(This only applies in the Canada Region., This only applies in the U.S. Region.)*

---

131 The Chargeback right for Merchant misrepresentation of the terms of sale does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

© 2012 Visa. All Rights Reserved.

# A3621

4. Merchandise received by the Cardholder was damaged or defective, and Cardholder returned the merchandise to the Merchant.

5. **Effective for Chargebacks processed on or after 13 October 2012,** the merchandise was identified as counterfeit by:

   – The owner of the intellectual property or its authorized representative

   – A customs agency, law enforcement agency, or other governmental agency

   – A neutral bona fide expert

6. **Effective for Chargebacks processed on or after 13 October 2012,** for Transactions not involving Issuers or Acquirers in Visa Europe, the Cardholder claims that the terms of sale were misrepresented by the Merchant.

ID#: 151012-171009-0007481

## Chargeback Rights and Limitations - Reason Code 53 (Updated)

1. Minimum Chargeback amount:

   a. For a T&E Transaction, US $25 or equivalent

   b. For a Canada Domestic T&E Transaction, CAD $25  *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10  *(This only applies in the Canada Region.)*

   d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Chargeback amount is limited to:

   a. The unused portion of the service or value of the returned merchandise

   b. For a Canada Domestic Transaction, a U.S. Domestic Transaction, or an Interregional Transaction between the Canada Region and the U.S. Region the unused portion of the cancelled service or the value of the merchandise that the Cardholder returned or attempted to return *(This only applies in the Canada Region., This only applies in the U.S. Region.)*

3. Chargeback amount must not exceed original Transaction amount.

4. Issuer must wait 15 calendar days from the date the merchandise was returned or the service was cancelled, prior to exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame or if the Merchant refuses cancellation or return. Does not apply if the merchandise was identified as counterfeit as specified in Chargeback Condition 5 or misrepresented as specified in Chargeback Condition 6.

5. Chargeback is valid if returned merchandise is refused by the Merchant and Issuer can certify details of the refusal. The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

---

132 This condition does not apply when the merchandise or services provided do not match the Merchant's verbal or written description and the Transaction is a Card-Absent Environment Transaction involving one of the Merchant types listed in Chargeback Rights and Limitations 12b.

© 2012 Visa. All Rights Reserved.

# A3622

6. For Transactions involving Issuers or Acquirers in Visa Europe, Chargeback is valid if returned merchandise is refused by the Merchant and Issuer can provide evidence of refusal. *(This only applies in Visa Europe.)*

7. Issuer must determine that the Cardholder attempted to resolve the dispute with the Merchant. (Not applicable if prohibited by local law.)

8. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 5, the Cardholder is not required to return the merchandise or attempt to resolve the dispute with the Merchant.

9. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 5, if the Cardholder was advised by one of the entities listed under Chargeback Condition 5 that the merchandise ordered was counterfeit, the Chargeback may be valid even if the Cardholder has not received the merchandise.

10. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 6, the Chargeback is valid for any of the following:

    a. Transactions at Merchants that are timeshare resellers, timeshare reseller advertisers, or Merchants that recover timeshare reseller fees [133] [134]

    b. Card-Absent Environment Transactions at Merchants that sell the following merchandise or services: [135]

        i. Debt consolidation

        ii. Credit repair/counseling

        iii. Mortgage repair/modification/counseling

        iv. Foreclosure relief services

        v. Credit card interest rate reduction services

        vi. Anti-virus software that is sold using inaccurate online advertisements or malicious software downloads to the Cardholder's personal computer or other electronic device

    c. Transactions that contain the following Merchant Category Codes:

        i. 5962, "Direct Marketing - Travel-Related Arrangement Services"

        ii. 5966, "Direct Marketing - Outbound Telemarketing Merchant"

        iii. 7012, "Timeshares," excluding Merchants that originate the initial sale of timeshare property or that own the resort or building where the timeshare is located

        iv. 7277, "Counseling Services - Debt, Marriage, and Personal," excluding Merchants that sell family/personal counseling services

11. For a U.S. Domestic Transaction: *(This only applies in the U.S. Region.)*

    a. Issuer must wait 15 calendar days from the date the Cardholder returned, or attempted to return, the merchandise or cancelled the services prior to exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame or if the Merchant refuses cancellation or return. Does not apply if the merchandise was identified as counterfeit as specified in Chargeback Condition 5 or misrepresented as specified in Chargeback Condition 6. *(This only applies in the U.S. Region.)*

    b. Chargeback is valid if returned merchandise is refused by the merchant. *(This only applies in the U.S. Region.)*

© 2012 Visa. All Rights Reserved.

# A3623

  c. **Effective for Chargebacks processed through 29 June 2012,** if goods or services did not match, Chargeback Condition 2, Chargeback may apply to disputes relating to the quality of goods or services received for the following Transaction types: *(This only applies in the U.S. Region.)*

    i. Card-Present Environment Transaction, where the merchandise or services did not match the Merchant's written description provided to the Cardholder at the time of the purchase, or *(This only applies in the U.S. Region.)*

    ii. Card-Absent Environment Transaction, where the merchandise or services did not match the Merchant's verbal description provided to the Cardholder at the time of purchase *(This only applies in the U.S. Region.)*

12. **Effective for Chargebacks processed on or after 30 June 2012,** for a Canada Domestic Transaction, a U.S. Domestic Transaction, or an Interregional Transaction between the Canada Region and the U.S. Region, for Chargeback Condition 3, Issuer must wait 15 calendar days from the date the Cardholder attempted to return the merchandise prior to exercising the Chargeback right. Does not apply if the waiting period causes Chargeback to exceed Chargeback time frame or if the Merchant refuses cancellation or return. *(This only applies in the Canada Region., This only applies in the U.S. Region.)*

ID#: 151012-171009-0007482


## Invalid Chargebacks - Reason Code 53 (Updated)

Chargeback is invalid for any of the following:

1. **Effective through 12 October 2012,** U.S. domestic ATM Cash Disbursement Transactions

2. **Effective for Chargebacks processed on or after 13 October 2012,** ATM Cash Disbursement Transactions

3. The Cash-Back portion of a Visa Cash-Back Transaction

4. Disputes regarding Value-Added Tax (VAT)

5. *(This only applies in the U.S. Region.)*

6. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 6, disputes related solely to the quality of merchandise or services provided

7. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 1, 4, and 6, if returned merchandise is held by any customs agency except the Merchant's country's customs agency

ID#: 151012-171009-0007483


## Chargeback Time Limit - Reason Code 53 (Updated)

One of the following:

1. 120 calendar days from one of the following:

---

133  This applies only to Merchants that offer reseller services that are connected to timeshare property they do not own.
134  This condition is based on the type of merchandise or services sold and not solely on the Merchant Category Code.
135  This condition is based on the type of merchandise or services sold and not solely on the Merchant Category Code.

© 2012 Visa. All Rights Reserved.

# A3624

Visa International Operating Regulations

a. Central Processing Date of the Transaction

b. For merchandise or services purchased on or before the Central Processing Date, the date Cardholder received the merchandise or services

c. For a Delayed Delivery Transaction, the Central Processing Date of the balance portion of the Transaction

d. For merchandise or services provided after the Transaction Processing Date, Chargeback time frame is calculated from the date the Cardholder received the merchandise or services

e. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 5, the date the Cardholder received the merchandise or the date on which the Cardholder was notified that the merchandise was counterfeit, not to exceed 540 calendar days from the Central Processing Date of the Transaction

f. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 6, the last date that the Cardholder expected to receive the merchandise or services or the date on which the Cardholder was first made aware that the merchandise or services would not be provided, not to exceed 540 calendar days from the Central Processing Date of the Transaction

2. **Effective for Chargebacks processed through 29 June 2012,** for a U.S. Domestic Transaction, 60 calendar days from receipt date of the first Cardholder notification to the Issuer of the dispute, if there is evidence in the notification of previous on-going negotiations between the Cardholder and the Merchant to resolve the dispute. The on-going negotiations must have been initiated within 120 calendar days from the Transaction Processing Date. *(This only applies in the U.S. Region.)*

3. **Effective for Chargebacks processed between 30 June 2012 and 12 October 2012,** for a Canada Domestic Transaction, a U.S. Domestic Transaction, or an Interregional Transaction between the Canada Region and the U.S. Region, 60 calendar days from receipt date of the first Cardholder notification to the Issuer of the dispute, if there is evidence in the notification of previous negotiations between the Cardholder and the Merchant to resolve the dispute. The negotiations must have occurred within 120 days from the Transaction Processing Date. *(This only applies in the U.S. Region., This only applies in the Canada Region.)*

4. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 3, 60 calendar days from receipt date of the first Cardholder notification to the Issuer of the dispute, if there is evidence in the notification of previous negotiations between the Cardholder and the Merchant to resolve the dispute. The negotiations must have occurred within 120 days from the Transaction Processing Date. *(This only applies in the Canada Region., This only applies in the U.S. Region.)*

ID#: 151012-171009-0007484

## Chargeback Processing Requirements - Reason Code 53 (Updated)

Member Message Text:

1. NOT AS DESCRIBED

2. DEFECTIVE MERCHANDISE

3. **Effective for Chargebacks processed on or after 13 October 2012,** COUNTERFEIT MERCHANDISE

© 2012 Visa. All Rights Reserved.

# A3625

4. **Effective for Chargebacks processed on or after 13 October 2012,** TERMS OF SALE MISREPRESENTED

Documentation or certification, as applicable:

1. **Effective for Chargebacks processed through 12 October 2012,** Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Issuer stating all of the following, as applicable:

   a. Date merchandise was returned or service was cancelled

   b. Name of shipping company

   c. Invoice/tracking number (if available)

   d. Date Merchant received the merchandise

   e. In lieu of documentation, Issuer certification that Merchant either refused the return of merchandise, refused to provide a return merchandise authorization or informed the Cardholder not to return the merchandise, if applicable. The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

   f. Cardholder attempted to resolve the dispute with the Merchant

   g. Explanation of what was not as described or defective

   h. Date Cardholder received merchandise or services

   i. **Effective for Chargebacks processed through 29 June 2012,** for a U.S. Domestic Transaction, date the Cardholder returned, or attempted to return the merchandise or cancelled services *(This only applies in the U.S. Region.)*

   j. **Effective for Chargebacks processed on or after 30 June 2012,** for a Canada Domestic Transaction, a U.S. Domestic Transaction, or an Interregional Transaction between the Canada Region and the U.S. Region, date the Cardholder returned, or attempted to return the merchandise or cancelled services *(This only applies in the U.S. Region., This only applies in the Canada Region.)*

2. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 1, 2, 3, 4, and 6, Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Issuer stating all of the following, as applicable:

   a. Date merchandise was returned or service was cancelled

   b. Name of shipping company

   c. Invoice/tracking number (if available)

   d. Date Merchant received the merchandise

   e. In lieu of documentation, Issuer certification that Merchant either refused the return of merchandise, refused to provide a return merchandise authorization or informed the Cardholder not to return the merchandise, if applicable. The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

   f. Cardholder attempted to resolve the dispute with the Merchant

   g. Explanation of what was not as described or defective

   h. Date Cardholder received merchandise or services

© 2012 Visa. All Rights Reserved.

# A3626

    i.   For a Canada Domestic Transaction, a U.S. Domestic Transaction, or an Interregional Transaction between the Canada Region and the U.S. Region, date the Cardholder returned, or attempted to return, the merchandise or cancelled services *(This only applies in the Canada Region., This only applies in the U.S. Region.)*

3.  **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 5, Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Issuer stating all of the following:

    a.   Certification that the Cardholder received notification from one of the entities listed under Chargeback Condition 5 that the merchandise is counterfeit

    b.   Date Cardholder received the merchandise or received notification that the merchandise was counterfeit

    c.   Description of the counterfeit merchandise

    d.   Disposition of the merchandise

    e.   Information about the person or entity that indicated the merchandise to be counterfeit, including the name of the person and/or entity providing the notification, and validation that the person or entity is qualified to provide the notification

4.  **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 6, the Issuer must provide information from the Cardholder describing how the Merchant's verbal and/or written representations do not match the terms of sale to which the Cardholder agreed

5.  For Transactions involving Issuers or Acquirers in Visa Europe, proof that Merchant refused the return of merchandise, refused to provide a return merchandise authorization, or informed the Cardholder not to return the merchandise, if applicable *(This only applies in Visa Europe.)*

6.  For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151012-171009-0007485

## Representment Time Limit - Reason Code 53

45 calendar days from Central Processing Date of Chargeback

ID#: 171009-171009-0007486

## Representment Processing Requirements - Reason Code 53 (Updated)

1.  Credit or Reversal was processed.

    a.   Member Message Text: Either that applies:

        i.   CRED MMDDYY ARN X...X (23 or 24 digits)

        ii.   REVERSAL MMDDYY

    b.   Documentation: None required.

2.  Issuer did not meet the applicable Chargeback conditions.

    a.   Member Message Text:

© 2012 Visa. All Rights Reserved.

# A3627

      i.  X...X (Specify the reason)

  b.  Documentation: None required.

3.  Acquirer can remedy the Chargeback.

  a.  Member Message Text: RETURNED MDSE NOT RECEIVED (if applicable)

  b.  Documentation:

      i.  . *(This only applies in the U.S. Region.)*

      ii.  For all other Transactions, Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer and the following, as applicable:

         •  **Effective for Chargebacks processed through 12 October 2012,** documents to prove that the service or merchandise was correctly described or the merchandise was not defective

         •  **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 1, 2, 3, and 4, documents to prove that the service or merchandise was correctly described or the merchandise was not defective

         •  **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 5, documents to support the Merchant's claim that the merchandise was not counterfeit

         •  **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 6, documents to prove that the terms of sale of the merchandise or services were not misrepresented

4.  **Effective for Representments processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, Acquirer can provide Compelling Evidence.

  a.  Member Message Text: None required.

  b.  Documentation: Both:

      i.  Visa Resolve Online Dispute Questionnaire or Exhibit 2E-6 Acquirer

      ii.  Compelling Evidence

ID#: 151012-171009-0007487

## Additional Information - Reason Code 53 (Updated)

1.  The Issuer may provide a copy of the Transaction Receipt or other documentation containing a written description of the merchandise or services purchased, if available.

2.  Proof of shipping does not constitute proof of receipt.

3.  **Effective for Chargebacks processed through 12 October 2012,** Merchant or Cardholder is responsible for goods held within its own country's customs agency.

4.  **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 1, 2, 3, 4, and 6, Merchant is responsible for goods held within its own country's customs agency

5.  **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 5, the Merchant is responsible for goods held in any customs agency

© 2012 Visa. All Rights Reserved.

# A3628

6. **Effective for Chargebacks processed through 12 October 2012,** a neutral third-party opinion is recommended, to help the Member support its claim.

7. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 1, 2, 3, and 4, a neutral third-party opinion is recommended to help the Member support its claim

8. The Issuer may be required to provide proof of shipping of returned merchandise.

9. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 3, the Acquirer may be required to provide evidence that a written agreement with the Cardholder accurately represents the verbal description of the services previously provided to the Cardholder

10. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 5, the Issuer may be required to provide a copy of the notification obtained by the Cardholder identifying the merchandise as counterfeit

11. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 5, unless the acquirer's Representment successfully remedies the Chargeback, Visa recommends that the Issuer report to Visa the Cardholder's claim of counterfeit merchandise

12. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 6, the Issuer may be required to provide evidence that the Merchant's documentation, verbal and/or written communications, advertising, or business practices contributed to the dispute and that the dispute does not relate solely to the quality of the merchandise or service

13. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 6, the Acquirer may be required to provide evidence that a written agreement with the Cardholder does not misrepresent the terms of sale agreed with the Cardholder

ID#: 151012-171009-0007488

# Reason Code 57 Fraudulent Multiple Transactions

## Overview - Reason Code 57

Time Limit: 120 calendar days

Multiple Transactions occurred on a single Card at the same Merchant Outlet without the Cardholder's permission.

ID#: 171009-171009-0007489

## Chargeback Conditions - Reason Code 57

All of the following:

1. All disputed Transactions occurred at the same Merchant Outlet.

2. Cardholder acknowledges participating in at least one Transaction at the same Merchant Outlet.

3. Cardholder denies authorizing or participating in the disputed Transaction.

© 2012 Visa. All Rights Reserved.

# A3629

4. Card was in Cardholder's possession at the time of the disputed Transaction.

ID#: 171009-171009-0007490

## Chargeback Rights and Limitations - Reason Code 57

1. Minimum Chargeback amount:

   a. For a T&E Transaction, US $25 or equivalent

   b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Issuer must make a Retrieval Request for disputed Transactions, excluding Visa Easy Payment Service Transactions. For Transactions between Visa Inc. and Visa Europe, an Issuer must make a Retrieval Request for disputed Transactions unless the Transaction is one of the following:

   a. A Magnetic Stripe or contact Chip (Visa Europe) Small Ticket Transaction conducted at Merchant Category Codes 4111, 4121, 4131, 4784, 5331, 5499, 5812, 5814, 5912, 5993, 5994, 7211, 7216, 7338, 7523, 7542, 7832, and 7841.

   b. A qualifying Contactless Transaction

ID#: 160312-171009-0007491

## Invalid Chargebacks - Reason Code 57

Chargeback is invalid for any of the following:

1. Card-Absent Environment Transactions

2. EMV PIN Transactions

3. T&E delayed or amended charges

4. ATM Cash Disbursement

5. Emergency Cash Disbursement

6. **Effective for Transactions completed on or after 13 October 2012,** Proximity Payment Transactions, in which a PIN or Consumer Device Cardholder Verification Method (CDCVM) was used

7. **Effective for Transactions completed on or after 14 April 2012,** Visa Debit with PIN Transactions *(This only applies in the U.S. Region.)*

ID#: 160312-171009-0007492

© 2012 Visa. All Rights Reserved.

# A3630

Visa International Operating Regulations

### Chargeback Time Limit - Reason Code 57

120 calendar days from Transaction Processing Date

ID#: 171009-171009-0007493

### Chargeback Processing Requirements - Reason Code 57 (Updated)

Member Message Text:

RR DATE MMDDYY, if requested Transaction Receipt not fulfilled.

Documentation:

All of the following:

1. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Issuer
2. In lieu of documentation, Issuer certification (the right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe)
3. For Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter
4. In lieu of documentation, Issuer certification that acknowledged Transaction was not processed. The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.
5. For Transactions involving Issuers or Acquirers in Visa Europe, if acknowledged Transaction was not processed, Issuer must supply the Cardholder copy of the Transaction Receipt.

ID#: 151012-171009-0007494

### Representment Time Limit - Reason Code 57

45 calendar days from the Central Processing Date of the Chargeback

ID#: 171009-171009-0007495

### Representment Rights and Limitations - Reason Code 57

1. Representment is invalid if Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04." This condition does not apply to Visa Easy Payment Service Transactions.

ID#: 160312-171009-0007496

### Representment Processing Requirements - Reason Code 57

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

© 2012 Visa. All Rights Reserved.

# A3631

      i.   CRED MMDDYY ARN X...X (23 or 24 digits)

      ii.  REVERSAL MMDDYY

  b.  Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

  a.  Member Message Text:

      i.   X...X (Specify the reason)

  b.  Documentation: None required.

3. Acquirer can remedy the Chargeback.

  a.  Member Message Text: None required.

  b.  Documentation: All of the following:

      i.   Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Acquirer

      ii.  Irrefutable evidence to demonstrate the Cardholder participated in the disputed Transactions

      iii.  Evidence that Transactions were Card-Absent Environment (if applicable)

      iv.  Evidence that Transactions were EMV PIN Transactions (if applicable)

      v.  Evidence that Transactions represent valid delayed or amended charges for a T&E Transaction

ID#: 171011-171009-0007497

## Additional Information - Reason Code 57

1. The Transaction Receipts may contain different Transaction Dates and amount.

2. Visa may consider a Chargeback invalid for POS Entry Mode "90," "91," "05," or "07" Transactions completed more than x apart; however, Visa may take other factors into consideration when determining whether multiple unauthorized Transactions occurred.

ID#: 111011-171009-0007498

## Reason Code 60 Illegible Fulfillment

### Overview - Reason Code 60 (Updated)

### Effective for Chargebacks processed through 19 April 2013:

Time Limit: 120 calendar days

The Fulfillment supplied in response to a Retrieval Request is illegible.

ID#: 151012-171009-0007499

© 2012 Visa. All Rights Reserved.

### Chargeback Conditions - Reason Code 60 (Updated)

**Effective for Chargebacks processed through 19 April 2013,** Issuer requested and received a Transaction Receipt or Substitute Transaction Receipt and the Account Number or amount is illegible.

ID#: 151012-171009-0007500

### Chargeback Rights and Limitations - Reason Code 60 (Updated)

**Effective for Chargebacks processed through 19 April 2013:**

1. Minimum Chargeback amount:
   a. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*
   b. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*
   c. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*
   d. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*
2. Chargeback is valid if the truncated or disguised Account Number is illegible
3. For an Intraregional Transaction in the LAC Region, Chargeback is valid if Request for Copy bearing Signature and Public and Private H&C Document is illegible *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151012-171009-0007501

### Invalid Chargebacks - Reason Code 60 (Updated)

**Effective for Chargebacks processed through 19 April 2013,** Chargeback is invalid for any of the following:

1. Telephone Service Transactions excluding U.S. Domestic Transactions
2. ATM Cash Disbursements
3. Visa Easy Payment Service Transactions. (This provision does not apply to Transactions involving Issuers or Acquirers in Visa Europe).
4. If the embossed six-digit BIN of the Account Number and the embossed Cardholder name are legible
5. If the Acquirer provides the VisaNet record in response to a Retrieval Request to demonstrate that a Credit Transaction Receipt was processed
6. EMV PIN Transactions, excluding Manual Cash Disbursements, Quasi-Cash Transactions, and T&E Transactions

© 2012 Visa. All Rights Reserved.

# A3633

Visa International Operating Regulations

7. **Effective for Transactions completed on or after 13 October 2012,** Proximity Payment Transactions in which a PIN or Consumer Device Cardholder Verification Method (CDCVM) was used, excluding Manual Cash Disbursements, Quasi-Cash Transactions, and T&E Transactions

8. **Effective for Transactions completed on or after 14 April 2012,** Visa Debit with PIN Transactions *(This only applies in the U.S. Region.)*

9. **Effective for Transactions completed on or after 16 October 2010,** between Visa Inc. and Visa Europe, Chargeback is invalid for:

   a. Magnetic Stripe or contact Chip Transactions conducted at Merchant Category Codes 4111, 4121, 4131, 4784, 5331, 5499, 5812, 5814, 5912, 5993, 5994, 7211, 7216, 7338, 7523, 7542, 7832, and 7841

   b. Proximity Payment Transactions that qualify as Visa Europe small ticket Transactions or Visa Inc. Visa Easy Payment Service Transactions

ID#: 151012-171009-0007502

## Chargeback Time Limit - Reason Code 60 (Updated)

**Effective for Chargebacks processed through 19 April 2013,** 120 calendar days from the Transaction Processing Date

ID#: 151012-171009-0007503

## Chargeback Processing Requirements - Reason Code 60 (Updated)

**Effective for Chargebacks processed through 19 April 2013:**

Member Message Text: RR DATE MMDDYY

Documentation: None required.

ID#: 151012-171009-0007504

## Representment Time Limit - Reason Code 60 (Updated)

**Effective for Chargebacks processed through 19 April 2013,** 45 calendar days from the Chargeback Processing Date

ID#: 151012-171009-0007505

## Representment Conditions - Reason Code 60 (Updated)

**Effective for Chargebacks processed through 19 April 2013,** Representment is invalid if a Fulfillment was not transmitted electronically through a Visa-approved method.

ID#: 151012-171009-0007506

© 2012 Visa. All Rights Reserved.

# A3634

### Representment Processing Requirements - Reason Code 60 (Updated)

**Effective for Chargebacks processed through 19 April 2013:**

1. Credit or Reversal was processed.
   a. Member Message Text: Either that applies:
      i. CRED MMDDYY ARN X...X (23 or 24 digits)
      ii. REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
   a. Member Message Text:
      i. X...X (Specify the reason)
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. Member Message Text: None required.
   b. Documentation: Both:
      i. Visa Resolve Online Questionnaire or Exhibit 2E-1 Acquirer
      ii. Legible copy of the Transaction Receipt

ID#: 151012-171009-0007507

## Reason Code 62 Counterfeit Transaction

### Overview - Reason Code 62

Time Limit: 120 calendar days

A Counterfeit Card was used for a Magnetic-Stripe or Chip-initiated Transaction that received Authorization but the Authorization Request did not include the required data, or contained altered data or a Counterfeit Transaction occurred at a Merchant or Member location where required risk control procedures were not followed.

ID#: 171009-171009-0007508

### Chargeback Conditions - Reason Code 62

Transaction was completed with a Counterfeit Card and any of the following:

1. All of the following:
   a. Cardholder denies authorizing or participating in the disputed Transaction

© 2012 Visa. All Rights Reserved.

# A3635

Visa International Operating Regulations

    b. One of the following:

        i. Card Verification Value (CVV) was encoded on the Magnetic Stripe of the Card in question

        ii. Integrated Circuit Card Verification Value (iCVV) was on the Magnetic-Stripe Data (MSI) of the Chip of the Card in question

        iii. Dynamic Card Verification Value (dCVV) can be produced by the Chip of the Card in question

    c. Online Authorization was obtained without transmission of the entire unaltered data on track 1 or 2

    d. Issuer reported this Transaction as counterfeit Fraud Activity through VisaNet

2. Cardholder denies authorizing or participating in the disputed Transaction and all of the following (for qualifying Transactions and effective dates, refer to "EMV Liability Shift Participation"):

    a. Card is a Chip Card containing a Visa or Visa Electron Smart Payment Application or an EMV and VIS-Compliant Plus application

    b. Card-Present Transaction did not take place at a Chip-Reading Device and was not a Fallback Transaction completed following correct acceptance procedures as defined in the *Visa International Operating Regulations*

    c. **Effective for Transactions completed on or after 1 May 2012,** if Online Authorization was obtained, the Authorization record indicates that the CVV passed verification

3. Both:

    a. Cardholder denies authorizing or participating in the disputed Transaction

    b. Transaction was completed with a Counterfeit Card and was a Manual Cash Disbursement or Quasi-Cash Transaction completed in a Face-to-Face Environment and the Merchant or Member failed to both:

        i. Compare the first four digits of the embossed or printed Account Number to the four digits printed below the embossed or printed Account Number

        ii. Record the printed digits on the Transaction Receipt

ID#: 230312-171009-0007509

## Chargeback Rights and Limitations - Reason Code 62

1. Minimum Chargeback amount:

    a. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    b. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    c. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    d. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. The Issuer must meet all of the following conditions on or before the Chargeback Processing Date:

      VISA PUBLIC       15 October 2012

© 2012 Visa. All Rights Reserved.

# A3636

  a. Close the Cardholder account

  b. For Chargeback Condition 1 and 3, both of the following:

   i. List the Account Number on the Exception File with a Pickup Response, for a minimum of 30 calendar days

   ii. Report the Fraud Activity through VisaNet using Fraud Type Code 4

  c. For Chargeback Condition 2, both of the following:

   i. List the Account Number on the Exception File with a Pickup Response, for a minimum of 60 calendar days

   ii. Report the Fraud Activity through VisaNet using Fraud Type Code 4

ID#: 111011-171009-0007510

## Invalid Chargebacks - Reason Code 62 (Updated)

Chargeback is invalid for any of the following:

1. For Chargeback Condition 1, if any of the following:

  a. The V.I.P. System Authorization Record POS Entry Mode code value is "05," "07," 90," or "91"

  b. **Effective through 12 October 2012,** all data elements that create the EMV Online Card Authentication Cryptogram are contained in the message

  c. **Effective 13 October 2012,** all data elements that create the EMV Online Card Authentication Cryptogram are contained in the Authorization Request

2. For Chargeback Condition 1, if any of the following:

  a. Transaction is key-entered

  b. Transaction is Chip-initiated and offline-authorized

  c. The Issuer was not a Card Verification Service participant at the time the Transaction occurred

  d. The Card Verification Value was not encoded on the Magnetic Stripe or the Chip of the Card in question.

3. For Chargeback Condition 2, if any of the following:

  a. Transaction is a Chip-initiated Transaction

  b. The Authorization record contains a POS Entry Mode code value of "90" and the Service Code encoded on the Magnetic Stripe of the Card does not indicate the presence of a Chip

  c. **Effective for Transactions completed on or after 1 May 2012,** CVV verification was not performed or the Authorization record indicates that the CVV failed verification

4. **Effective for Transactions completed through 12 October 2012,** for Chargeback Condition 3, an ATM Transaction

5. **Effective for Transactions completed on or after 13 October 2012,** for Chargeback Condition 3:

© 2012 Visa. All Rights Reserved.

# A3637

    a.  An ATM Transaction

    b.  A Transaction conducted using a Mobile Payment Device

6.  An Emergency Cash Disbursement

7.  For Chargeback Condition 1 and 3, Transactions completed with a Proprietary Card bearing the Plus Symbol. For U.S. Domestic Plus Transactions, refer to the *Plus System Inc. Operating Regulations.*

ID#: 151012-171009-0007511

## Chargeback Time Limit - Reason Code 62

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007512

## Chargeback Processing Requirements - Reason Code 62 (Updated)

Member Message Text:

1.  For Chargeback Condition 1

    a.  For an ATM Transaction: CH DISP, CVV ENCODED, FRD RPT, ISS CVS PARTICIPANT

    b.  Documentation: For an ATM Transaction, none required.
      For all other Transactions: All of the following:

      i.  Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer certifying:

        •  Card Verification Value was encoded on the Card in question

        •  Issuer was a participant in the Card Verification Service at the time of Authorization

      ii.  For Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

      iii.  For Transactions not involving Issuers or Acquirers in Visa Europe:

        •  Cardholder letter denying authorization or participation in the Transaction, or certification that the Cardholder denies authorization or participation in the Transaction

        •  Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

        •  Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Code 4, "Issuer-Reported Counterfeit"

        •  Certification of the date Account Number was listed on the Exception File

      iv.  For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

2.  For Chargeback Condition 2:

    a.  Member Message Text: EMV CARD, NON EMV DEVICE

    b.  Documentation or certification using Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer: All of the following:

© 2012 Visa. All Rights Reserved.

# A3638

    i.   For Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

    ii.  For Transactions not involving Issuers or Acquirers in Visa Europe:

- Cardholder letter denying authorization or participation in the Transaction, or certification that Cardholder denies authorization or participation in the Transaction

- Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

- Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Code 4, "Issuer-Reported Counterfeit"

- Certification of the date Account Number was listed on the Exception File

    iii. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

3. For Chargeback Condition 3:

    a.  Member Message Text: For a Manual Cash Disbursement or Quasi-Cash Transaction: EMBOSSED/PRINTED DIGITS NOT COMPARED

    b.  Documentation or certification using Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer: All of the following:

    i.   **Effective for Chargebacks processed through 12 October 2012,** legible Transaction Receipt copy

    ii.  **Effective for Chargebacks processed on or after 13 October 2012,** for Transactions involving Issuers or Acquirers in Visa Europe, legible Transaction Receipt copy *(This only applies in Visa Europe.)*

    iii. For Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

    iv. For Transactions not involving Issuers or Acquirers in Visa Europe:

- Cardholder letter denying authorization or participation in the Transaction, or certification that Cardholder denies authorization or participation in the Transaction

- Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

- Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Code 4, "Issuer-Reported Counterfeit"

- Certification of the date Account Number was listed on the Exception File

    v.  For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151012-171009-0007513

## Representment Time Limit - Reason Code 62

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007514

**© 2012 Visa. All Rights Reserved.**

# A3639

## Representment Rights and Limitations - Reason Code 62

1. **Effective through 31 December 2013,** for Chargeback Condition 1 and 2, the Acquirer or Load Acquirer must have been certified as a Card Verification Service participant at the time the Authorization occurred.

2. **Effective 1 January 2014,** for Chargeback Condition 1 and 2, the Acquirer must have been certified as a Card Verification Service participant at the time the Authorization occurred.

3. For a Representment due to an Issuer failing to meet the requirements specified in Chargeback Rights and Limitations 2, the Acquirer must provide information/documentation to support this claim such as evidence indicating Card Account number was not listed on the Exception File or account was not closed or Transaction was not reported as fraud.

4. The Acquirer must not represent a Transaction because of the failure by the Issuer to certify the following: (The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.)

   a. Card status at the time of the Transaction (lost, stolen, counterfeit)

   b. Date Fraud Activity was reported through VisaNet

   c. Date Account Number was listed on the Exception File

ID#: 160312-171009-0007515

## Representment Processing Requirements - Reason Code 62

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

      i. CRED MMDDYY ARN X...X (23 or 24 digits)

      ii. REVERSAL MMDDYY

   b. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

   a. For Chargeback Condition 1:

      i. Member Message Text:

         • AUTH DATE MMDDYY CODE X...X

         • POS XX (Specify POS Entry Mode code value)

         • AUTHENTICATION CRYPT IN AUTH

      ii. Documentation: As applicable

   b. For Chargeback Condition 2:

      i. Member Message Text (for qualifying Transactions and effective dates, refer to "EMV Liability Shift Participation"):

         • X...X (Specify the reason)

         • EMV DEVICE, POS 90, NON CHIP SVCE CODE

© 2012 Visa. All Rights Reserved.

# A3640

---

Visa International Operating Regulations

---

- • EXCP FILE NOT LSTD, FRD NOT RPT, ACC NOT CLSD
  - ii. Documentation: As applicable.
- c. For Chargeback Condition 3:
  - i. Member Message Text:
    - • X...X (Specify the reason)
    - • EXCP FILE NOT LSTD, FRD NOT RPT, ACC NOT CLSD
  - ii. Documentation: As applicable.
3. Acquirer can remedy the Chargeback.
   - a. Member Message Text:
     - i. X...X (Specify the reason)

ID#: 050411-171009-0007516

## Additional Information - Reason Code 62

**Effective 1 May 2012,** for Chargeback Condition 2 only, use VIP Field 44.5, "CVV Results Code," to determine if the CVV passed verification.

ID#: 160312-010512-0026537

## Reason Code 70 Card Recovery Bulletin or Exception File

### Overview - Reason Code 70

Time Limit: 75 calendar days

A Merchant did not check the Card Recovery Bulletin or Exception File for a Transaction with an amount that was below the Floor Limit, excluding U.S. Domestic Transactions.

ID#: 171009-171009-0007518

### Chargeback Conditions - Reason Code 70

1. All of the following:
   - a. Transaction was below the Merchant's Floor Limit
   - b. Merchant did not obtain Authorization
   - c. Account Number was listed in the Card Recovery Bulletin in the jurisdiction of the Merchant's Visa Regional Office on the Transaction Date
2. All of the following:
   - a. Transaction was below the Merchant's Floor Limit
   - b. Merchant did not obtain Authorization

---

© 2012 Visa. All Rights Reserved.

# A3641

   c. Merchant did not perform Account Number Verification

   d. Both:

      i. Transaction originated at a U.S. Merchant Outlet

      ii. Account Number was listed on the Exception File with a Pickup Response by 4 a.m. Greenwich Mean Time on the date preceding the Transaction Date

ID#: 171009-171009-0007519

## Chargeback Rights and Limitations - Reason Code 70

1. Minimum Chargeback amount:

   a. For a T&E Transaction, US $25 or equivalent

   b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. If the Transaction Date was not transmitted in the Clearing Record, Chargeback is valid if one of the following:

   a. For Chargeback Condition 1, Account Number was listed on the Card Recovery Bulletin within 10 calendar days prior to the Transaction Processing Date

   b. For Chargeback Condition 2, Account Number Verification was performed or the Account Number was listed on the Exception File within 10 calendar days prior to the Transaction Processing Date

ID#: 111011-171009-0007520

## Invalid Chargebacks - Reason Code 70 (Updated)

Chargeback is invalid for any of the following:

1. For Chargeback Condition 1, Transactions occurred at a Chip-Reading Device (for qualifying Transactions and effective dates, refer to "EMV Liability Shift Participation")

2. Transactions authorized through Emergency Payment Authorization Service

3. T&E Transaction if Account Number was not listed on the Exception File with a negative response on the Chargeback Processing Date

4. Transaction completed at a Proximity Payment-Only Terminal, as specified in "Deployment of Proximity Payment-Only Terminals"

ID#: 151012-171009-0007521

 VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3642

**Chargeback Time Limit - Reason Code 70**

75 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007522

**Chargeback Processing Requirements - Reason Code 70**

1. For Chargeback Condition 1:
   a. Member Message Text:
      i. LISTED CRB DATE MMDDYY CRB REGION XX
   b. Documentation: None required.
2. For Chargeback Condition 2:
   a. Member Message Text:
      i. LISTED EXCEPT FILE MMDDYY
   b. Documentation: None required.

ID#: 171009-171009-0007523

**Representment Time Limit - Reason Code 70**

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007524

**Representment Processing Requirements - Reason Code 70**

1. Credit or Reversal was processed.
   a. Member Message Text: Either that applies:
      i. CRED MMDDYY ARN X...X(23 or 24 digits)
      ii. REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
   a. Member Message Text:
      i. X...X (Specify the reason)
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. For Chargeback Condition 1:
      i. Member Message Text: As applicable:

© 2012 Visa. All Rights Reserved.

# A3643

- • ACCT NUM NOT ON CRB TRAN DATE MMDDYY
- • CHECK-IN DATE MMDDYY
- • RENTAL DATE MMDDYY
- • EMBARK DATE MMDDYY
- • AUTH DATE MMDDYY CODE X...X

ii. Documentation: Evidence that the Transaction was Chip-initiated and offline-authorized, if applicable.

b. For Chargeback Condition 2:

i. Member Message Text: As applicable:

- • ACCT NUM NOT ON EXCPT FILE TRAN DATE MMDDYY

ID#: 111011-171009-0007525

## Additional Information - Reason Code 70

1. Chargeback is valid whether or not a specific Account Number in a blocked BIN appears in the Card Recovery Bulletin or Exception File.

2. For a T&E Transaction, the Transaction date is the check-in, car rental, or embarkation date.

3. If the Member's Authorization records conflicts, the V.I.P System Authorization record will prevail at Arbitration.

ID#: 111011-171009-0007526

# Reason Code 71 Declined Authorization

## Overview - Reason Code 71

Time Limit: 75 calendar days

A Merchant completed a Transaction after an Authorization Request received a Decline Response.

ID#: 171009-171009-0007528

## Chargeback Conditions - Reason Code 71 (Updated)

One of the following:

1. Authorization Request received a Decline or Pickup Response and a Merchant completed the Transaction.

2. Both:

a. Authorization Request for a Magnetic-Stripe read or Chip-initiated Transaction received a Decline, Pickup, or Referral Response and subsequent Authorization was obtained by a means other than Voice Authorization and Merchant completed the Transaction

© 2012 Visa. All Rights Reserved.

# A3644

    b.   Transaction is Counterfeit

3.   All of the following:

    a.   **Effective through 12 October 2012,** Chip-Reading Device transmitted all data elements that create the EMV- Online Card Authentication Cryptogram with a POS Entry Mode value of "05"

    b.   **Effective 13 October 2012,** Chip-Reading Device transmitted an Authorization Request that contained all data elements that create the EMV-Online Card Authentication Cryptogram with a POS Entry Mode value of "05"

    c.   Authorization Response was a Referral Response

    d.   Authorization Request was approved by means other than Voice Authorization

    e.   Approved Transaction is fraudulent

    f.   Issuer reported the Transaction as Fraud Activity through VisaNet

    g.   Account Number was resident on the Exception File with a Pickup Response on the Processing Date of the Chargeback, and was on the Exception File for a total period of at least 60 calendar days from the date of listing

ID#: 151012-171009-0007529

## Chargeback Rights and Limitations - Reason Code 71

1.   Minimum Chargeback amount:

    a.   For a T&E Transaction, US $25 or equivalent

    b.   For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c.   For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d.   For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e.   For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.   For Hotels, Car Rental Companies, and Cruise Lines that rendered services, Chargeback is limited to the amount over the Floor Limit if the Account Number was not listed in the Card Recovery Bulletin on the rental, check-in, or embarkation date, excluding U.S. Domestic Transactions.

3.   For a U.S. Domestic T&E Transaction, Account Number must also be listed on the Exception File with a Negative Response on the Chargeback Central Processing Date and remain on the Exception file with a Negative Response for at least 90 calendar days. *(This only applies in the U.S. Region.)*

4.   For a U.S. Domestic lodging Transaction where services were rendered, Chargeback is limited to the amount over the Chargeback Protection Limit if the Account Number was not listed on the Exception File with a Pickup Response at 8 p.m. Pacific Time on the date preceding the Transaction initiation date. *(This only applies in the U.S. Region.)*

5.   Chargeback is valid if **both** of the following apply:

© 2012 Visa. All Rights Reserved.

# A3645

    a.  Authorization Request was processed through the International Automated Referral Service

    b.  Decline Response was provided

6.  For an Intraregional Transaction in the LAC Region, a H&C Merchant that provided services, the Chargeback amount is the amount above the Floor Limit if the Account Number was not listed in the Card Recovery Bulletin on the patient's check-in date. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007530

## Invalid Chargebacks - Reason Code 71 (Updated)

Chargeback is invalid for any of the following:

1.  If Authorization was obtained as a result of Visa Stand-In Processing

2.  For a T&E Transaction if the Account Number was not listed on the Exception File with a negative response on the Chargeback Processing Date

3.  For Transaction authorized through the Emergency Payment Authorization Service

4.  For a U.S. Domestic Transaction, Chargeback is invalid for any of the following: *(This only applies in the U.S. Region.)*

    a.  CPS Transaction *(This only applies in the U.S. Region.)*

    b.  ATM Cash Disbursement *(This only applies in the U.S. Region.)*

    c.  Transactions processed according to assured Transaction Response procedures *(This only applies in the U.S. Region.)*

    d.  For a T&E Transaction if the Account Number was not listed on the Exception File with a negative response for at least 90 calendar days from the Chargeback Processing Date *(This only applies in the U.S. Region.)*

    e.  **Effective for Transactions completed on or after 14 April 2012,** for a resubmission of a Visa Debit with PIN Transaction if: *(This only applies in the U.S. Region.)*

        i.  The Decline Response is one of the following: *(This only applies in the U.S. Region.)*

          •  Response code 51, "Insufficient Funds" *(This only applies in the U.S. Region.)* *(This only applies in the U.S. Region.)*

          •  Response code 61, "Exceeds Approval Amount Limit" *(This only applies in the U.S. Region.)*

          •  Response code 65, "Exceeds Withdrawal Frequency Limit" *(This only applies in the U.S. Region.)*

        ii.  Authorization was obtained within 9 calendar days after the original Transaction Date *(This only applies in the U.S. Region.)*

5.  For Chargeback Condition 1, if Authorization was obtained after a Decline or Referral Response was received for the same purchase [136]

ID#: 151012-171009-0007532

---

136  This provision does not include Transactions that receive an Authorization Pickup Response of "04," "07," "41," or "43" or Authorization Requests submitted more than 12 hours after the submission of the first Authorization Request.

© 2012 Visa. All Rights Reserved.

# A3646

## Chargeback Time Limit - Reason Code 71

75 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007534

## Chargeback Processing Requirements - Reason Code 71

1. For Chargeback Condition 1 or 3:
   a. Member Message Text:
      i. AUTH DECLINED MMDDYY
2. For Chargeback Condition 2:
   a. Member Message Text:
      i. ISS CERT TX COUNTERFEIT

ID#: 171009-171009-0007535

## Documentation - Reason Code 71

Any of the following, as applicable:

For Chargeback Condition 2, either of the following:

1. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Issuer stating all of the following:
   a. Date and time the call was received from the International Automated Referral Service
   b. Account Number
   c. Transaction amount
   d. Issuer response
2. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Issuer with Issuer certification that the approved Transaction was Counterfeit and both the initial and subsequent Authorization Requests contained the following identical data:
   a. Account Number
   b. Transaction Date
   c. Transaction amount
   d. Merchant identification

For Chargeback Condition 3:

1. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Issuer with Issuer certification of all of the following:
   a. The approved Transaction was fraudulent

© 2012 Visa. All Rights Reserved.

# A3647

b. Both the initial and subsequent Authorization Requests contained the following identical data:

   i. Account Number

   ii. Transaction Date

   iii. Transaction amount

   iv. Merchant identification

c. The Account Number was resident on the Exception File with a Pickup Response on the Processing Date of the Chargeback, and was on the Exception File for a total period of at least 60 calendar days from the date of listing.

*ID#: 171009-171009-0007531*

## Representment Time Limit - Reason Code 71

45 calendar days from the Chargeback Processing Date

*ID#: 171009-171009-0007536*

## Representment Processing Requirements - Reason Code 71

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

      i. CRED MMDDYY ARN X...X (23 or 24 digits)

      ii. REVERSAL MMDDYY

   b. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

   a. Member Message Text:

      i. X...X (Specify the reason)

   b. Documentation: None required.

3. Acquirer can remedy the Chargeback.

   a. Member Message Text:

      i. AUTH DATE MMDDYY CODE X...X

      ii. TRAN IS MMDDYY NOT MMDDYY

   b. Documentation:

      i. For a dispute involving special Authorization procedures, both:

         • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Acquirer

         • Visa Resolve Online Dispute Questionnaire or Certification of Special Authorization Representment Amount Exhibit 3C), excluding U.S. Domestic Transactions

      ii. Evidence that the Transaction was Chip-initiated and offline-authorized, if applicable

© 2012 Visa. All Rights Reserved.

# A3648

Visa International Operating Regulations

    iii.  For a Intraregional Transaction in the LAC Region, Chargeback Condition 3, Supporting Documents to Issuer, *Certification of Authorization Representment Amount for Public and Private Hospitals (This only applies in the Latin America & Caribbean Region.)*

ID#: 171009-171009-0007537

## Additional Information - Reason Code 71 (Updated)

1. Chargeback is valid for Transactions above or below the Floor Limit when a Decline Response was received and no subsequent valid Authorization was obtained.

2. For Chargeback Condition 2, the Issuer may provide a copy of either:

    a.  International Automated Referral Service log reflecting the Issuer's Decline Response

    b.  Issuer's internal Authorization log containing the following elements:

        i.   Date and time the call was received from the International Automated Referral Service

        ii.  Account Number

        iii.  Transaction amount

        iv.  Issuer response

3. Special Authorization procedures are allowed for Hotels, Cruise Lines, and Car Rental Companies, and, **effective 14 November 2011,** for Aggregated Transactions.

4. If the Member's Authorization records conflict, the V.I.P. System Authorization record will prevail at Arbitration.

ID#: 151012-171009-0007538

## Reason Code 72 No Authorization

### Overview - Reason Code 72

Time Limit: 75 calendar days

Authorization was required for a Transaction, but the Merchant did not obtain proper Authorization.

ID#: 171009-171009-0007540

### Chargeback Conditions - Reason Code 72

1. Transaction exceeded the Floor Limit and Authorization was not obtained on the Transaction Date.

2. Authorization was obtained using invalid or incorrect data, or Merchant Category Code used in the V.I.P. System Authorization Request does not match the Merchant Category Code in the Clearing Record of the first Presentment for the same Transaction.

ID#: 171009-171009-0007541

© 2012 Visa. All Rights Reserved.

# A3649

## Chargeback Rights and Limitations - Reason Code 72 (Updated)

1. Minimum Chargeback amount:

    a. For a T&E Transaction, US $25 or equivalent

    b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transaction in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Chargeback is valid for any of the following:

    a. Only for the amount of the Transaction that exceeds the Floor Limit if both:

        i. Services were rendered for a Hotel, Car Rental Company, or Cruise Line

        ii. Account Number was not on the Card Recovery Bulletin on the Transaction Date

    b. For a U.S. Lodging Merchant, Chargeback is valid for the amount over the Merchant's Chargeback Protection Limit of 15% *(This only applies in the U.S. Region.)*

    c. **Effective for Transactions completed through 13 April 2012,** for Hotels, Car Rental Companies, and Cruise Lines where the Transaction amount exceeds the total of all estimated authorized amounts, Chargeback is valid only for the amount that exceeds the authorized amount by 15%

    d. **Effective for Transactions completed on or after 14 April 2012,** for Hotels and Cruise Lines where the Transaction amount exceeds the total of all estimated authorized amounts, Chargeback is valid only for the amount that exceeds the authorized amount by 15%

    e. **Effective for Transactions completed on or after 14 April 2012,** for a car rental Merchant, Chargeback is valid only for the amount that exceeds the sum the greater of:

        i. Sum of authorized amounts plus 15%

        ii. Sum of authorized amounts plus US $75 or local currency equivalent *(This provision does not apply to Transactions involving Issuers and Acquirers in Visa Europe.)*

    f. A Chip-initiated, Offline Authorized Transaction for an amount exceeding the Merchant's Chip Floor Limit

    g. **Effective through 12 October 2012,** a Chip-initiated Transaction that was cleared with an Authorization Request Cryptogram (ARQC) that did not receive an approval response to an Online Authorization request from the Issuer or the Issuer's agent

    h. **Effective 13 October 2012,** a Chip-initiated Transaction that included an Authorization Request Cryptogram (ARQC) in the Clearing Record but was not authorized Online by the Issuer or the Issuer's agent

    i. For an Automated Fuel Dispenser, for the amount exceeding one of the following:

        i. Amount authorized by the Issuer

© 2012 Visa. All Rights Reserved.

# A3650

    ii.  For an EMV PIN Transaction, US $100, or local currency equivalent, if a Status Check Authorization was obtained

    iii.  For all other Transactions, US $75 or local currency equivalent, if a Status Check Authorization was obtained

    iv.  For a U.S. Domestic Visa Fleet Card Transaction, US $150, if a Status Check Authorization was obtained *(This only applies in the U.S. Region.)*

    v.  **Effective 1 August 2013,** in the AP Region, for all domestic Magnetic Stripe-read and Chip-initiated Transactions in Japan, 15,000 JPY, if Status Check Authorization was obtained *(This only applies in the Asia Pacific Region.)*

  j.  For a Mail/Phone Order or Electronic Commerce Transaction, Authorization is valid if either:

    i.  Transaction amount is within 15% of the authorized amount, if the additional amount represents shipping cost

    ii.  Authorization was obtained within 7 calendar days of the Transaction Date

3.  For a restaurant, excluding Domestic Transactions in Brazil **,** if the Transaction amount is more than 20% greater than the authorized amount, Issuer may charge back only the amount that exceeds the additional 20%.

4.  If Authorization was obtained for an amount less than the Transaction amount, Chargeback is limited only to the amount that was not authorized.

5.  Chargeback is valid if the Transaction required Authorization and the Authorization was obtained, but subsequently reversed.

6.  Authorization is invalid for Fallback Transactions where the appropriate values identifying the Transaction as a Fallback Transaction are not included in the Authorization message. For Fallback Transactions, the Merchant Floor Limit is zero. Appropriate values to indicate a Fallback Transaction must include but are not limited to the following:

  a.  VIP Field 22 - POS Entry Mode Code: Values 01, 02 or 90

  b.  VIP Field 60, Position 2 - Terminal Entry Capability:

  c.  Where VIP Field 22 Value = , Field 35 - Service Code,

  d.  Where VIP Field 22 Value = , Field 25 - POS Condition Code:

7.  For Chargeback Condition 2, all of the following:

  a.  Chargeback is valid for the entire Transaction amount

  b.  Chargeback applies when the Authorization Request and Clearing Record are processed by either the same or different Acquirers

  c.  Authorization is invalid if Merchant used invalid or incorrect Transaction data, as specified in the applicable VisaNet Manuals, such as one of the following:

    i.  Incorrect Transaction Date

    ii.  Incorrect Merchant Category Code

    iii.  Incorrect indicator for the Merchant or Transaction type

    iv.  Incorrect country code/state or special condition indicator

© 2012 Visa. All Rights Reserved.

# A3651

8. For an Intraregional Transaction in the LAC Region, a H&C Merchant that provided services, the Chargeback is valid only for the amount above the Floor Limit if the Account Number was not listed in the Card Recovery Bulletin on the date the Transaction was initiated *(This only applies in the Latin America & Caribbean Region.)*

9. For U.S. Domestic Transactions, Chargeback is valid as follows: *(This only applies in the U.S. Region.)*

   a. For a Transaction with one of the following Merchant Category Codes, if the Transaction amount is greater than the authorization amount plus 20%, only the amount exceeding the authorization amount plus 20%: *(This only applies in the U.S. Region.)*

      i. Taxicabs and Limousines (4121) *(This only applies in the U.S. Region.)*

      ii. Bars and Taverns (5813) *(This only applies in the U.S. Region.)*

      iii. Beauty and Barber Shops (7230) *(This only applies in the U.S. Region.)*

      iv. Health and Beauty Spas (7298) *(This only applies in the U.S. Region.)*

   b. For a Transaction that received an Electronic Interchange Reimbursement Fee, Chargeback is valid if Transaction amount is below the Issuer Limit and both: *(This only applies in the U.S. Region.)*

      i. Account Number was listed on the Exception File on or before 8 p.m. Pacific Time on the calendar day preceding the Transaction Date *(This only applies in the U.S. Region.)*

      ii. Exception File response indicated that Card was invalid *(This only applies in the U.S. Region.)*

   c. For T&E Transactions, Account Number must also be listed on the Exception File with a Negative Response on the Chargeback Central Processing Date and remain on the Exception file with a Negative Response for at least 90 calendar days from the Chargeback Central Processing Date. *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0007542

## Invalid Chargebacks - Reason Code 72 (Updated)

Chargeback is invalid for any of the following:

1. For any ATM Cash Disbursement

2. For Transactions authorized through the Emergency Payment Authorization Services

3. For a T&E Transaction if the Account Number was not listed on the Exception File with a negative response on the Chargeback Processing Date

4. If any of the following apply:

   a. Authorization was processed through the International Automated Referral Service

   b. Transaction was authorized by Stand-In Processing

   c. Authorized amount is greater than the Transaction amount

5. For an Automated Fuel Dispenser, excluding Transactions involving Issuers and Acquirers in Visa Europe, if both:

   a. Status Check Authorization was obtained

© 2012 Visa. All Rights Reserved.

# A3652

    b.  Transaction amount is one of the following:

        i.   For an EMV PIN Transaction, US $100 or less, or local currency equivalent

        ii.  For all other Transactions, US $75 or less, or local currency equivalent

        iii.  For a U.S. Domestic Visa Fleet Card Transaction, US $150 or less *(This only applies in the U.S. Region.)*

6.  If the Transaction and Billing Currencies are different, and the Transaction amount is within 10% of the Authorization amount (to allow for currency fluctuation), excluding U.S. Domestic Transactions

7.  If the Cardholder Authentication Verification Value was not validated during Authorization of an Electronic Commerce Transaction

8.  For a U.S. Domestic Transaction, Chargeback is invalid for any of the following: *(This only applies in the U.S. Region.)*

    a.  If a Transaction where a Partial Authorization was obtained and both: *(This only applies in the U.S. Region.)*

        i.   Partial Authorization indicator was present in the Authorization Request *(This only applies in the U.S. Region.)*

        ii.  Transaction amount does not exceed the amount in the Partial Authorization Response *(This only applies in the U.S. Region.)*

    b.  **Effective for Transactions completed through 30 June 2015,** an Online Check Card Transaction completed at an Automated Fuel Dispenser, if all of the following: *(This only applies in the U.S. Region.)*

        i.   Estimated Transaction amount did not exceed US $75 *(This only applies in the U.S. Region.)*

        ii.  Authorization was obtained for an amount based on the estimated Transaction amount *(This only applies in the U.S. Region.)*

        iii.  Transaction amount did not exceed the estimated amount *(This only applies in the U.S. Region.)*

    c.  **Effective for Transactions completed through 30 June 2015,** an Online Check Card Transaction completed at an Automated Fuel Dispenser if the final Transaction amount was processed within X X of either the Status Check or the estimated Transaction amount Approval *(This only applies in the U.S. Region.)*

    d.  For Manual Cash Disbursements that exceed US $5,000 *(This only applies in the U.S. Region.)*

9.  Chargeback does not apply to Transactions authorized with Merchant Category Codes 9701 and 9702

ID#: 151012-171009-0007543

## Chargeback Time Limit - Reason Code 72

75 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007544

**© 2012 Visa. All Rights Reserved.**

# A3653

**Chargeback Processing Requirements - Reason Code 72 (Updated)**

1. For Chargeback Condition 1:

    a. Member Message Text, as applicable:

        i.  NO AUTHORIZATION

        ii. EMV CARD, NO AUTH, EXCD CHIP FLOOR LIMIT

        iii. EMV CARD, INVALID FALLBACK DATA

        iv. TRAN EXCEEDS AUTH AMOUNT

    b. Documentation: None required.

2. For Chargeback Condition 2

    a. Member Message Text:

        i.  AUTH OBTAINED USING INVALID DATA

    b. Documentation:

        i.  Completed Visa Resolve Online Questionnaire or Issuer
            Chargeback/ Acquirer Representment Form - Non-Matching Merchant Category Code
            including the Chargeback Reference Number, if used.

        ii. **Effective for Chargebacks processed through 19 April 2013,** in lieu of documentation,
            Issuer certification that the Transaction would have been declined if Transaction data
            had been provided in the Authorization Request. The right to certify does not apply to
            Transactions involving Issuers or Acquirers in Visa Europe.

        iii. **Effective for Chargebacks processed on or after 20 April 2013,** in lieu of
            documentation, Issuer certification that the Authorization Request would have been
            declined if valid data had been provided and an explanation of why the inclusion of valid
            data would have caused the Authorization Request to be declined. The right to certify
            does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

        iv. For Transactions involving Issuers or Acquirers in Visa Europe, documentation to support
            the Issuer's claim that the Transaction would have been declined if Transaction data had
            been provided in the Authorization Request.  *(This only applies in Visa Europe.)*

ID#: 151012-171009-0007545

## Representment Time Limit - Reason Code 72

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007546

## Representment Conditions - Reason Code 72 (Updated)

1. **Effective for Transactions completed through 13 April 2012,** for a T&E Transaction where
   special Authorization procedures were followed, Representment is limited to the sum of the
   Authorization amounts plus 15%. This total must not exceed the Transaction amount.

© 2012 Visa. All Rights Reserved.

# A3654

2. **Effective for Transactions completed on or after 14 April 2012,** for Hotels or Cruise Lines where special Authorization procedures were followed, Representation is limited to the sum of the Authorization amounts plus 15%. This total must not exceed the Transaction amount.

3. **Effective for Transactions completed on or after 14 April 2012,** for Car Rental Companies where special Authorization procedures were followed, Representation is limited to the greater of:

   a. Sum of authorized amounts plus 15%

   b. Sum of authorized amounts plus US $75 or local currency equivalent. *(This provision does not apply to Transactions involving Issuers and Acquirers in Visa Europe.)* This total must not exceed the Transaction amount.

4. One of the following:

   a. Chargeback is improper or invalid or credit was processed

   b. Merchant obtained Authorization on the Transaction Date

   c. Merchant obtained Authorization for a Mail/Phone Order or Electronic Commerce Transaction within 7 calendar days prior to the Transaction Date and merchandise was shipped or delivered

   d. Restaurant Transaction amount exceeds Authorization amount by 20% or less, excluding Domestic Transactions in Brazil

   e. For a T&E Transaction, Merchant obtained valid Authorization between the dates that the Transaction was initiated and completed, using special Authorization procedures

   f. Transaction authorized, except for Transactions authorized using V.I.P. System emergency procedures

   g. Merchant obtained Authorization using correct Transaction data

ID#: 151012-171009-0007547

## Representation Rights and Limitations - Reason Code 72 (Updated)

1. **Effective for Transactions completed through 13 April 2012,** Representation Condition 4e, is limited to the sum of the Authorization amounts plus 15%. This total must not exceed the Transaction amount.

2. **Effective for Transactions completed on or after 14 April 2012,** for Hotels or Cruise Lines, if special Authorization procedures are used, Representation is limited to the amount that exceeds the sum of the Authorization amounts by 15%. This total must not exceed the Transaction amount.

3. **Effective for Transactions completed on or after 14 April 2012,** for Car Rental Companies, if special Authorization procedures are used, Representation is limited to the greater of:

   a. Sum of the authorized amounts plus 15%

   b. Sum of authorized amounts plus US $75 or local currency equivalent. *(This provision does not apply to Transactions involving Issuers and Acquirers in Visa Europe.)* This total must not exceed the Transaction Amount.

© 2012 Visa. All Rights Reserved.

# A3655

4. For a U.S. Domestic Transaction, if an Electronic Interchange Reimbursement Fee was not processed as specified, Acquirer must not represent the Transaction at the Standard Interchange Reimbursement Fee rate. Acquirer is liable for the Transaction. *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0007549

## Representment Processing Requirements - Reason Code 72 (Updated)

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

      i. CRED MMDDYY ARN X...X (23 or 24 digits)

      ii. REVERSAL MMDDYY

   b. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

   a. Member Message Text:

      i. X...X (Specify the reason)

      ii. EMV CARD, VALID FALLBACK DATA

      iii. NOT AN EMV CARD, NON EMV DEVICE

   b. Documentation: As applicable.

3. Acquirer can remedy the Chargeback.

   a. For Chargeback Condition 1:

      i. Member Message Text:

         • AUTH DATE MMDDYY CODE X...X AMT $XXX

         • TRAN DATE IS MMDDYY NOT MMDDYY

         • **Effective through 12 October 2012,** if a U.S. Domestic Mail/Phone Order or Electronic Commerce Transaction, Representment Condition 4c: MO/TO (or EC) ORDER DATE MMDDYY CODE XXXXX AMT $XXXX *(This only applies in the U.S. Region.)*

         • **Effective 13 October 2012,** if Mail/Phone Order or Electronic Commerce Transaction, Representment Condition 4c: MO/TO (or EC) ORDER DATE MMDDYY CODE XXXXX AMT $XXXX

         • **Effective through 12 October 2012,** for a U.S. Domestic Transaction, if Representment Condition 4d: MERCHANT IS RESTAURANT MMDDYY CODE XXXXX AMT $XXXX  *(This only applies in the U.S. Region.)*

         • **Effective 13 October 2012,** if Representment Condition 4d: MERCHANT IS RESTAURANT MMDDYY CODE XXXXX AMT $XXXX

      ii. Documentation: For a dispute involving special Authorization procedures, both:

         • Visa Resolve Online Questionnaire or Exhibit 2E-3 Acquirer

         • Certification of Special Authorization Representment Amount (Exhibit 3C)

© 2012 Visa. All Rights Reserved.

# A3656

- Any of the following, as applicable:
    - If special Authorization procedures used, Representment Condition 4e, and if internal Authorization records conflict, the Acquirer must provide Transaction Receipt or Substitute Transaction Receipt
    - For Intraregional H&C Transactions in the LAC Region, Certification of Authorization Representment Amount for Public and Private Hospitals (Exhibit LA-3) *(This only applies in the Latin America & Caribbean Region.)*

b. For Chargeback Condition 2:

    i. Member Message Text:

- None

    ii. Documentation:

- Visa Resolve Online Questionnaire
- V.I.P System Authorization record and the Clearing Record of the First Presentment

ID#: 151012-171009-0007548

## Additional Information - Reason Code 72 (Updated)

1. Special Authorization procedures are allowed for Hotel, Cruise Line, Car Rental Company, and, **effective 14 November 2011,** Aggregated Transactions. Any Authorization obtained for these Transactions between the Transaction initiation and completion dates is valid.

2. When an Issuer's and Acquirer's Authorization records differ, the Visa System records will prevail.

ID#: 151012-171009-0007550

## Reason Code 73 Expired Card

### Overview - Reason Code 73

Time Limit: 75 calendar days

A Merchant completed a Transaction with a Card that expired prior to the Transaction Date, and the Merchant did not obtain Authorization.

ID#: 171009-171009-0007551

### Chargeback Conditions - Reason Code 73

Both:

1. Card expired prior to the Transaction Date
2. Merchant did not obtain Authorization

ID#: 171009-171009-0007552

© 2012 Visa. All Rights Reserved.

# A3657

## Chargeback Rights and Limitations - Reason Code 73

1. Minimum Chargeback amount:

   a. For a T&E Transaction, US $25 or equivalent

   b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Transaction Date is as follows:

   a. Hotel: Check-in date

   b. Car Rental Company: Date the car was rented

   c. Cruise Line: Embarkation date

   d. For an Intraregional H&C Transaction in the LAC Region: Check-in date *(This only applies in the Latin America & Caribbean Region.)*

3. For a Mail/Phone Order or Electronic Commerce Transaction, the expiration date provided by the Cardholder is assumed to be correct.

ID#: 111011-171009-0007553

## Invalid Chargebacks - Reason Code 73

Chargeback is invalid for any of the following:

1. Transaction authorized through the Emergency Payment Authorization Service

2. Chip-initiated Transactions

3. T&E Transaction if the Account Number was not listed on the Exception File with a negative response on the Chargeback Processing Date

4. For a U.S. Domestic T&E Transaction, if the Account Number was not listed on the Exception File with a Negative Response on the Chargeback Central Processing Date and did not remain on the Exception File with a Negative Response for at least 90 calendar days from the Chargeback Central Processing Date *(This only applies in the U.S. Region.)*

ID#: 010410-171009-0007554

© 2012 Visa. All Rights Reserved.

# A3658

## Chargeback Time Limits - Reason Code 73

75 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007555

## Chargeback Processing Requirements - Reason Code 73

Member Message Text: CARD EXPIRED MMDDYY

Documentation: None required.

ID#: 171009-171009-0007556

## Representment Time Limits - Reason Code 73

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007557

## Representment Processing Requirements - Reason Code 73

1. Credit or Reversal was processed.
    a. Member Message Text: Either that applies:
        i. CRED MMDDYY ARN X...X (23 or 24 digits)
        ii. REVERSAL MMDDYY
    b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
    a. Member Message Text: X...X (Specify the reason)
    b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
    a. Member Message Text:
        i. AUTH DATE MMDDYY
        ii. CARD NOT EXPIRED ON TRAN DATE
        iii. CHECK-IN DATE MMDDYY
        iv. RENTAL DATE MMDDYY
        v. EMBARK DATE MMDDYY
    b. Documentation:
        i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Acquirer and one of the following:

© 2012 Visa. All Rights Reserved.

# A3659

ii. Merchant's Authorization log

iii. Documentation to prove the Card was not expired on the Transaction Date

iv. Evidence that the Transaction was Chip-initiated and offline-authorized, if applicable

ID#: 010410-171009-0007558

## Additional Information - Reason Code 73

1. The Card expiration date is the last day of the month.

2. If the Member's Authorization records conflicts, the V.I.P System Authorization record will prevail at Arbitration

3. Prior to initiating a Chargeback, an Issuer should verify that an Authorization was not obtained.

ID#: 010410-171009-0007559

# Reason Code 74 Late Presentment

## Overview - Reason Code 74

Time Limit: 120 calendar days

Transaction was not processed within the required time limits and the account was not in good standing on the Processing Date, or the Transaction was processed more than 180 calendar days from the Transaction Date.

ID#: 171009-171009-0007560

## Chargeback Conditions - Reason Code 74

One of the following:

1. Both:

   a. Transaction was not processed within the required time limit

   b. Account Number was not in good standing on the Chargeback Processing Date

2. Transaction Date is more than 180 calendar days prior to the Processing Date.

ID#: 171009-171009-0007561

## Chargeback Rights and Limitations - Reason Code 74 (Updated)

1. Minimum Chargeback amount:

   a. For a T&E Transaction, US $25 or equivalent

   b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

© 2012 Visa. All Rights Reserved.

# A3660

Visa International Operating Regulations

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e. For all other Domestic Transaction in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. For Chargeback Condition 1, for a Visa Electron Card, Transaction Date is more than 6 calendar days prior to the Processing Date, excluding U.S. Domestic Transactions.

3. For Chargeback Condition 1, for an ATM or Load Transaction, Transaction Date is more than 10 calendar days prior to the Processing Date.

4. For a T&E Transaction, Transaction Date is as follows:

   a. Hotel: Check-out date

   b. Car Rental Company: Return date

   c. Cruise Line: Disembarkation date

5. For Chargeback Condition 1, for all other Transactions, Transaction Date is more than 30 calendar days prior to the Processing Date.

6. For Chargeback Condition 1, for a U.S. Domestic Transaction, Transaction Date is more than: *(This only applies in the U.S. Region.)*

   a. 10 calendar days prior to the Processing Date for any of the following: *(This only applies in the U.S. Region.)*

      i. Account that is not in good standing, including "not sufficient funds" *(This only applies in the U.S. Region.)*

      ii. **Effective for Transactions completed through 30 June 2015,** ATM Transaction, Load Transaction, or Online Check Card Transaction *(This only applies in the U.S. Region.)*

      iii. **Effective for Transactions completed on or after 1 July 2015,** ATM Transaction or Load Transaction *(This only applies in the U.S. Region.)*

   b. **Effective for Transactions completed on or after 14 April 2012,** for Visa Debit with PIN Transactions, 10 calendar days from the Transaction Date *(This only applies in the U.S. Region.)*

   c. For Merchants with multiple Merchant Outlets, 20 calendar days prior to the Processing Date for an account that is not in good standing, including "not sufficient funds" *(This only applies in the U.S. Region.)*

7. For an Intraregional H&C Transaction in the LAC Region, Transaction Date is the patient's check-out date *(This only applies in the Latin America & Caribbean Region.)*

8. For Chargeback Condition 1, for a T&E Transaction, Issuer must list the Account Number on the Exception File with a negative response on the Chargeback Processing Date.

9. For Chargeback Condition 1, for a U.S. Domestic T&E Transaction, Issuer must list the Account Number on the Exception File with a Negative Response on the Chargeback Central Processing Date. The Account Number must remain on the Exception File with a Negative Response for at least 90 calendar days from the Central Processing Date. *(This only applies in the U.S. Region.)*

**© 2012 Visa. All Rights Reserved.**

# A3661

10. **Effective through 30 April 2012,** for Chargeback condition 1, for a Malaysia Domestic Visa debit Transaction conducted at an Automated Fuel Dispenser, Transaction Date is more than 6 calendar days prior to the Processing Date. *(This only applies in the Asia Pacific Region.)*

11. **Effective for Transactions processed on or after 1 May 2012,** for Chargeback Condition 1, for a Malaysia Domestic Transaction conducted at an Automated Fuel Dispenser, Transaction Date is more than 6 calendar days prior to the Processing Date. *(This only applies in the Asia Pacific Region.)*

ID#: 151012-171009-0007562

## Chargeback Time Limit - Reason Code 74

One of the following:

1. 120 calendar days from the Central Processing Date of the Presentment

2. **Effective for Transactions completed through 30 June 2015,** for Chargeback Rights and Limitations 6, if ATM, Visa TravelMoney, or Online Check Card Transaction, 20 calendar days from the Central Processing Date of the Adjustment. *(This only applies in the U.S. Region.)*

3. **Effective for Transactions completed on or after 1 July 2015,** for Chargeback Rights and Limitations 6, if ATM or Visa TravelMoney Transaction, 20 calendar days from the Central Processing Date of the Adjustment. *(This only applies in the U.S. Region.)*

ID#: 160312-171009-0007572

## Chargeback Processing Requirements - Reason Code 74 (Updated)

1. For Chargeback Condition 1:

   a. Member Message Text:

      i. ACCOUNT STATUS CODE (Supply the appropriate code in the last position of the text)

         • X=Counterfeit

         • O=Account Closed

         • C=Account Problem

      ii. For a U.S. Domestic Transaction, C=Account Problem (including NSF) *(This only applies in the U.S. Region.)*

      iii. F=Other Fraud (e.g., lost, stolen, not received)

   b. Documentation: None required.

2. For Chargeback Condition 2:

   a. Member Message Text: MORE THAN 180 DAYS LATE

   b. Documentation: None required.

3. **Effective for Transactions completed on or after 14 April 2012,** for a U.S. Domestic Visa Debit with PIN Transaction: *(This only applies in the U.S. Region.)*

   a. Member Message Text: *(This only applies in the U.S. Region.)*

© 2012 Visa. All Rights Reserved.

# A3662

Visa International Operating Regulations

   i. TRAN MORE THAN 10 DAYS LATE *(This only applies in the U.S. Region.)*

4. **Effective for Transactions completed through 30 June 2015,** for a U.S. Domestic ATM, Load, or Online Check Card Transaction: *(This only applies in the U.S. Region.)*

   a. Member Message Text: *(This only applies in the U.S. Region.)*

      i. ACCOUNT STATUS CODE __ (supply the appropriate code in the last position in the text) *(This only applies in the U.S. Region.)*

         • C = Credit Problem (Also NSF for ATM Transactions, Load Transactions, or Online Check Card Transaction Adjustments) *(This only applies in the U.S. Region.)*

         • F = Other Fraud (lost, stolen, not received) *(This only applies in the U.S. Region.)*

         • X = Counterfeit *(This only applies in the U.S. Region.)*

         • O = Account Closed *(This only applies in the U.S. Region.)*

5. **Effective for Transactions completed on or after 1 July 2015,** for a U.S. Domestic ATM Transaction or Load Transaction: *(This only applies in the U.S. Region.)*

   a. Member Message Text: *(This only applies in the U.S. Region.)*

      i. ACCOUNT STATUS CODE __ (supply the appropriate code in the last position in the text) *(This only applies in the U.S. Region.)*

         • C = Credit Problem (Also NSF for ATM Transactions or Load Transaction Adjustments) *(This only applies in the U.S. Region.)* *(This only applies in the U.S. Region.)*

         • F = Other Fraud (lost, stolen, not received) *(This only applies in the U.S. Region.)*

         • X = Counterfeit *(This only applies in the U.S. Region.)*

         • O = Account Closed *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0007573

## Representment Time Limit - Reason Code 74

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007574

## Representment Processing Requirements - Reason Code 74 (Updated)

1. For Chargeback Condition 1 or 2:

   a. Credit or Reversal was processed.

      i. Member Message Text: Either that applies:

         • CRED MMDDYY ARN X...X (23 or 24 digits)

         • REVERSAL MMDDYY

      ii. Documentation: None required.

   b. Issuer did not meet the applicable Chargeback conditions.

© 2012 Visa. All Rights Reserved.

# A3663

     i.  Member Message Text: X...X (Specify the reason)

     ii.  Documentation: None required.

  c.  Acquirer can remedy the Chargeback.

     i.  Member Message Text: CORRECT TRAN DATE MMDDYY

     ii.  Documentation: Both:

- Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer
- Transaction Receipt or other documentation with Transaction Date that disproves late Presentment

ID#: 151012-171009-0007575

## Additional Information - Reason Code 74

For a T&E delayed or amended charge, the Transaction Date is the date of the Transaction Receipt representing the charge, not the return or check-out date. For additional information refer to "T&E Delayed or Amended Charges" and "Delayed or Amended Charges" for Car Rental Merchants.

ID#: 081010-010100-0025745

# Reason Code 75 Transaction Not Recognized

## Overview - Reason Code 75

Time Limit: 120 calendar days

The Cardholder does not recognize the Transaction and additional information beyond the data required in the Clearing Record is needed to determine Transaction validity.

ID#: 171009-171009-0007576

## Chargeback Conditions - Reason Code 75

1.  The Cardholder does not recognize the Transaction and additional information beyond the data required in the Clearing Record is needed to assist the Cardholder in identifying the Transaction.

ID#: 171009-171009-0007577

## Chargeback Rights and Limitations - Reason Code 75 (Updated)

1.  Minimum Chargeback amount:

  a.  For a U.S. Domestic T&E Transaction, US $25 *(This only applies in the U.S. Region.)*

  b.  For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

© 2012 Visa. All Rights Reserved.

# A3664

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. **Effective for Chargebacks processed through 19 April 2013,** Issuer must retrieve a copy of the Transaction Receipt prior to exercising the Chargeback right unless the Transaction is one of the following:

    a. Mail/Phone Order

    b. Electronic Commerce Transaction

    c. Recurring Transaction

    d. EMV PIN Transaction, excluding Manual Cash Disbursement and Quasi-Cash Transactions and requests for T&E Documents

    e. U.S. Domestic Preauthorized Health Care Transaction *(This only applies in the U.S. Region.)*

    f. Unattended Transaction

    g. **Effective for Transactions completed on or after 13 October 2012,** Proximity Payment Transaction in which a PIN or Consumer Device Cardholder Verification Method (CDCVM) was used, excluding Manual Cash Disbursement and Quasi-Cash Transactions and requests for T&E Documents

3. **Effective for Chargebacks processed on or after 20 April 2013,** for Transactions involving Issuers or Acquirers in Visa Europe, Issuer must retrieve a copy of the Transaction Receipt prior to exercising the Chargeback right unless the Transaction is one of the following:

    a. Mail/Phone Order

    b. Electronic Commerce Transaction

    c. Recurring Transaction

    d. EMV PIN Transaction, excluding Manual Cash Disbursements, Quasi-Cash Transactions, and requests for T&E Documents

    e. Unattended Transaction

    f. Proximity Payment Transaction in which a PIN or Consumer Device Cardholder Verification Method (CDCVM) was used, excluding Manual Cash Disbursements, Quasi-Cash Transactions, and requests for T&E Documents

4. **Effective for Chargebacks processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, Chargeback is valid only for key-entered Transactions and Unattended Transactions

5. If a Retrieval Request is required, Issuer must wait 30 calendar days from the Retrieval Request Processing Date to receive the Fulfillment or Nonfulfillment Message code prior to exercising the Chargeback right. The waiting period does not apply if a Fulfillment or Nonfulfillment Message is received.

6. For a U.S. Domestic Transaction Chargeback is valid, regardless of Electronic Commerce Indicator value, for Electronic Commerce Transactions conducted by Merchants in the following Merchant categories: *(This only applies in the U.S. Region.)*

© 2012 Visa. All Rights Reserved.

a. 4829, " Wire Transfer Money Orders" *(This only applies in the U.S. Region.)*

b. 5967, "Direct Marketing - Inbound Teleservices Merchant" *(This only applies in the U.S. Region.)*

c. 6051, "Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers' Cheques" *(This only applies in the U.S. Region.)*

d. 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks" *(This only applies in the U.S. Region.)*

7. For Domestic Electronic Commerce Transactions in Brazil, Chargeback is valid if the Transaction was processed with Electronic Commerce Indicator value 6. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151012-171009-0007578

## Invalid Chargebacks - Reason Code 75 (Updated)

Chargeback is invalid if any of the following:

1. Issuer used Retrieval Request reason code 33, "Fraud Analysis Request" or Retrieval Request reason code 34, "Legal Process Request"

2. Acquirer supplies a Fulfillment with all required data specified in the "Transaction Receipt Fulfillment Documents - Data Requirements" section

3. Lodging/Car Rental No-Show indicator in the Clearing Record is "1"

4. **Effective for Chargebacks processed through 12 October 2012,** Acquirer provided evidence of an Imprint and signature or PIN. Does not apply to EMV PIN Transactions that are Manual Cash Disbursements, Quasi-Cash Transactions, or T&E Transactions.

5. **Effective for Chargebacks processed between 13 October 2012 and 19 April 2013,** Acquirer provided evidence of an Imprint and either:

   a. **Effective for Transactions completed through 12 October 2012,** signature or PIN

   b. **Effective for Transactions completed on or after 13 October 2012,** signature, PIN, or Consumer Device Cardholder Verification Method (CDCVM)

6. **Effective for Chargebacks processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, Acquirer provided evidence of an Imprint

7. **Effective for Chargebacks processed on or after 20 April 2013,** for Transactions involving Issuers or Acquirers in Visa Europe, Acquirer provided evidence of an Imprint and either signature, PIN, or Consumer Device Cardholder Verification Method (CDCVM)

8. When Cardholder states Transaction was fraudulent

9. ATM Cash Disbursement

10. Telephone Service Transaction

11. Excluding U.S. Domestic Transactions, Electronic Commerce Transaction that was processed with Electronic Commerce Indicator value "5" or "6"

© 2012 Visa. All Rights Reserved.

# A3666

12. Excluding Domestic Transactions in Brazil, Electronic Commerce Transaction that was processed with Electronic Commerce Indicator value "6" *(This only applies in the Latin America & Caribbean Region.)*

13. Canada Domestic Proximity Payment Transactions *(This only applies in the Canada Region.)*

14. For a U.S. Domestic Transaction, Chargeback is invalid for any of the following: *(This only applies in the U.S. Region.)*

    a. CPS/Passenger Transport Transaction *(This only applies in the U.S. Region.)*

    b. CPS/Automated Fuel Dispenser Transaction *(This only applies in the U.S. Region.)*

15. For a Visa Easy Payment Service Transaction (This provision does not apply to Transactions involving Issuers or Acquirers in Visa Europe.)

16. **Effective through 14 March 2012,** an Electronic Commerce Transaction as follows: [137] *(This only applies in the U.S. Region.)*

    a. For a Secure Electronic Commerce Transaction processed with electronic Commerce indicator value "5" in the Authorization Request, if both: *(This only applies in the U.S. Region.)*

       i. The Issuer responded to an Authentication Request with an Authentication Confirmation using 3-D Secure *(This only applies in the U.S. Region.)*

       ii. A Cardholder Authentication Verification Value was included in the Authorization Request *(This only applies in the U.S. Region.)*

    b. For Non-Authenticate Security Transactions [138] processed with Electronic Commerce indicator value "6" in the Authorization Request, if both: [139] *(This only applies in the U.S. Region.)*

       i. The Issuer, or Visa on behalf of an Issuer, responded to an Authentication Request with an Attempt Response using 3-D Secure *(This only applies in the U.S. Region.)*

       ii. Either: *(This only applies in the U.S. Region.)*

          • A Cardholder Authentication Verification Value was included in the Authorization Request *(This only applies in the U.S. Region.)*

          • A Cardholder Authentication Verification Value was not included in the Authorization Request and the Verified Enrollment Response is "N" *(This only applies in the U.S. Region.)*

17. **Effective 15 March 2012,** Transaction is a U.S. Domestic Electronic Commerce Transaction as follows: (This only applies in the U.S. Region.)

    a. A Secure Electronic Commerce Transaction processed with Electronic Commerce Indicator value "5" in the Authorization Request, if both: *(This only applies in the U.S. Region.)*

       i. The Issuer responded to an Authentication Request with an Authentication Confirmation using Verified by Visa *(This only applies in the U.S. Region.)*

       ii. A Cardholder Authentication Verification Value was included in the Authorization Request *(This only applies in the U.S. Region.)*

    b. A Non-Authenticated Security Transaction processed with Electronic Commerce Indicator value "6" in the Authorization Request, if all of the following: *(This only applies in the U.S. Region.)*

© 2012 Visa. All Rights Reserved.

# A3667

    i.   The Issuer, or Visa on behalf of the Issuer, responded to an Authentication Request with an Attempt Response using Verified by Visa *(This only applies in the U.S. Region.)*

    ii.   Either: *(This only applies in the U.S. Region.)*

       •   A Cardholder Authentication Verification Value was included in the Authorization Request *(This only applies in the U.S. Region.)*

       •   A Cardholder Authentication Verification Value was not included in the Authorization Request and the Verified Enrollment Response is "N" *(This only applies in the U.S. Region.)*

    iii.   Transaction is not an anonymous Visa Prepaid Card Transaction or a Commercial Card Transaction *(This only applies in the U.S. Region.)*

18. **Effective for Transactions completed on or after 14 April 2012,** Visa Debit with PIN Transactions *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0007579

## Chargeback Time Limits - Reason Code 75

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007580

## Chargeback Processing Requirements - Reason Code 75 (Updated)

Member Message Text: Both:

1. **Effective for Chargebacks processed through 19 April 2013,** XX CH DOES NOT RECOGNIZE

    a.   "XX" must be one of the following codes

       i.   01= Merchant Name

       ii.   02=Merchant Location

       iii.   03= Transaction amount

       iv.   04= Transaction Date

       v.   05=Other (must specify)

2. **Effective for Chargebacks processed through 19 April 2013,** RR DATE MMDDYY, (if requested Transaction Receipt not fulfilled).

---

[137] An Electronic Commerce Merchant identified by the U.S. Merchant Chargeback Monitoring Program or Risk Identification Service (RIS) Online must include Electronic Commerce Indicator value of "7," and is subject to this Chargeback for the period of time it remains in the Merchant Chargeback Monitoring Program or RIS Online, plus 4 additional months.

[138] **Effective through 14 March 2012,** exceptions apply to anonymous Visa Prepaid Card Transactions, Commercial Visa Product Card Transactions, and Transactions conducted in New Channels.

[139] An Electronic Commerce Merchant identified by the U.S. Merchant Chargeback Monitoring Program or Risk Identification Service (RIS) Online must include Electronic Commerce Indicator value of "7," and is subject to this Chargeback for the period of time it remains in the Merchant Chargeback Monitoring Program or RIS Online, plus 4 additional months.

© 2012 Visa. All Rights Reserved.

# A3668

3. **Effective for Chargebacks processed on or after 20 April 2013,** for Transactions involving Issuers or Acquirers in Visa Europe, RR DATE MMDDYY, (if requested Transaction Receipt not fulfilled). *(This only applies in Visa Europe.)*

ID#: 151012-171009-0007581


## Additional Member Message Text Requirements - Reason Code 75

Additional Member Message Text Requirements for U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*

1. UNABLE TO AUTHENTICATE RESPONSE *(This only applies in the U.S. Region.)*

2. AUTHENTICATION DENIAL *(This only applies in the U.S. Region.)*

3. SEE 3D SECURE RESPONSE SENT MMDDYY *(This only applies in the U.S. Region.)*

4. CAVV MISSING IN AUTH *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0007582


## Documentation - Reason Code 75

None required.

For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007583


## Representment Time Limit - Reason Code 75

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007584


## Representment Rights and Limitations - Reason Code 75 (Updated)

1. Representment is invalid if:

    a. **Effective for Chargebacks processed through 12 October 2012,** for non- EMV PIN Transactions, Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04," or provided a Fulfillment which does not contain all the required data elements

    b. **Effective for Chargebacks processed through 12 October 2012,** for EMV PIN Transactions, Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04" and either of the following:

        i. Transaction was a Manual Cash Disbursement or a Quasi-Cash Transaction

© 2012 Visa. All Rights Reserved.

# A3669

    ii.  For Transactions involving Issuers or Acquirers in Visa Europe, Retrieval Request reason code was "29" *(This only applies in Visa Europe.)*

c.  **Effective for Chargebacks processed between 13 October 2012 and 19 April 2013,** for Transactions that are not EMV PIN Transactions and are not Proximity Payment Transactions in which a PIN or Consumer Device Cardholder Verification Method (CDCVM) was used, Acquirer failed to respond to Retrieval Request or responded with Nonfulfillment Message code "03" or "04," or provided a Fulfillment that does not contain all the required data elements

d.  **Effective for Chargebacks processed between 13 October 2012 and 19 April 2013,** for EMV PIN Transactions or Proximity Payment Transactions in which a PIN or Consumer Device Cardholder Verification Method (CDCVM) was used, Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04" and any of the following:

    i.  Transaction was a Manual Cash Disbursement or a Quasi-Cash Transaction

    ii.  For Transactions involving Issuers or Acquirers in Visa Europe, Retrieval Request was for a T&E Transaction *(This only applies in Visa Europe.)*

e.  **Effective for Chargebacks processed on or after 20 April 2013,** for Transactions involving Issuers or Acquirers in Visa Europe that are not EMV PIN Transactions and are not Proximity Payment Transactions in which a PIN or Consumer Device Cardholder Verification Method (CDCVM) was used, Acquirer failed to respond to Retrieval Request or responded with Nonfulfillment Message code "03" or "04," or provided a Fulfillment that does not contain all the required data elements. This provision does not apply to Mail/Phone Order Transactions, Electronic Commerce Transactions, or Recurring Transactions. *(This only applies in Visa Europe.)*

f.  **Effective for Chargebacks processed on or after 20 April 2013,** for Transactions involving Issuers or Acquirers in Visa Europe that are EMV PIN Transactions or Proximity Payment Transactions in which a PIN or Consumer Device Cardholder Verification Method (CDCVM) was used, Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04" and any of the following:  *(This only applies in Visa Europe.)*

    i.  Transaction was a Manual Cash Disbursement or a Quasi-Cash Transaction *(This only applies in Visa Europe.)*

    ii.  Retrieval Request was for a T&E Transaction *(This only applies in Visa Europe.)*

g.  Acquirer failed to include additional information or Transaction data that was not required in the Clearing Record.

ID#: 151012-171009-0007585

## Representment Processing Requirements - Reason Code 75 (Updated)

1.  Credit or Reversal was processed.

    a.  Member Message Text: Either that applies:

        i.  CRED MMDDYY ARN X...X (23 or 24 digits)

        ii.  REVERSAL MMDDYY

    b.  Documentation: None required.

2.  Issuer did not meet the applicable Chargeback conditions.

© 2012 Visa. All Rights Reserved.

# A3670

Visa International Operating Regulations

a. Member Message Text: X...X (Specify the reason)

b. Documentation:

    i. For all other Transactions, none required.

3. Acquirer can remedy the Chargeback.

a. Member Message Text: None required.

b. Documentation: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-1 Acquirer and one of the following:

    i. **Effective for Representations processed through 19 April 2013,** copy of Transaction Receipt or other document with additional information or Transaction data that was not required on the Clearing Record, if applicable

    ii. **Effective for Representations processed on or after 20 April 2013,** a copy of the Transaction Receipt or a detailed description of the goods or services purchased and, if applicable, additional information or Transaction data that was not required in the Clearing Record

    iii. Representment for an Aggregated Transaction must include details of the individual purchases that have been aggregated, if applicable

    iv. For Domestic Transactions in Brazil conducted by Merchants in the following Merchant Category Codes:

– 3000-3299, " Airlines, Air Carriers"

– 4511, " Airlines and Air Carriers (Not Elsewhere Classified)"

– 4722, "Travel Agencies and Tour Operators"
    All of the following is required:

– Copy of the front of the Card

– Copy of the front and back of a legal document that identifies the Cardholder

– Copy of a voucher or ticket with passenger's name issued by travel agency and/or airline

– Copy of the debit authorization form with all of the following:

    • Primary Cardholder's name

    • Passengers names

    • Account number

    • Card expiration date

    • Primary Cardholder's phone number

    • Airline name

    • Authorization Code

    • Transaction amount

    • Installment Transaction count

    • Installment Transaction amount

    • Airport tax amount

    • Date of the debit authorization form

© 2012 Visa. All Rights Reserved.

# A3671

- Cardholder signature (must match Cardholder's signature on the signature panel)
  *(This only applies in the Latin America & Caribbean Region.)*

v. For Domestic Transactions in Brazil conducted by Merchants in the following Merchant Category Codes:

- 5814 "Fast Food Restaurants"

- 7922 "Theatrical Producers (Except Motion Pictures) and Ticket Agencies"
  The following is required:

- Documentation signed by the Cardholder to prove that Cardholder received services or merchandise at agreed-upon location
  *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151012-171009-0007586

## Additional Information - Reason Code 75 (Updated)

1. Visa recommends that the Acquirer supply all available Transaction details

2. Excluding U.S. Domestic Transactions and Domestic Transactions in Brazil, the Issuer may have a Compliance right for an Electronic Commerce Transaction that was coded with an Electronic Commerce Indicator value "6" if both:

   a. Acquirer failed to respond to the Issuer's Retrieval Request or responded with a Nonfulfillment Message code "03" or "04"

   b. Cardholder required more information about the Transaction

3. In the U.S. Region, the Acquirer may collect a US $25 handling fee from the Issuer if the original Clearing Record contained: *(This only applies in the U.S. Region.)*

   a. Airline/Railway Passenger Itinerary Data or *(This only applies in the U.S. Region.)*

   b. "1" in the Lodging/Car Rental No Show Indicator *(This only applies in the U.S. Region.)*

4. To determine if a Retrieval Request is required verify if a Mail/Phone Order or Electronic Commerce Indicator is present or the Merchant Category Code indicates the Transaction is Mail/Phone Order Transaction or Electronic Commerce Transaction .

ID#: 151012-171009-0007587

# Reason Code 76 Incorrect Currency or Transaction Code or Domestic Transaction Processing Violation

## Overview - Reason Code 76

Time Limit: 120 calendar days

© 2012 Visa. All Rights Reserved.

# A3672

Transaction was processed with an incorrect Transaction code, or an incorrect currency code, or the Merchant did not deposit a Transaction Receipt in the country where the Transaction occurred, or the Cardholder was not advised that Dynamic Currency Conversion would occur or was refused the choice of paying in the Merchant's local currency, or the Merchant processed a credit refund and did not process a Reversal or Adjustment within 30 days for a Transaction Receipt processed in error.

ID#: 160312-171009-0007588

## Chargeback Conditions - Reason Code 76 (Updated)

One of the following:

1. Transaction code is incorrect.

2. Transaction Currency is different than the currency transmitted through VisaNet

3. A Domestic Transaction Receipt was not deposited in the country where the Transaction occurred and was processed with an incorrect Transaction Country code.

4. Cardholder was not advised that Dynamic Currency Conversion would occur or was refused the choice of paying in the Merchant's local currency.

5. Merchant processed a credit refund and did not process a Reversal or an Adjustment within 30 calendar days for a Transaction Receipt processed in error.

ID#: 151012-171009-0007589

## Chargeback Rights and Limitations - Reason Code 76

1. Minimum Chargeback amount:

    a. For a T&E Transaction, US $25 or equivalent

    b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. For Chargeback Condition 1, for a Transaction processed with an incorrect Transaction code, Chargeback amount is double the Transaction amount when either:

    a. Credit was processed as a debit

    b. Debit was processed as a credit

3. For Chargeback Condition 2, 3, & 4, Chargeback is valid for the entire Transaction amount.

© 2012 Visa. All Rights Reserved.

# A3673

4.  For Chargeback Condition 5, excluding U.S. Domestic Transactions and Canada Domestic Transactions, the Chargeback must be limited to the difference between the Credit Transaction and original debit.

ID#: 160312-171009-0007590

## Invalid Chargebacks - Reason Code 76 (Updated)

Chargeback is invalid for:

1.  Chargeback Condition 2, for a Transaction originating at a non-US ATM connected to the Plus System, Inc. and settled in US dollars

2.  Chargeback Condition 3, if a Transaction was processed as allowed under Country of Domicile rules or is one of the following:

    a.  International Airline Transaction

    b.  Result of a Transaction occurring at a military base, embassy, or consulate. Visa considers these Merchant Outlets to be within the Merchant's Country and Region of Domicile

3.  ATM Cash Disbursement. This provision applies to U.S. Domestic Transactions. *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0007591

## Chargeback Time Limits - Reason Code 76

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007592

## Chargeback Processing Requirements - Reason Code 76 (Updated)

Member Message Text:

1.  For Chargeback Condition 1:

    a.  CREDIT POSTED AS DEBIT

    b.  DEBIT POSTED AS CREDIT

    c.  PURCHASE POSTED AS CASH

    d.  CASH POSTED AS PURCHASE

2.  For Chargeback Condition 2:

    a.  TRAN CURRENCY IS XXX NOT XXX (XXX = numeric Currency Code value as specified in the applicable VisaNet Manuals)

3.  For Chargeback Condition 3:

    a.  TRAN OCCURRED IN X...X

4.  For Chargeback Condition 4, either that applies:

© 2012 Visa. All Rights Reserved.

# A3674

Visa International Operating Regulations

    a.  DCC -- CARDHOLDER NOT ADVISED

    b.  DCC -- CARDHOLDER REFUSED OPTION OF LOCAL CURRENCY

5.  For Chargeback Condition 5:

    a.  CREDIT INSTEAD OF REVERSAL

Documentation:

1.  For Chargeback Conditions 1, 2, and 3: None Required

2.  For Chargeback Condition 4: All of the following:

    a.  Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Issuer

    b.  Issuer certification that the Cardholder was not advised that Dynamic Currency Conversion would occur or was not offered a choice to pay in the Merchant's local currency (The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.)

    c.  For Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter stating the Cardholder was not advised that Dynamic Currency Conversion would occur or was not offered a choice to pay in the Merchant's local currency *(This only applies in Visa Europe.)*

    d.  For Transactions involving Issuers or Acquirers in Visa Europe, copy of the Cardholder's Transaction Receipt (if available) *(This only applies in Visa Europe.)*

3.  For Chargeback Condition 5:

    a.  Visa Resolve Online Questionnaire or "Issuer Chargeback Form - Processing Error" (Exhibit 2E-4)

        i.  Explanation of why the Credit Transaction was processed in error

        ii.  Information to support the original Transaction and credit transaction

    b.  For Transactions involving Issuers or Acquirers in Visa Europe, if the credit transaction resulted from a Transaction where the Cardholder asserts fraud, a copy of the signed Cardholder letter *(This only applies in Visa Europe.)*

ID#: 151012-171009-0007593

## Representment Time Limit - Reason Code 76

45 calendar days from Processing Date of the Chargeback

ID#: 171009-171009-0007594

## Representment Conditions - Reason Code 76

Chargeback is improper or invalid.

ID#: 171009-171009-0007595

© 2012 Visa. All Rights Reserved.

# A3675

### Representment Rights and Limitations - Reason Code 76 (Updated)

1.  For Chargeback Condition 4, if the Chargeback is valid, the Acquirer may only represent the Transaction in the Merchant's local currency for the Transaction Amount prior to Dynamic Currency Conversion. The Representment must:

    a.  Exclude fees or commission charges directly related to Dynamic Currency Conversion that were applied to the Transaction

    b.  Include a copy of the Dynamic Currency Conversion Transaction Receipt

2.  For Chargeback Condition 4, if the Acquirer processes through the Single Message System, it may process the Transaction as a first Presentment instead of representing.

ID#: 151012-171009-0007596

### Representment Processing Requirements - Reason Code 76 (Updated)

1.  Adjustment, credit, or Reversal was processed.

    a.  Member Message Text: Either that applies:

        i.   ADJUSTMENT/CREDIT MMDDYY excluding Chargeback Condition 5

        ii.  REVERSAL MMDDYY

        iii. Documentation: None required

2.  Issuer did not meet the applicable Chargeback conditions.

    a.  Member Message Text: X...X (Specify the reason)

    b.  Documentation: None required

3.  Acquirer can remedy the Chargeback.

    a.  Member Message Text: None Required

    b.  For Chargeback Condition 5:
        Documentation:

        i.   Visa Resolve Online Questionnaire or "Acquirer Representment Form - Processing Error" (Exhibit 2E-4)

        ii.  Explanation of why a credit transaction was processed instead of a Reversal or an Adjustment

ID#: 151012-171009-0007597

### Documentation - Reason Code 76 (Updated)

1.  Credit or Reversal was processed.

    a.  None required.

2.  Issuer did not meet the applicable Chargeback conditions.

    a.  None required.

3.  Acquirer can remedy the Chargeback.

© 2012 Visa. All Rights Reserved.

# A3676

Visa International Operating Regulations

a. For Chargeback Condition 1:

    i. For an ATM Transaction, none required.

b. For all other Transactions, both:

    i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

    ii. Transaction Receipt or other record that proves that either:

- For Chargeback Condition 1, the Transaction code was correct

- For Chargeback Condition 2, Transaction currency was correct

- For Chargeback Condition 3, Transaction was deposited properly and processed with the correct Transaction Country code or Transaction occurred at a military base, embassy, consulate, or is an International Airline Transaction

- For Chargeback Condition 4, Acquirer certification that the Merchant is registered to offer Dynamic Currency Conversion and a copy of the Transaction Receipt reflecting the currency

ID#: 151012-171009-0007598

## Additional Information - Reason Code 76 (Updated)

1. For Chargeback Condition 2:

    a. Transaction Currency appearing on the Transaction Receipt may be any currency agreed upon by the Merchant and Cardholder.

    b. If not specified, the Transaction Currency is the domestic currency of the Transaction Country.

    c. The currency and amount in the total box on a Transaction Receipt is considered the agreed upon currency. Currency and amounts noted elsewhere will not be considered.

2. For Chargeback Condition 3, an Acquirer must not contract with a Merchant Outlet that is outside its Country of Domicile, unless any of the following is true:

    a. Visa has approved this arrangement, and the country or territory is either:

        i. Not any other Principal Member's Country of Domicile

        ii. One where the Acquirer has a Branch

    b. Merchant is an International Airline and the Acquirer maintains the relationship as specified in the International Airline Program regulations.

    c. Merchant Outlet is a military base, embassy, or consulate on foreign territory. The currency used to complete the Transaction must be disclosed on the Transaction Receipt.

3. For Chargeback Condition 4:

    a. If Dynamic Currency Conversion is not approved at the Point-of-Transaction the Transaction Currency must be in the Merchant's local currency.

ID#: 151012-171009-0007599

© 2012 Visa. All Rights Reserved.

# A3677

## Reason Code 77 Non-Matching Account Number

### Overview - Reason Code 77

Time Limit: 75 calendar days

Transaction did not receive Authorization and was processed using an Account Number that does not match any on the Issuer's master file or an Original Credit (including a Money Transfer Original Credit) was processed using an Account Number that does not match any on the Issuer's master file.

ID#: 050411-171009-0007600

### Chargeback Conditions - Reason Code 77 (Updated)

1. Merchant or Acquirer processed a Transaction for an Account Number not matching any on the Issuer's master file and did not receive an Authorization.

2. Originating Member processed an Original Credit for an Account Number not matching any on the Issuer's master file.

3. For Intraregional Transactions in the AP Region, a Transaction on a non-matching Account Number, when the Transaction was authorized by Visa Stand-In Processing and was within the Issuer T&E minimum limit levels. *(This only applies in the Asia Pacific Region.)*

ID#: 151012-171009-0007601

### Chargeback Rights and Limitations - Reason Code 77 (Updated)

Any of the following that apply:

1. Minimum Chargeback amount:

    a. For T&E Transaction, US $25 or equivalent

    b. For Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. For Intraregional Transactions in the AP Region, for Chargeback Condition 3, Chargeback is invalid if a non-matching Account Number was used on a T&E Transaction that is above the Issuer T&E minimum limits, and was authorized by the Issuer or Stand-In Processing *(This only applies in the Asia Pacific Region.)*

ID#: 151012-171009-0007602

© 2012 Visa. All Rights Reserved.

# A3678

## Invalid Chargebacks - Reason Code 77 (Updated)

1. For Chargeback Condition 1, Chargeback is invalid for Transactions that received an Authorization.

ID#: 151012-171009-0007603

## Chargeback Time Limit - Reason Code 77

75 calendar days from the Central Processing Date of the Transaction

ID#: 171009-171009-0007604

## Chargeback Processing Requirements - Reason Code 77

1. For Chargeback Condition 1 and 3:
   a. Member Message Text: NO SUCH ACCT NUMBER
   b. Documentation: None required.
2. For Chargeback Condition 2:
   a. Member Message Text for Original Credit:
      i. ACCOUNT CLOSED
      ii. ACCOUNT NOT ON FILE
   b. Documentation: None required.

ID#: 111011-171009-0007605

## Representment Time Limits - Reason Code 77

45 calendar days from the Central Processing Date of the Chargeback

ID#: 171009-171009-0007606

## Representment Processing Requirements - Reason Code 77 (Updated)

1. Credit or Reversal was processed.
   a. Member Message Text: Either that applies:
      i. For Chargeback Conditions 1 and 3, CRED MMDDYY ARN X...X (23 or 24 digits)
      ii. REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions.
   a. Member Message Text: X...X (Specify the reason)

© 2012 Visa. All Rights Reserved.

# A3679

   b. Documentation: None required.

3. Acquirer can remedy the Chargeback.

   a. For Chargeback Condition 1 and 3:

      i. Member Message Text: AUTH DATE MMDDYY CODE X...X (if applicable)

      ii. Documentation: All of the following:

        • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

        • Legible Transaction Receipt or other documentation (e.g. Transaction Log) to prove that the Account Number was processed correctly

   b. For Chargeback Condition 2:

      i. Member Message Text: X...X (Specify the reason)

      ii. Documentation: None required.

ID#: 151012-171009-0007607

## Additional Information - Reason Code 77

1. An incorrectly entered Account Number must be processed as an original Presentment. Acquirer may be responsible for any late Presentment.

ID#: 171009-171009-0007608

## Reason Code 78 Service Code Violation

### Overview - Reason Code 78

Time Limit: 75 calendar days

Authorization was not obtained for a Magnetic-Stripe read Transaction on a Visa Electron Card or on a Visa Card in a registered mandatory positive Authorization ( Service Code) account range, excluding U.S. Domestic Transactions.

ID#: 111011-171009-0007609

### Chargeback Conditions - Reason Code 78 (Updated)

Both:

1. A Merchant completed a Magnetic-Stripe read Transaction on a Visa Electron Card or a Visa Card in a registered positive Authorization ( Service Code) account range

2. Merchant did not obtain Authorization

ID#: 151012-171009-0007610

© 2012 Visa. All Rights Reserved.

# A3680

## Chargeback Rights and Limitations - Reason Code 78

1. Minimum Chargeback amount:

    a. For T&E Transaction, US $25 or equivalent

    b. For Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007611

## Invalid Chargebacks - Reason Code 78

1. Chargeback is invalid for Transactions authorized through the Emergency Payment Authorization Service

ID#: 171009-171009-0007612

## Chargeback Time Limit - Reason Code 78

75 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007613

## Chargeback Processing Requirements - Reason Code 78

1. Member Message Text:

    a. None required.

2. Documentation:

    a. None required.

ID#: 171009-171009-0007614

## Representment Time Limit - Reason Code 78

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007615

## Representment Processing Requirements - Reason Code 78

1. Credit or Reversal was processed.

© 2012 Visa. All Rights Reserved.

# A3681

    a.  Member Message Text: Either that applies:

    b.  CRED MMDDYY ARN X...X (23 or 24 digits)

    c.  REVERSAL MMDDYY

    d.  Documentation: None required.

2.  Issuer did not meet the applicable Chargeback conditions.

    a.  Member Message Text: X...X (Specify the reason)

    b.  Documentation: None required.

3.  Acquirer can remedy the Chargeback.

    a.  Member Message Text: AUTH DATE MMDDYY

    b.  Documentation: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-3 Acquirer and one of the following:

        i.  Documentation to prove that either:

        – Service Code was valid for Transaction

        – Authorization was obtained

        ii.  Account was not in a registered positive Authorization ( Service Code) account range. All Visa Electron Cards must be issued with positive Authorization ( Service Code) therefore, registration is not required for a Visa Electron account range.

ID#: 111011-171009-0007616

## Reason Code 80 Incorrect Transaction Amount or Account Number

### Overview - Reason Code 80

Time Limit: 120 calendar days

Transaction amount is incorrect, or an addition or transposition error was made when calculating the Transaction amount, or Merchant altered the Transaction amount after the Transaction was completed without the consent of the Cardholder, or a Transaction was processed using an incorrect Account Number.

ID#: 171009-171009-0007617

### Chargeback Conditions - Reason Code 80

One of the following:

1.  Transaction amount is incorrect or addition or transposition error occurred.

2.  For Transactions involving Issuers or Acquirers in Visa Europe, Merchant altered the Transaction amount after the Transaction was completed without the consent of the Cardholder. *(This only applies in Visa Europe.)*

© 2012 Visa. All Rights Reserved.

# A3682

3. Account Number processed through VisaNet does not match the Account Number on the Transaction Receipt.

4. **Effective for Transactions completed through 13 April 2012,** for a U.S. Domestic Transaction, Acquirer processed an Adjustment of an ATM Cash Disbursement Transaction and one of the following: *(This only applies in the U.S. Region.)*

   a. Adjustment contains either: *(This only applies in the U.S. Region.)*

      i. Incorrect Account *(This only applies in the U.S. Region.)*

      ii. Non-matching Account Number *(This only applies in the U.S. Region.)*

   b. Adjustment posted to a "closed" or "non-sufficient funds" account and the Adjustment was processed more than 10 days from the Transaction date *(This only applies in the U.S. Region.)*

   c. Adjustment was processed more than 45 days from Transaction Date *(This only applies in the U.S. Region.)*

   d. Adjustment was processed more than once for the same Transaction *(This only applies in the U.S. Region.)*

   e. Cardholder disputes validity of Adjustment due to amount of Adjustment, or original Transaction was cancelled or reversed *(This only applies in the U.S. Region.)*

5. **Effective for Transactions completed on or after 14 April 2012,** for a U.S. Domestic Transaction, Acquirer processed an Adjustment of an ATM Cash Disbursement Transaction or a Visa Debit with PIN Transaction and one of the following: *(This only applies in the U.S. Region.)*

   a. Adjustment contains either: *(This only applies in the U.S. Region.)*

      i. Incorrect Account *(This only applies in the U.S. Region.)*

      ii. Non-matching Account Number *(This only applies in the U.S. Region.)*

   b. Adjustment posted to a "closed" or "non-sufficient funds" account and the Adjustment was processed more than 10 days from the Transaction Date *(This only applies in the U.S. Region.)*

   c. Adjustment was processed more than 45 days from Transaction Date *(This only applies in the U.S. Region.)*

   d. Adjustment was processed more than once for the same Transaction *(This only applies in the U.S. Region.)*

   e. Cardholder disputes validity of Adjustment due to amount of Adjustment, or original Transaction was cancelled or reversed *(This only applies in the U.S. Region.)*

ID#: 160312-171009-0007618

## Chargeback Rights and Limitations - Reason Code 80

1. Minimum Chargeback amount:

   a. For T&E Transaction, US $25 or equivalent

   b. For Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

© 2012 Visa. All Rights Reserved.

# A3683

    d.  For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e.  For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.  For Chargeback Condition 1:

    a.  For a T&E Transaction, Chargeback is valid only when the difference in the amounts exceeds US $25 or local currency equivalent

    b.  For incorrect Transaction amount, if the written Transaction amount differs from the imprinted amount, the handwritten amount must be used to determine the processing error

3.  For Chargeback Condition 1 & 2, Chargeback amount is limited to the difference in the amounts.

ID#: 111011-171009-0007631

## Invalid Chargebacks - Reason Code 80 (Updated)

Chargeback is invalid for any of the following:

1.  For Chargeback Condition 1, the difference between the quoted price and the actual charges made by the T&E Merchant

2.  **Effective for Chargebacks processed through 19 April 2013,** for Chargeback Condition 1 and 2, a No-Show or Advance Deposit Transaction completed in a Card-Absent Environment

3.  **Effective for Chargebacks processed on or after 20 April 2013,** for Chargeback Condition 1 and 2, a No-Show or Advance Deposit Transaction

4.  For Chargeback Condition 2, if Merchant has the right to alter the Transaction Receipt

5.  For Chargeback Condition 1 and 3, Chip-initiated Transactions containing a valid Cryptogram

6.  For Chargeback Condition 2, EMV PIN Transactions containing a valid Cryptogram

7.  ATM Cash Disbursements, excluding U.S. Domestic Transactions

ID#: 151012-171009-0007632

## Chargeback Time Limit - Reason Code 80

Either:

1.  120 calendar days from the Transaction Processing Date

2.  For a U.S. Domestic Transaction,120 calendar days from the Transaction Date of the Adjustment *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0007633

## Chargeback Processing Requirements - Reason Code 80

Member Message Text:

1.  For Chargeback Condition 1:

© 2012 Visa. All Rights Reserved.

# A3684

    a. TRAN AMT XXXX NOT XXXX

    b. ERROR IN AMOUNT

2. For Chargeback Condition 2:

    a. For Transactions involving Issuers or Acquirers in Visa Europe, ALTERED FROM XXXX AMT TO XXXX AMT *(This only applies in Visa Europe.)*

3. For Chargeback Condition 3:

    a. INCORRECT ACCT NUMBER

4. For invalid Adjustment, one of the following, as appropriate: *(This only applies in the U.S. Region.)*

    a. INCORRECT ACCT NO *(This only applies in the U.S. Region.)*

    b. NON-MATCHING ACCT NO *(This only applies in the U.S. Region.)*

    c. INVALID (Specify Reason) *(This only applies in the U.S. Region.)*

    d. ACCT CLOSED *(This only applies in the U.S. Region.)*

    e. NSF *(This only applies in the U.S. Region.)*

    f. ADJ PROCESSED PAST 45 DAYS *(This only applies in the U.S. Region.)*

    g. FIRST ADJ DATED MMDDYY *(This only applies in the U.S. Region.)*

    h. ADJ AMT $XXXX NOT $XXXX *(This only applies in the U.S. Region.)*

    i. ORIG TRANS CNCLD OR REVERSED *(This only applies in the U.S. Region.)*

Documentation:

1. For Chargeback Condition 2, both:

    a. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Issuer

    b. For Transactions involving Issuers or Acquirers in Visa Europe, copy of the Cardholder's Transaction Receipt showing different Transaction amounts *(This only applies in Visa Europe.)*

ID#: 160312-171009-0007634

## Representment Time Limits - Reason Code 80

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007635

## Representment Rights and Limitations - Reason Code 80 (Updated)

1. For Chargeback Condition 3, if the Account Number was incorrectly transmitted, Acquirer must process the Transaction as a new Presentment. Acquirer may be responsible for a Late Presentment Chargeback.

ID#: 151012-171009-0007636

© 2012 Visa. All Rights Reserved.

# A3685

**Representment Processing Requirements - Reason Code 80 (Updated)**

1. Credit or Reversal was processed.

    a. Member Message Text: Either that applies:

    b. CRED MMDDYY ARN X...X (23 or 24 digits)

    c. REVERSAL MMDDYY

    d. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

    a. Member Message Text: X...X (Specify the reason)

    b. Documentation: None required.

3. Acquirer can remedy the Chargeback.

    a. For Chargeback Condition 1and 3:

        i. Member Message Text: None required.

        ii. Documentation: Both:

            • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

            • Transaction Receipt or other record to prove that Transaction Amount or the Account Number was correct

    b. For Chargeback Condition 2:

        i. Member Message Text: None required.

        ii. Documentation:

            • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer and either:

            • Documents to prove one of the following:

                – Transaction Receipt was not altered

                – Cardholder agreed to the altered amount

                – Merchant is permitted or required to alter the Transaction amount

    c. For Chargeback Condition 4, U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*

        i. Member Message Text: ORIG TRAN DATE MMDDYY TRACE NUMBER XXXXXX *(This only applies in the U.S. Region.)*

        ii. Documentation: None required. *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0007637

© 2012 Visa. All Rights Reserved.

# A3686

**Additional Information - Reason Code 80 (Updated)**

1. Visa recommends that the Issuer provide documentation to demonstrate that the Transaction amount is incorrect (i.e. altered).

ID#: 151012-171009-0007638

## Reason Code 81 Fraud – Card-Present Environment

**Overview - Reason Code 81 (Updated)**

Time Limit: 120 calendar days

A Merchant did not obtain an Imprint and either a signature, a PIN, or, **effective 13 October 2012,** a Consumer Device Cardholder Verification Method (CDCVM) [140] in a Card-Present Environment, and the Merchant completed the Transaction without the Cardholder's permission, or a Transaction was processed with a Fictitious Account Number, or no valid Card was outstanding bearing the Account Number on the Transaction Receipt.

ID#: 151012-171009-0007639

**Chargeback Conditions - Reason Code 81**

One of the following:

1. Cardholder did not authorize or participate in a Card-Present Environment Transaction.

2. Fraudulent Transaction was completed in a Card-Present Environment using a Fictitious Account Number or no valid Card was issued or outstanding that bears the Account Number and no Authorization was obtained.

3. Cardholder did not authorize or participate in a Card-Present Environment Transaction and Card is a PIN-Preferring Chip Card and either (for qualifying Transactions and effective dates, refer to "EMV Liability Shift Participation"):

   a. Card-Present Environment Transaction did not take place at a Chip-Reading Device and was not a Fallback Transaction completed following correct acceptance procedures, as specified in the Visa International Operating Regulations

   b. Chip-initiated Transaction took place at a device that was not EMV PIN-compliant

ID#: 111011-171009-0007640

**Chargeback Rights and Limitations - Reason Code 81 (Updated)**

1. Minimum Chargeback amount:

---

140 **Effective for Chargebacks processed on or after 20 April 2013,** the requirement for a Merchant to provide evidence of a signature, a PIN, or a Consumer Device Cardholder Verification Method (CDCVM) applies only to Transactions involving Issuers or Acquirers in Visa Europe.

© 2012 Visa. All Rights Reserved.

# A3687

    a.  For T&E Transaction, US $25 or equivalent

    b.  For Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c.  For Chargeback Condition 1 and 2, Canada Domestic Fuel Transactions with MCC 5541 or MCC 5542, CAD $50 *(This only applies in the Canada Region.)*

    d.  **Effective for Transactions completed on or after 1 December 2011 through 30 September 2013,** for Chargeback Condition 1 and 2, Canada Domestic Proximity Payment Transactions with MCC 5542, CAD $100.01 *(This only applies in the Canada Region.)*

    e.  For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    f.  For U.S. Domestic Automated Fuel Dispenser Transaction, US $10 *(This only applies in the U.S. Region.)*

    g.  For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    h.  For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2.  **Effective for Chargebacks processed through 19 April 2013,** for Chargeback Condition 1 and 2, Issuer must request a copy of the Transaction Receipt prior to exercising the Chargeback right unless Transaction is either:

    a.  An Unattended Transaction

    b.  A Visa Easy Payment Service Transaction

3.  **Effective for Chargebacks processed on or after 20 April 2013,** for Chargeback Condition 1 and 2, for Transactions involving Issuers or Acquirers in Visa Europe, the Issuer must request a copy of the Transaction Receipt prior to exercising the Chargeback right unless the Transaction is either:

    a.  An Unattended Transaction

    b.  A Visa Easy Payment Service Transaction

4.  **Effective for Chargebacks processed on or after 20 April 2013,** for Chargeback Condition 1 and 2, for Transactions not involving Issuers or Acquirers in Visa Europe, Chargeback is valid only for key-entered Transactions and Unattended Transactions, except as specified in "Invalid Chargebacks – Reason Code 81"

5.  **Effective for Chargebacks processed through 19 April 2013,** for Chargeback Condition 1 and 3, the Issuer must meet all of the following conditions on or before the Chargeback Processing Date:

    a.  Close the Cardholder account

    b.  List the Account Number on the Exception File with a Pickup Response for a minimum of:

        i.  X calendar days for Chargeback Condition 1

        ii.  X calendar days for Chargeback Condition 3

    c.  Report the Fraud Activity through VisaNet. For Chargeback Condition 3, fraud must be reported using Fraud Type codes 0, 1, or 2

6.  **Effective for Chargebacks processed between 13 October 2012 and 19 April 2013,** for Chargeback Condition 2, for Transactions not involving Issuers or Acquirers in Visa Europe, the Issuer must meet both of the following conditions on or before the Chargeback Processing Date:

© 2012 Visa. All Rights Reserved.

# A3688

    a.  List the Account Number on the Exception File with a Pickup Response for a minimum of X calendar days

    b.  Report the Fraud Activity through VisaNet

7.  **Effective for Chargebacks processed on or after 20 April 2013,** the Issuer must meet all of the following conditions on or before the Chargeback Processing Date:

    a.  For Chargeback Condition 1 and 3, close the Cardholder account

    b.  List the Account Number on the Exception File with a Pickup Response for a minimum of:

        i.  X calendar days, for Chargeback Condition 1 and 2

        ii.  X calendar days, for Chargeback Condition 3

    c.  Report the Fraud Activity through VisaNet. For Chargeback Condition 3, fraud must be reported using Fraud Type codes 0, 1, or 2

8.  For Chargeback Condition 1 and 2, for an Unattended Transaction, Account Number must both:

    a.  Be listed on the Exception File with a Pickup Response on or before the Chargeback Processing Date

    b.  Remain on the Exception File for a minimum of X calendar days [141]

9.  For Chargeback Condition 1 or 2, one Chargeback may contain up to 25 Telephone Service Transactions if all of the following are true:

    a.  Each Transaction amount is less than US $40

    b.  All of the Transactions appear on "Summary of Unauthorized Telephone Service Transactions" (Exhibit 2F)

    c.  Chargeback uses the Acquirer Reference Number/ Tracing Data of the earliest Transaction

ID#: 181012-171009-0007641


## Invalid Chargebacks - Reason Code 81 (Updated)

Chargeback is invalid for:

1.  A Card-Absent Environment Transaction

2.  An ATM Transaction

3.  An Emergency Cash Disbursement Transaction

4.  **Effective for Transactions completed on or after 13 October 2012,** for Chargeback Condition 3, a Proximity Payment Transaction

5.  **Effective for Chargebacks processed through 19 April 2013,** for Chargeback Condition 1 and 2, a Transaction where all of the following were obtained:

    a.  A legible Imprint

    b.  **Effective for Transactions completed through 12 October 2012,** signature or PIN

---

141  For Domestic Transactions in the U.S. Region, the Account Number must remain on the Exception File for a minimum of X days.

© 2012 Visa. All Rights Reserved.

# A3689

   c. **Effective for Transactions completed on or after 13 October 2012,** signature, PIN, or Consumer Device Cardholder Verification Method (CDCVM)

6. **Effective for Chargebacks processed on or after 20 April 2013,** for Chargeback Condition 1 and 2, for Transactions not involving Issuers or Acquirers in Visa Europe, a Transaction where either of the following were obtained:

   a. For a Face-to-Face Environment Transaction, a legible Imprint

   b. For an Unattended Transaction, a legible Imprint and either a PIN or Consumer Device Cardholder Verification Method (CDCVM)

7. **Effective for Chargebacks processed on or after 20 April 2013,** for Chargeback Condition 1 and 2, for Transactions involving Issuers or Acquirers in Visa Europe, a Transaction where both of the following were obtained:

   a. A legible Imprint

   b. Signature, PIN, or Consumer Device Cardholder Verification Method (CDCVM)

8. For Chargeback Condition 3, a Transaction where both of the following were obtained:

   a. A legible Imprint for the Transaction in question

   b. PIN

9. For Chargeback Condition 1 and 2, a Visa Easy Payment Service Transaction. (This provision does not apply to Transactions involving Issuers or Acquirers in Visa Europe) [142]

10. Chargeback condition 1, for an Unattended Transaction that both:

   a. Originated with a Counterfeit Card

   b. Received an Approval Response that included a "90," "91," "05," or "07" in the POS Entry Mode Code field

11. Chargeback Condition 2, if one of the following:

   a. If the Transaction received an Authorization

   b. For an Intraregional Transaction in the AP Region, Automated Fuel Dispenser Transaction *(This only applies in the Asia Pacific Region.)*

12. Chargeback Condition 3, if the Device is EMV PIN-Compliant and the Transaction was correctly processed to completion in accordance with EMV and VIS using the Chip Card data.

13. Chargeback Condition 1 and 2, for a below- Floor Limit Transaction completed at an Unattended Cardholder-Activated Terminal assigned one of the following Merchant Category Codes:

   a. 4111, "Local and Suburban Passenger Transportation, including Ferries"

   b. 4112, "Passenger Railways"

   c. 4131, "Bus Lines"

   d. 4784, "Tolls and Bridge Fees"

   e. 7523, "Parking Lots and Garages"

14. For a U.S. Domestic Transaction, for Chargeback Condition 1, both: *(This only applies in the U.S. Region.)*

   a. The Transaction meets the following requirements: *(This only applies in the U.S. Region.)*
     [143]

© 2012 Visa. All Rights Reserved.

# A3690

   i. Transaction is key-entered *(This only applies in the U.S. Region.)*

   ii. CVV2 is included in the Authorization Request *(This only applies in the U.S. Region.)*

   iii. Merchant is not assigned Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks" *(This only applies in the U.S. Region.)*

   iv. Transaction is not a: *(This only applies in the U.S. Region.)*

     • Quasi-Cash Transaction *(This only applies in the U.S. Region.)*

     • Cash-Back Transaction *(This only applies in the U.S. Region.)*

     • Manual Cash Disbursement *(This only applies in the U.S. Region.)*

   v. Authorization was obtained *(This only applies in the U.S. Region.)*

  b. A signature was obtained *(This only applies in the U.S. Region.)*

15. For a U.S. Domestic Transaction, any of the following Card-Present Environment Transaction types: *(This only applies in the U.S. Region.)*

  a. **Effective for Chargebacks processed through 19 April 2013,** CPS/Retail, unless no signature or PIN was obtained *(This only applies in the U.S. Region.)*

  b. **Effective for Chargebacks processed on or after 20 April 2013,** CPS/Retail *(This only applies in the U.S. Region.)*

  c. Vehicle-Specific Fleet Card Transaction, if Imprint obtained *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0007642

## Chargeback Time Limit - Reason Code 81

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007644

## Chargeback Processing Requirements - Reason Code 81 (Updated)

Member Message Text:

1. For Chargeback Condition 1: RR DATE MMDDYY, if requested Transaction Receipts not fulfilled

2. For Chargeback Condition 2: One of the following, as applicable:

  a. NO SUCH CARD

  b. FICTITIOUS ACCOUNT NUMBER

  c. RR DATE MMDDYY, if requested Transaction Receipt not fulfilled

---

142 For Transactions between Visa Inc. and Visa Europe, Chargeback is invalid for: (1) Magnetic Stripe or contact Chip Transactions conducted at Merchant Category Codes 4111, 4121, 4131, 4784, 5331, 5499, 5812, 5814, 5912, 5993, 5994, 7211, 7216, 7338, 7523, 7542, 7832, and 7841; (2) Proximity Payment Transactions that qualify as (Visa Europe) Small Ticket Transactions or Visa Inc. Visa Easy Payment Service Transactions.

143 As specified in "CVV2 Submission in a Face-to-Face Environment - U.S. Region."

© 2012 Visa. All Rights Reserved.

# A3691

3. For Chargeback Condition 3, either that applies:

    a.   PIN PREFERRING CHIP CARD, DEVICE NON PIN COMP

    b.  EMV CARD, NON EMV DEVICE

Documentation or certification using Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer:

1. For Chargeback Condition 1: All of the following:

    a. The information required on the "Summary of Unauthorized Telephone Service Transactions" (Exhibit 2F) if applicable

    b. For Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

    c. For Transactions not involving Issuers or Acquirers in Visa Europe:

        i. Cardholder letter denying authorization or participation in the Transaction, or certification that Cardholder denies authorization or participation in the Transaction

        ii. Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

        iii. Certification of the date Fraud Activity was reported through VisaNet

        iv. Certification of the date Account Number was listed on the Exception File

    d. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

2. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 2, for Transactions not involving Issuers or Acquirers in Visa Europe, both:

    a. Certification of the date Fraud Activity was reported through VisaNet

    b. Certification of the date Account Number was listed on the Exception File

3. For Chargeback Condition 3: All of the following:

    a. Issuer certification that the Card was a PIN-Preferring Chip Card

    b. For Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

    c. For Transactions not involving Issuers or Acquirers in Visa Europe:

        i. Cardholder letter denying authorization or participation in the Transaction, or certification that Cardholder denies authorization or participation in the Transaction

        ii. Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

        iii. Certification of the date Fraud Activity was reported through VisaNet using Fraud Type Codes 0, "Lost," 1, "Stolen," or 2, "Card not Received as Issued (NRI)"

        iv. Certification of the date Account Number was listed on the Exception File

    d. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151012-171009-0007645

© 2012 Visa. All Rights Reserved.

# A3692

### Representment Time Limits - Reason Code 81

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007646

### Representment Rights and Limitations - Reason Code 81 (Updated)

1. For Chargeback Condition 1, any of the following:

   a. Account was not closed

   b. Account Number was not listed on the Exception File

   c. Transaction was not reported as fraud

   d. For an Unattended Transaction, Transaction was reported as counterfeit Fraud Type 4

2. **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 2, for Transactions not involving Issuers or Acquirers in Visa Europe, either:

   a. Account Number was not listed on the Exception File

   b. Transaction was not reported as fraud

3. For Chargeback Condition 3, any of the following:

   a. Account was not closed

   b. Account Number was not listed on the Exception File

   c. Transaction was not reported as fraud

   d. Transaction was reported as counterfeit Fraud Type 4

4. **Effective for Chargebacks processed through 19 April 2013,** for Chargeback Condition 1 and 2, Representment is invalid if Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04," or provided a Fulfillment which does not contain all the required data elements, as specified in " Transaction Receipt Fulfillment Documents - Data Requirements."

5. **Effective for Chargebacks processed on or after 20 April 2013,** for Chargeback Condition 1 and 2, for Transactions not involving Issuers or Acquirers in Visa Europe, Representment is invalid if the Transaction is key-entered and the Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04," or provided a Fulfillment which does not contain all the required data elements, as specified in "Transaction Receipt Fulfillment Documents - Data Requirements."

6. **Effective for Chargebacks processed on or after 20 April 2013,** for Chargeback Condition 1 and 2, for Transactions involving Issuers or Acquirers in Visa Europe, Representment is invalid if Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04," or provided a Fulfillment which does not contain all the required data elements, as specified in "Transaction Receipt Fulfillment Documents - Data Requirements."

7. For a U.S. Domestic Transaction, for Chargeback Condition 1, both: *(This only applies in the U.S. Region.)*

   a. The Transaction meets the following requirements: *(This only applies in the U.S. Region.)*

   [144]

© 2012 Visa. All Rights Reserved.

# A3693

    i.   Transaction is key-entered *(This only applies in the U.S. Region.)*

    ii.   CVV2 is included in the Authorization Request *(This only applies in the U.S. Region.)*

    iii.   Merchant is not assigned Merchant Category Code 7995, "Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks" *(This only applies in the U.S. Region.)*

    iv.   Transaction is not a: *(This only applies in the U.S. Region.)*

        •   Quasi-Cash Transaction *(This only applies in the U.S. Region.)*

        •   Cash-Back Transaction *(This only applies in the U.S. Region.)*

        •   Manual Cash Disbursement *(This only applies in the U.S. Region.)*

    v.   Authorization was obtained *(This only applies in the U.S. Region.)*

  b.   A signature was obtained *(This only applies in the U.S. Region.)*

8. For a LAC Easy Pay Transaction, the Acquirer can provide information or documentation to support the claim *(This only applies in the Latin America & Caribbean Region.)*

9. The Acquirer must not represent a Transaction because of the failure by the Issuer to certify the following: (The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.)

  a.   Card status at the time of the Transaction (lost, stolen, counterfeit)

  b.   Date Fraud Activity was reported through VisaNet

  c.   Date Account Number was listed on the Exception File

ID#: 151012-171009-0007647


## Representment Processing Requirements - Reason Code 81 (Updated)

Member Message Text:

1. Credit or Reversal was processed.

  a.   Either that applies:

    i.   CRED MMDDYY ARN X...X (23 or 24 digits)

    ii.   REVERSAL MMDDYY

2. Issuer did not meet the applicable Chargeback conditions.

  a.   For Chargeback Condition 1 and 2: X...X (Specify the reason)

  b.   For Chargeback Condition 3: As applicable:

    i.   X...X (Specify the reasons)

    ii.   EMV PIN COMPL DVCE, NON PIN PREF CD

    iii.   NO PED, MAG STRIPE READ

    iv.   PIN BYPASS, CVM/IAC FOLLOWED

    v.   EXCP FILE NOT LSTD, FRD NOT RPT, ACC NOT CLSD

---

144   As specified in "CVV2 Submission in a Face-to-Face Environment - U.S. Region"

© 2012 Visa. All Rights Reserved.

# A3694

---
---

3.  Acquirer can remedy the Chargeback.

    a.  For Chargeback Condition 1: CVV2, POS XX, ISSUER AUTHD (indicate 00 or 01) (if applicable)

    b.  For Chargeback Condition 2: AUTH DATE MMDDYY CODE X...X (if applicable)

4.  **Effective for Representments processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, Acquirer can provide Compelling Evidence.

    a.  None required.

ID#: 151012-171009-0007648

## Documentation - Reason Code 81 (Updated)

1.  Issuer did not meet the applicable Chargeback conditions.

    a.  For a Representment due to an Issuer failing to meet the requirements specified in Chargeback Rights and Limitations 5 and 7, the Acquirer must provide information/ documentation to support this claim, such as evidence indicating Account Number was not listed on the Exception File, or account was not closed or Transaction was not reported as fraud through VisaNet or Transaction was reported as counterfeit Fraud Type 4

    b.  **Effective for Chargebacks processed on or after 13 October 2012,** for a Representment due to an Issuer failing to meet the requirements specified in Chargeback Rights and Limitations 6, the Acquirer must provide information/documentation to support this claim, such as evidence indicating Account Number was not listed on the Exception File or Transaction was not reported as fraud through VisaNet

2.  Acquirer can remedy the Chargeback.

    a.  **Effective for Chargebacks processed through 19 April 2013,** for Chargeback Condition 1 and 2: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Acquirer and one of the following:

        i.  Evidence of the following:

            •   A legible Imprint for the Transaction in question [145]

            •   **Effective for Transactions completed through 12 October 2012,** a signature or PIN

            •   **Effective for Transactions completed on or after 13 October 2012,** signature, PIN, or Consumer Device Cardholder Verification Method (CDCVM)

        ii. **Effective for Transactions completed through 12 October 2012,** for a below- Floor Limit Transaction, evidence of signature or PIN and internal record or log proving Magnetic-Stripe read or Chip-initiated, with explanation of fields

        iii. **Effective for Transactions completed on or after 13 October 2012,** for a below-Floor Limit Transaction, both:

            •   Evidence of signature, PIN, or Consumer Device Cardholder Verification Method (CDCVM), if applicable

            •   Internal record or log with explanation of fields proving that the Transaction was a Magnetic-Stripe-read Transaction, a Chip-initiated Transaction, or a Proximity Payment Transaction

---

© 2012 Visa. All Rights Reserved.

# A3695

    iv. For an above-Floor Limit Transaction (excluding U.S. Domestic Transactions) that was key-entered following a Referral Response, all of the following:

- Referral Authorization record proving Magnetic-Stripe read or Chip-initiated within 24 hours of the Transaction

- International Automated Referral Service log

- Evidence of signature or PIN

    v. For an Airline Transaction only (excluding U.S. Domestic Transactions) for Chargeback Condition 1, compelling evidence that the Cardholder participated in the Airline Transaction

b. **Effective for Chargebacks processed on or after 20 April 2013,** for Chargeback Condition 1 and 2: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Acquirer and one of the following:

    i. Evidence of all of the following:

- A legible Imprint [146]

- Signature, PIN, or Consumer Device Cardholder Verification Method (CDCVM). (This requirement applies only to Transactions involving Issuers or Acquirers in Visa Europe.)

- For an Unattended Transaction, PIN or Consumer Device Cardholder Verification Method (CDCVM)

    ii. For a below-Floor Limit Transaction, all of the following, as applicable:

- Evidence of signature, PIN, or Consumer Device Cardholder Verification Method (CDCVM), if applicable. (This requirement applies only to Transactions involving Issuers or Acquirers in Visa Europe.)

- Internal record or log with explanation of fields proving that the Transaction was a Magnetic-Stripe-read Transaction, a Chip-initiated Transaction, or a Proximity Payment Transaction

- For an Unattended Transaction, evidence of PIN or Consumer Device Cardholder Verification Method (CDCVM)

    iii. For an above-Floor Limit Transaction (excluding U.S. Domestic Transactions) that was key-entered following a Referral Response, all of the following, as applicable:

- Referral Authorization record proving that the Transaction was a Magnetic-Stripe-read Transaction or a Chip-initiated Transaction within 24 hours of the Transaction

- International Automated Referral Service log

    iv. **Effective for Representations processed through 19 April 2013,** for an Airline Transaction only (excluding U.S. Domestic Transactions) for Chargeback Condition 1, compelling evidence that the Cardholder participated in the Airline Transaction

    v. **Effective for Representations processed on or after 20 April 2013,** for an Airline Transaction involving an Issuer or Acquirer in Visa Europe, for Chargeback Condition 1, compelling evidence that the Cardholder participated in the Airline Transaction

c. For Chargeback Condition 3: Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Acquirer and one of the following:

    i. Evidence of both:

© 2012 Visa. All Rights Reserved.

# A3696

- • A valid Imprint for the Transaction in question
- • PIN

ii. **Effective for Transactions completed on or after 13 October 2012,** evidence that the Transaction was a Proximity Payment Transaction

d. For a LAC Easy Pay Transaction, "Participation Request and Consent Form" with Card Imprint and Cardholder Signature *(This only applies in the Latin America & Caribbean Region.)*

3. **Effective for Representments processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, Acquirer can provide Compelling Evidence.

a. Both:

i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-6 Acquirer

ii. Compelling Evidence

ID#: 151012-171009-0007649

## Additional Information - Reason Code 81 (Updated)

1. Validity of the Chargeback is not dependent on Authorization.

2. For a key-entered U.S. Domestic Transaction in a Face-to-Face Environment, validity of the Chargeback is not dependent on Authorization, unless the Card Verification Value 2 was present in the Authorization Request.

3. "Signature on file" notation is not an acceptable signature.

4. Pencil rubbing of Card or photocopy of Card is not considered proof of a valid Imprint.

ID#: 151012-171009-0007650

## Reason Code 82 Duplicate Processing

## Overview - Reason Code 82 (Updated)

Time Limit: 120 calendar days

A single Transaction was processed more than once on the same Account Number.

ID#: 151012-171009-0007658

---

145 For Chargeback Condition 1, for U.S. Domestic Transactions, for Transactions processed as specified in "CVV2 Submission in a Face-to-Face Environment - U.S. Region"

146 For Chargeback Condition 1, for U.S. Domestic Transactions, for Transactions processed as specified in "CVV2 Submission in a Face-to-Face Environment - U.S. Region"

© 2012 Visa. All Rights Reserved.

# A3697

## Chargeback Conditions - Reason Code 82

A single Transaction was processed more than once.

ID#: 171009-171009-0007659

## Chargeback Rights and Limitations - Reason Code 82

1. Minimum Chargeback amount:

    a. For a T&E Transaction, US $25 or equivalent

    b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. If the Transaction was processed by different Acquirers or Originating Members, the Acquirer or Originating Member that processed the second Transaction is responsible for the Chargeback.

ID#: 160312-171009-0007660

## Invalid Chargebacks - Reason Code 82 (Updated)

Chargeback is invalid for any of the following:

1. A Telephone Service Transaction completed at an Unattended Cardholder-Activated Terminal, if the following information is not identical to a previously submitted Transaction (excluding U.S. Domestic Transactions):

    a. Date of call

    b. Number of minutes of the call

    c. Telephone number called

    d. Transaction amount in the Transaction Currency

2. **Effective for Chargebacks processed through 12 October 2012,** Chip-initiated Transactions with differing application Transaction counter values

3. Transactions were completed by different Merchants

4. **Effective for Transactions completed on or after 14 April 2012,** Adjustments of Visa Debit with PIN Transactions *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0007661

© 2012 Visa. All Rights Reserved.

# A3698

## Chargeback Time Limit - Reason Code 82

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007662

## Chargeback Processing Requirements - Reason Code 82

Member Message Text:

TRAN DATE MMDDYY, REF X...X (23- or 24-digit Acquirer Reference Number or applicable Tracing Data)

Documentation: None required.

ID#: 111011-171009-0007663

## Representment Time Limit and Conditions - Reason Code 82

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007664

## Representment Processing Requirements - Reason Code 82 (Updated)

1. Credit or Reversal was processed.
   a. Member Message Text: Either that applies:
      i.   CRED MMDDYY ARN X...X (23 or 24 digits)
      ii.  REVERSAL MMDDYY
   b. Documentation: None required.
2. Issuer did not meet the applicable Chargeback conditions, either that applies:
   a. Member Message Text:
      i.   X...X (Specify the reason)
      ii.  **Effective for Chargebacks processed through 12 October 2012,** DIFF. APPL. TRXN. COUNTERS
   b. Documentation: None required.
3. Acquirer can remedy the Chargeback.
   a. Member Message Text: For an ATM Transaction processed more than once, either that applies:
      i.   CASH DISPNS SEQ #XXXXX AND SEQ #XXXXX
      ii.  ACQR CERTS ATM IN BALANCE ON MMDDYY

© 2012 Visa. All Rights Reserved.

# A3699

b. Documentation:

  i. For an ATM Transaction, none required.

  ii. For all other Transactions, both:

   • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

   • Either:

    – Submit 2 separate signed or imprinted Transaction Receipts or other record to prove separate Transactions were processed

    – For a Telephone Service Transaction completed at an Unattended Cardholder-Activated Terminal, documentation to demonstrate that the time of the call is different for each Transaction

ID#: 151012-171009-0007665

## Additional Information - Reason Code 82 (Updated)

1. If two separate signed or imprinted Transaction Receipts are not available, the Acquirer should provide evidence that the Transactions were not for the same service or merchandise

2. Chargeback is available if Transaction amounts or dates are different

3. For a Visa Debit with PIN Transaction, the Issuer must provide the date and Transaction Identifier of the first Transaction

4. **Effective 13 October 2012,** for a Representment, if the Acquirer provides an ATM Transaction Record, it must also provide, in English, an explanation or key to the data fields contained in the ATM Transaction Record

ID#: 151012-171009-0007666

## Reason Code 83 Fraud—Card-Absent Environment

### Overview - Reason Code 83

Time Limit: 120 calendar days

Cardholder did not authorize or participate in a Card-Absent Transaction or Transaction was processed with a Fictitious Account Number or no valid Card was outstanding bearing the Account Number on the Transaction Receipt.

ID#: 171009-171009-0007668

### Chargeback Conditions - Reason Code 83 (Updated)

1. Cardholder did not authorize or participate in a  Transaction conducted in a Card-Absent Environment.

© 2012 Visa. All Rights Reserved.

# A3700

2. Fraudulent Transaction was completed in a Card-Absent Environment using a Fictitious Account Number, or no valid Card was issued or outstanding that bears the Account Number, and no Authorization was obtained.

ID#: 151012-171009-0007669

## Chargeback Rights and Limitations - Reason Code 83 (Updated)

1. Minimum Chargeback amount:

   a. For a T&E Transaction, US $25 or equivalent

   b. For a Canada domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   d. For a domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. **Effective for Chargebacks processed through 19 April 2013,** Issuer must retrieve a copy of the Transaction Receipt prior to exercising the Chargeback right unless Transaction is one of the following:

   a. Mail/Phone Order Transaction

   b. Electronic Commerce Transaction

   c. Recurring Transaction

   d. For a U.S. domestic Preauthorized Health Care Transaction *(This only applies in the U.S. Region.)*

   e. For a U.S. Domestic Transaction where the Merchant city field of the Clearing Record of an Airline or passenger railway Transaction contains the words "ticket mailed" *(This only applies in the U.S. Region.)*

3. **Effective for Chargebacks processed on or after 20 April 2013,** for Transactions involving Issuers or Acquirers in Visa Europe, Issuer must retrieve a copy of the Transaction Receipt prior to exercising the Chargeback right unless Transaction is one of the following: *(This only applies in Visa Europe.)*

   a. Mail/Phone Order Transaction *(This only applies in Visa Europe.)*

   b. Electronic Commerce Transaction *(This only applies in Visa Europe.)*

   c. Recurring Transaction *(This only applies in Visa Europe.)*

4. **Effective for Chargebacks processed through 19 April 2013,** for Chargeback Condition 1, on or before the Chargeback Processing Date, the Issuer must complete all of the following:

   a. Close the Cardholder account [147]

   b. List the Account Number on the Exception File with a Pickup Response, for a minimum of X calendar days [148]

   c. Report the Fraud Activity through VisaNet

© 2012 Visa. All Rights Reserved.

# A3701

5. **Effective for Chargebacks processed between 13 October 2012 and 19 April 2013,** for Chargeback Condition 2, for Transactions not involving Issuers or Acquirers in Visa Europe, the Issuer must meet both of the following conditions on or before the Chargeback Processing Date:

   a. List the Account Number on the Exception File with a Pickup Response for a minimum of X calendar days

   b. Report the Fraud Activity through VisaNet

6. **Effective for Chargebacks processed on or after 20 April 2013,** the Issuer must meet all of the following conditions on or before the Chargeback Processing Date:

   a. Close the Cardholder account for Chargeback Condition 1 [149]

   b. List the Account Number on the Exception File with a Pickup Response, for a minimum of X calendar days [150]

   c. Report the Fraud Activity through VisaNet

7. **Effective through 19 April 2013,** for Chargeback Condition 1 or 2, prior to processing the Chargeback, the Account Number must be listed on the Exception File with a Pickup Response . This provision applies to Intraregional Transactions in the AP Region. *(This only applies in the Asia Pacific Region.)*

8. One Chargeback may contain up to 25 Telephone Service Transactions if all of the following are true (excluding U.S. Domestic Transactions):

   a. Amount of each Transaction is less than US $40

   b. All Transactions appear on the "Summary of Unauthorized Telephone Service Transactions" (Exhibit 2F)

   c. Chargeback uses the Acquirer Reference Number/ Tracing Data of the earliest Transaction

9. For Chargeback Condition 1, Chargeback is valid for an Electronic Commerce Transaction where the Issuer responded to an Authentication Request ( PAReq) with either:

   a. An Unable-to-Authenticate Response ( PARes value "U") or Authentication Denial (PARes value "N")

   b. A Cardholder Authentication Verification Value and Authentication Identifier, but either the:

      i. Acquirer did not provide a Cardholder Authentication Verification Value in the Authorization Request

      ii. Cardholder Authentication Verification Value results code is "0"

10. For Domestic Transactions in the U.S. Region, Chargeback is valid, regardless of the Electronic Commerce Indicator value, for Electronic Commerce Transactions conducted by Merchants in the following Merchant categories:  *(This only applies in the U.S. Region.)*

    a.  Wire Transfer Money Orders (4829) *(This only applies in the U.S. Region.)*

    b. Direct Marketing - Inbound Teleservices Merchant (5967) *(This only applies in the U.S. Region.)*

    c. Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers' Cheques (6051) *(This only applies in the U.S. Region.)*

    d. Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks (7995) *(This only applies in the U.S. Region.)*

© 2012 Visa. All Rights Reserved.

# A3702

11. For Domestic Transactions in the U.S. Region, Chargeback is valid for Advance Payment Services. *(This only applies in the U.S. Region.)*

12. **Effective for Chargebacks processed through 12 October 2012,** for a LAC Easy Pay Transaction, Issuer does not have to obtain a copy of the Transaction Receipt from the Acquirer to verify a Chargeback right. *(This only applies in the Latin America & Caribbean Region.)*

13. For a Domestic Electronic Commerce Transaction in Brazil, Chargeback is valid if the Transaction was processed with Electronic Commerce Indicator value "6." *(This only applies in the Latin America & Caribbean Region.)*

14. For a domestic Mail/Phone Order Transaction or Electronic Commerce Transaction in Canada, Chargeback is valid if the Issuer was unable to respond to an Address Verification Service Authorization Request because the Transaction was attempted with a Visa Commercial Card or a Card type where the Cardholder is anonymous. *(This only applies in the Canada Region.)*

ID#: 181012-171009-0007670


## Invalid Chargebacks - Reason Code 83 (Updated)

Chargeback is invalid for any of the following:

1. Emergency Cash Disbursement

2. Chargeback Condition 2, for a Transaction where an Authorization was obtained

3. Chargeback Condition 1 for Intraregional Electronic Commerce Transactions in the AP Region all of the following: *(This only applies in the Asia Pacific Region.)*

    a. The Card Verification Value 2 presence indicator in the Authorization Request is "1 - CVV2 value is present" *(This only applies in the Asia Pacific Region.)*

    b. The Card Verification Value 2 results code in the Authorization message is "N - No Match" *(This only applies in the Asia Pacific Region.)*

    c. The Authorization Request was approved *(This only applies in the Asia Pacific Region.)*

4. For Intraregional Transactions in the CEMEA Region (excluding Recurring Transactions) all of the following: *(This only applies in the CEMEA Region.)*

    a. The Card Verification Value 2 results code in the Authorization message is "N - No Match" *(This only applies in the CEMEA Region.)*

    b. The Authorization Request was approved *(This only applies in the CEMEA Region.)*

5. Transactions authorized through the Emergency Payment Authorization Service, excluding U.S. Domestic Transactions

6. U.S. Domestic Mail/Phone Order or Electronic Commerce Transactions, if both: *(This only applies in the U.S. Region.)*

---

147 This provision does not apply to Domestic Merchant Proximity Payment Device (MPPD) Transactions in the Canada Region.

148 This provision does not apply to Domestic Merchant Proximity Payment Device (MPPD) Transactions in the Canada Region.

149 This provision does not apply to Domestic Merchant Proximity Payment Device (MPPD) Transactions in the Canada Region.

150 This provision does not apply to Domestic Merchant Proximity Payment Device (MPPD) Transactions in the Canada Region.

© 2012 Visa. All Rights Reserved.

# A3703

    a. Merchandise was shipped or delivered, or services were purchased *(This only applies in the U.S. Region.)*

    b. Issuer was not a participant in the Address Verification Service on the Transaction Date and Acquirer received an Address Verification Service response code "U" *(This only applies in the U.S. Region.)*

7. Authorized Canada Domestic Transactions, if an Address Verification Service Authentication Request was made by the Acquirer and the Issuer is not an Address Verification Service participant *(This only applies in the Canada Region.)*

8. Airline ticket purchase, if either of the following: This provision applies to U.S. Domestic Transactions  *(This only applies in the U.S. Region.)*

    a. Issuer response to an Address Verification Service inquiry was "Y" and tickets were mailed to the Cardholder billing address on the Issuer file *(This only applies in the U.S. Region.)*

    b. Issuer was not a participant in the Address Verification Service on the Transaction Date *(This only applies in the U.S. Region.)*

9. Transactions where both:

    a. The Card Verification Value 2 results code in the Authorization message is "U - Issuer not participating in CVV2 program"

    b. The Card Verification Value 2 presence indicator in the Authorization Request is one of the following:

        i. "1 - CVV2 value is present"

        ii. "2 - CVV2 value is on the Card but is illegible"

        iii. "9 - Cardholder states CVV2 is not present on the Card"

10. The following Electronic Commerce Transactions (excluding U.S. Domestic Transactions): [151]

    a. **Effective through 14 March 2012,** Secure Electronic Commerce Transaction, if **both**:

        i. Issuer responded to an Authentication Request with an Authentication Confirmation using 3-D Secure

        ii. **Both** of the following were included in the Authorization Request:

            • Cardholder Authentication Verification Value

            • Authentication Identifier

    b. **Effective 15 March 2012,** Secure Electronic Commerce Transaction processed with Electronic Commerce Indicator value "5" in the Authorization Request, if both:

        i. Issuer responded to an Authentication Request with an Authentication Confirmation ( PARes value "Y") using Verified by Visa

        ii. The Cardholder Authentication Verification Value was included in the Authorization Request

    c. Non-Authenticated Security Transaction, excluding Domestic Transactions in Brazil, processed with Electronic Commerce Indicator value "6" if **either**:

        i. Issuer, or Visa on behalf of an Issuer, responded to an Authentication Request with a Non-Participation Message ( VERes value "N")

        ii. **Effective through 14 March 2012,** all of the following:

© 2012 Visa. All Rights Reserved.

# A3704

- Issuer, or Visa on behalf of an Issuer, responded to an Authentication Request with an Attempt Response using 3-D Secure

- A Cardholder Authentication Verification Value and Authentication Identifier were included in the Authorization Request

- An exception applies to anonymous Visa Prepaid Card Transactions, Visa Commercial Card Transactions and Transactions conducted in New Channels. The exclusion of Visa Commercial Cards does not apply to the Intraregional Transactions in the jurisdiction of the Asia-Pacific Region.

   iii. **Effective 15 March 2012,** the following:

- Issuer, or Visa on behalf of the Issuer, responded to an Authentication Request with an Attempt Response (PARes value "A") using Verified by Visa

- Either:

    – A Cardholder Authentication Verification Value was included in the Authorization Request

    – A Cardholder Authentication Verification Value was not included in the Authorization Request and the Verified Enrollment Response (VERes) was "N"

- The Transaction is not an anonymous Visa Prepaid Card Transaction

- **Effective for Transactions processed through 14 April 2013,** the Transaction is not a Visa Commercial Card Transaction. (This provision does not apply to an Intraregional or Domestic Visa Commercial Card Transaction in the Asia-Pacific Region.)

- **Effective for Transactions processed on or after 15 April 2013,** an exception applies to anonymous Visa Prepaid Card Transactions and International Transactions on a Visa Commercial Card issued or acquired in the U.S. Region.

11. U.S Domestic Electronic Commerce Transactions, as follows: *(This only applies in the U.S. Region.)*

   a. **Effective through 14 March 2012,** for a Secure Electronic Commerce Transaction processed with Electronic Commerce indicator value "5" in the Authorization Request, if both: *(This only applies in the U.S. Region.)*

    i. The Issuer responded to an Authentication Request with an Authentication Confirmation using 3-D Secure *(This only applies in the U.S. Region.)*

    ii. A Cardholder Authentication Verification Value was included in the Authorization Request *(This only applies in the U.S. Region.)*

   b. **Effective 15 March 2012,** a Secure Electronic Commerce Transaction processed with Electronic Commerce Indicator value "5" in the Authorization Request, if both: *(This only applies in the U.S. Region.)*

    i. The Issuer responded to an Authentication Request ( PAReq) with an Authentication Confirmation ( PARes value "Y") using Verified by Visa *(This only applies in the U.S. Region.)*

    ii. A Cardholder Authentication Verification Value was included in the Authorization Request *(This only applies in the U.S. Region.)*

   c. Non-Authenticated Security Transaction processed with Electronic Commerce indicator value "6" in the Authorization Request, if both: *(This only applies in the U.S. Region.)*

© 2012 Visa. All Rights Reserved.

# A3705

    i.   **Effective through 14 March 2012,** the Issuer, or Visa on behalf of an Issuer, responded to an Authentication Request with an Attempt Response using 3-D Secure *(This only applies in the U.S. Region.)*

    ii.  **Effective through 14 March 2012,** any of the following: *(This only applies in the U.S. Region.)*

- A Cardholder Authentication Verification Value was included in the Authorization Request or *(This only applies in the U.S. Region.)*

- A Cardholder Authentication Verification Value was not included in the Authorization Request and the Verified Enrollment Response is "N" *(This only applies in the U.S. Region.)*

- An exception applies to anonymous Visa Prepaid Card Transactions, Commercial Visa Product Transactions, and Transactions conducted in New Channels. *(This only applies in the U.S. Region.)*

    iii. **Effective 15 March 2012,** the Issuer, or Visa on behalf of the Issuer, responded to an Authentication Request with an Attempt Response (PARes value "A") using Verified by Visa *(This only applies in the U.S. Region.)*

    iv. **Effective 15 March 2012,** the Transaction is not an anonymous Visa Prepaid Card Transaction or a Commercial Visa Product Transaction, and either: *(This only applies in the U.S. Region.)*

- A Cardholder Authentication Verification Value was included in the Authorization Request *(This only applies in the U.S. Region.)*

- A Cardholder Authentication Verification Value was not included in the Authorization Request and the Verified Enrollment Response was "N" *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0007671

## Chargeback Time Limit - Reason Code 83

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007672

## Chargeback Processing Requirements - Reason Code 83 (Updated)

Member Message Text:

For Chargeback Condition 1:

1. RR DATE MMDDYY, if requested Transaction Receipts not fulfilled

2. One of the following, as applicable:

    a.  UNABLE TO AUTHENTICATE RESPONSE

---

151 An Electronic Commerce Merchant identified by the Global Merchant Chargeback Monitoring Program must include Electronic Commerce Indicator value "7" and is subject to this Chargeback for the period of time it remains in the Global Merchant Chargeback Monitoring Program, plus 3 additional months

© 2012 Visa. All Rights Reserved.

# A3706

b. AUTHENTICATION DENIAL

c. CAVV AND AUTHENTICATION IDENTIFIER MISSING IN AUTH

d. SEE 3-D SECURE RESPONSE SENT MMDDYY

Documentation or certification using Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer: All of the following:

1. The information required on the "Summary of Unauthorized Telephone Service Transactions" (Exhibit 2F), if applicable

2. For Transactions involving Issuers or Acquirers in Visa Europe, Cardholder letter denying authorization or participation in the Transaction *(This only applies in Visa Europe.)*

3. For Transactions not involving Issuers or Acquirers in Visa Europe:

   a. Cardholder letter denying authorization or participation in the Transaction, or certification that Cardholder denies authorization or participation in the Transaction

   b. Certification of the Card status at the time of the Transaction (lost, stolen, counterfeit)

   c. Certification of the date Fraud Activity was reported through VisaNet

   d. Certification of the date Account Number was listed on the Exception File

4. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

For Chargeback Condition 2:

1. NO SUCH CARD

2. FICTITIOUS ACCOUNT NUMBER

3. RR DATE MMDDYY (if requested Transaction Receipt not fulfilled)

Documentation or certification using Visa Resolve Online Questionnaire or Exhibit 2E-2 Issuer:

1. **Effective for Chargebacks processed through 12 October 2012,** none required

2. **Effective for Chargebacks processed on or after 13 October 2012:**

   a. For Transactions involving Issuers or Acquirers in Visa Europe, none required

   b. For Transactions not involving Issuers or Acquirers in Visa Europe, both:

      i. Certification of the date Fraud Activity was reported through VisaNet

      ii. Certification of the date Account Number was listed on the Exception File

ID#: 151012-171009-0007673

## Representment Time Limits - Reason Code 83

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007674

© 2012 Visa. All Rights Reserved.

# A3707

## Representment Conditions - Reason Code 83 (Updated)

1. Chargeback is improper or invalid or credit was processed.

2. **Effective for Chargebacks processed through 19 April 2013,** Representment is invalid if Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04," or provided a Fulfillment which does not contain all the required data elements as specified in the *Transaction Receipt Fulfillment Documents - Data Requirements* section

3. **Effective for Chargebacks processed on or after 20 April 2013,** for Chargeback Condition 1 and 2, for Transactions not involving Issuers or Acquirers in Visa Europe, Representment is invalid if the Transaction is key-entered and the Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04," or provided a Fulfillment which does not contain all the required data elements, as specified in "Transaction Receipt Fulfillment Documents - Data Requirements."

4. **Effective for Chargebacks processed on or after 20 April 2013,** for Chargeback Condition 1 and 2, for Transactions involving Issuers or Acquirers in Visa Europe, Representment is invalid if Acquirer failed to respond to Retrieval Request or responded with a Nonfulfillment Message code "03" or "04," or provided a Fulfillment which does not contain all the required data elements, as specified in "Transaction Receipt Fulfillment Documents - Data Requirements."

5. For a LAC Easy Pay Transaction, the Acquirer can provide information or documentation to support the claim. *(This only applies in the Latin America & Caribbean Region.)*

6. **Effective for Chargebacks processed through 19 April 2013,** Transaction Receipt contains both a signature (or PIN was obtained) and an Electronic Imprint (use of POS entry code of "02," "90," "05," or "07") or a Manual Imprint for the disputed Transaction in question

7. **Effective for Chargebacks processed on or after 20 April 2013,** for Transactions not involving Issuers and Acquirers in Visa Europe, Transaction Receipt contains an Electronic Imprint (use of POS Entry Mode value "02," "05," "07," "90," or "91") or a Manual Imprint

8. **Effective for Chargebacks processed on or after 20 April 2013,** for Transactions involving Issuers and Acquirers in Visa Europe, Transaction Receipt contains both a signature (or PIN was obtained) and an Electronic Imprint (use of POS Entry Mode value "02," "05," "07," "90," or "91") or a Manual Imprint

9. **Effective for Transactions processed through 14 March 2012,** Merchant attempted to authenticate the Cardholder using the 3-D Secure Specification but the Cardholder was not participating.

10. **Effective for Transactions processed on or after 15 March 2012,** Merchant attempted to authenticate the Cardholder using Verified by Visa but the Cardholder was not participating.

11. Acquirer must not re-present a No-Show Transaction related to a Peak-Time car rental reservation. This provision applies to U.S. Domestic Transactions. *(This only applies in the U.S. Region.)*

12. Transaction was Chip-Initiated and contained a valid Cryptogram. This provision applies to Intraregional Transactions in the CEMEA Region. *(This only applies in the CEMEA Region.)*

ID#: 151012-171009-0007675

© 2012 Visa. All Rights Reserved.

# A3708

## Representment Rights and Limitations - Reason Code 83

1. The Acquirer must not represent a Transaction because of the failure by the Issuer to certify the following: (The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.)

   a. Card status at the time of the Transaction (lost, stolen, counterfeit)

   b. Date  Fraud Activity was reported through VisaNet

   c. Date Account Number was listed on the Exception File

ID#: 160312-010100-0026107

## Representment Processing Requirements - Reason Code 83 (Updated)

Member Message Text:

1. Credit or Reversal was processed.

   a. Either that applies:

      i.   CRED MMDDYY ARN X...X (23 or 24 digits)

      ii.  REVERSAL MMDDYY

2. Issuer did not meet the applicable Chargeback conditions

   a. X...X (Specify the reason)

3. Acquirer can remedy the Chargeback.

   a. For Chargeback Condition 1, none required.

   b. For Chargeback Condition 2, AUTH MMDDYY CODE X...X (if applicable)

   c. Chargeback Condition 1 and 2 - CVV2 NON MATCH; ISSR AUTH'D; CVV2 CHECKED This provision applies to Intraregional Transactions in the CEMEA Region *(This only applies in the CEMEA Region.)*

4. **Effective for Representments processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, Acquirer can provide Compelling Evidence.

   a. None required.

Documentation:

1. If Credit or Reversal was processed, none required.

2. Issuer did not meet the applicable Chargeback conditions

   a. For a Representment due to an Issuer failing to meet the requirements specified in Chargeback Rights and Limitations 4, the Acquirer must provide information/documentation to support this claim such as evidence indicating Account Number was not listed on the Exception File, or account was not closed, or Transaction was not reported as fraud through VisaNet

© 2012 Visa. All Rights Reserved.

# A3709

    b. **Effective for Chargebacks processed on or after 13 October 2012,** for a Representment due to an Issuer failing to meet the requirements specified in Chargeback Rights and Limitations 5, the Acquirer must provide information/documentation to support this claim such as evidence indicating Account Number was not listed on the Exception File or Transaction was not reported as fraud through VisaNet

3. Acquirer can attempt to remedy the Chargeback, as follows:

    a. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-2 Acquirer

    b. Evidence of Imprint and signature or PIN

    c. **Effective through 14 March 2012,** if a Secure Electronic Commerce or Non-Authenticated Security Transaction has an Electronic Commerce indicator value "6," proof that Issuer responded to the Authentication Request with a Cardholder Authentication Verification Value and Authentication Identifier (if applicable)

    d. **Effective 15 March 2012,** if a Non-Authenticated Security Transaction was processed with an Electronic Commerce Indicator value "6" in the Authorization Request, proof that the Issuer responded to the Authentication Request with a Cardholder Authentication Verification Value (if applicable)

    e. **Effective for Representments processed through 19 April 2013,** for Chargeback Condition 1, compelling evidence that the Cardholder participated in the Transaction

    f. **Effective for Representments processed on or after 20 April 2013,** for Chargeback Condition 1, for Transactions involving Issuers or Acquirers in Visa Europe, compelling evidence that the Cardholder participated in the Transaction

    g. For LAC Easy Pay Transactions, "Participation Request and Consent Form" with Card Imprint and Cardholder signature *(This only applies in the Latin America & Caribbean Region.)*

    h. Completed Visa Resolve Online Questionnaire, and for Representment Condition 7, documents to prove. This provision applies to Intraregional Transactions in the CEMEA Region *(This only applies in the CEMEA Region.)*

    i. The following provisions apply to U.S. Domestic Transactions: *(This only applies in the U.S. Region.)*

        i. For a Fictitious Account Number properly authorized information to prove. *(This only applies in the U.S. Region.)*

        ii. For a Chip-initiated Transaction, documents to prove valid PIN (offline or online). *(This only applies in the U.S. Region.)*

        iii. **Effective through 14 March 2012,** for a Secure Electronic Commerce Transaction, 3-D Secure Authentication History log to prove authentication. *(This only applies in the U.S. Region.)*

        iv. **Effective 15 March 2012,** for a Secure Electronic Commerce Transaction, Verified by Visa Authentication history log to prove authentication. *(This only applies in the U.S. Region.)*

    j. For Domestic Transactions in Brazil conducted by Merchants in Merchant Category Codes 3000-3299, " Airlines, Air Carriers," 4511, " Airlines and Air Carriers (Not Elsewhere Classified)," and 4722, "Travel Agencies and Tour Operators," all of the following is required: *(This only applies in the Latin America & Caribbean Region.)*

    • Copy of the front of the Card  *(This only applies in the Latin America & Caribbean Region.)*

© 2012 Visa. All Rights Reserved.

# A3710

- Copy of the front and back of a legal document that identifies the Cardholder *(This only applies in the Latin America & Caribbean Region.)*

- Copy of a voucher or ticket with passenger's name issued by travel agency and/or airline *(This only applies in the Latin America & Caribbean Region.)*

- Copy of the debit authorization form with all of the following: *(This only applies in the Latin America & Caribbean Region.)*

  – Primary Cardholder's name *(This only applies in the Latin America & Caribbean Region.)*

  – Passengers' names *(This only applies in the Latin America & Caribbean Region.)*

  – Account number *(This only applies in the Latin America & Caribbean Region.)*

  – Card expiration date *(This only applies in the Latin America & Caribbean Region.)*

  – Primary Cardholder's phone number *(This only applies in the Latin America & Caribbean Region.)*

  – Airline name *(This only applies in the Latin America & Caribbean Region.)*

  – Authorization Code *(This only applies in the Latin America & Caribbean Region.)*

  – Transaction amount *(This only applies in the Latin America & Caribbean Region.)*

  – Installment Transaction count *(This only applies in the Latin America & Caribbean Region.)*

  – Installment Transaction amount *(This only applies in the Latin America & Caribbean Region.)*

  – Airport tax amount *(This only applies in the Latin America & Caribbean Region.)*

  – Date of the debit authorization form *(This only applies in the Latin America & Caribbean Region.)*

  – Cardholder signature (must match Cardholder's signature on the signature panel) *(This only applies in the Latin America & Caribbean Region.)*

  k. For Domestic Transactions in Brazil conducted by Merchants in Merchant Category Codes 5814 "Fast Food Restaurants" and 7922 "Theatrical Producers (Except Motion Pictures) and Ticket Agencies," documentation signed by the Cardholder to prove that Cardholder received services or merchandise at agreed-upon location *(This only applies in the Latin America & Caribbean Region.)*

4. **Effective for Representations processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, Acquirer can provide Compelling Evidence.

   a. Both:

      i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-6 Acquirer

      ii. Compelling Evidence

ID#: 151012-171009-0007676

## Additional Information - Reason Code 83 (Updated)

1. "Signature on file" notation is not an acceptable signature.

2. Pencil rubbing of the Card or a photocopy of the Card is not considered proof of a valid Imprint.

© 2012 Visa. All Rights Reserved.

# A3711

3. For Chargeback Rights and Limitations 2 and 3, use the MOTO or ECI indicator or the Merchant Category Code to determine Transaction type.

ID#: 151012-171009-0007677

## Reason Code 85 Credit Not Processed

### Overview - Reason Code 85

Time Limit: 120 calendar days

A Merchant did not process a Credit Transaction Receipt as required.

ID#: 171009-171009-0007678

### Chargeback Conditions - Reason Code 85 (Updated)

1. For Transactions involving Issuers or Acquirers in Visa Europe, Cardholder received a credit or voided Transaction Receipt that was not processed.

2. All of the following:

    a. Cardholder returned merchandise, cancelled merchandise, or cancelled services

    b. Merchant did not process a Credit or voided Transaction Receipt

    c. For Transactions involving Issuers or Acquirers in Visa Europe, Merchant did not process a credit

    d. Merchant did not properly disclose or did disclose, but did not apply a limited return or cancellation policy at the time of the Transaction

3. All of the following:

    a. Cardholder cancelled a Timeshare Transaction

    b. Cancellation was within 14 calendar days from the contract date or receipt date of the contract or related documents

    c. Merchant did not process a credit

4. Any of the following:

    a. Cardholder properly cancelled the guaranteed reservation

    b. Cardholder properly cancelled but was billed for a No-Show Transaction

    c. Cardholder provides cancellation code provided by a Hotel or third party booking agent.

    d. Merchant or third party booking agent failed to accept cancellation or provide a cancellation code

    e. Cardholder attempted to cancel before 6:00 p.m. Merchant Outlet time and the reservation was made within 72 hours of the scheduled arrival date but was billed for a No-Show Transaction

© 2012 Visa. All Rights Reserved.

# A3712

    f.   A Hotel Merchant or third party booking agent billed for a No-Show Transaction for more than one night's stay and applicable taxes when reservation was cancelled or unclaimed

5.  For an Advance Deposit Transaction, one of the following:

    a.   Cardholder properly cancelled the Advance Deposit Transaction but Merchant did not process a credit

    b.   Merchant provided alternate accommodations but did not process a credit

    c.   Merchant did not inform the Cardholder of the Hotel or Cruise Line cancellation policy

    d.   For a U.S. Domestic Transaction, Merchant provided alternate accommodations or an alternate vehicle but did not process a credit *(This only applies in the U.S. Region.)*

6.  An Original Credit Transaction (including a Money Transfer Original Credit Transaction) was not accepted because either:

    a.   Recipient refused the Original Credit

    b.   Original Credit is prohibited by local law

7.  For a U.S. Domestic Transaction, Cardholder properly cancelled the Advance Payment Service Transaction but Merchant did not process a credit *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0007679

## Chargeback Rights and Limitations - Reason Code 85 (Updated)

1.  For Chargeback Condition 1, 2, 3, 4, and 5:

    a.   Minimum Chargeback amount for a T&E Transaction is US $25 or equivalent

    b.   Minimum Chargeback amount for a Canada domestic T&E Transaction is CAD $25 *(This only applies in the Canada Region.)*

    c.   Minimum Chargeback amount for all other Canada Domestic Transactions is CAD $10 *(This only applies in the Canada Region.)*

    d.   For a domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    e.   For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

    f.   Issuer must determine that the Cardholder attempted to resolve the dispute with the Merchant. (Not applicable if prohibited by local law.)

    g.   For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

2.  For Condition 1, Issuer must wait 15 calendar days from date on the Credit Transaction Receipt before initiating a Chargeback. Does not apply if the Credit Transaction Receipt is undated.

3.  For Chargeback Condition 2, any of the following:

    a.   Chargeback amount is limited to either that applies:

        i.   Value of the unused portion of the cancelled service

        ii.   Value of the merchandise returned

    b.   Chargeback is valid if returned merchandise is refused by the Merchant

© 2012 Visa. All Rights Reserved.

# A3713

    c.   Issuer must wait 15 calendar days from the date the merchandise was returned prior to exercising the Chargeback right. Does not apply if waiting period causes Chargeback to exceed Chargeback time frame or the Merchant refused the cancellation or return.

4.   For Chargeback Condition 3, Chargeback is valid for a Timeshare Transaction not processed with the correct Merchant Category Code.

5.   Chargeback is valid if a "void" or "cancelled" notation appears on the Transaction Receipt.

6.   Chargeback must not exceed original Transaction amount.

ID#: 151012-171009-0007680

## Invalid Chargebacks - Reason Code 85 (Updated)

Chargeback is invalid for any of the following:

1.   Disputes regarding the quality of the service rendered or the quality of merchandise, unless a Credit Transaction Receipt is provided

2.   ATM Cash Disbursements

3.   For any Cash-Back portion of a Visa Cash-Back Transaction

4.   Disputes regarding Value-Added Tax (VAT) unless the Cardholder provides a Credit Transaction Receipt

5.   **Effective for Chargebacks processed on or after 13 October 2012,** for Chargeback Condition 2, if returned merchandise is held by any customs agency except the Merchant's country's customs agency.

ID#: 151012-171009-0007681

## Chargeback Time Limit - Reason Code 85 (Updated)

The 120 calendar-day Chargeback time limit is calculated from either the Central Processing Date of the Transaction or one of the following dates as applicable:

1.   For Chargeback Condition 1, any of the following:

    a.   Date on the Credit Transaction Receipt

    b.   Date of the Cardholder letter, if Credit Transaction Receipt is undated

    c.   Date the Issuer received the Cardholder letter, if both the Credit Transaction Receipt and Cardholder letter are undated

2.   For Chargeback Condition 2, date the merchandise was received or the expected date to receive services

3.   For Chargeback Condition 5a, date of the Cardholder cancellation

4.   For Chargeback Condition 5b, 5c and 5d, date of Cardholder's scheduled arrival

5.   For Chargeback Condition 6, Processing Date of the Original Credit, excluding a U.S. Domestic Transaction

ID#: 151012-171009-0007682

© 2012 Visa. All Rights Reserved.

# A3714

### Chargeback Processing Requirements - Reason Code 85 (Updated)

1. For Chargeback Condition 1:

    a. Member Message Text: CREDIT NOT PROCESSED

    b. Documentation: Both:

        i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Issuer stating Cardholder attempted to resolve the dispute with the Merchant

        ii. Copy of credit or voided Transaction Receipt

2. For Chargeback Condition 2:

    a. Member Message Text:

        i. MERCHANDISE RETURNED MMDDYY

        ii. MERCHANDISE CANCELLED MMDDYY

        iii. SERVICE CANCELLED MMDDYY

    b. Documentation:

        i. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Issuer stating all of the following:

            • Date merchandise was cancelled or returned or service cancelled

            • Name of shipping company, if applicable

            • Invoice/tracking number, if available

            • Date Merchant received merchandise, if available

            • Cardholder attempted to resolve the dispute with the Merchant

        ii. In lieu of documentation, Issuer certification that Merchant refused the return of merchandise, refused to provide a return merchandise authorization, or informed the Cardholder not to return the merchandise, if applicable. The right to certify does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

        iii. For Transactions involving Issuers or Acquirers in Visa Europe, proof that Merchant refused the return of merchandise, refused to provide a return merchandise authorization, or informed the Cardholder not to return the merchandise, if applicable *(This only applies in Visa Europe.)*

3. For Chargeback Condition 3:

    a. Member Message Text:

        i. TIMESHARE CANC MMDDYY & CONTRACT RECEIPT MMDDYY (contract receipt date if applicable)

        ii. CH ATTEMPT TO RESOLVE

    b. Documentation: None required.

4. For Chargeback Condition 4:

    a. Member Message Text:

        i. CANC MMDDYY CODE XXXX

© 2012 Visa. All Rights Reserved.

# A3715

      ii.  CH ATTEMPT TO RESOLVE

      iii.  CH NOT ADVISED OF CANC POLICY

  b.  Documentation:

      i.  Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Issuer stating any of the following:

      ii.  Cardholder properly cancelled the guaranteed reservation and one of the following:

         •  Merchant billed a No-Show Transaction

         •  Merchant failed to accept cancellation or provide a cancellation code

         •  Reservation was made within 72 hours of arrival date and canceled prior to 6 p.m. Merchant Outlet time

      iii.  A Hotel Merchant or third party booking agent billed a No-Show Transaction for more than one night's stay

      iv.  Cancellation code, if available

5.  For Chargeback Condition 5 and 7:

  a.  Member Message Text:

      i.  For Chargeback Condition 5a or 5b, any of the following:

         •  CANC MMDDYY CODE XXXX

         •  ALT ACCOMM PROVIDED NO CREDIT ISSUED

         •  CH NOT ADVISED OF CANC POLICY

         •  CH ATTEMPT TO RESOLVE

      ii.  For a U.S. Domestic Transaction, for Chargeback Condition 5b or 5c, either that applies: *(This only applies in the U.S. Region.)*

         •  DATE CANC MMDDYY *(This only applies in the U.S. Region.)*

         •  ALT ACCOMM/VEHICLE PROVIDED NO CREDIT ISSUED *(This only applies in the U.S. Region.)*

  b.  Documentation: None required.

6.  For Chargeback Condition 6:

  a.  Member Message Text:

      i.  RECIPIENT REFUSES CREDIT

      ii.  NOT ALLOWED BY LOCAL LAW

  b.  Documentation: None required.

ID#: 151012-171009-0007683

## Representement Time Limit - Reason Code 85

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007684

© 2012 Visa. All Rights Reserved.

# A3716

**Representement Processing Requirements - Reason Code 85 (Updated)**

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

      i. CRED MMDDYY ARN X...X (23 or 24 digits)

      ii. REVERSAL MMDDYY

   b. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

   a. Member Message Text: Either that applies:

      i. X...X (Specify the reason)

      ii. For Chargeback Condition 2, RETURNED MDSE NOT RECEIVED (if applicable)

   b. Documentation: None required.

3. Acquirer can remedy the Chargeback.

   a. For Chargeback Condition 1 and 6:

      i. Member Message Text: X...X (Specify the reason)

      ii. Documentation: None required.

   b. For Chargeback Condition 2:

      i. Member Message Text: None required

      ii. Documentation: Both:

         • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer

         • Transaction Receipt or other records to prove Merchant properly disclosed a limited return or cancellation policy at the time of the Transaction, as applicable

   c. For Chargeback Condition 3:

      i. Member Message Text: None required.

      ii. Documentation:

         • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer

         • Documents to prove that Transaction was not cancelled within 14 calendar days of the date on the contract, or a related document, or the contract receipt date

   d. For Chargeback Condition 4:

      i. Member Message Text: None required.

      ii. Documentation:

         • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer

         • Explanation of why the cancellation code was invalid, if applicable

   e. For Chargeback Condition 5:

      i. Member Message Text: None required.

      ii. Documentation: Both:

© 2012 Visa. All Rights Reserved.

# A3717

- • Visa Resolve Online Dispute Questionnaire or Exhibit 2E-5 Acquirer
- • Documents to prove that Cardholder was informed about cancellation policy (if applicable)

ID#: 151012-171009-0007685

## Additional Information - Reason Code 85 (Updated)

1. If merchandise was shipped prior to cancellation the Cardholder must return the merchandise, if received.

2. If the Issuer provides a valid Credit or voided Transaction Receipt to support a cancellation or return:

   a. Proper disclosure of the Merchant's refund policy will not be considered

   b. Cardholder attempt to resolve with Merchant is not required

3. For Chargeback Condition 1, any of the following:

   a. Refund acknowledgments and credit letters do not qualify as Credit Transaction Receipts unless they contain all required data.

   b. A lost ticket application or refund application is not considered a Credit Transaction Receipt

4. For Chargeback Condition 2, any of the following:

   a. Proof of shipping does not constitute proof of receipt

   b. Merchant is responsible for goods held within its own country's customs agency

5. For Chargeback Condition 3, Visa recommends that the Issuer provide a copy of the cancellation notification to the Merchant.

6. A Hotel using a third-party booking agent must accept the cancellation code provided by the third-party booking agent.

ID#: 151012-171009-0007686

# Reason Code 86 Paid by Other Means

## Overview - Reason Code 86

Time Limit: 120 calendar days

Merchandise or service was received but paid by other means.

ID#: 171009-171009-0007687

## Chargeback Conditions - Reason Code 86

Cardholder paid for the same merchandise or service by other means.

ID#: 171009-171009-0007688

---

© 2012 Visa. All Rights Reserved.

# A3718

## Chargeback Rights and Limitations - Reason Code 86 (Updated)

1. Minimum Chargeback amount:

   a. For a T&E Transaction, US $25 or equivalent

   b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

   d. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

   e. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

2. Prior to exercising the Chargeback right, Cardholder must attempt to resolve with Merchant, unless prohibited by local law.

3. Chargeback is valid when the contract reflects that the Merchant accepted a voucher issued by a third party as payment of goods or services rendered, and subsequently bills the Cardholder because the Merchant is unable to collect payment from the third party.

4. Chargeback is valid when the same Account Number was processed through different payment networks.

ID#: 151012-171009-0007689

## Invalid Chargebacks - Reason Code 86 (Updated)

Chargeback invalid for any of the following:

1. Initial payment of a Delayed Delivery Transaction if the balance payment is not authorized and the balance was not paid by alternate means

2. If payment for services was made to two different Merchants, unless there is evidence that the payment was passed from one Merchant to another (e.g. payment to travel agent and T&E Merchant)

ID#: 151012-171009-0007690

## Chargeback Time Limit - Reason Code 86

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007691

## Chargeback Processing Requirements - Reason Code 86 (Updated)

Member Message Text: None required.

© 2012 Visa. All Rights Reserved.

# A3719

Documentation:

All of the following:

1. Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Issuer

2. Proof that Merchant received payment by other means: Any of the following:

   a. Supply Visa Acquirer Reference Number or Transaction information, if paid by a Visa Card. This requirement does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

   b. Statement, if paid by other Card.

   c. Cash receipt or copy of front and back of check.

   d. Other documentation to support that the Cardholder paid for the merchandise or services by other means.

3. For Chargeback Rights and Limitations 3, evidence that the Merchant accepted the voucher for payment towards merchandise or service (e.g., rental contract showing that voucher was accepted by Merchant)

4. Cardholder attempted to resolve the dispute with the Merchant

5. For Domestic Transactions in Brazil, the Issuer may provide certification in lieu of the Cardholder letter. *(This only applies in the Latin America & Caribbean Region.)*

ID#: 151012-171009-0007692

## Representment Time Limit - Reason Code 86

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007693

## Representment Processing Requirements - Reason Code 86 (Updated)

1. Credit or Reversal was processed.

   a. Member Message Text: Either that applies:

      i. CRED MMDDYY ARN X...X (23 or 24 digits)

      ii. REVERSAL MMDDYY

   b. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

   a. Member Message Text: X...X (Specify the reason)

   b. Documentation: None required.

3. Acquirer can remedy the Chargeback.

   a. Member Message Text: None required.

   b. Documentation: Both:

© 2012 Visa. All Rights Reserved.

# A3720

    i.   Visa Resolve Online Dispute Questionnaire or Exhibit 2E-4 Acquirer

    ii.   Documents to prove that Merchant did not receive payment by other means for the same merchandise or service

ID#: 151012-171009-0007694

## Reason Code 90 Non-Receipt of Cash or Load Transaction Value at ATM or Load Device

### Overview - Reason Code 90

Time Limit: 120 calendar days

Cardholder participated in the Transaction, and did not receive, or received only a portion of cash or Load Transaction value

ID#: 171009-171009-0007695

### Chargeback Conditions - Reason Code 90

1. Cardholder participated in the Transaction and did not receive cash or Load Transaction value or received a partial amount.

ID#: 171009-171009-0007696

### Chargeback Rights and Limitations - Reason Code 90

1. Chargeback is limited to:
   a. Amount not received
   b. For Canada Domestic Transactions, Transactions over CAD $10 *(This only applies in the Canada Region.)*
   c. For all Domestic Transactions in Brazil, Transactions over R $15 *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007697

### Invalid Chargebacks - Reason Code 90 (Updated)

1. Chargeback is invalid when Cardholder states that the Transaction was fraudulent or the Transaction was processed more than once.

ID#: 151012-171009-0007698

© 2012 Visa. All Rights Reserved.

# A3721

## Chargeback Time Limit - Reason Code 90

120 calendar days from the Transaction Processing Date

ID#: 171009-171009-0007699

## Chargeback Processing Requirements - Reason Code 90

Member Message Text:

1.  CASH/VALUE NOT RECEIVED
2.  CASH/VALUE AMT $XXXX RECD $XXXX

Documentation: None required.

ID#: 171009-171009-0007700

## Representment Time Limit - Reason Code 90

45 calendar days from the Chargeback Processing Date

ID#: 171009-171009-0007701

## Representment Processing Requirements - Reason Code 90

1.  Credit or Reversal was processed.
    a.  Member Message Text: Either that applies:
        i.   CRED MMDDYY ARN X...X (23 or 24 digits)
        ii.  REVERSAL MMDDYY
    b.  Documentation: None required.
2.  Issuer did not meet the applicable Chargeback conditions.
    a.  Member Message Text: X...X (Specify the reason)
    b.  Documentation: None required.
3.  Acquirer can remedy the Chargeback.
    a.  Member Message Text: Either that applies:
        i.   TX TIME HH:MM, SEQ #XXXXX, AMT DISPNS $XXX.XX
        ii.  ACQR CERTS ATM IN BALANCE ON MMDDYY
    b.  Documentation: None required.

ID#: 171009-171009-0007702

© 2012 Visa. All Rights Reserved.

# A3722

## Reason Code 93 Merchant Fraud Performance Program

### Overview - Reason Code 93

Time Limit: 120 calendar days

Visa notified the Issuer that the Transaction is identified by the Merchant Fraud Performance Program. This provision does not apply to U.S. Domestic Transactions.

ID#: 171009-171009-0007703

### Chargeback Conditions - Reason Code 93

Both:

1. Visa notified the Issuer that the Transaction is identified by the Merchant Fraud Performance Program
2. Issuer has not successfully charged back the Transaction for another reason

ID#: 171009-171009-0007704

### Chargeback Rights and Limitations - Reason Code 93

1. Minimum Chargeback amount:

    a. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    b. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

    c. For a Domestic T&E Transaction in Brazil, excluding airport tax Transactions, R$25 *(This only applies in the Latin America & Caribbean Region.)*

    d. For all other Domestic Transactions in Brazil, excluding airport tax Transactions, R$15 *(This only applies in the Latin America & Caribbean Region.)*

ID#: 111011-171009-0007705

### Invalid Chargebacks - Reason Code 93

Chargeback is invalid for Emergency Cash Disbursements.

ID#: 171009-171009-0007706

© 2012 Visa. All Rights Reserved.

# A3723

Visa International Operating Regulations

## Chargeback Time Limit - Reason Code 93

120 calendar days from the date of the identification by the Merchant Fraud Performance Program

ID#: 171009-171009-0007707

## Chargeback Processing Requirements - Reason Code 93

Member Message Text: MFP RPT DT MMDDYY

Documentation: One of the following:

1. None required.

2. For Intraregional counterfeit Transactions in the AP Region, the Issuer's Center manager must provide the Acquirer with written certification of all of the following: *(This only applies in the Asia Pacific Region.)*

   a. Issuer was a participant in the Card Verification Service at the time of the Transaction *(This only applies in the Asia Pacific Region.)*

   b. Card was encoded with the Card Verification Value *(This only applies in the Asia Pacific Region.)*

   c. Issuer did not approve an invalid or failed Card Verification Value-qualified Authorization Request *(This only applies in the Asia Pacific Region.)*

ID#: 171009-171009-0007708

## Representment Time Limit and Conditions - Reason Code 93

45 calendar days from the Chargeback Processing Date.

ID#: 171009-171009-0007709

## Representment Rights and Limitations - Reason Code 93

1. For an Intraregional Transaction in the AP Region, an Acquirer may represent the Transaction if all of the following occurred: *(This only applies in the Asia Pacific Region.)*

   a. Transaction originated at a Zero Floor Limit Merchant Outlet through a Magnetic-Stripe Terminal capable of reading the Card Verification Value *(This only applies in the Asia Pacific Region.)*

   b. Value of "90" was present in field 22 of the Transaction generation method indicator field *(This only applies in the Asia Pacific Region.)*

   c. Issuer approved an invalid Card Verification Value response *(This only applies in the Asia Pacific Region.)*

ID#: 171009-171009-0007710

© 2012 Visa. All Rights Reserved.

# A3724

### Representment Processing Requirements - Reason Code 93

1. Credit or Reversal was processed.

    a. Member Message Text: Either that applies:

        i. CRED MMDDYY ARN X...X (23 or 24 digits)

        ii. REVERSAL MMDDYY

    b. Documentation: None required.

2. Issuer did not meet the applicable Chargeback conditions.

    a. Member Message Text: X...X (Specify the reason)

    b. Documentation: None required.

3. Acquirer can remedy the Chargeback.

    a. Member Message Text: PREV CB MMDDYY RC XX

    b. Documentation:

        i. One of the following:

            • None required.

            • For an Intraregional Transaction in the AP Region, Acquirer must provide the Issuer with a copy of the Authorization log documenting the invalid Card Verification Value response *(This only applies in the Asia Pacific Region.)* .

ID#: 171009-171009-0007711

### Additional Information - Reason Code 93 (Updated)

1. If an Issuer has charged back the Transaction using another reason code and the Acquirer successfully represented, the Issuer may charge back the Transaction as a second first Chargeback only when Notification is received that the Merchant is identified by the Merchant Fraud Performance Program. The time limit for the second Chargeback begins with the date of the Notification.

ID#: 151012-171009-0007712

# Arbitration

## Arbitration Process

### Arbitration Description (Updated)

Arbitration allows Visa to assign liability for a disputed Transaction when the Chargeback and Representment process fails to resolve the dispute.

© 2012 Visa. All Rights Reserved.

# A3725

In Arbitration, Visa decides which party is responsible for the disputed Transaction. The decision by Visa is final, except for any right of appeal permitted, and must be accepted by both the Issuer and Acquirer. During Arbitration, the Arbitration and Compliance Committee reviews all documentation/ information submitted by both Members to determine who has final liability for the Transaction. The filing Member is liable for any difference due to currency fluctuation between the amount originally presented and the Chargeback or Representment amount.

ID#: 151012-171009-0007036

## Pre-Arbitration Conditions (Updated)

Before filing for Arbitration, the requesting Member must make a pre-Arbitration attempt using Visa Resolve Online, at least a full 30 calendar days prior to the Arbitration filing date if any of the following conditions apply:

- New documentation or information is being provided to the opposing Member about the dispute

- **Effective for Representments processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, the Acquirer represented with Compelling Evidence. The Issuer must certify in its pre-Arbitration attempt that it attempted to contact the Cardholder to review the Compelling Evidence.

- The Issuer changes the reason code for the dispute after the Representment was processed

- **Effective for Representments processed through 19 April 2013,** Acquirer represented for Chargeback Reason Code 81 "Fraud - Card-Present Environment" involving an Airline Transaction excluding U.S. Domestic Transactions or for Chargeback Reason Code 83 "Fraud - Card-Absent Environment" with compelling evidence that the Cardholder participated in the Transaction. For Transactions involving Visa Europe Members, the Issuer must include recertification that states that the Cardholder did not participate in the Transaction.

- **Effective for Representments processed on or after 20 April 2013,** for Transactions involving Issuers or Acquirers in Visa Europe, for Representments of Airline Transactions under Chargeback reason code 81, "Fraud - Card-Present Environment," or Representments under Chargeback reason code 83, "Fraud - Card-Absent Environment," the Acquirer provided compelling evidence that the Cardholder participated in the Transaction. The Issuer must recertify that the Transaction is fraudulent.

- **Effective for Representments processed on or after 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe, the Acquirer provided evidence that the Cardholder no longer disputes the Transaction. The Issuer must certify in its pre-Arbitration attempt that the Cardholder still disputes the Transaction.

- The Transaction is an ATM Transaction and the ATM Transaction Record is required. The Issuer must certify that either:

  – The Cardholder requires a copy of the ATM Transaction Record

  – The ATM Transaction Record is required for legal or insurance purposes

**Effective through 31 December 2013,** the Acquirer or Load Acquirer must provide a copy of the ATM Transaction Record at pre-Arbitration to prove disbursed cash amount or Load Transaction value. The Transaction Record must be in English with an explanation or key to the data fields in the Transaction Record.

© 2012 Visa. All Rights Reserved.

# A3726

If a Member is not required to send a pre-Arbitration notification to the opposing Member, but elects to do so, the Member must still provide the opposing Member with at least a full 30 calendar days for a response and the notification must include the field information.

**Effective 1 January 2014,** the Acquirer must provide a copy of the ATM Transaction Record at pre-Arbitration to prove disbursed cash amount or Load Transaction value. The Transaction Record must be provided with an explanation or key to the data fields in the Transaction Record. The explanation or key must be provided in English.

ID#: 151012-171009-0002878

## Pre-Arbitration Response - ATM Disputes (Updated)

An Acquirer that receives a pre- Arbitration attempt, as specified in "Pre-Arbitration Conditions," must supply within 30 calendar days of the pre-Arbitration notification date, a copy of the ATM Cash Disbursement Transaction log containing all of the following:

- Account Number
- Transaction Date
- Transaction time or sequential number identifying the individual Transaction
- ATM number
- Code indicating whether the Transaction was successful

**Effective through 12 October 2012,** the Transaction Record must be in English with an explanation or key to the data fields in the Transaction Record.

**Effective 13 October 2012,** the Acquirer must provide the Transaction Record with an explanation or key to the data fields contained in the Transaction Record. The explanation or key must be provided in English.

ID#: 151012-171009-0001444

## Accepting Financial Liability for Pre-Arbitration (Updated)

If the opposing Member accepts financial responsibility for the disputed Transaction, it must:

- **Effective 20 April 2013,** process the pre-Arbitration acceptance through Visa Resolve Online
- Credit the requesting Member for the last amount received by the requesting Member through VisaNet within 30 calendar days of the pre- Arbitration attempt date, excluding U.S. Domestic Transactions
- For U.S. Domestic Transactions, credit the requesting Member through VisaNet or Visa Resolve Online within 30 calendar days of the pre-Arbitration notification date *(This only applies in the U.S. Region.)*

ID#: 151012-171009-0001896

© 2012 Visa. All Rights Reserved.

# A3727

**Not Accepting Financial Liability for Pre-Arbitration**

If the opposing Member does not accept financial responsibility for the disputed Transaction, the requesting Member may pursue Arbitration.

ID#: 171009-171009-0001418

## Filing for Arbitration

### Arbitration Filing Reasons (Updated)

The conditions under which a Member may file for Arbitration include, but are not limited to:

- Required documentation to support the Representment was incomplete or not transmitted within 5 calendar days of the Representment Processing Date
- Acquirer improperly represented a Chargeback
- Issuer processed a prohibited second Chargeback following any Representment
- Acquirer processed a prohibited second Representment
- Acquirer Reference Number/ Tracing Data or Account Number did not match the original data in the first Presentment or Chargeback record

The conditions under which a Member may be held liable for a disputed Transaction include, but are not limited to:

- A Chargeback or Representment was initiated past the time frame allowed
- Required supporting documentation/information was not sent to the opposing Member
- Member was not able to demonstrate to Visa that its case was reasonable

When a Cardholder disputes the Transaction for several issues, the Merchant's rebuttal should address all issues. The Issuer may present the Merchant's rebuttal to the Cardholder so that the Cardholder can address any issues raised by the Merchant.

ID#: 151012-171009-0002604

### Arbitration Filing Authority (Updated)

The requesting Member may file its Arbitration request with either:

- Its Group Member
- Visa

© 2012 Visa. All Rights Reserved.

# A3728

In Visa Europe, the option to file directly with Visa applies only to a Member that does not have a Group Member.

ID#: 151012-171009-0001421

## Arbitration Filing Time Limit

The requesting Member must file its Arbitration request with Visa within one of the following:

- 30 calendar days of the Processing Date of the last Chargeback or Representment, if pre-Arbitration was not initiated
- For disputes involving pre-Arbitration, 60 calendar days of the Processing Date of the last Chargeback or Representment. The 60 calendar-day period includes the 30 calendar-day pre-Arbitration waiting period

The Processing Date is not counted as one day.

ID#: 171009-171009-0001447

## Group Member Filing Time Limit (Updated)

In addition to the time limits specified in Arbitration Filing Time Limit, a Group Member has 30 additional calendar days to forward a case submitted by its Member to Visa. In Visa Europe, the option to file directly with Visa applies only to a Member that does not have a Group Member.

ID#: 151012-171009-0001423

## Required Documentation for Arbitration (Updated)

When seeking Arbitration, the requesting Member must provide all of the following, in English:

- Information required in Visa Resolve Online Dispute Questionnaire or Summary of Arbitration Documentation for each Transaction
- Information required in Visa Resolve Online Dispute Questionnaire or Pre-Arbitration Attempt
- Information required in Visa Resolve Online Dispute Questionnaire or Dispute Resolution Form, as applicable
- For non-English documents, translations (unless the requesting Member did not receive the previously submitted documents in English)
- Any supporting documentation to ensure a fair decision, such as Authorization records, registers, Merchant documents, and Member files

Any documentation/information supplied at Arbitration that has not been previously submitted to the opposing Member at the pre-Arbitration stage will not be considered or reviewed by the Committee. It is not necessary to resubmit or resupply documentation or information previously submitted with the case.

© 2012 Visa. All Rights Reserved.

# A3729

Visa International Operating Regulations

The Requesting Member must send the required Arbitration documentation for Arbitration cases electronically, using Visa Resolve Online.

ID#: 151012-171009-0001424

## Invalid Arbitration Request for Group Members

If the Group Member determines that a request is invalid, it must return the request to the requesting Member. The requesting Member has no further recourse with Visa.

ID#: 171009-171009-0001427

## Visa Arbitration Case Rejection (Updated)

If the Arbitration and Compliance Committee determines that a request is invalid, it may reject the case and retain the filing fee in circumstances, such as one of the following:

• Requesting Member did not file the request within the required time limits

• Multiple Acquirers, Issuers, Account Numbers, Merchants and filing reasons are involved

• A bundled case filing, containing more than 10 Chargebacks, was submitted

ID#: 151012-171009-0001449

## Visa Notification of Arbitration Case Acceptance

For a valid request, Visa notifies both Members of case acceptance.

ID#: 171009-171009-0001429

## Opposing Member's Response to Arbitration Case (Updated)

If the opposing Member chooses to respond, it must do so within 14 calendar days of the Visa Notification date, and it may accept financial responsibility for the Transaction and withdraw the case through Visa Resolve Online.

ID#: 151012-171009-0001430

## Requesting Member's Response to Arbitration Case (Updated)

The requesting Member may withdraw its request within 14 calendar days of the Visa Notification date. Once the case is withdrawn, Visa will collect the filing fee from the responsible Member.

ID#: 151012-171009-0002521

© 2012 Visa. All Rights Reserved.

# A3730

## Member Exceptions Due to Visa System Problems During the Chargeback and Arbitration Process

In the event a Member misses a deadline or fails to submit documentation electronically due to Visa back office service platform failure, Visa may negate the impact by granting an exception to Visa dispute processing deadlines or documentation requirements.

ID#: 171009-171009-0006595

## Arbitration Financial Liability (Updated)

An Arbitration decision may result in either:

• One Member assigned full liability

• Members sharing financial liability

The responsible Member is financially liable for all of the following:

• Transaction amount
  – If the opposing Member is responsible, the requesting Member may collect this amount from the opposing Member through VisaNet within 60 calendar days of written Notification from the Arbitration and Compliance Committee.
  – For U.S. Domestic Transactions, Visa will debit or credit the Members involved as appropriate, through Visa Resolve Online. *(This only applies in the U.S. Region.)*
• Review fee
  – If the responsible Member has domestic currency exchange controls, Visa collects this fee through VisaNet within 30 calendar days of Notification to the Member.
• Filing fee

When the case is adjudicated Visa will collect the filing and review fees through Global Member Billing Solution  from the responsible Member.

Either Member in an Arbitration dispute may also be liable for a penalty fee for each technical violation of the applicable *Visa International Operating Regulations*. Technical penalty fees do not apply to Visa Europe Members.

ID#: 151012-171009-0003623

© 2012 Visa. All Rights Reserved.

# A3731

### Arbitration and Compliance Committee Decision (New)

The Arbitration and Compliance Committee bases its decision on all information available to it at the time of reaching the decision, including, but not limited to, the provisions of the *Visa International Operating Regulations* effective on the Transaction Date and may, at its sole discretion, consider other factors such as the objective of ensuring fairness. The decision is delivered to both Members and is final and not subject to any challenge, except for any right of appeal permitted under Appeal Rights.

ID#: 151012-131012-0027133

## Arbitration Appeal

### Arbitration Appeal Amount

The U.S. dollar amount, or local currency equivalent of the case, determines whether the adversely affected Member may appeal the decision, as shown in the following table:

**Arbitration Appeal Rights**

| Disputed Amount | Appeal Right | Appeal Authority |
|---|---|---|
| Less than US $5,000 | No | Not applicable |
| US $5,000 to US $100,000 | **Only** if Member can provide new evidence not previously available at the time of the original case filing | Arbitration and Compliance Committee |
| Greater than US $100,000 | **Only** if Member can provide new evidence not previously available at the time of the original case filing | Arbitration and Compliance Committee |

ID#: 111011-171009-0002997

### Arbitration Appeal Time Limit

The adversely affected Member must file for appeal within 60 calendar days of the decision Notification date.

ID#: 171009-171009-0002998

### Arbitration Appeal Filing Fee (Updated)

The requesting Member:

© 2012 Visa. All Rights Reserved.

# A3732

- Is assessed a filing fee, as specified in the applicable Fee Guide
- Must not collect the filing fee from the opposing Member if the original decision is reversed

Visa will collect the filing and review fees through the Global Member Billing Solution from the responsible Member.

ID#: 151012-171009-0000861

### Finality of Decision on Arbitration Appeal

The decision on any permitted appeal is final and not subject to any challenge.

ID#: 171009-171009-0001440

# Compliance

## Compliance Process

### Compliance Description

Compliance allows a Member that has no Chargeback, Representation, pre-Arbitration, or Arbitration right to file a complaint against a Member for a violation of the *Visa International Operating Regulations*. A requesting Member is liable for any difference due to currency fluctuation between the amount originally presented and the Chargeback or Representation amount.

ID#: 010410-171009-0001454

## Compliance Filing Conditions

### Compliance Filing Conditions

A Member may file for Compliance if all of the following are true:

- Violation of the *Visa International Operating Regulations* occurred
- Member has no Chargeback or Representation right
- Member incurred or will incur a financial loss as a direct result of the violation
- Member would not have incurred the financial loss had the violation not occurred

A violation not involving a Transaction is resolved as specified in Regulation Enforcement, and as deemed appropriate by Visa.

ID#: 171009-171009-0001455

© 2012 Visa. All Rights Reserved.

# A3733

Visa International Operating Regulations

**Interchange Reimbursement Fee Compliance Filing**

A Member may file for Compliance for violations of the *Visa International Operating Regulations* that result in the assessment of an incorrect Interchange Reimbursement Fee. Conditions and requirements for filing Interchange Reimbursement Fee Compliance are specified in "Interchange Reimbursement Fee Compliance."

ID#: 111011-171009-0003418

# Pre-Compliance for Violations

### Pre-Compliance Conditions

Before filing for Compliance, the requesting Member must attempt to resolve the dispute with the opposing Member. This attempt must include all of the following:

- Attempt date
- Clear identification as pre-Compliance attempt
- Planned Compliance filing date
- All pertinent documentation
- Specific violation of the *Visa International Operating Regulations*

ID#: 171009-171009-0003430

### Pre-Compliance Attempt (Updated)

A pre- Compliance attempt must include the information required in the Pre-Compliance Attempt Questionnaire. The pre-Compliance attempt must be sent electronically, using Visa Resolve Online, at least a full 30 calendar days prior to the Compliance filing date.

ID#: 151012-171009-0003431

### Pre-Compliance Acceptance

If the opposing Member accepts financial liability for the disputed Transaction, it must credit the requesting Member for the last amount received by the requesting Member through VisaNet within 30 calendar days of the pre-Compliance attempt date.

ID#: 171009-171009-0003432

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

Visa International Operating Regulations

---

### Non-Acceptance of Financial Liability for Pre-Compliance (Updated)

If the opposing Member does not accept financial liability for the disputed Transaction, the requesting Member may pursue Compliance.

ID#: 151012-171009-0003433

### Data Compromise Recovery Event Resolution

**Effective through 14 May 2012,** a violation involving a data compromise event is not resolved through Compliance. Such violations are resolved through the Data Compromise Recovery Solution, as specified in "Data Compromise Recovery Solution (DCRS)" and as determined by Visa.

**Effective 15 May 2012,** a violation involving an Account Data Compromise Event is not resolved through Compliance. Such violations are resolved through the Global Compromised Account Recovery program, as specified in "Global Compromised Account Recovery (GCAR)" and as determined by Visa.

ID#: 230312-010100-0026000

### Data Compromise Recovery - U.S. Region (Updated)

**Effective through 14 May 2012,** in the U.S. Region, violations involving storage of the full contents of a track on the Magnetic Stripe and/or the PIN subsequent to Authorization of a Transaction, failure to comply with the PIN Management Requirements Documents, or non-compliance with the Payment Card Industry Data Security Standard (PCI DSS) that could allow a compromise of Magnetic-Stripe Data are not resolved through the Compliance process. Such violations are resolved through the Account Data Compromise Recovery process, as specified in "Account Data Compromise Recovery (ADCR)" and as determined by Visa.

**Effective 15 May 2012,** in the U.S. Region, a violation involving failure to comply with the PIN Management Requirements Documents, *Visa PIN Security Program Guide*, or Payment Card Industry Data Security Standard (PCI DSS) that could allow a compromise of Magnetic-Stripe Data is not resolved through the Compliance process. Such violations are resolved through the Global Compromised Account Recovery program, as specified in "Global Compromised Account Recovery (GCAR)."

ID#: 151012-010100-0026001

## Compliance for Violations

### Compliance Filing Reasons

**Effective through 14 May 2012,** a Member may file for Compliance for any violation of the *Visa International Operating Regulations,* except as specified in "Data Compromise Recovery Event Resolution" and "Data Compromise Recovery - U.S. Region."

---

**© 2012 Visa. All Rights Reserved.**

# A3735

**Effective 15 May 2012,** a Member may file for Compliance for any violation of the *Visa International Operating Regulations*, except as specified in "Global Compromised Account Recovery (GCAR)."

ID#: 230312-171009-0006998

## Chargeback Reduction Service Returned Valid Chargeback or Representment for Invalid Data 7.11.A.1.a

A Member may file for Compliance if the Chargeback Reduction Service returned a valid Chargeback or Representment resulting from a Member transmitting invalid data such as:

• Incorrect Transaction Date

• Incorrect Merchant Category Code

• Invalid indicator for the Merchant or Transaction type

• Incorrect state/country code or special condition indicator

Required Documentation:

**Both:**

• Evidence of incorrect or invalid data

• Evidence Member was able to meet Chargeback or Representment conditions

ID#: 050411-171009-0001462

## Chargeback Reduction Service Returned Transaction with Valid Authorization

A Member may file for Compliance if the Chargeback Reduction Service returned a Transaction with a valid Authorization.

Required Documentation: **All** of the following:

• Transaction Receipt

• Proof that the Transaction received an Authorization

• Evidence of the Chargeback Reduction Service return

ID#: 050411-171009-0001463

## Visa Reservation Service Compliance Filing

The provisions in this section also apply to U.S. Domestic Car Rental Peak-Time reservation Transactions. *(This only applies in the U.S. Region.)*

A Member may file for Compliance if a Cardholder used a Card at a Visa Reservation Service to make a reservation, and one of the following occurred:

© 2012 Visa. All Rights Reserved.

# A3736

- Merchant provided alternate accommodations or vehicle but the Cardholder was charged for the Transaction

  – Required Documentation: Cardholder letter confirming the check-in date or car rental date, Merchant Outlet, and location of the alternate accommodations or vehicle. For U.S. Domestic Transactions, Issuer may provide certification in lieu of the Cardholder letter.

- No-Show Transaction amount was different than that quoted to the Cardholder

  – Required Documentation: Written confirmation copy with the quoted rates

- Merchant did not inform the Cardholder of the exact Merchant Outlet location. Cardholder used and paid for the accommodations or car rental at another outlet of that Merchant.

  – Required Documentation: Payment receipt copy for other Merchant Outlet

ID#: 111011-171009-0001570

## Unauthorized Signature (Updated)

**Effective through 12 October 2012,** a Member may file for Compliance if a Cardholder's account was charged for a Transaction under the following circumstances (not applicable to Vehicle-Specific Fleet Card Transactions):

- Cardholder denies authorizing or participating in the Transaction

- Card that was lost or stolen, and recovered, was used in the disputed Transaction

- First initial, the first initial of the first name, or the last name of the signature on the Transaction Receipt is not spelled the same as the one on the Card signature panel

- Transaction type was not an Emergency Cash Disbursement, an Emergency Cheque Refund, or a Priority Check-out

**Effective 13 October 2012,** a Member may file for Compliance if a Cardholder's account was charged for a Transaction and the following:

- Cardholder denies authorizing or participating in the Transaction

- Card that was lost or stolen, and recovered, was used in the disputed Transaction

- First initial, the first initial of the first name, or the last name of the signature on the Transaction Receipt is not spelled the same as the one on the Card signature panel

- Transaction was not one of the following:

  – Vehicle-Specific Fleet Card Transaction

  – Emergency Cash Disbursement

  – Emergency Cheque Refund

  – Priority Check-out Transaction

  – Transaction using a Proximity Payment Device that is not a standard plastic Card

Required Documentation: All of the following:

- Cardholder letter denying authorization and participation in the Transaction

© 2012 Visa. All Rights Reserved.

# A3737

- Issuer certification, completed Visa Resolve Online Dispute Questionnaire or Unauthorized Signature-Issuer Certification (Exhibit 2G), stating that the recovered Card signature panel was unaltered and describing the Card recovery circumstances. For U.S. Domestic Transactions, completed Visa Resolve Online Dispute Questionnaire or Exhibit 2G *(This only applies in the U.S. Region.)* .

- Transaction Receipt

- Copy of front and back of recovered Card

ID#: 151012-171009-0001465

## Cardholder Letter Required for Legal Purposes

A Member may file for Compliance if an Acquirer or Merchant requires a signed Cardholder letter for legal proceedings, for a law enforcement investigation, or if required by local law. This Compliance right does not apply to Transactions involving Issuers or Acquirers in Visa Europe.

Required Documentation: Either:

- Evidence that the signed Cardholder letter is required for legal proceedings (e.g., court order or subpoena)

- Acquirer certification that the signed Cardholder letter is required by local law or for a law enforcement investigation

ID#: 160312-010100-0025789

## Illegible Fulfillment - Unable to Provide Legible Transaction Receipt Copy (Updated)

**Effective for Transactions completed through 19 April 2013,** an Acquirer may file for Compliance if it is unable to remedy Chargeback Reason Code 60, "Illegible Fulfillment" because the Transaction Receipt copy is physically damaged, due to circumstances beyond the Acquirer's or Merchant's control, such as a natural disaster.

ID#: 151012-171009-0007364

## Copy of Transaction Receipt for Legal Proceeding, Law Enforcement Investigation, or Issuer Investigation (Updated)

**Effective through 19 April 2013,** a Member may file for Compliance if an Issuer or Cardholder requires a copy of the Transaction Receipt for legal proceedings or a law enforcement investigation, and the Retrieval Request was made within 13 months of the Transaction Processing Date.

**Effective through 19 April 2013,** required documentation: Either:

- Evidence that the Transaction Receipt is required for legal proceedings (e.g., court order or subpoena)

- A written statement from the Issuer stating that the Transaction Receipt is required for a law enforcement investigation

© 2012 Visa. All Rights Reserved.

# A3738

**Effective 20 April 2013,** for Transactions involving Issuers or Acquirers in Visa Europe a Member may file for Compliance if an Issuer or Cardholder requires a copy of the Transaction Receipt for legal proceedings or a law enforcement investigation, and the Retrieval Request was made within 13 months of the Transaction Processing Date.

**Effective 20 April 2013,** required documentation for Transactions involving Issuers or Acquirers in Visa Europe:

- Evidence that the Transaction Receipt is required for legal proceedings (e.g., court order or subpoena)
- A written statement from the Issuer stating that the Transaction Receipt is required for a law enforcement investigation

**Effective 20 April 2013,** for Transactions not involving Issuers or Acquirers in Visa Europe a Member may file for Compliance if an Issuer or Cardholder requires a copy of the Transaction Receipt for legal proceedings, an investigation by law enforcement, or an Issuer investigation, and the Retrieval Request was made within 13 months of the Transaction Processing Date.

**Effective 20 April 2013,** required documentation for Transactions not involving Issuers or Acquirers in Visa Europe:

- Evidence that the Transaction Receipt is required for legal proceedings (e.g., court order or subpoena) or for a law enforcement investigation
- For the purpose of an investigation by the Issuer, certification from the Issuer stating that a signed Transaction Receipt is needed in order to respond to Cardholder escalation

ID#: 151012-171009-0007365

## Non-Card

A Member may file for Compliance if a Merchant created a Transaction Receipt that has an Imprint but no Authorization and the card was not a Visa Card, Visa Electron Card, or Counterfeit Card. This provision does not apply to U.S. Domestic Transactions.

ID#: 171009-171009-0001472

## Authorization Obtained Using Incorrect Data - U.S. Region 3.7.A.1.h

This provision applies to U.S. Domestic Transactions. *(This only applies in the U.S. Region.)*

A Member may file for Compliance if an Authorization was obtained with invalid or incorrect data and Issuer attempted a valid Chargeback which was returned. When an Issuer's and Acquirer's records differ, the V.I.P. System records will prevail. *(This only applies in the U.S. Region.)*

Required Documentation: Copy of the Authorization log and Transaction Receipt to support the discrepancy. *(This only applies in the U.S. Region.)*

ID#: 171009-171009-0003424

© 2012 Visa. All Rights Reserved.

# A3739

**Electronic Commerce Transaction Compliance Reason**

This provision does not apply to U.S. Domestic Transactions.

A Member may file for Compliance if a Cardholder requires additional information about an Electronic Commerce Transaction coded with ECI value "6" and both:

- Cardholder did not assert that the Transaction was fraudulent
- Acquirer did not respond to the Retrieval Request with a Fulfillment or responded with a Nonfulfillment Message code "03" or "04"

Required Documentation: Cardholder letter requesting more information about the Transaction

ID#: 111011-171009-0001473

**EMV Liability Shift - Account Generated Counterfeit Fraud**

A Member may file for Compliance for account generated counterfeit fraud. Counterfeit Transactions completed in a Card-Present Environment are the liability of the Acquirer, as specified in "EMV Liability Shift - Acquirer Liability for Account Generated Counterfeit Fraud," if all of the following conditions are met:

- Transaction did not take place at a Chip-Reading Device
- Account Number was not resident on the Issuer's Master File on the Transaction Date
- All valid Cards bearing Account Numbers within the same account range as the Counterfeit Card are Chip Cards containing a Visa or Visa Electron Smart Payment Application
- Transaction was below Merchant's Floor Limit and did not receive Authorization
- Account Number was on the Exception File with a Pickup Response on the Processing Date of the Compliance filing and was on the Exception File for a total period of at least 60 calendar days from the date of listing

The requirements in this section apply to qualifying Transactions, as specified in "EMV Liability Shift Participation."

ID#: 160312-171009-0003135

# Filing for Compliance

## Compliance Filing Procedures (Updated)

The requesting Member may file its Compliance request with either:

- Its Group Member
- Visa

© 2012 Visa. All Rights Reserved.

# A3740

---

Visa International Operating Regulations

---

In Visa Europe, the option to file directly with Visa applies only to a Member that does not have a Group Member.

ID#: 151012-171009-0001475

## Compliance Time Limits (Updated)

**Effective through 12 October 2012,** the requesting Member must file its request within 90 calendar days. The 90 calendar-day period includes pre- Compliance and begins on the day following these dates:

- For a Transaction violation, either:
  - Processing Date
  - Date the Member discovered that a violation occurred (not to exceed 2 years from the Transaction Date), if no evidence of the violation was previously available to the Member
- For other violations, the violation date. If the requesting Member does not meet the allowed time limits, it loses its Compliance right and is financially liable for the Transaction.

**Effective 13 October 2012,** the requesting Member must file its Compliance request within 90 calendar days. The 90 calendar-day period includes pre- Compliance and begins on the day following:

- For a Transaction violation not involving fraudulent credits, either:
  - Processing Date
  - Date the Member discovered that a violation occurred (not to exceed 2 years from the Transaction Date), if no evidence of the violation was previously available to the Member
- For a Transaction violation involving fraudulent credits, the later of either of the following:
- For other violations, the violation date. If the requesting Member does not meet the allowed time limits, it loses its Compliance right and is financially liable for the Transaction.

ID#: 151012-131012-0003651

## Compliance Time Limit for Group Members

In addition to the time limit specified in Compliance Time Limits, a Group Member has 30 additional calendar days to forward a case submitted by its Member to Visa.

ID#: 171009-171009-0001478

## Terminated Merchant File Information Requirements - U.S. Region (Updated)

For U.S. Domestic Transactions, for a violation involving the Terminated Merchant File listing requirements, one of the following:

---

© 2012 Visa. All Rights Reserved.

# A3741

Visa International Operating Regulations

- Date the Merchant was notified by the previous Acquirer of its intent to terminate the Merchant Agreement

- Date the previous Acquirer should have retroactively listed the Merchant on the Terminated Merchant File

- Day following the date the Member discovered that a violation had occurred, not to exceed 2 years from the Transaction Date, if evidence of the violation was not previously available to the Member

ID#: 151012-171009-0007396

## Compliance Case Filing Through Visa Resolve Online

The requesting Member must file all Compliance cases electronically, using Visa Resolve Online.

ID#: 171009-171009-0003809

## Required Documentation for Compliance (Updated)

When seeking Compliance, the requesting Member must submit all of the following in English:

- Information required in the Visa Resolve Online Dispute Questionnaire or Summary of Compliance Documentation (Exhibit 2K) for each Transaction

- Information required in the Visa Resolve Online Dispute Questionnaire or Pre-Compliance Attempt (Exhibit 2O)

- If the Compliance involves a prior Chargeback, a completed the Visa Resolve Online Dispute Questionnaire or Dispute Resolution Form (Exhibit 2E) for each Chargeback or Representment

- Any supporting documentation to ensure a fair decision, such as Authorization records, registers, Merchant documents, and Member files

- Documentation substantiating that a financial loss would not have resulted had the violation not occurred

- For non-English documents, translations (unless the requesting Member did not receive the previously submitted documents in English)

Any documentation/information supplied at Compliance that has not been previously submitted to the opposing Member at the pre-Compliance stage will not be considered or reviewed by the Committee. It is not necessary to resubmit or resupply documentation or information previously submitted with the case.

The requesting Member must send the required Compliance documentation for Compliance cases electronically, using Visa Resolve Online.

ID#: 151012-171009-0001479

© 2012 Visa. All Rights Reserved.

# A3742

---

Visa International Operating Regulations

---

## Invalid Compliance Requests for Group Members

If the Group Member determines that a request is invalid, it must return the request to the requesting Member. The requesting Member has no further recourse with Visa.

ID#: 171009-171009-0001482

## Visa Determination of Invalid Compliance Request (Updated)

If the Visa Arbitration and Compliance Committee determines that a request is invalid, it may reject the case and retain the filing fee in certain circumstances, such as one of the following:

- Requesting Member did not file the request within the required time limits
- Multiple Acquirers, Issuers, Account Numbers, Merchants are involved
- A bundled case filing, containing more than 10 Chargebacks, was submitted

ID#: 151012-171009-0001483

## Visa Notification

For a valid request, the Arbitration and Compliance Committee notifies both Members of acceptance.

ID#: 171009-171009-0001484

## Opposing Member's Response to Compliance Case (Updated)

If the opposing Member chooses to respond, it must do so within 14 calendar days of the Visa Notification date and it may accept financial responsibility for the Transaction and withdraw the case through Visa Resolve Online.

ID#: 151012-171009-0001485

## Requesting Member's Response of Compliance Case (Updated)

The requesting Member may withdraw its request within 14 calendar days of the Visa Notification date. Once the case is withdrawn, Visa will collect the filing fee from the responsible Member.

ID#: 151012-171009-0001489

---

© 2012 Visa. All Rights Reserved.

# A3743

Visa International Operating Regulations

## Member Exceptions Due to Visa System Problems During the Compliance Process

In the event a Member misses a deadline or fails to submit documentation electronically due to Visa back office service platform failure, Visa may negate the impact by granting an exception to Visa dispute processing deadlines or documentation requirements.

ID#: 171009-171009-0006594

## Arbitration and Compliance Committee Decision

The Arbitration and Compliance Committee bases its decision on all information available to it at the time of reaching the decision, including, but not limited to, the provisions of the *Visa International Operating Regulations* effective on the Transaction Date and may, at its sole discretion, consider other factors such as the objective of ensuring fairness. The decision is:

- Delivered to both Members

- Final and not subject to any challenge, except for any right of appeal permitted under Appeal Rights

If the Arbitration and Compliance Committee determines that the delayed or amended charge specified in "Delayed or Amended Charges - Acceptable Charges" is unsupportable or unreasonable, the Arbitration and Compliance Committee may find the Acquirer liable for some or all of the charge.

ID#: 010410-171009-0001490

## Compliance Financial Liability (Updated)

A Compliance decision may result in either:

- One Member assigned full liability
- Members sharing financial liability

The responsible Member is financially liable for all of the following:

- Transaction amount
  - If the opposing Member is responsible, the requesting Member may collect this amount from the opposing Member through VisaNet within 60 calendar days of written Notification from the Arbitration and Compliance Committee
  - For U.S Domestic Transactions, Visa will debit or credit the Members involved as appropriate, through Visa Resolve Online
- Review Fee
  - If the responsible Member has domestic currency exchange controls, Visa collects this fee through VisaNet within 30 calendar days of written Notification to the Member
- Filing Fee

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3744

When the case is adjudicated Visa will collect the filing and review fees through Global Member Billing Solution from the responsible Member.

Either Member in a Compliance dispute may also be liable for a penalty fee for each technical violation of the applicable *Visa International Operating Regulations.* Technical penalty fees do not apply to Visa Europe Members.

ID#: 151012-171009-0001492

## Compliance Appeal Rights

### Compliance Appeal Amount

The U.S. dollar amount, or local currency equivalent of the case, determines whether the adversely affected Member may appeal the decision, as shown in the following table:

**Compliance Appeal Rights**

| Disputed Amount | Appeal Right | Appeal Authority |
|---|---|---|
| Less than US $5,000 | No | Not applicable |
| US $5,000 to US $100,000 | **Only** if Member can provide new evidence not previously available at the time of the original case filing | Arbitration and Compliance Committee |
| Greater than US $100,000 | **Only** if Member can provide new evidence not previously available at the time of the original case filing | Arbitration and Compliance Committee |

ID#: 111011-171009-0003187

### Compliance Appeal Time Limits

The adversely affected Member must file any appeal within 60 calendar days of the decision Notification date.

ID#: 171009-171009-0003188

### Compliance Appeal Filing Fee (Updated)

The requesting Member:

• Is assessed a filing fee as specified in the applicable regional fee guide

• Must not collect the filing fee from the opposing Member if the original decision is reversed

© 2012 Visa. All Rights Reserved.

# A3745

Visa will collect the filing and review fees through the Global Member Billing Solution from the responsible Member.

ID#: 151012-171009-0003189

### Compliance Appeal Decision

The decision on any permitted appeal is final and not subject to any challenge.

ID#: 171009-171009-0003191

# Interchange Reimbursement Fee Compliance

## Filing Conditions

### Interchange Reimbursement Fee Compliance Eligibility (Updated)

A Member may file for IRF Compliance if all the following:

• A violation of the *Visa International Operating Regulations* or any applicable regional or domestic Interchange Reimbursement Fee (IRF) guide occurred

• The Member received or paid incorrect IRF as a direct result of the violation by another Member

• The Member's financial loss is a direct result of an incorrectly applied IRF rate

• The Member would not have incurred a financial loss if the violation had not occurred

• The violating Transactions were processed through VisaNet

• The violating Transactions do not involve a Visa Europe Member [152]

• The IRF rate paid or received is not governed by any bi-lateral or private agreements, either domestic, intraregional, or interregional

• Visa has screened the request in accordance with "IRF Compliance Screening" and granted permission for the Member to file

**Effective 13 October 2012,** a Member may aggregate up to 1,000,000 Transactions into a single IRF Compliance case if the Transactions involved the same opposing Member and violated the same operating regulation or the same requirement in an applicable IRF guide. The value of the aggregated Transactions must not be less than the sum of the IRF screening fee and the IRF filing fee specified in the applicable regional fee guide.

Visa may refuse to allow a filing Member to participate in IRF Compliance. The decision by Visa to refuse participation is final and not subject to any challenge.

---

152  For violations involving Visa Europe Members, Members may use the process described in "Intercompany Interchange Reimbursement Fee Compliance."

     VISA PUBLIC     15 October 2012
© 2012 Visa. All Rights Reserved.

# A3746

A Member's submission that does not meet the IRF Compliance eligibility criteria may file for Compliance, as specified in "Compliance Filing Conditions."

ID#: 151012-171009-0001501

## Transaction Aggregation Limit (Updated)

**Effective through 12 October 2012,** the number of Transactions a Member can aggregate into a single Interchange Reimbursement Fee Compliance case must be:

- More than 500
- Less than 50,000

ID#: 151012-171009-0001503

## Interchange Reimbursement Fee Compliance Screening and Filing

### Interchange Reimbursement Fee Compliance Screening (Updated)

As specified in the *Interchange Reimbursement Fee Compliance Process Guide*, the filing Member must submit the "Interchange Reimbursement Fee Compliance Screening Form" to Visa within 90 calendar days of the Processing Date of the oldest Transaction submitted in the claim.

Visa may accept a screening request that is submitted more than 90 calendar days after the Processing Date of the oldest Transaction submitted in the claim if all the following:

- The violation was discovered within 2 years of the Processing Date of the oldest Transaction submitted
- The screening request was submitted within 90 calendar days of the discovery of the violation
- Visa determines that extenuating circumstances prevented the Member from discovering the violation earlier

Visa assesses a screening fee to the requesting Member for each "Interchange Reimbursement Fee Compliance Screening Form" submitted, as specified in the applicable regional fee guide.

ID#: 151012-171009-0006999

### Interchange Reimbursement Fee Compliance Request Denial (Updated)

Visa may deny a Member's request to file for IRF Compliance for any reason, including, but not limited to, the following:

- Visa concludes that a Member's failure to exercise due diligence prevented the discovery of the violation within 90 days from the Transaction Processing Date

© 2012 Visa. All Rights Reserved.

# A3747

Visa International Operating Regulations

- Visa determines that the assessment of the incorrect interchange amount resulted from an error (intentional or accidental) by the filing Member
- Visa determines that, contrary to Member certification, some Transactions were assessed the correct interchange amount

If Visa denies a Member's request to use the IRF Compliance process, the Member:

- Must not resubmit the claim, except as specified in the *Interchange Reimbursement Fee Compliance Process Guide*
- May use the standard Compliance process, as specified in "Compliance Filing Conditions"
- Forfeits the IRF Compliance screening fee

ID#: 151012-171009-0001516

## IRF Pre-Compliance

### Interchange Reimbursement Fee Pre-Compliance (Updated)

If Visa approves a Member's IRF Compliance screening request, the Member must first attempt to resolve the dispute with the opposing Member through the pre- Compliance process.

To initiate IRF pre-Compliance, the filing Member must submit to the opposing Member a properly completed "Pre-Compliance Questionnaire" (Exhibit 2O) through Visa Resolve Online.

If the opposing Member accepts financial responsibility for the disputed Transactions or if the filing Member and the opposing Member reach a settlement, the opposing Member must notify Visa of the outcome and credit the agreed amount to the requesting Member through VisaNet within 30 calendar days of the IRF pre-Compliance correspondence date.

The filing Member may collect the screening fee from the responsible Member.

If the opposing Member does not accept financial responsibility for the disputed Transactions and an agreement cannot be reached between the filing Member and the opposing Member, the filing Member may file for IRF Compliance, as specified in "IRF Compliance Filing."

ID#: 151012-171009-0007000

## IRF Compliance Process

### IRF Compliance Filing (Updated)

If the opposing Member does not accept financial responsibility for the disputed Transactions and an agreeable settlement cannot be reached through the IRF pre- Compliance process, the filing Member may file for IRF Compliance.

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3748

Visa International Operating Regulations

For IRF Compliance requests submitted to Visa, the filing Member will be assessed a review fee, as specified in the applicable regional fee guide.

If Visa rules in favor of the filing Member, the opposing Member is financially liable for the:

• IRF Compliance screening fee

• IRF Compliance review fee

• Amount of the claim, or a portion thereof

If Visa rules in favor of the opposing Member, the filing Member:

• Forfeits the IRF Compliance screening fee and the IRF Compliance review fee

• Is prohibited from resubmitting any Transactions from that claim through another IRF Compliance filing

The decision by Visa is final and not subject to any challenge, except as specified in "IRF Compliance Appeal."

ID#: 151012-171009-0001538

## IRF Compliance Appeal

### Interchange Reimbursement Fee Compliance Appeal Filing Requirements (Updated)

Any appeal by the adversely affected Member must be filed through Visa Resolve Online within 45 calendar days of the decision Notification date.

The appealing Member must submit with the appeal any new or additional information necessary to substantiate its request for an appeal.

Visa will collect from the Member an appeal fee, as specified in the applicable regional fee guide.

Visa may decline an appeal if the new information is insufficient to support a change to the initial Visa decision. If the appeal is not accepted, Visa will retain the appeal fee.

ID#: 151012-171009-0001563

© 2012 Visa. All Rights Reserved.

Case 12-4671, Document 1268, 12/09/2014, 1389415, Page 276 of 277

# A3749

# Intercompany Interchange Reimbursement Fee Compliance

## Intercompany Interchange Reimbursement Fee Compliance Process

### Intercompany Interchange Reimbursement Fee Compliance (Updated)

The Intercompany Interchange Reimbursement Fee Compliance Process allows a Visa Inc. or a Visa Europe Member to request Compliance against each other for respective violations of the *Visa International Operating Regulations* or *Visa Europe Operating Regulations* that result in the application of an incorrect Interchange Reimbursement Fee.

The Intercompany Interchange Reimbursement Fee Compliance Process does not replace either the existing Visa Europe Interchange Reimbursement Fee adjustment policy for settling disputes between Visa Europe Members or the Visa Inc. Interchange Compliance process for settling disputes between Visa Inc. Members. The Intercompany Interchange Reimbursement Fee Compliance Process applies only to disputed Transactions between a Visa Inc. and a Visa Europe Member.

The Intercompany Interchange Reimbursement Fee Compliance Process is not available for errors caused by either Visa Inc. or Visa Europe. A Member must obtain Visa approval prior to initiating the Intercompany Interchange Reimbursement Fee Compliance Process.

ID#: 151012-130111-0026213

© 2012 Visa. All Rights Reserved.

# A3750

# Chapter 10: Pricing, Fees and Interchange

## Core Principle 10.1

### Fees for Access and Use of Visa Products and Services

#### Establishing Fees for Access

Visa system participants pay fees to Visa for access to and use of Visa products and services. Visa establishes certain fees between issuers and acquirers for specific participant actions such as rewards paid to store clerks for card recovery or the fulfillment of sales receipt copies.

ID#: 010410-010410-0007825

## Core Principle 10.2

### Participants Pay or Receive Interchange for Transactions

#### Paying or Receiving Interchange

Participating acquirers and issuers pay or receive interchange every time a Visa product is used. For example, acquirers pay interchange to issuers for purchase transactions and issuers pay interchange to acquirers for cash transactions and credit vouchers. In the case of a credit or a chargeback, interchange flows in reverse.

ID#: 010410-010410-0007826

#### What is Interchange?

Interchange reimbursement fees help to make electronic payments possible by enabling Visa to expand card holding and use, increasing the places consumers can use their cards and providing a financial incentive for all parties to pursue system-wide improvements, such as rewards, innovation and security. An interchange reimbursement fee is a default transfer price between acquirers and issuers within the Visa system. Merchants pay what is known as a merchant discount fee or merchant service fee negotiated with their acquirer which may take into account the interchange fee, processing costs, fees for terminal rental, customer services, and other financial services. The merchant discount fee or merchant service fee is negotiated individually with the merchant's acquirer; each acquirer sets its fees independently, in competition with other acquirers, competing payment systems, and other forms of payment.

© 2012 Visa. All Rights Reserved.