# 12-4671-cv(L)

**12-4708-cv(CON), 12-4765-cv(CON), 13-4719-cv(CON),
13-4750-cv(CON), 13-4751-cv(CON), 13-4752-cv(CON), 14-32-cv(CON),
14-117-cv(CON), 14-119-cv(CON), 14-133-cv(CON), 14-157-cv(CON),
14-159-cv(CON), 14-192-cv(CON), 14-197-cv(CON), 14-219-cv(CON),
14-225-cv(CON), 14-241-cv(CON), 14-250-cv(CON), 14-266-cv(CON),
14-303-cv(CON), 14-331-cv(CON), 14-349-cv(CON), 14-404-cv(CON)
14-422-cv(CON), 14-443-cv(CON),14-480-cv(CON), 14-497-cv(CON),
14-530-cv(CON), 14-567-cv(CON), 14-584-cv(CON), 14-606-cv(CON),
14-663-cv(CON), 14-837-cv(CON)**

IN THE

## United States Court of Appeals

FOR THE SECOND CIRCUIT



IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

*On Appeal from the United States District Court
for the Eastern District of New York*

## JOINT DEFERRED APPENDIX
## VOLUME XVI OF XXII
## Pages A3751 to A4008

*Submitted on Behalf of All Parties*

## **Table of Contents**

**Page**

### **Volume I**

District Court Docket Entries ................................................................... A1

### **Volume II**

District Court Docket Entries (cont'd) .................................................. A251

### **Volume III**

District Court Docket Entries (cont'd) .................................................. A501

### **Volume IV**

District Court Docket Entries (cont'd) .................................................. A751

Transfer Order, dated October 20, 2005 [Docket No. 2]...................... A822

Excerpts of First Consolidated Amended Class Action Complaint,
        dated April 24, 2006 [Docket No. 317] .......................................... A825

Excerpts of Settlement Agreement - *In re Visa Check/MasterMoney
        Antitrust Litigation*, CV-96-5238, dated July 21, 2006
        [Docket No. 455-4] ......................................................................... A844

Excerpts of Settlement Agreement - *In re Visa Check/MasterMoney
        Antitrust Litigation*, CV-96-5238,
        dated July 21, 2006 [Docket No. 455-5]......................................... A850

Excerpts of First Amended Supplemental Class Action Complaint
        (redacted), dated February 20, 2009 [Docket No. 1152]................ A856

Excerpts of Second Consolidated Amended Class Action
        Complaint (redacted), dated February 20, 2009
        [Docket No. 1153] .......................................................................... A858

i

## Table of Contents
### (continued)

**Page**

Excerpts of Second Supplemental Class Action Complaint
(redacted), dated February 20, 2009 [Docket No. 1154]................ A908

Excerpts of Memorandum of Law in Support of Class
Plaintiffs' Motion for Class Certification (redacted),
dated May 8, 2008 [Docket No. 1165] ........................................... A921

Excerpts of Class Plaintiffs' Memorandum of Law in Opposition to
Defendants' Motion to Dismiss the Second Consolidated
Amended Class Action Complaint, dated June 2, 2009
[Docket No. 1226] ......................................................... A929

Excerpts of Class Plaintiffs' Memorandum of Law in Opposition to
Defendants' Motion for Summary Judgment (Unannotated)
(redacted), dated October 21, 2011 [Docket No. 1533]................. A932

Excerpts of Individual Plaintiffs' Statement of Material Undisputed
Facts (redacted), dated October 21, 2011 [Docket No. 1536]........ A935

Excerpts of Class Plaintiffs' Memorandum of Law in Support of
Their Motion for Summary Judgment (redacted), ated October
21, 2011 [Docket No. 1538] ........................................... A941

Excerpts of Class Plaintiffs' Statement of Undisputed Facts
Pursuant to Local Rule 56.1 (redacted),
dated December 21, 2011 [Docket No. 1543] ................................ A945

**Volume V**

Excerpts of Class Plaintiffs' Counterstatement of Facts in Response
to Defendants' Rule 56.1 Statement of Facts (Unannotated)
(redacted), dated October 21, 2011 [Docket No. 1545]................. A1011

**Table of Contents**
**(continued)**

**Page**

Excerpts of Defendants' Counter-Statement in Opposition to Class
Plaintiffs' Statement of Undisputed Facts, Pursuant to Local
Rule 56.1(b) (redacted), dated October 21, 2011
[Docket No. 1550] ....................................................................... A1014

Excerpts of Network Defendants' Memorandum in Opposition to
the Individual Plaintiffs' Motion for Summary Judgment
(redacted), dated October 21, 2011 [Docket No. 1551]................. A1030

Excerpts of European Commission Notification Pursuant to Article
254 of the EC Treaty (redacted), dated November 23, 2011
[Docket No. 1573-3] ...................................................................... A1032

Notice of Filing of Memorandum of Understanding,
dated July 13, 2012 [Docket No. 1587]......................................... A1042

Memorandum of Understanding, dated July 13, 2012
[Docket No. 1588] .......................................................................... A1043

Excerpts of Class Settlement Agreement, dated July 13, 2012
[Docket No. 1588-1] ....................................................................... A1061

Letter from Robert Vizas to Jeffrey I. Shinder,
dated August 21, 2012 [Docket No. 1616-3]................................. A1074

Notice of Class Plaintiffs' Motion for Class Settlement Preliminary
Approval, dated October 19, 2012 [Docket No. 1656].................. A1086

Excerpts of Appendices to Definitive Class Settlement
Agreement,dated October 19, 2012 [Docket No. 1656-1]............. A1088

Excerpts of Transcript of Civil Cause for Oral Argument Before the
Honorable John Gleeson, US District Judge,
dated November 9, 2012 [Docket No. 1732]................................. A1096

**Table of Contents**
**(continued)**

**Page**

Excerpts of Revised Appendix F2: Notice of Class Action
  Settlement Authorized by the U.S. District Court, Eastern
  District of New York, dated November 26, 2012
  [Docket No. 1740-2] ..................................................................... A1098

Class Settlement Preliminary Approval Order,
  dated November 27, 2012 [Docket No. 1745] ............................... A1100

Excerpts of Individual Plaintiffs' Opposition to Objecting
  Plaintiffs' Motion to Stay Class Settlement Preliminary
  Approval Order, dated November 29, 2012 [Docket No. 1751] ... A1111

Letter from Class Counsel to Judge Orenstein,
  dated December 10, 2012 [Docket No. 1760] ............................... A1114

Excerpts of Defendants' Memorandum in Support of Final
  Approval of Definitive Class Settlement Agreement,
  dated April 11, 2013 [Docket No. 2110] ....................................... A1118

Excerpts of Memorandum in Support of Class Plaintiffs' Motion
  for Final Approval of Settlement, dated April 11, 2013
  [Docket No. 2111-1] ..................................................................... A1120

Declaration of the Honorable Edward A. Infante (Ret.) in Support
  of Class Plaintiffs' Motion for Final Approval of Settlement,
  dated April 11, 2013 [Docket No. 2111-2] .................................... A1131

Declaration of Eric D. Green, dated April 11, 2013
  [Docket No. 2111-3] ..................................................................... A1137

Declaration of Alan S. Frankel, Ph.D. Relating to the Proposed
  Class Settlement, dated April 11, 2013 [Docket No. 2111-5] ....... A1145

Excerpts of Declaration of Nicole F. J. Hamann on Class
  Administrator's Implementation of Settlement Notice Plan,
  dated April 11, 2013 [Docket No. 2111-6] .................................... A1200

iv

# **Table of Contents**
## **(continued)**

**Page**

Excerpts of Declaration of Cameron R. Azari, Esq. on
    Implementation and Adequacy of Settlement Notice Program,
        dated April 11, 2013 [Docket No. 2113-7].................................... A1215

Declaration of Professor Charles Silver Concerning the
    Reasonableness of Class Counsel's Request for an Award of
        Attorneys' Fees, dated April 11, 2013 [Docket No. 2113-5] ........ A1238

### **Volume VI**

Declaration of Professor Charles Silver Concerning the
    Reasonableness of Class Counsel's Request for an Award of
        Attorneys' Fees, dated April 11, 2013 [Docket No. 2113-5]
            (Cont'd)........................................................................................... A1251

Declaration of K. Craig Wildfang, Esq. in Support of Class
    Plaintiffs' Motion for Final Approval of Settlement and Class
    Plaintiffs' Joint Motion for Award of Attorneys' Fees,
    Expenses and Class Plaintiffs' Awards,
        dated April 11, 2013 [Docket No. 2113-6].................................... A1296

Excerpts of Objection of City of Oakland to Final Approval of
    Proposed Settlement, dated May 15, 2013 [Docket No. 2279] ..... A1434

Retailers and Merchants' Objection to Final Approval of the Class
    Action Definitive Settlement Agreement, dated May 15, 2013
        [Docket No. 2281] ......................................................................... A1437

Objection of U.S. Public Interest Research Group to Final
    Approval of Proposed Class Settlement, dated May 23, 2013
        [Docket No. 2361] ......................................................................... A1470

Excerpts of Statement of Objections by Jo-Ann Stores, Inc.,
        dated May 23, 2013 [Docket No. 2364] ........................................ A1476

Statement of Objections of B & H Foto Electronics Corp.,
        d/b/a B & H Photo, dated May 22, 2013 [Docket No. 2408] ........ A1480

## **Table of Contents**
### **(continued)**

**Page**

Excerpts of Statement of Objections by Boscov's,
dated May 24, 2013 [Docket No. 2411] ........................................ A1483

Retailers and Merchants' Objection to Final Approval of the Class
Action Definitive Settlement Agreement, dated May 24, 2013
[Docket No. 2421] ........................................................................ A1486

### **Volume VII**

Retailers and Merchants' Objection to Final Approval of the Class
Action Definitive Settlement Agreement, dated May 24, 2013
[Docket No. 2421] (cont'd) .......................................................... A1501

Notice of Opt Outs, dated May 24, 2013 [Docket No. 2422] .............. A1512

Excerpts of Objections of First Data Corporation, First Data
Merchant Services, TASQ Technology, Inc., TRS Recovery
Services Inc., First Data Government Solutions, and TeleCheck
Services Inc. to Final Approval of Definitive Class Settlement
Agreement, dated May 24, 2013 [Docket No. 2427] .................... A1528

Excerpts of Objection of Aldo US Inc. to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2432] ..... A1538

Excerpts of Objection of BJ's Wholesale Club, Inc. to Final
Approval of the Settlement, dated May 24, 2013
[Docket No. 2433] ........................................................................ A1541

Excerpts of Objection of David's Bridal to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2434] ..... A1544

Excerpts of Objection of Dillard's, Inc. to Final Approval of the
Proposed Settlement, dated May 24, 2013 [Docket No. 2435] ..... A1553

Declaration of John R. Manna, Vice President Operational
Controller, Lowe's Companies, Inc., dated May 24, 2013
[Docket No. 2437] ........................................................................ A1555

**Table of Contents**
**(continued)**

**Page**

Excerpts of Objection of RaceTrac Petroleum, Inc. to Final
Approval of the Proposed Settlement, dated May 24, 2013
[Docket No. 2438] ........................................................... A1566

Excerpts of Objection of Roundy's Supermarkets, Inc. to Final
Approval of the Proposed Settlement, dated May 24, 2013
[Docket No. 2439] ........................................................... A1568

Excerpts of Objection of Family Dollar Stores, Inc. to Final
Approval of the Proposed Settlement, dated May 24, 2013
[Docket No. 2441] ........................................................... A1570

Excerpts of Objection of 7-Eleven, Inc. to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2442] ..... A1575

Objection of The National Railroad Passenger Corporation to
Final Approval of the Proposed Settlement, dated May 25,
2013 [Docket No. 2444] .................................................. A1580

Objections of Best Buy Stores, L.P. to Final Approval of the
Settlement, dated May 25, 2013 [Docket No. 2445] .................... A1588

Excerpts of Objection of Carter's to Final Approval of the
Settlement, dated May 25, 2013 [Docket No. 2446] .................... A1601

Objection of Coborn's Incorporated to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2447] ..... A1606

Excerpts of Objection of Costco Wholesale Corporation to
Final Approval of the Proposed Settlement,
dated May 25, 2013 [Docket No. 2448] ........................................ A1613

Objection of D'Agostino Supermarkets, Inc. to Final Approval of
the Settlement, dated May 25, 2013 [Docket No. 2449] .............. A1615

Objection of Alon USA, LP to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2450] .................... A1621

vii

# Table of Contents
## (continued)

**Page**

Excerpts of Objection of Barnes & Noble, Inc. to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2451] ....................................................................... A1627

Objection of IKEA US to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2458] .................... A1632

Objection of Jetro Holdings, LLC to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2459] ..... A1650

Objection of Michaels Stores, Inc. to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2460] ..... A1656

Objection of NATSO Inc. to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2461] .................... A1659

Objection of National Restaurant Association to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2464] ....................................................................... A1667

Objection of Panera Bread Company to Final Approval of the
Proposed Settlement, dated May 25, 2013 [Docket No. 2466] ..... A1678

Objection of PetSmart, Inc. to Final Approval of the Proposed
Settlement, dated May 25, 2013 [Docket No. 2467] .................... A1681

Objection of Retail Industry Leaders Association to Final Approval
of the Settlement, dated May 25, 2013 [Docket No. 2469] .......... A1690

Excerpts of Objection of Sears Holdings Corp. to Final Approval of
the Proposed Settlement, dated May 25, 2013
[Docket No. 2470] ....................................................................... A1697

Excerpts of Objection of The Wet Seal, Inc. to Final Approval of
the Settlement, dated May 25, 2013 [Docket No. 2471] .............. A1699

**Table of Contents**
**(continued)**

**Page**

Excerpts of Objection of The Wendy's Company to Final Approval
    of the Proposed Settlement, dated May 25, 2013
        [Docket No. 2473] ........................................................ A1703

Objection of National Grocers Association to Final Approval of the
    Proposed Settlement, dated May 26, 2013 [Docket No. 2475] ..... A1707

Objection of Petco Animal Supplies, Inc. to Final Approval of the
    Proposed Settlement, dated May 26, 2013 [Docket No. 2491] ..... A1715

Statement of Objections of WellPoint Entities, dated May 27, 2013
    [Docket No. 2493] ........................................................ A1724

Memorandum in Support of Objections of Putative Rule 23(b)(2)
    Class Members WellPoint, Inc., etc., to the Proposed Rule
    23(b)(2) Settlement Agreement, dated May 27, 2013
    [Docket No. 2493-1] ...................................................... A1734

Excerpts of Declaration of David Kretschmer in Support of
    Objections of WellPoint Entities, dated May 17, 2013
    [Docket No. 2493-2] ...................................................... A1746

**Volume VIII**

Statement of Objections of Target Corporation, Target Commercial
    Interiors, Inc., and TCC Cooking Co., dated May 27, 2013
    [Docket No. 2495] ........................................................ A1752

**Table of Contents**
**(continued)**

**Page**

Excerpts of Memorandum in Support of Objections of Absent
    Putative Rule 23(b)(2) Class Members Target Corporation,
    Macy's, Inc., Kohl's Corporation, The TJX Companies, Inc.,
    Staples, Inc., J.C. Penney Corporation, Inc., Office Depot, Inc.,
    L Brands, Inc., Big Lots Stores, Inc., PNS Stores, Inc., C.S.
    Ross Company, Closeout Distribution, Inc., Ascena Retail
    Group, Inc., Abercrombie & FitchCo., OfficeMax
    Incorporated, Saks Incorporated, The Bon-Ton Stores, Inc.,
    Chico's FAS, Inc., Luxottica U.S. Holdings Corp., and
    American Signature, Inc. to the Proposed Rule 23(b)(2) Class
    and Rule 23(b)(2) Settlement Agreement, dated May 27, 2013
    [Docket No. 2495-1] ....................................................................... A1756

Complaint and Demand for Jury Trial, *Target Corporation, et al.,*
    *v. Visa Inc., et al.*, Civil Action No. 13 CV 3477,
    dated May 27, 2013 [Docket No. 2495-2] ...................................... A1768

Statement of Objections of J. C. Penney, dated May 27, 2013
    [Docket No. 2509] .......................................................................... A1824

Statement of Objections of Macy's, Inc., Macy's Retail Holdings,
    Inc., Macy's West Stores Inc., Macy's Florida Stores, LLC,
    Macy's Puerto Rico, Inc., Macys.com, Inc., Bloomingdale's,
    Inc., Bloomingdale's By Mail, Ltd., and Bloomingdale's The
    Outlet Store, Inc., dated May 27, 2013 [Docket No. 2517] ........... A1828

Statement of Objections of Office Depot, Inc., Viking Office
    Products, Inc., 4Sure.com, Inc., Computers4Sure.com, Inc.,
    and Solutions4Sure.com, Inc., dated May 27, 2013
    [Docket No. 2519] .......................................................................... A1832

Statement of Objections of Staples, Inc., Staples the Office
    Superstore East, Inc., Staples the Office Superstore, LLC,
    Staples Contract & Commercial, Inc., Quill Corporation, Quill
    Lincolnshire, Inc., Medical Arts Press, Inc., SmileMakers, Inc.,
    Thrive Networks, Inc., and SchoolKidz.com,
    dated May 27, 2013 [Docket No. 2525] ......................................... A1836

x

**Table of Contents**
**(continued)**

**Page**

Excerpts of Declaration of Michael S. Weisbach,
  dated May 27, 2013 [Docket No. 2533-2] ..................................... A1841

Excerpts of Objection of Crate & Barrel to Final Approval of the
  Settlement, dated May 27, 2013 [Docket No. 2534] .................... A1843

Excerpts of Objection of Gap Inc. to Final Approval of the
  Settlement, dated May 27, 2013 [Docket No. 2536] .................... A1847

Objections to Final Approval of Proposed Class Action Settlement
  and Notice of Intent to Appear of The Iron Barley Restaurant,
  Homestead Restaurant (Historical Homestead, Inc.), The Feral
  Pig (KP Group LLC), Paris Beauty Salon, Rachel Mustoe
  (d/b/a Tousled Hair Studio), and Kristina Newman – Hair,
  dated May 28, 2013 [Docket No. 2537] ......................................... A1850

National Retail Federation Statement of Objection to Final
  Approval of the Proposed Rule 23(B)(2) Agreement,
  dated May 28, 2013 [Docket No. 2538] ........................................ A1875

Excerpts of Declaration of Mallory Duncan Made Pursuant to
  28 U.S.C. § 1746, dated May 28, 2013 [Docket No. 2538-2] ....... A1903

Declaration of Dave's Pet City Made Pursuant to 28 U.S.C. § 1746,
  dated May 28, 2013 [Docket No. 2538-20] ................................... A1911

Declaration of Lipert International Inc. d/b/a Keith Lippert Gallery
  Made Pursuant to 28 U.S.C. § 1746, dated May 28, 2013
  [Docket No. 2538-21] ..................................................................... A1916

Excerpts of State of Objections of Wawa, Inc., dated May 23, 2013
  [Docket No. 2540] .......................................................................... A1924

Objection of National Cooperative Grocers Association to Final
  Approval of the Proposed Settlement, dated May 28, 2013
  [Docket No. 2546] .......................................................................... A1926

xi

**Table of Contents**
**(continued)**

**Page**

Objection of Whole Foods Market Entities to Final Approval of the
    Proposed Settlement, dated May 28, 2013 [Docket No. 2559] ..... A1934

Objection of National Association of Convenience Stores to Final
    Approval of Proposed Settlement, dated May 28, 2013
    [Docket No. 2561] ........................................................................ A1942

Objection of Affiliated Foods Midwest to Final Approval of the
    Proposed Settlement, dated May 28, 2013 [Docket No. 2563] ..... A1955

Objection of Foot Locker, Inc. to Final Approval of the Proposed
    Settlement, dated May 28, 2013 [Docket No. 2587] .................... A1963

The Home Depot's Statement of Objections to the Proposed Class
    Settlement and Memorandum in Support, dated May 28, 2013
    [Docket No. 2591] ........................................................................ A1973

**Volume IX**

The Home Depot's Statement of Objections to the Proposed Class
    Settlement and Memorandum in Support, dated May 28, 2013
    [Docket No. 2591] (Cont'd) ......................................................... A2001

Excerpts of Declaration of Dwaine Kimmet in Support of The
    Home Depot's Objection to the Proposed Class Settlement,
    dated May 28, 2013 [Docket No. 2591-2] .................................... A2026

Excerpts of Dell Inc.'s Statement of Objection to Final Approval of
    Settlement, dated May 28, 2013 [Docket No. 2592] .................... A2028

Objection of Consumers Union of United States, Inc. to Final
    Approval of Proposed Class Settlement, dated May 28, 2013
    [Docket No. 2598] ........................................................................ A2030

Objection of Amazon.com, Inc. to Final Approval of the Proposed
    Settlement, dated May 28, 2013 [Docket No. 2605] .................... A2040

**Table of Contents**
**(continued)**

                                                                    **Page**

Excerpts of Objection of Starbucks to Final Approval of the
  Proposed Settlement, dated May 28, 2013 [Docket No. 2606] .....   A2047

Objection of 1001 Property Solutions LLC and Temple Eagle
  Partners LLC, dated May 28, 2013 [Docket No. 2613].................   A2053

Declaration of Rick Bandas in Support of Objection to Settlement,
  dated May 28, 2013 [Docket No. 2613-1]....................................   A2075

Objection of National Community Pharmacists Association to Final
  Approval of the Proposed Settlement, dated May 28, 2013
  [Docket No. 2619] ........................................................................   A2107

Statement of Objections and Amici Curiae Brief of States to Final
  Approval of the Settlement, dated May 28, 2013
  [Docket No. 2623] ........................................................................   A2116

Blue Cross and Blue Shield Entities' Objections to Proposed
  Settlement, dated May 28, 2013 [Docket No. 2643] ....................   A2147

Excerpts of Declaration of David Cote in Support of BlueCross
  BlueShield of South Carolina Objections to Proposed
  Settlement, dated May 28, 2013 [Docket No. 2643-3].................   A2178

Excerpts of Declaration of Garrett Calissi in Support of Blue Cross
  and Blue Shield of Arizona, Inc. Objections to Proposed
  Settlement, dated May 28, 2013 [Docket No. 2643-4].................   A2180

Excerpts of Declaration of Matthew Brolly in Support of
  Independence Blue Cross Objections to Proposed Settlement,
  dated May 28, 2013 [Docket No. 2643-6]....................................   A2182

Excerpts of Declaration of William J. Farrell in Support of Blue
  Cross of Northeastern Pennsylvania Objections to Proposed
  Settlement, dated May 28, 2013 [Docket No. 2643-7].................   A2184

xiii

## **Table of Contents**
### (continued)

**Page**

Walmart's Objection to the Proposed Settlement, dated May 28,
2013 [Docket No. 2644] .................................................................. A2186

Excerpts of Objection of American Express Company, American
Express Travel Related Services Company, Inc., Travel
Impressions, Ltd., American Express Publishing Corp., Serve
Virtual Enterprises, Inc., ANCA 7 LLC d/b/a Vente Privee,
USA, Amex Assurance Company, and Accertify, Inc. to the
Class Settlement Agreement, dated May 28, 2013 [Docket No.
2648] .......................................................................................... A2213

Declaration of Stephen B. McCurdy in Support of Objections of
American Express, dated May 23, 2013 [Docket No. 2648-1] ..... A2245

### **Volume X**

Notice of Motion of DFS Services LLC and Discover Bank to
Intervene, dated May 28, 2013 [Docket No. 2655] ...................... A2249

Excerpts of Declaration of Roger Hochschild, dated May 28, 2013
[Docket No. 2657-6] ...................................................................... A2252

Objection of DFS Services LLC, Discover Loans, Inc., and
Discover Bank to Final Approval of Proposed Settlement,
dated May 28, 2013 [Docket No. 2659] ........................................ A2263

Discover Financial Services' Notice of Intent to Opt-Out of Rule
23(b)(3) Damages Case, dated May 28, 2013
[Docket No. 2663] .......................................................................... A2277

Excerpts of Objecting Plaintiffs' and Objectors' Memorandum in
Opposition to Motion for Final Approval of Settlement, dated
May 28, 2013 [Docket No. 2670] .................................................. A2278

**Table of Contents**
**(continued)**

**Page**

Excerpts of Declaration of Jeffrey I. Shinder in Support of
Opposition to Class Plaintiffs' Motion for Final Approval of
the Proposed Class Settlement, dated May 28, 2013
[Docket No. 2670-1] ....................................................... A2300

Excerpts of Report of Professor Jerry Hausman,
dated May 28, 2013 [Docket No. 2670-5] .................................... A2302

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I.
Shinder: "Industry Facts Concerning Debit Card Regulation
Under Section 920," by Stephen Craig Mott,
BetterBuyDesigns, on Behalf of the Merchants Payments
Coalition, submitted to Federal Reserve System, October 29,
2010; Attachment F: "2011 Interchange Fee Revenue, Covered
Issuer Costs, and Covered Issuer and Merchant Fraud Losses
Related to Debit Card Transactions," Board of Governors of
the Federal Reserve System, March 5, 2013
[Docket No. 2670-6] ....................................................... A2327

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I.
Shinder: Ex. 66: Visa Management Discusses Q3 2012 Results
- Earnings Call Transcript; Ex. 67: "'We Won' vs. 'You Lost':
Reactions to Credit Card Settlement", by Maria Aspan and
Victoria Finkle, American Banker, July 16, 2012; Ex. 68: "An
Analysis of the Proposed Interchange Fee Litigation
Settlement," by Adam J. Levitin, Georgetown Law and
Economics Research Paper No. 12-033, August 21, 2012; Ex.
70: The Nilson Report, February 2013, Issue 1,011; American
Express Merchant Reference Guide - U.S., April 2013; Ex. 73:
"Merchant Surcharging – Understanding Payment Card
Changes," Visa, May 20, 2013; Ex. 76: "Operating Regulations
to Support the U.S. Merchant Litigation Settlement," Visa,
2013; Ex, 77: "Notice of MasterCard Rule Changes,"
MasterCard Worldwide, December 2012; Ex. 78:
Memorandum from Visa Inc. to Merchants in the U.S. and U.S.
Territories, regarding Merchant Class Action Litigation
Settlement – Important Changes to Merchant Acceptance

xv

**Table of Contents**
**(continued)**

Page

Practices, December 20, 2012; Ex. 82: "Visa's CEO Discusses
Q2 2012 Results - Earnings Call Transcript," Visa, May 20,
2013; Ex. 84: "New Visa, MasterCard fees stir debate within
industry," The Green Sheet Online, March 12, 2013; Ex. 94:
MasterCard Incorporated Management Discusses Q2 2012
Results - Earnings Call Transcript, May 20, 2013; Ex. 95:
MasterCard's CEO Discusses Q4 2012 Results - Earnings Call
Transcript, May 20, 2013 [Docket No. 2670-8] ........................... A2339

Excerpts of Exhibits to May 28, 2013 Declaration of Jeffrey I. Shinder:
Ex. 97: "Reform of Australia's Payments System: Preliminary
Conclusions of the 2007/08 Review," Reserve Bank of Australia,
April, 2008; Ex. 108: Amended and Restated Global Restructuring
Agreement [Docket No. 2670-9] .................................................. A2394

Excerpts of Objections of Bridgestone Americas, Inc. to Proposed
Class Settlement Agreement, dated June 5, 2013
[Docket No. 3074] ...................................................................... A2400

Statement of Objection of Heinen's Fine Foods, dated June 5, 2013
[Docket No. 3755] ...................................................................... A2403

Excerpts of Objections of Williams-Sonoma, Inc. to the Proposed
Class Settlement Agreement, dated June 6, 2013
[Docket No. 4237] ...................................................................... A2405

Excerpts of Statement of Objections of the Society of Independent
Gasoline Marketers of America, dated June 7, 2013
[Docket No. 4640] ...................................................................... A2407

Excerpts of Objections of First Data Corporation, First Data
Merchant Services, TASQ Technology, Inc., TRS Recovery
Services Inc., First Data Government Solutions, and TeleCheck
Services Inc. to Final Approval of Definitive Class Settlement
Agreement, dated June 7, 2013 [Docket No. 4654] ...................... A2415

**Table of Contents**
**(continued)**

Page

Statement of Objections of Life Time Fitness, Inc.,
    dated June 11, 2013 [Docket No. 5385] ........................................ A2423

Letter from Kenneth A. Gallo to Judge Gleeson,
    dated June 11, 2013 [Docket No. 5406] ...................................... A2433

Letter from Class Plaintiffs' to Judge Gleeson, dated June 12, 2013
    [Docket No. 5651] ......................................................... A2434

Excerpts of Defendants' Reply Memorandum in Support of
    Final Approval of Definitive Class Settlement Agreement,
    dated August 16, 2013 [Docket No. 5937] .................................. A2435

Excerpts of Class Plaintiffs' Reply Memorandum of Law in
    Further Support of Settlement Final Approval,
    dated August 16, 2013 [Docket No. 5939] .................................. A2443

Excerpts of Declaration of Ryan W. Marth, dated August 16, 2013
    [Docket No. 5939-3] ....................................................... A2448

Excerpts of Reply Declaration of Alan S. Frankel, Ph.D. Relating
    to the Proposed Class Settlement (redacted),
    dated August 16, 2013 [Docket No. 5939-5] ................................ A2463

Excerpts of Declaration of H. Theodore Grindal in Support of Class
    Plaintiffs' Motion for Final Approval of the Proposed Class
    Settlement, dated August 16, 2013 [Docket No. 5939-6] ............... A2468

Excerpts of Reply Memorandum in Support of Class Plaintiffs'
    Joint Motion for Award of Attorneys' Fees, Expenses and
    Class Plaintiffs' Awards, dated August 16, 2013
    [Docket No. 5940] ......................................................... A2471

Excerpts of Reply Memorandum in Support of FDC's
    Motion to Opt Out of Rule 23(b)(2) Class Settlement,
    dated August 23, 2013 [Docket No. 5957] .................................. A2473

**Table of Contents**
**(continued)**

**Page**

Report from Court appointed expert Professor Alan O. Sykes,
    dated August 28, 2013 [Docket No. 5965] .................................... A2475

## Volume XI

Report from Court appointed expert Professor Alan O. Sykes,
    dated August 28, 2013 [Docket No. 5965] (Cont'd) .................... A2501

Excerpts of Class Plaintiffs' Letter to Judge Gleeson Responding to
    Report of Professor Alan O. Sykes, dated September 4, 2013
    [Docket No. 5978] ......................................................................... A2526

Excerpts of Response by Professor Jerry Hausman to the Report of
    Professor Alan O. Sykes, dated September 4, 2013
    [Docket No. 5982] ......................................................................... A2531

Excerpts of Declaration of Henry Ogden Armour, NACS, to
    Correct Misstatements in Supplemental Declaration of
    Craig Wildfang and in Opposition to Final Approval,
    dated September 10, 2013 [Docket No. 6006-1] ........................... A2536

Excerpts of Declaration of Robynn Shrader, NCGA, to Correct
    Misstatements in Supplemental Declaration of Craig Wildfang
    and in Opposition to Final Approval, dated September 10, 2013
    [Docket No. 6006-2] ...................................................................... A2543

Excerpts of Declaration of Jennifer T. Mallon, NCPA, to Correct
    Misstatements in Supplemental Declaration of Craig Wildfang
    and in Opposition to Final Approval, dated September 10, 2013
    [Docket No. 6006-3] ...................................................................... A2549

Excerpts of Declaration of Peter J. Larkin, NGA, to Correct
    Misstatements in Supplemental Declaration of Craig Wildfang
    and in Opposition to Final Approval, dated September 10, 2013
    [Docket No. 6006-4] ...................................................................... A2553

**Table of Contents**
**(continued)**

**Page**

Excerpts of Transcript of Fairness Heating before the
Honorable John Gleeson, U.S. District Court Judge,
dated September 12, 2013 [Docket No. 6094].............................. A2559

Notice of Appeal of Objecting Plaintiffs and Objectors,
dated December 13, 2013 [Docket No. 6125] .............................. A2587

Notice of Appeal by Home Depot U.S.A., Inc.,
dated December 13, 2013 [Docket No. 6126] .............................. A2588

Notice of Appeal of Target Group Objectors,
dated December 13, 2013 [Docket No. 6128] .............................. A2589

Notice of Appeal of National Retail Federation,
dated January 2, 2014 [Docket No. 6148] .................................... A2590

Notice of Appeal of R & M Objectors, dated January 10, 2014
[Docket No. 6175] ........................................................................ A2591

Notice of Appeal of Blue Cross and Blue Shield Objectors and
WellPoint Objectors, dated January 10, 2014
[Docket No. 6176] ........................................................................ A2597

Notice of Appeal of Temple Eagle, dated January 10, 2014
[Docket No. 6178] ........................................................................ A2602

Notice of Appeal of First Data Corporation, First Data Merchant
Services, TASQ Technology, Inc., TRS Recovery Services,
Inc., First Data Government Solutions, and Telecheck Services,
Inc., dated January 10, 2014 [Docket No. 6179] .......................... A2605

Notice of Appeal of The Iron Barley Restaurant, Homestead
Restaurant (Historical Homestead, Inc.), The Feral Pig (KP
Group LLC), Paris Beauty Salon, Rachel Mustoe (d/b/a
Tousled Hair Studio), and Kristina Newman – Hair,
dated January 10, 2014 [Docket No. 6182] .................................. A2606

# Table of Contents
## (continued)

**Page**

Notice of Appeal of U.S. PIRG, dated January 13, 2014
[Docket No. 6189] ........................................................... A2608

Notice of Appeal of Consumers Union of United States, Inc.,
dated January 13, 2014 [Docket No. 6190] ................................... A2609

Amended Notice of Appeal of Target Group Objectors,
dated January 21, 2014 [Docket No. 6212] ................................... A2610

Amended Notice of Appeal of Temple Eagle,
dated January 13, 2014 [Docket No. 6227] ................................... A2611

Notice of Appeal of National Federation of Independent Business,
dated February 7, 2014 [Docket No. 6234] ................................... A2614

Subsequent Notice of Appeal by Blue Cross and Blue Shield
Objectors and WellPoint Objectors, dated February 7, 2014
[Docket No. 6238] ........................................................... A2615

Amended Notice of Appeal of The Iron Barley Restaurant,
Homestead Restaurant (Historical Homestead, Inc.), The Feral
Pig (KP Group LLC), Paris Beauty Salon, Rachel Mustoe
(d/b/a Tousled Hair Studio), and Kristina Newman – Hair,
dated February 13, 2014 [Docket No. 6245] ................................. A2620

Amended Notice of Appeal by Home Depot U.S.A., Inc.
(Amending Notice Of Appeal Filed December 13, 2013),
dated February 13, 2014 [Docket No. 6248] ................................. A2622

Amended Notice of Appeal of Objecting Plaintiffs and Target
Group Objectors, dated February 13, 2014 [Docket No. 6249] .... A2623

Notice of Appeal of Retail Industry Leaders Association,
dated February 13, 2014 [Docket No. 6251] ................................. A2625

# **Table of Contents**
## (continued)

**Page**

Second Amended Notice of Appeal of 1001 Property Solutions
    LLC and Temple Eagle Partners LLC, dated February 18, 2014
    [Docket No. 6257] ....................................................................... A2626

Amended Notice of Appeal of R & M Objectors,
    dated February 25, 2014 [Docket No. 6263] ................................. A2630

Excerpts of Expert Report of Joseph Stiglitz, Ph.D.,
    dated June 25, 2009 ..................................................................... A2636

U.S. Government Accountability Office, Pub. No. GAO-10-45,
    Credit Cards: *Rising Interchange Fees Have Increased Costs
    for Merchants, but Options for Reducing Fees Pose
    Challenges*, dated 11/2009 ............................................................ A2638

Final Judgment as to Defendants MasterCard International
    Incorporated and Visa Inc., *U.S. v. American Express Co.*,
    CV-10-4496 (E.D.N.Y. ), dated July 20, 2011 [Docket No. 10-
    CV-4996 DE 143].......................................................................... A2707

Visa International Operating Regulations, dated October 15, 2012 .... A2722

## **Volume XII**

Visa International Operating Regulations,
    dated October 15, 2012 (Cont'd) .................................................. A2751

## **Volume XIII**

Visa International Operating Regulations,
    dated October 15, 2012 (Cont'd) .................................................. A3001

## **Volume XIV**

Visa International Operating Regulations,
    dated October 15, 2012 (Cont'd) .................................................. A3251

# Table of Contents
## (continued)

**Page**

### Volume XV

Visa International Operating Regulations,
    dated October 15, 2012 (Cont'd) .................................................... A3501

### Volume XVI

Visa International Operating Regulations,
    dated October 15, 2012 (Cont'd) .................................................... A3751

### Volume XVII

Interlink Network, Inc. Operating Regulations,
    dated November 15, 2012 ............................................................ A4009

### Volume XVIII

MasterCard Rules, dated April 11, 2012 ............................................. A4259

### Volume XIX

MasterCard Rules, dated April 11, 2012 (Cont'd) .............................. A4501

Excerpts of *Mastercard, Inc. and Others v. Eur. Comm'n*,
    Case T-111/08, Judgment of the General Court
    (Seventh Chamber), dated May 24, 2012 ...................................... A4614

Minute Order deeming all pending motions for relief withdrawn
    without prejudice to reinstatement if the settlement is not
    consummated, dated July 17, 2012 ................................................ A4616

Minute Order upholding Judge Orenstein's order denying
    disclosure of settlement agreement, dated September 19, 2013 .... A4618

Visa Form 10K (Annual Report), dated November 22, 2013 .............. A4620

**Table of Contents**
**(continued)**

**Page**

Excerpts of Class Settlement Agreement, *In re Am. Express*
    *Anti-Steering Rules Antitrust Litig.* (NGG)(RER),
    No. 11-md-2221 (E.D.N.Y.), dated January 7, 2014
    [Docket No. 11-md-2221 DE 306-2].............................................. A4623

**Volume XX**

Excerpts of Class Settlement Agreement, *In re Am. Express*
    *Anti-Steering Rules Antitrust Litig.* (NGG)(RER),
    No. 11-md-2221 (E.D.N.Y.), dated January 7, 2014
    [Docket No. 11-md-2221 DE 306-2] (Cont'd) .............................. A4751

Class Plaintiffs' Memorandum of Law in Support of Motion for
    Final Approval of Class Action Settlement, *In re: American*
    *Express Anti-Steering Rules Antitrust Litig.*, 11-md-2221
    (NGG)(RER), (Redacted - Public Version), dated April 15,
    2014 [Docket No. 11-md-2221 DE 362] ....................................... A4790

Excerpts of Declaration of Alan S. Frankel, Ph.D *In re: American*
    *Express Anti-Steering Rules Antitrust Litig.*, 11-md-02221
    (NGG)(RER) (redacted), dated April 15, 2014
    [Docket No. 11-md-2221 DE 370] ................................................. A4831

Civil Cause for Conference, *In re Payment Card Interchange Fee*
    *and Merchant Discount Antitrust Litig.*, No. 14-md-1720
    (JG)(JO), dated July 18, 2014
    [Docket No. 14-md-1720 DE 104] ................................................. A4834

Transcript of Hearing before Judge Gleeson, *In re Payment Card*
    *Interchange Fee and Merchant Discount Antitrust Litig.*,
    No. 14-md-1720 (JG)(JO), dated July 18, 2014
    [Docket No. 14-md-1720 DE 105] ................................................. A4836

# Table of Contents
**(continued)**

**Page**

## Volume XXI

*MasterCard and Others v. European Comm'n*, Case C-382/12 P,
   Judgment of the Court (Third Chamber),
   dated September 11, 2014............................................................  A4925

Third Amended Complaint and Jury Demand, *7-Eleven, Inc. v.*
   *Visa Inc*., Nos. 13-cv-5746 (JG)(JO), 14-md-1720(JG)(JO),
   dated September 26, 2014 [Docket No. 13-cv-5746 DE 41].........  A4972

Appellate Docket: *Expressions Hair Design v. Schneiderman*,
   No. 13-4537 ...............................................................................  A5076

Excerpts of Card Acceptance Guidelines for Visa Merchants .............  A5085

The MasterCard Convenience Fee Program for Government and
   Education ....................................................................................  A5088

Excerpts of Notice of Class Action Settlement Authorized by the
   U.S. District Court, Eastern District of New York .......................  A5090

## Volume XXII

### *Volume Filed Under Seal*

Excerpts of Corrected First Amended Supplemental Complaint
   (filed under seal), dated March 27, 2009 [Docket No. 1170-4].....  A5104

Excerpts of Network Defendants' Counter-Statement in Opposition
   to Individual Plaintiffs' Statement of Undisputed Facts,
   Pursuant to Local Rule 56.1(b) (filed under seal),
   dated May 6, 2011 [Docket No. 1477-7].......................................  A5114

Excerpts of Defendants' Statement of Material Facts as to Which
   There is No Genuine Issue to be Tried (filed under seal), dated
   February 11, 2011 [Docket No. 1478-4] .......................................  A5125

**Table of Contents**
**(continued)**

**Page**

Excerpts of Report of Mike McCormack (filed under seal),
　　dated July 2, 2009 [Docket No. 2088]............................................. A5135

Excerpts of Expert Report of Professor Kevin M. Murphy (filed
　　under seal), dated December 14, 2009 [Docket No. 2088]............ A5137

Excerpts of Report of Professor Kenneth G. Elzinga (filed under
　　seal), dated December 14, 2009 [Docket No. 2088]...................... A5177

Excerpts of Declaration of William M. Sheedy (filed under seal),
　　dated May 3, 2011 [Docket No. 2088] ........................................... A5183

Excerpts of Declaration of Timothy H. Murphy (filed under seal),
　　dated May 3, 2011 [Docket No. 2088] ........................................... A5191

Memorandum of Law in Support of Motion to Intervene of DFS
　　Services LLC and Discover Bank (filed under seal), dated May
　　28, 2013 [Docket No. 2657-1]....................................................... A5200

Declaration of Jennifer M. Selendy (filed under seal),
　　dated May 28, 2013 [Docket No. 2657-3]...................................... A5229

DFS Services LLC v. Visa, Complaint (filed under seal),
　　dated May 28, 2013 [Docket No. 2657-4]...................................... A5231

Declaration of Roger Hochschild (filed under seal),
　　dated May 28, 2013 [Docket No. 2657-5]...................................... A5250

Exhibit 1 to May 28, 2013 Declaration of Roger Hochschild:
　　Notice of Class Action Settlement Authorized by the U.S.
　　District Court, Eastern District of New York (filed under seal)
　　[Docket No. 2657-7]....................................................................... A5261

Excerpts of Report of Alan S. Frankel, Ph.D. (filed under seal),
　　dated July 2, 2009 ......................................................................... A5290

Excerpts of Expert Report of Robert H. Topel (filed under seal),
　　dated December 15, 2009 .............................................................. A5295

xxv

## **Table of Contents**
### **(continued)**

**Page**

Excerpts of Rebuttal Report of Alan S. Frankel (filed under seal),
dated June 22, 2010 ........................................................................ A5297

# A3751

Visa International Operating Regulations

Interchange is consistently monitored and adjusted - sometimes increased and sometimes decreased - in order to ensure that the economics present a competitive value proposition for all parties. Interchange reimbursement fees must encourage card holding and use, as well as expansion in the number and types of businesses that accept cards. If rates are too high, retailers won't accept cards; if rates are too low, issuers won't issue cards. Visa may establish different interchange reimbursement fees in order to promote a variety of system objectives, such as enhancing the value proposition for Visa products, providing incentives to grow merchant acceptance and usage, and reinforcing strong system security and transaction authorization practices.

ID#: 010410-010410-0024115

# Core Principle 10.3

### Visa Determines Interchange Reimbursement Fees

### Visa Determines and Publishes IRF

Interchange reimbursement fees are determined by Visa and provided on Visa's published fee schedule, or may be customized where members have set their own financial terms for the interchange of a Visa transaction or Visa has entered into business agreements to promote acceptance and card usage.

ID#: 010410-080210-0024122

# Global Interchange

### Interchange Overview

### Interchange Reimbursement Fee Rate Sheets and Guides

The Interchange Reimbursement Fee (IRF) is based on several factors. These primarily include Card type, Merchant type, and Transaction type. Interchange Reimbursement Fee rates are available to Members through regional online resources or Visa account executives. Interchange requirements are contained in the *Visa International Operating Regulations* and the applicable domestic or regional Interchange Qualification Guide. In addition, there are many other types of Visa transactions, such as Original Credits, ATM inquiries, etc., that are detailed in the Operating Regulations.

ID#: 010410-010410-0006577

© 2012 Visa. All Rights Reserved.

# A3752

## General Interchange Requirements

### Original Credit Interchange Reimbursement Fee

A Member that originates or receives an Original Credit Transaction, including a Money Transfer Original Credit Transaction, is subject to, or eligible for, the Original Credit Interchange Reimbursement Fee if the Original Credit Transaction is processed in accordance with the requirements specified in the following, as applicable:

- *Visa International Operating Regulations*
- *Original Credits Member Requirements*
- Applicable regional Interchange rate sheet
- *U.S. Interchange Reimbursement Fee Rate Qualification Guide*

ID#: 160312-091210-0026075

### Fast Funds Money Transfer Original Credit Interchange Reimbursement Fee (Updated)

**Effective through 13 June 2012,** a Recipient Member that participates in Fast Funds service for an incoming Money Transfer Original Credit Transaction qualifies for the Visa Money Transfer Fast Funds Interchange Reimbursement Fee if the Transaction meets the qualification requirements specified in these Operating Regulations and the following, as applicable:

- *Visa Money Transfer (VMT) Global Implementation Guide*
- Applicable regional Interchange rate sheet
- *U.S. Interchange Reimbursement Fee Rate Qualification Guide*

ID#: 151012-091210-0026076

### Fast Funds Original Credit Transaction Interchange Reimbursement Fee (New)

**Effective 14 June 2012,** a Recipient Member that participates in Fast Funds service for an incoming Original Credit Transaction, including a Money Transfer Original Credit Transaction, qualifies for the Visa Money Transfer Fast Funds Interchange Reimbursement Fee if the Transaction meets the qualification requirements specified in these Operating Regulations and the following, as applicable:

- *Visa Money Transfer (VMT) Global Implementation Guide*
- Applicable regional Interchange rate sheet
- *U.S. Interchange Reimbursement Fee Rate Qualification Guide* or applicable *Regional/Country Interchange Reimbursement Fee Guide*

ID#: 151012-010100-0027275

© 2012 Visa. All Rights Reserved.

# A3753

# Interchange Reimbursement Fees - U.S. Region

## General Interchange Reimbursement Fee Requirements - U.S. Region

### Interchange Reimbursement Fee Requirements - U.S. Region

In the U.S. Region, a Transaction must meet the qualifications defined in the *Visa International Operating Regulations* and the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* to qualify for a particular Interchange Reimbursement Fee.

ID#: 081010-010410-0006611

### Cash Disbursement - U.S. Region

In the U.S. Region, for any Cash Disbursement, the Issuer pays to the Acquirer a Cash Disbursement Interchange Reimbursement Fee. This Acquirer is the Member making the Cash Disbursement.

ID#: 080411-010410-0006494

### National Merchant Interchange Reimbursement Fee - U.S. Region

A national Merchant entering into a national account agreement may, with the prior approval of Visa, authorize and send Transaction Receipts directly to Issuers through VisaNet at a reimbursement fee to be determined by Visa.

ID#: 010410-010410-0006526

### Inappropriate Interchange Reimbursement Fees - U.S. Region

A U.S. Acquirer must request the correct Interchange Reimbursement Fee when submitting Transactions into Interchange. Fines will be assessed to any Acquirer who requests an inappropriate Interchange Reimbursement Fee, per Merchant Outlet, as specified in "Fine for Inappropriate Interchange Reimbursement Fee - U.S. Region."

ID#: 081010-010410-0007874

### Cash-Back Interchange Reimbursement Fee - U.S. Region

**Effective through 30 June 2015,** in the U.S. Region, the Interchange Reimbursement Fee for a Visa Check Card II Transaction involving Cash-Back is calculated using the purchase amount only. The Cash-Back portion of the Transaction is not subject to Interchange Reimbursement Fees.

ID#: 111011-010410-0005677

© 2012 Visa. All Rights Reserved.

# A3754

**ReadyLink Interchange Reimbursement Fee - U.S. Region**

In the U.S. Region, the Visa ReadyLink Interchange Reimbursement Fee applies to load Transactions that are authorized and settled through VisaNet. The Visa Prepaid Card Issuer pays an Interchange Reimbursement Fee to the Acquirer of the Visa ReadyLink Transaction, as specified in *Visa U.S.A. Interchange Reimbursement Fees.*

ID#: 050411-010410-0004112

## Standard and Electronic Interchange Reimbursement Fees - U.S. Region

### Standard Interchange Reimbursement Fee Eligibility - U.S. Region (Updated)

In the U.S. Region, a Transaction that does not qualify for any other Interchange Reimbursement Fee is cleared at the Standard Interchange Reimbursement Fee.

A Transaction effected by the following Merchants is eligible only for the Standard Interchange Reimbursement Fee:

- High-Risk Merchant

- High-Brand Risk Merchant assigned a Merchant Category Code of 5962, 5966, or 5967

Non-Secure Transactions are eligible only for the Standard Interchange Reimbursement Fee.

A Transaction using any of the following is eligible only for the Standard Interchange Reimbursement Fee:

- V.I.P. System emergency Authorization procedures

- "Code 10" Authorization procedures

- "Referral" Authorization procedures

ID#: 151012-010410-0006612

### Electronic Interchange Reimbursement Fee - General Qualification - U.S. Region (Updated)

In the U.S. Region, Electronic Interchange Reimbursement Fee qualifications are:

- Transaction must be entered into VisaNet, as specified in the applicable VisaNet Manuals

- Transaction must be authorized

- Authorization Request contains the information specified in "Required Data for Authorization Requests and Responses" (Exhibit OO)

- Clearing Record contains all data elements specified in "VisaNet Clearing Message Content Standards" (Exhibit NN) and the applicable VisaNet Manuals

© 2012 Visa. All Rights Reserved.

# A3755

- Transaction processing time limits meet requirements specified in "Interchange Reimbursement Fee Qualification Processing Holidays - U.S. Region."

Visa will process Transactions that do not meet the requirements for the Electronic Interchange Reimbursement Fee rate specified in this section under the Standard Interchange Reimbursement Fee rate.

ID#: 151012-010410-0008361

## Interchange Reimbursement Fee Qualification Processing Holidays - U.S. Region

To qualify for Interchange Reimbursement Fees in the U.S. Region, the Central Processing Date of the Transaction must **not** exceed the number of calendar days from the Transaction Date specified in the "Processing Time Limits for Custom Payment Services Interchange Reimbursement Fee Transactions - U.S. Region" table or the "Processing Days for Transactions Qualifying for the Electronic Interchange Reimbursement Fee - U.S. Region" table.

When calculating days, exclude the Transaction Date, Central Processing Date, Sundays, and the following U.S. holidays:

- New Year's Day
- Martin Luther King, Jr. Day
- Presidents' Day (Observed)
- Good Friday
- Memorial Day (Observed)
- Independence Day
- Labor Day
- Columbus Day (Observed)
- Veterans Day
- Thanksgiving Day
- Christmas Day

The following table specifies the last qualifying central processing day for a given Transaction day.

### Processing Days for Transactions Qualifying for the Electronic Interchange Reimbursement Fee - U.S. Region

| Transaction Day | Central Processing Day |
|---|---|
| Sunday | Thursday |
| Monday | Friday |
| Tuesday | Saturday |
| Wednesday | Monday |

© 2012 Visa. All Rights Reserved.

# A3756

| | |
|---|---|
| Thursday | Tuesday |
| Friday | Wednesday |
| Saturday | Thursday |

ID#: 010410-010410-0008986

## Non-Member-Owned Terminal - U.S. Region

In the U.S. Region, Transactions captured by a Point-of-Transaction Terminal owned or controlled by a non-Member VisaNet Processor or credit or charge card issuer (including their subsidiaries and affiliates) qualify only for the Standard Interchange Reimbursement Fee if either:

- The entity directly or indirectly discriminates against Visa or any of its Members in availability or pricing of services
- Visa determines that the entity unfairly prevents Visa or its Members from competing with that entity

ID#: 010410-010410-0006651

## Competitor-Owned Terminal - U.S. Region

In the U.S. Region, Transactions captured by a terminal that is owned or controlled by an issuer of a credit or charge card deemed competitive by Visa are eligible only for the Standard Interchange Reimbursement Fee, unless the U.S. Acquirer:

- Has a Merchant Agreement with the U.S. Merchant
- Maintains full responsibility and control over the U.S. Merchant

ID#: 010410-010410-0006652

## Electronic Interchange Reimbursement Fee Status Check - U.S. Region

A Transaction originating at a U.S. Prestigious Property Merchant that used the Status Check Procedure may qualify for the Electronic Interchange Reimbursement Fee.

ID#: 010410-010410-0006637

© 2012 Visa. All Rights Reserved.

# A3757

# Custom Payment Services (CPS) - U.S. Region

## Custom Payment Services General - U.S. Region

### Custom Payment Services Overview - U.S. Region

In the U.S. Region, Visa offers Custom Payment Services, as defined in the U.S. Regional Operating Regulations, for a variety of segments. These services include:

- CPS/Account Funding
- CPS/Automated Fuel Dispenser
- CPS/Card Not Present
- CPS/e-Commerce Basic
- CPS/e-Commerce Preferred Hotel and Car Rental
- CPS/e-Commerce Preferred Passenger Transport
- CPS/e-Commerce Preferred Retail
- CPS/Hotel and Car Rental Card Not Present
- CPS/Hotel and Car Rental Card Present
- CPS/Passenger Transport
- CPS/Restaurant
- CPS/Retail
- CPS/Retail 2
- CPS/Retail Key-Entry
- CPS/Service Station
- CPS/Small Ticket
- CPS/Supermarket

For additional details, see the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010100-0025805

### Basic Custom Payment Services (CPS) Requirements - U.S. Region (Updated)

In the U.S. Region, a Custom Payment Services (CPS) Transaction must:

- Comply with:
  - *Visa International Operating Regulations*

© 2012 Visa. All Rights Reserved.

# A3758

Visa International Operating Regulations

  – Applicable VisaNet Manuals

  – "VisaNet Clearing Message Content Standards" (Exhibit NN)

  – "Required Data for Authorization Requests and Responses" (Exhibit OO)

• Be authorized through the V.I.P. System

• Be submitted through VisaNet, as specified in the applicable VisaNet Manuals

• Meet qualification criteria specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*

CPS Transactions submitted into VisaNet qualify individually as Custom Payment Service (CPS) Transactions.

ID#: 151012-010410-0006613

## Processing Time Limits for Custom Payment Services (CPS) Programs - U.S. Region

In the U.S. Region, to qualify for the Custom Payment Services (CPS) programs Interchange Reimbursement Fee, the Central Processing Date of the CPS Transaction must comply with the following table.

**Processing Time Limits for Custom Payment Services
Interchange Reimbursement Fee Transactions- U.S. Region**

| Transaction Type | Central Processing Date Must Be No More Than: | Exclude The Following When Counting Days: |
|---|---|---|
| CPS/Retail | 2 calendar days from the Transaction Date | Transaction Date, Central Processing Date, Sundays, and the U.S. holidays specified in "Interchange Reimbursement Fee Qualification Processing Holidays - U.S. Region" |
| CPS/Retail Key-Entry | | |
| CPS/Restaurant | | |
| CPS/Service Station | | |
| CPS/Hotel and Car Rental Card Not Present | | |
| CPS/Hotel and Car Rental Card Present | | |
| CPS/Card Not Present | | |
| CPS/Automated Fuel Dispenser | | |
| CPS/Account Funding | | |
| CPS/e-Commerce Basic | | |
| CPS/e-Commerce Preferred Retail | | |
| CPS/e-Commerce Preferred Hotel and Car Rental | | |
| CPS/Small Ticket | | |
| CPS/Supermarket | | |

© 2012 Visa. All Rights Reserved.

# A3759

Visa International Operating Regulations

| Transaction Type | Central Processing Date Must Be No More Than: | Exclude The Following When Counting Days: |
|---|---|---|
| CPS/Automated Fuel Dispenser processed as Real-Time Clearing | Completion Message with the final Transaction amount must be sent within X of the preauthorization | N/A |
| CPS/Retail 2 | 3 calendar days from the Transaction Date | Transaction Date, Central Processing Date, Sundays, and the U.S. holidays specified in "Interchange Reimbursement Fee Qualification Processing Holidays - U.S. Region" |
| CPS/Passenger Transport CPS/e-Commerce Preferred Passenger Transport | 8 calendar days from the Transaction Date | Transaction Date, Central Processing Date, Sundays, and the U.S. holidays specified in "Interchange Reimbursement Fee Qualification Processing Holidays - U.S. Region" |

ID#: 111011-010410-0006656

## CPS Ineligible Transactions - U.S. Region (Updated)

The following Transactions are not eligible for Custom Payment Services (CPS) Interchange Reimbursement Fees:

• Cash Disbursements

• **Effective through 13 April 2012,** Quasi-Cash Transactions

• **Effective 14 April 2012,** Quasi-Cash Transactions conducted in a non-Face-to-Face Environment

• **Effective 14 April 2012,** Quasi-Cash Transactions conducted in a Face-to-Face Environment with any of the following:

 – Visa Consumer Credit

 – Commercial Visa Products excluding Visa Business Check Card

• Transactions effected by High-Risk Merchants

• Transactions performed by High-Brand Risk Merchants assigned a Merchant Category Code of 5962, 5966 or 5967

• Transactions using any of the following:

 – V.I.P. System emergency Authorization procedures

 – "Code 10" Authorization procedures

 – "Referral" Authorization procedures

ID#: 151012-080210-0008491

© 2012 Visa. All Rights Reserved.

# A3760

## CPS Processing Days - U.S. Region (Updated)

The following table specifies the last qualifying central processing day for a given Custom Payment Services (CPS) Transaction day in the U.S. Region:

### Processing Days: Custom Payment Services Transactions - U.S. Region

| Transaction Type | | |
|---|---|---|
| CPS/Retail<br>CPS/Retail Key-Entry<br>CPS/Restaurant<br>CPS/Service Station<br>CPS/Hotel and Car Rental Card Not Present<br>CPS/Hotel and Car Rental Card Present<br>CPS/Card Not Present<br>CPS/Automated Fuel Dispenser<br>CPS/Account Funding<br>CPS/e-Commerce Basic<br>CPS/e-Commerce Preferred Retail<br>CPS/e-Commerce Preferred Hotel and Car Rental<br>CPS/Small Ticket CPS/ Supermarket | CPS/Retail 2 | CPS/Passenger Transport<br>CPS/e-Commerce Preferred Passenger Transport |

| Transaction Day | Last Qualifying Central Processing Day | | |
|---|---|---|---|
| Sunday | Wednesday | Thursday | Second Wednesday |
| Monday | Thursday | Friday | Second Thursday |
| Tuesday | Friday | Saturday | Second Friday |
| Wednesday | Saturday | Monday | Second Saturday |
| Thursday | Monday | Tuesday | Second Monday |
| Friday | Tuesday | Wednesday | Second Tuesday |
| Saturday | Wednesday | Thursday | Second Wednesday |

ID#: 151012-080210-0006659

© 2012 Visa. All Rights Reserved.

# A3761

Visa International Operating Regulations

## CPS Transaction Amount - Authorization and Clearing - U.S. Region

In the U.S. Region, the cleared Custom Payment Services (CPS) Transaction amount must equal the authorized amount for CPS/Retail, CPS/Supermarket, and CPS/Account Funding Transactions completed with a Visa Check Card, excluding Transactions with the following Merchant Category Codes:

• MCC 4121, "Taxicabs and Limousines"

• MCC 5813, "Bars and Taverns"

• MCC 7230, "Beauty and Barber Shops"

• MCC 7298, "Health and Beauty Spas"

The Transaction amount transmitted in the Authorization Request and in the Clearing Record must be in the same currency.

ID#: 081010-010410-0008488

## CPS Clearing Record Requirements - U.S. Region

In the U.S. Region, Visa allows only one Clearing Record message per Custom Payment Services (CPS) Transaction, except as specified below.

For a CPS/Passenger Transport Transaction or CPS/e-Commerce Preferred Passenger Transport Transaction, Visa allows one or more Clearing Record messages per Transaction.

ID#: 081010-010410-0008495

## CPS Electronic Commerce Transactions - U.S. Region

The following table details Custom Payment Services (CPS) program availability and qualification requirements applicable to Electronic Commerce Transactions.

### Electronic Commerce Transaction Qualification - U.S. Region

| Custom Payment Services | Qualification |
| --- | --- |
| CPS/e-Commerce Basic | **Effective through 14 March 2012,** available for retail Non-Authenticated Security Transactions where the Merchant did **not** attempt Cardholder authentication using 3-D Secure. |
| | **Effective 15 March 2012,** available for retail Non-Authenticated Security Transactions where the Merchant did not attempt Cardholder authentication using Verified by Visa. |

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3762

Visa International Operating Regulations

| Custom Payment Services | Qualification |
|---|---|
| CPS/e-Commerce Preferred Retail | Available for retail, either:<br><br>• **Effective through 14 March 2012,** Secure Electronic Commerce Transactions that comply with the 3-D Secure Specification **or**<br><br>• **Effective through 14 March 2012,** Non-Authenticated Security Transactions where the Merchant attempted Cardholder authentication using 3-D Secure<br><br>• **Effective 15 March 2012,** Electronic Commerce Transactions that comply with Verified by Visa Transaction requirements<br><br>• **Effective 15 March 2012,** Non-Authenticated Security Transactions where the Merchant attempted Cardholder authentication using Verified by Visa |
| CPS/e-Commerce Preferred Hotel and Car Rental | Available for Electronic Commerce Transactions originating from a hotel, cruise line, or car rental Merchant that are either:<br><br>• **Effective through 14 March 2012,** Secure Electronic Commerce Transactions that comply with the 3-D Secure Specification **or**<br><br>• **Effective through 14 March 2012,** Non-Authenticated Security Transactions where the Merchant attempted Cardholder authentication using 3-D Secure<br><br>• **Effective 15 March 2012,** Electronic Commerce Transactions that comply with Verified by Visa Transaction requirements<br><br>• **Effective 15 March 2012,** Non-Authenticated Security Transactions where the Merchant attempted Cardholder authentication using Verified by Visa |

© 2012 Visa. All Rights Reserved.

# A3763

Visa International Operating Regulations

| Custom Payment Services | Qualification |
|---|---|
| CPS/e-Commerce Preferred Passenger Transport | Available for Electronic Commerce Transactions originating from Airline or passenger railway Merchants, or their agents, and that are either:<br><br>• **Effective through 14 March 2012,** Secure Electronic Commerce Transactions that comply with the 3-D Secure Specification **or**<br><br>• **Effective through 14 March 2012,** Non-Authenticated Security Transactions where the Merchant attempted Cardholder authentication using 3-D Secure<br><br>• **Effective 15 March 2012,** Electronic Commerce Transactions that comply with Verified by Visa Transaction requirements<br><br>• **Effective 15 March 2012,** Non-Authenticated Security Transactions where the Merchant attempted Cardholder authentication using Verified by Visa |
| CPS/Hotel and Car Rental Card Not Present | Available for Electronic Commerce Transactions that originate from a Hotel, Cruise Line, or Car Rental Company, both:<br><br>• Are Non-Authenticated Security Transactions<br><br>• **Effective through 14 March 2012,** where the Merchant did **not** attempt Cardholder authentication using 3-D Secure<br><br>• **Effective 15 March 2012,** the Merchant did not attempt Cardholder authentication using Verified by Visa |
| CPS/Passenger Transport | Available for Electronic Commerce Transactions originating from an Airline or passenger railway Merchant, or their agent, both:<br><br>• Are Non-Authenticated Security Transactions<br><br>• **Effective through 14 March 2012,** where the Merchant did **not** attempt Cardholder authentication using 3-D Secure<br><br>• **Effective 15 March 2012,** the Merchant did not attempt Cardholder authentication using Verified by Visa |

ID#: 230312-010410-0006626

## CPS Authorization and Clearing Requirements - U.S. Region (Updated)

In the U.S. Region, an Authorization Request for a Custom Payment Services (CPS) Transaction must meet the requirements specified in the table below and in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* for the CPS program:

© 2012 Visa. All Rights Reserved.

# A3764

**Authorization Request Requirements for Custom
Payment Services Transactions - U.S. Region**

| Transaction Type | Point-of-Transaction Terminal | Reads/ Transmits Full Data[5] | POS Entry Mode Code is 05, 07, 90, 91[5] | Visa or Visa Electron Card is Present | Signature is Obtained[7] |
|---|---|---|---|---|---|
| CPS/Supermarket | X | X[1] | X | X[2] | X[2] |
| CPS/Retail | X | X[1] | X | X[2] | X[2] |
| CPS/Retail Key-Entry | X[1, 3] | | | X | X |
| CPS/Retail 2 | X[4] | | | X | X |
| CPS/Service Station | X | X[1] | X | X[2] | X[2] |
| CPS/Restaurant | X | X[1] | X | X[2] | X[2] |
| CPS/Hotel and Car Rental Card Not Present | An Acquirer must acknowledge in the Authorization Request that it may forfeit certain Representment rights. | | | | |
| CPS/Hotel and Car Rental Card Present | X | X[1] | X[6] | X | X |
| CPS/Passenger Transport | An Acquirer may perform an Address Verification Service inquiry at the time of the Authorization Request. | | | | |
| CPS/Card Not Present | An Acquirer must perform an Address Verification Service inquiry at the time of the Authorization Request for each Transaction, except as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.* | | | | |
| CPS/Automated Fuel Dispenser | X | X | X | X | |
| CPS/Account Funding | An Acquirer must perform an Address Verification Service and Card Verification Value 2 inquiry at the time of the Authorization Request, as specified in "Additional Authorization Requirements - CPS/Account Funding - U.S. Region." | | | | |
| CPS/e-Commerce Basic | An Acquirer must perform an Address Verification Service inquiry at the time of the Authorization Request for each Transaction, except as specified in "CPS/e-Commerce Basic Address Verification - U.S. Region." | | | | |
| CPS/e-Commerce Preferred Retail | An Acquirer must meet the Authorization requirements, as specified in "CPS/ e-Commerce Preferred Retail - U.S. Region," and must perform an Address Verification Service inquiry at the time of the Authorization Request. | | | | |
| CPS/e-Commerce Preferred Hotel and Car Rental | An Acquirer must meet the Authorization requirements, as specified in "Additional Authorization Requirements - CPS/e-Commerce Preferred Hotel, Car Rental, and Passenger Transport - U.S. Region," and may perform an Address Verification Service inquiry at the time of the Authorization Request. | | | | |
| CPS/e-Commerce Preferred Passenger Transport | An Acquirer must meet the Authorization requirements, as specified in "Additional Authorization Requirements - CPS/e-Commerce Preferred Hotel, Car Rental, and Passenger Transport - U.S. Region," and may perform an Address Verification Service inquiry at the time of the Authorization Request. | | | | |

© 2012 Visa. All Rights Reserved.

# A3765

Visa International Operating Regulations

| Transaction Type | Point-of-Transaction Terminal | Reads/Transmits Full Data[5] | POS Entry Mode Code is 05, 07, 90, 91[5] | Visa or Visa Electron Card is Present | Signature is Obtained[7] |
|---|---|---|---|---|---|
| CPS/Small Ticket | $X^2$ | X | X | X | |

1. The Authorization Request must originate at an attended Point-of-Transaction Terminal.

2. Transaction must be authorized and completed in either a Face-to-Face Environment or at an Unattended Cardholder-Activated Terminal.

3. An Acquirer must perform an Address Verification Service Inquiry at the time of the Authorization Request and receive a "full match," "unsupported," or "retry" response to a "ZIP code only match" request.

4. Transactions for which the Card is not present and signature is not obtained are eligible for CPS/Retail 2, as specified in "CPS/Retail 2 Merchant Category Codes - U.S. Region"

5. Full unaltered contents of track 1 or track 2 of Magnetic Stripe, Chip, or Contactless Payment chip.

6. At least the first Authorization Request.

7. Cardholder signature is not required if the Transaction qualifies as a Visa Easy Payment Service Transaction.

ID#: 151012-010410-0006633

## CPS Authorization Code Requirements - U.S. Region

A U.S. Acquirer must obtain an Authorization Code for each Custom Payment Services (CPS) Transaction, as specified in the table below:

### Custom Payment Services Authorization Code Requirements

| Transaction Type | Authorization Code Requirements for Each Transaction |
|---|---|
| CPS/Retail | Exactly one, obtained on the Transaction Date |
| CPS/Retail Key-Entry | Exactly one, obtained on the Transaction Date |
| CPS/Retail 2 | Exactly one, obtained on the Transaction Date |
| CPS/Restaurant | Exactly one, obtained on the Transaction Date |
| CPS/Service Station | Exactly one, obtained on the Transaction Date |
| CPS/Hotel and Car Rental Card Not Present | At least one. The Acquirer may obtain multiple Authorization Codes for a Transaction. |
| CPS/Hotel and Car Rental Card Present | At least one. The Acquirer may obtain multiple Authorization Codes for a Transaction. |
| CPS/Passenger Transport | Exactly one |
| CPS/Card Not Present | Exactly one |

© 2012 Visa. All Rights Reserved.

# A3766

Visa International Operating Regulations

| Transaction Type | Authorization Code Requirements for Each Transaction |
|---|---|
| CPS/Automated Fuel Dispenser | A Status Check (or estimated amount, if using Real-Time Clearing) request originated at an Automated Fuel Dispenser |
| CPS/Account Funding | Exactly one, obtained on the Transaction Date |
| CPS/e-Commerce Basic | Exactly one |
| CPS/e-Commerce Preferred Retail | Exactly one |
| CPS/e-Commerce Preferred Hotel and Car Rental | At least one. The Acquirer may obtain multiple Authorization Codes for a Transaction. |
| CPS/e-Commerce Preferred Passenger Transport | Exactly one |
| CPS/Small Ticket | Exactly one, obtained on the Transaction Date |

ID#: 081010-010410-0006800

## CPS/Automated Fuel Dispenser - U.S. Region

### CPS/Automated Fuel Dispenser - Merchant Requirements - U.S. Region

To be eligible to submit CPS/Automated Fuel Dispenser Transactions, a U.S. Merchant must:

- Complete the required business certification prior to submitting Transactions into Interchange
- Maintain a "velocity-check" program to monitor the volume and frequency of Transactions

The Merchant must **not** exceed the CPS/Automated Fuel Dispenser fraud or Chargeback thresholds specified by Visa.

ID#: 010410-010410-0008556

### Additional Authorization Requirements-CPS/Automated Fuel Dispenser - U.S. Region

A U.S. Merchant must either:

- Perform a Status Check for a CPS/Automated Fuel Dispenser Transaction
- For a Real-Time Clearing Transaction, estimate the Authorization amount based on the Merchant's good faith estimate of the final Transaction amount, taking into account among other factors typical spending patterns at the Merchant location, not to exceed US $500. The CPS/Automated Fuel Dispenser Interchange Reimbursement Fee does not apply if the Completion Message with the final Transaction amount is not sent within X of the preauthorization request.

ID#: 111011-010410-0008557

© 2012 Visa. All Rights Reserved.

# A3767

Visa International Operating Regulations

**CPS/Automated Fuel Dispenser Transaction Amount - U.S. Region (Updated)**

In the U.S. Region, except as set forth below for a CPS/Automated Fuel Dispenser Transaction, the Transaction amount must not exceed:

- For a Visa Fleet Card, US $150
- For all other Cards, US $75
- For a Real-Time Clearing Transaction, US $500

As specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*, only for the purpose of calculating the applicable Interchange Reimbursement Fee in the U.S. Region, for a CPS/ Automated Fuel Dispenser Transaction, the Transaction amount must not exceed:

- For a Real-Time Clearing Transaction, US $500
- For all other Transactions, US $125

ID#: 151012-010410-0006823

## CPS/Hotel and Car Rental - Card Not Present and Card Present - U.S. Region

**CPS Hotel and Car Rental Chargeback Protection Limit - U.S. Region**

For a Lodging Merchant in the U.S. Region, if the Transaction amount is greater than the Chargeback Protection Limit, the Transaction must:

- Be authorized as specified in "Hotel Estimated Authorization Amount"
- Be no more than 15% greater than the sum of the authorized amounts
- Meet the Authorization Reversal requirements specified below

For a non-Prestigious Property Transaction, the cleared Transaction amount must be within 15%, plus or minus, of the total estimated amount authorized.

- The Acquirer may submit one full or partial Authorization Reversal to meet the 15% Authorization variance requirement.
- The Authorization Reversal may be greater than the amount of the initial Authorization Request.

An Acquirer may use the Status Check Procedure for a Prestigious Property Transaction if the cleared Transaction amount is less than or equal to the Chargeback Protection Limit.

ID#: 081010-010410-0008569

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3768

## Car Rental Merchant CPS Authorization Requirements - U.S. Region

**Effective through 13 April 2012,** an Acquirer of a Car Rental Merchant in the U.S. Region may use an estimated Transaction amount for submitting an Authorization Request. If the final Transaction amount is greater than the authorized amount, the Transaction must:

• Be authorized as specified in "Car Rental Estimated Authorization Amount"

• Be no more than 15% greater than the sum of the authorized amounts

• Meet the Authorization Reversal requirements specified below

**Effective through 13 April 2012,** for an estimated Car Rental Merchant Transaction, the cleared Transaction amount must be within 15%, plus or minus, of the total amount authorized.

**Effective 14 April 2012,** an Acquirer of a car rental Merchant in the U.S. Region may use an estimated Transaction amount for submitting an Authorization Request as specified in "Car Rental Estimated Authorization Amount." If the final Transaction amount is greater than the authorized amount, the Transaction must be authorized as specified in "T&E Final Authorization VIOR 5.1.E.4, USOR 5.2.K.3."

ID#: 230312-010410-0008570

## CPS/Supermarket - U.S. Region

### CPS/Supermarket Qualification - U.S. Region

In the U.S. Region, the CPS/Supermarket Interchange Reimbursement Fee qualification requirements apply only to those Supermarket Incentive Program Transactions processed as specified below.

The Transactions must have the following characteristics:

• Completed in a Face-to-Face Environment

• The full contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted

• Merchant is properly assigned Merchant Category Code 5411, "Grocery Stores and Supermarkets"

• Merchant is a non-membership retail store primarily engaged in selling food for home preparation and consumption

• Merchant offers a complete line of food merchandise, including self-service groceries, meat, produce, and dairy products

• Merchant has monthly sales of perishables (packaged and in-store bakery goods, dairy products, delicatessen products, floral items, frozen foods, meat, and produce) representing at least 45% of total monthly sales

• Merchant accepts Visa Cards or Visa Electron Cards for the purchase of all goods and services sold in the store, at all check-out lanes that accept checks

© 2012 Visa. All Rights Reserved.

# A3769

• Complies with the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*

ID#: 081010-010410-0008523

## CPS/Rewards - U.S. Region

### Custom Payment Services - Traditional Rewards Card and Visa Signature Card Transactions - U.S. Region

In the U.S. Region, a Transaction completed with a Visa Traditional Rewards Card or Visa Signature Card may qualify for either:

• CPS/Rewards 1 Interchange Reimbursement Fee

• CPS/Rewards 2 Interchange Reimbursement Fee

The CPS/Rewards 1 Interchange Reimbursement Fee is available to Visa Traditional Rewards Card Transactions that meet the requirements for one of the following Custom Payment Services (CPS) programs:

• CPS/Retail

• CPS/Supermarket

The CPS/Rewards 2 Interchange Reimbursement Fee is available for Transactions completed with a Visa Traditional Rewards Card that meet the requirements for one of the following Custom Payment services (CPS) programs:

• CPS/Card Not Present

• CPS/Retail Key-Entry

• CPS/Hotel and Car Rental Card Present

• CPS/Hotel and Car Rental Card Not Present

• CPS/Passenger Transport

• CPS/Restaurant

• CPS/e-Commerce Basic

• CPS/e-Commerce Preferred Hotel and Car Rental

• CPS/e-Commerce Preferred Passenger Transport

The CPS/Rewards 1 Interchange Reimbursement Fee is available to Visa Signature Card Transactions that qualify for one of the following Custom Payment Services (CPS) programs or are completed by a Merchant qualified for the applicable performance threshold program:

• CPS/Retail

• CPS/Retail Performance Threshold I

• CPS/Retail Performance Threshold II

© 2012 Visa. All Rights Reserved.

# A3770

Visa International Operating Regulations

- CPS/Retail Performance Threshold III
- CPS/Supermarket
- CPS/Supermarket Performance Threshold I
- CPS/Supermarket Performance Threshold II
- CPS/Supermarket Performance Threshold III

The CPS/Rewards 2 Interchange Reimbursement Fee is available to Visa Signature Card Transactions that qualify for one of the following Custom Payment Services (CPS) programs:

- CPS/Card Not Present
- CPS/Retail Key-Entry
- CPS/e-Commerce Basic

ID#: 081010-010410-0008984

## CPS/Rewards 1 and CPS/Rewards 2 for Visa Signature Card Transactions - U.S. Region

In the U.S. Region, the CPS/Rewards 1 Interchange Reimbursement Fee is available to Visa Signature Card Transactions that qualify for one of the following Custom Payment Services (CPS) programs, or are completed by a Merchant qualified for the applicable performance threshold program:

- CPS/Retail, CPS/Retail Performance Threshold I, CPS/Retail Performance Threshold II, CPS/Retail Performance Threshold III
- CPS/Supermarket, CPS/Supermarket Performance Threshold I, CPS/Supermarket Performance Threshold II, CPS/Supermarket Performance Threshold III

The CPS/Rewards 2 Interchange Reimbursement Fee is available to Visa Infinite Card or Visa Signature Card Transactions that qualify for one of the following Custom Payment Services (CPS) programs:

- CPS/Card Not Present
- CPS/Retail Key-Entry
- CPS/e-Commerce Basic

ID#: 010410-010410-0008568

© 2012 Visa. All Rights Reserved.

# A3771

Visa International Operating Regulations

### CPS/Small Ticket - U.S. Region

#### CPS/Small Ticket Merchant Category Codes - U.S. Region (Updated)

In the U.S. Region, in addition to the exclusions specified in "Visa Easy Payment Service (VEPS) Merchant Category Code Exclusions," a Visa Easy Payment Service (VEPS) Transaction does not qualify for the CPS/Small Ticket Interchange Reimbursement Fee if the Transaction is one of the following:

• Visa Signature Preferred Transaction

• Commercial Visa Product Transaction

• Visa Consumer credit Card (including Visa Signature Card) Transaction at a Merchant that is eligible for the Performance Threshold Interchange Reimbursement Fee Program. An exception applies to Transactions with MCC 5812, "Eating Places and Restaurants," or MCC 5814, "Fast Food Restaurants."

ID#: 151012-161010-0026011

# Industry-Specific Merchant Programs - U.S. Region

### Industry-Specific Merchant Program Requirements - U.S. Region

#### Industry-Specific Merchant Incentive Programs - U.S. Region

In the U.S. Region, Visa offers incentive programs for Transactions completed by Merchants in specific Merchant segments. Visa reserves the right to disqualify a Merchant from participation in, or to modify or discontinue a Merchant incentive program at any time.

ID#: 050411-010100-0025930

#### Visa Utility Program Interchange Reimbursement Fee Qualification - U.S. Region (Updated)

In the U.S. Region, only Visa Consumer Card Transactions or Visa Business Card Transactions (including Visa Business Enhanced Card and Visa Signature Business Card) completed by a Merchant registered with the Visa Utility Interchange Reimbursement Fee Program may qualify for the Visa Utility Program Interchange Reimbursement Fee, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and the *Visa Utility Interchange Reimbursement Fee Program Guide*.

Utility Transactions involving registered Visa Merchants properly assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, Sanitary" receive the utility Interchange Reimbursement Fee by meeting certain business requirements. Credit Voucher Transactions are not eligible for this program.

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3772

To qualify for the Visa Utility Interchange Reimbursement Fee Program, a U.S. Merchant must:

- Contract directly with an Acquirer to be a Merchant, and the Merchant Outlet must be properly identified in the Authorization and Clearing Records

- Be properly assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, Sanitary"

- Accept Visa as a means of payment in all channels where payments are accepted (e.g., Face-to-Face Environments and Card-Absent Environments, as applicable)

- Visually represent the Visa Flag Symbol or Visa Brand Mark or Visa Brand Name on its Website

- Not charge a Convenience Fee to a Cardholder for processing a Visa Transaction. This restriction also applies to a third-party agent that processes Transactions for a utility Merchant.

- Feature the opportunity to pay with Visa at least as prominently as all other payment methods

- Be registered with Visa by its Acquirer

Transactions completed by a Merchant providing telecommunication or cable services are not eligible to participate in the Visa Utility Interchange Reimbursement Fee Program (Merchant Category Code 4900 is not applicable to such Merchants). Visa reserves the right to disqualify a Merchant from participation in or to modify or discontinue the Visa Utility Interchange Reimbursement Fee Program at any time.

An Acquirer must register the Visa Utility Payment Program Merchant, as specified in the *Visa Utility Interchange Reimbursement Fee Program Guide*.

ID#: 151012-010410-0008990

## Visa Debt Repayment Program - U.S. Region (Updated)

In the U.S. Region, Visa Debt Repayment Program Transactions completed by a registered Visa Merchant qualify for the Debt Repayment Program Interchange Reimbursement Fee by meeting the applicable business requirements specified in the *Visa Debt Repayment Program Guide* and the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

Transactions must have the following characteristics:

- Transaction is completed with a Visa Debit Card

- Merchant is properly assigned Merchant Category Code 6012, "Financial Institutions - Merchandise and Services," or 6051, "Non-Financial Institutions - Foreign Currency, Money Orders (not Wire Transfer), Travelers Cheques"

- Transaction is a U.S. Domestic Transaction

- The bill payment and existing debt indicators are included in the Authorization Request and Clearing Record

To qualify for the Debt Repayment Program Interchange Reimbursement Fee, the Merchant must:

- Not assess any fee, including a Convenience Fee, to a Cardholder for processing the Visa Transaction. This restriction also applies to a third-party agent that processes Transactions for a Debt Repayment Program Merchant.

© 2012 Visa. All Rights Reserved.

# A3773

- Comply with "Basic Custom Payment Services (CPS) Requirements - U.S. Region"
- Be registered by its Acquirer as specified in the *Visa Debt Repayment Program Guide*

ID#: 151012-010410-0006781

## Debit Tax Payment Interchange Reimbursement Fee Qualification - U.S. Region (Updated)

In the U.S. Region, Tax Payment Transactions from a qualified Visa Merchant qualify for the Debit Tax Payment Interchange Reimbursement Fee by meeting the applicable business requirements specified in the *Visa Tax Payment Program Guide* and the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

Transactions must have the following characteristics:

- Transaction is completed with a Visa Debit Card
- Merchant is properly assigned Merchant Category Code 9311, "Tax Payments"
- Merchant complies with Convenience Fee requirements

The Acquirer must register the Tax Payment Program Merchant, as specified in the *Visa Tax Payment Program Guide.*

The following Transactions are not eligible for the Tax Payment Program:

- Transactions completed with a Visa Consumer Credit Card or Commercial Visa Product
- Credit Voucher

Visa reserves the right to disqualify a Tax Payment Program Merchant from participation in, modify, or discontinue the Debit Tax Payment Interchange Reimbursement Fee program at any time.

ID#: 151012-010410-0006762

## GSA Large Ticket Interchange Reimbursement Fee Qualification - U.S. Region (Updated)

In the U.S. Region, the GSA Large Ticket Interchange Reimbursement Fee program supports the GSA requirements for enhanced processing of GSA Large Ticket Transactions. These Transactions take place at external suppliers (non-government Merchants) and are authorized, cleared, and settled for up to a maximum individual amount of US $10 million.

To qualify for the GSA Purchasing Card Large Ticket Interchange Reimbursement Fee program, a Transaction must have the following characteristics:

- Completed using a GSA Visa Purchasing Card
- Meet the qualification requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and the *Visa Purchasing Card Large Ticket Program Guide*
- CPS-qualified

© 2012 Visa. All Rights Reserved.

# A3774

• Not completed by a Travel Service Category or Passenger Transport Service Category Merchant

ID#: 151012-010410-0008539

## GSA Government-to-Government (G2G) Interchange Reimbursement Fee Qualification - U.S. Region

In the U.S. Region, under the GSA Government-to-Government Program, federal government-to-government Transactions from eligible Visa Merchants will receive the GSA Government-to-Government (G2G) Interchange Reimbursement Fee by meeting certain processing requirements as specified in the *Visa Government-to-Government (G2G) Program Guide.*

The GSA Government-to-Government (G2G) Interchange Reimbursement Fee applies to GSA Visa Purchasing Card original Transactions and related Chargebacks, Representments, and Clearing Reversals. Credit Vouchers are not eligible for this program.

To qualify for the GSA Government-to-Government Program, a Transaction must be completed by a qualified Merchant and have the following characteristics:

• Completed with a GSA Visa Purchasing Card
• Merchant is properly assigned one of the following Merchant Category Codes:
  – 9399 "Government Services Not Elsewhere Classified"
  – 9402 "Postal Services - Government Only"
• Merchant Verification Value (MVV) is present, valid, and matches the MVV and Acquirer BIN relationship
• Registered with Visa
• CPS-qualified
• Not completed by a Travel Service Category or Passenger Transport Service Category Merchant

ID#: 111011-010100-0026015

## GSA Government-to-Government Disqualification - U.S. Region

In the U.S. Region, Visa reserves the right to disqualify a Merchant from participation in, modify, or discontinue the GSA Government-to-Government Program at any time.

ID#: 081010-041008-0007196

© 2012 Visa. All Rights Reserved.

# A3775

# Interchange Reimbursement Fee Programs - U.S. Region

## Credit Voucher Program - U.S. Region

### Credit Voucher Program Qualification - U.S. Region (Updated)

In the U.S. Region, Interchange Reimbursement Fees are paid by the Issuer to the Acquirer on merchandise credits, or Credit Vouchers. The Interchange Reimbursement Fee for a Credit Voucher Transaction will be determined by the following combinations of Card type and Merchant segment:

- Transactions on all Card types with passenger transport Merchant Category Codes (MCCs 3000-3299, 4112, and 4511)
- Transactions involving Visa Consumer Cards with non-passenger transport Merchant Category Codes (all MCCs except 3000-3299, 4112, and 4511)
- Transactions involving Commercial Cards with non-passenger transport Merchant Category Codes (all MCCs except 3000-3299, 4112, and 4511)
- Consumer (Credit /Debit) Program if the Merchant meets the eligibility requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.* These Transactions must not take place at a passenger transport Merchant location (MCCs 3000-3299, 4112, and 4511) or a High-Brand Risk Merchant location (MCCs 5962, 5966, and 5967).

ID#: 151012-010410-0008760

### Credit Vouchers for Airline/Railway Ticket - U.S. Region

For CPS/Passenger Transport Transactions in the U.S. Region, an Acquirer must provide the Airline/ Railway Ticket Identifier that was associated with the original Transaction for the related Credit Voucher Transaction.

ID#: 081010-010410-0006542

### Credit Vouchers for GSA Large Ticket Transactions - U.S. Region

For GSA Large Ticket Transactions in the U.S. Region, an Acquirer must process the Credit Voucher Transaction at the Interchange Reimbursement Fee applied to the original related Transaction.

ID#: 010410-010410-0006543

### Credit Vouchers for Large Purchasing Ticket Transactions - U.S. Region

For Credit Vouchers involving Visa Purchasing Large Ticket Transactions in the U.S. Region:

© 2012 Visa. All Rights Reserved.

# A3776

Visa International Operating Regulations

- If the credit amount is equal to the original Transaction amount or exceeds the threshold amount specified in *Visa U.S.A. Interchange Reimbursement Fees,* an Acquirer must process the Credit Voucher Transaction at the Interchange Reimbursement Fee applied to the original related Transaction

- If the credit amount is less than the threshold amount specified in *Visa U.S.A. Interchange Reimbursement Fees*, the Acquirer must process the Credit Voucher Transaction at the applicable Interchange Reimbursement Fee

ID#: 050411-010410-0006544

## Credit Vouchers for Visa Large Purchasing Advantage - U.S. Region (New)

**Effective 14 April 2012,** in the U.S. Region, for Credit Vouchers involving Visa Large Purchase Advantage Transactions, an Acquirer must process the Transaction as follows:

- At the Credit Voucher—Non-Passenger Transport Interchange Reimbursement Fee if the credit amount is less than or equal to US $3000

- At the applicable Visa Large Purchase Advantage Interchange Reimbursement Fee rate specified in the *Visa U.S.A. Interchange Reimbursement Fees* if the credit amount is greater than US $3000

ID#: 151012-140412-0026970

## Credit Voucher Interchange Reimbursement Fee for Mail/Phone Order and Electronic Commerce Merchants - U.S. Region (Updated)

In the U.S. Region, Transactions completed with a Visa Consumer Card qualify for the applicable Credit Voucher Interchange Reimbursement Fee if 70% or more of the Merchant's cumulative Visa Consumer Card sales volume during the previous calendar-year quarter was processed using one of the following programs:

- CPS/Card Not Present Interchange Reimbursement Fee

- CPS/e-Commerce (Basic or Preferred) Interchange Reimbursement Fee

The following Transaction types are not eligible:

- Account Funding Transactions

- Commercial Visa Product Transactions

- Quasi-Cash Transactions

- Transactions originating from High-Brand Risk Merchants (Merchant Category Codes 5962, 5966, and 5967)

- Transactions originating from Passenger Transport Service Category Merchants

An Acquirer may apply the Credit Transaction Interchange Reimbursement Fee beginning 30 days or less after the quarter end in which the Merchant meets eligibility requirements.

ID#: 151012-010410-0006545

© 2012 Visa. All Rights Reserved.

# A3777

## ATM Tiered Interchange Reimbursement Fee - U.S. Region

### ATM Interchange Reimbursement Fee Qualification - U.S. Region

**Effective through 13 April 2012,** a U.S. Member with ATMs that qualify for the ATM Interchange Reimbursement Fee Tier 1 level must comply with registration requirements, available from Visa upon request.

In the U.S. Region, an ATM may qualify for the ATM Interchange Reimbursement Fee Tier 1 level if the ATM meets the requirements in the "Visa/Plus ATM Portfolio Profile" form. The "Visa/Plus ATM Portfolio Profile" form is available from Visa upon request.

An ATM that does not qualify for the ATM Interchange Reimbursement Fee Tier 1 level will be subject to the ATM Interchange Reimbursement Fee Tier 2 level.

ID#: 160312-010410-0006709

### ATM Interchange Reimbursement Fee - Tier 2 - U.S. Region

**Effective through 13 April 2012,** in the U.S. Region, an ATM that does not qualify for the ATM Interchange Reimbursement Fee Tier 1 level will be subject to the ATM Interchange Reimbursement Fee Tier 2 level.

ID#: 160312-010410-0006710

## Performance Threshold Interchange Reimbursement Fees

### Performance Threshold Interchange Reimbursement Fee - Visa Consumer Credit - U.S. Region

In the U.S. Region, the Performance Threshold Interchange Reimbursement Fee Program - Consumer Credit provides incentive Interchange Reimbursement Fee rates to Retail Merchant and supermarket Transactions meeting certain performance threshold requirements. Transactions from eligible Merchants receive incentive Interchange Reimbursement Fee rates on Transactions that would otherwise be eligible for CPS/Retail and CPS/Supermarket Interchange Reimbursement Fee Programs.

Transactions from qualified Merchants that meet the performance threshold requirements must have the following characteristics:

• Completed with a Visa Traditional or Visa Traditional Rewards Card

• U.S. Domestic Transaction

• CPS-qualified using the fee edit criteria for CPS/Retail or CPS/Supermarket

© 2012 Visa. All Rights Reserved.

# A3778

Visa International Operating Regulations

U.S. Merchant eligibility for the Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Credit will be determined by Visa annually. The performance thresholds specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* apply to qualified Visa Consumer Credit Card original Transactions and related Chargebacks, Representments, and Clearing Reversals.

Visa Signature CPS/Retail and CPS/Supermarket Transactions are ineligible for Performance Threshold Interchange Reimbursement Fees. Such Transactions may qualify for the CPS/Rewards 1 Interchange Reimbursement Fee.

Performance Threshold Interchange Reimbursement Fee eligibility requirements are based on annual volume criteria as specified by Visa. Additionally, Visa will determine the timing and manner of implementation for the Performance Threshold Interchange Reimbursement Fees available to Acquirers related to the Performance Threshold Interchange Reimbursement Fee Program – Visa Consumer Credit.

ID#: 160312-010100-0026709

# ATM Interchange Reimbursement Fees - U.S. Region

## ATM Interchange Reimbursement Fee Levels - U.S. Region

**Effective 14 April 2012,** the Interchange Reimbursement Fee paid to the Acquirer for a domestic Visa ATM Cash Disbursement Transaction in the U.S. Region is determined by an Issuer's quarterly Transaction count of approved Visa ATM Cash Disbursements from the previous quarter.

**Effective 14 April 2012,** Visa will determine an Issuer's Transaction count of approved ATM Cash Disbursements and implement the corresponding Interchange Reimbursement Fee level no later than 45 days following the end of each calendar quarter

ID#: 060412-140412-0026760

© 2012 Visa. All Rights Reserved.

# A3779

# Performance Threshold Interchange Reimbursement Fees - U.S. Region

## Performance Threshold Interchange Reimbursement Fee Consumer Credit and Consumer Debit - U.S. Region

### Performance Threshold Interchange Reimbursement Fee - Visa Consumer Debit - General - U.S. Region

**Effective through 13 April 2012,** in the U.S. Region, the Performance Threshold Interchange Reimbursement Fee Program provides incentive Interchange Reimbursement Fee rates to retail and supermarket Transactions meeting certain performance threshold requirements. Transactions from eligible Merchants receive the incentive Interchange Reimbursement Fee rates on Transactions that would otherwise be eligible for CPS/Retail and CPS/Supermarket Interchange Reimbursement Fee programs.

Transactions from qualified Merchants that meet the performance threshold requirements must have the following characteristics:

• Completed with a Visa Debit Card

• U.S. Domestic Transaction

• CPS-qualified using the fee edit criteria for CPS/Retail or CPS/Supermarket

U.S. Merchant eligibility for the Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Debit will be determined by Visa annually. The performance thresholds specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* apply to qualified Visa Debit Card original Transactions and related Chargebacks, Representments, and Clearing Reversals.

Performance Threshold Interchange Reimbursement Fee eligibility requirements are based on annual volume criteria as specified by Visa. Additionally, Visa will determine the timing and manner of implementation for the Performance Threshold Interchange Reimbursement Fees available to Acquirers related to the Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Debit.

ID#: 160312-010410-0006724

© 2012 Visa. All Rights Reserved.

# A3780

# Visa Signature Preferred Interchange Reimbursement Fees - U.S. Region

## Visa Signature Preferred Interchange Reimbursement Fee Requirements - U.S. Region

### Visa Signature Preferred Interchange Reimbursement Fee Qualification - U.S. Region

In the U.S. Region, Visa Signature Preferred Card Transactions may be CPS-qualified under one of the consumer programs as defined in the U.S. Regional Operating Regulations and as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0008515

### Visa Signature Preferred Standard Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, a Visa Signature Preferred Transaction that does not qualify for any Custom Payment Services (CPS) program may only be eligible for the Visa Signature Preferred Standard Interchange Reimbursement Fee.

ID#: 081010-010410-0008989

### Visa Signature Preferred Electronic Interchange Reimbursement Fee - U.S. Region (Updated)

To qualify for the Visa Signature Preferred Electronic Interchange Reimbursement Fee, the Visa Signature Preferred Transaction must be conducted at a Travel Service Category Merchant and must be CPS-qualified, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 151012-010100-0025806

### Visa Signature Preferred Retail Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, a Visa Signature Preferred Consumer Credit Card Transaction that originates at a non-Travel Service Category Merchant Outlet may qualify for the Visa Signature Preferred Retail Interchange Reimbursement Fee. To qualify for this program, the Transaction must be CPS-qualified, occur at a Retail Merchant, and meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0006758

© 2012 Visa. All Rights Reserved.

# A3781

## Visa Signature Preferred Card Not Present Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, a Mail/Phone Order Transaction, Electronic Commerce Transaction, or a Transaction completed by a Merchant in a select developing market as defined in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* (excluding Travel Service Category Transactions) may qualify for the Visa Signature Preferred Card CPS/Card Not Present Interchange Reimbursement Fee.

ID#: 081010-010410-0006756

## Visa Signature Preferred Business-to-Business Interchange Reimbursement Fee - U.S. Region (Updated)

In the U.S. Region, a Visa Signature Preferred Transaction completed at a non- Travel Service Category Merchant Outlet may qualify for the Visa Signature Preferred Business-to-Business Interchange Reimbursement Fee. To qualify for this program, the Transaction must be CPS-qualified, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and occur at a Merchant Outlet properly assigned a business-to-business Merchant Category Code as specified in the *Visa Merchant Data Standards Manual.*

ID#: 151012-010410-0008519

## Visa Signature Preferred Fuel Interchange Reimbursement Fee - U.S. Region

A Visa Signature Preferred Transaction completed at an Automated Fuel Dispenser or service station may qualify for the Signature Preferred Fuel Interchange Reimbursement Fee. The Transaction must be CPS-qualified for CPS/Automated Fuel Dispenser, CPS/Retail Service Station, or CPS/Small Ticket.

ID#: 081010-010100-0025807

## Visa Signature Preferred Utility Interchange Reimbursement Fee - U.S. Region

In the U.S. Region, a Visa Signature Preferred Card Transaction conducted at a Merchant properly assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, Sanitary" may be eligible to receive the Visa Utility Interchange Reimbursement Fee, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and the *Visa Utility Interchange Reimbursement Fee Program Guide.*

ID#: 081010-010100-0025808

© 2012 Visa. All Rights Reserved.

# A3782

# Commercial Interchange Reimbursement Fees - U.S. Region

## Commercial Interchange Reimbursement Fees and Programs - U.S. Region

### Commercial Card Standard Interchange Reimbursement Fee - U.S. Region (Updated)

In the U.S. Region, Commercial Visa Product Transactions that do not qualify for CPS and do not meet the Level II Enhanced Data requirement will qualify for the Commercial Card Standard Interchange Reimbursement Fee program, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*, and are assessed the Commercial Card Standard Interchange Reimbursement Fee rate.

ID#: 151012-151010-0026002

### Commercial Card Electronic Interchange Reimbursement Fee - U.S. Region (Updated)

In the U.S. Region, Commercial Visa Product Transactions are eligible for the Electronic Interchange Reimbursement Fee, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.* The following Commercial Visa Product Transactions are specifically excluded:

- High-Brand Risk Merchants (Merchant Category Codes 5962, 5966, and 5967)
- Non-Secure Transactions

ID#: 151012-151010-0026003

### Commercial Card - Non-Travel Service, Level II Interchange Reimbursement Fee - U.S. Region (Updated)

In the U.S. Region, the Commercial Level II (non- Travel Service Category) Interchange Reimbursement Fee is available for taxable Commercial Visa Product Transactions that are CPS-qualified and meet certain additional data requirements, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*. Tax-exempt Commercial Visa Product Transactions and Commercial Visa Product Transactions using the CPS/Account Funding program are not eligible for the Commercial Level II (non-Travel Service Category) Interchange Reimbursement Fee.

ID#: 151012-151010-0026004

### Purchasing Card Electronic with Data Interchange Reimbursement Fee - U.S. Region (Updated)

In the U.S. Region, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*, the Purchasing Card Electronic with Data Interchange Reimbursement Fee is available to:

© 2012 Visa. All Rights Reserved.

# A3783

Visa International Operating Regulations

• Non-General Services Administration (non-GSA) Visa Purchasing Transactions that meet certain additional data requirements, but are not CPS-qualified

• **Effective 14 April 2012,** Visa Large Purchase Advantage Card Transactions that do not qualify for the Visa Large Purchase Advantage Interchange Reimbursement Fee rate but satisfy the data requirements for Visa Purchasing Cards

Visa Purchasing Card Transactions, or **effective 14 April 2012,** Visa Large Purchasing Advantage Card Transactions that use the CPS/Account Funding program are not eligible for the Purchasing Card Electronic with Data Interchange Reimbursement Fee.

ID#: 151012-151010-0026005

## Purchasing Card Level III (Non-Travel Service Category) - U.S. Region (Updated)

In the U.S. Region, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide,* the Purchasing Card Level III (non-Travel Service Category) Interchange Reimbursement Fee is available to:

• Visa Purchasing Card Transactions that are CPS-qualified and meet certain additional data requirements

• **Effective 14 April 2012,** Visa Large Purchase Advantage Card Transactions that do not qualify for Visa Large Purchase Advantage Interchange Reimbursement Fee rate but are eligible for Visa Purchasing Card rates

Visa Purchasing Card Transactions or **effective 14 April 2012**, Visa Large Purchase Advantage Transactions that use the CPS/Account Funding program are not eligible for the Purchasing Card Level III (non-Travel Service Category) Interchange Reimbursement Fee.

ID#: 151012-151010-0026006

## Utility Business Program - U.S. Region (Updated)

In the U.S. Region, Visa Business Card, Visa Business Enhanced Card, or Visa Signature Business Card Transactions conducted at a Merchant properly assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, Sanitary," may be eligible to receive the Utility Business Interchange Reimbursement Fee, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 151012-151010-0026007

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3784

### Commercial Card Retail Interchange Reimbursement Fee - U.S. Region (Updated)

In the U.S. Region, Commercial Visa Product Transactions completed at a non- Travel Service Category Merchant Outlet that do not meet the Level II Enhanced Data requirement may qualify for the Commercial Retail Interchange Reimbursement Fee. To qualify for this program, the Transaction must be CPS-qualified for certain CPS programs, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide,* and occur at a Retail Merchant Outlet.

ID#: 151012-010100-0025811

### Commercial Card - Card Not Present Interchange Reimbursement Fee - U.S. Region (Updated)

In the U.S. Region, Mail/Phone Order Transactions, Electronic Commerce Transactions, or Transactions completed by a Merchant in a select developing market as defined in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* (excluding Travel Service Category Transactions) and that do not meet the Level II Enhanced Data requirement may qualify for the Commercial Card- Card Not Present rate. To qualify for this program, the Transaction must be CPS-qualified for certain CPS programs, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 151012-010100-0025812

### Commercial Card Business-to-Business (B2B) Interchange Reimbursement Fee - U.S. Region (Updated)

In the U.S. Region, Commercial Visa Product Transactions that do not meet the Level II Enhanced Data requirement will qualify for the Commercial Business-to-Business Interchange Reimbursement Fee. To qualify for this program, the Transaction must be CPS-qualified, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide,* and be completed at a Merchant properly assigned a business-to-business Merchant Category Code, as specified in the *Visa Merchant Data Standards Manual.*

ID#: 151012-010100-0025810

© 2012 Visa. All Rights Reserved.

# A3785

# Visa Purchasing Large Ticket Interchange Reimbursement Fee - U.S. Region

## Visa Purchasing Large Ticket Interchange Reimbursement Fee - General - U.S. Region

### Visa Purchasing Large Ticket Interchange Reimbursement Fee Qualification - U.S. Region (Updated)

In the U.S. Region, the Visa Purchasing Large Ticket Interchange Reimbursement Fee program supports the requirements for enhanced processing of non-General Services Administration (GSA) large ticket Transactions. These Transactions are authorized, cleared, and settled for up to a maximum individual amount of US $10 million.

**Effective 14 April 2012,** Visa Large Purchase Advantage Transactions that do not meet the Visa Large Purchase Advantage Interchange Reimbursement Fee qualification criteria may qualify for the Visa Purchasing Large Ticket Interchange Reimbursement Fee.

To qualify for the Visa Purchasing Large Ticket Interchange Reimbursement Fee program, the Transaction must have the following characteristics:

• Submitted by an eligible Merchant, other than a Travel Service Category or Passenger Transport Service Category Merchant, that has been registered with Visa as specified in the *Visa Purchasing Card Large Ticket Program Guide*

• Completed with a non-GSA Visa Purchasing Card

• U.S. Domestic Transaction

• **Effective through 13 April 2012,** Merchant Verification Value (MVV) is present, valid, and matches the MVV and Acquirer BIN relationship registered with Visa

• Meets the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* and the *Visa Purchasing Card Large Ticket Program Guide*

ID#: 151012-010410-0008758

© 2012 Visa. All Rights Reserved.

# A3786

# Visa Large Purchase Advantage Interchange Reimbursement Fee – U.S. Region

## Visa Large Purchase Advantage Interchange Reimbursement Fee – General – U.S. Region

### Visa Large Purchase Advantage Interchange Reimbursement Fee Qualification – U.S. Region (New)

**Effective 14 April 2012,** in the U.S. Region, a Visa Large Purchase Advantage Transaction may be authorized, cleared and settled up to a maximum Transaction amount of US $10 million.

To qualify for the Visa Large Purchase Advantage Interchange Reimbursement Fee, the Transaction must be:

- Associated with a BIN or account range registered for Visa Large Purchase Advantage
- A U.S. Domestic Transaction
- A non-General Services Administration (GSA) Transaction
- For an amount greater than US $10,000
- Qualified for an eligible Custom Payment Service (CPS) that supports Card-not-present Transaction processing, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* for the CPS program
- Submitted by an eligible Merchant other than Travel Service Category Merchant properly registered with Visa
- Cleared within 8 calendar days from the Transaction Date

A Visa Large Purchase Advantage Transaction that does not meet the Clearing timeframe or the CPS qualification criteria will be returned to the Acquirer. An Acquirer must resubmit the Transaction to request an applicable Visa Purchasing Interchange Reimbursement Fee.

ID#: 151012-010100-0026971

# Visa Fees - General

## Fee Assessment and Responsibility

### Fee and Charge Revisions (Updated)

As with all Operating Regulations, fees and charges are subject to change by Visa.

© 2012 Visa. All Rights Reserved.

# A3787

VisaNet processing charges, membership fees, and other service and program fees are specified in the applicable Fee Guide.

ID#: 151012-010410-0003014

## Responsibility for Charges - U.S. Region

All charges imposed by Visa, whether in the form of fees, exchange rates, or otherwise, are charges imposed on U.S. Members or VisaNet Processors or Agents operating on behalf of a U.S. Member. A U.S. Member or VisaNet Processor or Agent operating on behalf of a U.S. Member is responsible for paying all charges, regardless of whether it absorbs the charges, passes them on, or increases them in billing its customer (e.g., Cardholder, Merchant). The Member, VisaNet Processor, or Agent must not represent to its customer that Visa imposes any charge on its customer.

ID#: 010410-010410-0003015

# Fee Collection

## Visa Fee Collection and Funds Disbursement

### Card Service Fee Collection

Visa assesses and collects Card service fees through the Global Member Billing Solution or other designated method.

ID#: 111011-010410-0007886

### Fee Adjustments (Updated)

If Visa confirms that a Member has either underpaid or overpaid its fees, Visa may process a fee adjustment. The fee adjustment time period is limited to the 2 years prior to the date that either:

- The overpayment or underpayment was reported to Visa by the Member
- Visa discovered that an adjustment was due to the Member

Visa reserves the right to collect an underpayment from a Member beyond the 2-year period.

In the AP Region, Card service fees paid will be refunded for the most recent quarter. The Member must submit its refund request within 60 days from the close of the quarter in question. For all other fees, the provisions specified above apply.

Any collection or refund does not include interest.

ID#: 151012-010100-0026403

© 2012 Visa. All Rights Reserved.

# A3788

## Fee Collection and Funds Disbursement Reason Codes - U.S. Region (Updated)

Reason Codes for Fee Collection Transactions and Funds Disbursement Transactions for use in the U.S. Region are listed in the table below. Visa may collect or disburse the listed fee and charge types from U.S. Members through VisaNet, as specified in the applicable VisaNet Manuals. Fees and charges are listed on the Visa Billing Statement and collected through the Global Member Billing Solution.

### Fee Collection Transactions and Funds Disbursement Fees and Reason Codes - U.S. Region

| Fees and Charges | Reason Code |
|---|---|
| Global Member Billing Solution | 5010 |
| BIN Licensing and Administration Program fees Sponsored Member Registration Program | 5010 or 5195 |
| Supermarket Incentive Program marketing fee | 5015 |
| Arbitration/ Compliance filing and/or review fee | 5020 |
| BASE II access charge | 5030 |
| Miscellaneous fees or charges | 5040 |
| Issuers' Clearinghouse Service fees | 5050 |
| Risk Identification Service (RIS) Online fees | 5060 |
| Visa account tracking service | 5090 |
| Third Party registration fee/annual fee | 5140 |
| Chargeback handling fees | 5150 |
| VisaNet Copy Request and Fulfillment Service Fulfillment fee | 5160 |
| VisaNet Copy Request and Fulfillment Service access fee | 5165 |
| VisaNet Copy Request and Fulfillment Service Nonfulfillment fee | 5170 |
| Merchant review fee | 5180 |
| Membership compliance fees and penalties | 5185 |
| BIN licensing and administration program fees | 5190 |
| Inaccurate Merchant data fine | 5210 |
| Initial or quarterly service fee and/or late payment fees | 5245 |
| Member or VisaNet Processor indemnification reimbursement | 5250 |

© 2012 Visa. All Rights Reserved.

# A3789

Visa International Operating Regulations

| Fees and Charges | Reason Code |
|---|---|
| Corporate indemnification of settlement risk | 5290 |

ID#: 151012-010410-0003149

## Member Fee Collection and Funds Disbursement

### Fee Collection/Funds Disbursement Process - U.S. Region

A U.S. Member or its Authorizing Processor may collect fees or disburse funds as allowed through VisaNet using the Fee Collection Transaction (transaction code 10) or Funds Disbursement Transaction (transaction code 20) specified in the "Fee Collection Dispute Resolution - U.S. Region" table and "Fee Collection Transactions and Funds Disbursement Fees and Reason Codes Used by Members and Authorizing Processors - U.S. Region" table. No other use of the Fee Collection Transaction/Funds Disbursement Transaction process is permitted.

ID#: 010410-010410-0003152

### Fee Collection and Funds Disbursement Time Limit - U.S. Region

A U.S. Member or its Authorizing Processor must collect fees or disburse funds within 45 days from the related event, unless otherwise specified.

ID#: 010410-010410-0003153

### Data and Documentation Requirements for Fee Collections and Funds Disbursements - U.S. Region

The table below lists fee types and funds that are settled through VisaNet, the corresponding Reason Codes, and the data and documentation required for each fee or disbursement in the U.S. Region.

### Fee Collection Transactions and Funds Disbursement Fees and Reason Codes Used by Members and Authorizing Processors - U.S. Region

| Fee | Reason Code | Data and Documentation Required |
|---|---|---|
| Lost/Stolen Card Reporting Service fees | 0130 | Must specify in the message text the date of loss as reported by the Cardholder. |
| | | Member must return "Lost or Stolen Card Report" (Exhibit 1A) to the Issuer, as specified in "Lost or Stolen Card Reporting." |

© 2012 Visa. All Rights Reserved.

# A3790

Visa International Operating Regulations

| Fee | Reason Code | Data and Documentation Required |
|---|---|---|
| Recovered Visa Card, or Visa Electron Card handling fees/rewards | 0150 | Must specify in the message text:<br><br>• Cardholder name on the recovered Visa Card or, if applicable, on the Visa Electron Card<br><br>• If the Visa Card or Visa Electron Card was recovered as the result of a Code 10 Authorization, the words "Code 10"<br><br>Must specify in the event date field the date the Visa Card or Visa Electron Card was recovered.<br><br>Must return recovered Visa Card or Visa Electron Card and "Recovered Card Advice" (Exhibit 1E) to the Issuer, as specified in "Card Recovery." |
| Recovery of Retrieval Request fees | 0170 | Must specify in the message text:<br><br>• Acquirer Reference Number<br><br>• VisaNet Retrieval Request date<br><br>• Reason for recovery (such as "copy illegible") |
| Emergency Card Replacement distribution fee | 0200 | Must specify in the message text the date of Visa Card, Visa Electron Card, or Visa TravelMoney Card distribution. |
| Emergency Cash Disbursement handling fee | 0210 | Must specify in the message text the Transaction amount. |
| Arbitration/Compliance case decision or filing fee | 0220 | Must specify in the message text:<br><br>• Cardholder name<br><br>• Acquirer Reference Number of the Transactions involved<br><br>• Notification date of the Visa decision, or date of the other Member's withdrawal notification to Visa, as applicable |

© 2012 Visa. All Rights Reserved.

# A3791

Visa International Operating Regulations

| Fee | Reason Code | Data and Documentation Required |
|---|---|---|
| Incorrect Merchant Identification/Transaction Date handling fee | 0230 | Must be collected within 45 calendar days of the receipt date of the Transaction Receipt.<br><br>Must specify in the message text:<br><br>• Acquirer Reference Number<br><br>• VisaNet Transaction Receipt request date<br><br>• Transaction Receipt receipt date<br><br>• Reason for the fee collection, specifying both the incorrect and correct information (such as, "Merchant name is XXXX not YYYY" )<br><br>Handling fee must **not** be collected for an incorrect Transaction Date if the Transaction Date field either:<br><br>• Is zero-filled, as specified in "VisaNet Clearing Message Content Standards" (Exhibit NN)<br><br>• For a Lodging, Cruise Line, or Car Rental Merchant Transaction, contains either the date the Card was first presented or the date the Transaction was completed |
| "Good Faith" collection letter acceptance Funds Disbursement | 0240 | Must specify the date of the "Good Faith" collection letter in the event date field of the VisaNet Funds Disbursement record. Must specify in the message text:<br><br>• Acquirer Reference Number, if applicable<br><br>• Words "Good Faith Collection Letter"<br><br>• File number, if provided |
| "Cardholder Does Not Recognize Transaction" Chargeback handling fee | 0250 | Must be collected within 45 calendar days of the Central Processing Date of the Representment.<br><br>Must specify in the message text:<br><br>• Transaction Amount<br><br>• Either:<br><br>  – "Itinerary provided"<br><br>  – "No Show indicator present" |
| Pre-Arbitration/pre-Compliance acceptance Funds Disbursement | 0350 | Must specify the date of the pre-Arbitration or pre-Compliance letter in the event date field of the VisaNet Funds Disbursement record.<br><br>Must specify in the message text:<br><br>• Acquirer Reference Number, if applicable<br><br>• Words "pre-Arbitration" or "pre-Compliance"<br><br>• File number, if provided |

© 2012 Visa. All Rights Reserved.

# A3792

Visa International Operating Regulations

| Fee | Reason Code | Data and Documentation Required |
|-----|-------------|-------------------------------|
| Interchange Reimbursement Fee pre-Compliance acceptance Funds Disbursement | 0350 | Must specify the date of the Interchange Fee pre-Compliance letter in the event date field of the VisaNet Funds Disbursement record. |
| | | Must specify in the message text: |
| | | • Acquirer Reference Number, if applicable |
| | | • Words "Interchange Fee pre-Compliance" |
| | | • File number, if provided |

ID#: 151011-010410-0006472

## Fee Collection Disputes - U.S. Region

A U.S. Member receiving a Fee Collection Transaction initiated by another U.S. Member through VisaNet may return it within 45 calendar days of the Central Processing Date if there is an error in the original VisaNet Fee Collection Transaction.

ID#: 010410-010410-0006493

## Fee Collection Dispute Resolution - U.S. Region (Updated)

The table below specifies the actions, reasons, and rules governing Fee Collection Transaction disputes between U.S. Members and their resolution.

© 2012 Visa. All Rights Reserved.

# A3793

**Fee Collection Dispute Resolution - U.S. Region**

| Action | Reason | Rules |
|---|---|---|
| Fee Collection Returns | One of the following events must occur:<br><br>• Wrong Member receives the Fee Collection<br><br>• Required information in the message text portion of the Fee Collection is not received or is inaccurate or inadequate<br><br>• Fee Collection exceeds the maximum fee amount allowed. Note: The Member may return only the amount in excess.<br><br>• Receiving Member claims the Fee Collection is improper under the U.S. Regional Operating Regulations<br><br>• Fee Collection was duplicated in error and not reversed, as specified in "Duplicate or Erroneous Data" | A Member receiving a Fee Collection must return it using the same format as the original Fee Collection, as specified in the applicable VisaNet Manuals.<br><br>The message text field must contain the word "return" (or its abbreviation) and the return reason.<br><br>A Member must wait 21 calendar days from the Central Processing Date for the documentation. If it does not, the fee may be returned within the next 24 calendar days.<br><br>An Issuer must not return the fee for a Recovered Card Handling Fees/ Rewards ( Reason Code 0150) if the Issuer does not receive the "Recovered Card Advice" (Exhibit 1E) and the recovered Visa Card or Visa Electron Card or a legible copy of the front and back of the recovered Visa Card or Visa Electron Card within 21 calendar days of the Central Processing Date. If this documentation is not received, the Issuer may request Compliance, as specified in "Compliance Process" within 90 calendar days from the Central Processing Date of the Fee Collection. |
| Resubmission of Returned Fee Collection | The Fee Collection was returned because the information or documentation was not received. | A Member resubmitting a returned Fee Collection must:<br><br>• Comply with the applicable VisaNet Manuals<br><br>• Make the resubmission within 45 calendar days from the Central Processing Date of the returned Fee Collection<br><br>• Provide the information or documentation<br><br>A Member must not resubmit a Fee Collection for Recovered Card Handling Fees/Rewards (Reason Code 0150) or Recovery of Retrieval Request fees (Reason Code 0170). |

© 2012 Visa. All Rights Reserved.

# A3794

Visa International Operating Regulations

| Action | Reason | Rules |
|---|---|---|
| Return of Resubmitted Fee Collection | The Member receiving a resubmitted Fee Collection may return it, if supporting information or documentation is not received within 21 calendar days the Central Processing Date. | The Member must process the returned Fee Collection Returns (above) and may then re-return the Fee Collection during the next 24 calendar days. |

ID#: 151012-010410-0003168

## Limits of Fee Collection Returns - U.S. Region 9.6.D.3

In no case may there be a third submission or third return of a Fee Collection Transaction through VisaNet. A U.S. Member must submit an outstanding Fee Collection Transaction for Compliance, except for the following disputes, which must be settled directly between the Members involved and are **not** subject to Compliance procedures:

• "Good Faith" Collection Letter Settlement Funds Disbursement (Reason Code 0240)

• Pre-Compliance Interchange Reimbursement Fee pre-Compliance Settlement Funds Disbursement (Reason Code 0350)

ID#: 010410-010410-0003162

## Automated Clearing House Service Fee Collection and Funds Disbursement - U.S. Region

### Automated Clearing House Service Authorization Agreement - U.S. Region

Visa will provide a U.S. Member or VisaNet Processor with an automated clearing house authorization agreement for Fee Collection Transactions and Funds Disbursement Transactions. This agreement must be signed and returned to Visa before the initiation of any automated clearing house transaction.

The signed agreement remains valid for all Fee Collection Transactions and Funds Disbursement Transactions until the U.S. Member or VisaNet Processor notifies Visa of either:

• Its replacement by a new agreement

• Revocation of the agreement because the Member or VisaNet Processor was terminated

ID#: 010410-010410-0007974

### Automated Clearing House Service Requirements - U.S. Region

Upon Visa request, a U.S. Member or VisaNet Processor must provide all of the following for the purpose of collecting fees and disbursing funds through the automated clearing house service:

• Valid automated clearing house transit/routing number

© 2012 Visa. All Rights Reserved.

# A3795

- Associated financial institution depository account number
- Signed automated clearing house authorization agreement

If any account information (such as the account number or financial institution) changes, the Member or VisaNet Processor must:

- Notify Visa at least 10 calendar days before the effective date of the change
- Submit a new automated clearing house authorization agreement with the change

ID#: 010410-010410-0008067

## Rejection of Automated Clearing House Transactions - U.S. Region

Visa may require a same-day wire transfer or initiate a Fee Collection Transaction through VisaNet if a valid automated clearing house transaction is rejected or cannot be initiated for any reason, including:

- U.S. Member did **not** comply with "Automated Clearing House Service Requirements - U.S. Region"
- Existing automated clearing house authorization agreement was revoked before a replacement authorization agreement took effect

ID#: 010410-010410-0007881

## Non-Use of Automated Clearing House Service - U.S. Region

A U.S. Member or VisaNet Processor that is required to use the automated clearing house service may be required to reimburse Visa for any expense incurred for processing any payment made by a means other than the automated clearing house service.

ID#: 010410-010410-0007882

## Initial Service Fee Collection through Automated Clearing House Service - U.S. Region

Visa may collect initial service fees through the automated clearing house service from all new U.S. Principal-type and Associate-type Members, as specified in Article III of the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws* and "Automated Clearing House Service Fee Collection - U.S. Region."

ID#: 010410-010410-0007884

© 2012 Visa. All Rights Reserved.

# A3796

### Automated Clearing House Service Requirements for Principal-Type or Associate-Type Members - U.S. Region

Upon Visa request, a U.S. Principal-type or Associate-type Member, or an applicant for Principal-type or Associate-type membership, must comply with "Automated Clearing House Service Requirements - U.S. Region" for the purpose of collecting fees and disbursing funds through the automated clearing house service.

ID#: 010410-010410-0007885

### Automated Clearing House Collections Made in Error - U.S. Region

Visa is **not** liable for U.S. automated clearing house collections in error, except through intentional misconduct.

ID#: 010410-010410-0007883

# Visa Interchange Reimbursement Fee Adjustments

## Interchange Reimbursement Fee Adjustments

### Visa Right to Adjust Interchange Reimbursement Fees

If Interchange Reimbursement Fees are inappropriately received or paid on Transactions, Visa reserves the right to rectify the improper allocations in the event of Visa, VisaNet, or Visa computer systems errors, under the conditions and process specified in "Interchange Reimbursement Fee Adjustments."

This provision is **not** applicable to Transactions involving Issuers or Acquirers in the jurisdiction of Visa Europe.

ID#: 010410-010410-0007959

### Interchange Reimbursement Fee Adjustment Conditions

Interchange Reimbursement Fee adjustments may only be made as follows:

- Adjustments are limited to Transactions occurring within 90 calendar days of the Processing Date of the oldest Transaction submitted by the Member or identified by Visa

- Transactions beyond 90 calendar days (not to exceed 2 years from the date submitted by the Member or identified by Visa) may be considered for adjustment if Visa determines that extenuating circumstances prevented the Member from discovering the violation sooner

- When an Issuer or Acquirer is at fault, the impacted Issuer(s) or Acquirer(s) is required to use the Interchange Reimbursement Fee Compliance process

© 2012 Visa. All Rights Reserved.

# A3797

- Adjustments will only be made when the total Interchange Reimbursement Fee amount to be corrected is greater than US $2,500
- Individual correcting Transactions will only be made if the amount of the correcting transaction is greater than US $50

Visa may, at its sole discretion, offer to use this adjustment process regardless of the adjustment amount.

ID#: 010410-010410-0007972

## Interchange Reimbursement Fee Adjustment Process

Interchange Reimbursement Fee adjustments will be processed as follows:

- Visa will notify the Members that will receive a correcting Transaction
- Visa will initiate correcting Fee Collection Transaction (transaction code 10) and Funds Disbursement Transaction (transaction code 20) through VisaNet
- All Visa decisions are final
- A Member may appeal a decision only if the Member can provide new evidence not previously available and the amount in dispute is greater than US $5,000

ID#: 010410-010410-0007960

# Interchange Reimbursement Fee-Related Fines

## Interchange Reimbursement Fee Fines

### Fine for Inappropriate Interchange Reimbursement Fee - U.S. Region

A U.S. Acquirer whose Merchant Outlet is identified for 4 or more months as receiving an Interchange Reimbursement Fee not meeting the Interchange Reimbursement Fee processing requirements is assessed a fine, per Merchant Outlet, as specified in the table below.

**Fines Related to a Merchant Outlet Receiving an Inappropriate Interchange Reimbursement Fee - U.S. Region**

| Violation | Fine |
|---|---|
| Fourth month | US $1,000 |
| Fifth month | US $5,000 |
| Each month after the fifth month | US $10,000 |

ID#: 010410-010410-0003493

© 2012 Visa. All Rights Reserved.

# A3798

### Fine for Inappropriate Credit Transaction Interchange Reimbursement Fee - U.S. Region

A U.S. Acquirer whose Merchant Outlet is identified during 2 consecutive months as receiving an inappropriate Interchange Reimbursement Fee for Credit Transactions is assessed a fine equal to 3 times the U.S. dollar value of the fees that were due to the Issuer during the previous 12-month period.

ID#: 010410-010410-0003494

### Fine for Failure to Qualify for Supermarket Classification - U.S. Region

A U.S. Acquirer whose Merchant Outlet is identified as failing to meet the qualification requirements for Merchant Category Code 5411, "Supermarkets," classification, as specified for the Supermarket Incentive Program, is assessed a penalty of US $5,000 per month, per Merchant Outlet, until the qualification requirements are met.

ID#: 010410-010410-0003495

© 2012 Visa. All Rights Reserved.

# A3799

**THIS PAGE INTENTIONALLY LEFT BLANK.**

© 2012 Visa. All Rights Reserved.

# A3800

Visa International Operating Regulations

# Appendices

## Floor Limits

### Maximum Authorized Floor Limits

#### Andorra (Euro) (New)

| ANDORRA (Euro) | | | |
|---|---|---|---|
| **Merchant Type** | **MCC** | **Non-Chip Floor Limit** | **Chip Floor Limit** |
| Airlines | All | 510 | 510 |
| Railroads | All | 130 | 130 |
| Car Rental Companies | All | 120 | 120 |
| Hotels | All | 240 | 240 |
| Special Hotels | All | 1,565 | 1,565 |
| Restaurants | All | 90 | 90 |
| Special Restaurants | All | 480 | 480 |
| Travel Agencies | All | 510 | 510 |
| Hospitals | All | 240 | 240 |
| All Other Merchants | All | 150 | 150 |
| Unattended Transactions | All, excluding 4111, 4112, 4131, 4784, 7523 | 0 | 40 |
| Unattended Transactions | 4111, 4112, 4131, 4784, 7523 | 40 | 40 |

ID#: 181012-010100-0026833

© 2012 Visa. All Rights Reserved.

# A3801

**THIS PAGE INTENTIONALLY LEFT BLANK.**

© 2012 Visa. All Rights Reserved.

# A3802

Visa International Operating Regulations

# Glossary

## Terms and Definitions

### 0-9

### 3-D Secure

A Visa-approved Authentication Method that is the global authentication standard for Electronic Commerce Transactions.

ID#: 010410-010410-0024200

### 3-D Secure Authenticated Payment Program - U.S. Region

**Effective through 14 March 2012,** a Visa program for Members and Merchants that is the global authentication standard for Electronic Commerce Transactions.

ID#: 160312-010410-0024201

### 3-D Secure Authentication Request - U.S. Region

**Effective through 14 March 2012,** see Authentication Request.

ID#: 160312-010410-0024202

### 3-D Secure Specification (Updated)

A software protocol that enables secure processing of Transactions over the Internet and other networks.

**Effective 15 March 2012,** the 3-D Secure Specification includes:

• *3-D Secure Protocol Specification Core Functions*

• *3-D Secure Functional Requirements Access Control Server*

• *3-D Secure Functional Requirements Merchant Server Plug-in*

• *3-D Secure Security Requirements Enrollment and Access Control Servers*

• In the U.S. Region, *3-D Secure U.S. Region Supplemental Functional Requirements Access Control Servers*

ID#: 151012-010410-0024203

© 2012 Visa. All Rights Reserved.

# A3803

### 3-D Secure Specification - U.S. Region

**Effective through 14 March 2012,** a software protocol that enables secure processing of Transactions over the Internet and other networks.

ID#: 160312-010410-0024204

## A

### Acceptance Mark - U.S. Region

A Visa-Owned Mark that denotes Point-of-Transaction acceptance for payments and Cash Disbursements under specific rules.

ID#: 150511-010410-0024205

### Access Control Server - U.S. Region

**Effective through 14 March 2012,** a component of the 3-D Secure Authenticated Payment Program that provides functionality for authentication, attempted authentication, and related Authentication Record messaging, as specified in the *3-D Secure Issuer Implementation Guide.*

ID#: 160312-010410-0024206

### Access Fee

A fee that is imposed by an ATM Acquirer as part of a Cash Disbursement Transaction, to a Cardholder for use of its ATM.

ID#: 150511-180409-0024207

### Account Data Compromise Event

An event in which a security breach puts account data at risk of being stolen.

ID#: 160312-150512-0026743

### Account Data Compromise Recovery Process - U.S. Region

**Effective through 14 May 2012,** a Visa-initiated process to facilitate allocation of liability between Members for certain losses incurred as the result of an account compromise event.

ID#: 160312-010410-0024212

---

© 2012 Visa. All Rights Reserved.

# A3804

Visa International Operating Regulations

## Account Funding Transaction

A Transaction that transfers funds from a Visa account to another account.

ID#: 050411-010410-0024213

## Account Funding Transaction - U.S. Region

An Electronic Commerce Transaction that meets the Account Funding Transaction requirements specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024214

## Account Information Security Program

A program managed by Visa that defines the standards of due care and enforcement for protecting sensitive Cardholder information and supports both:

• Payment Card Industry Data Security Standard (PCI DSS)

• Payment Card Industry Payment Application Data Security Standard (PA-DSS)

ID#: 050411-200509-0024215

## Account Level Processing – AP Region and CEMEA Region (New)

**Effective 12 October 2012,** an optional service provided by Visa that enables an Issuer:

• To manage select product-based payment services at the 16-digit Account Number level instead of the BIN level

• To dynamically move Card products up and down the product spectrum without having to change the associated Account Number

ID#: 151012-010100-0027308

## Account Number

An Issuer-assigned number that identifies an account in order to post a Transaction.

ID#: 010410-010410-0024216

© 2012 Visa. All Rights Reserved.

# A3805

**Account Number Verification**

A process by which a Member or its VisaNet Processor determines, using a currency unit of zero, if there is negative information on an Account Number in the Exception File for Transactions that do not require Authorization.

ID#: 111011-010410-0024217

**Account Number Verification Service - U.S. Region**

A service that:

• Is available to a Merchant's Authorizing Processor that has a computer interface with BASE I

• Electronically verifies whether negative Account Number information is listed on the Exception File

ID#: 230711-010410-0024218

**Account-Number-Verifying Terminal - U.S. Region**

A Point-of-Transaction Terminal that:

• May be required at specified high-risk locations

• Reads the Account Number encoded on the Magnetic Stripe or Chip

• Compares the last four digits of the encoded Account Number to the key-entered last four digits of the embossed or printed Account Number

• Transmits the full, unaltered contents of the Magnetic Stripe or Chip in the Authorization Message

ID#: 080411-010410-0024210

**Acquirer**

A Member that signs a Merchant or disburses currency to a Cardholder in a Cash Disbursement, and directly or indirectly enters the resulting Transaction Receipt into Interchange.

ID#: 010410-010410-0024219

**Acquirer Activity File**

A file that an Acquirer maintains of approved and declined Authorization Requests from other Members' Cardholders.

ID#: 010410-010410-0024220

© 2012 Visa. All Rights Reserved.

# A3806

Visa International Operating Regulations

## Acquirer Chip Rate

An Interregional Interchange Reimbursement Fee paid for any Transaction that meets the Electronic Rate requirements and is initiated by a Magnetic-Stripe-only Card at a Chip-Reading Device.

ID#: 010410-010410-0024221

## Acquirer Confirmation Advice – U.S. Region

**Effective 20 October 2012,** in the U.S. Region, a message specifying the final Transaction amount for a Status Check Procedure Transaction.

ID#: 160312-201012-0026794

## Acquirer Device Validation Toolkit (ADVT)

A set of cards or simulated cards and test scenarios used to validate new or upgraded EMV Chip-Reading Devices.

ID#: 010410-010410-0024222

## Acquirer Monitoring Program - U.S. Region

A program that monitors an Acquirer's Fraud Activity level and provides reports to the Acquirer when its Fraud Activity level exceeds established thresholds.

ID#: 010410-010410-0024224

## Acquirer Processor - Canada Region

A Non-Member Agent or Processor that a Member has engaged to support its Visa acquiring business.

ID#: 010410-010410-0024225

## Acquirer Reference Number (Updated)

A 23-digit identification number included in a BASE II Clearing Record, as specified in the applicable VisaNet Manuals. See Tracing Data.

ID#: 151012-010410-0024226

© 2012 Visa. All Rights Reserved.

# A3807

Visa International Operating Regulations

## Acquirer's Processing Date - U.S. Region

One of the following dates on a Clearing Record:

- If cleared through BASE II, the Edit Package run date on which a Member submits outgoing Interchange
- If cleared through the Single Message System, the Settlement Date

ID#: 010410-010410-0024227

## Acquisition

The purchase of a Member organization by another organization where the acquired Member's charter remains intact.

ID#: 111011-010410-0024229

## Activate Later Feature - Canada Region

**Effective through 14 March 2012,** a feature that allows a Cardholder who holds a Card issued by a Canada Member to postpone enrollment in 3-D Secure (commonly known as the Verified by Visa program) during an Electronic Commerce Transaction at an Activate Later Merchant.

**Effective 15 March 2012,** a feature that allows a Canada Cardholder to postpone enrollment in Verified by Visa during an Electronic Commerce Transaction at an Activate Later Merchant.

ID#: 160312-010410-0024230

## Activate Later Merchant - Canada Region

An Electronic Commerce Merchant that meets the requirements of "Verified by Visa Activate Later Feature Merchant Requirements - Canada Region."

ID#: 050411-010410-0024231

## Activation and Load Service

A Visa processing service that enables the activation of Visa Prepaid Cards, and the activation of funds associated with a Load Transaction to a Visa Prepaid Card, at a Prepaid Partner.

ID#: 081010-010100-0025556

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3808

Visa International Operating Regulations

## Activity File (Updated)

A V.I.P. System file used for Stand-In Processing that contains accumulated Transaction activity processed for each Cardholder within a specified time period, as specified in the applicable VisaNet Manuals.

ID#: 151012-010410-0024233

## Activity File Parameter (Updated)

A maximum limit that an Issuer establishes on the number and value of Transactions that Visa may authorize on its behalf.

ID#: 151012-010410-0024234

## Activity Limits - U.S. Region

See Activity File Parameters.

ID#: 010410-010410-0024235

## Additional Commercial Card Data - U.S. Region

Data contained in the Clearing Record for a Commercial Visa Product Transaction as follows:

• Sales tax, if completed with a Visa Business Card or Visa Corporate Card

• Sales tax and accounting code, if completed with a Visa Purchasing Card

• Data required when completed with a Visa Fleet Card for the purchase of fuel from a Visa Fleet Service Merchant

ID#: 010410-010410-0024236

## Address Verification Service - Canada Region

An optional VisaNet service through which a Merchant can verify a Cardholder's billing address before completing a Transaction in a Card-Absent Environment.

ID#: 010410-010410-0024237

## Address Verification Service - U.S. Region

A VisaNet service through which a Merchant may verify a Cardholder's billing address before completing any one of the following:

© 2012 Visa. All Rights Reserved.

# A3809

- A Mail/Phone Order or Electronic Commerce Transaction where merchandise or airline tickets will be delivered to the Cardholder or the Cardholder's designee, or where services were purchased

- A CPS/Retail Key-Entry Transaction

- A CPS/Account Funding Transaction or CPS/e-Commerce Basic Transaction

- A CPS/e-Commerce Preferred Retail Transaction

- A CPS/e-Commerce Preferred Hotel and Car Rental Transaction

- An Automated Fuel Dispenser Transaction (ZIP only inquiry)

- A Face-To-Face Environment Transaction if the Merchant has been qualified by Visa to use the Address Verification Service (ZIP only inquiry)

ID#: 010410-010410-0024238

## Address Verification Service Authentication Request - Canada Region

A request to verify a Cardholder's billing address through the Address Verification Service.

ID#: 010410-010410-0024239

## Adjustment

A Single Message System message used to partially or fully negate or cancel a transaction that has been sent through Interchange in error.

ID#: 010410-010410-0024241

## Advance Deposit Service

A service that a Hotel or Cruise Line provides to a Visa Cardholder, allowing use of a Visa Card to pay an advance deposit required by the Merchant to reserve accommodations.

ID#: 010410-010410-0024246

## Advance Deposit Transaction

A Transaction that a Hotel or Cruise Line completes, resulting from a Visa Cardholder's agreement to use a Visa Card for payment of an advance deposit to reserve accommodations.

ID#: 010410-010410-0024247

© 2012 Visa. All Rights Reserved.

# A3810

Visa International Operating Regulations

## Advance Payment Service - U.S. Region

A Visa service that allows a Cardholder to use their Card for a partial or complete advance payment for recreational services or activities provided by an Advance Payment Service Merchant.

ID#: 010410-010410-0024250

## Advance Payment Service Merchant - U.S. Region

A non-T&E Merchant participating in the Advance Payment Service, whose primary function is to provide recreational services related to tourism and travel, such as the purchase of provisions and transport equipment or hiring of staff before the scheduled services. These services include, but are not limited to:

- Fishing boat or scuba-diving charters
- Hot-air balloon rides
- Whitewater rafting

ID#: 010410-010410-0024251

## Advance Payment Service Transaction - U.S. Region

A Transaction completed by an Advance Payment Service Merchant.

ID#: 010410-010410-0024252

## Advanced Resolution Services - U.S. Region

Advanced Resolution Services, Inc., a wholly-owned subsidiary of Visa U.S.A. that provides to Members Advanced ID Solutions and Strategic Bankruptcy Solutions, among other services.

ID#: 010410-010410-0024245

## Advice File

A file listing Authorization Responses issued by Stand-In Processing on behalf of Issuers.

ID#: 111011-010410-0024253

© 2012 Visa. All Rights Reserved.

# A3811

---

Visa International Operating Regulations

---

## Advice Limit

An Issuer-selected dollar amount below which Authorization Requests for purchase Transactions are checked against the Exception File. No Advice File records are created, and the Activity File is not checked or updated. The Issuer's Advice Limit must not exceed the Issuer Limit.

ID#: 010410-010410-0024254

## Affiliate - U.S. Region

A Member or Licensee of Visa International, or a Member of Visa U.S.A.

ID#: 010410-010410-0024257

## Affiliated-merchant - U.S. Region (Updated)

**Effective through 31 March 2013,** an entity that:

- Provides goods or services directly to a retail customer
- Is an affiliate of a Member or an Affinity Partner
- Honors any charge or credit card plan as a means of payment

"Affiliate" has the same meaning as defined in the *Federal Bank Holding Company Act of 1956*, as amended, 12USC 1841(k).

ID#: 151012-010410-0024255

## Affinity Card - Canada Region (Updated)

**Effective through 31 March 2013,** a Card issued as specified for the Affinity Card Program, as specified in the Canada Regional Operating Regulations.

ID#: 151012-010410-0024258

## Affinity Card - U.S. Region (Updated)

**Effective through 31 March 2013,** a Visa Consumer Card bearing the Trade Name or Mark of an Affinity Partner, as specified in the U.S. Regional Operating Regulations.

ID#: 151012-010410-0024259

---

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3812

Visa International Operating Regulations

## Affinity Card Program - Canada Region (Updated)

**Effective through 31 March 2013,** a Card program as specified in the Canada Regional Operating Regulations.

ID#: 151012-010410-0024261

## Affinity Participant - Canada Region (Updated)

**Effective through 31 March 2013,** an entity that is not eligible to be a customer of Visa Canada that is participating with a Member in an Affinity Card Program.

ID#: 151012-010410-0024265

## Affinity Participant Agreement - Canada Region (Updated)

**Effective through 31 March 2013,** the agreement between the Member and the Affinity Participant relating to the Affinity Participant's Affinity Card Program.

ID#: 151012-010410-0024266

## Affinity Partner - U.S. Region (Updated)

**Effective through 31 March 2013,** a non-Member entity that:

• Is not eligible for membership in Visa

• Has a relationship with an Issuer for the issuance of Affinity Cards

ID#: 151012-010410-0024267

## Affinity/Co-Brand Merchant (New)

**Effective 1 April 2013,** a Merchant that is affiliated with an Affinity/Co-Brand Partner.

ID#: 151012-010413-0027358

## Affinity/Co-Brand Partner (New)

**Effective 1 April 2013,** a non-Member entity that enters into a contractual agreement with an Issuer for the issuance of Affinity/Co-Branded Cards bearing the Affinity/Co-Brand Partner's Trade Name or Mark.

ID#: 151012-010413-0027359

© 2012 Visa. All Rights Reserved.

# A3813

Visa International Operating Regulations

## Affinity/Co-Brand Program (New)

**Effective 1 April 2013,** a program resulting from a contractual relationship between an Issuer and one or more Affinity/Co-Brand Partners for the issuance of Affinity/Co-Branded Cards.

ID#: 151012-010413-0027360

## Affinity/Co-Branded Card (New)

**Effective 1 April 2013,** a Visa Card bearing the Trade Name or Mark of an Affinity/Co-Brand Partner(s).

ID#: 151012-010413-0027361

## Agent

An entity that acts as a VisaNet Processor, a Third Party Agent, or both.

ID#: 111011-010100-0025920

## Agent Reference File - U.S. Region

A file maintained by Visa containing information about Third Parties.

ID#: 010410-010410-0024269

## Aggregated Transaction

**Effective through 13 November 2011,** a Transaction completed by an Electronic Commerce Merchant that combines multiple purchases made by the same Cardholder on the same Visa Account Number into a single Transaction before submitting it for payment processing.

**Effective 14 November 2011,** a Transaction that combines all purchases made by the same Cardholder on the same Visa Account Number during a defined time period and up to a defined amount into a single Transaction before submitting it for Clearing.

ID#: 160312-010410-0024270

## Aggregated Transaction Receipt

**Effective through 13 November 2011,** a Transaction Receipt provided to the Cardholder by an Electronic Commerce Merchant when Transaction aggregation is performed.

© 2012 Visa. All Rights Reserved.

# A3814

---

Visa International Operating Regulations

---

**Effective 14 November 2011,** a Transaction Receipt for an Aggregated Transaction that is provided or made available to a Cardholder by a Merchant.

ID#: 160312-010410-0024271

## AID - Canada Region

Application Identifier.

ID#: 010410-010410-0024272

## Airline

Either:

- A passenger airline Merchant
- Its authorized agent that sells airline tickets on behalf of the airline

ID#: 010410-010410-0024273

## Airline Authorizing Processor

A Visa-approved non-Member whose primary function is to provide reservation and Authorization services for Airline Transactions, or travel-related services that includes the purchase of an Airline ticket.

ID#: 010410-010410-0024274

## Airline Ticket Identifier

A 13-digit number on an Airline Transaction Receipt comprising either:

- The servicing carrier code and a transmission control number, excluding the check-digit, if the Airline ticket is printed on a transitional automated ticket form
- A carrier number, form number, and serial number, excluding the check-digit, if the Airline ticket is printed on an automated ticket/boarding pass form

ID#: 010410-010410-0024278

## Airline/Railway Ticket Identifier - U.S. Region

A 13-digit number on an Airline or railway Transaction Receipt comprising either:

- The servicing carrier code and a transmission control number, excluding the check-digit, if the ticket is printed on a transitional automated ticket form

---

© 2012 Visa. All Rights Reserved.

# A3815

- A carrier number, form number, and serial number, excluding the check-digit, if the ticket is printed on an automated ticket/boarding pass form

ID#: 010410-010410-0024277

## Alert - U.S. Region

A Notification to an Acquirer when its Fraud Activity-to-sales ratio exceeds Visa-specified Acquirer Monitoring Program Alert thresholds.

ID#: 010410-010410-0024279

## Anti-Money Laundering Program - U.S. Region

A program that a Member implements and maintains to prevent money laundering and terrorist financing.

ID#: 010410-010410-0024280

## AP

Asia-Pacific.

ID#: 010410-010410-0024281

## Application Identifier - Canada Region

An EMV-compliant identifier that specifies a unique payment application contained in a Compliant Chip Card.

ID#: 010410-010410-0024283

## Application Selection Flag - Canada Region

An EMV-compliant Canadian payment industry specification that allows an Issuer to control which payment applications that are contained in a Compliant Chip Card can process a Transaction at a POS or an ATM.

ID#: 010410-010410-0024284

## Application Transaction Counter - U.S. Region

An application on a Contactless Card that sequentially tracks the number of times the Chip is read and used by the Issuer during the Authorization process to help ensure the Transaction is valid.

ID#: 010410-010410-0024286

© 2012 Visa. All Rights Reserved.

# A3816

## Approval Response

An Authorization Response where the Transaction was approved.

ID#: 010410-010410-0024287

## Approved Fulfillment Vendor

An entity approved by Visa to package, store, or ship Visa Products that is not an Approved Manufacturer or Approved Personalizer as specified in the Approved Vendor Program.

ID#: 111011-010100-0025522

## Approved Manufacturer

An entity approved by Visa to manufacture or print Visa Products.

ID#: 050411-010410-0024288

## Approved Personalizer

An entity approved by Visa to personalize Visa Products.

ID#: 111011-010100-0025523

## Approved Vendor

An entity approved by Visa to act as a manufacturer, a personalizer, or an encryption support or a fulfillment vendor.

ID#: 111011-010100-0025521

## Arbitration

A process where Visa determines financial liability between Members for Interchange Transactions that are presented and charged back.

ID#: 010410-010410-0024289

## Arbitration and Compliance Committee

A Visa committee that resolves certain disputes between Members that arise from Chargebacks or from violations of any *Visa International Operating Regulations.*

ID#: 010410-010410-0024290

© 2012 Visa. All Rights Reserved.

# A3817

Visa International Operating Regulations

## ASF - Canada Region

Application Selection Flag.

ID#: 010410-010410-0024291

## Associate-Type Member

A Member of Visa with rights and responsibilities, as defined in the applicable Certificate of Incorporation and Bylaws, that is either an:

- Associate, as defined in the applicable Certificate of Incorporation and Bylaws
- Acquiring Associate, as defined under the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws,* Article II, Section 2.04(e)

ID#: 111011-010410-0024293

## Assuming Member - U.S. Region

The Member that assumes the Visa programs of a failed Member upon a regulatory closure of that failed Member.

ID#: 111011-010100-0025754

## ATM

An unattended Magnetic-Stripe or Chip-reading Terminal that has Electronic Capability, accepts PINs, and disburses currency.

ID#: 010410-010410-0024295

## ATM Acceptance Mark - U.S. Region

An Acceptance Mark that denotes Card acceptance at an ATM.

ID#: 010410-010410-0024297

## ATM Acquirer

An Acquirer that provides ATM services.

ID#: 010410-010410-0024298

© 2012 Visa. All Rights Reserved.

# A3818

## ATM Cash Disbursement

A Cash Disbursement obtained at an ATM displaying the Visa, Plus, or Visa Electron Acceptance Mark, for which the Cardholder's PIN is accepted.

ID#: 010410-010410-0024299

## ATM Mark

A Mark that denotes ATM acceptance.

ID#: 010410-010410-0024300

## ATM Operator - U.S. Region

An entity authorized by a Member or the Member's Agent to originate a Transaction through the connection of an ATM to the Visa ATM Network, and that displays an Acceptance Mark. ATM Operators own, operate, or lease ATMs that are connected to the Visa ATM Network and may exhibit either or both of the following characteristics:

- Receive revenue from the Interchange process or from fees assessed with Transactions

- Manage cryptographic functions or stock ATMs with cash

ID#: 010410-010410-0024301

## Attempt Response

**Effective through 14 March 2012,** a message from a 3-D Secure Issuer in response to an Authentication Request from a 3-D Secure Merchant, indicating that the Cardholder is not participating in 3-D Secure.

**Effective 15 March 2012,** a message from a Verified by Visa Issuer in response to an Authentication Request, indicating that the Issuer or Cardholder is not participating in Verified by Visa.

ID#: 160312-010410-0024302

## Australia Bill Payment Transaction – AP Region

A Transaction which is in accordance with the requirements specified in "Australia Bill Payment Transaction Requirements – AP Region."

ID#: 080411-060111-0026178

© 2012 Visa. All Rights Reserved.

# A3819

Visa International Operating Regulations

## Authentication

A cryptographic process that validates the identity and integrity of Chip data.

ID#: 010410-010410-0024303

## Authentication Confirmation

**Effective through 14 March 2012,** a message from a 3-D Secure Issuer in response to an Authentication Request from a 3-D Secure Merchant, confirming Cardholder authentication.

**Effective 15 March 2012,** a message from a Verified by Visa Issuer in response to an Authentication Request confirming Cardholder authentication.

ID#: 160312-010410-0024304

## Authentication Data

**Effective 15 March 2012,** all Transaction-related data associated with a Verified by Visa Authentication Request.

ID#: 160312-150312-0026423

## Authentication Data - U.S. Region

**Effective through 14 March 2012,** all Transaction-related data associated with a Three-Domain Secure Authentication Request.

ID#: 160312-010410-0024305

## Authentication Denial

**Effective through 14 March 2012,** a message from a 3-D Secure Issuer in response to an Authentication Request from a 3-D Secure Merchant, denying Cardholder authentication.

**Effective 15 March 2012,** a message sent by a Verified by Visa Issuer in response to an Authentication Request, that denies Cardholder authentication.

ID#: 160312-010410-0024306

## Authentication History Server (Updated)

**Effective through 14 March 2012,** a component of the 3-D Secure Authenticated Payment Program. A Visa-operated database of all 3-D Secure Authentication Records, as specified in the *3-D Secure Issuer Implementation Guide.*

© 2012 Visa. All Rights Reserved.

# A3820

Visa International Operating Regulations

**Effective 15 March 2012,** a Visa-operated database of all Verified by Visa Authentication Records, as specified in the applicable Verified by Visa Implementation Guide.

ID#: 151012-010410-0024307

## Authentication Identifier

**Effective through 14 March 2012,** a unique value for each authentication Transaction, as specified in the 3-D Secure Member implementation guides.

ID#: 160312-010410-0024308

## Authentication Mechanism

A Visa-approved method that validates a participant's identity in an Electronic Commerce Transaction. Authentication Mechanisms include, but are not limited to:

• Password

• Digital Certificate

ID#: 010410-010410-0024309

## Authentication Method

A Visa-approved protocol, such as Verified by Visa, that meets the minimum standards for authenticating the Cardholder in an Electronic Commerce Transaction.

ID#: 160312-010410-0024310

## Authentication Record

**Effective through 14 March 2012,** a record of 3-D Secure authentication status from a 3-D Secure Issuer in response to an Authentication Request from a 3-D Secure Merchant.

**Effective 15 March 2012,** a record of the Verified by Visa authentication status from a Verified by Visa Issuer in response to an Authentication Request.

ID#: 160312-010410-0024311

## Authentication Record - U.S. Region

**Effective through 14 March 2012,** a record of 3-D Secure authentication status from a 3-D Secure Issuer, or Visa on behalf of an Issuer, in response to an Authentication Request from a 3-D Secure Merchant. Authentication Records include:

© 2012 Visa. All Rights Reserved.

# A3821

- Attempt Responses
- Authentication Confirmations
- Authentication Denials
- Unable-to-Authenticate Responses

ID#: 160312-010410-0024312

## Authentication Request

**Effective through 14 March 2012,** a request for Cardholder authentication from a 3-D Secure Merchant.

**Effective 15 March 2012,** a request for Cardholder authentication from a Verified by Visa Merchant.

ID#: 160312-010410-0024313

## Authentication Response

**Effective 15 March 2012,** a response from a Verified by Visa Issuer, or Visa on behalf of an Issuer, in response to an Authentication Request.

Authentication Responses include:

- Attempt Responses
- Authentication Confirmations
- Authentication Denials
- Unable-to-Authenticate Responses

ID#: 160312-150312-0026811

## Authorization

A process where an Issuer, a VisaNet Processor, or Stand-In Processing approves a Transaction. This includes Offline Authorization.

ID#: 080411-010410-0024316

© 2012 Visa. All Rights Reserved.

# A3822

### Authorization and Settlement Match - U.S. Region (Updated)

**Effective 14 April 2012,** in the U.S Region, an optional Visa service offered to Issuers in connection with Visa Purchasing Card Commercial Payables Transactions which allows Visa to edit for an exact match between the amount in the Authorization Request and the corresponding Clearing Record. The service applies only to Transactions conducted at a non-T&E Merchant as specified in the *Visa Settlement Match (VSM) Implementation Guide.*

ID#: 151012-140412-0026823

### Authorization Code

A code that an Issuer, its VisaNet Processor, or Stand-In Processing provides to indicate approval of a Transaction. The code is returned in the Authorization Response message and is usually recorded on the Transaction Receipt as proof of Authorization.

ID#: 010410-010410-0024317

### Authorization Preferred Visa Prepaid Card

A Visa Prepaid Card, bearing the Visa Brand Mark or Visa Brand Mark with the Electron Identifier, that has a Service Code denoting "Online Authorization mandatory" encoded on the Magnetic Stripe.

ID#: 081010-010410-0024318

### Authorization Request

A Merchant's or Acquirer's request for an Authorization.

ID#: 010410-010410-0024319

### Authorization Request Cryptogram

An application Cryptogram generated by a Chip Card when requesting Online Authorization.

ID#: 111011-150410-0025502

### Authorization Response

An Issuer's reply to an Authorization Request or Account Number Verification that refers to the following types of Authorization Responses:

• Approval Response

• Decline Response

• Pickup Response

© 2012 Visa. All Rights Reserved.

# A3823

• Referral Response

ID#: 111011-010410-0024321

## Authorization Response - U.S. Region

An Issuer, Authorizing Processor, or Stand-In Processing reply to an Authorization Request or Account Number Verification. The U.S. Regional Operating Regulations refers to the following types of Authorization Response:

• Approval Response

• Decline Response

• Pickup Response

• Referral Response

ID#: 010410-010410-0025500

## Authorization Reversal (Updated)

A VisaNet message that negates an Approval Response previously sent through the V.I.P. System as specified in the *Visa International Operating Regulations* and applicable VisaNet Manuals. An Authorization Reversal may be for the full amount of the previous Authorization or an amount less than the previous Authorization amount.

ID#: 151012-010410-0025601

## Authorizing Member - U.S. Region

See Authorizing Processor.

ID#: 010410-010410-0024323

## Authorizing Processor - U.S. Region

A Member of Visa or its VisaNet Processor that provides Authorization services for Merchants or other Members. This definition does not imply or confer membership rights as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws,* Article II.

ID#: 010410-010410-0024324

## Automated Fuel Dispenser (Updated)

An Unattended Cardholder-Activated Terminal that dispenses only fuel such as gasoline, diesel fuel, or propane.

ID#: 151012-010410-0024328

© 2012 Visa. All Rights Reserved.

# A3824

Visa International Operating Regulations

## B

### Balance Inquiry

A Cardholder request for their account balance that is initiated at an ATM and processed as a separate, non-financial transaction.

ID#: 010410-010410-0024334

### Balance Inquiry Service

An ATM service that allows a Cardholder to check their account balance through VisaNet.

ID#: 010410-010410-0024335

### Bank Identification Number - U.S. Region

See BIN.

ID#: 010410-010410-0024339

### Bank of America Visa Mini Card Exclusive License Agreement - U.S. Region

The Exclusive License Agreement entered into by and between Bank of America Corporation and Visa U.S.A. Inc. dated as of January 31, 2003 in connection with the issuance of the Visa Mini Card. The initial term of such agreement expires on January 31, 2013, but is subject to earlier termination or forfeiture of usage rights in the event of a breach by Visa.

ID#: 010410-010410-0024340

### Bankruptcy Notification Service - U.S. Region

A Strategic Bankruptcy Solutions service that identifies:

• Visa and non-Visa card applicants

• Cardholders and non-Visa cardholders who have filed bankruptcy

ID#: 010410-010410-0024337

### Bankruptcy Retrieval Service - U.S. Region

A service that:

• Collects and validates certain data contained in bankruptcy filings obtained from bankruptcy courts

© 2012 Visa. All Rights Reserved.

# A3825

• Transmits this data on a scheduled basis to the Strategic Bankruptcy Solutions system

ID#: 010410-010410-0024338

## BankruptcyPredict Service - U.S. Region (Updated)

**Effective through 1 August 2012,** an optional service provided by Experian Information Solutions, Inc. and Integrated Solutions Concepts, Inc. that uses Member-supplied account performance data, Transaction data, consumer credit data, and a proprietary model to score Cardholders, cardholders of non-Visa cards, and customers of other Visa and non-Visa products to predict the likelihood of bankruptcy.

ID#: 151012-010410-0024336

## BASE I

A component of the V.I.P. System that provides Authorization-related services for Transactions that are subsequently cleared and settled through BASE II.

ID#: 050411-010410-0024343

## BASE II

A VisaNet system that provides deferred Clearing and Settlement services to Members.

ID#: 010410-010410-0024341

## BASE II Software - U.S. Region

Software developed for use in connection with BASE II.

ID#: 010410-010410-0024342

## Basic Currency Conversion Rate

A rate selected by Visa from the range of rates available in wholesale currency markets for the applicable Processing Date, which rate may vary from the rate Visa itself receives; or the government-mandated rate in effect for the applicable Processing Date.

ID#: 151012-010410-0024345

## Bill Payment Transaction – Australia – AP Region

See "Australia Bill Payment Transaction – AP Region"

ID#: 050411-060111-0026186

© 2012 Visa. All Rights Reserved.

# A3826

Visa International Operating Regulations

## Bill Payment Transaction - U.S. Region

A Transaction that results from an agreement between a Cardholder and a Merchant where the Cardholder is billed for goods or services within an ongoing service cycle that is known and agreed upon, in advance, by both the Merchant and the Cardholder. Transactions may occur monthly or on a periodic basis. Such Transactions include:

- Single payments initiated by the Cardholder in either a Face-to-Face Environment or Card-Absent Environment
- Recurring Transactions
- Installment Billing Transactions

ID#: 010410-010410-0024350

## Billing Currency

The currency in which an Issuer bills a Cardholder for Transactions. If the Billing Currency is the euro or one of its national currency units, either may be used for Chargeback or statementing purposes.

ID#: 010410-010410-0024349

## BIN

A 6-digit number assigned by Visa and used to identify a Member or VisaNet Processor for Authorization, Clearing, or Settlement processing.

ID#: 010410-010410-0024351

## BIN Licensee

A Member or non-Member VisaNet Processor that is allocated responsibility by Visa for a specific BIN, as specified in the *Visa International Operating Regulations* and applicable Certificate of Incorporation and Bylaws.

ID#: 111011-010410-0024352

## BIN User

Any Member authorized to use a BIN licensed to its Sponsor, as specified in the *Visa International Operating Regulations*.

ID#: 111011-010100-0025530

© 2012 Visa. All Rights Reserved.

# A3827

Visa International Operating Regulations

## Board

See Board of Directors.

ID#: 010410-010410-0024353

## Board of Directors

One of the following as applicable:

• Visa Inc. Board of Directors

• Visa International Board of Directors

• Visa U.S.A. Board of Directors

• Visa Canada Board of Directors

• Visa Worldwide Board of Directors

ID#: 010410-010410-0024354

## Branch

The office of a Member where Manual Cash Disbursements must be made and Cards may also be issued.

ID#: 010410-010410-0024355

## Business I.D. - U.S. Region

A unique Member identification number assigned by Visa.

ID#: 010410-010410-0024356

## C

## Campus Card - U.S. Region

A Card issued to a student, staff member, or faculty member of an educational organization in the U.S. Region as an integral part of a campus identification card that:

• Bears the Visa Mark

• Is linked to a deposit account

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3828

Visa International Operating Regulations

• Includes one or more of the following applications: identification, building access, library access, or a proprietary closed loop payment application for use only on a college or university campus

ID#: 081010-090409-0024358

## CAMS

**Effective 15 May 2012,** the reporting system used by Visa to notify Issuers outside of Visa Europe of Account Numbers that may have been compromised.

ID#: 160312-150512-0026038

## CAMS Alert

**Effective 15 May 2012,** a Notification through CAMS sent to alert Issuers of Account Numbers involved in a potential Account Data Compromise Event.

ID#: 160312-150512-0026061

## CAMS Alert - U.S. Region

**Effective through 14 May 2012,** a notification through CAMS sent to alert Issuers of Account Numbers involved in a potential compromise event.

ID#: 160312-010410-0024359

## CAMS Event

**Effective 15 May 2012,** an Account Data Compromise Event where one CAMS Alert or multiple, related CAMS Alerts are sent notifying Issuers of Account Numbers involved in a potential compromise.

ID#: 160312-150512-0026062

## CAMS Event - U.S. Region

**Effective through 14 May 2012,** an account compromise event wherein one CAMS Alert or multiple, related CAMS Alerts are sent notifying Issuers of Account Numbers involved in a potential compromise.

ID#: 160312-010410-0024360

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3829

## Car Rental Company

A Merchant whose primary business is the rental of passenger vehicles at either a corporate or franchise location, or at locations of licensees bearing the name of the corporate entity.

ID#: 010410-010410-0024404

## Car Rental Merchant - U.S. Region

See Car Rental Company.

ID#: 010410-010410-0024405

## Card

A valid Visa Card, Visa Electron Card, or Proprietary Card bearing the Plus Symbol.

ID#: 010410-010410-0024365

## Card Dispensing Machine

**Effective through 31 December 2013,** a device that dispenses Visa Cash Cards when the purchaser makes appropriate payment. A Card Dispensing Machine may accept cash or payment cards as payment for Visa Cash Cards.

ID#: 111011-010410-0024386

## Card Distribution Point (Updated)

A location, other than a Branch, where a Visa Product may be sold or distributed. Examples include, but are not limited to, the following:

- Merchant Outlets that sell Visa Prepaid Cards
- Corporate entities that distribute cards to employees for the purpose of payroll, incentives, or benefits

ID#: 151012-010410-0024387

## Card Manufacturing Agreement - U.S. Region

An agreement provided by Visa that specifies security procedures to be followed by a Certified Manufacturer.

ID#: 010410-010410-0024388

© 2012 Visa. All Rights Reserved.

# A3830

Visa International Operating Regulations

## Card Personalization - U.S. Region

The process that includes the embossing, printing, or encoding of a Visa Card, or the embedding or initializing of an Integrated Circuit Chip on a Visa Card.

ID#: 010410-010410-0024389

## Card Recovery Bulletin

A directory of blocked Account Numbers listed on the International Exception File, intended for distribution to Merchants. The Card Recovery Bulletin may take one of the following forms:

• National Card Recovery Bulletin

• National Card Recovery File

• Regional Card Recovery File

ID#: 010410-010410-0024390

## Card Recovery Bulletin Listing

A single Account Number that an Issuer requests to be included in a specified Card Recovery Bulletin Region.

ID#: 010410-010410-0024391

## Card Recovery Bulletin Region

A geographical area comprising countries where a given set of Card Recovery Bulletin Listings is effective for a specified period.

ID#: 010410-010410-0024392

## Card Recovery Bulletin Service

A service where an Issuer notifies Acquirers of blocked Account Numbers. The service comprises distribution of both:

• A printed Card Recovery Bulletin

• The Regional Card Recovery File

ID#: 010410-010410-0024395

© 2012 Visa. All Rights Reserved.

# A3831

**Card Verification Service**

A VisaNet service where Visa validates the Card Verification Value in an Authorization Request on behalf of an Issuer.

ID#: 010410-010410-0024398

**Card Verification Value**

A unique check value encoded on the Magnetic Stripe of a Card to validate Card information during the Authorization process. The Card Verification Value is calculated from the data encoded on the Magnetic Stripe using a secure cryptographic process.

ID#: 010410-010410-0024399

**Card Verification Value 2**

A unique check value printed on the back of a Card, which is generated using a secure cryptographic process, as specified in the *Payment Technology Standards Manual*.

ID#: 010410-010410-0024400

**Card Verification Value 2 - U.S. Region**

A unique check value generated using a secure cryptographic process, as specified in the *Payment Technology Standards Manual*, that is indent-printed on the back of a Visa Card, or provided to a Virtual Account-Holder.

ID#: 010410-010410-0024401

**Card Verification Value 2 Program - U.S. Region**

A Visa program that enables Issuers to validate the Card Verification Value 2, ensuring that it matches the value indent-printed on the Visa Card at the time of issuance or provided to a Virtual Account Holder.

ID#: 050411-010410-0024402

**Card-Absent Environment**

An environment where a Transaction is completed under both of the following conditions:

• Cardholder is not present

---

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3832

Visa International Operating Regulations

• Card is not present

ID#: 010410-010410-0024362

## Card-Present Environment

An environment that comprises the conditions of either the Face-to-Face or Unattended Environments.

ID#: 010410-010410-0024363

## Cardholder

An individual who is issued and authorized to use a:

• Card

• Virtual Account

ID#: 010410-010410-0024372

## Cardholder Access Device

A terminal, personal computer, or other device that a Cardholder uses to initiate an Electronic Commerce Transaction.

ID#: 010410-010410-0024374

## Cardholder Authentication Verification Value

**Effective through 14 March 2012,** a unique value transmitted by an Issuer in response to an Authentication Request from a 3-D Secure Merchant.

**Effective 15 March 2012,** a unique value transmitted in response to an Authentication Request.

ID#: 160312-010410-0024375

## Cardholder Authentication Verification Value - U.S. Region

**Effective through 14 March 2012,** a unique value transmitted by an Issuer, or Visa on behalf of an Issuer, in response to an Authentication Request from a 3-D Secure Merchant.

ID#: 160312-010410-0024376

© 2012 Visa. All Rights Reserved.

# A3833

Visa International Operating Regulations

## Cardholder Information Security Program - U.S. Region

A program developed by Visa that defines the standard of due care and enforcement for protecting sensitive Cardholder information.

ID#: 010410-010410-0024378

## Cardholder Inquiry Service

A service that assists a Cardholder in reaching their Issuer when calling the Visa Global Customer Care Services for account information.

ID#: 081010-010410-0024379

## Cardholder Maintenance File - U.S. Region (Updated)

A file consisting of Cardholder names, addresses, and account information for all eligible Visa Traditional Rewards, Visa Signature Cardholders, and provided to Visa on an ongoing basis in accordance with the requirements and the format specified in the *Visa Incentive Network Member Implementation Guide* and the applicable VisaNet Manuals.

ID#: 151012-010410-0024380

## Cardholder Verification

The process of validating a Cardholder's identity through verification of the Cardholder's signature or PIN and other methods as required in the *Visa International Operating Regulations* (e.g., Cardholder identification for Manual Cash Disbursements).

ID#: 010410-010410-0024381

## Cardholder Verification Method

Instructions encoded within a Chip that define how the authenticity of a Cardholder's identity is to be verified.

ID#: 010410-010410-0024382

## Cardholder Verification Method List

An Issuer-defined list contained within a Chip establishing the hierarchy of preferences for verifying a Cardholder's identity.

ID#: 010410-010410-0024383

© 2012 Visa. All Rights Reserved.

# A3834

Visa International Operating Regulations

## Cash Disbursement

Currency, including travelers cheques, paid out to a Cardholder using a Card, excluding Cash-Back.

ID#: 010410-010410-0024407

## Cash Disbursement Draft - U.S. Region

See Cash Disbursement Transaction Receipt.

ID#: 010410-010410-0024408

## Cash Disbursement Fee

A fee paid by an Issuer to an Acquirer for performing a Cash Disbursement.

ID#: 010410-010410-0024409

## Cash Disbursement Machines of Non-Member Institutions - LAC Region

See ATMs of Non-Member Institutions.

ID#: 010410-010410-0024410

## Cash Disbursement Transaction Receipt

A Transaction Receipt evidencing a Manual Cash Disbursement.

ID#: 010410-010410-0024412

## Cash-Back

Cash obtained from a Visa or Visa Electron Merchant through use of a Visa or Visa Electron Card, in conjunction with, and processed as, a Retail Transaction.

ID#: 010410-010410-0024406

## CEMEA

Central and Eastern Europe, Middle East, and Africa.

ID#: 010410-010410-0024413

© 2012 Visa. All Rights Reserved.

# A3835

## Center

A Member or VisaNet Processor facility where Authorization, Clearing, Settlement, or other related activities take place.

ID#: 010410-010410-0024415

## Central Bank

A government agency responsible for the supervision and operation of banking activities for the national government. Central Bank activities generally include maintaining reserve accounts required of depository institutions, regulating money supply, transferring funds, and acting as fiscal agent for the government.

ID#: 010410-010410-0024418

## Central Processing Date - U.S. Region

One of the following:

• For Transactions processed through BASE II, the date (based on Greenwich Mean Time) on which a Member inputs Interchange data to, and the data is accepted by, a VisaNet Interchange Center

• For Transactions processed through the Single Message System, the date the Transaction is settled (for financial Transactions) or date the Transaction is entered into the Single Message System (for non-financial transactions)

ID#: 010410-010410-0024420

## Central Reservation Service - U.S. Region

An entity that acts as a reservations resource for various geographically contiguous lodging establishments.

ID#: 010410-010410-0024421

## Certification Authority

An entity that issues and manages Digital Certificates for use with Visa products and services in accordance with Visa-specified requirements. Entities eligible to be Certification Authorities within the Visa Certification Authority hierarchy include:

• Visa

• Visa Regions

© 2012 Visa. All Rights Reserved.

# A3836

• Visa Members

ID#: 010410-010410-0024423

## Chargeback

A Transaction that an Issuer returns to an Acquirer.

ID#: 010410-010410-0024424

## Chargeback Period

The number of calendar days from the Endorsement Date or Processing Date, as set out in the Dispute Resolution rules, of a Transaction Receipt during which time the Issuer may exercise a Chargeback right.

ID#: 010410-010410-0024426

## Chargeback Protection Limit - U.S. Region

A dollar amount that has been established for single Transactions at specific types of Merchant Outlets below which the Acquirer is protected from a "No Authorization" (Reason Code 72) Chargeback.

ID#: 010410-010410-0024427

## Chargeback Reduction Service

A VisaNet service that screens Presentments and Chargebacks and returns certain invalid items to the Acquirer or Issuer, as appropriate.

ID#: 010410-010410-0024429

## Chargeback Reference Number - U.S. Region

An Issuer-assigned number that identifies the source of an outgoing Chargeback.

ID#: 010410-010410-0024430

## Cheque

A travelers cheque that a Member issues and that bears the Visa-Owned Marks.

ID#: 010410-010410-0024431

© 2012 Visa. All Rights Reserved.

# A3837

## Chip

An electronic component designed to perform processing or memory functions.

ID#: 010410-010410-0024436

## Chip Card

A Card embedded with a Chip that communicates information to a Point-of-Transaction Terminal.

ID#: 010410-010410-0024438

## Chip Compliance Reporting Tool (CCRT)

A centralized, server-based, online solution for the systematic reporting of Acquirer Device Validation Toolkit (ADVT) test results.

ID#: 160312-011010-0025676

## Chip Specifications - Canada Region

All requirements set out in the EMV, VIS, VSDC, PCI, and Visa PIN Entry Device specifications available on Visa Online, as may be amended and/or replaced from time to time.

ID#: 230312-010410-0024439

## Chip-initiated Transaction

An EMV and VIS-Compliant Chip Card Transaction that is processed at a Chip-Reading Device using Full-Chip Data, and limited to Visa and Visa Electron Smart Payment Applications, or EMV and VIS-Compliant Plus applications.

ID#: 010410-010410-0024433

## Chip-Reading Device

A Point-of-Transaction Terminal capable of reading, communicating, and processing Transaction data from a Chip Card.

ID#: 010410-010410-0024435

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3838

**Classic Visa Check Card - U.S. Region**

See Consumer Visa Check Card.

ID#: 010410-010410-0024442

**Classic Wordmark**

A Visa-Owned Mark comprising the word "Classic" when used in connection with the Visa Program.

ID#: 010410-010410-0024443

**Clearing**

All of the functions necessary to collect a Clearing Record from an Acquirer in the Transaction Currency and deliver it to the Issuer in the Billing Currency, or to reverse this transaction, or to process a Fee Collection Transaction.

ID#: 010410-010410-0024444

**Clearing Processor (Updated)**

A Member or its Visa-approved VisaNet Processor that provides Clearing and/or Settlement services for Merchants or other Members. This definition does not imply or confer membership rights as defined in the *Visa International Certificate of Incorporation and Bylaws*, Article II, in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, or in the Visa Worldwide Supplementary Operating Regulations (for Asia-Pacific), Section 1.

ID#: 151012-141010-0026051

**Clearing Record**

A record of a Presentment, Chargeback, Representment, Reversal, or Adjustment in the format necessary to clear the Transaction.

ID#: 010410-010410-0024446

**Clearing Reversal - U.S. Region (Updated)**

A VisaNet Transaction that negates a Transaction previously sent through BASE II or the Single Message System, as specified in the U.S. Regional Operating Regulations and applicable VisaNet Manuals.

ID#: 151012-010410-0024447

© 2012 Visa. All Rights Reserved.

# A3839

Visa International Operating Regulations

## Client Organization

A company or organization that sponsors a Commercial Visa Product program, such as Visa Business, Visa Corporate, Visa Purchasing (including Visa Fleet in the U.S. Region), and any other Commercial Card program combining the functionality of these Cards, wherein Cards are provided to users for business-related purchases. Such companies or organizations may include public or private-sector companies, including sole proprietors and self-employed individuals.

ID#: 160312-141010-0026020

## Client Portfolio Management Self-Service Tools (Updated)

A set of tools, available through Visa Online to Members, VisaNet Processors, and designated Agents, providing the ability to manage and support Visa profile information and associated programs and comprising the following:

• Visa Membership Management (VMM)

• Electronic Client Information Questionnaire (eCIQ)

• Visa Client Support Application (VCSA)

ID#: 151012-010100-0026479

## Collateral Material (New)

**Effective 1 April 2013,** printed, broadcast, or other communications regarding the Affinity/Co-Brand Partner's Trade Name or Mark. These may include, but are not limited to, solicitations, promotional materials, advertisements, statements, statement inserts, direct mail solicitations, and telemarketing operator scripts.

ID#: 151012-010413-0027362

## Collateral Material - Canada Region

Printed, broadcast, electronic, or other material bearing any of the Visa Program Marks.

ID#: 050411-010410-0024450

## Collateral Material - U.S. Region (Updated)

**Effective through 31 March 2013,** printed, broadcast, or other communications regarding the Affinity Partner's Trade Name or Mark. These may include, but are not limited to, solicitations, promotional materials, advertisements, statements, statement inserts, direct mail solicitations, and telemarketing operator scripts.

ID#: 151012-010410-0024452

VISA PUBLIC 15 October 2012
© 2012 Visa. All Rights Reserved.

# A3840

Visa International Operating Regulations

## Collision/Loss Damage Waiver

A Visa Card feature that provides collision or loss damage insurance on car rental Transactions to Visa Cardholders.

ID#: 050411-010410-0024453

## Combined Data Authentication - Canada Region

An Authentication as specified in the Chip Specifications.

ID#: 050411-010410-0024455

## Combined Terminated Merchant File - U.S. Region

See Terminated Merchant File.

ID#: 010410-010410-0024456

## Comet Design

A Visa-Owned Mark that consists of a curved graphic element.

ID#: 010410-010410-0024457

## Commercial Card - U.S. Region

See Commercial Visa Product.

ID#: 010410-010410-0024458

## Commercial Card Enhanced Data Transport - U.S. Region

A Visa service that enables Issuers to provide their Commercial Visa Product customers with optional enhanced reporting of Commercial Card Transaction information provided by Merchants and Acquirers.

ID#: 010410-010410-0024459

## Commercial Level II Transaction - U.S. Region

A Commercial Visa Product Transaction that is authorized and processed to qualify for the Commercial Level II Interchange Reimbursement Fee.

ID#: 010410-010410-0024462

© 2012 Visa. All Rights Reserved.

# A3841

## Commercial Level III Transaction - U.S. Region

A Commercial Visa Product Transaction that is authorized and processed to qualify for the Commercial Level III Interchange Reimbursement Fee.

ID#: 010410-010410-0024461

## Commercial Payables - U.S. Region

**Effective 14 April 2012,** in the U.S. Region, a reference to an environment where a Commercial Visa Product Transaction occurs between business entities, generally through negotiated contractual agreements, or in response to the generation of an invoice requesting payment for goods or services.

ID#: 160312-140412-0026824

## Commercial Visa Prepaid Product

A Commercial Visa Product, issued as a Visa Prepaid Card, in which the corporation depositing the funds remains the owner of the funds in the Visa Prepaid Card account. Commercial Visa Prepaid Products are offered to client organizations solely to provide a means to pay for the acquisition of business-related goods and services.

ID#: 081010-010410-0024463

## Commercial Visa Product - U.S. Region (Updated)

A Visa Card or a Virtual Account issued to a Client Organization for business-related purchases, subject to the requirements specified in the *Visa International Operating Regulations* and *Visa Product Brand Standards*, and associated with a BIN, account range, or an account designated as one of the following:

• Visa Corporate Card

• Visa Business Card

• Visa Purchasing Card

ID#: 151012-010410-0024464

© 2012 Visa. All Rights Reserved.

# A3842

Visa International Operating Regulations

## Compelling Evidence (New)

**Effective 20 April 2013,** information or documentation provided by a Merchant or an Acquirer in a Representation that attempts to prove that the Cardholder participated in the Transaction, received goods or services, or otherwise benefited from the Transaction, as specified in "Use of Compelling Evidence." Compelling Evidence does not mandate that Visa, the Issuer, or any other person conclude, as a matter of fact or law, that the Cardholder participated in the Transaction, received goods or services, or otherwise benefited from the Transaction.

ID#: 151012-090812-0027268

## Completion Message

A Clearing Record to follow a preauthorization as part of Real-Time Clearing Processing.

ID#: 010410-010410-0024469

## Compliance

A process where Visa resolves disputes between Members arising from violations of the *Visa International Operating Regulations*, when the requesting Member can certify that a financial loss has occurred or will occur for a specific amount, and no Chargeback right is available.

ID#: 010410-010410-0024470

## Compliant Chip Card - Canada Region

A Chip Card that contains a Visa Smart Payment Application capable of processing Full Data and that complies with Chip Specifications.

ID#: 010410-010410-0024471

## Compliant Chip Card Offline Authorization - Canada Region

A process that allows an Authorization Request initiated by a Compliant Chip Card to be processed as a Full Data Transaction in a below-Floor Limit Environment without sending the Authorization Request to the Issuer.

ID#: 010410-010410-0024472

© 2012 Visa. All Rights Reserved.

# A3843

Visa International Operating Regulations

## Compliant Chip Card Reading Device - Canada Region

A Point-of-Transaction Terminal or a POS capable of reading, communicating, and processing Full Data Transactions from a Compliant Chip Card.

ID#: 010410-010410-0024473

## Compliant Chip Transaction - Canada Region

An Online or offline authorized Transaction generated by a Compliant Chip Card and its PIN at a Compliant Chip Card Reading Device with a Compliant PED.

ID#: 010410-010410-0024474

## Compliant PED - Canada Region

A PIN entry device that meets the requirements set out in the Chip Specifications and that supports plaintext and enciphered offline PIN at POS, or enciphered online PIN at ATMs.

ID#: 010410-010410-0024475

## Compromised Account Management Service (CAMS) - CEMEA Region

**Effective through 14 May 2012,** the distribution tool on Visa Risk Manager, accessed through Visa Online, for the risk management and security function of Visa and its Members.

ID#: 160312-121109-0025591

## Compromised Account Management System

See CAMS.

ID#: 160312-150512-0026577

## Compromised Account Management System - U.S. Region

**Effective through 14 May 2012,** the reporting system used by Visa to notify Issuers of Account Numbers that may have been compromised.

ID#: 160312-010410-0024476

© 2012 Visa. All Rights Reserved.

# A3844

Visa International Operating Regulations

## Compromised Entity

**Effective 15 May 2012,** an entity that has experienced an Account Data Compromise Event. A Compromised Entity may be a Visa Merchant, Visa Acquirer, Acquirer processor, service provider, or other entity used by an Acquirer or its Merchants, service providers, or ATMs for processing Visa-branded transactions.

ID#: 160312-150512-0026744

## Confidential Consumer Cardholder Information - U.S. Region

An Account Number, or other personally identifiable information relating to a Consumer Cardholder.

ID#: 220411-010100-0026359

## Confidential Enhanced Merchant-Level Data - U.S. Region

Merchant-related data provided through Visa to an Issuer in connection with a Commercial Visa Product. This data includes all Enhanced Merchant-Level Data except for Non-Confidential Enhanced Merchant-Level Data, and is subject to the disclosure restrictions as specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024477

## Consumer Card - U.S. Region

See Visa Consumer Card.

ID#: 010410-010410-0024480

## Consumer Cardholder - U.S. Region

A Cardholder, other than the Cardholder of a Commercial Visa Product.

ID#: 010410-010410-0024479

## Consumer Device Cardholder Verification Method (CDCVM)

**Effective 8 March 2012,** a Visa-approved Cardholder Verification Method that is used by a Mobile Payment Device to verify a Cardholder's identity. The only approved Consumer Device Cardholder Verification Method is Passcode.

ID#: 160312-080312-0026877

© 2012 Visa. All Rights Reserved.

# A3845

## Consumer Visa Check Card - U.S. Region

A Visa Check Card that accesses a deposit, investment, or other asset account of a consumer, including a fiduciary account.

ID#: 010410-010410-0024481

## Consumer Visa Deferred Debit Card - U.S. Region

A Consumer Card that accesses a deposit, investment, or other asset account of a consumer, including a fiduciary account, where the amount of any individual Transaction is not accessed, held, debited, or settled from the consumer asset account sooner than 14 days from the date of the Transaction.

ID#: 010410-010410-0024482

## Contactless Card - U.S. Region

See Visa Contactless.

ID#: 010410-010410-0024483

## Contactless Payment - U.S. Region

A form of Visa payment conducted in the Card-Present Environment at the Point-of-Transaction through a Visa-approved wireless interface such as radio frequency or infrared technology.

ID#: 010410-010410-0024484

## Contactless Payment Terminal - U.S. Region

A Point-of-Transaction Terminal that reads the Magnetic-Stripe Data on a Contactless Payment Chip through a Visa-approved wireless interface, and that includes Magnetic-Stripe-reading capability.

ID#: 010410-010410-0024485

## Contactless Payment Transaction - U.S. Region

A Transaction completed at a Point-of-Transaction Terminal through a Visa-approved wireless interface in the Card-Present Environment.

ID#: 010410-010410-0024486

© 2012 Visa. All Rights Reserved.

# A3846

## Convenience Fee - U.S. Region

A fee charged by a Merchant for an added convenience to the Cardholder, as specified in "Convenience Fee General Requirements."

ID#: 050411-010410-0024488

## Copy - U.S. Region

See Transaction Receipt.

ID#: 010410-010410-0024490

## Copy Request

A Retrieval Request that is processed through an electronic documentation transfer method.

ID#: 010410-010410-0024491

## Copy Request Identifier

A unique 12-digit identification number that VisaNet assigns to a Copy Request. In the Single Message System, the Retrieval Request identifier.

ID#: 010410-010410-0024492

## Copyright

A form of protection that the laws of various countries provide for original literary, dramatic, musical, artistic, and certain other intellectual works.

ID#: 010410-010410-0024489

## Correspondent Bank

A depository institution that holds an account with, or on behalf of, a Settlement Bank, and engages in an exchange of services with that bank.

ID#: 010410-010410-0024494

## Counterfeit Card

One of the following:

© 2012 Visa. All Rights Reserved.

# A3847

Visa International Operating Regulations

- A device or instrument that is printed, embossed, or encoded so as to purport to be a Card, but that is not a Card because an Issuer did not authorize its printing, embossing, or encoding

- An instrument that is printed with the authority of the Issuer and that is subsequently embossed or encoded without the authority of the Issuer

- A Card that an Issuer has issued and that is altered or re-fabricated, except one on which the only alteration or re-fabrication comprises modification of the signature panel or Cardholder signature

ID#: 010410-010410-0024495

## Counterfeit Fraud Recovery

**Effective 15 May 2012,** a component of the Global Compromised Account Recovery program that allocates responsibility and reimbursement for a portion of Incremental Counterfeit Fraud losses incurred as a result of a Magnetic-Stripe Data Account Data Compromise Event, including PIN data for events that also involve PIN compromise.

ID#: 160312-150512-0026063

## Counterfeit Fraud Recovery - U.S. Region

**Effective through 14 May 2012,** a subset of the Account Data Compromise Recovery Process that allocates responsibility and reimbursement for incremental counterfeit fraud losses incurred as a result of an account compromise event involving Magnetic-Stripe Data and/or PIN data.

ID#: 160312-010410-0024496

## Counterfeit Transaction Receipt

A Transaction Receipt arising from the use of a Counterfeit Card.

ID#: 010410-010410-0024497

## Country of Domicile

The country in which a Member has its principal place of business.

ID#: 010410-010410-0024499

## Country Office

A secondary office location of a Visa Region, located in a country within the same Visa Region.

ID#: 010410-010410-0024498

© 2012 Visa. All Rights Reserved.

# A3848

---
---

## CPS Transaction - U.S. Region

A Transaction that meets one of the Custom Payment Services (CPS) requirements in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024523

## CPS/Account Funding - U.S. Region

A payment service for Electronic Commerce Transactions where the Cardholder is funding a host-based prepaid product, a brokerage account, or escrow account with a Visa product in a secure Internet environment, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024500

## CPS/Automated Fuel Dispenser - U.S. Region

A payment service for Transactions that take place at an Automated Fuel Dispenser properly assigned Merchant Category Code 5542, "Automated Fuel Dispensers," where the full contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024501

## CPS/Card Not Present - U.S. Region

A payment service for Transactions completed in a Card-Absent Environment, except for Electronic Commerce Transactions, that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024502

## CPS/e-Commerce Basic - U.S. Region

A payment service for Electronic Commerce Transactions that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024503

---
© 2012 Visa. All Rights Reserved.

# A3849

### CPS/e-Commerce Preferred Hotel and Car Rental - U.S. Region

A payment service for Secure Electronic Commerce Transactions that originate from a Hotel, Cruise Line, or Car Rental Merchant, are completed using Verified by Visa, and meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010410-0024504

### CPS/e-Commerce Preferred Passenger Transport - U.S. Region

A payment service for Secure Electronic Commerce Transactions that originate from an Airline or passenger railway Merchant or its agent, are completed using Verified by Visa, and meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010410-0024505

### CPS/e-Commerce Preferred Retail - U.S. Region

A payment service for Secure Electronic Commerce Transactions completed using Verified by Visa that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010410-0024506

### CPS/e-Commerce Preferred Transaction - U.S. Region

**Effective through 14 March 2012,** a CPS Transaction processed as specified in the U.S. Regional Operating Regulations, and consisting of one of the following types of Transactions:

- CPS/e-Commerce Preferred Hotel and Car Rental Transaction
- CPS/e-Commerce Preferred Passenger Transport Transaction
- CPS/e-Commerce Preferred Retail Transaction

ID#: 160312-010410-0024507

### CPS/e-Commerce Transaction - U.S. Region

**Effective through 14 March 2012,** a CPS Transaction processed as specified in the U.S. Regional Operating Regulations and consisting of one of the following types of transactions:

- CPS/e-Commerce Basic Transaction
- CPS/e-Commerce Preferred Hotel and Car Rental Transaction
- CPS/e-Commerce Preferred Passenger Transport Transaction

© 2012 Visa. All Rights Reserved.

# A3850

• CPS/e-Commerce Preferred Retail Transaction

ID#: 160312-010410-0024508

## CPS/Hotel and Car Rental Card Not Present - U.S. Region

A payment service for lodging, cruise line, and car rental Transactions in a Card-Absent Environment (including T&E Advance Deposit Transactions, No Show Transactions, and other key-entered Transactions) where the hotel stay, cruise duration, or length of rental is more than 1 day and the Point-of-Transaction Terminal application is equipped to provide the additional industry-specific data for the program and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024509

## CPS/Hotel and Car Rental Card Present - U.S. Region

A payment service for lodging, cruise line, and car rental Transactions in a Face-to-Face Environment where the hotel stay or length of rental is one or more days, multiple Authorizations may be obtained with industry-specific data, the full contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024510

## CPS/Passenger Transport - U.S. Region

A payment service for Passenger Transport Service Category Transactions where the Merchant processes the sale of tickets by mail, via the Internet, or in a Card-Present Environment using single or multiple Transaction Receipts, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024511

## CPS/Restaurant - U.S. Region

A payment service for Transactions completed in a Face-to-Face Environment by a Merchant properly assigned Merchant Category Code 5812, "Restaurant" or 5814, "Fast Food" and where the contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and Authorization is obtained and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 081010-010410-0024512

© 2012 Visa. All Rights Reserved.

# A3851

Visa International Operating Regulations

## CPS/Retail - U.S. Region

A payment service for Retail Transactions completed in a Face-to-Face Environment where the full contents of track 1 or 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

Transactions with one of the following Merchant Category Codes are ineligible for CPS/Retail:

- 5411, "Grocery Stores and Supermarkets"
- 5541, "Service Stations"
- 5812, "Eating Places and Restaurants"
- 5814, "Fast Food Restaurants"
- 5962, "Direct Marketing - Travel-Related Arrangement Services"
- 5966, "Direct Marketing - Outbound Telemarketing"
- 5967, "Direct Marketing - Inbound Teleservices Merchant"

ID#: 081010-010410-0024513

## CPS/Retail 2 - U.S. Region

An incentive program designed to expand Visa Card acceptance into new industries. Transactions from select Merchant categories may qualify for this program in either a Card-Present Environment or a Card-Absent Environment by meeting the fee edit criteria specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide* for one of the following services:

- CPS/Retail 2
- CPS/Card Not Present
- CPS/e-Commerce Basic
- CPS/e-Commerce Preferred Retail
- CPS/Retail Key-Entry

ID#: 081010-010410-0024514

## CPS/Retail Key-Entry - U.S. Region (Updated)

A payment service for Transactions completed in a Face-to-Face Environment where a Magnetic-Stripe Terminal is present, but the Magnetic Stripe cannot be read and the Merchant verifies the Cardholder signature, performs an Address Verification Service inquiry, and receives an acceptable response, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 151012-010410-0024515

© 2012 Visa. All Rights Reserved.

# A3852

Visa International Operating Regulations

### CPS/Rewards 1 Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee for Visa Consumer Credit Transactions that meet the applicable requirements for CPS/Rewards 1 Transactions specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024516

### CPS/Rewards 2 Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee for Visa Consumer Credit Transactions that meet the applicable requirements for CPS/Rewards 2 Transactions specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024517

### CPS/Rewards Interchange Reimbursement Fee - U.S. Region

One of the following Interchange Reimbursement Fees for Visa Consumer Credit Transactions that meet the applicable requirements specified in the U.S. Regional Operating Regulations:

• CPS/Rewards 1
• CPS/Rewards 2

ID#: 010410-010410-0024518

### CPS/Service Station - U.S. Region

A payment service for Transactions with Merchant Category Code 5541, "Service Stations" completed in a Face-to-Face Environment where the full contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted and that meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 081010-010410-0024519

### CPS/Small Ticket - U.S. Region

A payment service for Visa Easy Payment Service Transactions less than or equal to US $15 that are conducted with a Visa Consumer Card where the full contents of track 1 or track 2 of the Magnetic Stripe, unaltered Chip, or unaltered Contactless Payment data are read and transmitted, and meet the applicable requirements specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide*.

ID#: 160312-010410-0024520

© 2012 Visa. All Rights Reserved.

# A3853

## CPS/Supermarket - U.S. Region

A payment service for Supermarket Incentive Program Transactions that meet the applicable requirements specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024521

## CPS/T&E Transaction - U.S. Region

A CPS Transaction processed as specified in the U.S. Regional Operating Regulations that applies to the following types of CPS/T&E Transactions:

• CPS/Hotel and Car Rental Card Not Present Transaction

• CPS/Hotel and Car Rental Card Present Transaction

• CPS/Passenger Transport Transaction

ID#: 010410-010410-0024522

## Credit Bureau - U.S. Region (Updated)

**Effective through 31 July 2012,** for purposes of Visa Advanced ID Solutions, Strategic Bankruptcy Solutions, and BankruptcyPredict Service, a company that is required or has agreed to comply with the requirements applicable to consumer reporting agencies under the Federal Fair Credit Reporting Act, including but not limited to a company that receives Member information pursuant to the Fidelity Information Services, ID Score Plus, or ID Analytics Credit Optics components of Visa Advanced ID Solutions or that provides card account numbers, identified from bankruptcy petitions files in U.S. bankruptcy courts, to Strategic Bankruptcy Solutions.

**Effective 1 August 2012,** for purposes of Visa Advanced ID Solutions and Strategic Bankruptcy Solutions, a company that is required or has agreed to comply with the requirements applicable to consumer reporting agencies under the Federal Fair Credit Reporting Act, including but not limited to a company that receives Member information pursuant to the ID Analytics, ID Score Plus, or Credit Optics components of Visa Advanced ID Solutions or that provides card account numbers, identified from bankruptcy petitions files in U.S. bankruptcy courts, to Strategic Bankruptcy Solutions.

ID#: 151012-010410-0024524

## Credit Optics - U.S. Region

An optional feature of Visa Advanced ID Solutions that provides U.S. Members with a score and related reason code(s) provided by ID Analytics, Inc. that predict the potential of financial loss associated with approving an application for a new, or management of an existing, Card, non-Visa card, or other Visa or non-Visa product based on an assessment of the identity risk and application behavior of a consumer and the credit risk and application behavior of other similar consumers.

ID#: 111011-010100-0025783

© 2012 Visa. All Rights Reserved.

# A3854

Visa International Operating Regulations

**Credit Reporting Improvement Service - U.S. Region**

A service that supports an Issuer by monitoring the reporting and handling of credit bureau data.

ID#: 010410-010410-0024526

**Credit Transaction - U.S. Region**

A Merchant's refund or price adjustment credited to a Cardholder account.

ID#: 010410-010410-0024527

**Credit Transaction Receipt**

A Transaction Receipt evidencing a Merchant's refund or price adjustment to be credited to a Cardholder's account.

ID#: 010410-010410-0024528

**Credit Voucher - U.S. Region**

See Credit Transaction Receipt.

ID#: 010410-010410-0024529

**Cruise Line**

A Merchant that sells and provides recreational travel on water, including overnight accommodations.

ID#: 010410-010410-0024532

**Cryptogram**

A value resulting from a combination of specific key data elements that are used to validate the source and integrity of data.

ID#: 010410-010410-0024533

© 2012 Visa. All Rights Reserved.

# A3855

Visa International Operating Regulations

## Currency Conversion Rate

A rate selected by Visa from the range of rates available in wholesale currency markets for the applicable Processing Date, which rate may vary from the rate Visa itself receives; or the government-mandated rate in effect for the applicable Processing Date. In each instance, plus or minus any adjustment determined by the Issuer.

ID#: 151012-010410-0024534

## Currency Conversion Rate - U.S. Region

Either:

- A rate selected by Visa from the range of rates available in wholesale currency markets on the applicable Central Processing Date (such rate may vary from the rate Visa itself receives) plus or minus any adjustment determined by the Issuer
- The government-mandated rate in effect on the applicable Central Processing Date, plus or minus any adjustment determined by the Issuer

ID#: 010410-010410-0024535

## Custom Payment Services (CPS)

A Visa payment service that accommodates specific payment environments with an identifier that remains with the Transaction throughout its life cycle.

ID#: 010410-010410-0024536

## CVM - Canada Region

Cardholder Verification Method.

ID#: 010410-010410-0024537

## D

## Data Capture-Only Capability

The capability of a Point-of-Transaction terminal to store Transaction Receipt data that is electronically captured for Deposit purposes, where the terminal does not have capability to go Online for Authorization.

ID#: 050411-010410-0024538

© 2012 Visa. All Rights Reserved.

# A3856

Visa International Operating Regulations

## Data Compromise Recovery

**Effective through 14 May 2012,** a Visa fraud recovery process where Visa allocates to affected Members the incremental full Magnetic Stripe counterfeit fraud losses that are associated with a data compromise event, as specified in "Data Compromise Recovery Solution (DCRS)."

ID#: 160312-010410-0024539

## Data Encryption Standard - U.S. Region

The data encryption standard defined in American National Standards Institute X3.92-1981 for encrypting and decrypting binary coded data.

ID#: 010410-010410-0024540

## Data Protection Method

A Visa-approved method for the protection of Account Numbers and other Cardholder data, as specified in the Payment Card Industry Data Security Standard (PCI DSS).

ID#: 010410-010410-0024541

## Data Reformatter Service - U.S. Region

A service that streamlines file processing for Direct Exchange Open File Delivery endpoints by eliminating in-house file manipulation.

ID#: 010410-010410-0024542

## Debit Tax Payment Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee for Visa Debit Card Transactions that meet the qualification requirements of the Tax Payment Program.

ID#: 010410-010410-0024544

## Debit Tax Payment Transaction - U.S. Region

A Visa Debit Card Transaction that qualifies for the Visa Debit Tax Payment Interchange Reimbursement Fee.

ID#: 010410-010410-0024545

© 2012 Visa. All Rights Reserved.

# A3857

Visa International Operating Regulations

### Debt Repayment Program Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee for Visa Debt Repayment Transactions that meet the requirements of the Debt Repayment Program.

ID#: 010410-010410-0024546

### Debt Repayment Program Merchant - U.S. Region

A Merchant that processes Visa Debt Repayment Program Transactions as specified in the *Visa Debt Repayment Program Guide.*

ID#: 010410-010410-0024547

### Decline Response

An Authorization Response where the Transaction was declined.

ID#: 010410-010410-0024548

### Deferred Clearing Processing

A 2-step process whereby Transactions are authorized, cleared, and settled through either the:

• Single Message System
• V.I.P. System and BASE II

ID#: 010410-010410-0024550

### Deferred Clearing Transaction

A Transaction that is authorized, cleared, and settled in 2 separate messages through either the Single Message System or the V.I.P. System and BASE II.

ID#: 010410-010410-0024551

### Deferred Payment Transaction - U.S. Region

A Transaction completed in a Card-Absent Environment for which the Cardholder is billed once, no more than 90 days after the first shipment of merchandise.

ID#: 010410-010410-0024552

© 2012 Visa. All Rights Reserved.

# A3858

---

Visa International Operating Regulations

---

### Delayed Delivery Transaction

A single Transaction where a Cardholder completes 2 separate Transaction Receipts. The first Transaction Receipt functions as a deposit (such as a down payment) for goods or services; the second is to pay the balance due the Merchant.

ID#: 010410-010410-0024553

### Deposit (Updated)

The submission of a Transaction Receipt by a Merchant or Payment Service Provider to an Acquirer, resulting in a credit or debit to the Merchant's, Sponsored Merchant's, or Payment Service Provider's account.

ID#: 151012-010410-0024556

### Deposit Date

The date on which an Acquirer receives a Transaction Receipt from a Merchant.

ID#: 010410-010410-0024557

### Deposit-Only Account Number

A Visa Account Number established by a Visa Card or Visa Electron Card Issuer, used exclusively to receive an Original Credit on behalf of one or more of its customers.

ID#: 010410-010410-0024554

### Diamond Design

A Visa-Owned Mark, used as an element of the Plus Symbol, consisting of three triangles with an open space in the lower right-hand corner, arranged to form an outline of the symbol "+."

ID#: 010410-010410-0024558

### Digital Certificate

A digitally signed credential used to authenticate the owner of the credential or to ensure the integrity and confidentiality of the message it is signing.

ID#: 010410-010410-0024559

---

© 2012 Visa. All Rights Reserved.

# A3859

Visa International Operating Regulations

## Direct-Connect Merchant - U.S. Region (Updated)

**Effective through 4 June 2012**, a Merchant that directly enters Authorization Requests into the V.I.P. System.

ID#: 151012-010410-0024560

## Disbursing Member

A Member that pays out currency in a Cash Disbursement.

ID#: 010410-010410-0024562

## Dispute Resolution Questionnaires - U.S. Region

A series of specific questionnaires, available in Visa Resolve Online, designed for each Chargeback category to facilitate the exchange of information in the dispute resolution process. A Dispute Resolution Questionnaire:

• Is required when documentation is sent to the opposing Member

• May be used for non-fraud related disputes when a Cardholder or Merchant letter is unavailable.

ID#: 010410-010410-0024563

## Distribution of Visa Prepaid Cards Outside the Country of Issuance

**Effective 8 December 2011,** the issuance of Visa Prepaid Cards (e.g., Visa Payroll, Visa Incentive, etc.) to multinational corporations or government entities for use by their employees or beneficiaries residing in a country other than the country in which the Member is located.

ID#: 160312-081211-0026803

## Documentation Indicator - U.S. Region

A VisaNet code indicating the status of mailed supporting documentation and the validity of the Acquirer Reference Number.

ID#: 050411-010410-0024564

## Domestic Cooperative Brand Development Fund - LAC Region

A fund established by Visa and Members to support Brand development and exposure that consists, at a minimum, of 0.1% of the Visa Point of Sale Volume within a given country.

ID#: 010410-010410-0024566

© 2012 Visa. All Rights Reserved.

# A3860

Visa International Operating Regulations

## Domestic Interchange

Interchange of a Domestic Transaction.

ID#: 010410-010410-0024567

## Domestic Transaction

A Transaction where the Issuer of the Card used is located in the Transaction Country.

ID#: 010410-010410-0024568

## Dove Design

A Visa-Owned Mark depicting a dove in flight that identifies the Visa Program.

ID#: 010410-010410-0024570

## Dual-Issuer Branded Visa Commercial Card

A Visa Commercial Card, issued by a Member participating in the Visa Multinational Program, that identifies the Lead Bank on the Card front and the Partner Bank on the Card back, as specified in the *Visa Multinational Program Guide.*

ID#: 160312-141010-0026028

## Dynamic Card Verification Value (dCVV)

A Card Verification value dynamically generated by a Chip Card for inclusion in the Authorization message (e.g., as part of the Magnetic-Stripe data).

ID#: 111011-150410-0025503

## Dynamic Card Verification Value (dCVV) - U.S. Region

An authentication value for each Contactless Payment Transaction.

ID#: 010410-010410-0024573

© 2012 Visa. All Rights Reserved.

### Dynamic Currency Conversion

The conversion of the purchase price of goods or services from the currency in which the purchase price is displayed to another currency as agreed to by the Cardholder and Merchant. That currency becomes the Transaction Currency, regardless of the Merchant's local currency.

ID#: 160312-010410-0024574

### Dynamic Data Authentication

A cryptographic value generated by a Chip on a Card in an offline environment that uses Transaction-specific data elements and is verified by a Chip-Reading Device to protect against skimming.

ID#: 010410-010410-0024575

## E

### Edit Package

The software that Visa supplies to VisaNet Processors to:

- Validate Interchange data
- Process Interchange data sent from the VisaNet Processor to Visa
- Process incoming Transactions received from Visa

ID#: 010410-010410-0024577

### Edit Package Run Date - U.S. Region

See Acquirer's Processing Date.

ID#: 010410-010410-0024578

### Edit Package Software - U.S. Region

See Edit Package.

ID#: 010410-010410-0024579

### Electronic Capability

Point-of-Transaction Capability where all of the following are true:

© 2012 Visa. All Rights Reserved.

# A3862

- Transaction Authorization is required (or the terminal is capable of reading and acting upon the Service Code in the Magnetic Stripe or information provided in the Chip)
- Authorization Response is obtained Online, or as instructed by the Issuer
- Authorization Response and Transaction Receipt data are captured electronically

ID#: 010410-010410-0024582

## Electronic Commerce Indicator (Updated)

**Effective 15 March 2012,** a value used in Electronic Commerce Transactions to indicate the Transaction's level of authentication and security, as specified in the applicable Verified by Visa Implementation Guide.

ID#: 151012-150312-0026401

## Electronic Commerce Merchant

A Merchant that conducts the sale of goods or services electronically over the Internet and other networks.

ID#: 010410-010410-0024584

## Electronic Commerce Merchant Monitoring Program - U.S. Region

**Effective through 14 March 2012,** a Visa program designed to protect the Visa brand by identifying, and eliminating from the Visa system, Electronic Commerce Transactions representing the sale of child pornography.

ID#: 160312-010410-0024585

## Electronic Commerce Merchant Rate

**Effective through 14 March 2012,** an Interregional Interchange Reimbursement Fee paid for an Electronic Commerce Transaction that is conducted by a 3-D Secure-capable Merchant.

**Effective 15 March 2012,** an Interregional Interchange Reimbursement Fee paid for an Electronic Commerce Transaction that is conducted by a Verified by Visa Merchant.

ID#: 160312-010410-0024586

## Electronic Commerce Transaction

A Transaction between a Merchant and Cardholder over the Internet and other networks using a Cardholder Access Device. An Electronic Commerce Transaction is one of the following:

- Non-Secure Transaction

© 2012 Visa. All Rights Reserved.

# A3863

- Non-Authenticated Security Transaction
- Secure Electronic Commerce Transaction

ID#: 010410-010410-0024587

## Electronic Commerce Transaction - U.S. Region

**Effective through 14 March 2012,** a Transaction conducted over the Internet or other network using a Cardholder Access Device. An Electronic Commerce Transaction is one of the following:

- Non-Secure Transaction
- Non-Authenticated Security Transaction
- Secure Electronic Commerce Transaction

ID#: 160312-010410-0024589

## Electronic Commerce Transaction Receipt

A Transaction Receipt provided to the Cardholder by an Electronic Commerce Merchant.

ID#: 010410-010410-0024591

## Electronic Format Cardholder Receipt (New)

**Effective 1 October 2012,** the Cardholder copy of a Transaction Receipt or Credit Transaction Receipt in one of the following forms:

- An e-mail sent to the Cardholder
- A wirelessly delivered message, such as an SMS (Short Message Service) text message sent to the Cardholder
- A Website, the URL of which is communicated to the Cardholder using an e-mail or a wirelessly delivered message, such as an SMS (Short Message Service) text message

ID#: 151012-010100-0027353

## Electronic Imprint

The reading and printing or capture of Card information at a Magnetic-Stripe Terminal or a Chip-Reading Device.

ID#: 010410-010410-0024593

© 2012 Visa. All Rights Reserved.

# A3864

## Electronic Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee paid to or received by a Member for a Transaction that meets the qualifications in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024594

## Electronic Rate

An Interchange Reimbursement Fee charged when the Transaction meets the requirements specified in "Electronic Rate Qualification."

ID#: 010410-010410-0024597

## Electronic Signature - U.S. Region

In the U.S. Region, e-mail exchanges directly between Visa and a Member will constitute a binding contractual agreement between the parties with the same legal force and effect as a written contract with handwritten signatures, where all of the following are true:

- Within the e-mail exchange, Visa seeks and the Member provides confirmation concerning an agreement between the parties or terms and conditions to govern such an agreement
- Visa includes in its request for confirmation:
  - An explicit notice that it intends such e-mail request and confirmation to constitute a binding agreement
  - A notice that the Member's confirmation will constitute affirmations that the Member intends the e-mail exchange to constitute a binding commitment and that the person providing the e-mail confirmation on behalf of the Member is an officer authorized to so bind the Member
  - An explicit time limit for Member's confirmation to be received by Visa in order to be effective
- Within the e-mail exchange, Visa-designated authentication practices are employed by both Visa and the Member

ID#: 111011-010100-0025755

## Electronic Transaction Receipt

A Transaction Receipt created electronically in a Card-Present Environment where the terminal generates the required data that is printed on the Transaction Receipt.

ID#: 010410-010410-0024599

© 2012 Visa. All Rights Reserved.

# A3865

Visa International Operating Regulations

## Eligible Cardholder

A Cardholder who has had their Card lost or stolen while traveling outside of their city of residence and who has reported the loss or theft to the Issuer of the Card as specified in "Visa Global Customer Assistance Services Program Requirements."

ID#: 081010-010410-0024601

## Emergency Card Replacement

A temporary Visa Card that Visa Global Customer Assistance Services, the Issuer, or its Agent provides to replace an Eligible Cardholder's damaged, lost, or stolen Visa Card.

ID#: 081010-010410-0024610

## Emergency Cash Disbursement

A Cash Disbursement by a Member or its agent, including Visa, to an Eligible Cardholder who has reported a Visa Card or Visa TravelMoney Card as damaged, lost, or stolen.

ID#: 081010-010410-0024605

## Emergency Payment Authorization Service

A service offered to Visa Infinite Cardholders who need to make Transactions before receiving an Emergency Card Replacement or Emergency Cash Disbursement. The service provides verbal Authorization for such emergency travel Transactions.

ID#: 081010-010410-0024608

## Emergency Refund Location

The office of a Member where an Emergency Cheque Refund is disbursed.

ID#: 010410-010410-0024609

## Emergency Replacement Visa TravelMoney Card - U.S. Region

A Visa TravelMoney Card that an Issuer provides to replace an Eligible Cardholder's lost or stolen Visa TravelMoney Card issued by the same Issuer.

ID#: 010410-010410-0024611

© 2012 Visa. All Rights Reserved.

# A3866

## Emergency Service Location

A Visa Issuer-affiliated Branch pre-registered in the Visa Global Customer Assistance Services Program where an Eligible Cardholder may receive an Emergency Card Replacement or an Emergency Cash Disbursement.

ID#: 081010-010410-0024612

## Emergency Travelers Cheque Refund - U.S. Region

See Emergency Cheque Refund.

ID#: 010410-010410-0024614

## Emergency/Travel Services - U.S. Region

Emergency services provided to Eligible Cardholders and Cheque purchasers traveling away from home. These include:

• Emergency Cash Service

• Emergency Card Replacement Service

• Emergency medical/legal assistance

• Emergency ticket replacement

• Emergency message service

• Auto Rental Insurance

• General travel assistance

ID#: 010410-010410-0024615

## EMV Integrated Circuit Card Specifications for Payment Systems (EMV) (Updated)

Technical specifications developed (jointly by Europay International, MasterCard International, and Visa International) to provide standards for processing debit and credit Transactions, and ensure global interoperability for the use of Chip technology in the payment industry.

ID#: 151012-010410-0024620

## EMV PIN Transaction

A Chip-initiated Transaction (excluding ATM Transactions) verified utilizing Online or Offline PIN Verification.

ID#: 010410-010410-0024624

© 2012 Visa. All Rights Reserved.

# A3867

Visa International Operating Regulations

## EMV PIN-Compliant (Updated)

**Effective through 12 September 2012,** a Chip-Reading Device that complies with the PIN requirements of the Visa International PIN Entry Device Testing and Approval Program.

**Effective 13 September 2012,** a Chip-Reading Device that complies with the PIN requirements of the Payment Card Industry Security Council.

ID#: 151012-010410-0024622

## EMV-Compliant

A term used to describe a Card or terminal application that complies with the requirements specified in the *EMV Integrated Circuit Card Specifications for Payment Systems.*

ID#: 010410-010410-0024617

## EMV-Compliant - U.S. Region

A Card or terminal application that complies with the requirements specified in the *EMV Integrated Circuit Card Specifications for Payment Systems.*

ID#: 010410-010410-0024619

## Endorsement Date

One of the following dates on a Clearing Record:

• If cleared through BASE II, the Edit Package run date on which a Member submits outgoing Interchange

• If cleared through the Single Message System, the Settlement Date

• If cleared under a Private Agreement, the date on which a Member processes outgoing Interchange

For BASE II Transactions, the Endorsement Date is no later than the date on which the Member creates the BASE II Interchange File. For Transactions with indecipherable or invalid Account Numbers not cleared through BASE II, the Endorsement Date is the date on which the Transaction was first entered into Interchange and mailed.

ID#: 010410-010410-0024627

## Enhanced Data (Updated)

Data provided through Visa to an Issuer in connection with a Visa Commercial Card program. Such data may include either or both:

© 2012 Visa. All Rights Reserved.

# A3868

Visa International Operating Regulations

- Enhanced Merchant-Level Data (including data for a Sponsored Merchant or a Payment Service Provider)
- Enhanced Transaction-Level Data

ID#: 151012-300611-0026463

## Enhanced Merchant-Level Data (Updated)

Merchant- or Sponsored Merchant-related data (including Payment Service Provider data) provided through Visa to an Issuer in connection with a Visa Commercial Card program. Such data includes:

- Merchant street address
- Merchant telephone number
- Incorporation status
- Owner's name

ID#: 151012-300611-0026464

## Enhanced Transaction-Level Data - U.S. Region

Transaction-related data provided through Visa to an Issuer in connection with a Commercial Visa Product. Such data includes:

- Accounting code
- Sales tax
- Description of items purchased, cost per unit, number of units
- Vehicle fleet data (vehicle/driver ID, odometer reading)
- Detailed itinerary information (Airline, origination/destination, class of travel)

ID#: 010410-010410-0024631

## Enhanced Visa Wordmark - U.S. Region

A Visa-Owned Mark representing the Visa Corporate Identity, consisting of the Visa Logotype centered above the Comet Design.

ID#: 010410-010410-0024632

## Exception File

A VisaNet file of Account Numbers that a Member accesses Online, for which the Issuer has predetermined an Authorization Response. The Exception File supports:

- Stand-In Processing

© 2012 Visa. All Rights Reserved.

# A3869

• Positive Cardholder Authorization Service
• Production of the Card Recovery Bulletin

ID#: 010410-010410-0024634

## Exception File - U.S. Region

A VisaNet file of Account Numbers for which the Issuer has predetermined an Authorization Response, that a Member accesses Online.

ID#: 010410-010410-0024635

## Excessive Fraud Activity - U.S. Region

Fraud Activity that exceeds Visa-specified parameters.

ID#: 010410-010410-0024637

## Expired Card

A Card on which the embossed, encoded, or printed expiration date has passed.

ID#: 010410-010410-0024638

## Exported Transaction Receipt

A Transaction Receipt that is deposited outside of the Transaction Country.

ID#: 010410-010410-0024639

## Extension (Updated)

A publication or Website referenced in, and with the same authority as, the *Visa International Operating Regulations*. **Effective 15 October 2012,** an Extension is the current version of the publication or Website, unless otherwise specified. See "Authority of Other Publications."

ID#: 151012-080312-0026983

## F

## Face-to-Face Environment (Updated)

An environment where a Transaction is completed under all of the following conditions:

• Card or Proximity Payment Device is present

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3870

- Cardholder is present
- Individual representing the Merchant or Acquirer completes the Transaction

Transactions in this environment include the following:

- Retail Transactions
- Manual Cash Disbursements
- Visa Easy Payment Service Transactions

Transactions in this environment exclude the following:

- Electronic Commerce Transactions
- Mail/Phone Order Transactions
- Recurring Transactions
- Unattended Transactions
- In the U.S. Region, Installment Billing Transactions *(This only applies in the U.S. Region.)*

ID#: 151012-010410-0024643

## Fallback Transaction

An EMV Chip Card Transaction initially attempted at a Chip-Reading Device, where the device's inability to read the Chip prevents the Transaction from being completed using the Chip Card data, and the Transaction is instead completed using an alternate means of data capture and transmission.

ID#: 010410-010410-0024645

## Fallback Transaction - Canada Region

A Transaction occurring in either:

- An Unattended Environment, regardless of whether Authorization is required
- A Face-to-Face Environment between a Compliant Chip Card and a Compliant Chip Card Reading Device that is either:
  – Not completed as a Full Data Transaction
  – Not initiated as a Full Data Transaction

ID#: 010410-010410-0024646

## Fast Funds (Updated)

**Effective through 13 June 2012,** a service that requires a participating Recipient Member to make funds available to the Cardholder within 30 minutes of receipt and approval of an incoming Money Transfer Original Credit Transaction initiated as an Online Financial Transaction.

© 2012 Visa. All Rights Reserved.

# A3871

Visa International Operating Regulations

**Effective 14 June 2012,** a service that requires a participating Recipient Member to make funds available to the Cardholder within 30 minutes of receipt and approval of an incoming Original Credit Transaction, including a Visa Money Transfer Original Credit Transaction, initiated as an Online Financial Transaction.

ID#: 151012-091210-0026077

## Fee Collection Transaction

A transaction used to collect financial obligations of a Member arising out of the *Visa International Operating Regulations*, the *Visa International Certificate of Incorporation and Bylaws*, other requirements adopted by the International Board, or otherwise.

ID#: 010410-010410-0024647

## Fee Guide (New)

One of the following guides:

• *Visa Asia Pacific Fee Guide*

• *Visa Canada Fee Guide*

• *Visa CEMEA Fee Guide*

• *Visa LAC Fee Guide*

• *Visa U.S.A. Fee Guide*

• Any domestic or local Visa fee guide

ID#: 151012-151012-0027310

## Fidelity Information Services - U.S. Region (Updated)

**Effective through 31 July 2012,** optional features of Visa Advanced ID Solutions that provide Members with debit bureau and fraud data from the databases of Chex Systems, Inc., a subsidiary of Fidelity Information Services, for use with respect to applicants for Cards or non-Visa cards and Cardholders or cardholders of non-Visa cards.

ID#: 151012-010410-0024580

## Fleet Card - U.S. Region

See Visa Fleet Card - U.S. Region.

ID#: 010410-010410-0024650

 VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3872

Visa International Operating Regulations

## Fleet Service

A Visa Commercial Card enhancement that enables a corporation to improve its vehicle fleet management process.

ID#: 010410-010410-0024651

## Fleet Service - U.S. Region

See Visa Fleet Service - U.S. Region.

ID#: 010410-010410-0024652

## Flexible Spending Account (FSA) - U.S. Region

See Visa Flexible Spending Account (FSA) - U.S. Region.

ID#: 010410-010410-0024653

## Floor Limit

A currency amount that Visa has established for single Transactions at specific types of Merchant Outlets and Branches, above which Authorization is required. The *Visa International Operating Regulations* refer to 2 Floor Limit types:

• Standard Floor Limit
• Zero Floor Limit

ID#: 010410-010410-0024654

## Foreign Branch - U.S. Region

The branch office of a Visa Member located outside the United States.

ID#: 010410-010410-0024655

## Foreign Branch Transaction Receipt - U.S. Region

A Transaction Receipt that originates at a Merchant Outlet located outside of the United States and is deposited to a Foreign Branch.

ID#: 010410-010410-0024656

© 2012 Visa. All Rights Reserved.

# A3873

## Foreign Currency

A currency other than local currency.

ID#: 010410-010410-0024657

## Fraud Activity

A Transaction that an Issuer reports as fraudulent when either a:

- Fraudulent User used a Card or its Account Number
- Card was obtained through misrepresentation of identification or financial status

ID#: 010410-010410-0024659

## Fraud Window

**Effective 15 May 2012,** a 13-month maximum time period that can be up to 12 months prior to and one month past the CAMS Alert date. Magnetic-Stripe read counterfeit transactions must fall within the Fraud Window to qualify for recovery. A Fraud Window cannot begin before the start of an Account Data Compromise Event's Intrusion Access Window.

In cases where an event's Intrusion Access Window began less than 12 months prior to the CAMS Alert date, Visa will use that Intrusion Access Window date as the starting point for the Fraud Window.

ID#: 230312-150512-0026746

## Fraudulent User

An individual who is not the Cardholder or designee and who uses a Card (or, in a Mail/Phone Order or Recurring Transaction, an Account Number) to obtain goods or services without the Cardholder's consent.

ID#: 010410-010410-0024658

## Fulfillment

A document image that the Acquirer supplies in response to a Retrieval Request.

ID#: 050411-010410-0024661

© 2012 Visa. All Rights Reserved.

# A3874

Visa International Operating Regulations

## Full Data Transaction - Canada Region

A Transaction processed using Full Data by Acquirers certified by Visa Canada to process Full Data.

ID#: 010410-010410-0024664

## Full-Chip Data

Data that provides:

• EMV minimum mandated requirements

• Visa-specified information necessary to support Online cryptographic validation

• Record of the Card and terminal interactions completed during a Transaction

ID#: 010410-010410-0024662

## Full-Chip Data - U.S. Region (Updated)

**Effective through 12 October 2012,** data that provides:

• EMV minimum requirements

• Visa-specified information necessary to support Online cryptographic validation

• Record of the Card and terminal interactions completed during a Transaction

ID#: 151012-010410-0024663

## Funds Disbursement Transaction - U.S. Region

A VisaNet transaction used by a Member or Visa to disburse funds to a Clearing Processor.

ID#: 010410-010410-0024665

## Funds Transfer Settlement Reporting Entity

An endpoint within a Visa Settlement hierarchy associated with one or more Settlement Reporting Entities.

ID#: 160312-141010-0026048

© 2012 Visa. All Rights Reserved.

# A3875

Visa International Operating Regulations

## G

### G2G Merchant - U.S. Region

See Government-to-Government Merchant.

ID#: 081010-041008-0024669

### General Member - Canada Region

A customer of Visa Canada in the category of "General Customer" as defined in the Canada Regional Operating Regulations.

ID#: 010410-010410-0024671

### General Member Identification - Canada Region

Any corporate name or Trade Name of the General Member alone or in combination with its corporate logo.

ID#: 010410-010410-0024672

### Global Brand Protection Program (Updated)

A global program that monitors Acquirers, Merchants, Payment Service Providers, and Sponsored Merchants to ensure that these entities do not:

- Process illegal Transactions or are not associated with illegal activity
- Engage in potentially deceptive marketing practices, as defined in the *Visa Global Brand Protection Program Guide for Acquirers*
- Process Transactions that may adversely affect the goodwill of the Visa system

ID#: 151012-010611-0026388

### Global Co-Branded Card (Updated)

A Card that:

- Is issued by one or more Issuers that has a contractual relationship with a Global Co-Branding Partner
- Bears the Trade Name or Mark of the Global Co-Branding Partner on the front of the Card

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3876

- May offer a Cardholder tangible benefits for Card usage and loyalty (e.g., rebates, discounts, airline miles, etc.)

ID#: 151012-010410-0024675

## Global Co-Branding Partner (Updated)

A non-Member that:

- Is not eligible for membership in Visa
- Is a for-profit commercial entity or non-profit organization
- Has a contractual relationship for the issuance of Global Co-Branded Cards:
  - With one or more Issuers
  - In one or more Visa Regions and countries

ID#: 151012-010410-0024676

## Global Co-Branding Partnership (Updated)

A contractual relationship between an Issuer and a Global Co-Branding Partner.

ID#: 151012-010410-0024677

## Global Compromised Account Recovery

**Effective 15 May 2012,** a global Visa fraud recovery program where Visa allocates to affected Members a portion of the Magnetic Stripe counterfeit fraud losses and a portion of the operating expenses that are associated with an Account Data Compromise Event, including events which also involve the compromise of PIN data.

ID#: 160312-150512-0026034

## Global Customer Assistance Services Guide (New)

One of the following guides:

- *Global Customer Assistance Service Guide - AP Region*
- *Global Customer Assistance Services Member Guide - CEMEA Region*
- *Global Customer Assistance Services Member Guide - LAC Region*
- *Global Customer Assistance Services Issuer Guide - Visa Canada*

ID#: 151012-151012-0027313

© 2012 Visa. All Rights Reserved.

# A3877

Visa International Operating Regulations

**Global Member Billing Solution**

The primary billing system used by Visa.

ID#: 111011-010410-0024680

**Global Merchant Chargeback Monitoring Program**

A program that monitors International Transactions and international Chargebacks to identify Merchants and Acquirers that cause undue economic and goodwill damage to the Visa system.

ID#: 111011-010410-0024681

**Global Refund Service**

A Visa service that assists Cheque purchasers whose Cheques are lost or stolen.

ID#: 010410-010410-0024682

**Government-to-Government Merchant - U.S. Region**

A federal government agency that has been properly assigned Merchant Category Code 9399 or 9402 and registered with Visa.

ID#: 081010-041008-0024684

**Group Member**

A Member as defined under the *Visa International Certificate of Incorporation and Bylaws,* Section 2.21.

ID#: 010410-010410-0024685

**GSA Government-to-Government (G2G) Interchange Reimbursement Fee - U.S. Region**

An Interchange Reimbursement Fee paid to, or received by, a Member for a GSA G2G Transaction processed as specified in "GSA Government-to-Government IRF - General."

ID#: 081010-041008-0024686

© 2012 Visa. All Rights Reserved.

# A3878

---

Visa International Operating Regulations

---

### GSA Government-to-Government (G2G) Transaction - U.S. Region

A Transaction completed at a Merchant that is properly assigned Merchant Category Code 9399 or 9402, with a Visa Purchasing Card that is issued to federal government agencies by an Issuer contracted with the General Services Administration, as specified in "GSA Government-to-Government IRF - General."

ID#: 081010-041008-0024687

### GSA Government-to-Government (G2G) Program - U.S. Region

A General Services Administration program that allows eligible federal government Merchants properly assigned Merchant Category Code 9399 or 9402 and registered with Visa to process GSA Visa Purchasing Card Transactions and qualify for the GSA G2G Interchange Reimbursement Fee.

ID#: 050411-041008-0024688

### GSA Large Ticket Transaction - U.S. Region

A Transaction completed with a Visa Purchasing Card that is issued to federal government agencies by an Issuer contracted with the General Services Administration and meets the requirements specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024689

### GSA Large Ticket Transaction Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee paid to or received by a Member for a GSA Large Ticket Transaction processed as specified in the U.S. Regional Operating Regulations.

ID#: 010410-010410-0024690

### Guest Folio

A Hotel's or Cruise Line's guest file.

ID#: 010410-010410-0024691

### Guest Folio - U.S. Region

The guest file of a Lodging Merchant or Cruise Line.

ID#: 010410-010410-0024692

---

© 2012 Visa. All Rights Reserved.

# A3879

## H

### Health Care Eligibility Service - U.S. Region

A VisaNet service through which a Health Care Merchant may verify an individual's health care coverage and co-payment amount, if applicable.

ID#: 010410-010410-0024697

### Health Care Merchant - U.S. Region

A Merchant, other than a pharmacy, whose primary business is providing health care services. A Health Care Merchant is identified by the following Merchant Category Codes: 4119, 5975, 5976, 7277, 8011, 8021, 8031, 8041, 8042, 8043, 8044, 8049, 8050, 8062, 8071, and 8099.

ID#: 010410-010410-0024698

### Health Reimbursement Account (HRA) - U.S. Region

See Visa Health Reimbursement Account (HRA) - U.S. Region.

ID#: 010410-010410-0024699

### Health Savings Account (HSA) - U.S. Region

See Visa Health Savings Account (HSA) - U.S. Region.

ID#: 010410-010410-0024700

### Healthcare Auto-Substantiation - U.S. Region

A process that enables an Issuer to automatically substantiate the dollar amount of the qualifying medical purchases in the Authorization Request for a Visa Flexible Savings Account (FSA) or a Visa Health Reimbursement Account (HRA) Transaction. Issuers of these Cards and any Agents that process Transactions for such Cards must perform Healthcare Auto-Substantiation.

ID#: 010410-010410-0024696

### High-Brand Risk Merchant (Updated)

A Merchant assigned a Merchant Category Code, considered by Visa to be high-brand risk, as specified in "High-Brand Risk Merchant Category Codes."

ID#: 151012-010611-0026389

© 2012 Visa. All Rights Reserved.

# A3880

### High-Brand Risk Sponsored Merchant (Updated)

An Electronic Commerce Sponsored Merchant required to be classified with a Merchant Category Code considered by Visa to be high-risk, as specified in "High-Brand Risk Merchant Category Codes," that contracts with a Payment Service Provider to obtain payment services.

ID#: 151012-010611-0026390

### High-Brand Risk Transaction (Updated)

A Transaction performed by a High-Brand Risk Merchant, High-Risk Internet Payment Service Provider or High-Brand Risk Sponsored Merchant assigned a Merchant Category Code, considered by Visa to be high-brand risk, as specified in "High-Brand Risk Merchant Category Codes."

ID#: 151012-010611-0026391

### High-Risk Electronic Commerce Merchant

An Electronic Commerce Merchant identified by the Global Merchant Chargeback Monitoring Program or other Visa risk management initiatives (e.g., Merchant Fraud or similar region-specific programs) that causes undue economic and goodwill damage to the Visa system.

ID#: 010410-010410-0024701

### High-Risk Internet Payment Service Provider (Updated)

A Payment Service Provider that:

• Enters into a contract with an Acquirer to provide payment services to High-Risk Merchants, High-Brand Risk Merchants, High-Risk Sponsored Merchants, or High-Brand Risk Sponsored Merchants

• Includes one or more Sponsored Merchants required to be classified with a Merchant Category Code considered to be high-risk, as specified in "High-Brand Risk Merchant Category Codes"

ID#: 151012-010611-0026392

### High-Risk Internet Payment Service Provider - U.S. Region

**Effective through 30 November 2011,** an Internet Payment Service Provider that:

• Enters into a contract with an Acquirer to provide payment services to Sponsored Merchants

• Includes one or more Sponsored Merchants required to be classified with Merchant Category Code 5967 ("Direct Marketing—Inbound Teleservices Merchant") in its Sponsored Merchant portfolio

ID#: 111011-010410-0024702

© 2012 Visa. All Rights Reserved.

# A3881

## High-Risk Sponsored Merchant - U.S. Region

**Effective through 30 November 2011,** an Electronic Commerce Merchant required to be classified with Merchant Category Code 5967 ("Direct Marketing—Inbound Teleservices Merchant") that contracts with an Internet Payment Service Provider to obtain payment services.

ID#: 111011-010410-0024705

## High-Risk Telemarketing Merchant

**Effective through 30 November 2011,** a Merchant whose business includes telemarketing activity that presents financial or goodwill risk to Visa or the Visa-Owned Marks. The *Visa International Operating Regulations* refer to the following as High-Risk Telemarketing Merchants:

- Direct marketing travel-related arrangement services
- Inbound teleservices
- Outbound telemarketing

Visa may change the definition of a High-Risk Telemarketing Merchant to include additional Merchant categories.

ID#: 111011-010410-0024706

## Hotel

A hotel Merchant.

ID#: 010410-010410-0024708

## Hotel Reservation Service

A Visa Hotel service where a Cardholder may use a Visa Card to guarantee overnight accommodations.

ID#: 010410-010410-0024709

## I

## iCVV - U.S. Region

An alternate Card Verification Value that an Issuer may encode on a Chip instead of the standard Card Verification Value contained in the Magnetic Stripe of the Chip Card.

ID#: 010410-010410-0024710

© 2012 Visa. All Rights Reserved.

# A3882

---

Visa International Operating Regulations

---

## ID Score Plus - U.S. Region

An optional feature of Visa Advanced ID Solutions that provides Members with a score and related reason code(s) provided by ID Analytics, Inc. that assesses the risk associated with an identity in connection with an application for a Card or non-Visa card, or other Visa or non-Visa product.

ID#: 010410-010410-0024711

## ID Security Alerts Service – U.S. Region

An optional Visa service that identifies and protects consumers from the risk of consumer credit application fraud through the use of the Visa Advanced ID Solutions database.

ID#: 111011-010100-0025925

## Imprint

Cardholder data transferred from a Card to a Transaction Receipt to complete a Transaction. There are 2 kinds of imprints:

• Electronic Imprint
• Manual Imprint

ID#: 010410-010410-0024713

## In-Transit Service

A service provided on board a passenger transport vehicle that may include the purchase of goods or services (e.g., movie rentals, catalog purchases, gambling).

ID#: 010410-010410-0024714

## In-Transit Service Gambling Merchant

A Merchant that provides any form of gambling while in transit.

ID#: 010410-010410-0024715

## In-Transit Service Merchant

A Merchant that provides in-transit services as specified in "In-Transit Service - General Requirements."

ID#: 010410-010410-0024716

---

© 2012 Visa. All Rights Reserved.

# A3883

## In-Transit Service Transaction

The purchase of goods, services, or gambling on board a passenger transport vehicle.

ID#: 010410-010410-0024717

## In-Transit Terminal (Updated)

An Unattended Cardholder-Activated Terminal located on a vehicle designed to transport passengers (e.g., an aircraft or cruise ship) that may be used for the purchase of goods or services or gambling.

ID#: 151012-010410-0024718

## Inbound Teleservices - U.S. Region

Non-business-to-business audiotext/videotext and or digital content services accessed via telephone, fax, or over an open network, such as the Internet, for the purchase of services or information including, but not limited to, pay-per-call services such as:

- Psychic readings
- Sports scores
- Stock market quotes

ID#: 010410-010410-0024719

## Incremental Counterfeit Fraud

**Effective 15 May 2012,** actual counterfeit fraud reported by Issuers on Account Data Compromise Event accounts that is above a baseline or "expected" level of fraud reported on non-event accounts during an event's Fraud Window.

ID#: 160312-150512-0026747

## Independent Contractor - U.S. Region

An individual whose bank card-related business relationship with a Member or Third Party involves any of the following:

- Merchant solicitation, sales, or service
- Merchant Transaction processing solicitation
- Cardholder solicitation or Card application processing services

ID#: 010410-010410-0024720

© 2012 Visa. All Rights Reserved.

# A3884

Visa International Operating Regulations

## Input Date

The Edit Package run date on which a Member submits outgoing Interchange, or, for Domestic Transactions, the date on which the Member processes outgoing Interchange.

ID#: 010410-010410-0024722

## Installment Billing Transaction - U.S. Region

A single purchase of goods that:

• Is divided into 2 or more installment payment Transactions

• Originates at a Mail/Phone Order or Electronic Commerce Merchant

• Is authorized and processed as specified in "Installment Billing Transaction Option – U.S. Region."

ID#: 050411-010410-0024723

## Installment Transaction

The single purchase of goods or services billed to an account in multiple segments, over a period of time agreed to between a Cardholder and a Merchant.

ID#: 010410-010410-0024724

## Instant Card Personalization Issuance

The ability to instantly personalize Visa cards as a customer waits or to respond immediately to a request for an emergency replacement of a Cardholder's lost or stolen card.

ID#: 050411-010100-0025525

## Instant Card Personalization Issuance Agent

A Third Party Agent that performs instant card personalization and issuance for an Issuer.

ID#: 050411-010100-0025526

## Instant/Remote Issuance - U.S. Region

The instant issuance of Visa Card products at a location other than a Member's card manufacturing facility (e.g., a branch office).

ID#: 010410-010410-0024725

© 2012 Visa. All Rights Reserved.

# A3885

## Integrated Circuit Card

See Chip Card.

ID#: 010410-010410-0024726

## Integrated Circuit Card Terminal

See Chip-Reading Device.

ID#: 010410-010410-0024727

## Integrated Circuit Chip

See Chip.

ID#: 010410-010410-0024728

## Interchange

The exchange of Clearing Records between Members. The *Visa International Operating Regulations* refers to the following types of Interchange:

• Domestic Interchange
• International Interchange

ID#: 010410-010410-0024729

## Interchange Authorization Limit

The amount over which a manual authorizer must obtain an Authorization from an Issuer on a proposed Transaction or group of Transactions initiated on the same day by the same Cardholder.

ID#: 010410-010410-0024731

## Interchange File

An electronic file containing a Member's Interchange data.

ID#: 010410-010410-0024732

 VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3886

### Interchange Reimbursement Fee (IRF) (Updated)

A fee reimbursed by an Acquirer to an Issuer in the Clearing and Settlement of an Interchange Transaction.

ID#: 151012-010410-0024733

### Interchange Reimbursement Fee (IRF) - U.S. Region (Updated)

One of the following:

- A fee that an Acquirer pays to an Issuer in the Clearing and Settlement of an Interchange Transaction
- A fee that an Issuer pays to an Acquirer for making a Cash Disbursement to a Cardholder or Cheque purchaser

ID#: 151012-010410-0024734

### IRF Compliance (Updated)

A process by which Visa resolves disputes between Members for a Member's violation of the *Visa International Operating Regulations* or any applicable Interchange Reimbursement Fee (IRF) guide that causes an incorrect Interchange Reimbursement Fee rate to be applied to a large number of Transactions, resulting in a financial loss to another Member.

ID#: 151012-010410-0024735

### Intercompany Interchange Reimbursement Fee Compliance Process (Updated)

A process by which Members of Visa Inc. and Visa Europe can resolve disputes and recover financial losses caused by the application of an incorrect Interchange Reimbursement Fee resulting from a violation of either the *Visa International Operating Regulations* by a Visa Inc. Member or *Visa Europe Operating Regulations* by a Visa Europe Member. The process is only available for cross-border Transactions between Visa Inc. and Visa Europe.

ID#: 151012-130111-0026214

### Interlink Program

A program through which an Interlink participant (acting as an Interlink issuer) provides Point-of-Transaction services to Interlink cardholders, to Interlink merchants, or both, as specified in the *Interlink Network, Inc. Bylaws and Operating Regulations* and the *Visa International Operating Regulations*.

ID#: 010410-010410-0024737

© 2012 Visa. All Rights Reserved.

# A3887

## Interlink Program Marks

The Interlink Mark, Network Design Mark, and any other service Marks adopted by Visa for use with the Interlink Program.

ID#: 010410-010410-0024738

## Interlink Symbol - U.S. Region

The combination of the Interlink Wordmark and Network Design Mark. One of the Interlink Program Marks.

ID#: 010410-010410-0024739

## Interlink Wordmark - U.S. Region

A Mark comprising the word "Interlink." One of the Interlink Program Marks.

ID#: 010410-010410-0024740

## Intermediary Bank

A depository institution, specified by a Member or by Visa, through which a Settlement funds transfer must be processed for credit to a Settlement account at another depository institution.

ID#: 010410-010410-0024741

## International Airline

Either:

- An Airline that sells tickets directly in its own name in 2 or more countries, or operates scheduled flights between 2 or more countries, or both
- Its authorized agent that sells airline tickets on behalf of the Airline

ID#: 010410-010410-0024742

## International Airline Transaction - U.S. Region

A Transaction completed at an International Airline participating in the International Airline Program.

ID#: 010410-010410-0024743

© 2012 Visa. All Rights Reserved.

# A3888

## International Automated Referral Service

A VisaNet service that enables a VisaNet Processor to obtain an immediate reply to a Referral Response.

ID#: 010410-010410-0024745

## International Board

The Visa International Board of Directors.

ID#: 010410-010410-0024746

## International Interchange

Interchange of an International Transaction.

ID#: 010410-010410-0024747

## International Service Assessment

A fee charged to the Issuer and Acquirer for each International Transaction.

ID#: 081010-010410-0024749

## International Service Center - U.S. Region

See Visa Customer Care Services - U.S. Region.

ID#: 010410-010410-0024750

## International Transaction (Updated)

A Transaction where the Issuer of the Card used is not located in the Transaction Country. [153]

ID#: 151012-010410-0024752

---

153 A variance to this definition applies in the AP Region, LAC Region, and U.S. Region for U.S. Covered Visa Debit Card Transactions in the U.S. Region or a U.S. Territory for routing and Interchange Reimbursement Fee purposes.

© 2012 Visa. All Rights Reserved.

# A3889

## Internet Domain Name - U.S. Region

A network name associated with an organization, such as "Visa.com," "Visabank.com," or "Merchantnamevisa.com."

ID#: 010410-010410-0024755

## Internet Domain Name-Visa Simple

An Internet domain name consisting of the name "Visa" used alone, such as:

- "Visa.xx"
- "Visa.com"
- "Visa.net"
- "Visa.org.xx"

ID#: 010410-010410-0024758

## Interregional Interchange

Interchange for an Interregional Transaction.

ID#: 010410-010410-0024761

## Interregional Transaction

A Transaction where the Issuer of the Card used is not located in the Transaction Region.

ID#: 010410-010410-0024762

## Intraregional Transaction

A Transaction where the Issuer of the Card used is located in the Transaction Region, but not in the Transaction country.

ID#: 010410-010410-0024763

## Intrusion Access Window

**Effective 15 May 2012,** a period of time during which Magnetic-Stripe Data was exposed to intruders as a result of an Account Data Compromise Event and could have been stolen.

ID#: 160312-150512-0026748

© 2012 Visa. All Rights Reserved.

# A3890

Visa International Operating Regulations

## Issuer

A Member that enters into a contractual relationship with a Cardholder for the issuance of one or more Card products.

ID#: 010410-010410-0024768

## Issuer Chip Rate

An Interregional Interchange Reimbursement Fee reimbursed to an Issuer for any Transaction that meets the Electronic Rate requirements and is completed with a Card issued by an Issuer that has converted 50% of a designated BIN(s) or Account Number range of a Visa Card Program or Visa Electron Card Program to Visa Smart Payment, and is conducted at a Magnetic-Stripe Terminal.

ID#: 010410-010410-0024770

## Issuer Limit

An Issuer-specified amount limit that determines how a Transaction will be authorized. Visa routes a Transaction as follows, based on the Transaction amount:

• Amount at or above the Issuer Limit, to the Issuer or its VisaNet Processor
• Amount below the Issuer Limit, to Stand-In Processing using the Positive Cardholder Authorization Service

ID#: 010410-010410-0024771

## Issuers' Clearinghouse Service - U.S. Region

A service developed jointly by Visa and MasterCard Worldwide that is designed to reduce Member losses from excessive credit applications and unauthorized use.

ID#: 081010-010410-0024769

## J

## No glossary terms available for J.

ID#: 010410-010410-0025512

© 2012 Visa. All Rights Reserved.

# A3891

## K

### Key Management Service

A service that Visa provides to process, store, and transmit Member keys associated with the security algorithm used in the V.I.P. System to protect the security of PINs.

ID#: 010410-010410-0024773

## L

### LAC

Latin America and Caribbean.

ID#: 010410-010410-0024774

### Late Settlement Fee

The fee that Visa collects from a Member for failure to transfer the Settlement Amount to the Visa Settlement Bank on the date due.

ID#: 010410-010410-0024775

### Lead Bank

A Visa Multinational Program participant that initiates Multi-Country Issuing on behalf of a Multinational Company client.

ID#: 160312-141010-0026026

### Level 4 Merchant – AP Region

A Merchant in Australia or New Zealand processing fewer than 20,000 Visa Electronic Commerce Transactions annually or fewer than 1 million cumulative Visa Transactions annually.

ID#: 160312-060111-0026187

© 2012 Visa. All Rights Reserved.

# A3892

## Level II Enhanced Data - U.S. Region

Data provided to Visa in connection with a Commercial Visa Product Transaction that includes the sales tax amount, customer code (i.e., cost center, general ledger number, order/invoice number), and additional data for T&E Transactions, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 010410-010410-0024778

## Level III Enhanced Data - U.S. Region

Data provided to Visa in connection with a Commercial Visa Product Transaction that includes full line item detail and additional data for T&E Transactions, as specified in the *U.S. Interchange Reimbursement Fee Rate Qualification Guide.*

ID#: 010410-010410-0024777

## Liability

As specified in the *Visa International Operating Regulations*, any liability under any theory or form of action whatsoever, in law or in equity, including, without limitation, contract or tort, including negligence, even if the responsible party has been notified of the possibility of such damages. The term also includes liability for infringement of others' intellectual property rights or any liability for Claims of third parties.

ID#: 010410-010410-0024779

## Licensee

An entity licensed to participate in the Visa or Visa Electron Program that is neither a:

• Member
• Member or owner of a Group Member

ID#: 010410-010410-0024780

## Limited Acceptance - U.S. Region

A term describing a Merchant's option to accept one category of Visa Cards and not another. Categories consist of:

• Visa Credit and Business Category
• Visa Debit Category

© 2012 Visa. All Rights Reserved.

# A3893

Visa International Operating Regulations

**Effective 15 June 2012,** a variance to this definition applies to Visa Business Check Cards accepted as specified in "Qualification for Debt Repayment Program – U.S. Region."

ID#: 160312-010410-0024784

## Limited Acceptance Merchant - U.S. Region

A category of Merchant that accepts either, but not both, of the following:

• Visa Credit and Business Category Cards

• Visa Debit Category Cards

ID#: 010410-010410-0024785

## Listed Card

A Card whose Account Number is listed on the Exception File.

ID#: 010410-010410-0024786

## Load Acquirer

**Effective through 31 December 2013,** a Member financial institution or its agent that operates Load Devices and support systems that allow consumers to:

• Load value to a reloadable Visa Cash Card

• Unload value from a reloadable Visa Cash Card, where applicable

ID#: 111011-010410-0024787

## Load Device

An ATM or stand-alone device that a Cardholder uses to add or remove value from a stored value application on a Chip Card.

ID#: 010410-010410-0024788

## Load Transaction

A means of adding monetary value to a Card at a Point-of-Transaction Terminal or ATM.

ID#: 010410-010410-0024791

© 2012 Visa. All Rights Reserved.

# A3894

Visa International Operating Regulations

## Load Transaction Receipt

A Transaction Receipt generated at an ATM or Load Device as a result of a Cardholder adding monetary value to a Chip Card.

ID#: 010410-010410-0024792

## Location Code - U.S. Region

A unique code identifying either a Point-of-Transaction Terminal or Merchant Outlet where a Transaction originates.

ID#: 010410-010410-0024793

## Lodging Merchant - U.S. Region

A Merchant that sells overnight accommodations, intended for a limited period of time, at a fixed location.

ID#: 010410-010410-0024794

## Logotype

A Wordmark depicted in stylized lettering.

ID#: 010410-010410-0024795

## Lost/Stolen Card and Emergency Card Replacement Passthrough Service - U.S. Region

An optional service to assist Members in directly handling Cardholder requests for emergency services. An Issuer that subscribes to the passthrough service determines the circumstances in which Visa Customer Care Services will transfer Cardholder inquiries resulting from lost or stolen Cards and requests for Emergency Card Replacements directly to the Issuer.

ID#: 081010-010410-0024797

## Lost/Stolen Card Reporting Service - U.S. Region

A VisaNet service provided for an Issuer's Authorizing Processor when a Visa Card, Visa Electron Card, or Visa TravelMoney Card is reported lost or stolen to a VisaNet Authorization operator.

ID#: 010410-010410-0024798

© 2012 Visa. All Rights Reserved.

# A3895

Visa International Operating Regulations

## M

### Magnetic Stripe

A magnetic stripe on a Card that contains the necessary information to complete a Transaction.

ID#: 010410-010410-0024808

### Magnetic-Stripe Card

A Card bearing a Magnetic Stripe that contains the necessary information to complete a Transaction.

ID#: 010410-010410-0024801

### Magnetic-Stripe Data

Data contained in a Magnetic Stripe and replicated in a Chip.

ID#: 010410-010410-0024802

### Magnetic-Stripe Image

The minimum Chip payment data replicating the Magnetic Stripe information required to process an EMV-Compliant Transaction.

ID#: 010410-010410-0024803

### Magnetic-Stripe Terminal

A terminal that reads the Magnetic Stripe on a Card.

ID#: 010410-010410-0024806

### Magnetic-Stripe Terminal - U.S. Region

A Point-of-Transaction Terminal that reads the Magnetic Stripe on a Card and that additionally may read Contactless Payment Card data via a wireless interface.

ID#: 010410-010410-0024807

© 2012 Visa. All Rights Reserved.

# A3896

## Magnetic-Stripe-Reading Terminal - U.S. Region

See Magnetic-Stripe Terminal.

ID#: 010410-010410-0024800

## Mail/Phone Order Merchant

A Merchant that completes a Mail/Phone Order Transaction.

ID#: 010410-010410-0024809

## Mail/Phone Order Transaction

A Transaction where a Cardholder orders goods or services from a Merchant by telephone, mail, or other means of telecommunication, and neither the Card nor the Cardholder is present at the Merchant Outlet.

ID#: 010410-010410-0024810

## Mail/Telephone Order, Recurring, Installment Billing, or Electronic Commerce Transaction Indicator - U.S. Region

**Effective through 14 March 2012,** a VisaNet code that identifies a Transaction as one of the following:

• Mail order Transaction

• Electronic Commerce Transaction

• Phone order Transaction

• Recurring Transaction

• Installment Billing Transaction

• Other Mail/Phone Order-type Transaction

ID#: 160312-010410-0024811

## Manual Cash Disbursement

A Cash Disbursement obtained with a Visa Card or Visa Electron Card in a Face-to-Face Environment.

ID#: 010410-010410-0024814

© 2012 Visa. All Rights Reserved.

# A3897

Visa International Operating Regulations

## Manual Imprint

An imprint of the embossed data on the front of the Card taken with a Manual Imprinter. A Manual Imprint must not consist of an impression taken from the Card using pencil, crayon, or other writing instrument.

ID#: 010410-010410-0024815

## Manual Imprinter - U.S. Region

A mechanical device specifically designed to transfer the embossing on a Card and Merchant plate to a Sales Draft.

ID#: 010410-010410-0024816

## Manual Transaction Receipt

A Transaction Receipt created when an Account Number is transferred to the Transaction Receipt without the use of electronic means in a manual or semi-electronic environment.

ID#: 010410-010410-0024817

## Mark

A word, name, design, symbol, or other device, or any combination thereof, that Visa or any entity adopts to identify its goods or services.

ID#: 010410-010410-0024818

## mChek (mChek India Payment Systems Pvt. Ltd.) - AP Region

A technology provider in India that is partnering with Visa.

ID#: 050411-010100-0026180

## mChek Platform - AP Region

A platform that is being used for domestic Visa mobile commerce Transactions in India.

ID#: 050411-010100-0026181

© 2012 Visa. All Rights Reserved.

# A3898

## Member

A client of Visa U.S.A., Visa International, Visa Worldwide, or a customer which has entered into a Services Agreement with Visa Canada. Requirements for membership are defined in the applicable Certificate of Incorporation and Bylaws.

ID#: 111011-010410-0024822

## Member Message Field

A text field in the VisaNet record of a Chargeback or Representment that contains pre-formatted messages.

ID#: 010410-010410-0024825

## Membership Application

The set of forms and/or documents containing rights, duties, obligations, and disclosures which, when signed and submitted by an authorized officer of a financial institution to become a Visa Member, represent a contractual obligation between Visa and such Member, under which the Member will be bound.

ID#: 111011-010410-0024823

## Merchant

An entity that contracts with an Acquirer to originate Transactions and that is eligible to display a Visa-Owned Mark.

ID#: 050411-010410-0024828

## Merchant Agreement

A contract between a Merchant and an Acquirer containing their respective rights, duties, and obligations for participation in the Acquirer's Visa or Visa Electron Program.

ID#: 010410-010410-0024830

## Merchant Alert Service

A regional risk management service that requires a participating Acquirer to both:

• Submit information about a Merchant it has terminated

© 2012 Visa. All Rights Reserved.

# A3899

• Verify, before signing, that a Merchant is not listed with the service

ID#: 010410-010410-0024831

## Merchant Bank

A Member as defined under the *Visa International Certificate of Incorporation and Bylaws,* Section 2.07.

ID#: 010410-010410-0024832

## Merchant Category Code

A code designating the principal trade, profession, or line of business in which a Merchant is engaged, as specified in the *Visa Merchant Data Standards Manual.*

ID#: 010410-010410-0024834

## Merchant Certificate

An electronic document used to authenticate a Merchant in an Electronic Commerce Transaction.

ID#: 010410-010410-0024835

## Merchant Descriptor - U.S. Region (Updated)

A term describing the aggregate of the BIN, Merchant name, Merchant city, Merchant state, and Merchant Category Code fields contained in an Authorization Request or Clearing Record, as specified in:

• "VisaNet Clearing Message Content Standards" (Exhibit NN)

• "Required Data for Authorization Requests and Responses" (Exhibit OO)

• Applicable VisaNet Manuals

A Merchant Outlet may have one or more Merchant Descriptors.

ID#: 151012-010410-0024837

## Merchant Fraud Performance Program

A fraud management program used to identify Merchants with excessive fraud levels.

ID#: 010410-010410-0024839

© 2012 Visa. All Rights Reserved.

# A3900

## Merchant Outlet

Either:

• The physical premises of a Merchant at which a Transaction is completed

• For an Electronic Commerce or Mail/Phone Order Merchant, the country where all of the following occur:

– There is a Permanent Establishment through which Transactions are completed. In the absence of a Permanent Establishment, a Merchant that provides only digital goods must use the country where the principals of the company work.

– The Merchant holds a valid business license for the Merchant Outlet

– The Merchant has a local address for correspondence and judicial process other than a post office box or mail-forwarding address, which do not meet this requirement

– The Merchant Outlet pays taxes relating to the sales activity

ID#: 160312-010410-0024842

## Merchant Plug-In (MPI) Client Certificate - Canada Region

**Effective through 14 March 2012,** a unique electronic cryptogram used to authenticate an Electronic Commerce Merchant that has enrolled in 3-D Secure (commonly known as the Verified by Visa program).

**Effective 15 March 2012,** a unique electronic cryptogram used to authenticate an Electronic Commerce Merchant that has enrolled in Verified by Visa.

ID#: 160312-010410-0024844

## Merchant Verification Value (MVV)

An assigned value transmitted in the Transaction message used by Visa to identify an Acquirer or Merchant who is registered with Visa:

• To assess specific fees

• For other special Interchange treatment

• For participation in select acceptance programs

• For unique processing criteria

The MVV consists of 10 digits, the first 6 of which are assigned by Visa.

ID#: 160312-010111-0026121

© 2012 Visa. All Rights Reserved.

# A3901

Visa International Operating Regulations

## Merger

A term used to describe any of the following:

- Purchase of a Member organization by another organization where the acquired Member's charter is dissolved
- Merging of two or more organizations into a single entity requiring a new charter

ID#: 111011-010100-0025531

## Message Processing Service - U.S. Region

An Authorization service that the V.I.P. System provides in response to an Authorization Request entered into the V.I.P. System by a Member, an Authorizing Merchant, or a VisaNet Authorization center.

ID#: 010410-010410-0024849

## Minimum Spending Limit – AP Region

The ability for Cardholders to accumulate charges of predefined value during each or any statement cycle. For products with debit capabilities, Minimum Spending Limit is subject to available funds in the account of the Cardholder.

ID#: 081010-010310-0025673

## Misembossed Card

A valid Card on which erroneous information is embossed.

ID#: 010410-010410-0024850

## Misencoded Card

A valid Card on which erroneous information is encoded.

ID#: 010410-010410-0024851

## Mobile Payment Acceptance Solution (New)

**Effective 1 October 2012,** a payment acceptance application that utilizes a portable electronic device. The portable electronic device must exhibit both of the following characteristics:

- Not solely dedicated to point-of-sale functions
- The ability to wirelessly communicate across open networks

© 2012 Visa. All Rights Reserved.

# A3902

Visa International Operating Regulations

**Effective 1 October 2012,** the solution may also include a hardware attachment for the purpose of card reading and/or PIN entry.

ID#: 151012-011012-0027382

## Mobile Payment Device

**Effective 8 March 2012,** a Proximity Payment Device that resides in a portable electronic device that can access a wireless network.

ID#: 160312-080312-0026785

## Money Transfer Original Credit Program

A Visa program that allows a Member to offer funds transfer services to its Visa Cardholders or other consumers resulting in a credit to the recipient Cardholder's Visa account, as specified in *Original Credits Member Requirements* or the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 230312-091210-0026080

## Money Transfer Original Credit Transaction

A funds transfer Transaction initiated by a Member that results in a credit to a Visa Account Number for a purpose other than refunding a Visa purchase (e.g., overseas remittances, gift transfers, Visa Card payments), as specified in *Original Credits Member Requirements* or the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 080411-010100-0026081

## MoneyChoices - U.S. Region

An optional Visa program that provides Members with an Internet-based educational resource for Visa Cardholders in need of financial planning or money-management skills.

ID#: 010410-010410-0024852

## Multi-Country Issuing

Within the Visa Multinational Program, a scenario in which a Lead Bank forms a relationship with a Partner Bank located in another country for the purpose of issuing Visa Commercial Card products to its Multinational Company clients.  Multi-Country Issuing is identified in the *Visa Multinational Program Guide* as "Indirect Cross-Border Issuing."

ID#: 160312-141010-0026027

© 2012 Visa. All Rights Reserved.

# A3903

Visa International Operating Regulations

**Multi-Currency Priced Transaction**

A Transaction in which a Merchant displays the price of goods or services in a currency or currencies other than, or in addition to, the Merchant's local currency. No Dynamic Currency Conversion is conducted.

ID#: 111011-090910-0025996

**Multinational Company**

A commercial organization with operations, subsidiaries, and employees situated in more than one country (excluding franchise representatives, independently owned dealers, and joint ventures in which a Multinational Company participates), as specified in the *Visa Multinational Program Guide*.

ID#: 111011-010410-0024854

**N**

**National Card Recovery Bulletin**

A special edition of the Card Recovery Bulletin that lists domestic Account Numbers in addition to other applicable listings.

ID#: 010410-010410-0024856

**National Card Recovery File (Updated)**

A weekly file of all Visa account numbers listed on the Exception File with a Pickup Response.

ID#: 151012-010410-0024857

**National Office**

A Visa office with jurisdiction over a single country.

ID#: 010410-010410-0024861

**National Operating Regulations**

The operating regulations of a National Office.

ID#: 010410-010410-0024862

© 2012 Visa. All Rights Reserved.

# A3904

Visa International Operating Regulations

## National Organization

An organization as defined under the *Visa International Certificate of Incorporation and Bylaws,* Section 16.01.

ID#: 010410-010410-0024863

## Negative Option Merchant (Updated)

A Merchant that offers goods and/or services that result in a Negative Option Transaction.

ID#: 151012-010611-0026394

## Negative Option Transaction (Updated)

An offer of goods and/or services that Cardholders need to expressly reject during the Transaction process, including expressly declining willingness to participate in future Transactions.

ID#: 151012-010611-0026393

## Net Sales - U.S. Region

In calculation of Interchange Reimbursement Fees, Transaction Receipt totals less Credit Transaction Receipt totals.

ID#: 010410-010410-0024867

## Network Design Mark - U.S. Region

A Visa-owned service Mark used in the Interlink Program.

ID#: 010410-010410-0024866

## New Channel

An environment in which payment is initiated via a Cardholder Access Device or other device that does not use a standard Hypertext Markup Language (HTML) browser to process an Authentication Request.

ID#: 010410-010410-0024868

© 2012 Visa. All Rights Reserved.

# A3905

## No-Show Transaction

A Transaction that a Hotel participating in the Hotel Reservation Service or a Car Rental Company participating in the Specialized Vehicle Reservation Service completes, resulting from a Cardholder's alleged failure to cancel or use the reservation.

ID#: 010410-010410-0024869

## No-Show Transaction - U.S. Region

A Transaction resulting from a Cardholder's alleged failure to cancel or use the reservation completed by either a:

- Lodging Merchant participating in the Visa Reservation Service
- Car Rental Company participating in the Visa Reservation Service

ID#: 010410-010410-0024870

## Non-Authenticated Security Transaction

An Electronic Commerce Transaction that uses data encryption for security but is not authenticated using an Authentication Method.

ID#: 010410-010410-0024871

## Non-Confidential Enhanced Merchant-Level Data - U.S. Region

Merchant-related data provided through Visa to an Issuer in connection with a Commercial Visa Product, comprising only the following data elements:

- Merchant name
- Merchant street address
- Merchant city, state, and ZIP code
- Merchant telephone number

ID#: 010410-010410-0024872

## Non-member - Canada Region

An entity that is not eligible to be a customer of Visa.

ID#: 010410-010410-0024874

© 2012 Visa. All Rights Reserved.

# A3906

Visa International Operating Regulations

## Non-member Identification - Canada Region

The name or Trade Name alone or in combination with the Corporate logo or Mark of a Non-member.

ID#: 010410-010410-0024875

## Non-Member Licensee - U.S. Region

An entity that:

- Is licensed to participate in the Visa or Visa Electron Program in a country outside of the United States and is not a Member of Visa
- Has the privileges and obligations of Interchange in the Visa or Visa Electron Program, as applicable

ID#: 010410-010410-0024876

## Non-Participation Message

**Effective through 14 March 2012,** a message to a 3-D Secure Merchant indicating that the Issuer or Cardholder, represented by either of the following, does not participate in 3-D Secure:

- Issuer BIN
- Account Number

**Effective 15 March 2012,** a message to a Verified by Visa Merchant indicating that the Issuer or Cardholder, represented by either the Issuer BIN or the Account Number, does not participate in 3-D Secure.

ID#: 160312-010410-0024878

## Non-Registered Country

A country for which Visa has not given written permission for an Acquirer to accept International Airline Transactions.

ID#: 010410-010410-0024879

## Non-Reloadable Card

A Visa Prepaid Card that is funded with monetary value only once.

ID#: 081010-010410-0024880

© 2012 Visa. All Rights Reserved.

# A3907

Visa International Operating Regulations

## Non-Secure Transaction

An Electronic Commerce Transaction that has no data protection.

ID#: 010410-010410-0024881

## Non-Settled Advice

A text message available to Members that specifies the count and amount of Clearing Records processed in Domestic Interchange.

ID#: 010410-010410-0024882

## Non-Standard Card

A Visa Card or Visa Electron Card that does not comply with the plastic specifications in the *Visa Product Brand Standards*, requires Visa approval, and must:

• Provide the designated level of utility promised to the Cardholder

• Contain the physical elements and data components required to complete a Transaction

ID#: 010410-010410-0024883

## Non-Visa Debit Transaction - U.S. Region

An act between a Visa Check Card or Visa Debit Card Cardholder and a merchant that results in the generation of a transaction on a PIN-Debit Network.

ID#: 010410-010410-0024885

## Non-Visa-Owned Marks

The Marks used in conjunction with a program sponsored by Visa, but owned by a third party.

ID#: 010410-010410-0024884

## Nonfulfillment Message

A response to a Retrieval Request indicating that the Acquirer will not provide a copy through an electronic document transfer method.

ID#: 010410-010410-0024886

© 2012 Visa. All Rights Reserved.

# A3908

**Notification**

Written notice delivered by mail, courier, facsimile, hand, e-mail, or other electronic delivery method. Notification is effective when posted, sent, or transmitted by Visa to the Member or its Agent.

ID#: 160312-150211-0024887

**Numeric ID**

Any identifier, other than a BIN, assigned by Visa to a Visa Member, VisaNet Processor, or Third Party Agent, including but not limited to Processor Control Records (PCR), Station IDs, and Routing IDs, used to facilitate transaction routing and processing.

ID#: 111011-080911-0026475

**O**

**Offline Authorization**

An Issuer-controlled process that allows a Chip-initiated Authorization Request to be processed in a below-Floor Limit environment without sending the request to the Issuer.

ID#: 010410-010410-0024898

**Offline Data Authentication - Canada Region**

Any Authentication as specified in the Chip Specifications, including Combined Data Authentication, Dynamic Data Authentication, and Static Data Authentication.

ID#: 010410-010410-0024900

**Offline PIN Verification**

A process used to verify the Cardholder's identity by comparing the PIN entered at the Chip-Reading Device to the PIN value contained in the Chip.

ID#: 010410-010410-0024902

© 2012 Visa. All Rights Reserved.

# A3909

## Offshore VisaNet Processor - U.S. Region

**Effective through 6 March 2012,** a VisaNet Processor, from a location outside of the United States, that provides Authorization, Clearing, or Settlement services to Members or Merchants. This definition does not imply or confer membership rights as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws,* Article II.

ID#: 160312-010410-0024905

## Olympic Marks

The Marks of the Olympic games when used in conjunction with the Visa, Visa Electron, or Visa TravelMoney Program.

ID#: 010410-010410-0024906

## On-Us Transaction

A Transaction where the Issuer and the Acquirer are the same Member.

ID#: 010410-010410-0024907

## Online

A method of requesting an Authorization through a communications network other than voice.

ID#: 010410-010410-0024910

## Online Address - U.S. Region

The electronic sales location (domain name) of a Merchant that conducts the sale of goods or services over the Internet or other network (e.g., http://www.merchantname.com).

ID#: 010410-010410-0024911

## Online Card Authentication Cryptogram

A cryptogram generated by a Chip Card during a Transaction and used to validate the authenticity of the Card.

ID#: 050411-010410-0024912

© 2012 Visa. All Rights Reserved.

# A3910

Visa International Operating Regulations

## Online Check Card Transaction - U.S. Region

**Effective through 30 June 2015,** a Transaction completed through the use of a Visa Check Card II that is a single-message-acquired, full-financial Transaction.

ID#: 111011-010410-0024913

## Online Financial Processing

A process that combines Authorization, Clearing, and Settlement into a single Online Financial Transaction.

ID#: 010410-010410-0024914

## Online Financial Transaction

A Transaction that is authorized, cleared, and settled in a single online message.

ID#: 010410-010410-0024915

## Online Gambling Merchant

An Electronic Commerce Merchant that provides any form of gambling services over the Internet or other networks. Gambling services include, but are not limited to, the following:

• Betting

• Lotteries

• Casino-style games

• Funding an account established by the Merchant on behalf of the Cardholder

• Purchase of value for proprietary payment mechanisms, such as electronic gaming chips

ID#: 010410-010410-0024916

## Online Gambling Transaction

An Electronic Commerce Transaction representing the purchase of any form of gambling services over the Internet or other networks. Gambling services include, but are not limited to, the following:

• Betting

• Lotteries

• Casino-style games

• Funding an account established by the Merchant on behalf of the Cardholder

© 2012 Visa. All Rights Reserved.

# A3911

Visa International Operating Regulations

- Purchase of value for proprietary payment mechanisms, such as electronic gaming chips

ID#: 010410-010410-0024917

## Online PIN Verification

A process used to verify the Cardholder's identity by sending an encrypted PIN value to the Issuer or the Issuer's agent for validation in an Authorization Request.

ID#: 010410-010410-0024918

## Open File Delivery - U.S. Region

A component of the Direct Exchange network that allows Visa and endpoints to exchange data files through a single connection to VisaNet. Applicable file types include BASE II, Automated Clearing House, Single Message System reports, and raw data files.

ID#: 010410-010410-0024920

## Operating Expense Recovery

**Effective 15 May 2012,** a component of the Global Compromised Account Recovery program that allocates responsibility and reimbursement for a portion of Issuers' estimated operational expenses incurred as the result of a compromise of Magnetic-Stripe Data, and PIN data for Account Data Compromise Events that also involve PIN compromise.

ID#: 160312-150512-0026064

## Operating Expense Recovery - U.S. Region

**Effective through 14 May 2012,** a subset of the Account Data Compromise Recovery Process that allocates responsibility and reimbursement for a portion of Issuers' operational expenses incurred as the result of an account compromise event involving Magnetic-Stripe Data and/or PIN data. Issuers must enroll in the Operating Expense Recovery process to be eligible for operating expense reimbursement.

ID#: 160312-010410-0024921

## Operator Assistance Service - U.S. Region

An Authorization service provided by Visa or its agent to a Merchant or its Authorizing Processor.

ID#: 010410-010410-0024922

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3912

Visa International Operating Regulations

## Order Form - U.S. Region

A document bearing the Cardholder's signature, either written or electronic, authorizing goods or services to be charged to his/her account. An Order Form may be any of the following:

- Mail order form
- Recurring Transaction form
- Preauthorized Healthcare Transaction form
- E-mail or other electronic record that meets the requirements of applicable law

ID#: 010410-010410-0024923

## Original Adjustment - U.S. Region

One of the following:

**Effective through 30 June 2015,** an Online Check Card Transaction completed and submitted through Interchange without an Authorization because the connection between the Merchant and its Authorizing Processor was inoperable.

**Effective 14 April 2012,** a Visa Debit with PIN Transaction completed and submitted through Interchange without an Authorization because the connection between the Merchant and its VisaNet Processor was inoperable.

ID#: 111011-010410-0024924

## Original Credit Transaction (Updated)

A Transaction initiated by a Member either directly, or on behalf of its Merchants, that results in a credit to a Visa Account Number for a purpose other than refunding a Visa purchase, as specified in the *Original Credits Member Requirements.*

ID#: 151012-010410-0024925

## Originating Member

An Issuer or Acquirer that initiates an Original Credit Transaction, including a Money Transfer Original Credit Transaction, as specified in *Original Credits Member Requirements* or the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 050411-010410-0024926

© 2012 Visa. All Rights Reserved.

# A3913

Visa International Operating Regulations

## Outbound Telemarketing - U.S. Region

Merchant-initiated contact with a Cardholder via a telephone call or a mailing (other than a catalog) that instructs the Cardholder to call the Merchant. These solicitations include, but are not limited to, discount buying clubs, discount travel clubs, membership clubs, credit card protection/registration services, cosmetics, health care products, and vitamins. This definition also includes "up sell" Merchants. These Merchants often solicit Cardholders when they contact call centers to purchase products of other direct marketing Merchants or to request customer service assistance.

ID#: 010410-010410-0024927

## P

## PAReq (Updated)

**Effective 15 March 2012,** the "Payer Authentication Request" message type, as specified in the applicable Verified by Visa Implementation Guide. See "Authentication Request."

ID#: 151012-150312-0026812

## PARes (Updated)

**Effective 15 March 2012,** the "Payer Authentication Response" message type, as specified in the applicable Verified by Visa Implementation Guide. See "Authentication Response."

ID#: 151012-150312-0026813

## Partial Amount Indicator - U.S. Region

A VisaNet code used in a Chargeback or Representment Record to indicate either:

• The Chargeback amount is less than the Transaction amount
• The Representment amount is less than the Chargeback amount

(Previously known as Special Chargeback Indicator.)

ID#: 010410-010410-0024928

## Partial Authorization

An Authorization for an amount less than the amount requested by a Merchant for a Transaction on a Visa Card.

ID#: 010410-010410-0024929

© 2012 Visa. All Rights Reserved.

# A3914

Visa International Operating Regulations

## Participant-Type Member

A Member of Visa characterized as one of the following:

• Credit Participant, as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, Section 2.04(h)

• Debit Participant, as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, Section 2.04(i)

• Cash Disbursement Participant, as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, Section 2.04(j)

• Participant, as defined in the applicable Certificate of Incorporation and Bylaws

ID#: 111011-010410-0024930

## Partner Bank

A Visa Multinational Program participant that partners with the Lead Bank in the Multi-Country Issuing scenario. The Partner Bank resides in a country that is different from the Lead Bank and issues Visa Commercial Card products on behalf of the Lead Bank.

ID#: 160312-141010-0026029

## Passcode

**Effective 8 March 2012,** a code entered by the Cardholder into a Mobile Payment Device to authenticate the Cardholder.

ID#: 160312-080312-0026790

## Passenger Transport Service Category - U.S. Region

A Transaction category that provides customized services and procedures for Airlines, passenger railway Merchants, or their agents.

ID#: 010410-010410-0024932

## Payment Application

A software application contained within a Chip or payment data encoded on a Magnetic Stripe that defines the parameters for processing a Visa Transaction.

ID#: 010410-010410-0024933

© 2012 Visa. All Rights Reserved.

# A3915

Visa International Operating Regulations

## Payment Card Industry Data Security Standard (PCI DSS)

A set of comprehensive requirements that define the standard of due care for protecting sensitive Cardholder information.

ID#: 010410-010410-0024934

## Payment Card Industry Forensic Investigator (PFI) (Updated)

An individual or entity approved by the Payment Card Industry Security Standards Council (PCI SSC) to respond in the event of a security incident and perform forensic investigations.

ID#: 151012-210411-0026276

## Payment Card Industry Payment Application Data Security Standard (PA-DSS) (Updated)

A data security standard that specifies security requirements for third-party Payment Application software that stores, processes, or transmits Cardholder data.

ID#: 151012-200509-0024935

## Payment Gateway

**Effective through 14 March 2012,** a system that provides electronic commerce services to Merchants for the Authorization and Clearing of Electronic Commerce Transactions.

ID#: 160312-010410-0024936

## Payment Service Provider (Updated)

An entity that contracts with an Acquirer to provide payment services to a Sponsored Merchant.

ID#: 151012-010711-0026428

## Payment Service Provider Agreement (Updated)

A Merchant Agreement between a Payment Service Provider and an Acquirer containing their respective rights, duties, and obligations for participation in the Acquirer's Visa Program.

ID#: 151012-010711-0026430

© 2012 Visa. All Rights Reserved.

# A3916

**Peak Time - U.S. Region**

The period of time, designated by a Car Rental Company, during which a Cardholder may use their Card to reserve a car that will be guaranteed under the Visa Reservation Service. The Peak Time may include any of the following:

- Legal holidays, including 3-day weekends
- Resort rentals during seasons best suited for the resort's activities
- Special events that draw attendees from outside the local area, such as the Olympics, the Super Bowl, or Mardi Gras

ID#: 010410-010410-0024937

**Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Credit - U.S. Region**

A Visa program that permits Acquirers to qualify for Interchange Reimbursement Fees for consumer Visa credit Card Transactions based on Merchant Outlet volume criteria and other qualifications.

ID#: 010410-010410-0024938

**Performance Threshold Interchange Reimbursement Fee Program - Visa Consumer Debit - U.S. Region**

**Effective through 13 April 2012,** a Visa program that permits Acquirers to qualify for reduced Interchange Reimbursement Fees for consumer Visa Debit Card Transactions based on Merchant Outlet volume criteria.

ID#: 160312-010410-0024939

**Performance Threshold Interchange Reimbursement Fee Transaction - U.S. Region**

**Effective through 13 April 2012,** a consumer Visa credit Card or consumer Visa Debit Card Transaction that originates at a Merchant Outlet that qualifies for a Performance Threshold Interchange Reimbursement Program.

**Effective 14 April 2012,** a consumer Visa credit Card Transaction that originates at a Merchant Outlet that qualifies for a Performance Threshold Interchange Reimbursement Program.

ID#: 160312-010410-0024940

© 2012 Visa. All Rights Reserved.

# A3917

## Permanent Establishment

A fixed place of business through which an Electronic Commerce or Mail/Phone Order Merchant conducts its business, regardless of Website or server locations.

ID#: 010410-010410-0024941

## Personal Identification Number - U.S. Region

See PIN.

ID#: 010410-010410-0024943

## Physically Secure Device - U.S. Region

A device with negligible probability of being successfully penetrated to disclose all or part of any cryptographic key or PIN.

ID#: 010410-010410-0024944

## Pickup Response

An Authorization Response where the Transaction is declined and confiscation of the Card is requested.

ID#: 010410-010410-0024945

## PIN

A personal identification numeric code that identifies a Cardholder in an Authorization Request.

ID#: 010410-010410-0024948

## PIN Management Requirements Documents (New)

**Effective 13 September 2012,** a suite of PIN security documents that includes:

• *PCI PIN Transaction Security (PTS) - PIN Security Requirements*

• *PCI PIN Transaction Security (PTS) - Point of Interaction (POI) Modular Security Requirements*

ID#: 151012-130912-0027348

© 2012 Visa. All Rights Reserved.

# A3918

Visa International Operating Regulations

---

**PIN Management Requirements Documents - U.S. Region (Updated)**

**Effective through 12 September 2012,** a suite of documents that include the following manuals:

- *Payment Card Industry PIN Security Requirements*
- *Payment Card Industry POS PIN Entry Device Security Requirements*
- *Payment Card Industry Encrypting PIN PAD (EPP) Security Requirements*
- *Visa PIN Entry Device Security Requirements Manual*

ID#: 151012-010410-0024950

## PIN Verification

A procedure used to verify Cardholder identity when a PIN is used in an Authorization Request.

ID#: 010410-010410-0024951

## PIN Verification Field

A field encoded on the Magnetic Stripe or Chip of a Visa or Visa Electron Card comprising a PIN Verification Value, calculated with an algorithm using portions of the Account Number and PIN, and a one-digit key indicator.

ID#: 010410-010410-0024952

## PIN Verification Service

A service that Visa provides for the verification of Cardholder PINs transmitted with Authorization Requests.

ID#: 010410-010410-0024953

## PIN Verification Value

A 4-digit value used in PIN verification.

ID#: 010410-010410-0024954

## PIN Verification Value File

A VisaNet file of Account Numbers and PIN Verification Values maintained at a VisaNet Interchange Center at an Issuer's option for use as part of the PIN Verification Service.

ID#: 010410-010410-0024955

---

© 2012 Visa. All Rights Reserved.

# A3919

## PIN-Debit Network - U.S. Region

A non-Visa debit network that typically authenticates transactions by use of a PIN that is not generally known as, marketed as, or enabled as a competitive general-purpose card program, or other prohibited payment program, either directly or through a joint acceptance agreement.

ID#: 010410-010410-0024946

## PIN-Preferring Chip Card

An EMV and VIS-Compliant Chip Card containing a Visa or Visa Electron Smart Payment Application, and a Cardholder Verification Method List specifying a preference for a PIN-based Cardholder Verification Method (either offline or online).

ID#: 081010-010410-0024947

## Plus ATM

An ATM that displays the Plus Symbol and not the Visa Brand Mark.

ID#: 010410-010410-0024956

## Plus ATM - U.S. Region

An ATM that displays the Plus Symbol.

ID#: 050411-010410-0024957

## Plus Card - U.S. Region

A card that bears the Plus Symbol.

ID#: 050411-010410-0024958

## Plus Design

See Diamond Design.

ID#: 010410-010410-0024959

## Plus Logo - U.S. Region

See Plus Symbol.

ID#: 010410-010410-0024961

© 2012 Visa. All Rights Reserved.

# A3920

## Plus Logotype

The Plus Wordmark depicted in stylized lettering.

ID#: 010410-010410-0024960

## Plus Program

A program through which a Plus participant provides ATM services to Cardholders by acting as an Issuer, an ATM Acquirer, or both.

ID#: 010410-010410-0024962

## Plus Program - U.S. Region

A program through which a Plus Program Participant provides ATM services to cardholders, as specified in the *Plus System, Inc. Bylaws and Operating Regulations*.

ID#: 010410-010410-0024963

## Plus Program Marks

The Marks used in connection with the Plus Program, including the Diamond Design, Plus Symbol, Plus Logotype, Plus Wordmark, Plus Symbol-Contained, and Plus Symbol-Uncontained, as specified in the *Visa Product Brand Standards*.

ID#: 010410-010410-0024964

## Plus Program Participant

An entity participating in the Plus Program, as specified in the *Visa International Certificate of Incorporation and Bylaws,* Section 2.09.

ID#: 010410-010410-0024965

## Plus Symbol

A Mark consisting of the Diamond Design combined with the Plus Logotype denoting ATM access only. One of the Visa-Owned Marks. The Plus Symbol:

- Must be used as specified in the *Visa Product Brand Standards*
- May be used as either the:
  - Plus Symbol-Contained

© 2012 Visa. All Rights Reserved.

# A3921

– Plus Symbol-Uncontained

ID#: 010410-010410-0024966

## Plus Symbol - Contained - U.S. Region

A Plus Symbol enclosed in a rectangular field and outline box.

ID#: 010410-010410-0024967

## Plus Symbol - Uncontained - U.S. Region

A Plus Symbol that is free-standing and not enclosed in a rectangular field and outline box.

ID#: 010410-010410-0024968

## Plus System Symbol - U.S. Region

A Visa-Owned ATM Acceptance Mark consisting of the Plus Design combined with the Plus Wordmark denoting ATM access only.

ID#: 010410-010410-0024971

## Plus System Wordmark - U.S. Region

See Plus Wordmark.

ID#: 010410-010410-0024972

## Plus System, Inc.

A subsidiary of Visa U.S.A. Inc. sublicensed to administer the Plus Program in the United States and certain other countries, in accordance with the affiliation agreements between that entity and Visa.

ID#: 010410-010410-0024969

## Plus Wordmark

A Visa-Owned Mark consisting of the word "Plus" with the initial letter capitalized.

ID#: 010410-010410-0024973

© 2012 Visa. All Rights Reserved.

# A3922

Visa International Operating Regulations

## Point-of-Sale Balance Inquiry (Updated)

**Effective through 30 September 2012,** a Cardholder request for their Visa Prepaid Card account balance that is initiated at the Point-of-Transaction and processed as a separate, non-financial transaction, or, for Rightcliq, a Cardholder request for Card account balance information for participating Visa Cards registered with Rightcliq.

**Effective 1 October 2012,** a Cardholder request for their Visa Prepaid Card account balance that is initiated at the Point-of-Transaction and processed as a separate, non-financial transaction.

ID#: 151012-010100-0025553

## Point-of-Sale Balance Inquiry Service

A service that uses the Visa System to provide a Point-of-Sale Balance Inquiry.

ID#: 010410-010410-0024989

## Point-of-Sale Balance Inquiry Service - U.S. Region (Updated)

**Effective through 30 September 2012,** a VisaNet service designed to provide information to participating Merchants to facilitate the Merchant providing current account balance information to Visa Prepaid Cardholders or to Visa to facilitate providing current Card account balance information to Cardholders using Rightcliq.

**Effective 1 October 2012,** a VisaNet service that provides information to participating Merchants to enable the Merchant to provide current account balance information to a Visa Prepaid Cardholder.

ID#: 151012-010100-0025658

## Point-of-Sale Balance Return

An Authorization Response in which an Issuer of Visa Prepaid Cards provides the remaining balance for participating Merchants to print on the Transaction Receipt.

ID#: 081010-010100-0025554

## Point-of-Sale Balance Return Service

A service that uses the Visa System to provide a Point-of-Sale Balance Return.

ID#: 010410-010100-0025552

© 2012 Visa. All Rights Reserved.

# A3923

Visa International Operating Regulations

## Point-of-Transaction (Updated)

The physical location where a Merchant or Acquirer (in a Face-to-Face Environment) or an Unattended Cardholder-Activated Terminal (in an Unattended Environment) completes a Transaction Receipt.

ID#: 151012-010410-0024974

## Point-of-Transaction - U.S. Region (Updated)

One of the following:

• In a Face-to-Face Environment, the physical location at which a Merchant or Acquirer completes a Transaction Receipt

• In a Card-Present Environment, where an individual representing the Merchant or Acquirer is not present, the physical location at which a Cardholder completes an Unattended Transaction

• At an Online Address, the checkout page(s) of a Merchant's Website at which a Cardholder completes a Transaction

ID#: 151012-010410-0024975

## Point-of-Transaction Capability (Updated)

The capability of a Merchant, Acquirer, or Unattended Cardholder-Activated Terminal to obtain an Authorization and process Transaction Receipt data. The *Visa International Operating Regulations* refer to these Point-of-Transaction Capability types:

• Authorization-Only Capability

• Data Capture-Only Capability

• Electronic Capability

• Manual Capability

• Semi-Electronic Capability

ID#: 151012-010410-0024976

## Point-of-Transaction Terminal (Updated)

A device used at the Point-of-Transaction that has a corresponding Point-of-Transaction Capability. The *Visa International Operating Regulations* refer to the following types of Point-of-Transaction Terminals:

• ATM

• Chip-Reading Device

• Magnetic-Stripe Terminal

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3924

• Unattended Cardholder-Activated Terminal

ID#: 151012-010410-0024978

## Point-to-Point File Service - U.S. Region

A service that enables Open File Delivery endpoints to transfer batch files to other Open File Delivery endpoints through Direct Exchange.

ID#: 010410-010410-0024980

## Point-of-Transaction Terminal - U.S. Region (Updated)

A device used at the Point-of-Transaction that has a corresponding Point-of-Transaction Capability. The U.S. Regional Operating Regulations refer to the following types of Point-of-Transaction Terminals:

• Account-Number-Verifying Terminal

• ATM

• Automated Dispensing Machine

• Chip-Reading Device

• Contactless Payment Terminal

• Magnetic-Stripe Terminal

• Unattended Cardholder-Activated Terminal

ID#: 151012-010410-0024979

## Points - U.S. Region

A value awarded to a participating Cardholder's rewards account as part of the Visa Extras Program.

ID#: 010410-010410-0024981

## Portfolio Sale

Sale of programs, in whole or part, from one organization to another where the selling organization and purchasing organization each maintains their respective charters.

ID#: 111011-010100-0025532

© 2012 Visa. All Rights Reserved.

# A3925

Visa International Operating Regulations

## POS - Canada Region

A Point-of-Transaction Terminal that excludes ATMs.

ID#: 010410-010410-0024988

## POS Entry Mode

A VisaNet field indicating the method used to obtain and transmit the Cardholder information necessary to complete a Transaction, i.e., manual key entry, Magnetic-Stripe-read, or Chip-read.

ID#: 050411-010410-0024990

## Post-Issuance Application Change

A method that enables an Issuer to modify or block an application already residing on a Chip.

ID#: 010410-010410-0024985

## Post-Issuance Application Load

A method that enables an Issuer to add an application or service to the contents of a Chip without reissuing a Card.

ID#: 010410-010410-0024986

## Post-Issuance Updates

A method that enables an Issuer to update information stored in a Chip without reissuing the Card. There are 2 types of Post-Issuance Updates:

- Post-Issuance Application Change
- Post-Issuance Application Load

ID#: 010410-010410-0024987

## Preauthorized Health Care Transaction - U.S. Region

A Transaction completed by a Health Care Merchant for which a Cardholder has provided written permission to the Merchant to charge the Cardholder's Visa account for services.

ID#: 010410-010410-0024991

© 2012 Visa. All Rights Reserved.

# A3926

Visa International Operating Regulations

## Preauthorized Payment Cancellation Service

A service that enables Visa Card Issuers to stop payment on Preauthorized Transactions.

ID#: 160312-100211-0026230

## Preauthorized Payment Cancellation Service Guides (New)

A suite of guides that includes:

- *Preauthorized Payment Cancellation Service - Issuer Host System Implementation Guide*
- *Preauthorized Payment Cancellation Service - Issuer Quick Reference Guide*

ID#: 151012-151012-0027252

## Preauthorized Transaction

A Transaction for which a Cardholder has given advance permission to periodically charge his or her account. Preauthorized Transactions include, but are not limited to, Recurring Transactions, Installment Billing Transactions, and Preauthorized Health Care Transactions.

ID#: 160312-100211-0026231

## Prepaid Account

An account established by an Issuer, with previously deposited, authorized, or transferred funds, which is decreased by purchase Transactions, Cash Disbursements, or account fees.

ID#: 010410-010410-0024994

## Prepaid Issuer Risk Program - U.S. Region

A program that increases an Issuer's accountability for controlling its Agent relationships that support Visa Prepaid Card Issuer programs and enhances control mechanisms to mitigate risk to the Visa system.

ID#: 081010-010410-0024997

## Prepaid Partner

A Merchant, Member, or Third Party agent (excluding cobranded partners, Approved Manufacturers and Card Personalizers) that has a contract with a Visa Acquirer to sell, activate and/or perform Load Transaction processing for Visa Prepaid Cards.

ID#: 010410-010410-0024998

© 2012 Visa. All Rights Reserved.

# A3927

## Prepaid Partner Agreement

A contract between a Visa Prepaid Card Issuer and a Member, Merchant or Third Party agent (excluding co-branded partners, Approved Manufacturers and Card Personalizers) containing respective rights, duties and obligations for the sale, activation and/or Load Transaction processing of Visa Prepaid Cards.

ID#: 010410-010410-0024999

## Visa ICS Prescreen Service - U.S. Region (Updated)

An optional feature of Visa Advanced ID Solutions that allows Members to select data from the Issuers' Clearinghouse Service databases to create a suppression file before mailing solicitations for Cards, non-Visa cards, or other Visa or non-Visa products.

ID#: 151012-010410-0025000

## Presentment

A Clearing Record that an Acquirer presents to an Issuer through Interchange, either initially (a first Presentment) or after a Chargeback (a Representment).

ID#: 010410-010410-0025001

## Prestigious Property - U.S. Region

A Lodging Merchant that is permitted to use the Status Check Procedure.

ID#: 010410-010410-0025002

## Primary Account Number (PAN) - U.S. Region

See Account Number.

ID#: 010410-010410-0025003

## Primary Mark

A Visa-Owned Mark on a Card that identifies the primary Account Number when multiple Brand Marks (including both Visa-Owned and Non-Visa-Owned Marks) are contained on a Chip Card.

ID#: 010410-010410-0025004

© 2012 Visa. All Rights Reserved.

# A3928

## Principal-Type Member

A Member of Visa characterized as one of the following:

- Principal Member, as defined in the applicable Certificate of Incorporation and Bylaws

- Acquirer Member, as defined in the applicable Certificate of Incorporation and Bylaws

- Administrative Member, as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, Section 2.04(c)

- Debit Interchange Member, as defined in the *Visa U.S.A. Inc. Certificate of Incorporation and Bylaws*, Article II, Section 2.04(g)

- Group Member, as defined in the applicable Certificate of Incorporation and Bylaws

- Merchant Acquirer Member, as defined in the applicable Certificate of Incorporation and Bylaws

- Cash Disbursement Member, as defined in the applicable Certificate of Incorporation and Bylaws

ID#: 111011-010410-0025005

## Priority Check-out Agreement - U.S. Region

A written agreement that, when bearing a Cardholder's signature, authorizes a Lodging or Cruise Line Merchant participating in the Priority Check-out Service to deposit a Transaction Receipt without the Cardholder's signature for the total amount of their obligation.

ID#: 010410-010410-0025008

## Priority Check-out Service - U.S. Region

A Visa service provided by Lodging and Cruise Line Merchants, that allows a Cardholder to authorize the use of their Card for payment of the total obligation to the Lodging or Cruise Line Merchant, with or without prior knowledge of the total amount, by signing a completed Priority Check-out Agreement.

ID#: 010410-010410-0025010

## Priority Check-out Transaction

A Transaction that a Lodging Merchant, Hotel or Cruise Line participating in the Priority Check-out Service completes, resulting from completion of a Priority Check-out Agreement.

ID#: 160312-010410-0025011

© 2012 Visa. All Rights Reserved.

# A3929

Visa International Operating Regulations

## Priority Check-out Transaction - U.S. Region

A Transaction that a Lodging or Cruise Line Merchant participating in the Priority Check-out Service completes.

ID#: 010410-010410-0025012

## Private Agreement

A bilateral agreement between Members, or the operating regulations of a Group Member, pertaining to Authorization or Clearing and Settlement of Domestic Transactions.

ID#: 010410-010410-0025013

## Private Arrangement - U.S. Region

An agreement where Authorization Requests or Transactions involving two different Members are not processed through VisaNet. Private Arrangements are prohibited.

ID#: 010410-010410-0025014

## Private Keys

The private or "secret" key paired with a Public Key in a Public Key cryptographic system that is used to decrypt data which was encrypted by its corresponding Public Key or encrypt data which can only be decrypted by its corresponding Public Key.

ID#: 151011-010410-0025015

## Private Label Card

A merchant's proprietary card that is accepted only at its own locations, or a multi-use non-Visa-branded Card.

ID#: 111011-010410-0025016

## Private Processing Arrangement — AP Region

An agreement where Transactions involving two different Members are not authorized and cleared through VisaNet.

ID#: 160312-010411-0026203

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3930

Visa International Operating Regulations

## Processing Date

The date (based on Greenwich Mean Time) on which a Member submits Interchange Data to, and the data is accepted by, a VisaNet Interchange Center. Equivalents to the Processing Date are:

• In BASE II, the Central Processing Date

• In the Single Message System, the Settlement Date

ID#: 010410-010410-0025017

## Product Name

A name for goods or services offered by a Member to a Cardholder, e.g., Visa Platinum.

ID#: 010410-010410-0025018

## Product Replacement Center

A facility that issues Emergency Card Replacements to an Eligible Cardholder at the request of Visa Global Customer Care Services.

ID#: 081010-010410-0025019

## Proprietary Card

A Card that does not bear the Visa Brand Mark or Visa Brand Mark with the Electron Identifier but may bear a Plus Symbol.

ID#: 010410-010410-0025020

## Proximity Payment

A payment performed in a Card-Present Environment over a Visa-approved wireless interface at the Point-of-Transaction. This includes payments made with contactless devices, mobile telephones, and micro tags.

ID#: 010410-010410-0025021

© 2012 Visa. All Rights Reserved.

# A3931

Visa International Operating Regulations

## Proximity Payment - U.S. Region

A form of Visa payment conducted in the Card-Present Environment at the Point-of-Transaction through a Visa-approved wireless interface such as radio frequency or infrared technology, as specified in the *Visa International Operating Regulations.* For programs in the U.S. Region, see Contactless Payment - U.S. Region.

ID#: 010410-010410-0025022

## Proximity Payment Device

A payment tool using a Visa-approved wireless interface to access a Visa account that:

• Has distinct branding, issuance, and technical requirements

• Provides the ability to conduct a Proximity Payment Transaction

• Includes contactless devices, mobile telephones, and micro tags

ID#: 111011-010410-0025023

## Proximity Payment Transaction

A Transaction conducted over a Visa-approved wireless interface.

ID#: 010410-010410-0025024

## Proximity Payment Transaction - U.S. Region

A Transaction completed at a Point-of-Transaction Terminal through a Visa-approved wireless interface, as specified in the *Visa International Operating Regulations.* For programs in the U.S. Region, see Contactless Payment Transactions.

ID#: 160312-010410-0025025

## Proximity Payment-Only Terminal (Updated)

A terminal that accepts only Proximity Payment Devices.

ID#: 151012-131011-0026669

## PSP (Updated)

See Payment Service Provider.

ID#: 151012-010711-0026429

© 2012 Visa. All Rights Reserved.

# A3932

Visa International Operating Regulations

## Public Keys

The non-secret portion of the cryptographic method used for verification during a Transaction.

ID#: 010410-010410-0025028

## Q

## Qualified Chip Card

A Chip Card that is issued under a designated BIN(s) or Account Number range of a Visa Card Program or a Visa Electron Card Program and has met the Visa requirements for the Issuer Chip Rate.

ID#: 010410-010410-0025029

## Qualifying CAMS Event (Updated)

**Effective 15 May 2012,** a CAMS Event that qualifies for recovery, through the Global Compromised Account Recovery program, of a portion of affected Members' losses due to a violation involving at least one of the following:

• *Payment Card Industry Data Security Standard* (PCI DSS)

• PIN Management Requirements Documents

• *PIN Security Program Guide*

ID#: 151012-150512-0026065

## Qualifying CAMS Event - U.S. Region

**Effective through 14 May 2012,** a CAMS Event that qualifies for recovery, through the Account Data Compromise Recovery process, of a portion of affected Members' losses due to a violation involving one or more of the following:

• The electronic storage of the full contents of any track on the Magnetic Stripe subsequent to Authorization of a Transaction

• Non-compliance with the Payment Card Industry Data Security Standard (PCI DSS) that could allow a compromise of the full contents of any track on the Magnetic Stripe

• Failure to comply with the PIN Management Requirements Documents that could allow a compromise of PIN data for a Visa Transaction, a Plus transaction, or an Interlink transaction subsequent to Authorization

ID#: 160312-011108-0025030

© 2012 Visa. All Rights Reserved.

# A3933

Visa International Operating Regulations

## Qualifying Purchase - U.S. Region

A purchase Transaction completed with a Visa Traditional Rewards Card that an Issuer may consider for the purpose of awarding Rewards Currency. An Issuer may, optionally, exclude the following Transactions from qualifying:

• Balance transfers

• Convenience checks

• Cash Disbursements

• Finance charges

• Quasi-Cash Transactions

• Any Transaction unauthorized by the Cardholder

ID#: 010410-010410-0025031

## Quarterly Operating Certificate

A report that each Member sends to Visa in a set pre-determined time, detailing its Visa Card and Merchant statistics.

ID#: 010410-010410-0025032

## Quasi-Cash Transaction

A Transaction representing a Merchant's or Member's sale of items that are directly convertible to cash, such as:

• Gaming chips

• Money orders

• Deposits

• Wire Transfers

• Travelers cheques

• Visa TravelMoney Cards

• Foreign Currency

• Additional Transaction approved by Visa

ID#: 010410-010410-0025033

VISA PUBLIC
© 2012 Visa. All Rights Reserved.
15 October 2012

# A3934

Visa International Operating Regulations

**R**

### Real-Time Clearing

An optional program for Acquirers and Merchants that allows an Automated Fuel Dispenser Merchant to send an Authorization request (preauthorization) for an estimated Transaction amount (up to a maximum Transaction amount of US $500 or local currency equivalent) through the Single Message System. Upon completion of the Transaction, the Automated Fuel Dispenser Merchant must send the actual Transaction amount (Completion Message) to the Issuer within X of the preauthorization request.

ID#: 111011-010410-0025034

### Real-Time Clearing Transaction

An Automated Fuel Dispenser Transaction that is authorized and cleared through Real-Time Clearing.

ID#: 010410-010410-0025035

### Reason Code - U.S. Region

A VisaNet code that provides additional information to the Receiving Member regarding a Chargeback, Representment, Fee Collection, Funds Disbursement, or Transaction Receipt Request.

ID#: 010410-010410-0025036

### Recalled BIN

The status of a BIN released back to Visa, indicating its eligibility for deletion from VisaNet based on the effective recall date.

ID#: 111011-080911-0026476

### Receipt Date

The BASE II Edit Package run date (or, in the Single Message System, the Settlement Date) on which a Member processes incoming Interchange. Commonly used for the calculation of second Chargeback and Representment time limits by the Receiving Member.

ID#: 010410-010410-0025037

© 2012 Visa. All Rights Reserved.

# A3935

## Receiving Member

A Member receiving a Transaction through Interchange.

ID#: 010410-010410-0025038

## Recipient Member

An Issuer that receives an Original Credit Transaction, including a Money Transfer Original Credit Transaction, as specified in *Original Credits Member Requirements* or the *Visa Money Transfer (VMT) Global Implementation Guide.*

ID#: 050411-010410-0025039

## Recurring Services Merchant

A Merchant that provides services of an ongoing nature to a Visa Cardholder (e.g., club membership, magazine subscription) and completes Recurring Transactions to bill the Cardholder for these services.

ID#: 010410-010410-0025040

## Recurring Transaction

Multiple Transactions processed at predetermined intervals not to exceed one year between Transactions, representing an agreement between a Cardholder and a Merchant to purchase goods or services provided over a period of time.

ID#: 010410-010410-0025041

## Recurring Transaction - U.S. Region

A Transaction for which a Visa Cardholder provides permission, in either written or electronic format, to a Merchant to periodically charge their Account Number for recurring goods or services. These may include payment of recurring charges, such as insurance premiums, subscriptions, Internet service provider monthly fees, membership fees, tuition, or utility charges.

ID#: 010410-010410-0025042

## Reference Card

An item containing relevant account information, such as an Account Number, expiration date, etc., that is provided to a Virtual Account Holder.

ID#: 010410-010410-0025043

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3936

Visa International Operating Regulations

## Referral Response

An Authorization Response where the Merchant or Acquirer is instructed to contact the Issuer for further instructions before completing the Transaction.

ID#: 010410-010410-0025046

## Referral/Activity Default Response - U.S. Region (Updated)

An Issuer-specified Approval or Decline Response generated by BASE I under certain conditions, as specified in the applicable VisaNet Manuals.

ID#: 151012-010410-0025044

## Refund Claim Number

A number that a Global Refund Service provides to a Cheque purchaser to verify that they qualify for a refund of lost or stolen Cheques.

ID#: 010410-010410-0025047

## Region of Domicile

The Visa Region where a Member has its principal place of business.

ID#: 010410-010410-0025056

## Regional Board

One of the Visa Regional Boards of Directors, as specified in the *Visa International Certificate of Incorporation and Bylaws.* There are 2 Regional Boards:

• Visa Canada Board

• Visa U.S.A. Board

ID#: 010410-010410-0025048

## Regional Card Recovery File

A regional electronic version of the Card Recovery Bulletin that is distributed via the V.I.P. System to countries that receive a National Card Recovery Bulletin.

ID#: 010410-010410-0025049

© 2012 Visa. All Rights Reserved.

# A3937

## Regional Office

The head office of a Visa Region, located as follows:

- Asia-Pacific Region: Tokyo, Japan
- Canada Region (Visa Canada Corporation): Toronto, Canada
- CEMEA Region: London, England
- Latin America and Caribbean Region: Miami, FL, U.S.A.
- U.S.A. Region (Visa U.S.A. Inc.): Foster City, CA, U.S.A.

ID#: 010410-010410-0025054

## Regional Operating Regulations

The operating regulations of a Visa Region.

ID#: 010410-010410-0025055

## Reimbursement Attribute - U.S. Region

A VisaNet code designating the Interchange Reimbursement Fee applicable to a Transaction.

ID#: 010410-010410-0025057

## Reimbursement Fee - U.S. Region

See Interchange Reimbursement Fee - U.S. Region.

ID#: 010410-010410-0025058

## Reloadable Card

A Visa Prepaid Card that may be funded more than once.

ID#: 081010-010410-0025059

## Representment

A Clearing Record that an Acquirer presents to an Issuer through Interchange after a Chargeback.

ID#: 010410-010410-0025063

VISA PUBLIC                                        15 October 2012
© 2012 Visa. All Rights Reserved.

# A3938

## Research Service - U.S. Region

A VisaNet service that provides research into historical V.I.P. System transactions upon Member request.

ID#: 010410-010410-0025065

## Response - U.S. Region

See Authorization Response.

ID#: 010410-010410-0025066

## Retail Merchant

A Merchant that is not one of the following:

- Mail/Phone Order Merchant
- Recurring Services Merchant
- T&E Merchant

ID#: 010410-010410-0025068

## Retail Transaction

A Transaction at a Retail Merchant outlet.

ID#: 010410-010410-0025069

## Retrieval Request

An Issuer's request for a Transaction Receipt, which could include the original, a paper copy or facsimile, or an electronic version thereof.

ID#: 010410-010410-0025070

## Returned Item

A financial or non-financial item that BASE II or the Single Message System returns to the sending Member.

ID#: 160312-100211-0026232

© 2012 Visa. All Rights Reserved.

# A3939

Visa International Operating Regulations

## Reversal

A BASE II or Online Financial Transaction used to negate or cancel a transaction that has been sent through Interchange in error.

ID#: 010410-010410-0025072

## Rewards Currency - U.S. Region

A reward denomination defined by an Issuer consisting of either air miles, points, or discounts offered in connection with a Visa Traditional Rewards Card.

ID#: 010410-010410-0025073

## Rewards Product Identification Number

A number assigned by an Issuer for the purpose of identifying and tracking any rewards program offered in connection with the Issuer's Card products.

ID#: 050411-141209-0025587

## Rightcliq - U.S. Region (Updated)

**Effective through 30 September 2012,** in the U.S. Region, a Visa-provided service that facilitates Cardholders' online shopping experience and use of Cards for payment at online Merchants.

ID#: 151012-181109-0025589

## Risk Identification Service (RIS) Online - U.S. Region

A Merchant and Member level fraud monitoring program that identifies Merchants and Members with unusual levels of Fraud Activity and utilizes Visa Online to manage the delivery of program Notifications and remediation information.

ID#: 010410-010410-0025075

## S

## Strategic Bankruptcy Solutions Documents (New)

A suite of documents that includes:

- *Bankruptcy Evaluation Service User's Manual*
- *Bankruptcy Information Service User's Manual*

© 2012 Visa. All Rights Reserved.

# A3940

---

Visa International Operating Regulations

---

- *File Proof User's Manual*

ID#: 151012-151012-0027253

## Sales Draft

A paper record evidencing the purchase of goods or services by a Cardholder from a Merchant using a Visa Card.

ID#: 010410-010410-0025076

## Sample Card Design

A background design provided by Visa that is unique for each Card product and that an Issuer may use on the front of a Visa Card.

ID#: 081010-010410-0025077

## Scrip

A 2-part paper receipt that is redeemable at a Merchant Outlet for goods, services, or cash.

ID#: 010410-010410-0025079

## Secure Electronic Commerce Rate

An Interregional Interchange Reimbursement Fee paid for a Secure Electronic Commerce Transaction.

ID#: 010410-010410-0025083

## Scrip Terminal - U.S. Region (Updated)

An Unattended Cardholder-Activated Terminal that prints Scrip.

ID#: 151012-010410-0025080

## Secure Electronic Commerce Transaction

An Electronic Commerce Transaction that has been authenticated using an Authentication Method.

ID#: 010410-010410-0025084

---

© 2012 Visa. All Rights Reserved.

# A3941

## Secure Electronic Transaction™ Specification - U.S. Region

**Effective through 14 March 2012,** a software protocol that enables end-to-end, secure processing of Transactions over the Internet and other networks.

ID#: 160312-010410-0025085

## Secure Sockets Layer (SSL)

A protocol that uses Public Key encryption for the secure processing of Transactions over the Internet and other networks.

ID#: 010410-010410-0025086

## Sending Member

A Member entering a Transaction into Interchange.

ID#: 010410-010410-0025092

## Service Code

A valid sequence of digits recognized by VisaNet that is encoded on a Magnetic Stripe and replicated on the Magnetic-Stripe Image in a Chip that identifies the circumstances under which the Card is valid (e.g., International Transactions, Domestic Transactions, restricted Card use), and defines requirements for processing a Transaction with the Card (e.g., Chip-enabled, Cardholder Verification, Online Authorization).

ID#: 081010-010410-0025094

## Services Agreement

A license or contract between Visa Canada and an entity that has a contract or license, which allows the entity to participate in the Visa program or use the Visa-Owned Marks, including in accordance with the *Visa International Operating Regulations*.

ID#: 010410-010410-0025093

## Settlement

The reporting and funds transfer of Settlement Amounts owed by one Member to another, or to Visa, as a result of Clearing.

ID#: 050411-010410-0025095

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3942

Visa International Operating Regulations

## Settlement Amount

The daily net amounts expressed in a Member's Settlement Currency resulting from Clearing. These amounts include Transaction and Fee Collection Transaction totals, expressed in a Member's Settlement Currency.

ID#: 050411-010410-0025096

## Settlement Bank

A bank, including a Correspondent or Intermediary Bank, that is both:

• Located in the country where a Member's Settlement Currency is the local currency
• Authorized to execute Settlement of Interchange on behalf of the Member or the Member's bank

ID#: 010410-010410-0025097

## Settlement Currency (Updated)

A currency that Visa uses to settle Interchange, as specified in the applicable VisaNet Manuals.

ID#: 151012-010410-0025098

## Settlement Date

The date on which Visa initiates the transfer of Settlement Amounts in the Settlement of Interchange. See Processing Date.

ID#: 010410-010410-0025099

## Settlement Reporting Entity

A name or number of an entity assigned by Visa and authorized by the Member that is used by Visa for Settlement reporting, to associate a BIN or BIN Alternate with a Funds Transfer Settlement Reporting Entity or for other Settlement-related or other purposes.

ID#: 160312-141010-0026049

## Settlement Summary - U.S. Region

A report that provides a Clearing Processor's net Settlement position for BASE II and the Single Message System.

ID#: 010410-010410-0025100

© 2012 Visa. All Rights Reserved.

# A3943

## SIGIS - U.S. Region

An industry trade group, known as the Special Interest Group for Inventory Information Approval System (IIAS) Standards, chartered with implementing processing standards for Healthcare Auto-Substantiation Transactions in accordance with IRS regulations and responsible for licensing and certifying Merchants, Members, and Agents that process such Transactions.

ID#: 010410-010410-0025102

## Signature-Authenticated - U.S. Region

A descriptor that refers to a Transaction completed in a Face-to-Face Environment where the Cardholder's identity has been verified by a signature, unless the Transaction is one of the following:

• A Visa Easy Payment Service Transaction

• Contactless Payment Transaction

ID#: 160312-010410-0025103

## Single Merchant

An individual Merchant or Merchant Outlet, or group thereof, doing business under a common Trade Name or Mark.

ID#: 010410-010410-0025106

## Single Message Service - U.S. Region

A VisaNet service that enables a Member to process Online Financial and Deferred Clearing Transactions through a single VisaNet interface.

ID#: 010410-010410-0025107

## Single Message System

A component of the V.I.P. System that processes Online Financial and Deferred Clearing Transactions through a single VisaNet interface for purchases and ATM Transactions.

ID#: 010410-010410-0025108

© 2012 Visa. All Rights Reserved.

# A3944

## Special Condition Indicator - U.S. Region

A VisaNet code used in the Clearing Record to specify that one or more unique conditions apply to the Transaction.

ID#: 010410-010410-0025117

## Specialized Vehicle

A unique class of rental vehicle not in a Car Rental Company's main rental fleet (e.g., mini-vans, four-wheel-drive vehicles, selected sports models, luxury and vintage vehicles), that does not constitute more than 5% of the Merchant's total rental fleet.

ID#: 010410-010410-0025114

## Specialized Vehicle Reservation Service

A service provided by Car Rental Companies in the U.S. Region, where a Cardholder may use a Visa Card to guarantee reservations for Specialized Vehicles.

ID#: 010410-010410-0025116

## Sponsor

A Member that is responsible, in part or whole, for other Members of Visa, as specified in the applicable Certificate of Incorporation and Bylaws.

ID#: 111011-010410-0025120

## Sponsored Merchant (Updated)

A merchant that contracts with a Payment Service Provider to obtain payment services. A Merchant is considered a Sponsored Merchant for Transactions in which payment services are provided by a Payment Service Provider.

ID#: 151012-010410-0025119

## Sponsorship Marks

The Marks of an entity with which Visa has entered into an agreement to act as a sponsor for that entity's activities or events.

ID#: 050411-150411-0026242

© 2012 Visa. All Rights Reserved.

# A3945

**Stand-In Processing (STIP)**

The V.I.P. System component that provides Authorization services on behalf of an Issuer when the Positive Cardholder Authorization System is used or when the Issuer or its VisaNet Processor is unavailable.

ID#: 010410-010410-0025121

**Stand-In Processing Account**

An Issuer-supplied valid Account Number (established and activated in the Issuer's Authorization system) that is maintained at Visa Global Customer Card Services. This Account Number is embossed and encoded on an Emergency Card Replacement when the Issuer is not available to provide a new Account Number.

ID#: 081010-010410-0025122

**Stand-In Processing Account Number - U.S. Region**

An Issuer-supplied valid Account Number (established and activated in the Issuer's Authorization system) that is maintained at Visa Customer Care Services. This Account Number is embossed or printed, and encoded on an Emergency Card Replacement when the Issuer is not available to provide a new Account Number.

ID#: 081010-010410-0025123

**Standard Floor Limit (Updated)**

A Floor Limit that varies by Merchant type, as specified in "Maximum Authorized Floor Limits."

ID#: 151012-010410-0025125

**Standard Interchange Reimbursement Fee - U.S. Region**

The Interchange Reimbursement Fee available to all Merchant service categories for any Transaction not eligible for any other Interchange Reimbursement Fee.

ID#: 010410-010410-0025126

**Standard Rate**

An Interchange Reimbursement Fee charged for any Transaction that does not meet the requirements of the Chip, Secure Electronic Commerce, Electronic Commerce Merchant, Interregional Airline, or Electronic Rate, and is not one of the following:

• Visa Commercial Card Transaction

© 2012 Visa. All Rights Reserved.

# A3946

• Visa Infinite Card Transaction

ID#: 010410-010410-0025127

## Static Data Authentication – AP Region

A type of offline data Authentication where the terminal validates a cryptographic value placed on the Card during personalization. This validation protects against some types of counterfeit but does not protect against skimming.

ID#: 050411-060111-0026179

## Static Data Authentication - Canada Region

An Authentication as specified in the Chip Specifications.

ID#: 010410-010410-0025128

## Status Check - U.S. Region

An Authorization Request for US $1.

ID#: 010410-010410-0025129

## Status Check Authorization

An Authorization Request for 1 currency unit.

ID#: 010410-010410-0025130

## Status Check Procedure - U.S. Region

A procedure where a Lodging or Automated Fuel Dispenser Merchant requests an Authorization for US $1, as specified in the U.S. Regional Operating Regulations.

ID#: 081010-010410-0025131

## Strategic Bankruptcy Solutions - U.S. Region

A Visa service that:

• Identifies Cardholders, cardholders of non-Visa cards, customers of other Visa or non-Visa products, and applicants for Cards, non-Visa cards, and other Visa or non-Visa products who have filed bankruptcy

• Files claims and documents on behalf of Members with the bankruptcy courts

© 2012 Visa. All Rights Reserved.

# A3947

Visa International Operating Regulations

- Assists Members in assessing the value of obligations of Cardholders and other individuals who have declared bankruptcy

ID#: 010410-010410-0025133

## Substitute Transaction Receipt

A paper form or record that is not a Sales Draft and that a Member or Merchant provides in response to a Retrieval Request, when allowed.

ID#: 010410-010410-0025135

## Summary of Interchange Entries

Data required to accompany Domestic Interchange processed under a Private Agreement.

ID#: 010410-010410-0025136

## Supermarket Incentive Program - U.S. Region

A Visa program that permits certain supermarket Merchant Outlets to qualify for a reduced Interchange Reimbursement Fee.

ID#: 010410-010410-0025137

## Supermarket Incentive Program Transaction - U.S. Region

A Transaction that:

- Originates at a Merchant Outlet participating in the Supermarket Incentive Program
- Is authorized and processed as specified in the U.S. Regional Operating Regulations

ID#: 010410-010410-0025138

## Suspect Transaction - U.S. Region

A Transaction completed subsequent to the day that the Account Number was listed on the Exception File with a Pickup Response code of "07," "41," or "43," or reported as Fraud Activity.

ID#: 050411-010410-0025140

© 2012 Visa. All Rights Reserved.

# A3948

Visa International Operating Regulations

**T**

## T&E

An abbreviation for Travel and Entertainment.

ID#: 010410-010410-0025141

## T&E Advance Deposit Service - U.S. Region

A service that a Lodging Merchant, Cruise Line merchant, or Car Rental Company provides to a Cardholder, allowing use of a Visa Card to pay an advance deposit required to reserve accommodations or a vehicle.

ID#: 010410-010410-0025142

## T&E Advance Deposit Transaction - U.S. Region

A Transaction that a Lodging Merchant, Cruise Line merchant, or Car Rental Company completes as a result of a Cardholder's agreement to use a Visa Card to pay for an advance deposit to reserve accommodations or a vehicle.

ID#: 010410-010410-0025143

## T&E Document

A photocopy of all documents pertaining to a T&E Transaction originating from a Car Rental Company, Hotel, or Cruise Line, including the following as applicable:

- Transaction Receipt
- Car rental agreement
- Guest Folio (if created)
- Card Imprint (if obtained)
- Cardholder signature (if obtained)

ID#: 010410-010410-0025144

## T&E Document - U.S. Region

A photocopy of all documents pertinent to a T&E Transaction, such as a Guest Folio or car rental agreement that:

- Evidences a Cardholder's participation in a lodging, cruise line, or car rental Transaction

© 2012 Visa. All Rights Reserved.

# A3949

- Contains a Card Imprint and signature, if either or both was obtained
- Is supplied in response to a Retrieval Request

ID#: 010410-010410-0025145

## T&E Merchant

An Airline, Car Rental Company, Hotel, or Cruise Line whose primary function is to provide travel-related services. A travel agency (excluding one that is primarily engaged in the sale of transportation or travel-related arrangement services by Mail/Phone Order) is a T&E Merchant to the extent that it acts as the agent of an Airline, a Car Rental Company, a Cruise Line, or a Hotel.

ID#: 010410-010410-0025146

## T&E Merchant - U.S. Region

A Merchant whose primary function is to provide travel-related services. The U.S. Regional Operating Regulations refer to the following types of T&E Merchant:

- Airline
- Passenger railway
- Car Rental Company
- Lodging Merchant
- Cruise Line Merchant
- Central Reservation Service
- Travel agency, only if it acts as an agent of an Airline, passenger railway, Car Rental Company, Lodging Merchant, or Cruise Line Merchant (excluding a travel agency that is primarily engaged in the sale of transportation or travel-related arrangement services by mail/phone order)

ID#: 010410-010410-0025147

## T&E Services - U.S. Region

Travel-related services provided to Eligible Cardholders, including:

- Priority Check-out Service
- T&E Advance Deposit Service
- Visa Reservation Service

ID#: 010410-010410-0025148

© 2012 Visa. All Rights Reserved.

# A3950

## T&E Transaction

A Transaction at a T&E Merchant Outlet.

ID#: 010410-010410-0025149

## Tax Payment Program - U.S. Region

A Visa payment program which allows a Tax Payment Program Merchant to process Visa Transactions.

ID#: 010410-010410-0025150

## Tax Payment Program Merchant - U.S. Region

A government taxing authority or its designated agent properly assigned Merchant Category Code 9311 (Tax Payments) and authorized to process Tax Payment Transactions.

ID#: 010410-010410-0025151

## Tax Payment Transaction - U.S. Region

A Visa Consumer Card or a Commercial Visa Product Transaction that represents a payment of eligible federal, state, or local taxes to the Tax Payment Program Merchant.

ID#: 010410-010410-0025152

## Telephone Service Transaction (Updated)

A Transaction in which a Cardholder uses a Visa Card to purchase a telephone call.

ID#: 151012-010410-0025153

## Terminal Risk Management

A process performed by a Chip-Reading Device to protect a Member from fraud by:

- Initiating Online Issuer Authorization for above-Floor Limit Transactions
- Ensuring random Online processing for below-Floor Limit Transactions
- Performing Transaction velocity checking

ID#: 010410-010410-0025154

© 2012 Visa. All Rights Reserved.

# A3951

Visa International Operating Regulations

## Terminal Risk Management - U.S. Region

A process performed by a Chip-Reading Device to protect a Member from fraud by:

• Initiating Online Issuer Authorization for all Transactions
• Performing Transaction velocity checking

ID#: 010410-010410-0025155

## Terminated Merchant File - U.S. Region

A file (currently known as "MATCH"), that identifies Merchants and principals of Merchants that Acquirers have terminated for specified reasons.

ID#: 111011-010410-0025159

## Third Party Agent (Updated)

An entity, not defined as a VisaNet Processor, that provides payment-related services, directly or indirectly, to a Member and/or stores, transmits, or processes Cardholder data.

No financial institution eligible to become a Principal member of Visa may serve as a Third Party Agent.

A Third Party Agent does **not** include:

• Financial institutions that perform Agent activities
• **Effective through 31 March 2013,** co-branding or Affinity partners
• **Effective 1 April 2013,** Affinity Co-Brand Partners or Global Co-Branding Partners
• Card manufacturers
• Card personalizers

ID#: 151012-010100-0025921

## Three-Domain (3-D) Secure Authentication Request - U.S. Region

**Effective through 14 March 2012,** see Authentication Request.

ID#: 160312-010410-0025163

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3952

Visa International Operating Regulations

## Three-Domain Secure

**Effective through 14 March 2012,** see 3-D Secure.

ID#: 160312-010410-0025164

## Three-Domain Secure Electronic Commerce Transaction Specification

**Effective through 14 March 2012,** see 3-D Secure Electronic Commerce Transaction Specification.

ID#: 160312-010410-0025165

## Three-Domain Secure Specification - U.S. Region

**Effective through 14 March 2012,** see 3-D Secure Specification - U.S. Region.

ID#: 160312-010410-0025166

## Timeshare Merchant

A Merchant that manages the sales, rentals, or other uses of condominiums, holiday homes, holiday clubs, or apartments known as "timeshares."

ID#: 010410-010410-0025167

## Timeshare Transaction

A Transaction resulting in the sale, rental, or other uses of condominiums, holiday homes, holiday clubs, or apartments known as "timeshares."

ID#: 010410-010410-0025168

## Tracing Data

In a Single Message System Online message, the transmission date and time, systems trace audit number, retrieval reference number, Transaction identifier, and acquiring institution ID. See Acquirer Reference Number.

ID#: 010410-010410-0025170

## Trade Dress

The physical appearance of a label, package, or display card.

ID#: 010410-010410-0025171

© 2012 Visa. All Rights Reserved.

# A3953

## Trade Name

A name used to identify a business and to distinguish its activities from those of other businesses. In some cases the same words or symbols may serve as a Trade Name and Mark simultaneously.

ID#: 010410-010410-0025172

## Trade Secret

Any formula, pattern, device, or compilation of information that is used in a business, and that provides an opportunity to obtain an advantage over competitors who do not know or use it.

ID#: 010410-010410-0025173

## Trailing Chargeback Activity

Chargeback activity at a Merchant Outlet that occurs after an Acquirer has stopped processing sales Transactions for the Merchant.

ID#: 111011-010410-0025174

## Transaction

The act between a Cardholder and a Merchant or an Acquirer that results in a Transaction Receipt, if applicable.

ID#: 111011-010410-0025175

## Transaction Country

The Country where a Merchant Outlet is located, regardless of the Cardholder's location when a Transaction occurs. For Transactions completed aboard an aircraft or a Cruise Line vessel, the Transaction Country is where the Merchant deposits the Transaction Receipt.

ID#: 010410-010410-0025179

## Transaction Currency

The currency in which a Transaction is originally completed.

ID#: 010410-010410-0025180

© 2012 Visa. All Rights Reserved.

# A3954

## Transaction Date

The date on which a Transaction between a Cardholder and a Merchant or an Acquirer occurs.

ID#: 010410-010410-0025181

## Transaction Identifier

A unique value that Visa assigns to each Transaction and returns to the Acquirer in the Authorization Response. Visa uses this value to maintain an audit trail throughout the life cycle of the Transaction and all related transactions, such as Reversals, Adjustments, confirmations, and Chargebacks.

ID#: 010410-010410-0025182

## Transaction Information

Information necessary for processing Transactions, as specified in the Payment Card Industry Data Security Standard (PCI DSS).

ID#: 010410-010410-0025183

## Transaction Receipt

An electronic or paper record of a Transaction (or a copy), generated at the Point-of-Transaction.

ID#: 050411-010410-0025184

## Transaction Receipt Number

The sequential number printed on Transaction Receipts.

ID#: 050411-010410-0025186

## Transaction Record

A paper record issued by, or in connection with, a Point-of-Transaction Terminal.

ID#: 010410-010410-0025187

© 2012 Visa. All Rights Reserved.

# A3955

Visa International Operating Regulations

## Transaction Region

The Visa Region where a Merchant Outlet is located, regardless of the Cardholder's location when a Transaction occurs. For Transactions completed aboard an aircraft, the Transaction Region is where the Merchant deposits the Transaction Receipt.

ID#: 010410-010410-0025188

## Travel Service Category - U.S. Region

An Interchange Reimbursement Fee category for Lodging, Cruise Line, and restaurant Merchants, Car Rental Companies, and travel agencies and tour operators identified by Merchant Category Code 4722.

ID#: 010410-010410-0025192

## U

## U.S. Covered Visa Debit Card - AP Region, LAC Region, and U.S. Region (Updated)

A Visa Card issued in the U.S. Region or in a U.S. Territory that accesses a transaction, savings or other asset account, regardless of whether Cardholder Verification is based on signature, PIN or other means, including a general-use Visa Prepaid Card and Consumer Visa Deferred Debit Card, but solely to the extent any such Visa Card is a "debit card" as defined in Federal Reserve Board Regulation II, 12 CFR Part 235.

ID#: 151012-011011-0026512

## U. S. Territory

One of the following:

- American Samoa
- Guam
- Commonwealth of the Northern Mariana Islands
- Puerto Rico
- U.S. Outlying Islands
- U.S. Virgin Islands

ID#: 171011-210710-0026422

© 2012 Visa. All Rights Reserved.

# A3956

### Unable-to-Authenticate Response

**Effective through 14 March 2012,** a message from a 3-D Secure Issuer in response to an Authentication Request from a 3-D Secure Merchant indicating that the participating 3-D Secure Issuer is unable to authenticate the Cardholder for reasons other than those that result in an Authentication Denial.

**Effective 15 March 2012,** a message from a Verified by Visa Issuer in response to an Authentication Request indicating that the Issuer is unable to authenticate the Cardholder for reasons other than those that result in an Authentication Denial.

ID#: 160312-010410-0025194

### Unattended Cardholder-Activated Terminal (Updated)

A Cardholder-operated device, managed by the Merchant, that reads, captures, and transmits Card information without an attendant physically present to validate the Cardholder signature or to assist in completing the Transaction. An Unattended Cardholder-Activated Terminal may dispense goods, provide services, or both.

ID#: 151012-151011-0025720

### Unattended Environment (Updated)

An environment where a Transaction is completed under all of the following conditions:

• Card is present

• Cardholder is present

• Cardholder completes the Transaction directly at an Unattended Cardholder-Activated Terminal

• Authorization, if required, is obtained electronically

Transactions in this environment include the following:

• Retail Transactions at Unattended Cardholder-Activated Terminals

• T&E Transactions at Unattended Cardholder-Activated Terminals

• ATM Cash Disbursements

• Load Transactions and Unload Transactions at Load Devices

Transactions in this environment exclude Transactions completed in Face-to-Face and Card-Absent Environments.

ID#: 151012-010410-0025196

© 2012 Visa. All Rights Reserved.

# A3957

## Unattended Transaction (Updated)

A Transaction conducted at an Unattended Cardholder-Activated Terminal.

ID#: 151012-010100-0025721

## Unauthorized Use

A Transaction that meets one of the following criteria:

- Is not processed on behalf of a Member
- Is processed on behalf of a Member by a VisaNet Processor not designated for processing activities
- Is processed on behalf of a Member but not within the scope of the Member's category or categories of membership
- Is not within the scope of activities approved by the Member, the Member's Sponsor, or Visa
- Is processed using a BIN that has not been designated by the BIN Licensee for that Member's use

ID#: 111011-010100-0025922

## Unauthorized Use - U.S. Region

A Transaction that meets one of the following criteria:

- Is not processed on behalf of a Member
- Is processed on behalf of a Member by a VisaNet Processor not designated for processing activities
- Is processed on behalf of a Member but not within the scope of the Member's category of membership
- Is not within the scope of activities approved by the Member, the Member's Sponsor, or Visa
- Is processed using a BIN that has not been designated by the BIN Licensee for that Member's use

ID#: 010410-010410-0025197

## Unload Transaction

A Transaction where monetary value is removed from a Reloadable Card and transferred to another account held by the same financial institution.

ID#: 010410-010410-0025198

© 2012 Visa. All Rights Reserved.

# A3958

## Unrecognized Service Code

A Service Code that cannot be recognized by a Magnetic-Stripe Terminal or Chip-Reading Device.

ID#: 010410-010410-0025199

## Up-Selling Merchant (Updated)

A Merchant that offers a Cardholder goods and/or services online through the initial Merchant, but is not the initial Merchant, a subsidiary or affiliate of the initial Merchant with whom the Cardholder initiated the Transaction.

ID#: 151012-010611-0026395

## Usage Code - U.S. Region

A VisaNet code that identifies the specific processing cycle of a Chargeback or Presentment.

ID#: 010410-010410-0025200

## V

## V Distribution Program

A program through which a Member provides payment services to V Distribution Program Distributors and V Distribution Program Cardholders by acting as a V Distribution Program Issuer, Acquirer, or both.

ID#: 010410-010410-0025419

## V Distribution Program Card

An enhancement to a Visa Business or Visa Purchasing Card product, targeted to retailers, for payment of goods and services from a V Distribution Program Distributor.

ID#: 010410-010410-0025420

## V Distribution Program Cardholder

A retailer to whom an Issuer has issued a V Distribution Program Card.

ID#: 010410-010410-0025421

© 2012 Visa. All Rights Reserved.

# A3959

## V Distribution Program Distributor

A commercial entity that accepts the V Distribution Program Card as payment for goods and services.

ID#: 010410-010410-0025422

## V Distribution Program Issuer

A Member that participates in the V Distribution Program and whose name appears on a V Distribution Program Card as the Issuer.

ID#: 010410-010410-0025423

## V PAY Brand Mark

The Visa-Owned Mark used to represent the V PAY Product.

ID#: 010410-010410-0025424

## V PAY Card

A Chip Card that bears the V PAY Brand Mark, enabling a V PAY Cardholder to obtain goods, services, or cash from a V PAY Merchant or Acquirer or ATM.

ID#: 010410-010410-0025425

## V PAY Merchant

A Merchant that displays the V PAY Brand Mark.

ID#: 010410-010410-0025426

## V PAY Product

An unembossed "Chip only" Card developed in Visa Europe.

ID#: 010410-010410-0025427

## V PAY Transaction

A Chip-initiated Transaction completed with a V PAY Card at a V PAY Merchant or Acquirer.

ID#: 010410-010410-0025428

 VISA PUBLIC 15 October 2012
© 2012 Visa. All Rights Reserved.

# A3960

## V.I.P. System

The processing component of the VisaNet Integrated Payment System comprised of BASE I and the Single Message System used for single message Authorization in connection with financial Transaction processing.

ID#: 010410-010410-0025201

## V.I.P. System Endpoint Certification Program - U.S. Region

A certification program that provides protection to Visa Members and their VisaNet Processor endpoint systems from the risk of unpredictable processing from non-compliant code and helps ensure the integrity of the Visa payment system by requiring that all endpoints certify compliance with Visa specifications.

ID#: 010410-010410-0025203

## V.I.P. System User

A VisaNet Processor that connects to the V.I.P. System through a terminal or computer device for Authorization and other services.

ID#: 010410-010410-0025204

## V.me by Visa

**Effective 15 April 2012,** where available, a Visa platform that enables a V.me by Visa Account Holder to store and manage accounts in a secure location, make purchases with merchants, and use other forms of financial and non-financial services. V.me by Visa is an optional platform accessed directly by users and merchants and governed by the *Visa International Operating Regulations* and the V.me by Visa terms of service. V.me by Visa may support Visa and non-Visa products and services, as applicable in a Visa Region.

ID#: 040412-150412-0026984

## V.me by Visa Account Holder

**Effective 15 April 2012,** a user that has successfully enrolled in V.me by Visa. A V.me by Visa Account Holder may or may not be a Cardholder.

ID#: 040412-150412-0026986

© 2012 Visa. All Rights Reserved.

# A3961

Visa International Operating Regulations

## V.me by Visa Mark

**Effective 15 April 2012,** a Visa-Owned Mark that denotes V.me by Visa user enrollment and merchant checkout services.

ID#: 040412-150412-0026985

## V.me by Visa Merchant

**Effective 15 April 2012,** an entity that has successfully enrolled in V.me by Visa and is eligible to display the V.me by Visa Mark to indicate V.me by Visa acceptance. A V.me by Visa Merchant may or may not be a Merchant.

ID#: 040412-150412-0026987

## VAB

**Effective 15 May 2012,** the reporting system used by Visa to notify Visa Europe Issuers of Visa Account Numbers that may have been compromised.

ID#: 160312-150512-0026036

## VAB Event

**Effective 15 May 2012,** an Account Data Compromise Event where one VAB alert or multiple, related VAB alerts are sent notifying Issuers of Account Numbers involved in a potential compromise.

ID#: 160312-150512-0026037

## Variance

Formal consent, granted by Visa, that permits a Member or Members to not comply with one or more specific rules in the *Visa International Operating Regulations* for an unspecified period of time. A Variance may include specific conditions, and may be repealed or modified at the discretion of Visa.

ID#: 160312-080312-0026497

## Vehicle-Specific Fleet Card

A Visa Commercial Card with Fleet Service enhancement that is assigned to a specific vehicle.

ID#: 010410-010410-0025208

VISA PUBLIC

© 2012 Visa. All Rights Reserved.

# A3962

## VERes (Updated)

**Effective 15 March 2012,** the "Verify Enrollment Response" message type, as specified in the applicable Verified by Visa Implementation Guide, that indicates whether the Card is enrolled in Verified by Visa and can be authenticated.

ID#: 151012-150312-0026814

## Verified by Visa

**Effective through 14 March 2012,** a Visa-approved Authentication Method based on 3–D Secure.

**Effective 15 March 2012,** a Visa-approved Authentication Method based on the 3-D Secure Specification.

ID#: 160312-010410-0025209

## Verified by Visa Implementation Guide (New)

One of the following guides:

- *Verified by Visa Acquirer and Merchant Implementation Guide*
- *Verified by Visa Acquirer and Merchant Implementation Guide - U.S. Region*
- *Verified by Visa Issuer Implementation Guide*
- *Verified by Visa Issuer Implementation Guide - U.S. Region*
- Any regional Verified by Visa implementation guide

ID#: 151012-151012-0027314

## Verified by Visa Mark

**Effective through 14 March 2012,** a Mark used in conjunction with the Visa Authenticated Payment Program. One of the Visa-Owned Marks.

**Effective 15 March 2012,** a Mark used in conjunction with Verified by Visa. One of the Visa-Owned Marks.

ID#: 160312-010410-0025210

## Virtual Account

An account for which no Card is issued, established primarily for completing Electronic Commerce Transactions.

ID#: 010410-010410-0025211

© 2012 Visa. All Rights Reserved.

# A3963

## Virtual Account Holder

An individual or commercial entity to whom a Virtual Account is issued or who is authorized to use a Virtual Account.

ID#: 010410-010410-0025212

## Virtual Account Issuer

A Member that establishes a Virtual Account and enters into a contractual relationship with a Virtual Account Holder.

ID#: 010410-010410-0025213

## VIS-Compliant (Updated)

A Card application that complies with either:

• The requirements specified in the Visa Integrated Circuit Card Specification (VIS) and has been approved by Visa Approval Services
• The requirements specified in the EMV Common Payment Application Specifications (EMV) and has been personalized to a Common Core Definition-compliant profile and approved by EMVCo

ID#: 151012-010410-0025214

## VIS-Compliant - U.S. Region

A Card application that complies with the requirements specified in the *Visa Integrated Circuit Card Specification (VIS)*.

ID#: 220411-010410-0025215

## Visa

Visa International Service Association and all of its subsidiaries and affiliates, and subsidiaries and affiliates of Visa Inc., excluding Visa Europe. When used within the *Visa International Operating Regulations,* Visa refers to any Visa Inc. subsidiary, affiliate, Regional Office, management, or committee as applicable.

ID#: 010410-010410-0025217

© 2012 Visa. All Rights Reserved.

# A3964

## Visa Access Token Program (New)

**Effective 14 June 2012,** a Visa program that allows a Merchant to use Visa account information for the purpose of accessing a service, rather than as payment for that service.

ID#: 151012-140612-0027234

## Visa Account Bulletin

See VAB.

ID#: 160312-150512-0026035

## Visa Account Updater Documents (New)

A suite of documents that includes:

- *Visa Account Updater - Implementation Guide*
- *Visa Account Updater - Terms of Use*
- *Visa Account Updater - User's Guide*

ID#: 151012-151012-0027255

## Visa Account Updater Service

A service that enables an Issuer to provide updated Cardholder account information to a participating Acquirer.

ID#: 160312-100211-0026233

## Visa Acquirer

A Member that signs a Visa Merchant or disburses currency or loads funds to a Visa Cardholder in a Cash Disbursement or Load Transaction, and directly or indirectly enters the resulting Transaction Receipt into Interchange.

ID#: 010410-010410-0025237

## Visa Advanced Authorization

A real-time risk management tool that delivers risk data to Issuers in the Authorization Request to alert them to possible fraudulent activity on their Cardholder accounts.

ID#: 050411-010410-0024244

© 2012 Visa. All Rights Reserved.

# A3965

Visa International Operating Regulations

## Visa Advanced ID Solutions - U.S. Region (Updated)

**Effective through 31 July 2012,** a Visa service that is designed to reduce Member credit and fraud losses related to Card, non-Visa card, and other Visa and non-Visa products through the use of the Issuers' Clearinghouse Service, the Prescreen Service, ID Analytics, Inc. services (ID Score Plus and Credit Optics), and Fidelity National Information Services, Inc. services (DebitReport® and Fraud Intelligence™).

**Effective 1 August 2012,** a Visa service that is designed to reduce Member credit and fraud losses related to Card, non-Visa card, and other Visa and non-Visa products through the use of the Issuers' Clearinghouse Service, the Visa ICS Prescreen Service, and ID Analytics, Inc. services (ID Score Plus and Credit Optics).

ID#: 151012-010410-0025239

## Visa Agro Card - LAC Region (Updated)

A Visa Card issued to commercial entities in the public and private sector for commercial purchases associated with the agribusiness sector, as specified in "Visa Agro Card – LAC Region" and the *Visa Product Brand Standards.*

ID#: 151012-010100-0026526

## Visa ATM

An ATM that displays the Visa Brand Mark or the Visa Flag Symbol, but not the Plus Symbol.

ID#: 010410-010410-0025241

## Visa ATM Network - U.S. Region

A service offered by participating Members that allows a Cardholder to obtain currency or travelers cheques from an ATM displaying the Visa Flag Symbol or the Visa Brand Mark.

ID#: 010410-010410-0025242

## Visa ATM Network Transaction - U.S. Region

See ATM Cash Disbursement.

ID#: 010410-010410-0025243

© 2012 Visa. All Rights Reserved.

# A3966

Visa International Operating Regulations

## Visa Billing Statement - U.S. Region

A monthly report provided by Visa that details charges assessed to Members. Items appearing on this report will be collected using the Fee Collection transaction Reason Code 5010 (Global Member Billing Solution).

ID#: 010410-010410-0025244

## Visa Brand Mark

A Visa-Owned Mark that represents the Visa organization and its product and service offerings. It must be used as specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards* and denotes acceptance for both Payment and Cash Disbursement.

ID#: 010410-010410-0025245

## Visa Brand Mark with the Electron Identifier

A Visa-Owned Mark consisting of the Visa Brand Mark and the name "Electron," which must be used as specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards.*

ID#: 010410-010410-0025246

## Visa Brand Name

A Visa-Owned Mark comprising the name "Visa."

ID#: 010410-010410-0025247

## Visa Business Card

A Visa Card targeted to the small business market that is used to pay for employee business travel and general expenses, and is issued as specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards.* [154]

ID#: 160312-010410-0025248

## Visa Business Cardholder

An employee of a small business to whom an Issuer has issued a Visa Business Card, including sole proprietors and self-employed individuals.

ID#: 010410-010410-0025249

---

154 **Effective 15 June 2012,** a variance to this definition applies in the U.S. Region for Visa Business Check Cards participating in the U.S. Debt Repayment Program.

© 2012 Visa. All Rights Reserved.

# A3967

Visa International Operating Regulations

## Visa Business Check Card - U.S. Region

A Visa Business Card issued as a Visa Check Card.

ID#: 010410-010410-0025250

## Visa Business Debit Card - Canada Region (New)

**Effective 14 June 2012,** a Visa Card that accesses a business deposit account or equivalent account, excluding Visa Prepaid Cards and Prepaid Accounts.

ID#: 151012-140612-0027282

## Visa Business Electron Card

A Card intended for the small business market used to pay for employee business travel and general expenses and complies with all of the following:

• Is issued with the Visa Business Card core feature requirements
• Meets the physical Card characteristics of a Visa Electron Card specified in the *Visa Product Brand Standards*
• Contains the Service Code for Online Authorization

ID#: 010410-010410-0025252

## Visa Business Enhanced - U.S. Region (Updated)

A Visa Business Card that is issued as specified in "Visa Business Enhanced Cards" and the *Visa Business Credit Cards Product and Implementation Guide - U.S. Region.*

ID#: 151012-151011-0026354

## Visa Business Platinum Check Card - U.S. Region

A Visa Business Check Card issued as Visa Platinum.

ID#: 010410-010410-0025253

## Visa Business Platinum Credit Card - U.S. Region

A Visa Business Card issued as Visa Platinum.

ID#: 010410-010410-0025254

© 2012 Visa. All Rights Reserved.

# A3968

Visa International Operating Regulations

## Visa Buxx - U.S. Region

A Visa Prepaid Card designed for teenagers, with account ownership by a parent or guardian.

ID#: 050411-010410-0025255

## Visa Buxx Symbol - U.S. Region

A Visa-Owned Mark consisting of the Visa Wordmark and the Enhanced Visa Wordmark centered above the word "Buxx."

ID#: 010410-010410-0025256

## Visa Canada

Visa Canada Corporation.

ID#: 010410-010410-0025257

## Visa Card

A Card that bears the Visa Brand Mark as specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards,* enabling a Visa Cardholder to obtain goods, services, or cash from a Visa Merchant or an Acquirer or facilitate the loading of funds to a Prepaid Account.

ID#: 050411-010410-0025258

## Visa Card - U.S. Region

A Magnetic Stripe and/or a Visa Contactless Card bearing the Visa Brand Mark, or a non-Card form Contactless Payment device bearing the Visa Brand Mark, that enables a Visa Cardholder to obtain goods, services, or cash from a Visa Merchant or an Acquirer. All Visa Cards must bear the Visa Brand Mark.

ID#: 160312-010410-0025259

## Visa Card Program

A program through which a Member provides product payment services to Cardholders using Cards that bear the Visa Brand Mark.

ID#: 010410-010410-0025260

© 2012 Visa. All Rights Reserved.

# A3969

## Visa Card Program - U.S. Region

See Visa Program.

ID#: 010410-010410-0025261

## Visa Card Program Marks - U.S. Region

See Visa Program Marks.

ID#: 010410-010410-0025262

## Visa Cargo Card - LAC Region

Commercial Visa Card targeted to carriers/shippers' service providers to pay for truck drivers' expenses related to the transportation business. A Visa Cargo Card is one of the following:

• Commercial Visa Prepaid Product

• Visa Business Electron Card

ID#: 050411-151110-0026071

## Visa Cash-Back Service

A service whereby cash may be obtained from a qualifying Visa or Visa Electron Merchant through use of a Visa or Visa Electron Card, in conjunction with, and processed as, a domestic Retail Transaction.

In the U.S. Region, the service is accessed through one of the following:

• **Effective through 30 June 2015,** the use of a Visa Check Card II Card processed as a PIN-based Single Message Transaction

• **Effective 14 April 2012,** the use of a Visa Debit Card or Visa Business Check Card and processed as a Visa Debit with PIN Transaction

ID#: 160312-011010-0026046

## Visa Cash Card

**Effective through 31 December 2013,** a Chip Card that holds monetary value and stores security keys. There are 3 types of Visa Cash Cards:

• Disposable Card

• Feature Reloadable Card

© 2012 Visa. All Rights Reserved.

# A3970

• Reloadable Card

ID#: 111011-010410-0025264

## Visa Cash Program

**Effective through 31 December 2013,** a program through which a financial institution provides Visa Cash Card services to Cardholders or Merchants by acting as a Load Acquirer, Merchant Acquirer, Card Issuer, funds source, or some combination thereof.

ID#: 111011-010410-0025265

## Visa Cash Program Participant

**Effective through 31 December 2013,** a financial institution that is one of the following:

• Load Acquirer

• Merchant Acquirer

• Card Issuer

• Funds source

ID#: 111011-010410-0025266

## Visa Cash Symbol

**Effective through 31 December 2013,** a Mark created by combining the Visa Brand Name, Comet Design, and the word "Cash." One of the Visa-Owned Marks.

ID#: 111011-010410-0025267

## Visa Central Travel Account (Updated)

An Account Number that an Issuer assigns to a commercial entity using a Visa Corporate Card BIN or Visa Purchasing Card BIN that is generally used for travel-related purchases.

ID#: 151012-140711-0026400

## Visa Charge Card - U.S. Region

A type of Visa Consumer Credit Card that is non-revolving and requires the total outstanding balance to be paid in full each statement cycle.

ID#: 160312-240211-0026358

© 2012 Visa. All Rights Reserved.

# A3971

Visa International Operating Regulations

## Visa Check Card - U.S. Region

A Consumer Visa Check Card or Visa Business Check Card that accesses a deposit, investment, or other consumer or business asset account, including a fiduciary account.

ID#: 010410-010410-0025268

## Visa Check Card II - U.S. Region

**Effective through 30 June 2015,** a Consumer Visa Check Card that accesses a deposit, investment, or other consumer asset account, including a fiduciary account.

ID#: 111011-010410-0025269

## Visa Chip Services - U.S. Region

**Effective 12 January 2012,** an optional suite of enrollment-based Chip services that support Members in the adoption of Chip technology.

ID#: 160312-120112-0026807

## Visa Classic Card

A general-purpose Visa Card that is issued as specified in the *Visa International Operating Regulations* or the *Visa Product Brand Standards.*

ID#: 010410-010410-0025270

## Visa Commercial - U.S. Region

A product identifier that, at the option of an Issuer, may be printed on the front of a Commercial Visa Product.

ID#: 010410-010410-0025271

## Visa Commercial Card Product - U.S. Region

See Commercial Visa Product - U.S. Region.

ID#: 010410-010410-0025274

## Visa Commercial Cards

A product family of Cards intended for business expense use that comprises the:

© 2012 Visa. All Rights Reserved.

# A3972

Visa International Operating Regulations

- Visa Business Card
- Visa Business Electron Card
- Visa Corporate Card
- Visa Purchasing Card

ID#: 010410-010410-0025272

## Visa Commercial Solutions Data and Reporting Tools

Various optional data management, reporting, and analysis services provided to Issuers and their clients or Client Organizations in connection with their Commercial Visa Product Programs.

ID#: 160312-141010-0026021

## Visa Confidential

**Effective 12 January 2012,** a classification label, (previously referred to as "Member Use Only") assigned to information created by Visa and shared with Members under non-disclosure agreements, the use and handling of which is subject to certain minimum standards of diligence and care to prevent unauthorized disclosure or business harm to Visa. Visa Confidential information requiring higher degree of protection may be further classified as Visa Confidential – Special Handling or Visa Confidential – Personally Identifiable Information (PII) Private.

ID#: 160312-120112-0026799

## Visa Consumer Card - U.S. Region

A Visa Card other than a Commercial Visa Product Card.

ID#: 010410-010410-0025276

## Visa Consumer Credit Card - U.S. Region

A Visa Consumer Card including a Visa Charge Card, other than a Visa Debit Card, that may be issued as any of the following:

- Visa Traditional
- Visa Traditional Rewards
- Visa Signature
- Visa Signature Preferred

ID#: 160312-240211-0025277

© 2012 Visa. All Rights Reserved.

# A3973

## Visa Contactless - U.S. Region

A Contactless Payment-enabled Visa Card or Visa Micro Tag issued in conjunction with, and as a companion to, a full-size Visa Card.

ID#: 010410-010410-0025278

## Visa Contactless Payment Program - U.S. Region

A program through which participating Members issue Visa Cards with Contactless Payment capability or support Contactless Payment at a Point-of-Transaction Terminal.

ID#: 010410-010410-0025279

## Visa Contactless Payment Service Specifications - AP Region (New)

A suite of specifications that includes:

- *Visa Contactless Payment Service - Visa Asia Pacific Reader Interface Specification*
- *Visa Contactless Payment Service - Visa Asia Pacific Reader Specification*
- *Visa Contactless Payment Service - Visa Asia Pacific Terminal Specification*

ID#: 151012-151012-0027315

## Visa Contactless Payment Specification (New)

The specification for Visa contactless payments.

ID#: 151012-151012-0027316

## Visa Corporate Card

A Visa Card targeted to mid-to-large size companies that is primarily used to pay for employee business travel and entertainment expenses, and is issued as specified in "Visa Commercial Corporate Products."

ID#: 010410-010410-0025280

## Visa Corporate Cardholder

An employee of a mid-to-large-size company to whom an Issuer has issued a Visa Corporate Card.

ID#: 010410-010410-0025281

© 2012 Visa. All Rights Reserved.

# A3974

## Visa Corporate Debit Card - LAC Region (New)

**Effective 14 June 2012,** a commercial Visa debit card targeted to mid-to-large size companies that is primarily used to pay for employee business travel and entertainment expenses, and is issued as specified in "Visa Commercial Corporate Products."

ID#: 151012-140612-0027287

## Visa Corporate Identity - U.S. Region

The Enhanced Visa Wordmark, used to represent the Visa organization and all of its products and services.

ID#: 010410-010410-0025282

## Visa Corporate Prepaid Card

**Effective 14 November 2011,** a Visa Prepaid Card that draws from funds owned by a commercial or government entity in a Prepaid Account which is used primarily to pay for business travel and entertainment expenses and not for personal, family, or household purposes, and which is issued as specified in "Visa Prepaid Products."

ID#: 230312-141111-0026742

## Visa Credit Acceptor – Canada Region

A Merchant that accepts Visa Credit Cards issued by Canadian Issuers.

ID#: 081010-160810-0025971

## Visa Credit and Business Category - U.S. Region

A Card category that consists of the following:

• Consumer Card, other than a Visa Debit Card, issued by a U.S. Issuer

• Commercial Visa Product

• Visa Card issued by a non-U.S. Issuer

ID#: 010410-010410-0025283

## Visa Credit Card - Canada Region (Updated)

A Visa Card other than Visa Debit Category Card.

ID#: 151012-140612-0025972

© 2012 Visa. All Rights Reserved.

# A3975

## Visa Customer Care Services - U.S. Region

A 24-hour-a-day, 7-day-a-week center that Visa maintains as part of the Global Customer Assistance Services program, where a Cardholder can obtain:

- Information and certain types of emergency assistance while traveling
- Emergency Cash Disbursements and Emergency Replacement Cards

ID#: 010410-010410-0025285

## Visa Debit Acceptor - Canada Region (Updated)

A Merchant that accepts Visa Debit Category Cards issued by Canadian Issuers.

ID#: 151012-140612-0025286

## Visa Debit Card - Canada Region

A Visa Card that accesses a consumer deposit, savings or equivalent account, excluding Visa Prepaid Cards and Prepaid Accounts.

ID#: 081010-010410-0025287

## Visa Debit Card - U.S. Region

A Visa Consumer Card that accesses a deposit, investment, or other asset of a consumer, including a fiduciary account, but not including a Consumer Visa Deferred Debit Card. A Visa Debit Card includes the following:

- Visa Buxx
- Consumer Visa Check Card
- **Effective through 30 June 2015,** Visa Check Card II
- Visa Gift Card
- Visa Incentive Card
- Visa Payroll
- Visa Prepaid Card

ID#: 161111-010410-0025288

## Visa Debit Category - Canada Region (New)

**Effective 14 June 2012,** a category of debit Visa Cards issued by Canadian Issuers that consists of the following:

© 2012 Visa. All Rights Reserved.

# A3976

- Visa Debit Card
- Visa Business Debit Card

ID#: 151012-140612-0027281

## Visa Debit Category - U.S. Region

A Card category that consists of the following:

- Visa Debit Card issued by a U.S. Issuer
- Visa Card issued by a non-U.S. Issuer

ID#: 010410-010410-0025289

## Visa Debit Transaction - Canada Region (Updated)

A transaction using a Visa Debit Category Card. Where a transaction initiated with a Visa Debit Category Card is conducted at a merchant which is not a Visa Debit Acceptor, it will not be a Visa Debit Transaction. Where a transaction initiated with a Visa Debit Category Card is conducted at a merchant where the cardholder selects another payment service, other than Visa Debit, it shall not be a Visa Debit Transaction.

ID#: 151012-140612-0025290

## Visa Debit with PIN Transaction – U.S. Region

**Effective 14 April 2012,** a PIN-authenticated Transaction completed with a Visa Debit Card or a Visa Business Check Card at the point-of-sale.

ID#: 111011-140412-0026511

## Visa Debt Repayment Program Transaction - U.S. Region

A Visa Debit Card Transaction completed by a Visa Debit Category Limited Acceptance Merchant that is authorized and processed as specified in the *Visa International Operating Regulations*.

ID#: 010410-010410-0025291

## Visa Distributed Processing Solution (VDPS)

See Visa Europe Authorization Service.

ID#: 230312-010410-0025292

© 2012 Visa. All Rights Reserved.

# A3977

Visa International Operating Regulations

## Visa Easy Payment Service (VEPS)

A Visa Point-of-Transaction service that permits qualified Visa Easy Payment Service Merchants to process small value Transactions, as specified in the "Country Level Visa Easy Payment Service Transaction Limits" without requiring a Cardholder Verification Method or the issuance of a Transaction Receipt unless requested by the Cardholder in accordance with the procedures specified in the *Visa International Operating Regulations.*

ID#: 160312-161010-0025697

## Visa Easy Payment Service (VEPS) Merchant

A Merchant Outlet that qualifies to participate in the Visa Easy Payment Service program on the basis of its assigned Merchant Category Code, as specified in "Visa Easy Payment Service (VEPS) Merchant Category Code Exclusions."

ID#: 160312-161010-0025696

## Visa Electron Acquirer

A Member that both:

• Signs a Visa Electron Merchant or disburses currency to a Cardholder using a Visa Electron Card in a Manual Cash Disbursement

• Directly or indirectly enters the resulting Transaction Receipt into Interchange

ID#: 010410-010410-0025294

## Visa Easy Payment Service (VEPS) Transaction (Updated)

An electronically-read Transaction that is:

• Authorized

• Conducted in a Face-to-Face Environment [155] [156]

• Does not exceed the Transaction limits specified in "Visa Easy Payment Service Country Level Transaction Limits"

• Initiated by a qualified Merchant as specified in "Visa Easy Payment Service (VEPS) Merchant Category Code Exclusions"

ID#: 151012-161010-0025698

---

155 A variance applies in the U.S. Region. Transactions less than or equal to US $15 conducted at Unattended Cardholder-Activated Terminals may qualify as Visa Easy Payment Transactions.

156 A variance applies in the AP Region. Domestic Proximity Payment Transactions conducted at Unattended Cardholder-Activated Terminals may qualify as Visa Easy Payment Service Transactions.

© 2012 Visa. All Rights Reserved.

# A3978

Visa International Operating Regulations

## Visa Electron Card

A Card that bears the Visa Brand Mark with the Electron Identifier and that is used to denote acceptance for both payment and Cash Disbursement.

ID#: 010410-010410-0025295

## Visa Electron Card Program

A program through which a Member provides product payment services to Visa Electron Cardholders.

ID#: 010410-010410-0025296

## Visa Electron Issuer

A Member that issues Visa Electron Cards.

ID#: 010410-010410-0025297

## Visa Electron Logotype - U.S. Region

The Visa Electron Wordmark depicted in stylized lettering.

ID#: 010410-010410-0025298

## Visa Electron Merchant

A Merchant that:

• Displays the Visa Electron Symbol or Visa Brand Mark with the Electron Identifier

• Has a Zero Floor Limit or has a terminal capable of reading and acting upon the Service Code in the Magnetic Stripe, or instructions for an Online Authorization Request from a Chip

ID#: 010410-010410-0025299

## Visa Electron Payment Application

A software application contained within a Chip or payment data encoded on a Magnetic Stripe that defines the parameters for processing a Visa Electron Transaction and meets the minimum requirements for the Visa Electron Program.

ID#: 010410-010410-0025300

© 2012 Visa. All Rights Reserved.

# A3979

Visa International Operating Regulations

## Visa Electron Program

A program through which a Member provides payment services to Visa Electron Merchants and Visa Electron Cardholders by acting as a Visa Electron Issuer, Visa Electron Acquirer, or both.

ID#: 010410-010410-0025301

## Visa Electron Program Marks

The Marks used in connection with the Visa Electron Program.

ID#: 111011-010410-0025302

## Visa Electron Transaction

A Transaction completed with a Visa Electron Card.

ID#: 010410-010410-0025304

## Visa Electron Wordmark

A Visa-Owned Mark consisting of the Visa Brand Name and the name "Electron."

ID#: 010410-010410-0025305

## Visa Employee Benefit Card

A Visa Prepaid Card through which an Issuer enables employers and benefit administrators to provide employees with a Card that allows direct access to benefits such as qualified health care, dependent care, transit, fuel and meal expenses.

ID#: 081010-010410-0025307

## Visa Europe

The company, Visa Europe Limited, registered in England and Wales with its registered address at One Sheldon Square, London W2 6TT with company number 5139966.

ID#: 010410-010410-0025310

© 2012 Visa. All Rights Reserved.

# A3980

## Visa Europe Authorization Service

A scalable VisaNet system that delivers Online Authorization and financial processing services to Members.

ID#: 230312-010410-0025311

## Visa Extras Program - U.S. Region

A Points-based loyalty program that enables participating Cardholders to earn Points toward rewards consisting of goods or services based on eligible Visa purchase Transactions.

ID#: 010410-010410-0025312

## Visa FeatureSelect - U.S. Region

An optional service that allows U.S. Issuers to automate the customization, management, and servicing of core and Issuer-registered optional Card enhancements for all Visa and non-Visa products .

ID#: 160312-141209-0025586

## Visa File Exchange Service - U.S. Region

A program through which Members and their qualified Agents exchange non-clearing and settlement files with Visa.

ID#: 010410-010410-0025314

## Visa File Exchange Service Documents (New)

A suite of documents that includes:

• *Visa File Exchange Service - Service Description*
• *Visa File Exchange Service (VFES) Client Implementation Guide*

ID#: 151012-151012-0027317

## Visa Flag Symbol - U.S. Region

A Visa-Owned Mark consisting of the Bands Design with the Visa Logotype centered in the middle band. A Visa Card must not bear the Visa Flag Symbol.

ID#: 160312-010410-0025316

© 2012 Visa. All Rights Reserved.

# A3981

## Visa Fleet Card - U.S. Region

A Visa Purchasing Card used only for the purchase of fuel and vehicle maintenance services.

ID#: 010410-010410-0025317

## Visa Fleet Service - U.S. Region

An enhancement to Visa Purchasing that provides company vehicle fleet managers with information to track vehicle fuel and maintenance expenses.

ID#: 010410-010410-0025318

## Visa Fleet Service Merchant - U.S. Region

A Merchant whose primary business is providing fuel or vehicle maintenance services. A Visa Fleet Service Merchant is identified by the following Merchant Category Codes: 4468, 4582, 5511, 5532, 5533, 5541, 5542, 5599, 7531, 7534, 7535, 7538, 7542, 7549, and 7699.

ID#: 010410-010410-0025319

## Visa Flexible Spending Account (FSA) - U.S. Region

A Visa Prepaid Card program administered by an employer, in accordance with the IRS requirements, that permits employees to set aside pre-tax dollars to pay qualified out-of-pocket medical expenses not covered by the employer's health care plan.

ID#: 010410-010410-0025320

## Visa Gift Card

A Visa Prepaid Card, designed for consumer gift giving.

ID#: 081010-010410-0025321

## Visa Global ATM Network

The network through which an ATM participant provides Cash Disbursement services to Cardholders by acting as an Issuer, an ATM Acquirer, or both.

ID#: 010410-010410-0025322

© 2012 Visa. All Rights Reserved.

# A3982

## Visa Global ATM Program

A program where an ATM participant provides Cash Disbursement services to Cardholders by acting as an Issuer, an ATM Acquirer, or both.

ID#: 010410-010410-0025323

## Visa Global Customer Assistance Services Program

Services provided by Visa Global Customer Care Services to Cardholders and Issuers, including customer and emergency services provided to Cardholders traveling away from home. These include the:

• Cardholder Inquiry Service

• Emergency Cash Disbursement

• Emergency Card Replacement

• Lost/Stolen Card Reporting

• Exception file updates

• Visa TravelMoney customer service

ID#: 081010-010410-0024678

## Visa Global Customer Care Services

The 24-hour-a-day, 7-day-a-week centers that provide services including:

• Those specified in the Visa Global Customer Assistance Services Program

• Information and certain types of non-emergency assistance while traveling

ID#: 081010-010410-0025343

## Visa Gold Card

A premium Visa Card that both:

• Offers core and optional services as specified in *Visa International Operating Regulations*

• Is issued as specified in the *Visa Product Brand Standards*

(Regional variations may be found in the applicable Regional Operating Regulations.)

ID#: 010410-010410-0025324

© 2012 Visa. All Rights Reserved.

# A3983

## Visa Health Reimbursement Account (HRA) - U.S. Region

An employer-funded Visa Prepaid Card program that reimburses employees, in accordance with the IRS regulations, for qualified out-of-pocket medical expenses not covered by the employer's health care plan.

ID#: 010410-010410-0025325

## Visa Health Savings Account (HSA) - U.S. Region

A Visa Prepaid Card program operated in accordance with the IRS regulations that enables participants of a qualified high-deductible health plan (HDHP) to access funds contributed by an employee, employer, or both, for qualified out-of-pocket health care expenses.

ID#: 010410-010410-0025326

## Visa Healthcare Auto-Substantiation Transactions Documents (New)

A suite of documents that includes:

- *Visa Healthcare Auto-Substantiation Transaction Consolidated Technical Requirements*
- *Visa Healthcare Auto-Substantiation Transaction Retrieval of SIGIS Receipt Detail Implementation Guide*
- *Visa Healthcare Auto-Substantiation Transaction Service Description and Implementation Guide*

ID#: 151012-151012-0027318

## Visa Hotel and Cruise Line Services

Services that a Hotel or Cruise Line may provide to Cardholders, including:

- Advance Deposit Service
- Hotel Reservation Service
- Priority Check-out Service
- Cash Disbursement

ID#: 010410-010410-0025327

## Visa Inc.

A Delaware stock corporation.

ID#: 010410-010410-0025328

© 2012 Visa. All Rights Reserved.

# A3984

Visa International Operating Regulations

## Visa Incentive Card

A consumer Visa Prepaid Card, designed to enable a business entity to provide consumer funds in the form of promotional discounts, rebates, or corporate incentives such as bonuses.

ID#: 081010-010410-0025329

## Visa Incentive Network - U.S. Region

A program that allows targeted rewards such as discounts or sweepstakes to be made available to select Visa Cardholders.

ID#: 010410-010410-0025330

## Visa Infinite Business Card - Canada Region

A Visa Card targeted to small business market that has attributes exceeding that of a Visa Business Card.

ID#: 050411-011109-0025630

## Visa Infinite Card

A Product Name for a Visa Card that has attributes exceeding those of a Visa Gold Card and Visa Platinum.

ID#: 010410-010410-0025331

## Visa Infinite Exclusive Privileges

A Merchant-partner program with exclusive offers for Visa Infinite Cardholders.

ID#: 010410-010410-0025332

## Visa Infinite Preferred Card – AP Region

**Effective 4 November 2011,** a Visa Card that is issued in accordance with the requirements specified in "Visa Infinite Preferred Card in Singapore – AP Region."

ID#: 151011-041111-0026544

© 2012 Visa. All Rights Reserved.

# A3985

## Visa Information Management

Optional services provided by Visa to Members and clients of Members to enhance reporting and data gathering.

ID#: 010410-010410-0025333

## Visa Information Management Documents (New)

A suite of documents that includes:

• *Visa Information Management Services Terms and Conditions*

• *Visa Information Management Services Terms of Use*

• *Visa Information Management User Management Guide*

• *Visa Information Management User's Guide*

ID#: 151012-151012-0027319

## Visa Integrated Billing Statement

A monthly report provided by Visa that details charges assessed to Members. Items appearing on this report are collected using the Fee Collection Transaction reason code 5010 ("Visa Integrated Billing Statement").

ID#: 010410-010410-0025334

## Visa Integrated Circuit Card Specification (VIS) (New)

**Effective 15 October 2012,** Chip Card and terminal requirements for Visa Smart Payment programs that serve as companion specifications to the EMV Integrated Circuit Card Specifications (EMV).

ID#: 151012-010100-0027328

## Visa Integrated Circuit Card Specification (VIS) - U.S. Region (Updated)

**Effective through 14 October 2012,** Chip Card and terminal requirements for Visa Smart Payment programs that serve as companion specifications to the *EMV Integrated Circuit Card Specifications.*

ID#: 151012-010410-0025336

© 2012 Visa. All Rights Reserved.

# A3986

Visa International Operating Regulations

## Visa IntelliLink Compliance Management

A web-based service designed to meet the Visa Commercial Card program management needs of Issuers and their Client Organizations. Visa IntelliLink Compliance Management provides information services such as:

• Analytics and investigative reporting

• Misuse detection

• Program compliance

• Regulatory compliance

• Spend management

• Administration

ID#: 160312-141010-0026022

## Visa IntelliLink Compliance Management Documents (New)

A suite of documents that includes:

• *Visa IntelliLink Compliance Management Terms of Use*

• *Visa IntelliLink Compliance Management User's Guide*

ID#: 151012-151012-0027320

## Visa IntelliLink Spend Management

Visa IntelliLink Spend Management is an optional service provided to Members and their clients to access and manage commercial multi-program data, reports, statements, and expense management.

ID#: 050411-300909-0025614

## Visa Interchange Directory

A directory containing contact information on Members and VisaNet Processors that Visa compiles and sends to all Members and VisaNet Processors.

ID#: 160312-010100-0026130

## Visa International - U.S. Region

See Visa.

ID#: 010410-010410-0025341

© 2012 Visa. All Rights Reserved.

# A3987

## Visa International Operating Regulations

A body of regulations that sets forth the requirements for Members operating Visa programs. The *Visa International Operating Regulations* contain:

- International regulations applicable to all Members
- AP Regional Operating Regulations applicable to Members operating in the Asia-Pacific Region, including clients of Visa Worldwide Private Ltd.
- Canada Regional Operating Regulations applicable to Members operating in the Canada Region
- CEMEA Regional Operating Regulations applicable to Members operating in the Central Europe, Middle East, and Africa Region
- LAC Regional Operating Regulations applicable to Members operating in the Latin America and Caribbean Region
- U.S. Regional Operating Regulations applicable to Members operating in the U.S. Region

ID#: 010410-010410-0025342

## Visa International Prepaid Program Guidelines (New)

One of the following guidelines:

- *Visa International Prepaid Program Guidelines with Additional Asia Pacific Guidelines*
- *Visa International Prepaid Program Guidelines with Additional Canada Guidelines*
- *Visa International Prepaid Program Guidelines with Additional Central Europe, Middle East, and Africa Guidelines*
- *Visa International Prepaid Program Guidelines with Additional Latin America Countries Guidelines*
- *Visa International Prepaid Program Guidelines with Additional United States Guidelines*

ID#: 151012-151012-0027321

## Visa Internet Domain Name

A Visa-Owned Mark used to represent the Visa organization on the Internet or other networks. The *Visa International Operating Regulations* refer to 3 types of Visa Internet Domain Names:

- Internet Domain Name—Visa Simple
- Internet Domain Name beginning with the word "Visa"
- Internet Domain Name including the word "Visa"

ID#: 010410-010410-0025345

© 2012 Visa. All Rights Reserved.

# A3988

## Visa Issuer

A Member that issues Visa Cards.

ID#: 010410-010410-0025346

## Visa Large Purchase Advantage (New)

**Effective 14 April 2012,** a type of Visa Purchasing Card issued to Client Organizations for the purpose of enabling payment for large-ticket purchases in a Commercial Payables environment, and subject to the requirements specified in "Visa Large Purchase Advantage Issuer Requirements - U.S. Region" and "Visa Commercial Purchasing Products."

ID#: 151012-010100-0027089

## Visa Logotype - U.S. Region

The Visa Wordmark depicted in stylized lettering.

ID#: 010410-010410-0025347

## Visa Loyalty Platform Services

Rewards and loyalty services available to Members to enhance their proprietary loyalty programs.

ID#: 160312-151010-0025867

## Visa Loyalty Platform Services Documents (New)

A suite of documents that includes:

- *Visa Loyalty Platform Services Pricing Directory*
- *Visa Loyalty Platform Services - Service Description*

ID#: 151012-151012-0027322

## Visa Meetings - U.S. Region

A Visa Purchasing Card used for purchases associated with business meetings and events.

ID#: 010410-010410-0025349

© 2012 Visa. All Rights Reserved.

# A3989

Visa International Operating Regulations

## Visa Meetings Card

A Visa Card issued to commercial entities in the public and private sector for commercial purchases associated with business meetings and events, as specified in "Visa Meetings Card" and the *Visa Product Brand Standards*.

ID#: 010410-010410-0025350

## Visa Merchant

A Merchant that displays the Visa Brand Mark and accepts all Visa Cards.

ID#: 010410-010410-0025352

## Visa Merchant Direct Exchange (New)

**Effective 5 June 2012,** a direct link between a Merchant and VisaNet for Authorization or Online Financial Transaction processing.

ID#: 151012-050612-0027068

## Visa Merchant Direct Exchange Merchant (New)

**Effective 5 June 2012,** a Merchant that directly enters Authorization Requests or Online Financial Transactions into the V.I.P. System.

ID#: 151012-050612-0027067

## Visa Merchant Trace System – AP Region

A risk management service that allows a participating Member to:

• Submit information about a Merchant it has terminated

• Verify, before signing, that a Merchant is not listed with the service

• Query if a Merchant has been identified as non-compliant with one of the Visa risk management programs

• Obtain risk profile information on a Merchant Category Code and country

ID#: 160312-010311-0026136

© 2012 Visa. All Rights Reserved.

# A3990

Visa International Operating Regulations

## Visa Message Gateway Service - U.S. Region

A component of the Direct Exchange network that allows VisaNet endpoints to access authorization processing services. It operates as a switch for all payment transactions, routing traffic between all Visa payment processing participants.

ID#: 081010-010410-0025353

## Visa Micro Tag - U.S. Region (Updated)

A Visa Contactless-only payment device without a Magnetic Stripe issued as a companion to a corresponding full-size Visa Card in accordance with the provisions specified in the *Visa International Operating Regulations* and the *Visa Product Brand Standards.* Also see Visa Card - U.S. Region.

ID#: 151012-010410-0025354

## Visa Mini Card

A miniaturized version of a Visa Card or Visa Electron Card that must:

• Provide the designated level of utility promised to the Cardholder

• Contain the physical elements and data components required to complete a Transaction

ID#: 010410-010410-0025355

## Visa Mini Card - U.S. Region

A small-size Visa Consumer or Commercial Visa Product Card issued in conjunction with a corresponding full-sized Visa Card, and issued in accordance with the provisions specified in the U.S. Regional Operating Regulations and the *Visa Product Brand Standards.*

ID#: 010410-010410-0025356

## Visa Mini Card Design and Technology - U.S. Region

The Card design and technology as set forth in and according to the *Visa Product Brand Standards,* and the Visa Mini Card Patent Rights identified therein.

ID#: 050411-010410-0025357

© 2012 Visa. All Rights Reserved.

# A3991

Visa International Operating Regulations

## Visa Mini Card Patent Rights - U.S. Region

The patents associated with the Visa Mini Card Design and Technology issued to Bank of America in the United States, along with pending patent applications in the United States under which Visa and Members are granted rights in accordance with the Bank of America Visa Mini Card Exclusive License Agreement and these Operating Regulations.

ID#: 010410-010410-0025358

## Visa Mobile Gateway Specifications (Updated)

**Effective 8 March 2012,** a suite of documents that includes the following manuals:

- *Visa Mobile Gateway Issuer Update Functional Specification*
- *Visa Mobile Gateway Issuer Update Protocol Specification*
- *Visa Mobile Gateway Secure Channel Functional Specification*
- *Visa Mobile Gateway Secure Channel Protocol Specification*

ID#: 151012-080312-0026819

## Visa Mobile Payment Application

**Effective 8 March 2012,** the payment application that resides in a Mobile Payment Device, as specified in the *Visa Mobile Contactless Payment Specification (VMCPS).*

ID#: 160312-080312-0026786

## Visa Money Transfer Program - U.S. Region

A component of the overall Original Credit program that supports a person-to-person funds transfer service for Visa Cardholders or other consumers resulting in a credit to the recipient Cardholder's Visa account, as specified in the *Visa Money Transfer (VMT) Global Implementation Guide*. See also Money Transfer Original Credit Program.

ID#: 111011-150210-0025691

## Visa Multinational Program

A Visa program that supports the delivery of Visa commercial solutions to Multinational Companies.

ID#: 160312-141010-0026030

　VISA PUBLIC　

© 2012 Visa. All Rights Reserved.

# A3992

## Visa Online

**Effective through 4 May 2012,** a password-protected Website that provides Members and/or their VisaNet Processors with access to Visa information.

**Effective 5 May 2012,** a password-protected Website that provides Members, VisaNet Processors, and other authorized users with access to Visa information.

ID#: 160312-010410-0025360

## Visa Payables Automation (Updated)

An optional electronic payment solution that enables Issuers to automate their accounts payable processes using Visa Commercial Cards and one of the Visa Commercial Solutions Data and Reporting Tools.

ID#: 151012-010100-0026535

## Visa Payables Automation Guides (New)

A suite of guides that includes:

- *Visa Payables Automation Implementation Guide*
- *Visa Payables Automation Web Services Implementation Guide*

ID#: 151012-151012-0027323

## Visa Payment Application

A software application contained within a Chip or payment data encoded on a Magnetic Stripe that defines the parameters for processing a Visa Transaction and meets the minimum requirements of the Visa Program.

ID#: 010410-010410-0025361

## Visa Payment Controls (New)

**Effective 20 April 2012,** an optional Visa service that allows Cardholders to monitor and control Card use by authorizing Issuers to selectively block certain types of Visa Consumer Credit Card or Visa Commercial credit Transactions, processed through VisaNet, based on the list of available control criteria (e.g., Merchant Category Code, dollar amount, location etc.), as specified in the Visa Payment Controls Documents.

ID#: 151012-200412-0027235

© 2012 Visa. All Rights Reserved.

# A3993

Visa International Operating Regulations

## Visa Payment Controls Documents (New)

A suite of documents that includes:

- *Visa Payment Controls Service Description*
- *Visa Payment Controls White Label Implementation Guide*
- *Visa Payment Controls Web Services Implementation Guide*

ID#: 151012-151012-0027324

## Visa Payment Gateway Service

**Effective through 14 March 2012,** a Visa service that provides Authorization and Clearing of Secure Electronic Commerce Transactions.

ID#: 160312-010410-0025362

## Visa Payroll

A Visa Prepaid Card that enables employers to offer employees a Visa Card as an alternative to the disbursement of employment wages or salary via a check.

ID#: 081010-010410-0025363

## Visa Payroll Card Documents (New)

A suite of documents that includes:

- *Visa Payroll Card Member Implementation Guide*
- *Visa Payroll Card Service Description*

ID#: 151012-151012-0027325

## Visa payWave Application - U.S. Region (Updated)

**Effective 1 January 2012,** a Visa application contained on a contactless Chip that enables a Contactless Payment Transaction to be performed, as specified in the Visa Contactless Payment Specification.

ID#: 151012-010100-0026758

© 2012 Visa. All Rights Reserved.

# A3994

Visa International Operating Regulations

## Visa PIN Debit Gateway Service - U.S. Region

A Visa processing service that switches non-Visa, PIN-based, or qualified non-PIN-based bill payment debit transactions to debit networks for authorization, clearing, settlement, and exception item processing, which may include chargebacks, represents, and other non-financial and financial transactions as defined by the operational rules of the applicable network.

ID#: 081010-010410-0025364

## Visa Platinum

A Card product that has attributes equal to or exceeding those of a Visa Gold Card.

ID#: 010410-010410-0025366

## Visa Point-of-Sale Solutions Program - U.S. Region (New)

**Effective 1 April 2012,** an optional Visa program for Acquirers that enables direct delivery through VisaNet of value-added services to the Point-of-Transaction at participating Merchants. The Visa Point-of-Sale Solutions Program is only available to qualifying Merchants of participating Acquirers and through a validated, participating Visa Point-of-Sale Solutions Program payment technology provider.

ID#: 151012-010412-0026996

## Visa POS Solutions Program Guides (New)

A suite of guides that includes:

• *Visa POS Solutions Program Client Implementation Guide*
• *Visa POS Solutions Program Acquirer Merchant Activation Guide*

ID#: 151012-140912-0027385

## Visa Premier Card

A premium Visa Card that both:

• Offers core and optional services as specified in the *Visa International Operating Regulations*
• Is issued as specified in the *Visa Product Brand Standards*

(Regional variations may be found in the applicable Regional Operating Regulations.)

ID#: 010410-010410-0025370

© 2012 Visa. All Rights Reserved.

# A3995

## Visa Prepaid Business Card - U.S. Region

A Visa Business Card used to access funds in a Prepaid Account.

ID#: 010410-010410-0025371

## Visa Prepaid Card

A Visa Card used to access funds in a Visa Prepaid Account or a Card where monetary value is stored on a Chip.

ID#: 081010-010410-0024996

## Visa Prepaid Card Transaction

The act between a Cardholder using a Visa Prepaid Card and a Merchant or an Acquirer resulting in a Transaction Receipt.

ID#: 081010-010100-0025555

## Visa Prepaid Corporate Card - U.S. Region

**Effective through 13 November 2011,** a Visa Corporate Card used to access funds in a Prepaid Account.

ID#: 160312-010410-0025373

## Visa Prepaid Purchasing Card - U.S. Region

A Visa Purchasing Card used to access funds in a Prepaid Account.

ID#: 010410-010410-0025375

## Visa Product

Any Visa Card, Visa Electron Card, component, or secure feature that relates to Card production, manufacture, or fulfillment managed under the Approved Vendor Program.

ID#: 050411-010100-0025527

© 2012 Visa. All Rights Reserved.

# A3996

Visa International Operating Regulations

## Visa Program

A program through which a Member provides payment services to Visa Cardholders or Merchants by acting as an Issuer, an Acquirer, or both.

ID#: 010410-010410-0025377

## Visa Program - Canada Region

The aggregation of the individual Visa Card programs operated by Visa Members using the Visa-Owned Marks.

ID#: 010410-010410-0025378

## Visa Program Marks

The Marks used in connection with the Visa Program.

ID#: 010410-010410-0025379

## Visa Purchasing Card

A Visa Card issued to commercial entities (public and private) that is used for commercial purchases and is issued as specified in "Visa Commercial Purchasing Products."

ID#: 010410-010410-0025380

## Visa Purchasing Cardholder

An employee of a public or private commercial entity to whom an Issuer has issued a Visa Purchasing Card.

ID#: 010410-010410-0025381

## Visa Purchasing Large Ticket Interchange Reimbursement Fee - U.S. Region

An Interchange Reimbursement Fee paid to or received by a Member for a Visa Purchasing Large Ticket Transaction processed as specified in "Visa Purchasing Large Ticket IRF."

ID#: 010410-010410-0025382

© 2012 Visa. All Rights Reserved.

# A3997

## Visa Purchasing Large Ticket Transaction - U.S. Region

A Transaction completed with a Visa Purchasing Card that meets the large ticket transaction requirements specified in "Visa Purchasing Large Ticket IRF."

ID#: 010410-010410-0025383

## Visa ReadyLink - U.S. Region

A Visa processing service that enables the Authorization and Settlement, through VisaNet, of funds associated with an Issuer-approved load Transaction to a Visa Prepaid Card or to another Non-Visa Branded Account, as defined in the *Visa ReadyLink Service Description and Implementation Guidelines* at a Prepaid Partner.

ID#: 050411-010410-0025384

## Visa ReadyLink Transaction - U.S. Region

A Transaction completed at a Prepaid Partner that facilitates the loading of value to a Visa Prepaid Card or to another Non-Visa Branded Account, as defined in the *Visa ReadyLink Service Description and Implementation Guidelines* that has been designated for participation in Visa ReadyLink.

ID#: 080411-010410-0025385

## Visa Region

A national or multinational geographic area under the jurisdiction of a Regional Office, as specified in the *Visa International Certificate of Incorporation and Bylaws*. There are 5 Visa Regions:

- Asia-Pacific (AP) Region
- Canada (CAN) Region
- Central and Eastern Europe, Middle East and Africa (CEMEA) Region
- Latin America and Caribbean (LAC) Region
- United States of America (U.S.) Region

Visa Canada and Visa U.S.A. are under the jurisdiction of a Regional Board.

ID#: 010410-010410-0025386

## Visa Reservation Service

Visa services provided by either a:

- Lodging Merchant to guarantee accommodations

---

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A3998

---

---

• Car Rental Company to guarantee a Specialized Vehicle or Peak-Time reservation

ID#: 010410-010410-0025387

## Visa Resolve Online

An online Visa service for the retrieval and transmission of dispute resolution information and documentation.

ID#: 050411-010410-0025388

## Visa Rewards Product – CEMEA Region (New)

**Effective 14 June 2012,** a Visa Card that is issued in accordance with the requirements specified in "Visa Rewards Product – CEMEA Region."

ID#: 151012-140612-0027244

## Visa Risk Manager

**Effective through 28 November 2011,** a suite of risk management products designed to help Issuers optimize loss prevention and maximize profitability through intelligent risk-management decisioning.

**Effective 29 November 2011,** an optional suite of subscription-based risk management products designed to help Issuers optimize loss prevention and maximize profitability through intelligent risk-management decisioning.

ID#: 160312-010410-0025389

## Visa Salary

See Visa Payroll.

ID#: 081010-010100-0025714

## Visa SavingsEdge – U.S. Region (Updated)

A U.S. Region program offered by Visa to eligible Visa Business Cardholders of Visa Business Issuers that enables enrolled Cardholders to receive discounts in the form of statement credits for qualifying purchases specified in the *Visa SavingsEdge Service Description – U.S. Region* made at participating Merchants.

ID#: 151012-150711-0026272

---

© 2012 Visa. All Rights Reserved.

# A3999

Visa International Operating Regulations

## Visa Secure Electronic Commerce

**Effective through 14 March 2012,** a payment service that provides payment information security over the Internet and other networks for Cardholders using a Card and Cardholder Access Device to conduct an Electronic Commerce Transaction.

ID#: 160312-010410-0025390

## Visa Settlement Bank

A bank where Visa maintains its Settlement accounts and performs funds transfer for Settlement.

ID#: 010410-010410-0025391

## Visa Signature - U.S. Region

A Visa Card that is issued in accordance with the requirements specified in "Visa Signature Cards."

ID#: 010410-010410-0025392

## Visa Signature Business - AP Region

A Visa Card that is issued in accordance with the requirements specified in "Visa Signature Business Cards."

ID#: 160312-010111-0026123

## Visa Signature Business - U.S. Region (Updated)

A Visa Business Card that is issued as specified in "Visa Signature Business Cards" and the *Visa Business Credit Cards Product and Implementation Guide - U.S. Region.*

ID#: 151012-010410-0025393

## Visa Signature Card

A Product Name for a Visa Card that has attributes exceeding those of a Visa Gold Card and Visa Platinum.

ID#: 010410-010410-0025394

© 2012 Visa. All Rights Reserved.

# A4000

---

Visa International Operating Regulations

---

### Visa Signature Preferred - U.S. Region

A Visa Card that is issued in accordance with the requirements specified in "Visa Signature Preferred Cards - U.S. Region."

ID#: 010410-010410-0025396

### Visa Smart Payment

**Effective through 13 November 2011,** EMV-Compliant and VIS-Compliant Chip-based applications that provide payment service options and controls to Issuers of Chip Cards bearing the Visa Brand Mark or the Visa Brand Mark with the Electron Identifier that are not available using Magnetic-Stripe technology.

**Effective 14 November 2011,** EMV-Compliant and VIS-Compliant applications that provide payment service options and controls to Issuers of Chip Cards bearing the Visa Brand Mark or the Visa Brand Mark with the Electron Identifier.

ID#: 160312-010410-0025397

### Visa Three-Domain Secure Services - U.S. Region

**Effective through 14 March 2012,** Visa services that provide enrollment of Cardholders and authentication processing of Transactions that comply with the Three-Domain Secure Specification.

ID#: 160312-010410-0025398

### Visa Traditional - U.S. Region

A Visa Consumer Credit Card excluding Visa Signature and Visa Signature Preferred.

ID#: 010410-010410-0025399

### Visa Traditional Rewards Card - U.S. Region

A consumer credit product that enables Cardholders, based on their qualifying purchases, to earn units of a rewards currency consisting of either:

• Points that are redeemable for cash, cash-equivalent rewards (i.e., gift certificate, gift card, or statement credit), or any other reward option permitted upon prior approval by Visa

• Air miles that are redeemable for air travel

ID#: 010410-010410-0025400

---

**© 2012 Visa. All Rights Reserved.**

# A4001

## Visa Transaction Alerts Service

An optional Visa service that enables Cardholder notification of Transactions occurring on their Cards or accounts.

ID#: 111011-130510-0025728

## Visa Transaction Information - Canada Region

Any information or data regarding a Transaction that is contained on the Transaction Receipt.

ID#: 010410-010410-0025401

## Visa Transaction Information - U.S. Region

Any Transaction information or data that is contained in either the VisaNet:

• Authorization message
• Clearing Record

ID#: 010410-010410-0025402

## Visa Transit Card

A Visa Prepaid Card designated for use at transit Merchants. A Visa Transit Card may be provided by an employer to an employee to access tax-advantaged transit benefits or sold directly to consumers.

ID#: 081010-010410-0025403

## Visa TravelMoney Documents (New)

A suite of documents that includes:

• *Visa Travel Money POS & ATM Card Service Description*
• *Visa Travel Money POS & ATM Card Processor Requirements*

ID#: 151012-151012-0027254

## Visa TravelMoney Wordmark

A Visa licensed Brand Mark meeting the specifications set out in the *Visa Product Brand Standards*.

ID#: 010410-010410-0025410

© 2012 Visa. All Rights Reserved.

# A4002

### Visa U.S. Regulation II Certification Program - AP Region, LAC Region, and U.S. Region

**Effective 8 March 2012,** a certification program that enables an Issuer in the U.S. Region or in a U.S. Territory to certify the status of its consumer debit, commercial debit, and prepaid portfolios in alignment with U.S. Federal Reserve Board Regulation II, 12 CFR Part 235.

ID#: 160312-080312-0026999

### Visa U.S.A.

Visa U.S.A. Inc.

ID#: 010410-010410-0025412

### Visa Utility Interchange Reimbursement Fee Program - U.S. Region (Updated)

A Visa program that permits Acquirers to qualify for the Utility Program Interchange Reimbursement Fee for a Consumer Card, or a Visa Business (including Visa Business Enhanced and Visa Signature Business) Transaction completed at a utility Merchant assigned Merchant Category Code 4900, "Utilities - Electric, Gas, Water, and Sanitary," as specified in "Visa Utility Program Interchange Reimbursement Fee Qualification - U.S. Region."

ID#: 151012-010410-0025413

### Visa Wordmark

A Visa-Owned Mark consisting of the word "Visa." See Visa Brand Name.

ID#: 010410-010410-0025415

### Visa Worldwide Pte. Ltd.

The organization operating the Visa Network in the AP Region.

ID#: 010410-010410-0025416

### Visa-Owned Marks

All Trademarks owned by Visa, including Plus and Interlink.

ID#: 010410-010410-0025216

© 2012 Visa. All Rights Reserved.

# A4003

Visa International Operating Regulations

## Visa/Plus ATM

An ATM that:

• Displays the Visa Brand Mark and the Plus Symbol

• May also display the Visa Brand Mark with the Electron Identifier

ID#: 010410-010410-0025368

## VisaNet

The systems and services, including the V.I.P. System, Visa Europe Authorization Service, and BASE II, through which Visa delivers Online Financial Processing, Authorization, Clearing, and Settlement services to Members, as applicable.

ID#: 230312-010410-0025218

## VisaNet Copy Request and Fulfillment Service

An automated process for transmitting Copy Requests, Retrieval Requests, and Fulfillments and monitoring the integrity and quality of the service through Visa Resolve Online.

ID#: 010410-010410-0025225

## VisaNet Copy Request and Fulfillment Service Fees

Service-related fees that include, but are not limited to:

• Transaction fees

• Fulfillment incentive fees

ID#: 010410-010410-0025226

## VisaNet Integrated Payment System - U.S. Region

See V.I.P. System.

ID#: 010410-010410-0025228

## VisaNet Interchange Center

A Visa Inc. or a Visa Europe facility that operates the VisaNet data processing systems and support networks.

ID#: 010410-010410-0025229

VISA PUBLIC
© 2012 Visa. All Rights Reserved.

# A4004

**VisaNet Manuals (New)**

A suite of documents that includes:

- *BASE II Clearing Data Codes*
- *BASE II Clearing Data Edit Package Messages*
- *BASE II Clearing Edit Package Operations Guide*
- *BASE II Clearing Edit Package Reports*
- *BASE II Clearing Edit Package Run Control Options Quick Reference*
- *BASE II Clearing Interchange Formats, TC 01 to TC 48*
- *BASE II Clearing Interchange Formats, TC 50 to TC 92*
- *BASE II Clearing PC Edit Package for Windows User's Guide*
- *BASE II Clearing Reports*
- *BASE II Clearing Services*
- *BASE II Clearing System Overview*
- *BASE II Clearing VML Developer Handbook*
- *BASE II Clearing VML Formats*
- *BASE II Transactions Quick-Reference Card*
- *V.I.P. System BASE I Processing Specifications*
- *V.I.P. System BASE I Technical Specifications, Volume 1*
- *V.I.P. System BASE I Technical Specifications, Volume 2*
- *V.I.P. System Overview*
- *V.I.P. System Reports*
- *V.I.P. System Services, Volume 1*
- *V.I.P. System Services, Volume 2*
- *V.I.P. System SMS ATM Processing Specifications (International)*
- *V.I.P. System SMS ATM Technical Specifications, Volume 1*
- *V.I.P. System SMS ATM Technical Specifications, Volume 2*
- *V.I.P. System SMS Interlink Member Implementation Guide*
- *V.I.P. System SMS Interlink Technical Specifications*
- *V.I.P. System SMS POS (Visa & Visa Electron) Processing Specifications (International)*
- *V.I.P. System SMS POS (Visa & Visa Electron) Technical Specifications, Volume 1*
- *V.I.P. System SMS POS (Visa & Visa Electron) Technical Specifications, Volume 2*
- *V.I.P. System SMS Processing Specifications (U.S.)*
- *VisaNet Settlement Service (VSS) User's Guide, Volume 1, Specifications*

© 2012 Visa. All Rights Reserved.

# A4005

Visa International Operating Regulations

• *VisaNet Settlement Service (VSS) User's Guide, Volume 2, Reports*

ID#: 151012-151012-0027326

## VisaNet Processor

A Member, or Visa-approved non-Member, that is directly connected to VisaNet and that provides Authorization, Clearing, or Settlement services to Merchants and/or Members.

ID#: 111011-010410-0025230

## VisaNet Settlement Service (Updated)

The VisaNet system that provides Settlement reporting and funds transfer services to BASE II and V.I.P. System Clearing Processors, as specified in the applicable VisaNet Manuals.

ID#: 151012-010410-0025232

## VisaVue Member Participation Agreement (Updated)

An agreement that specifies the terms and conditions for use of VisaVue Online.

ID#: 151012-010100-0026456

## VisaVue Online (Updated)

An optional, web-based Visa Transaction reporting and analytic tool that enables Members to analyze their VisaNet Transaction data.

ID#: 151012-010100-0026455

## Voice Authorization

An Approval Response obtained through interactive communication between an Issuer and an Acquirer, their VisaNet Processors, or the International Automated Referral Service, through telephone or facsimile communications.

ID#: 111011-010410-0025417

© 2012 Visa. All Rights Reserved.

# A4006

Visa International Operating Regulations

## W

### Waiver

Temporary formal consent, granted by Visa, that permits a Member or Members to not comply with one or more specific rules in the *Visa International Operating Regulations* for a specified period of time. A Waiver may include specific conditions, and may be repealed, modified, or extended at the discretion of Visa.

ID#: 160312-080312-0026498

### Website

One or more Internet addresses at which an individual or organization provides information to others, often including links to other locations where related information may be found.

ID#: 010410-010410-0025430

### Wire Transfer Money Order - U.S. Region

A check or money order purchased by a Cardholder from a Wire Transfer Money Order Merchant.

ID#: 010410-010410-0025434

### Wire Transfer Money Order Merchant - U.S. Region

A Merchant that sells money orders by electronic funds transfer.

ID#: 010410-010410-0025435

### Wire Transfer Money Order Transaction - U.S. Region

A Quasi-Cash Transaction representing the sale of a Wire Transfer Money Order for transfer to a payee (who may or may not be the Cardholder) by electronic funds transfer.

ID#: 081010-010410-0025436

### Wordmark

A Mark consisting entirely of a word.

ID#: 010410-010410-0025438

© 2012 Visa. All Rights Reserved.

# A4007

## Workout Period

In conjunction with the Global Merchant Chargeback Monitoring Program, a 3-month remediation period during which Visa manages a corrective-action plan between a Merchant and its Acquirer to bring the Merchant's international Chargeback activities within acceptable levels. The Workout Period is not applicable for:

- Acquirer-level thresholds
- High-Risk Merchants, as specified in "High Risk Merchant Category Codes"

ID#: 111011-010610-0025701

## Workout Period - U.S. Region

Either:

- In conjunction with the Risk Identification Service (RIS) Online, a 90-calendar-day period during which Visa manages a corrective-action plan between a Merchant and its Acquirer to bring the Merchant's Suspect Transactions-to-sales and Fraud Activity-to-sales ratio within acceptable levels
- In conjunction with the Acquirer Monitoring Program, a 90-calendar-day period during which Visa monitors an Acquirer's remedial plan to bring the Acquirer's Fraud Activity-to-sales ratio below the program's Alert thresholds

ID#: 010410-010410-0025439

## X

### No glossary terms available for X.

ID#: 010410-010410-0025513

## Y

### No glossary terms available for Y.

ID#: 010410-010410-0025514

© 2012 Visa. All Rights Reserved.

# A4008

## Z

### Zero Floor Limit

A Floor Limit with a currency amount of zero (i.e., Authorization is required for all Transactions).

ID#: 010410-010410-0025441

VISA PUBLIC
© 2012 Visa. All Rights Reserved.