UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Nos. 12-4671(L), 12-4708, 12-4765, 13-4719, 13-4750, 13-4751, 13-4752, 14-032, 14-117, 14-119, 14-133, 14-157, 14-159, 14-192, 14-197, 14-219, 14-241, 14-250, 14-266, 14-303, 14-331, 14-349, 14-404 14-422, 14-443, 14-480, 14-497, 14-530, 14-567, 14-584, 14-606, 14-663, 14-837 |

Affidavit of Service

I, A. Owen Glist, being duly sworn, depose and say that deponent is not a party to the action, and is over 18 years of age. On December 9, 2014, deponent served The Deferred Joint Appendix Volumes 1 through 21 upon counsel of record by the CM/ECF case filing system. I further certify that the Under Seal Portion, Volume 22, was served by U.S. Mail upon the following counsel of record for the following parties:

| Firm | Party |
|---|---|
| SIDLEY AUSTIN LLP<br>1501 K Street, NW<br>Washington, DC 20005 | Defendants-Appellees |
| BANCROFT PLLC<br>1919 M Street NW<br>Suite 470<br>Washington, DC 20036 | Plaintiffs-Appellees |

309313.1

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF & ABADY LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019 | Objector-Appellants:<br>National Retail Federation and Retail Industry Leaders Association |
| SCHLAM STONE & DOLAN LLP<br>26 Broadway<br>New York, NY 10004 | Objector-Appellants:<br>U.S. PIRG and Consumer Reports |
| PARKER WAICHMAN, LLP<br>6 Harbor Park Drive<br>Port Washington, NY 11050 | Appellant Retailers and Merchants Objectors |
| BOIES, SCHILLER &FLEXNER LLP<br>575 Lexington Avenue<br>New York, NY 10022 | Objector-Appellants:<br>American Express Company, American Express Travel Related Services Company, Inc., Serve Virtual Enterprises, Inc., ANCA 7 LLC d/b/a Vente Privee, USA, AMEX Assurance Company and Accertify |
| KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Objectors-Appellants:<br>DFS Services LLC, Discover Home Loans, Inc. and Discover Bank |
| MILLER & CHEVALIER CHARTERED<br>655 Fifteenth St., NW, Suite 900<br>Washington, DC 20005 | Appellants:<br>Blue Cross and Blue Shield Entities and WellPoint Entities |
| PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131 | Objectors-Appellants:<br>First Data Corporation, First Data Merchant Services Corporation, First Data Government Solutions, TASQ Technology, Inc., TRS Recovery Services, Inc., Telecheck Services, Inc. and their affiliates |
| BANDAS LAW FIRM, P.C.<br>500 North Shoreline Blvd., Suite 1020<br>Corpus Christi, TX 78401-0353 | Objectors-Appellants:<br>1001 Property Solutions, LLC and Temple Eagle Partners, LLC |
| STEVE A. MILLER, P.C.<br>1625 Larimer St., St. 2905<br>Denver, CO 80202 | Appellants:<br>The Iron Barley Restaurant LLC |

309313.1

| | |
|---|---|
| N. ALBERT BACHARACH, JR., PA<br>4128 NW 13th Street<br>Gainesville, FL 32609-1807 | Appellants:<br>Optical Etc. LLC |
| JOHN J. PENTZ<br>19 Widow Rites Lane<br>Sudbury, MA 01776 | Appellants:<br>Unlimited Vacations and Cruises, Inc., Jill Bishop d/b/a Hat & Gown, Daviss Donuts and Deli, Top Gun Wrecker, Orange County Building Materials, and Vincente Consulting Inc., |

                                                s/A. Owen Glist
                                                  A. Owen Glist

309313.1