# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand and fourteen.

Before:   Christopher F. Droney,
          *Circuit Judge*.

_____

| | |
|---|---|
| In re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | **ORDER**<br><br>Docket No. 12-4671 (L) |

_____

Appellants move for leave to file the Deferred Appendix without listing counsel for all parties on the cover of each volume.

IT IS HEREBY ORDERED that the motion is GRANTED.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court

