

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY  10018-1405
212.808.2700
Fax 212.286.9806

Sarah Sandok Rabinovici
direct dial:  212.808.2739
rabinovicis@pepperlaw.com

December 23, 2014

**VIA CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:  Sunoco, Inc. (R&M), Docket Number 14-422 (12-4671(L))

Dear Ms. Wolfe:

      Consistent with the Court's previous scheduling orders, Appellant Sunoco, Inc. (R&M), joins in the following Final Form Briefs:  (a) the Merchant Appellants' Joint Brief and (b) the Merchant Trade Groups' Brief, filed by Appellants the National Retail Federation and the Retail Industry Leaders Association.

      Thank you for your assistance in this matter.  Please do not hesitate to contact me if you have any questions.

Respectfully,

Sarah Sandok Rabinovici

| Philadelphia | Boston | Washington, D.C. | Los Angeles | New York | Pittsburgh |
| Detroit | Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com