# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

February 12, 2015

**VIA ELECTRONIC FILING**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 12-4671 (lead), and consolidated cases

Dear Ms. Wolfe:

We represent MasterCard Incorporated and MasterCard International Incorporated (together, "MasterCard"), each of which is an appellee in the above-listed Second Circuit cases and a defendant in the underlying action located in the District Court for the Eastern District of New York (No. 05-MD-1720 (Brodie, J.) (Orenstein, J.)).

We write on behalf of MasterCard to respectfully request the court to terminate attorney Keila D. Ravelo as counsel for all defendants she is listed as attorney for in the lead action No. 12-4671, as well as all consolidated cases. Ms. Ravelo resigned from Willkie Farr and Gallagher LLP on November 14, 2014 and no longer represents any parties in these actions.

Respectfully submitted,

/s/ Matthew S. Freimuth

Matthew S. Freimuth

cc: All Counsel via ECF