

February 20, 2015

**By Electronic Case Filing**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
 for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:** *In re Payment Card Interchange*, No. 12-4671(L)

Dear Ms. O'Hagan Wolfe:

    I write to update the Court on my availability for oral argument in the above-captioned case. This letter supersedes all previous argument availability notifications (including the one filed on February 19, 2015, which was filed in error). I respectfully request that the Court not schedule oral argument for the following dates:

| | |
|---|---|
| March 2-6 | April 13-17 |
| March 9-13 | April 20-24 |
| March 16-18 | April 27-May 1 |
| March 26-27 | May 4-7 |
| April 1 | May 11-15 |
| April 6-10 | June 1-5 |

    Please do not hesitate to contact me at (202) 234-0090 should you have any questions.

                                                    Respectfully submitted,

                                                  s/Paul D. Clement
                                                  Paul D. Clement

                                                  *Counsel for Plaintiffs-Appellees Photos Ect. Corp.; Traditions, Ltd.; Capital Audio Electronics, Inc.; CHS Inc.; Crystal Rock LLC; Discount Optics, Inc.; Leon's Transmission Serv., Inc.; Parkway Corp.; and Payless ShoeSource, Inc.*

cc:      All Counsel of Record (via CM-ECF)