

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>1501 K STREET, N.W.<br>WASHINGTON, D.C. 20005<br>(202) 736 8000<br>(202) 736 8711 FAX | BEIJING HONG KONG SHANGHAI<br>BOSTON HOUSTON SINGAPORE<br>BRUSSELS LONDON SYDNEY<br>CHICAGO LOS ANGELES TOKYO<br>DALLAS NEW YORK WASHINGTON, D.C.<br>FRANKFURT PALO ALTO<br>GENEVA SAN FRANCISCO |
| cphillips@sidley.com | FOUNDED 1866 |

February 25, 2015

**Via ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>In re Payment Card Interchange</u>, No. 12-4671(L) – Oral Argument Availability

Dear Ms. O'Hagan Wolfe:

    I write to update the Court on my availability for oral argument in the above-referenced case. This letter supersedes all previous argument availability notifications.

    I respectfully request that the Court not schedule oral argument for the following dates:

| | | |
|---|---|---|
| March 3–4 | April 23–24 | June 1–3 |
| March 9–11 | April 28–30 | June 11–12 |
| March 13 | May 1 | June 19 |
| March 17–19 | May 4 | June 24–26 |
| March 26–27 | May 11 | July 8 |
| April 7–8 | May 18 | July 10 |
| April 17 | May 28 | July 13–17 |

                                              Respectfully submitted,

                                              /s/ Carter G. Phillips

                                              Carter G. Phillips

                                              *Attorney for Defendants-Appellees Citigroup*
                                              *Inc., Citibank, N.A., and Citicorp*

cc: All Counsel of Record