# GOLDSTEIN & RUSSELL, P.C.

7475 Wisconsin Ave.
Suite 850
Bethesda, MD 20814

February 25, 2015

**Via ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Payment Card Interchange,* No. 12-4671

Dear Ms. O'Hagan Wolfe,

    I write to update the Court on my availability for oral argument in the above-captioned case. This letter supersedes our previous submission.

    I respectfully request that the Court not schedule oral argument for the following dates:

March 3,
March 26-27,
April 8,
April 13-17,
May 8,
May 11,
June 2,
July 6-10.

Sincerely,

/s/Thomas C. Goldstein
Thomas C. Goldstein
*Counsel for Merchant-Objectors*

(202) 362-0636
(866) 574-2033 fax

www.goldsteinrussell.com