

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY  10018-1405
212.808.2700
Fax 212.286.9806

Sarah S. Rabinovici
direct dial:  212.808.2739
rabinovicis@pepperlaw.com

March 31, 2015

Catherine O'Hagan
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 12-4671 (lead) and our individual case No. 14-422.

Dear Ms. Wolfe:

I write to withdraw my appearance as counsel representing Objector – Appellant Sunoco Inc. (R&M) in the above-captioned cases.  As of April 1, 2015 I will no longer be associated with Pepper Hamilton LLP.

Thank you for your attention in this matter.

Respectfully submitted,
s/ Sarah S. Rabinovici
**Sarah S. Rabinovici**
PEPPER HAMILTON LLP
620 Eighth Avenue
New York, NY 10018
Tel: (212) 808-2739
Fax: (212) 286-9806
rabinovicis@pepperlaw.com
*Attorney for Objector-Appellant
Sunoco Inc.(R&M)*

| Philadelphia | Boston | Washington, D.C. | Los Angeles | New York | Pittsburgh |
| --- | --- | --- | --- | --- | --- |
| Detroit | Berwyn | Harrisburg | Orange County | Princeton | Silicon Valley | Wilmington |

www.pepperlaw.com



cc: Counsel of Record (via CM/ECF)